The Honorable _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>                 Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.<br><br>                 Defendant. | (SUPERIOR COURT OF THE STATE OF WASHINGTON FOR PIERCE COUNTY, CAUSE NO. 17-2-11422-2)<br><br>Case No: _____<br><br>**DECLARATION OF JOAN K. MELL ON NOTICE OF REMOVAL** |

    I, JOAN K. MELL, make the following statement under oath subject to penalty of perjury pursuant to the laws of the United States and the State of Washington:

**1.1**     I represent The GEO Group, Inc. in the above captioned case. I am over the age of eighteen and am competent to testify in these proceedings. My statement is based upon my personal knowledge and familiarity with the records and files in these proceedings.

**1.2**     GEO has filed a Notice of Removal attaching true and correct copies of the following documents to its Notice of Removal:

**Exhibit 1:**     Complaint.

**Exhibit 2:**     My declaration excerpting the pertinent provisions from GEO's contract with Immigration and Custom's Enforcement ("ICE"), as set forth in detail below.

MELL DECLARATION ON REMOVAL NOTICE
ECF CASE NO. _____

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph
joan@3brancheslaw.com

| | | |
|---|---|---|
| **Exhibit 3:** | ICE's 2011/16 Performance-Based Nation Detention Standards (PBNDS) (Section 5.8 on the Voluntary Work Program). | |
| **Exhibit 4:** | Excerpts from the ICE National Detainee Handbook on the Voluntary Work Program. | |
| **Exhibit 5:** | Northwest Detention Facility Handbook. | |
| **Exhibit 6:** | ICE's PBNDS 2011/16 (Section 1.2 on Environmental Health and Safety). | |
| **Exhibit 7:** | Press Release from Washington Attorney General, *AG Ferguson sues operator of the Northwest Detention Center for wage violations* (published September 20, 2017). | |
| **Exhibit 8:** | AG Bob Ferguson Campaign Materials and Office Publication:<br>9/20/2017 "Join Me For An Evening Reception In Tacoma<br>9/28/2017 "Check It Out Bob Ferguson T-Shirts."<br>10/02/2017 "The Ferguson File September 2017." | |
| **1.3** | The ICE/GEO contract (number HSCEDM-15-D-00015) for the Northwest Detention Center ("NWDC"), in Tacoma contains the following language that is excerpted here in true and correct form: | |

At Page 5:

"Detainee Volunteer Wages for the Detainee Work Program. Reimbursement for this line item will be at the actual cost of $1.00 per day per detainee. Contractor shall not exceed the amount shown without prior approval by the Contracting Officer."

<u>At Page 44, Statement of Work:</u>

The following constraints comprise the statutory, regulatory, policy and operational considerations that will impact the contractor. The contractor is expected to become familiar with all constraints affecting the work to be performed. These constraints may change over time; the contractor is expected to be knowledgeable of any changes to the constraints and perform in accordance with the most current version of the constraints. Constraints include, but are not limited to:
* * *
j) The ICE/DHS Performance Base Detention Standards- A copy is obtainable on the ICE Internet
website

* * *
q) Applicable federal, state and local labor laws and codes

MELL DECLARATION ON REMOVAL NOTICE
ECF CASE NO. _____

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph
joan@3brancheslaw.com

\* \* \*

In cases where other standards conflict with DHS/ICE policy or standards, DHS/ICE policy and standards prevail.

At Page 62, Statement of Work:

"Minimum Standards of Employee Conduct"

3. The employee may not interact with any detainee except in a relationship that supports the approved goals of the facility. Specifically, employees shall not receive nor accept any personal (tangible or intangible) gift, favor, or service, from any detainee, any detainee's family, or associate no matter how trivial the gift, favor, or service may seem, for themselves or any members of their family. In addition, the employee shall not give any gift, favor, or service to detainees, detainee's family, or associates.

At Page 63, Statement of Work:

"Minimum Personnel Qualification Standards"

The Contractor shall agree that each person employed by the firm or any subcontractor(s) shall have a social security card issued and approved by the Social Security Administration and shall be a United States citizen or a person lawfully admitted into the United States for permanent residence, have resided in the U.S. for the last five years (unless abroad on official U.S. government duty), possess a high school diploma or equivalent (GED), and obtain a favorable Suitability for Employment determination. Each employee of the Contractor and of any subcontractor(s) must complete and sign a Form 1-9, "Employment Eligibility Verification," before commencing work. The Contractor shall retain the original Form 1-9 and shall furnish the COR with a copy of the Form 1-9 before the employee commences work. The Contractor shall be responsible for acts and omissions of its employees and of any subcontractor(s) and their employees.

