UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | (SUPERIOR COURT OF THE STATE OF WASHINGTON FOR PIERCE COUNTY, CAUSE NO. 17-2-11422-2)<br><br>Case No.:____________________<br><br>DECLARATION OF JOAN K. MELL |

I, Joan K. Mell, make the following statement under oath subject to the penalty of perjury pursuant to the laws of the United States and the State of Washington:

1. Attached are true and correct copies of the following exhibits from the Superior Court of Pierce County pursuant to the Notice of Removal filed on 10/09/2017:
2. Exhibit A: Case information Cover Sheet;
3. Exhibit B: Complaint;
4. Exhibit C: Order Assigning Case to Department and Setting Hearing;
5. Exhibit D: Summons
6. Exhibit E: Declaration of Service of Summons and Complaint.

///



III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph

Dated this 9th day of October, 2017 at Fircrest, WA.

III Branches Law, PLLC

______________________________

Joan K. Mell, WSBA #21319
Attorney for The Geo Group, Inc.



III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph

**CERTIFICATE OF SERVICE**

I, Joseph Fonseca, hereby certify as follows:

I am over the age of 18, a resident of Pierce County, and not a party to the above action. On October 9, 2017, I electronically filed the above Declaration of Joan K. Mell, with the Clerk of the Court using the CM/ECF system and served via Email to the following:

| ATTORNEY NAME & ADDRESS | METHOD OF DELIVERY |
|---|---|
| Office of the Attorney General<br>La Rond Baker, WSBA No. 43610<br>Marsha Chien, WSBA No. 47020<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>LaRondB@atg.wa.gov<br>MarshaC@atg.wa.gov<br><br>Norton Rose Fulbright US LLP<br>Charles A. Deacon(Pro Hac Vice To Be File)<br>300 Convent St.<br>San Antonio, TX 78205<br>(210)-270-7133<br>charlie.deacon@nortonrosefulbright.com<br><br>Norton Rose Fulbright US LLP<br>Mark Emery (Pro Hac Vice To Be Filed)<br>799 9th St. NW, Suite 1000<br>Washington, DC 20001-4501<br>(202)-662-0210<br>mark.emery@nortonrosefulbright.com | ■ CM/ECF E-Service<br>■ E-mail |

I certify under penalty of perjury under the laws of the State of Washington that the above information is true and correct.

DATED this 9th day of October, 2017 at Fircrest, Washington.

Joseph Fonseca, Paralegal



III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph

EXHIBIT A

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

September 20 2017 9:34 AM

KEVIN STOCK
COUNTY CLERK
**NO: 17-2-11422-2**

**SUPERIOR COURT OF WASHINGTON FOR PIERCE COUNTY**
**CASE COVER SHEET / CIVIL CASE**

Case Title STATE OF WASHINGTON VS. THE GEO GROUP INC. Case Number 17-2-11422-2
Atty/Litigant La Rond Baker Bar# 43610 Phone (844) 323-3864
Address 800 Fifth Ave Ste 2000
City SEATTLE State WA Zip Code 98104
Email Address

Please check one category that best describes this case for indexing purposes.
***If you cannot determine the appropriate category, Please describe the cause of action below. This will create a Miscellaneous cause which is not subject to PCLR 3.***

**APPEAL / REVIEW**
___Administrative Law Review (ALR 2) REV 6
___Civil, Non-Traffic (LCA 2) REV 6
___Civil, Traffic (LCI 2) REV 6
___Land Use Petition (LUP 2) LUPA

**CONTRACT / COMMERCIAL**
___Breach of Contract, Commercial Non-Contract or Commercial-Contract (COM 2) STANDARD
___Third Party Collection (COL 2) REV 4

**JUDGEMENT**
___Judgement, Another County or Abstract Only (ABJ 2) Non PCLR
___Transcript of Judgement (TRJ 2) Non PCLR
___Foreign Judgement Civil or Judgement, Another State (FJU 2) Non PCLR

**TORT / MOTOR VEHICLE**
___Death, Non-Death Injuries or Property Damage Only (TMV 2) STANDARD

**TORT / NON MOTOR VEHICLE**
___Other Malpractice (MAL 2) COMPLEX
___Personal Injury (PIN 2) STANDARD
___Property Damage (PRP 2) STANDARD
Wrongful Death (WDE 2) STANDARD
___Other Tort, Products Liability or Asbestos (TTO 2) COMPLEX

**PROPERTY RIGHTS**
___Condemnation (CON 2) STANDARD
___Foreclosure (FOR 2) REV 4
___Property Fairness (PFA 2) STANDARD
___Quiet Title (QTI 2) STANDARD
Unlawful Detainer / Eviction (UND 2) REV 4
___Unlawful Detainer / Contested (UND 2) REV 4

**OTHER COMPLAINT OR PETITION**
___Compel/Confirm Bind Arbitration, Deposit of Surplus Funds, Interpleader, Subpoenas, Victims' Employment Leave, or Wireless Number Disclosure, Miscellaneous (MSC 2) REV 4
_✔_Injunction (INJ 2) REV 4
___Malicious Harassment (MHA 2) Non PCLR
Meretricious Relationship (MER 2) REV 4
___Minor Settlement/No Guardianship (MST2) REV 4
___Pet for Civil Commit/Sex Predator (PCC2) REV 4
___Property Damage Gangs (PRG 2) REV 4
___Relief from Duty to Register (RDR) REV 12
___Restoration of Firearm Rights (RFR 2) REV 4
___Seizure of Property/Comm. of Crime (SPC2) REV 4
___Seizure of Property Result from Crime (SPR2) REV 4
___Trust/Estate Dispute Resolution (TDR2) REV 12
___Restoration of Opportunity (CRP) REV 4

**TORT / MEDICAL MALPRACTICE**
___Hospital, Medical Doctor, or Other Health Care Professional (MED2) COMPLEX

**WRIT**
___Habeas Corpus (WHC 2) REV 4
___Mandamus (WRM 2) REV 4
Review (WRV 2) REV 4
___Miscellaneous Writ (WMW 2) REV 4

**MISCELLANEOUS**___________________________

EXHIBIT B

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

September 20 2017 9:34 AM

KEVIN STOCK
COUNTY CLERK
NO: 17-2-11422-2

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON FOR PIERCE COUNTY**

| | |
|---|---|
| STATE OF WASHINGTON, Plaintiff, v. THE GEO GROUP, INC., Defendant. | NO. COMPLAINT |

## I. INTRODUCTION

**1.1** The State of Washington files this action against Defendant The GEO Group, Inc. ("Defendant" or "GEO") to enforce Washington's minimum wage laws and to remedy the unjust enrichment that results from Defendant's long standing failure to adequately pay immigration detainees for their work at the privately owned and operated Northwest Detention Center ("NWDC").

**1.2** The enforcement of minimum wage laws is of vital and imminent concern to the people of Washington as the minimum wage laws protect Washington workers and create employment opportunities.

**1.3** Each year Washington sets an hourly minimum wage, and employees protected by Washington's minimum wage laws must be paid at least the set hourly minimum wage.



ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 442-4492

**1.4** Defendant pays detainees $1 per day for work they perform at NWDC. This is a violation of Washington's minimum wage laws, and the practice of paying detainee workers $1 per day has unjustly enriched Defendant.

PLAINTIFF, the State of Washington, for its causes of action against Defendant GEO, alleges as follows:

## II. JURISDICTION AND VENUE

**2.1** The Attorney General is authorized to commence this action pursuant to RCW 43.10.030(1).

**2.2** Subject matter jurisdiction is proper in this Court pursuant to RCW 2.08.010, RCW 7.24.010, and RCW 7.24.020 because this is an action alleging state law violations and seeking declaratory and injunctive relief.

**2.3** Jurisdiction and venue are proper in this Court pursuant to RCW 4.12.020 and RCW 4.12.025 because work performed by detainees occurs at NWDC, which is located in Pierce County, and because this matter arises from Defendant's business practices and transactions at NWDC.

## III. PARTIES

### PLAINTIFF STATE OF WASHINGTON

**3.1** The Attorney General is the chief legal adviser to the State of Washington. The Attorney General's powers and duties include bringing enforcement actions to ensure compliance with Washington laws.

**3.2** The Washington State Department of Labor and Industries is a state agency dedicated to the safety, health, and security of Washington's 2.5 million workers. The Department of Labor and Industries enacts rules and operates enforcement programs that help ensure compliance with the State's wage laws.


ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 442-4492

**3.3** Washington has a quasi-sovereign interest in protecting the health, safety, and well-being of its residents which includes protecting its residents from harms to their own and Washington's economic health.

**3.4** Washington's interest in preventing and remedying injuries to the public's health, safety, and well-being extends to all of Washington's residents, including individuals who suffer indirect injuries and members of the general public.

**3.5** The enforcement of minimum wage laws is of preeminent concern to the people of Washington. The Legislature enacted minimum wage laws to protect Washington workers and safeguard "the immediate and future health, safety and welfare of the people of the state." RCW 49.46.005(1).

**3.6** Washington set the below minimum wages for 2005-2017:

| January 1, 2017 | $11.00 | January 1, 2010 | $8.55 |
|---|---|---|---|
| January 1, 2016 | $9.47 | January 1, 2009 | $8.55 |
| January 1, 2015 | $9.47 | January 1, 2008 | $8.07 |
| January 1, 2014 | $9.32 | January 1, 2007 | $7.93 |
| January 1, 2013 | $9.19 | January 1, 2006 | $7.63 |
| January 1, 2012 | $9.04 | January 1, 2005 | $7.35 |
| January 1, 2011 | $8.67 | | |

*See* http://www.lni.wa.gov/WorkplaceRights/Wages/Minimum/History/default.asp (last visited September 18, 2017).

**DEFENDANT**

**3.7** Defendant GEO is a for-profit business operating in Washington.

**3.8** Since 2005, Defendant GEO has owned and operated NWDC, which is located at 1623 E. J Street, Tacoma, Washington.

**3.9** NWDC is a private immigration detention center that has the capacity to house approximately 1,575 individuals.



ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 442-4492

**3.10** Defendant GEO contracts with U.S. Immigration and Customs Enforcement ("ICE") for the detention of adult civil detainees, who are awaiting resolution of their immigration matters. GEO has contracted with ICE to provide this service at NWDC since 2005.

**3.11** GEO's contract with ICE requires GEO to comply with state and local laws and codes when it operates NWDC.

## IV. ALLEGATIONS

**4.1** Defendant relies upon detainee labor to operate NWDC.

**4.2** Detainees perform a wide range of work at NWDC including preparing, cooking, and serving food to the detainee population; operating NWDC's laundry service; cleaning living areas and bathrooms; and regularly painting walls and buffing floors.

**4.3** ICE's 2011 Performance Based National Detention Standards require Defendant to pay detainees at least $1 per day for their labor.

**4.4** For most work detainees perform at NWDC, Defendant pays detainees $1 per day for their labor regardless of the number of hours worked.

**4.5** For some work detainees perform at NWDC, Defendants do not pay detainees $1 per day, and instead "pay" detainees in snack food such as chicken, potato chips, soda, and/or candy.

**4.6** Detainees are "employees" protected by Washington's minimum wage laws.

**4.7** Defendant is an "employer" for purposes of Washington's minimum wage laws.

**4.8** Defendant does not pay detainee workers the state minimum wage for work they perform at NWDC.

**4.9** Since 2005, GEO receives and has received the benefit of having necessary work done at NWDC without bearing the financial burden of paying the minimum wage to those who perform such work.



ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 442-4492

## V. FIRST CAUSE OF ACTION

## (Violation of Washington's Minimum Wage Law)

**5.1** Plaintiff realleges and incorporates by reference herein all the allegations of paragraphs 1.1 through 4.9.

**5.2** RCW 49.46.020 requires every employer to pay the hourly minimum wage "to each of his or her employees" who is covered by Washington's minimum wage laws.

**5.3** Detainees work for Defendant and perform many of the functions necessary to keep NWDC operational including preparing and serving food to detainees, cleaning common areas, and operating the laundry.

**5.4** Defendant pays detainees $1 per day for work performed at NWDC.

**5.5** The current hourly minimum wage in Washington is $11.00 per hour.

**5.6** Defendant violates RCW 49.46.020 when it pays detainees who work at NWDC $1 per day instead of the hourly minimum wage.

## VI. SECOND CAUSE OF ACTION

## (Unjust Enrichment)

**6.1** Plaintiff realleges and incorporates by reference herein all the allegations of paragraphs 1.1 through 5.6.

**6.2** Defendant operates NWDC as a for-profit business.

**6.3** Defendant utilizes detainee labor to operate NWDC.

**6.4** Defendant does not pay adequate compensation to detainees for their work.

**6.5** Defendant benefits by retaining the difference between the $1 per day that it pays detainees and the fair wage that it should pay for work performed at NWDC.

**6.6** It is unjust for the Defendant to retain the benefit gained from its practice of failing to pay adequate compensation to detainees for the work they perform at NWDC.



ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 442-4492

## VII. PRAYER FOR RELIEF

Wherefore, the State of Washington prays that the Court:

**7.1** Declare that detainees who work at NWDC are "employees" as defined by RCW 49.46.010(3);

**7.2** Declare that Defendant is an "employer" of detainee workers at NWDC as defined by RCW 49.46.010(4);

**7.3** Declare that Defendant and must comply with RCW 49.46.020 for work performed by detainees at NWDC;

**7.4** Enjoin Defendant from paying detainees less than the minimum wage for work performed at NWDC;

**7.5** Find and declare that Defendant has been unjustly enriched by its practice of failing to adequately pay detainee workers for their labor at NWDC;

**7.6** Order Defendant to disgorge the amount by which it has been unjustly enriched;

**7.7** An award of reasonable attorneys' fees and costs that the State incurs in connection with this action; and

**7.8** Award such additional relief as the interests of justice may require.

DATED this 20th day of September 2017

ROBERT W. FERGUSON
Attorney General

LA ROND BAKER, WSBA No. 43610
MARSHA CHIEN, WSBA No. 47020
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
LaRondB@atg.wa.gov
MarshaC@atg.wa.gov

EXHIBIT C

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

September 20 2017 9:34 AM

KEVIN STOCK
COUNTY CLERK
NO: 17-2-11422-2

# IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
# IN AND FOR PIERCE COUNTY

STATE OF WASHINGTON
Plaintiff(s)

vs.

THE GEO GROUP INC.
Defendant(s)

NO. **17-2-11422-2**

**ORDER ASSIGNING CASE TO JUDICIAL DEPARTMENT AND SETTING REVIEW HEARING DATE(PCLR3/PCLR40)**

Judge: **KARENA KIRKENDOLL**
Department: **17**
Docket Code: **ORACD**

**Notice to Plaintiff/Petitioner(s):**

* Case filed, then served: Plaintiff(s)/Petitioner(s) shall serve a copy of this Order Assigning Case to Judicial Department on the Defendant(s)/Respondent(s) along with a copy of the Summons and Complaint.
* Case served, then filed: Plaintiff(s)/Petitioner(s) shall serve a copy of this Order Assigning Case to Judicial Department within five (5) court days of filing.
* Service by publication pursuant to court order: Plaintiff(s)/Petitioner(s) shall serve a copy of this Order Assigning Case to Judicial Department within five (5) court days of the Defendant(s)/Respondent(s) first response or appearance.

**Trial Date:**
A trial date may be obtained by filing a 'Note of Issue' for assignment of a trial date by noon at least six (6) court days prior to the date fixed for the mandatory hearing date set out below.

If a trial date is NOT obtained, failure to appear on the date below may result in dismissal of the case by the Court. Further, if the case has been fully resolved and all final papers have been entered by the Court, no appearance is required.

**Mandatory Hearing Date: January 12, 2018 at 9:00 AM**

At the time of this mandatory hearing , the Court may provide you with a Case Schedule which may include the trial date, if necessary. Failure to appear on this date may result in dismissal of the case by the Court.

**Cases Agreed or by Default:**
If you settle your case by entry of an order of default or agreement and all of the appropriate time requirements have been met, you may file a 'Note for Commissioner's Calendar to appear before a Court Commissioner for entry of all final papers unless presentation is allowed in the Commissioner's Ex Parte Department.

September 20, 2017
Date

Karena Kirkendoll
KARENA KIRKENDOLL
Department 17

EXHIBIT D

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

September 20 2017 9:35 AM

KEVIN STOCK
COUNTY CLERK
**NO: 17-2-11422-2**

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON FOR PIERCE COUNTY**

| | |
|---|---|
| STATE OF WASHINGTON,<br>Plaintiff,<br>v.<br>THE GEO GROUP, INC.,<br>Defendant. | NO.<br><br>SUMMONS |

**TO THE DEFENDANT: THE GEO GROUP, INC.**

A lawsuit has been started against you in Pierce County Superior Court by the State of Washington, Plaintiff. Plaintiff's claims are stated in the written Complaint, a copy of which is served upon you with this Summons.

In order to defend against this lawsuit, you must respond to the Complaint by stating your defense in writing, and by serving a copy upon the undersigned attorney for the Plaintiff within twenty (20) days after the service of this Summons; or if served outside the State of Washington, within sixty (60) days after service of this Summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where the Plaintiff is entitled to what it asks for because you have not responded. If you serve a notice of appearance on the undersigned person, you are entitled to notice before a default judgment may be entered.

You may demand that the Plaintiff file this lawsuit with the court. If you do so, the demand must be in writing and must be served upon the person signing this Summons. Within


ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

fourteen (14) days after you serve the demand, the Plaintiff must file this lawsuit with the Court, or the service on you of this Summons and Complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This Summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

DATED this 20th day of September, 2017.

ROBERT W. FERGUSON
Attorney General

LA ROND BAKER, WSBA #40694
MARSHA CHIEN, WSBA #47020
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
LaRondB@atg.wa.gov

EXHIBIT E

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

September 26 2017 12:39 PM

KEVIN STOCK
COUNTY CLERK
NO: 17-2-11422-2

**SUPERIOR COURT OF WASHINGTON COUNTY OF PIERCE**

**STATE OF WASHINGTON**,
Plaintiff(s),
vs.

**THE GEO GROUP, INC.**,
Defendant(s),
_______________________/
ss.

**DECLARATION OF SERVICE**

No. **17-2-11422-2**

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on the **20th** day of **September**, **2017 @ 03:37 PM**, at the address of **WEST 505 RIVERSIDE AVE, SUITE 500 , SPOKANE,** within **SPOKANE** County, **WA**, **99201** the undersigned duly served the following document(s): **ORDER ASSIGNING CASE TO JUDICIAL DEPARTMENT AND SETTING REVIEW HEARING DATE; SUMMONS; COMPLAINT** in the above entitled action upon **THE GEO GROUP, INC.**, by then and there personally delivering ONE true and correct copy(ies) of the above documents into the hands of and leaving same with **ABBY BAILEY, SECRETARY IN THE OFFICE OF CORPORATE CREATIONS NETWORK INC., REGISTERED AGENT**.

**I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:**

Date: 09/22/2017
Service Fee: $ **80.00**
Return Fee: $
Mileage Fee: $
Misc. Fee: $
Total Fee: $ **80.00**


780972

x C. Sauerland

**C. SAUERLAND**
Registered Process Server
License #: **1549**
PACIFIC NORTHWEST LEGAL SUPPORT, INC.
4505 PACIFIC HWY E SUITE C2
FIFE, WA 98424
206-223-9426