THE HONORABLE THERESA FRICKE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>　　　　　　　　Defendant. | Case No.: 3:17-cv-05806-TLF<br><br>GEO'S DEMAND FOR JURY TRIAL |

**GEO'S DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38(b), The Geo Group, Inc. demands a trial by jury in the above-entitled action of all issues triable by jury.

Dated this 12th day of October, 2017 at Fircrest, WA.

III Branches Law, PLLC

_____
Joan K. Mell, WSBA #21319
Attorney for The Geo Group, Inc.

GEO'S DEMAND FOR JURY TRIAL
3:17-cv-05806-TLF

1 of 2

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph

## CERTIFICATE OF SERVICE

I, Joseph Fonseca, hereby certify as follows:

I am over the age of 18, a resident of Pierce County, and not a party to the above action. On October 12, 2017, I electronically filed the above Geo's Demand For Jury Trial, with the Clerk of the Court using the CM/ECF system and served via Email to the following:

| ATTORNEY NAME & ADDRESS | METHOD OF DELIVERY |
|---|---|
| Office of the Attorney General<br>La Rond Baker, WSBA No. 43610<br>Marsha Chien, WSBA No. 47020<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>LaRondB@atg.wa.gov<br>MarshaC@atg.wa.gov<br><br>Norton Rose Fulbright US LLP<br>Charles A. Deacon(Pro Hac Vice To Be File)<br>300 Convent St.<br>San Antonio, TX 78205<br>(210)-270-7133<br>charlie.deacon@nortonrosefulbright.com<br><br>Norton Rose Fulbright US LLP<br>Mark Emery (Pro Hac Vice To Be Filed)<br>799 9th St. NW, Suite 1000<br>Washington, DC 20001-4501<br>(202)-662-0210<br>mark.emery@nortonrosefulbright.com | ■ CM/ECF E-Service<br>■ E-mail |

I certify under penalty of perjury under the laws of the State of Washington that the above information is true and correct.

DATED this 12th day of October, 2017 at Fircrest, Washington.

_____
Joseph Fonseca, Paralegal

GEO'S DEMAND FOR JURY TRIAL
3:17-cv-05806-TLF

2 of 2

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph