# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

STATE OF WASHINGTON,

                 Plaintiff,

v.

THE GEO GROUP, INC.,

                 Defendant.

Case No.: 3:17-cv-05806-TLF

[PROPOSED] ORDER GRANTING GEO'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)

NOTE ON MOTION CALENDAR: November 17, 2017

This matter, having come before the Court on GEO's Motion to Dismiss pursuant to Civil Rule 12(b)(6), and the Court having heard oral argument of counsel if ordered, as well as having considered the records and files as follows:

1.      GEO's Motion to Dimiss;

2.      10/16/2017 Declaration of Joan K. Mell

2.      Plaintiff's Complaint;

3.      Plaintiff's Response to the Motion to Dismiss; and,

4.      GEO's Reply in support of the Motion to Dismiss.

///

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph

5.  _____

_____

The Court being fully advised in the matter enters the following ORDER:

1.  GEO's Motion to Dismiss Pursuant to Civil Rule 12(b)(6) is GRANTED.

2.  The Court DISMISSES Plaintiff's Complaint in its entirety with Prejudice.

DONE this _____ day of _____, 2017.

_____
The Honorable Theresa L. Fricke

Presented by:

III Branches Law, PLLC

_____
Joan K. Mell, WSBA #21319
Attorney for The Geo Group, Inc.

Approved as to form:

Office of the Attorney General


_____
La Rond Baker, WSBA No. 43610
Marsha Chien, WSBA No. 47020
Attorneys for Plaintiff

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph