1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHOU CHEN, et al,<br><br>     Plaintiff,<br> v.<br><br>THE GEO GROUP, INC.,<br><br>     Defendants. | CASE NO. C17-5769RJB |
| STATE OF WASHINGTON,<br><br>     Plaintiff,<br> v.<br><br>THE GEO GROUP, INC.,<br><br>     Defendants. | CASE NO: C17-5806RJB<br><br>ORDER SETTING ORAL ARGUMENT |

  This matter comes before the court on review of the above-referenced files. There are pending motions to dismiss in both cases. The motions overlap. Oral argument would be helpful to the court. Therefore, the court will set oral argument for 11:00 a.m. on Monday, November

- 1

20, 2017.  Each plaintiff will be allowed fifteen minutes for argument and the defense will be allowed fifteen minutes.

Each party has submitted, in their briefing, portions of the defendants' contract with the federal government.  The court desires a full copy of the contract, which should be submitted to the court on or before November 17, 2017.  The parties should agree as to who will submit said contract.

In the event that the above setting interferes with any counsel's Thanksgiving travels, a new date may be requested through the court's deputy clerk, Tyler Campbell, by calling him at 253-882-3822.

IT IS SO ORDERED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 7th day of November, 2017.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

- 2