THE HONORABLE ROBERT J. BRYAN

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

STATE OF WASHINGTON,

           Plaintiff,

    v.

THE GEO GROUP, INC.,

           Defendant.

NO. 3:17-cv-05806-RJB

[PROPOSED] ORDER GRANTING STATE OF WASHINGTON'S MOTION TO REMAND

This matter came before the Court by motion from the State of Washington requesting remand of *State of Washington v. GEO Group, Inc.*, Case No. 3:17-cv-05806-RJB to Pierce County Superior Court, Case No. 17-2-11422-2 where it was originally filed.

The Court has considered all legal authority, arguments, briefing, and exhibits submitted to the Court on this matter. Have considered the foregoing and been fully informed:

IT IS HEREBY ORDERED that *State of Washington v. GEO Group, Inc.*, 3:17-cv-05806-RJB be remanded to Pierce County Superior Court effective immediately.

IT IS SO ORDERED

Dated this ____ day of _____, 2017.

_____
Honorable Robert J. Bryan
United States District Court Judge

PROPOSED ORDER GRANTING
WASHINGTON'S MOTION TO
REMAND

1

Presented by:


/s La Rond Baker

OFFICE OF THE ATTORNEY GENERAL
ROBERT W. FERGUSON

LA ROND BAKER, WSBA No. 43610
MARSHA CHIEN, WSBA No. 47020
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744
larondb@atg.wa.gov
marshac@atg.wa.gov

PROPOSED ORDER GRANTING
WASHINGTON'S MOTION TO
REMAND

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 442-4492