THE HONORABLE ROBERT J. BRYAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, | NO. 3:17-cv-05806-RJB |
| Plaintiff, | |
| v. | DECLARATION OF LA ROND BAKER |
| THE GEO GROUP, INC., | |
| Defendant. | |

Pursuant to 28 U.S.C. § 1746(2), I, La Rond Baker, hereby declare as follows

1. I am over the age of eighteen (18) and competent to testify and make this declaration based on my personal knowledge.

2. I am counsel for the State of Washington, and I make this declaration as a representative of the State of Washington in support of the Motion for Remand.

3. Attached hereto as **Exhibit A** a redacted copy of the ICE-GEO Contract, HSCEDM-15-D-00015.

//

//

DECLARATION OF LA ROND BAKER     1

4. Attached hereto as **Exhibit B** is a true and correct copy of an online printout of ICE's Performance Based National Detention Standards 5.8.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 8th day of November, 2017.

                                                   ROBERT W. FERGUSON
                                                   Attorney General

/s La Rond Baker
LA ROND BAKER, WSBA No. 43610
MARSHA CHIEN, WSBA No. 47020
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
larondb@atg.wa.gov
marshac@atg.wa.gov