THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>                    Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>                    Defendant. | Case No.: 3:17-cv-05806-RJB<br><br>THE GEO GROUP INC.'S CORPORATE DISCLOSURE STATEMENT |

THE GEO GROUP, INC. a Florida State Corporation, submits the following disclosure pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1. GEO is a Florida State Corporation with a principal place of business at 621 N.W. 53rd Street, Suite 700, Boca Raton, FL 33487. Vanguard Group, Inc., and Blackrock Fund Advisors are corporate members of THE GEO GROUP, INC.

Dated this 19th day of December, 2017 at Fircrest, WA.

III Branches Law, PLLC

_____
Joan K. Mell, WSBA #21319
Attorney for The Geo Group, Inc.

GEO'S CORPORATE DISCLOSURE STATEMENT
3:17-cv-05806-RJB                    1 of 2

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph

## CERTIFICATE OF SERVICE

I, Joseph Fonseca, hereby certify as follows:

I am over the age of 18, a resident of Pierce County, and not a party to the above action. On December 19, 2017, I electronically filed the above GEO's Corporate Disclosure Statement, with the Clerk of the Court using the CM/ECF system and served via Email to the following:

| ATTORNEY NAME & ADDRESS | METHOD OF DELIVERY |
|---|---|
| Office of the Attorney General<br>La Rond Baker, WSBA No. 43610<br>Marsha Chien, WSBA No. 47020<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>LaRondB@atg.wa.gov<br>MarshaC@atg.wa.gov | ■ CM/ECF E-Service<br>■ E-mail |
| Norton Rose Fulbright US LLP<br>Charles A. Deacon(Pro Hac Vice To Be File)<br>300 Convent St.<br>San Antonio, TX 78205<br>(210)-270-7133<br>charlie.deacon@nortonrosefulbright.com | |
| Norton Rose Fulbright US LLP<br>Mark Emery (Pro Hac Vice To Be Filed)<br>799 9th St. NW, Suite 1000<br>Washington, DC 20001-4501<br>(202)-662-0210<br>mark.emery@nortonrosefulbright.com | |

I certify under penalty of perjury under the laws of the State of Washington that the above information is true and correct.

DATED this 19th day of December, 2017 at Fircrest, Washington.

_____
Joseph Fonseca, Paralegal

GEO'S CORPORATE DISCLOSURE STATEMENT
3:17-cv-05806-RJB

2 of 2

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph