THE HONORABLE ROBERT J. BRYAN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>                        Plaintiff,<br><br>        v.<br><br>THE GEO GROUP, INC.,<br><br>                        Defendant. | NO. 3:17-cv-05806-RJB<br><br>[PROPOSED] ORDER GRANTING STATE OF WASHINGTON'S MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS AND STRIKE AFFIRMATIVE DEFENSES |

This matter came before the Court on the State of Washington's Motion to Dismiss Defendant's Counterclaims and Strike Affirmative Defenses;

The Court has considered all legal authority, briefing, and argument submitted to the Court on this matter.  Having considered the foregoing and been fully informed.

IT IS HEREBY ORDERED that the State of Washington's Motion to Dismiss Defendant's Counterclaims and Strike Affirmative Defenses is GRANTED.

IT IS SO ORDERED.

Dated this _____ day of _____, 2018.

_____
Honorable Robert J. Bryan
United States District Court Judge

PROPOSED ORDER GRANTING
WASHINGTON'S MOTION TO DISMISS
DEFENDANT'S COUNTERCLAIMS
AND STRIKE AFFIRMATIVE
DEFENSES

1

Presented by:


/s La Rond Baker

OFFICE OF THE ATTORNEY GENERAL
ROBERT W. FERGUSON

LA ROND BAKER, WSBA No. 43610
MARSHA CHIEN, WSBA No. 47020
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744
larondb@atg.wa.gov
marshac@atg.wa.gov

PROPOSED ORDER GRANTING
WASHINGTON'S MOTION TO DISMISS
DEFENDANT'S COUNTERCLAIMS
AND STRIKE AFFIRMATIVE
DEFENSES

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 442-4492