The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | No. 17-cv-05806-RJB<br><br>**JOINT MOTION FOR ENTRY OF STIPULATED ORDER GOVERNING THE DISCLOSURE OF PRIVILEGED INFORMATION** |

**JOINT MOTION FOR ENTRY OF STIPULATED ORDER GOVERNING THE DISCLOSURE OF PRIVILEGED INFORMATION**

The parties, by and through their respective counsel, and in compliance with Local Rule 7 of the U.S. District Court for the Western District of Washington, submit the following Joint Motion for Entry of Stipulated Order Governing the Disclosure of Privileged Information:

The attorney client communication privilege is "the most sacred of all legally recognized privileges." *United States v. Bauer*, 132 F.3d 504, 510 (9th Cir. 1997). "Its purpose is to encourage full and frank communication between attorneys and their clients and thereby promote broader public interests in the observance of law and administration of justice." *Upjohn Co. v. United States*, 449 U.S. 383, 389 (1981). Federal Rule of Evidence 502(d) provides that "[a] federal court may order that the privilege or protection is not waived by disclosure connected with the litigation pending before the court — in which event the disclosure is also not a waiver in any other federal or state proceeding." Fed. R. Evid. 502(d). Rule 502(d) was enacted to address two

major issues: (1) disputes among the courts regarding the effect of disclosures of communications protected by the attorney-client privilege, and (2) the excessive litigation costs spent protecting against waiver of attorney-client privilege or work product.  Fed. R. Evid. 502 Advisory Committee Note (2008).  Due to the substantial amount of information and documents the parties anticipate being disclosed in this case, the parties desire to ensure their privileged information remains protected and is not mistakenly or involuntarily waived.  The parties also wish to avoid unnecessary litigation over whether disclosures of apparently privileged or protected information was inadvertent or purposeful.

Accordingly, the parties have agreed to the terms of a Stipulated Order Regarding the Disclosure of Privileged Information under Fed. R. Evid.. 502(d).  This Stipulated Order will assist in the efficiency of the discovery process, as it will ensure that any disclosures of privileged or protected information, whether inadvertent or otherwise, will not waive the protection as to other federal or state proceedings, or as to this proceeding.  The producing party will notify the receiving party in writing upon discovery that a privileged or protected document has been produced and provide an updated privilege log.  The receiving party will in turn return, destroy, or delete the information within ten business days of receipt of such notice.  The Stipulated Order further establishes procedures for clawing back inadvertently produced privileged documents .  The parties' proposed Stipulated Order Regarding the Disclosure of Privileged Information is being filed simultaneously with this Joint Motion.  By this Joint Motion, the parties respectfully request that the Court enter as an Order of the Court their proposed Stipulated Order Regarding the Disclosure of Privileged Information.

Respectfully submitted this 31st day of May, 2018.

| | |
|---|---|
| BOB FERGUSON<br>Attorney General of Washington | **NORTON ROSE FULBRIGHT US LLP** |
| /s/ *Andrea Brenneke*<br>LA ROND BAKER, WSBA No. 43610<br>MARSHA CHIEN, WSBA No. 47020<br>ANDREA BRENNEKE, WSBA No. 22027<br>Assistant Attorneys General<br>Office of the Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>(206) 464-7744<br>larondb@atg.wa.gov<br>marshac@atg.wa.gov<br>andreab3@atg.wa.gov<br><br>**ATTORNEYS FOR PLAINTIFF STATE OF WASHINGTON** | /s/ *Andrea L. D'Ambra*<br>Andrea L. D'Ambra (admitted *pro hac vice*)<br>1301 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 318-3000<br>Facsimile: (212) 318-3400<br>andrea.dambra@nortonrosefulbright.com<br><br>**NORTON ROSE FULBRIGHT US LLP**<br>Charles A. Deacon<br>300 Convent St.<br>San Antonio, Texas 78205<br>Telephone: (210) 270-7133<br>Facsimile: (210) 270-7205<br>charlie.deacon@nortonrosefulbright.com<br><br>**NORTON ROSE FULBRIGHT US LLP**<br>Mark Emery<br>799 9th Street NW, Suite 1000<br>Washington, DC 20001-4501<br>Telephone: (202) 662-0210<br>Facsimile: (202) 662-4643<br>mark.emery@nortonrosefulbright.com<br><br>**III BRANCHES LAW PLLC**<br>Joan K. Mell, WSBA #21319<br>1019 Regents Blvd. Ste. 204<br>Fircrest, WA 98466<br>253-566-2510 (P)<br>281-664-4643 (F)<br>joan@3brancheslaw.com<br><br>**ATTORNEYS FOR DEFENDANT THE GEO GROUP, INC.** |

**CERTIFICATE OF SERVICE**

I, Susana Medeiros, hereby certify as follows:

I am over the age of 18, a resident of New York County, and not a party to the above action. On May 31, 2018, I electronically served the above Stipulated Order Regarding the Disclosure of Privileged Information via Email to the following:

Office of the Attorney General
La Rond Baker, WSBA No. 43610
Marsha Chien, WSBA No. 47020
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
LaRondB@atg.wa.gov
MarshaC@atg.wa.gov

Norton Rose Fulbright US LLP
Charles A. Deacon (Pro Hac Vice)
300 Convent St.
San Antonio, TX 78205
(210)-270-7133
charlie.deacon@nortonrosefulbright.com

Norton Rose Fulbright US LLP
Mark Emery (Pro Hac Vice)
799 9th St. NW, Suite 1000
Washington, DC 20001-4501
(202)-662-0210
mark.emery@nortonrosefulbright.com

III Branches Law, PLLC
Joan K. Mell, WSBA #21319
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 (P)
281-664-4643 (F)
joan@3brancheslaw.com

I certify under penalty of perjury under the laws of the State of Washington that the above information is true and correct.

DATED this 31st day of May, 2018 at New York, New York.

_____
Susana Medeiros