The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>    Defendant. | No. 17-cv-05806-RJB<br><br>**[PROPOSED] PROTECTIVE ORDER** |

## [PROPOSED] PROTECTIVE ORDER

Defendant The GEO Group, Inc. ("GEO") has moved for a protective order to resist disclosure of documents subject to the Department of Homeland Security ("DHS") regulations and contractual requirements with Immigration and Customs Enforcement ("ICE").

**IT IS HEREBY ORDERED** that:

1) GEO's Motion for Protective Order (Dkt No. \_\_\_\_) is **GRANTED.**

2) **IT IS FURTHER ORDERED** that

   a) GEO may not disclose any documents in any form that GEO has submitted to ICE for prior approval by ICE.

   b) Should ICE approve any responsive documents in whole or in part for disclosure in this litigation, including marking such documents for redaction, GEO may produce

these to Plaintiff in redacted form, if applicable, within a reasonable period of time after ICE notifies GEO of the content that may be disclosed.

c) Should ICE not approve responsive documents for disclosure in this litigation, Plaintiff shall be required to seek documents and information subject to the DHS Regulations directly from DHS.

Dated: June __, 2018            **SO ORDERED.**

_____
Robert J. Bryan
United States District Court