# Exhibit 3

Honorable: Kitty-Ann van Doorninck
Hearing Date: August 28, 2009

FILED
DEPT. 4
IN OPEN COURT

AUG 28 2009

Pierce County Clerk
By_____
DEPUTY

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR PIERCE COUNTY

| The GEO Group, Inc, | NO. 09-2-06589-1 |
|---|---|
| Petitioner, | |
| | ORDER ON GEO GROUP'S MOTION |
| v. | FOR SUMMARY JUDGMENT |
| | ENJOINING DISCLOSURE OF RECORDS |
| City of Tacoma, a municipal government, | |
| Respondent. | |

THIS MATTER came before the Court on August 28, 2009 on Petitioner's Motion for

Summary Judgment.

The Court heard oral argument of counsel for the petitioner and counsel for respondent.

The Court considered the pleadings filed in this action and the following evidence:

1.  Petitioner's Motion and Memorandum in Support of Summary Judgment Enjoining
    Disclosure of Records.

2.  Respondent's Response to Motion for Summary Judgment.

3.  Declaration of Joan K. Mell in Support of the Geo Group's Motion for Summary Judgment.

4.  Declaration of Larry Hurlbert in Support of the Geo Group's Motion for Summary Judgment.

5.  Declaration of James Black in Support of the Geo Group's Motion for

    Summary Judgment.

III BRANCHES LAW, PLLC
Joan K. Mell
1033 Regents Blvd. Ste. 101
Fircrest, WA 98466
joan@3brancheslaw.com
253-566-2510 ph
281-664-4643 fx

Order on Motion for Summary Judgment          1

6. Declaration of Captain Karr in Support of the Geo Group's Motion for Summary Judgment.

7. Declaration of Warden George Wigen to Support of Petition to Enjoin Disclosure of Records.

8. Declaration of David Dormier in Support of the Geo Group's Motion for Summary Judgment.

IT IS ORDERED:

1. Petitioner's Motion for Summary Judgment is Granted.

2. ~~Tacoma may not disclose records identified in Geo Group's objections set forth and attached to the Declaration of Larry Hurlbert.~~

3. *Tacoma is hereby enjoined from releasing the JPH documents identified in the index, attached hereto, pursuant to Washington's Public Record Act. This order is without prejudice to the requester, Timothy Smith.*

Date and hour of issuance: August _____, 2009 at _____ a.m./p.m.

~~The Honorable Kitty Ann van Doorninck~~ Judge

Presented this 28th day of August, 2009

By:   III BRANCHES LAW, PLLC

JOAN K. MELL, WSBA #21319
Attorney for Petitioner

Approved as to form:

By:   TACOMA CITY ATTORNEY'S OFFICE

Jean Homan WSBA # 27084
Attorney of Respondent

FILED
DEPT. 4
IN OPEN COURT

AUG 28 2009

Pierce County Clerk
By _____
DEPUTY

III BRANCHES LAW, PLLC
Joan K. Mell
1033 Regents Blvd. Ste. 101
Fircrest, WA 98466
joan@3brancheslaw.com
253-566-2510 ph
281-664-4643 fx

4915 9/1/2009 00079

# Documents Withheld
# Pending Outcome of Petition to Enjoin
# Public Disclosure Records
# Pierce County Supreme Court
# Cause 09-2-065891  3/9/09

# 08-1182 Smith, Timothy

| # | Document ID | Withheld |
|---|---|---|
| 1 | Ins Supplemental Stormwater Control Plan<br>- Site Plan & Basin Map<br>- Backwater Basin Map | One Page<br>One Page |
| 2 | C2 - Demo & TESC Plan | Entire Plan |
| 3 | August 20, 2008<br>GEO Tech Report / Lydig Construction<br>By Landau Associates<br>- Site Exploration Plan | One Page |
| 4 | October 29, 2008<br>Structural Calculations<br>Northwest Detention Center Facility Expansion<br>Prepared by Integrus Architecture, P.S.<br>- Design Criteria & Load Development<br>- Main Housing Gravity<br>- Main Housing Lateral<br>- Segregation Housing<br>- Administration Building<br>- Maintenance Building Pound | Entire Volume |
| 5 | November 19, 2008<br>Structural Calculations<br>Permit Set<br>- Transportation Building | Entire Volume |

| | | |
|---|---|---|
| 6 | October 29, 2008<br>Project Manual / Volume One | Sections 8 & 11 |

| # | Document ID | Withheld |
|---|---|---|
| 7 | October 29, 2008<br>Project Manual / Volume Two<br>Construction Documents<br>Permit Set | Entire Volume |
| 8 | MACTEC Checklist<br>SEPA – Environmental Checklist Addendum<br><br>- Page 4 of 12<br>- Pages 9 & 10 of 12<br>- One Site Plan<br>- A1<br>- C1<br>- C1<br>- C2<br>- C3<br>- C4<br>- A1<br>- Site Exploration Plan | 12 Pages<br>(All Drawings) |
| 9 | Plans / Transportation Building – Permit Set  20818 | 25 Pages |

| Disclosed | Withheld |
|---|---|
| Cover Sheet | TG0.6 |
| TG0.2 | CG1.0 |
| C5 - TS0.3 | C1 - C4 |
| TM0.1 - TM0.2 | T51.1 |
| TM6.1 | A11.0 |
| TP0.1 | TM1.0 |
| TE0.2 - TE1.0 | T2.1 |
| T1.6 | TE1.1 |
|  | TE2.1 - TES1.08 |

| # | Document ID | Withheld |
|---|---|---|
| 10 | Plans / Permit Review – Full Set | 215 Pages |

| Disclosed | Withheld |
|---|---|
| Cover | G0.4 |
| G0.1 | G0.5 |
| G0.2 | C1 - C4 |
| G0.6 | AS1.1 - AS1.2 |
| CG1.0 | AS2.2 - AS4.8 |
| C5 - AS0.3 | AA1.0 - AA6.0 |
| AS2.1 | AA7.1 |
| A7.0 | AA8.1 - AA8.2 |
| AA8.0 | AM1.0 - AP1.2 |
| AA9.0 - AM0.2 | AE1.1 - AES1.01 |
| AP6.1 - AE1.0 | FA - I - AI |
| FA - 0 - 1 | HS1.1 - HS1.6 |
| HS0.1 - HS0.3 | HS2.2 - HA2.3 |
| HS2.1 | HA3.0 - HA7.3 |
| HA8.0 | HA8.1 - HA11.2 |
| HM0.1 | HM1.1 - HM5.1 |
| HM0.2 | HP1.1 - HP6.1 |
| HP0.1 | HE1.1 |
| HE0.2 - H1.0 | HE2.1 - FA - 1 - H2.1 |
| HE1.6 | SS1.1 - SA11.2 |
| S0.1 - S0.3 | SM1.0 - SP6.1 |
| SM0.1 - SM0.2 | SE1.1 - FA - 1- S1 |
| SE0.2 - SE0.4 | MS1.1 - MA8.0 |
| SE1.0 | M1.0 |
| MS0.1 - MS0.3 | MP1.1 - ME0.2 |
| MM0.1 - MM0.2 | ME1.1 |
| MP0.1 | ME2.1 - FA - 1 - M1 |
| ME0.3 - M1.0 | |
| ME1.6 | |

| # | Document ID | Withheld |
|---|---|---|
| 11 | NW Detention Center Expansion<br>HVAC Load Calculation<br>(*Note: the requester was allowed to view this document with the caveat that certain items would be redacted from these documents if copies were to be provided*) | - All references to # of people<br>- People and # on each page under Internal Loads |