The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | CIVIL ACTION NO. 3:17-cv-05806-RJB<br><br>DECLARATION OF LA ROND BAKER IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY |

Pursuant to 28 U.S.C. § 1746(2) I, La Rond Baker, state and declare as follows:

1. I am over 18 years of age, have personal knowledge of and competent to testify about the matters contained herein.

2. I am an Assistant Attorney General for the State of Washington, and make this declaration as a representative of the State of Washington in support of Washington's Motion to Compel Discovery.

3. Attached hereto as **Baker Declaration Exhibit A** is a true and correct copy of a meet and confer letter dated April 21, 2018 from Andrea D'Ambra, in response to two letters from me: (1) dated March 21, 2018 regarding The GEO Group, Inc. (GEO)'s proposed 30 (b) (6) deposition topics and *subpoena duces tecum* requests and (2) April 16, 2018 concerning GEO's responses to Washington's First Interrogatories and Requests for Production.

DECLARATION OF LA ROND BAKER IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

4. Attached hereto as **Baker Declaration Exhibit B** is a true and correct copy of a meet and confer letter from Andrea D'Ambra responding to Washington's May 2, 2018 correspondence confirming the parties' understanding of the agreements arrived at during the April 30, 2018 meet and confer call.

5. Attached hereto as **Baker Declaration Exhibit C** is a true and correct copy of letter from Andrea D'Ambra, dated June 13, 2018, following up on June 12, 2018 meet and confer telephone discussion and emails regarding the protective order and GEO's document production.

6. Attached hereto as **Baker Declaration Exhibit D** is a true and correct copy of a letter from me, dated June 14, 2018, responding to Ms. D'Ambra's June 13, 2018 letter regarding the Protective Order and GEO's delays in providing Washington with responsive documents.

7. Attached hereto as **Baker Declaration Exhibit E** is a true and correct copy of a letter from Andrea D'Ambra, dated June 18, 2018, following up on a meet and confer call held on June 15, 2018.

8. Attached hereto as **Baker Declaration Exhibit F** is a true and correct copy of Defendant The GEO Group, Inc.'s Responses to Plaintiff State of Washington's First Requests for Production.

9. On June 12, 2018, the parties held a telephonic conference about GEO's deficient document production and its withholding of responsive documents. During this meeting, counsel for GEO informed us that although it had not yet provided documents to ICE for review, it had 5,000 responsive documents it planned on providing to ICE in the next week and another 15,000 responsive documents it planned on producing to ICE at some point in the future.

DECLARATION OF LA ROND BAKER IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

10. In the June 12, 2018 telephone conference, counsel for GEO informed us that ICE did not have an agreed upon review protocol in place for documents GEO intended to give to ICE for its review. Counsel for GEO also informed us that it was uncertain how long it would take ICE to review documents responsive to Washington's discovery requests or when Washington could anticipate receiving such documents, noting it could take up to six months.

11. On June 15, 2018, we held our last meet and confer telephone conference with counsel for GEO and agreed that we were at an impasse regarding the issues raised in this motion to compel. During that call, counsel for GEO also informed Washington that the only remaining documents it would produce without ICE review were staffing plans, internal GEO audits, GEO job descriptions, and any GEO policies that have not as of yet been produced.

I declare under penalty of perjury that the foregoing is true and accurate.

Executed this 21st day of June, 2018, in Seattle, Washington.

*s/ La Rond Baker*
LA ROND BAKER, WSBA No. 43610

DECLARATION OF LA ROND BAKER IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY

3

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the United States District Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

June 21, 2018

                             s/ *La Rond Baker*
                             La Rond Baker

DECLARATION OF LA ROND BAKER IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY

4

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744