THE HONORABLE ROBERT J. BRYAN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>                    Plaintiff,<br><br>        v.<br><br>THE GEO GROUP, INC.,<br><br>                    Defendant. | NO. 3:17-cv-05806-RJB<br><br>[PROPOSED] ORDER GRANTING STATE OF WASHINGTON'S MOTION FOR RELIEF FROM DEADLINES |

This matter came before the Court on State of Washington's Motion for Relief from Deadlines;

The Court has considered all legal authority, briefing, and argument submitted to the Court on this matter.  Having considered the foregoing and been fully informed.

IT IS HEREBY ORDERED that Washington's Motion for Relief from Deadlines is GRANTED and that the case schedule is modified to reflect a brief continuance from the presently-set discovery deadlines, resetting those deadlines, as follows:

Disclosure of expert testimony – August 20, 2018;

All motions related to discovery filed – September 27, 2018;

Discovery cut off – October 3, 2018.

PROPOSED ORDER GRANTING
WASHINGTON'S MOTION FOR RELIEF
FROM DEADLINES

1

Dated this _____ day of _____, 2018.

_____
Honorable Robert J. Bryan
United States District Court Judge

Presented by:

/s *La Rond Baker*_____

OFFICE OF THE ATTORNEY GENERAL
ROBERT W. FERGUSON

LA ROND BAKER, WSBA No. 43610
MARSHA CHIEN, WSBA No. 47020
ANDREA BRENNEKE, WSBA No. 22027
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744
larondb@atg.wa.gov
marshac@atg.wa.gov
andreab3@atg.wa.gov

PROPOSED ORDER GRANTING
WASHINGTON'S MOTION FOR RELIEF
FROM DEADLINES

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 442-4492