THE HONORABLE ROBERT J. BRYAN

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>                    Plaintiff,<br><br>        v.<br><br>THE GEO GROUP, INC.,<br><br>                    Defendant. | NO. 3:17-cv-05806-RJB<br><br>[PROPOSED] ORDER GRANTING STATE OF WASHINGTON'S MOTION TO COMPEL DISCOVERY |

This matter came before the Court on State of Washington's Motion to Compel Discovery;

The Court has considered all legal authority, briefing, and argument submitted to the Court on this matter.  Having considered the foregoing and been fully informed.

IT IS HEREBY ORDERED that Washington's Motion to Compel Discovery is GRANTED; and

IT IS FURTHER ORDERED that defendant GEO shall produce all documents it identified as responsive to Washington's discovery requests, but needing prior ICE review, to the State of Washington within one week of the date of this order, and the terms of the protective order entered in this case; and

PROPOSED ORDER GRANTING WASHINGTON'S MOTION TO COMPEL DISCOVERY

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 442-4492

IT IS FURTHER ORDERED THAT defendant GEO produce all NWDC contracts and bids, fully and without redactions, under the terms of the protective order entered in this case.

Dated this _____ day of _____, 2018.

_____
Honorable Robert J. Bryan
United States District Court Judge

Presented by:

/s *La Rond Baker*
_____

OFFICE OF THE ATTORNEY GENERAL
ROBERT W. FERGUSON

LA ROND BAKER, WSBA No. 43610
MARSHA CHIEN, WSBA No. 47020
ANDREA BRENNEKE, WSBA No. 22027
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744
larondb@atg.wa.gov
marshac@atg.wa.gov
andreab3@atg.wa.gov

PROPOSED ORDER GRANTING
WASHINGTON'S MOTION TO COMPEL
DISCOVERY

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 442-4492