# Exhibit 4



**Bob Ferguson**
# ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue • Suite 2000 • MS TB 14 • Seattle WA  98104
(206) 442-4492

June 22, 2018

**Sent via Electronic Mail**

Re: Washington v. GEO and the State's First Production of Documents

Dear Counsel,

Thank you for your letter of June 15, 2018. We look forward to talking with you further about anything that remains of concern to you about our discovery responses on June 25, 2018 at 10:30 PST. In addition to the other issues for that telephone conference, we would like to add to the agenda the preparations for our Rule 30(b)(6) deposition on July 9, 2018 – a subject we began with Joan Mell on June 21, but deferred until our Monday call so that everyone could be part of it.

In response to your letter raising concerns about many of Washington's discovery responses, we make the following General Responses, because they are applicable to many of the particular discovery requests about which you raised concerns:

**General Responses**

1) GEO controls the operations and documents from the NWDC and most of the evidence needed to pursue Washington's claims is in the custody and control of GEO.

2) Washington's claims are brought in its parens patriae capacity, Washington is not representing any individual detainees or classes of detainees; as such, the vast majority of the documents and evidence we will be relying upon will be related to overall policies and practices at the NWDC and aggregate data about detainee labor there, not individualized information or documents about any particular detainee(s).

3) Washington will supplement its discovery responses in accordance with its obligations under the rules and the deadlines in the Case Schedule.

4) To the extent Washington has any responsive, non-privileged individualized information or documents about any detainee(s) who we are likely to call as a witness, we will produce that information only after entry of a Protective Order, which has not been entered to date.

ATTORNEY GENERAL OF WASHINGTON

June 22, 2018
Page 2

5) To the extent that Washington has spoken with detainee(s), the identities of those detainees would be work product privileged.

6) The Civil Rights Unit of the Washington State Attorney General's Office is separate from other units of the Attorney General's Office and does not control documents or information from any other units or any of the State Agencies those units represent, which should be treated as third party entities.

7) The Civil Rights Unit of the Washington State Attorney General's Office is separate from the campaign of Bob Ferguson and does not control documents or information from the Campaign of Bob Ferguson, that should be treated as a third party entity

The following are particularized responses to the concerns you raised about each of the discovery requests.

**Particular Responses**

Rog 1 and RFP 1:
Washington's original responses remain accurate and complete without need for supplementation at this time.

Rog 2 and RFP 2:
Washington's original responses remain accurate and complete without need for supplementation at this time. See also, General Responses.

Rog 3 and RFP 3:
Washington's original responses remain accurate and complete without need for supplementation at this time.

Rog 4 and RFP 4
Washington's original responses remain accurate and we will supplement with additional documents related to disgorgement.

Rog 6 and RFP 6:
Washington's original responses remain accurate and complete without need for supplementation at this time. See also, General Responses.

ATTORNEY GENERAL OF WASHINGTON

June 22, 2018
Page 3

Rog 7 and RFP 7 and Rog 9 and RFP 9:
Because the definition of employee, employer, and the employment relationship that gives rise to the requirement to pay minimum wage (Rogs/RFPs 4, 6, 7 and 9) are interrelated in the statutory scheme and case law, our cross reference to Rog 6 is a meaningful reference that we will continue to assert.

Washington's original responses remain accurate and complete without need for supplementation at this time. See also, General Responses.

Rog 14 and RFP 14:
Washington's original responses remain accurate and complete without need for supplementation at this time. See also, General Responses.

Rog 15 and RFP 15:
Washington's original responses remain accurate and complete without need for supplementation at this time. See also, General Responses.

Rog 16 and RFP 16:
Because the definition of employee, employer, and the employment relationship that gives rise to the requirement to pay minimum wage (Rogs/RFPs 4, 6, 7 and 9) are interrelated with the assertion that GEO utilizes detainee labor to operate the NWDC, our cross references are meaningful and we will continue to assert them.

Washington's original responses remain accurate and complete without need for supplementation at this time except that it should properly reference Rogs and RFPs 4, 6, 7 and 9. See also, General Responses.

Rog 17 and RFP 17:
Washington admits to nothing of the sort characterized by GEO by way of its answer and disputes that it has any obligation to undertake a special investigation on a subject irrelevant to Washington's case that GEO hopes to prove.

Washington's original responses remain accurate and complete without need for supplementation at this time. See also, General Responses.

Rog 20 and RFP 20:
Washington's original responses remain accurate and complete without need for supplementation at this time. See also, General Responses.

Rog 21 and RFP 21:
Washington's original responses remain accurate and complete without need for supplementation at this time. See also, General Responses.

ATTORNEY GENERAL OF WASHINGTON

June 22, 2018
Page 4

RFP 24:
Washington's original responses remain accurate and complete without need for supplementation at this time. See also, General Responses.

Washington continues to assert the common interest privilege with regard to documents and communications about the Chen/** class action matter, as both cases involve minimum wage act enforcement against GEO for its operations at the NWDC, during overlapping time periods. While Washington brings its claims in its parens patriae capacity, the public interests Washington represents generally and broadly include the particular subgroup of detainees who are part of the proposed Chen/** class action.

RFP 26:
Washington's original responses remain accurate and complete without need for supplementation at this time, except that it should properly reference Rogs and RFPs 4, 6, 7, and 9.  See also, General Responses.

RFP 27:
Washington's original responses remain accurate and complete without need for supplementation at this time. See also, General Responses.

RFP 29:
Washington's original responses remain accurate and complete without need for supplementation at this time, except that it should properly reference Rogs and RFPs 4, 6, 7, and 9. See also, General Responses.

RFP 32:
Washington's original responses remain accurate and complete without need for supplementation at this time.  See also, General Responses.

RFP 33:
Washington's original responses remain accurate and complete without need for supplementation at this time.  See also, General Responses.

RFP 35:
Washington's original responses remain accurate and complete without need for supplementation at this time except that it should properly reference Rogs and RFPs 4, 6, 7, 9, and 14. See also, General Responses.

ATTORNEY GENERAL OF WASHINGTON

June 22, 2018
Page 5

**Technical Deficiencies**

Washington has complied with GEO's requested document production protocols inasmuch as our software capabilities allow. We will discuss the issues you raised regarding the lack of "custodian and author" data fields with our technical support team and see if this is something we can provide or if it is a limitation built into our software. Further, as a reminder, Washington only agreed to produce documents pursuant to the protocols you provided "if [our] litigation support teams can technically support the proposed protocols." May 2, 2018 Baker Letter to D'Ambra.

Very truly yours,

ANDREA BRENNEKE
Assistant Attorney General
Civil Rights Unit
Washington State Attorney General's Office