# Exhibit 6

The Honorable Robert J. Bryan

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>                     Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>               Defendant. | NO. 3:17-cv-05806-RJB<br><br>PLAINTIFF STATE OF WASHINGTON'S SECOND REQUESTS FOR PRODUCTION TO DEFENDANT THE GEO GROUP, INC. |

TO:    DEFENDANT THE GEO GROUP, INC.

In accordance with Federal Rule 34 you are hereby required to answer, in writing, the following discovery requests including the below Requests for Production separately and fully under oath, within thirty (30) days of their service upon you.

## I.    TIME AND PLACE OF PRODUCTION

**1.1**    The requested written answers to all discovery requests including the below, Requests for Production are to be produced to La Rond Baker, Marsha Chien, and Andrea Brenneke, Assistant Attorneys General, at the Washington State Attorney General's office at 800 Fifth Avenue, Suite 2000, Seattle, WA 98104, within thirty (30) days of being served with these Interrogatories or at such other time and place as is agreed to by the parties.

STATE OF WASHINGTON'S SECOND
REQUESTS FOR PRODUCTION TO THE
GEO GROUP, INC.

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 442-4492

## II.   COMMUNICATIONS

**2.1**   All notices, questions, or communications concerning all discovery requests including the below Requets for Production should be directed to La Rond Baker, Assistant Attorney General, 800 Fifth Avenue, Suite 2000, Seattle, Washington 98104-1012, (206) 516-2999 or by email address: LaRondB@atg.wa.gov; Marsha Chien, Assistant Attorney General, 800 Fifth Avenue, Suite 2000, Seattle, Washington 98104-1012, (206) 389-3886 or by email address: MarshaC@atg.wa.gov; and Andrea Brenneke, Assistant Attorney General, 800 Fifth Avenue, Suite 2000, Seattle, Washington 98104-1012, (206) 389-3886 or by email address: AndreaB3@atg.wa.gov.

## III.   DEFINITIONS

**3.1**   "Any" and "all" shall be construed as "any and all."

**3.2**   "And, "or," and "and/or" shall be interpreted and construed as broadly as possible to make the discovery request inclusive rather than exclusive, so that information otherwise within the scope of the discovery request is not excluded.

**3.3**   "Communication" means any conversations, meetings, correspondence, conference, and any other means or manner by which information or opinion is or was communicated to or received from others, whether written, electronic, or oral. The term includes every disclosure, transfer, exchange, or transmission of information, whether oral, written, or electronic, and whether face-to-face, by telecommunications, computer, mail, telecopier, facsimile (fax) machine, or otherwise.

**3.4**   "Detainee" means any person detained at the Northwest Detention Center.

**3.5**   "Document" means, without limitation, any "writing," includes, without limitation, any book, pamphlet, report, memorandum, note, statement, minute, diary, transcript, working paper, telegram, letter, paper, chart, drawing, graph, photograph, publication, tape recording, videotaped or graphic matter, accounting material, records of purchase or sale,

STATE OF WASHINGTON'S SECOND REQUESTS FOR PRODUCTION TO THE GEO GROUP, INC.

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 442-4492

contracts, agreements, invoices, and any other existing source of stored information, whether written, printed, typed, recorded, stored in a computer, or filmed. The term includes originals or duplicates of or copies of the writings, and non-identical copies bearing or having any attachments, notes or marks which distinguish them from the originals, and any electronic records, including, without limitation, electronic mail, spreadsheets, word processing files, and records saved as .pdf or other electronic files. Electronic mail subject to these discovery requests includes messages and/or attachments now only available on backup or archive tapes or disks. Also, if a print-out of an electronic record is a non-identical copy of the electronic version (for example, because the print-out has a signature, handwritten notation, or other mark or attachment not included in the computer document), both the electronic version in which the document was created and the original print-out must be produced.  It includes "writings" and "recordings" as defined in ER 1001(a).

**3.6**    "ICE" means the Immigration and Customs Enforcement agency of the United States Department of Homeland Security and all of its officers, principals, agents, representatives, and any parent, affiliate, sister, subsidiary, predecessor, successor or assignee of it, and its principals, operating divisions, present or former administrators, employees, servants, officers, directors, agents, representatives, attorneys, and any other persons or entities acting on behalf of or under the direction, authorization or control of ICE.

**3.7**    "Identify" when applied to a natural person or entity means (a) to state the person or entity's full name, residence or business address and telephone number, and job title or position, and (b) to give the name, address, and telephone number of the person's employer, if known to you.

**3.8**    "Identify" when applied to a business entity means to state the structure of the business (corporation, partnership, sole proprietorship, etc.), a brief description of the business, the registered agent for the business, the business address, and the business telephone number.

STATE OF WASHINGTON'S SECOND REQUESTS FOR PRODUCTION TO THE GEO GROUP, INC.

3

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 442-4492

**3.9**    "Identify" when applied to a document means (a) to state the nature of the document (e.g., item of correspondence, note, contract, etc.) in detail sufficient to enable the document to be produced upon motion or request, (b) to give the specific location of the document (e.g., building name, street address, and room number), and (c) to give the name and address of the individual who has physical possession and control of the document.

**3.10**    "Identify" when applied to a conversation means to separately state as to each communication: a) the date; b) the place at which it occurred or the medium involved; c) the persons involved and their last known addresses known to the answering party and their business affiliations at the time and presently; d) the substance of the communication; and e) the name and present address of any other person who, though not present or involved, possess information concerning the existence or nature of said communication.

**3.11**    "Northwest Detention Center" ("NWDC") means the facility located at 1623 J Street, Tacoma, Washington.

**3.12**    "Person" means any individual, corporation, partnership, association, joint venture, commercial entity, limited liability company, governmental entity, municipality, firm, commission, or agency.

**3.13**    "Relating", "Reflect", "Refer", or "Pertaining To" as used herein shall mean any information which is relevant in any way to the subject matter, including without limitation to the foregoing, all information which contain, record, reflect, summarize, evaluate, comment upon, transmit or discuss the subject matter of any request, as well as drafts, work papers or other preparation material, exhibits shown or circulated at any meeting, and the text or notes of any oral or written presentation or conversation.

**3.14**    "Relevant time period" means from November 1, 2005, to the present.

**3.15**    To "state the basis" for an allegation, denial, claim, contention, or assertion means to: (a) state all facts and circumstances upon which it is based, in whole or in part, or which relate

STATE OF WASHINGTON'S SECOND
REQUESTS FOR PRODUCTION TO THE
GEO GROUP, INC.

4

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 442-4492

1  or pertain to it, including any pertinent statute or regulation and every theory of law upon which

2  it is based; (b) identify all documents supporting, refuting, describing, commenting upon,

3  pertaining to, or otherwise relating to it; (c) identify all persons having knowledge of it, including

4  the circumstances under which they came to have such knowledge; and (d) identify all persons

5  who provided the information upon which Your response is based.

6      **3.16**  "You" and "Your" and "GEO" refers to The GEO Group, Inc. and any parent,

7  affiliate, sister, subsidiary, predecessor, successor or assignee of it, and its principals, operating

8  divisions, present or former owners, employees, servants, officers, directors, agents,

9  representatives, attorneys, accountants, independent contractors, distributors, and any other

10 persons or entities acting on behalf of or under the direction, authorization or control of The

11 GEO Group, Inc., including any foreign or overseas affiliates.

12              **IV.   INSTRUCTIONS**

13     **4.1**   These discovery requests request production of all described documents and

14 information in Your possession, custody or control without regard to the person or persons by

15 whom or for whom the documents were prepared (e.g., Your employees, distributors,

16 representatives, competitors, or others).

17     **4.2**   Each discovery request including the below Requests for Production shall be

18 accorded a separate answer. For the convenience of the parties and the Court, please quote each

19 Request for Production in full immediately preceding the answer thereto.

20     **4.3**   This request includes documents in possession of Your employees, agents,

21 representatives, and attorneys, unless privileged. If any document or information is withheld

22 under claim of privilege, identify the document and state the basis for the privilege, and provide

23 a detailed privilege log that contains at least the following information for each document or

24 information that You have withheld:

25          a.      The name of each author, writer, sender, creator, or initiator of such

26

STATE OF WASHINGTON'S SECOND
REQUESTS FOR PRODUCTION TO THE
GEO GROUP, INC.

5

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 442-4492

1                 document, and each such person's title and his or her employer or firm;

2         b.     The name of all recipients, addressees, or parties for whom such document

3                 was intended or to whom the document was sent;

4         c.     The date of such document, or an estimate thereof if no date appears on

5                 the document;

6         d.     The Request for Production to which the allegedly privileged document

7                 corresponds.

8         e.     The general subject matter of the document; and

9         f.     The claimed grounds for withholding the document, including, but not

10              limited to, the nature of any claimed privilege and grounds in support

11              thereof, stated in a manner that does not reveal privileged information but

12              that provides information sufficiently detailed so as to enable the State to

13              assess the applicability of the privileged claimed.

14     **4.4**     Pursuant to Federal Rule 26(e), these discovery requests including the below

15 Requests for Production impose a continuing duty to supplement Your responses in the event

16 additional documents and information comes into Your knowledge, possession, custody or

17 control after Your initial production of responses to the requests.

18     **4.5**     Your responses to these discovery requests including the below Requests for

19 Production are to be inclusive rather than exclusive. If the language of any of these discovery

20 requests including the below Requests for Production is phrased in the singular, the Request

21 includes the plural, and if the language of a Request is phrased in the plural, the Request includes

22 the singular.

23     **4.6**     If You cannot answer a Request completely, You must answer to the extent

24 possible and identify with specificity the part(s) which You cannot answer completely.

25     **4.7**     If You object to responding to part of a Request, You are required to furnish the

26

STATE OF WASHINGTON'S SECOND         6         ATTORNEY GENERAL OF WASHINGTON
REQUESTS FOR PRODUCTION TO THE                     Civil Rights Unit
GEO GROUP, INC.                              800 Fifth Avenue, Suite 2000
                                         Seattle, WA  98104-3188
                                         (206) 442-4492

information that is outside the scope of Your partial objection.

**4.8**  In each instance in which a document is produced in response to a discovery request, produce the current edition, along with all earlier editions or predecessor documents serving the same function, even though the title of earlier documents may differ from current versions.

**4.9**  The following procedures shall apply to the production of documents and information in response to these discovery requests including the below Requests for Production:

    a.    The recipient of these Requests shall label each responsive document or answer (i.e., Response to Request No. 1, Response to Request No. 2, and so forth), group all documents responsive to a particular request together, and place a label on each group of documents which identifies the corresponding discovery request;

    b.    All attachments to responsive documents or information shall be produced with, and attached to, the responsive documents (or digitally in corresponding order);

    c.    Each responsive document or information shall be produced in its entirety and no portion of any document or information shall be edited, cut, masked, redacted or otherwise altered, unless for applicable privilege which shall be logged according to the procedures set forth above;

    d.    The recipient of these Requests for Admision shall provide a key to all abbreviations used in the documents or information and shall attach the key to the corresponding documents or information.

**4.10**  Documents or information that may be responsive to more than one (1) numbered request in these discovery requests need not be submitted more than once. However, for each

STATE OF WASHINGTON'S SECOND
REQUESTS FOR PRODUCTION TO THE
GEO GROUP, INC.

7

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 442-4492

1   such document or information, the recipient of these Requests for Production shall identify all

2   of the numbered requests to which the Document or information is responsive.

3        **4.11**    You shall consecutively number each page of all documents or information

4   produced with Your response and indicate the total number of pages produced with Your

5   response. This page numbering must be separate from and must not alter any original page

6   numbering on the responsive documents or information.

7        **4.12**    Your responses to these discovery requests should include all relevant

8   electronically stored information in Your possession, custody, or control. Washington considers

9   electronically stored information to be an irreplaceable source of evidence in this matter.

10  Accordingly, the State of Washington insists that you implement appropriate safeguards against

11  the destruction of evidence until the final resolution of this issue.

12       **4.13**    Production of electronically stored information and other documents in electronic

13  format shall conform to the standards set forth in Exhibit A, which is attached to this document.

14       **4.14**    If You are unable to fully answer any discovery request including any of the

15  below Requests for Production, supply all of whatever information is actually available.

16  Designate such incomplete information as incomplete and accompany the information with an

17  explanation that includes the reasons for the incomplete answer; a description of any and all of

18  Your efforts to obtain the information; and the source from which the Office of the Attorney

19  General may obtain information to complete Your response. If books, records, or other sources

20  that provide accurate answers are not available, provide Your best estimates and describe how

21  You derived the estimates, including the sources or bases of such estimates. Designate estimated

22  data as such by marking it with the "est." notation. If there is no reasonable way for you to make

23  an estimate, provide an explanation.

24       **4.15**    If particular documents responsive to these Requests for Production no longer

25  exist for reasons other than the ordinary course of business but you have reason to believe they

26

STATE OF WASHINGTON'S SECOND
REQUESTS FOR PRODUCTION TO THE
GEO GROUP, INC.

8

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 442-4492

1 have been in existence, describe the documents; state the circumstances under which such

2 documents were lost or destroyed, and identify persons having knowledge of the content of the

3 documents.

## V.    REQUESTS FOR PRODUCTION

4

5

6 **REQUEST FOR PRODUCTION NO. 18:** Please produce all documents that are referenced

7 in, support, or that form the basis of Your response to Interrogatory No. 7.

8 **RESPONSE:**

9

10

11 **REQUEST FOR PRODUCTION NO. 19:** Please produce all documents that are referenced

12 in, support, or that form the basis of Your response to Interrogatory No. 8.

13 **RESPONSE:**

14

15

16 **REQUEST FOR PRODUCTION NO. 20:** Please produce all documents that are referenced

17 in, support, or that form the basis of Your response to Interrogatory No. 9.

18 **RESPONSE:**

19

20

21 **REQUEST FOR PRODUCTION NO. 21:** Please produce all documents that are referenced

22 in, support, or that form the basis of Your response to Interrogatory No. 10.

23 **RESPONSE:**

24

25

26

STATE OF WASHINGTON'S SECOND
REQUESTS FOR PRODUCTION TO THE
GEO GROUP, INC.

9

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 442-4492

1    **REQUEST FOR PRODUCTION NO. 22:** Please produce all documents that are referenced

2    in, support, or that form the basis of Your response to Interrogatory No. 11.

3    **RESPONSE:**

4

5

6    **REQUEST FOR PRODUCTION NO. 23:** Please produce all documents that are referenced

7    in, support, or that form the basis of Your response to Interrogatory No. 12.

8    **RESPONSE:**

9

10

11   **REQUEST FOR PRODUCTION NO. 24:** Please produce all documents that are referenced

12   in, support, or that form the basis of Your response to Interrogatory No. 13.

13   **RESPONSE:**

14

15

16   **REQUEST FOR PRODUCTION NO. 25:** Please produce all documents that are referenced

17   in, support, or that form the basis of Your response to Interrogatory No. 14.

18   **RESPONSE:**

19

20

21   **REQUEST FOR PRODUCTION NO. 26:** Please produce all documents that are referenced

22   in, support, or that form the basis of Your response to Interrogatory No. 15.

23   **RESPONSE:**

24

25

26

STATE OF WASHINGTON'S SECOND
REQUESTS FOR PRODUCTION TO THE
GEO GROUP, INC.

10

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 442-4492

1  **REQUEST FOR PRODUCTION NO. 27:** Please produce all documents that are referenced

2  in, support, or that form the basis of Your response to Interrogatory No. 16.

3  **RESPONSE:**

4

5

6  **REQUEST FOR PRODUCTION NO. 28:** Please produce all documents that are referenced

7  in, support, or that form the basis of Your response to Interrogatory No. 17.

8  **RESPONSE:**

9

10

11  **REQUEST FOR PRODUCTION NO. 29:** Please produce all documents that are referenced

12  in, support, or that form the basis of Your response to Interrogatory No. 18.

13  **RESPONSE:**

14

15

16  **REQUEST FOR PRODUCTION NO. 30:** For each of the years 2005 to the present, please

17  produce all documents, reports, and databases that contain aggregated data or information about

18  the number of hours worked by detainee workers in NWDC's VWP.

19  **RESPONSE:**

20

21

22  **REQUEST FOR PRODUCTION NO. 31:** Please produce all schedules or other documents

23  that set forth the  number of hours detainee workerswork to complete each task/assignment/

24  position in the VWP.

25  **RESPONSE:**

26

STATE OF WASHINGTON'S SECOND
REQUESTS FOR PRODUCTION TO THE
GEO GROUP, INC.

11

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 442-4492

1    **REQUEST FOR PRODUCTION NO. 32:** For each of the years 2005 to the present, please

2    produce all documents, reports, and databases that contain aggregated data or information about

3    the hours of detainee work broken down by location of work/tasks/assignments/positions

4    performed by detainee workers in NWDC's VWP.

5    **RESPONSE:**

6

7

8

9    **REQUEST FOR PRODUCTION NO. 33:** Please produce all training materials and

10    documents for training provided to detainee workers for each and every VWP

11    task/assignment/position.

12    **RESPONSE:**

13

14

15

16    **REQUEST FOR PRODUCTION NO. 34:** Please produce all training materials for GEO

17    employees regarding the VWP program.

18    **RESPONSE:**

19

20

21

22    **REQUEST FOR PRODUCTION NO. 35:** For the relevant years, please produce all NWDC
Housekeeping Plans.

23

24    **RESPONSE:**

25

26

STATE OF WASHINGTON'S SECOND
REQUESTS FOR PRODUCTION TO THE
GEO GROUP, INC.

12

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 442-4492

1  **REQUEST FOR PRODUCTION NO. 36:** For each of the years 2005 to the present, please

2  produce all documents, reports, and databases that contain aggregated data or information about

3  detainee worker compensation for participation in NWDC's VWP.

4  **RESPONSE:**

5

6

7  **REQUEST FOR PRODUCTION NO. 37:** For the relevant time period, please produce all

8  invoices and supporting documents submitted to ICE for payments related to the VWP.

9  **RESPONSE:**

10

11

12  **REQUEST FOR PRODUCTION NO. 38:** For each of the years 2005 to the present, please

13  produce all GEO's financial statements, Profit and Loss statements, budget, and budget to actual

14  analysis on a quarterly or annual basis for each of the years during the relevant time period.

15  **RESPONSE:**

16

17

18  **REQUEST FOR PRODUCTION NO. 39:** To the extent not previously produced, please

19  produce GEO's U.S. Corrections & Detention Division financial statements, Profit and Loss

20  statements, budget, and budget to actual analysis on a quarterly or annual basis for each of the

21  years during the relevant time period.

22  **RESPONSE:**

23

24

25

26

STATE OF WASHINGTON'S SECOND
REQUESTS FOR PRODUCTION TO THE
GEO GROUP, INC.

13

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 442-4492

1 | **REQUEST FOR PRODUCTION NO. 40**: To the extent not previously produced, please
2 | produce the NWDC's financial statements, Profit and Loss statements, budget, and  budget to
3 | actual analysis on a quarterly or annual basis from 2005 to present, including all documents that
4 | set forth the detailed operating costs of the facility, Voluntary Work Program costs, labor costs,
5 | and payroll expenses as well as all details of revenue, contract payments and reimbursements.
6 | **RESPONSE:**
7 |
8 |
9 | **REQUEST FOR PRODUCTION NO. 41:**   To the extent not previously produced, please
10 | produce all documents that contain  financial performance analysis, financial models, financial
11 | evaluations, analysis of profits earned, or other assessments of the performance of the NWDC
12 | contract(s) with ICE.
13 | **RESPONSE:**
14 |
15 |
16 | **REQUEST FOR PRODUCTION NO. 42**: To the extent not previously produced, please
17 | produce all documents related to the profit or loss of the NWDC's Voluntary Work Program,
18 | including budget, and budget to actual analysis on a quarterly or annual basis from 2005 to the
19 | present, and all documents that set forth the detailed operating costs of the Voluntary Work
20 | Program, as well as revenues, payments and reimbursements received.
21 | **RESPONSE:**
22 |
23 |
24 |
25 |
26 |

STATE OF WASHINGTON'S SECOND
REQUESTS FOR PRODUCTION TO THE
GEO GROUP, INC.

14

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 442-4492

1    **REQUEST FOR PRODUCTION NO. 43**: To the extent not previously produced, please

2    produce all documents that contain financial analysis, financial models, analysis of profits

3    earned, valuation of the work performed, or other assessments of the Voluntary Work Program

4    at the NWDC from 2004 to present.

5    **RESPONSE:**

6

7

8    **REQUEST FOR PRODUCTION NO. 44**: To the extent not previously produced, please

9    produce all documents that contain financial analysis, financial models, analysis of profits

10    earned, valuation of the work performed, or other assessments of the Voluntary Work Program

11    within the GEO Group from 2005 to the present.

12    **RESPONSE:**

13

14

15    **REQUEST FOR PRODUCTION NO. 45**:  For each of the year from 2005 to the present,

16    please produce a representative commissary price list used by detainees during that year to order

17    items from the commissary.

18    **RESPONSE:**

19

20

21    **REQUEST FOR PRODUCTION NO. 46**: Please produce all documents that set forth the

22    terms and conditions of the NWDC detainee telephone/communications system, including,

23    without limitation, the contract(s) with vendors.

24    **RESPONSE:**

25

26

STATE OF WASHINGTON'S SECOND
REQUESTS FOR PRODUCTION TO THE
GEO GROUP, INC.

15

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 442-4492

1   **REQUEST FOR PRODUCTION NO. 47**:  For each of the year from 2005 to the present,

2   please produce a representative telephone/communications price list or other documents that set

3   forth the cost of telephone calls and video calls made by detainees.

4   **RESPONSE**:

5

6

7   **REQUEST FOR PRODUCTION NO. 48**: To the extent not previously produced, please

8   produce the contract(s) originally entered into by the GEO Group's predecessor Correctional

9   Services Corporation.

10   **RESPONSE**:

11

12

13   **REQUEST FOR PRODUCTION NO. 49**: Please produce the ICE solicitation(s) for all

14   ICE/GEO Group Contracts related to the NWDC from 2005 to present.

15   **RESPONSE**:

16

17

18

19   **REQUEST FOR PRODUCTION NO. 50**: To the extent not previously produced, please

20   produce the GEO Group's offer(s) and bid(s), and all supporting documents and submissions in

21   support of those offer(s) and bid(s), submitted in response to ICE solicitation(s), or in

22   negotiations related to amendment(s) and renewal(s), of contracts related to the NWDC at any

23   time from 2005 to the present.

24   **RESPONSE**:

25

26

STATE OF WASHINGTON'S SECOND
REQUESTS FOR PRODUCTION TO THE
GEO GROUP, INC.                                      16                    ATTORNEY GENERAL OF WASHINGTON
                                                                                  Civil Rights Unit
                                                                               800 Fifth Avenue, Suite 2000
                                                                                Seattle, WA  98104-3188
                                                                                    (206) 442-4492

1    **REQUEST FOR PRODUCTION NO. 51:**  Please produce all documents containing financial

2    performance analyses, financial models, or other financial evaluations prepared in connection

3    with or for the purpose of GEO Group's offer(s) and bid(s), and negotiations related to

4    amendment(s) and renewal(s), of contracts related to the NWDC from 2005 - present.

5    **RESPONSE:**

6

7

8

9    **REQUEST FOR PRODUCTION NO. 52:**  To the extent not previously produced, please

10   produce any per diem rate calculations and models related to GEO Group's NWDC Contract(s)

11   from 2005 to present, including, but not limited to, the following factors: "Voluntary Work

12   Program" costs and expenses; labor costs and payroll expenses (excluding Voluntary Work

13   Program); expected and guaranteed occupancy; all other costs of providing services (including

14   food, medical, building operations, etc.); desired margins.

15   **RESPONSE:**

16

17

18

19   **REQUEST FOR PRODUCTION NO. 53:**  To the extent not previously produced, please

20   produce any calculations concerning overhead and other costs allocated to the NWDC Contracts

21   in evaluating profitability and the per diem rates as well as the methodology used to allocate

22   such costs, including any changes in methodology.

23   **RESPONSE:**

24

25

26

STATE OF WASHINGTON'S SECOND
REQUESTS FOR PRODUCTION TO THE
GEO GROUP, INC.

17

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 442-4492

1  **REQUEST FOR PRODUCTION NO. 54:** To the extent not previously produced, please
2  produce all documents that contain any analyses of the NWDC Contract costs, and categorization
3  of those costs as variable or fixed, during the relevant period and any changes to allocation of
4  costs inbetween categories.
5  **RESPONSE:**
6
7
8  **REQUEST FOR PRODUCTION NO. 55:** To the extent not previously produced, please
9  produce any documents or information related to assumptions made in determining the
10  contractually negotiated per diem rate(s) and calculations for the NWDC Contracts.
11  **RESPONSE:**
12
13
14  **REQUEST FOR PRODUCTION NO. 56:** Please produce all audit reports and findings in
15  connection with all internal audits of the NWDC's VWP during the relevant period.
16  **RESPONSE:**
17
18
19  **REQUEST FOR PRODUCTION NO. 57:** Please produce all audit reports and findings in
20  connection with all governmental agency audits of the NWDC's VWP during the relevant
21  period.
22  **RESPONSE:**
23
24
25
26

STATE OF WASHINGTON'S SECOND                    18          ATTORNEY GENERAL OF WASHINGTON
REQUESTS FOR PRODUCTION TO THE                              Civil Rights Unit
GEO GROUP, INC.                                            800 Fifth Avenue, Suite 2000
                                                           Seattle, WA  98104-3188
                                                           (206) 442-4492

1    **REQUEST FOR PRODUCTION NO. 58:**   Please produce all detainee worker kites or

2    complaints and all documents, responses, and resolutions to those kites or complaints that relate,

3    in any way, to compensation or failure to pay compensation for work done in the VWP;

4    **RESPONSE:**

5

6

7    **REQUEST FOR PRODUCTION NO. 59:** Please produce all detainee worker kites or

8    complaints regarding the VWP and all documents, responses, and resolutions to those kites or

9    complaints that relate, in any way, to working hours, working conditions, treatment by guards at

10   work, hiring, job assignments, supervision, or termination.

11   **RESPONSE:**

12

13

14   **REQUEST FOR PRODUCTION NO. 60:** Please produce documents that relate, in any way,

15   to staff recruitment from the local community and the NWDC contribution to the local economy

16   through salaries and purchase of goods and services.

17   **RESPONSE:**

18

19

20         DATED this 12th day of June, 2018.

21                                              ROBERT W. FERGUSON
                                                Attorney General
22

23

24                                       _____/s La Rond Baker_____
                                         LA ROND BAKER, WSBA No. 43610
25                                       MARSHA CHIEN, WSBA No. 47020
                                         ANDREA BRENNEKE, WSBA No. 22027
26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Assistant Attorneys General
Civil Rights Unit
Attorney General of Washington
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 516-2999
larondb@atg.wa.gov
marshac@atg.wa.gov
andreab3@atg.wa.gov

STATE OF WASHINGTON'S SECOND
REQUESTS FOR PRODUCTION TO THE
GEO GROUP, INC.

20

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 442-4492

1

## DECLARATION OF SERVICE

2

I certify that I served a copy of this document on all parties or their counsel of record on

3

the date below as follows:

4

☒ Electronic Service (by agreement of counsel) to:

5

6 | Joan Mell

III Branches Law, PLLC

7 | 1019 Regents Blvd., Ste. 204

Fircrest, WA 98466

8 | joan@3brancheslaw.com

Andrea L. D'Ambra

Norton Rose Fulbright

1301 Avenue of the Americas

New York, New York 10019-6022

andrea.dambra@nortonrosefulbright.com

9 | Charles Deacon

Norton Rose Fulbright

10 | 300 Convent Street

San Antonio, TX 78205

11 | charlie.deacon@nortonrosefulbright.com

Mark Emery

Norton Rose Fulbright

799 9th Street NW, Suite 1000

Washington, DC 20001-4501

mark.emery@nortonrosefulbright.com

12

I certify under penalty of perjury under the laws of the state of Washington that the

13

foregoing is true and correct.

14

15

DATED this 12th day of June, 2018, at Seattle, Washington.

16

_____s/ La Rond Baker_____

LA ROND BAKER

17

18

19

20

21

22

23

24

25

26

STATE OF WASHINGTON'S SECOND
REQUESTS FOR PRODUCTION TO THE
GEO GROUP, INC.

21

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 442-4492