The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | CIVIL ACTION NO. 3:17-cv-05806-RJB<br><br>JOINT MOTION TO RENOTE DEFENDANT THE GEO GROUP, INC.'S MOTION FOR PROTECTIVE ORDER |

The parties, by and through their respective counsel, and in compliance with Local Rule 7 of the U.S. District Court for the Western District of Washington, submit the following Joint Motion to Change the Noting Date and Briefing Schedule of Defendant The GEO Group, Inc.'s ("GEO") Motion for Protective Order, ECF 63.

By this Joint Motion, the parties respectfully request that the noting date or GEO's Motion for Protective Order be changed to July 6, 2018. The briefing deadlines will be as follows: (1) Washington's Response will be due to the Court on July 2, 2018 and GEO's Reply will be due to the Court on July 6, 2018.

JOINT MOTION TO RENOTE DEFENDANT THE GEO GROUP, INC.'S MOTION FOR PROTECTIVE ORDER

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

Respectfully submitted this 28th day of June, 2018.

| | |
|---|---|
| BOB FERGUSON<br>Attorney General of Washington<br><br>s/ *La Rond Baker*<br>LA ROND BAKER, WSBA No. 43610<br>MARSHA CHIEN, WSBA No. 47020<br>ANDREA BRENNEKE, WSBA No. 22027<br>Assistant Attorneys General<br>Office of the Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>(206) 464-7744<br>larondb@atg.wa.gov<br>marshac@atg.wa.gov<br>andreab3@atg.wa.gov<br><br>**ATTORNEYS FOR PLAINTIFF STATE OF WASHINGTON** | **NORTON ROSE FULBRIGHT US LLP**<br><br>s/ *Andrea D'Ambra*<br>Andrea D'Ambra 1301 Avenue of the Americas New York, NY 10019<br>Telephone: (212) 318-3000<br>Facsimile: (212) 318-3400<br>andrea.dambra@nortonrosefulbright.com<br><br>**NORTON ROSE FULBRIGHT US LLP**<br><br>Charles A. Deacon 300 Convent St.<br>San Antonio, Texas 78205<br>Telephone: (210) 270-7133<br>Facsimile: (210) 270-7205<br>charlie.deacon@nortonrosefulbright.com<br><br>**NORTON ROSE FULBRIGHT US LLP**<br><br>Mark Emery 799 9th Street NW, Suite 1000<br>Washington, DC 20001-4501<br>Telephone: (202) 662-0210<br>Facsimile: (202) 662-4643<br>mark.emery@nortonrosefulbright.com<br><br>**III BRANCHES LAW PLLC**<br><br>Joan K. Mell, WSBA #21319<br>1019 Regents Blvd. Ste. 204<br>Fircrest, WA 98466<br>253-566-2510 (P)<br>281-664-4643 (F)<br>joan@3brancheslaw.com<br><br>**ATTORNEYS FOR DEFENDANT THE GEO GROUP, INC.** |

JOINT MOTION TO RENOTE DEFENDANT THE GEO GROUP, INC.'S MOTION FOR PROTECTIVE ORDER

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the United States District Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

June 28, 2018

                             s/ *La Rond Baker*
                             La Rond Baker

JOINT MOTION TO RENOTE DEFENDANT THE GEO GROUP, INC.'S MOTION FOR PROTECTIVE ORDER

3

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744