The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

STATE OF WASHINGTON,

        Plaintiff,

   v.

THE GEO GROUP, INC.,

        Defendant.

NO. 3:17-cv-05806-RJB

[PROPOSED] ORDER RENOTING DEFENDANT THE GEO GROUP'S MOTION FOR PROTECTIVE ORDER, ECF 63

This matter came before the Court on the parties' Stipulated Motion to Renote Defendant The GEO Group, Inc.'s Motion for Protective Order, ECF 63.

IT IS HEREBY ORDERED that The GEO Group, Inc.'s Motion for Protective Order is renoted for July 6, 2018 and that the briefing schedule is modified as follows to reflect the new noting date:

Washington's Response – July 2, 2018;

The GEO Group, Inc.'s Reply – July 6, 2018.

Dated this ____ day of _____, 2018.

_____
Honorable Robert J. Bryan
United States District Court Judge

PROPOSED ORDER GRANTING
WASHINGTON'S MOTION FOR RELIEF
FROM DEADLINES

1

Presented by:

BOB FERGUSON
Attorney General of Washington

s/ *La Rond Baker*_____
LA ROND BAKER, WSBA No. 43610
MARSHA CHIEN, WSBA No. 47020
ANDREA BRENNEKE, WSBA No. 22027
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
larondb@atg.wa.gov
marshac@atg.wa.gov
andreab3@atg.wa.gov

**ATTORNEYS FOR PLAINTIFF STATE OF WASHINGTON**

**NORTON ROSE FULBRIGHT US LLP**

s/ *Andrea D'Ambra*_____
Andrea D'Ambra 1301 Avenue of the
Americas New York, NY 10019
Telephone: (212) 318-3000
Facsimile: (212) 318-3400
andrea.dambra@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT US LLP**

Charles A. Deacon 300 Convent St.
San Antonio, Texas 78205
Telephone: (210) 270-7133
Facsimile: (210) 270-7205
charlie.deacon@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT US LLP**

Mark Emery 799 9th Street NW, Suite 1000
Washington, DC 20001-4501
Telephone: (202) 662-0210
Facsimile: (202) 662-4643
mark.emery@nortonrosefulbright.com

**III BRANCHES LAW PLLC**

Joan K. Mell, WSBA #21319
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 (P)
281-664-4643 (F)
joan@3brancheslaw.com

**ATTORNEYS FOR DEFENDANT THE GEO GROUP, INC.**

PROPOSED ORDER GRANTING
WASHINGTON'S MOTION FOR RELIEF
FROM DEADLINES

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 442-4492