# Exhibit 2

**From:** Baker, La Rond (ATG) [mailto:LaRondB@ATG.WA.GOV]
**Sent:** Wednesday, June 13, 2018 8:11 PM
**To:** kristin.b.johnson@usdoj.gov
**Cc:** Brenneke, Andrea (ATG) <AndreaB3@ATG.WA.GOV>; 'Joan Mell' <joan@3brancheslaw.com>; D'Ambra, Andrea L. <andrea.dambra@nortonrosefulbright.com>; Deacon, Charles <charlie.deacon@nortonrosefulbright.com>; Emery, Mark <mark.emery@nortonrosefulbright.com>
**Subject:** Washington v. The GEO Group, Inc. - Albence and Dainton Subpoenas

Ms. Johnson,

Pursuant to our call earlier today, Washington writes to withdraw its subpoenas for deposition testimony from Matthew Albence and Albert Dainton.

If you have any further questions or would like to discuss this matter further please do not hesitate to contact me.

Thank you,
La Rond Baker
Assistant Attorney General
Wing Luke Civil Rights Unit
Office of the Washington Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
206.516.2999
206.464.6451 (fax)