The Honorable Robert J. Bryan

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

STATE OF WASHINGTON,

    Plaintiff,

    v.

THE GEO GROUP, INC.,

    Defendant.

No.  17-cv-05806-RJB

**[PROPOSED] ORDER**

**[PROPOSED] ORDER**

Defendant The GEO Group, Inc. ("GEO") has moved for reconsideration of this Court's July 17 Order on Defendant The Geo Group's Motion for a Protective Order, Plaintiff the State of Washington's Motion to Compel Production of Documents By the Defendant, and Plaintiff the State of Washington's Motion for Relief from Deadline, Dkt. 86.

**IT IS HEREBY ORDERED** that:

1)  GEO's Motion for Reconsideration (Dkt No. ____) is **GRANTED.**

2)  **IT IS FURTHER ORDERED** that

    a)  GEO may have until August 31, 2018 to produce documents that were previously submitted to ICE, but are determined not to require ICE review, to ensure GEO is not producing any ICE protected information.

b)  GEO may produce documents that contain detainee names and alien numbers in unredacted form under an amended protective order that designates such documents as confidential.  The parties' protective order at § 2 shall be modified to add the following paragraph as ¶13 (Dkt. 70 at p. 3): "Detainees' identity and personally identifiable information covered by the letter and spirit of the Privacy Act, 5 U.S.C. § 552a. Detainees shall be referred to by their initials only in all pleadings absent further order of the Court."

Dated: July __, 2018                                    **SO ORDERED.**


_____

Robert J. Bryan
United States District Court