# Exhibit 4

**Northwest Detention Center**

## Detainee Request Form
## (Solicitacion de Detenido)

| Alien Number (Numero de Extranjero): | Detainee Name (Nombre de Detenido): |
|---|---|
| A Confidential | (Last Name - Appellido) Confidential  (First Name - Nombre Primero) Confidential |

| Living Unit (Dormitorio): | Bunk Number (Numbre litera): | Date (Fecha): | Nationality (Nacionalidad): |
|---|---|---|---|
| Confidential | | 5-02-13 | Pakistan  4-29 |

**Note:** Incorrect or incomplete information will result in no response and the return of this form.
Informacion que esta incorrecta o incompleta no recibira una respuesta la vuelta de esta forma.

**Type of Request:** [ ] ICE (Immigracion)   [ ] Mail (Correo)   [ ] Property (Propiedad)

[ ] Emergency Phone Call (Emergencia Telefono)   [ ] Recreation (Recreacion)

[ ] Finance (Dinero)   [✓] Work Request (Trabajo Soicitacion)   [ ] Barber (Barbero)

[ ] Commissary (Commisara)   [ ] Classification Appeal (Classificacion)

[ ] Food (Comida)   [ ] Notary (Notario)   [ ] Copies (Copias)   [ ] Other (Otro)

[ ] Religious Diet / Common Fare (Dieta Religiosa / Precio Comun)   [ ] Chaplain (Capellán)

**Request (Solicitacion):** I would like to work in the kitchen please when there is an opening please. I would appreciated if you give me a chance please and thank you

Detainee Signature (Firma Detenido)

**Response:** SENT TO MEDICAL FOR CLEARANCE. YOU WILL BE NOTIFIED OF THE RESULTS.

A Singh    5-03-13
Staff Signature    Date

Original - Detainee Response    Copy - Detainee File    Copy Responder-File Copy
KITE 001

102710 RECEIVED
MAY 03 2013

Please read information below before completing Detainee Request Form.
*Lea la informacion proveida antes de completar la forma Solicitacion de Detenido.*

☐ 1. You are an Expedited Removal from the United States and will be deported as soon as possible. You are not eligible for a bond or special permit. You will not see an Immigration Judge. You will be deported as soon as possible.
*Usted es elegible para ser expulsado rapidamente de los Estados Unidos y va ser deportado lo mas pronto possible. Usted no califica para fianza o permiso especial. Usted no va a ver a un juez de Inmigracion.*

☐ 2. You are Claiming Fear of returning to your country. You will be interviewed by an Asylum Officer as soon as possible. You are not eligible for a bond or special permit. Only San Francisco Asylum can cancel your fear claim. If an Asylum Officer determines that you have fear you will see an Immigration Judge. Only an Immigration Judge can issue a bond.
*Usted esta reclamando temor de regresar a su pais. Ussted va a ser entrevistado por un official de asilo lo mas pronto possible. Usted no califica para fianza o permiso especial Regularmente usted va' a ser detenido mas tiempo que los otros detenidos. Solamente un oficial de asilo en San Francisco puede cancelar su peticion. Si un official de asilo determina que el miedo de regresar a su paid es fundado, podra ver a un juez de Inmigracion. Solamente un juez de inmigracion puede dar o reducir una fianza.*

☐ 3. You have been issued a Notice to Appear (NTA) to see an Immigration Judge and will be scheduled for court. Your hearing will be scheduled by the Tacoma Immigration Court as soon as possible. ICE has no jurisdiction on scheduling your court date. You can call the automated Immigration Court information telephone number (1-800-898-7180) for your hearing date; and you must enter your Immigration Number which is noted on your wristband. An Immigration Judge can issue or lower a bond.
*A usted le han dado una cita para presentarse frente a un juez de Inmigracion (Notice to Appear) y va a recibir una audiencia en una corte de Inmigracion. Para informacion de los avances en su caso, usted puede llamar gratuitamente a la Corte de Inmigracion al numero 1-800-898-7180, ingrese los numeros de identifcacion localizados en su brazalete. Solament un juez de inmigracion puede otorgar o reducir una fianza.*

☐ 4. You have been ordered removed from the United States and will be deported as soon as possible. You are not allowed to pay for your removal. The U.S. government will remove you from the United States. You are not eligible for a bond or special permit.
*A usted le han ordenado salir de los Estados Unidos. Usted va a se deportado lo mas pronto possible. Usted no pagara por su salida del pais. El gobierno de los Estados Unidos se encargara de su salida del pais. Usted no califica para fianza o permiso especial.*

☐ 5. You have asked that your bond be reduced. Only an Immigration Judge can reduce your bond.
*Usted ha pedido que su fianza sea reducida. Solamente un juez de inmigracion puede reducer una fianza.*

☐ 6. You have filed an appeal with the Board of Immigration Appeals (BIA). If you wish to cancel your appeal it must be written in English and mailed to the BIA and a copy sent to ICE Office of the Chief Counsel in Tacoma.
*Usted ha aplicado para apelar su caso ante la Junta de Apelacion de Inmigracion (BIA). Si usted desea cancelar su apelacion, debe enviar por correo regular una peticion en ingles a la Junta del BIA y una copia a la oficina de abogados en Tacoma.*

☐ 7. If you are having problems with the phones or your pin number, dial 211 # and speak to customer service. If you need to reset your pin number, let the GEO dorm officer know.
*Si usted tiene problemas usando el telefono or su contrasena, marque el numero 211 # y hable con el representante de la compania. Si quiere remplazar su contrasena, hable con su official de GEO.*

☐ 8. Property cannot be delivered without advance approval from ICE and the Warden. All property requests must be completed using the Northwest Detention Center "Authorization to Receive Package or Property" obtained from the dorm officer. All approved property must be delivered between 4:00pm and 6:00pm on the approved dates.
*Propiedad no sera aceptada sin el permiso de ICE o el Warden de la facilidad. Todas las peticiones de propiedad seran completadas usando la forma Northwest Detention Center "Authorization to Receive Package or Property." La forma se puede obtener de su oficial de GEO assignado a su dormitorio. Propiedad aprovada solamente sera permitida entre las horas de 4:00pm y 6:00pm en los dias previamente autorizados.*

☐ 9. For instructions on how to deposit money into your account, talk to the officer in your dorm.
*Para instrucciones relacionadas con depositar dinero en su cuenta, consulte con su oficial de GEO.*

☐ 10. If you need to speak to your Consulate, call the consular toll-free numbers posted on the board in your dorm.
*Para contactar su Consulado, consulte la lista disponible en su dormitorio. Las llamadas a su Consulado son gratuitas.*

☐ 11. If you have any questions for your ICE officer, write a kite and place it in the ICE box located in your dorm. An ICE officer visits the dorms once a week.
*Si tiene preguntas para su oficial de Inmigracion, use la forma "Detainee Request Form" y depositela en la caja marquada "ICE" localizada en su dormitorio. Los oficiales de Inmigracion visitan los dormitorios una vez cada semana.*