1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON, | CASE NO. 3:17-cv-5806-RJB |
| Plaintiff, | ORDER INVITING BRIEFING ON DEFENDANT'S MOTION FOR RECONSIDERATION |
| v. | |
| THE GEO GROUP INC., | |
| Defendant. | |

THIS MATTER comes before the Court Defendant The Geo Group Inc.'s Motion for Reconsideration. Dkt. 87.

The motion raises whether the Order on Motion for Protective Order (Dkt. 86) should be modified based on additional information submitted by Defendant. It appears that the proposed modification may be agreed at least in part. Defendant also requests additional time for discovery. Plaintiff should be given the opportunity to weigh in on both issues.

1    To keep the exchange of discovery expeditious, a shortened briefing schedule is

2    appropriate.

3    THEREFORE, it is HEREBY ORDERED:

4    (1) Plaintiff shall file a Response, if it any it has, by Monday, August 6, 2018.

5    (2) Defendant shall file a Reply, if it any it has, by the sooner of either Friday, August 13,

6    2018, or five business days after Plaintiff files its Response.

7    (3) Defendant's Motion for Reconsideration (Dkt. 86) is renoted to Friday, August 13,

8    2018.

9    (4) Briefing shall be limited to five (5) pages, not including any declarations and

10    attachments.

11    IT IS SO ORDERED.

12    The Clerk is directed to send uncertified copies of this Order to all counsel of record and

13    to any party appearing *pro se* at said party's last known address.

14    Dated this 30th day of July, 2018.

15

16    ROBERT J. BRYAN
      United States District Judge

17

18

19

20

21

22

23

24

ORDER INVITING BRIEFING ON DEFENDANT'S MOTION FOR RECONSIDERATION - 2