The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STATE OF WASHINGTON,

           Plaintiff,

    v.

THE GEO GROUP INC,

           Defendant.

NO. 3:17-cv-05806-RJB

ORDER GRANTING STATE'S MOTION FOR PROTECTIVE ORDER QUASHING SUBPOENA FOR DEPOSITION OF ATTORNEY GENERAL ROBERT W. FERGUSON

[PROPOSED]

**NOTING DATE: AUGUST 24, 2018**

This matter came before the Court on a Motion for Protective Order Quashing a Subpoena for Deposition of Attorney General Robert W. Ferguson brought by the Plaintiff State of Washington. The Court has considered the motion and documents filed therewith, including declarations, the exhibits attached thereto, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff's motion to quash is hereby GRANTED.

[PROPOSED] ORDER GRANTING
STATE'S PROTECTIVE ORDER
NO. 3:17-cv-05806-RJB

1

It is SO ORDERED.

ISSUED this _____ day of _____, 2018.

_____
THE HONORABLE ROBERT J. BRYAN

ROBERT W. FERGUSON
Attorney General

*/s/ Eric A. Mentzer*
ERIC A. MENTZER, WSBA #21243
Senior Counsel
LA ROND BAKER, WSBA No. 43610
MARSHA CHIEN, WSBA No. 47020
ANDREA BRENNEKE, WSBA No. 22027
Assistant Attorneys General
Office of the Attorney General
7141 Cleanwater Drive SW
PO Box 40111
Olympia, WA 98501-6503
(360) 709-6470
ericm@atg.wa.gov
marshac@atg.wa.gov
larondb@atg.wa.gov
andreab3@atg.wa.gov
Attorneys for Plaintiff State of Washington

[PROPOSED] ORDER GRANTING
STATE'S PROTECTIVE ORDER
NO. 3:17-cv-05806-RJB

2

**DECLARATION OF SERVICE**

I hereby certify that on August 16, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will serve a copy of this document upon all counsel of record.

DATED this 16th day of August, 2018, at Olympia, Washington.

*/s/ Eric A. Mentzer*
ERIC A. MENTZER, WSBA No. 21243
Senior Counsel

[PROPOSED] ORDER GRANTING
STATE'S PROTECTIVE ORDER
NO. 3:17-cv-05806-RJB

3

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Drive SW
Olympia, WA 98501-6503
(360) 709-6470