1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

8
9
10

| | |
|---|---|
| THE STATE OF WASHINGTON, | CASE NO. 3:17-cv-05806-RJB |
| Plaintiff, | SECOND ORDER ON DEFENDANT THE GEO GROUP, INC.'S MOTION FOR PROTECTIVE ORDER |
| v. | |
| THE GEO GROUP, INC., | |
| Defendant. | |

11
12
13
14
15
16
17

THIS MATTER comes before the Court Defendant The GEO Group, Inc.'s Motion for

Reconsideration. Dkt. 87. In partially reaching the merits of Defendant's motion, the Court

issued an Order Granting in Part and Continuing in Part The GEO Group, Inc.'s Motion for

Protective Order and Inviting Plaintiff to File Supplemental Response. Dkt. 96. At the Court's

invitation, Plaintiff has filed a Supplemental Response, Dkt. 97, which addresses Defendant's

request to add a paragraph that would modify ¶9 of the Protective Order. *See* Dkt. 95-3 at 12.

18
19
20
21
22
23
24

SECOND ORDER ON DEFENDANT THE GEO GROUP, INC.'S MOTION FOR PROTECTIVE ORDER - 1

1    Having considered the briefing and the remainder of the file, the Court FINDS that

2  Defendant's request to modify ¶9 of the Protective Order IS DENIED, and to that extent,

3  Defendant's Motion for Reconsideration (Dkt. 87) is HEREBY DENIED.

4    This finding shall be construed together with findings in the prior Order (Dkt. 96) as the

5  complete findings on Defendant's motion.

6    IT IS SO ORDERED.

7    The Clerk is directed to send uncertified copies of this Order to all counsel of record and

8  to any party appearing *pro se* at said party's last known address.

9    Dated this 16th day of August, 2018.

ROBERT J. BRYAN
United States District Judge