At Page 82, Statement of Work:

IX. MANAGE A DETAINEE WORK PROGRAM

Detainee labor shall be used in accordance with the detainee work plan developed by the Contractor, and will adhere to the ICE PBNDS on Voluntary Work Program. The detainee work plan must be voluntary, and may include work or program assignments for industrial, maintenance, custodial, service, or other jobs. The detainee work program shall not conflict with any other requirements of the contract and must comply with all applicable laws and regulations.

Detainees shall not be used to perform the responsibilities or duties of an employee of the

MELL DECLARATION ON REMOVAL NOTICE  
ECF CASE NO. _____

III BRANCHES LAW, PLLC  
Joan K. Mell  
1019 Regents Blvd. Ste. 204  
Fircrest, WA 98466  
253-566-2510 ph  
joan@3brancheslaw.com

Contractor. Detainees shall not be used to perform work in areas where sensitive documents are maintained (designated ICE workspace). Custodial/janitorial services to be performed in designated ICE work space will be the responsibility of the Contractor.

Appropriate safety/protective clothing and equipment shall be provided to detainee workers. Detainees shall not be assigned work that is considered hazardous or dangerous. This includes, but is not limited to, areas or assignments requiring great heights, extreme temperatures, use of toxic substances, and unusual physical demands.

The Contractor shall supply sufficient officers to monitor and control detainee work details. Unless
approved by the COR, these work details must be within the security perimeter.

It will be the sole responsibility of ICE to determine whether a detainee will be allowed to perform on voluntary work details and at what classification level. All detainees shall be searched when they are returned from work details.

<u>At Page 97, Statement of Work:</u>

"The Contracting Officer (CO) is the only person authorized to approve changes in any of the
requirements under this contract. Notwithstanding any clause contained elsewhere in this contract, the said authority remains solely with the Contracting Officer."

**1.4** The above information is true and correct to the best of my ability.

MELL DECLARATION ON REMOVAL NOTICE
ECF CASE NO. _____

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph
joan@3brancheslaw.com

Dated: October 9, 2017

**III BRANCHES LAW, PLLC**

By: /s/ Joan K. Mell
Joan K. Mell, WSBA # 21319
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 (p)
281-664-4643 (f)
joan@3brancheslaw.com

**NORTON ROSE FULBRIGHT US LLP**
Charles A. Deacon (*Pro Hac Vice To Be Filed*)
300 Convent St.
San Antonio, Texas 78205
Telephone: (210) 270-7133
Facsimile: (210) 270-7205
charlie.deacon@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT US LLP**
Mark Emery (*Pro Hac Vice To Be Filed*)
799 9th Street NW, Suite 1000
Washington, DC 20001-4501
Telephone: (202) 662-0210
Facsimile: (202) 662-4643
mark.emery@nortonrosefulbright.com

**ATTORNEYS FOR DEFENDANT THE GEO GROUP, INC.**

MELL DECLARATION REMOVAL NOTICE
ECF CASE NO. _____

1

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph
joan@3brancheslaw.com

# CERTIFICATE OF SERVICE

I, Joseph Fonseca, hereby certify as follows:

I am over the age of 18, a resident of Pierce County, and not a party to the above action. On October 9, 2017, I electronically filed the above Declaration of Joan K. Mell, with the Clerk of the Court using the LINX system and served via Email to the following:

| ATTORNEY NAME & ADDRESS | METHOD OF DELIVERY |
|---|---|
| Office of the Attorney General<br>La Rond Baker, WSBA No. 43610<br>Marsha Chien, WSBA No. 47020<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>LaRondB@atg.wa.gov<br>MarshaC@atg.wa.gov<br><br>Norton Rose Fulbright US LLP<br>Charles A. Deacon(Pro Hac Vice To Be File)<br>300 Convent St.<br>San Antonio, TX 78205<br>(210)-270-7133<br>charlie.deacon@nortonrosefulbright.com<br><br>Norton Rose Fulbright US LLP<br>Mark Emery (Pro Hac Vice To Be Filed)<br>799 9th St. NW, Suite 1000<br>Washington, DC 20001-4501<br>(202)-662-0210<br>mark.emery@nortonrosefulbright.com | ■ LINX E-Service<br><br>■ E-mail |

I certify under penalty of perjury under the laws of the State of Washington that the above information is true and correct.

DATED this 9th day of October, 2017 at Fircrest, Washington.

_____
Joseph Fonseca, Paralegal

DECLARATION OF JOAN K. MELL -1 of 1

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph