# Exhibit 1

The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| STATE OF WASHINGTON, | NO. 3:17-cv-05806-RJB |
|---|---|
| Plaintiff, | |
| v. | WASHINGTON'S ANSWERS AND RESPONSES TO GEO'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS |
| THE GEO GROUP, INC., | |
| Defendant. | |

**OBJECTIONS**

Pursuant to Federal Rules of Civil Procedure 26, 33, and 34, Plaintiff State of Washington ("Washington") hereby responds to Defendant The GEO Group, Inc.'s First Set of Interrogatories and Requests for Production Propounded to the State of Washington (collectively, "Requests").

**GENERAL OBJECTIONS**

1.      Washington objects to the Requests to the extent that they seek documents and information protected from disclosure by the attorney-client privilege, attorney work product doctrine, common interest doctrine, deliberative process privilege, law enforcement privilege, and/or any other applicable legal privilege. If any privileged information is inadvertently produced, Washington does not waive or intend to waive the privilege pertaining to such information.

2.      Washington objects to the definition of the term "You" and "State" on the basis

1

and therefore equally available to GEO. Washington additionally objects to this Request to the extent it calls for the production of documents protected by the attorney work product doctrine or the common interest doctrine. Without waiving any objection, Washington identifies the below documents as responsive to Request for Production No. 4.

1. GEO's contract with U.S. Immigration and Customs Enforcement. *See* WA00000001 – WA00000369

2. 2011 Performance-Based National Detention Standards. *See* WA00000370 – WA00000824;

3. Letter to GEO's Chief Executive Officer from Tacoma Mayor Marilyn Strickland (Feb. 24, 2017). *See* WA00001023 – WA00001025;

4. Letter to Mayor Strickland from Joan Mell (Mar. 6, 2017). *See* WA00001026 – WA00001027;

5. Certificate of Compliance from Lowell Clark, Facility Administrator (Mar. 6, 2017). *See* WA00001028;

6. The GEO Group, Inc., 2016 Annual Report. *See* WA00001102 – WA00001260;

7. The GEO NWDC Detainee Handbook. *See* WA00001261 – WA00001298.

Investigation and discovery are continuing.

**INTERROGATORY NO. 5:**      Explain what motivated Attorney General Bob Ferguson to claim on behalf of the State that GEO should pay detainees minimum wages for their participation in the voluntary work program while ICE detains these individuals at the NWDC.

**ANSWER:**   Washington objects to this Interrogatory to the extent it calls for information protected by attorney-client privilege and the attorney work product doctrine, the common interest doctrine, and deliberative process privilege. In addition, Washington objects to this Request because it is not reasonably likely to lead to discoverable evidence. Without waiving any objection, Washington answers: Washington initiated this law enforcement action to ensure

WASHINGTON'S ANSWERS AND
RESPONSES TO GEO'S FIRST SET OF
INTERROGATORIES AND REQUESTS
FOR PRODUCTION OF DOCUMENTS

8

ATTORNEY GENERAL OF WASHINGTON
CIVIL RIGHTS UNIT
800 FIFTH AVENUE, SUITE 2000
SEATTLE, WA  98104
(206) 442-4492

1  that GEO, a private for-profit company operating in Washington, complies with Washington's

2  minimum wage laws in order to protect the economic health of the State as well as the health,

3  safety, and well-being of Washington residents, including detainee and non-detainee workers.

4

5  **REQUEST FOR PRODUCTION NO. 5:** All documents pertaining to your answer to

6  Interrogatory No. 5.

7  **RESPONSE:** Washington objects to this Request to the extent it calls for the production of

8  documents produced by Defendant or publically available documents, which documents are

9  equally available to GEO. Washington additionally objects to this Request to the extent it calls

10  for the production of documents protected by attorney-client privilege and the attorney work

11  product doctrine, the common interest doctrine, and deliberative process privilege. Without

12  waiving any objection, please see Washington's Initial Disclosures and attached documents.

13  Washington will produce additional responsive, relevant, documents that are not privileged or

14  attorney work product protected.

15

16  **INTERROGATORY NO. 6:**          Describe the factual basis for your assertion that detainees

17  who participate in the voluntary work program are "employees" under RCW 49.46.010(3).

18  **ANSWER:**   Washington objects to this Interrogatory to the extent it calls for a legal

19  conclusion or a mixed fact/legal conclusion as well as information protected by the attorney

20  work product doctrine. Without waiving any objection, Washington answers: GEO is a for-profit

21  corporation that owns and operates the NWDC. GEO operates a Voluntary Work Program,

22  where detainees perform the duties of specific jobs to which they are assigned by GEO, many of

23  which support the essential functions of the operations of the NWDC, including but not limited

24  to: food preparation and service, laundry, janitorial, painting, barber shop, and the law library.

25  For the work the detainee workers perform in the Voluntary Work Program GEO sets its

26  compensation rate for detainee-workers at $1 per day. GEO's policies, practices, procedures,

WASHINGTON'S ANSWERS AND
RESPONSES TO GEO'S FIRST SET OF
INTERROGATORIES AND REQUESTS
FOR PRODUCTION OF DOCUMENTS

9

ATTORNEY GENERAL OF WASHINGTON
CIVIL RIGHTS UNIT
800 FIFTH AVENUE, SUITE 2000
SEATTLE, WA  98104
(206) 442-4492

1  **REQUEST FOR PRODUCTION NO. 10:**  Produce for inspection and copying any and all

2  documents pertaining to your answer to Interrogatory No. 10.

3  **RESPONSE:** Washington objects to this Request to the extent it calls for the disclosure of

4  information protected by the attorney work product doctrine. Washington further objects to the

5  extent this calls for a legal conclusion or a mixed fact/legal conclusion. Without waiving any

6  objection, please see Response to Requests for Production Nos. 6, 7, and 8. Investigation and

7  discovery are continuing.

8

9  **INTERROGATORY NO. 11:**      Explain why the State waited until Donald Trump was

10  elected and expressed his opinions on immigration before bringing this lawsuit?  Include in your

11  answer a description of what and when the State knew about the voluntary work program at the

12  NWDC prior to filing its lawsuit specific to the $1.00 per day payments.

13  **ANSWER:**    Washington objects to this Interrogatory to the extent it calls for information

14  protected by the attorney-client privilege and the attorney work product doctrine. Washington

15  also objects to this Interrogatory to the extent it calls for information covered by the common

16  interest doctrine and deliberative process privileges. Washington also objects to this Request as

17  not reasonably calculated to lead to the discovery of admissible evidence as it seeks documents

18  not related to the claims or defenses asserted in this case. Without waiving any objection,

19  Washington brought suit to protect the health, safety, and well-being of its residents and

20  Washington workers, both detainee and non-detainee, as well as the economic health of the State,

21  and to ensure that GEO, a private for-profit company operating in Washington, complies with

22  Washington's minimum wage laws. Without waiving any objections, please also see Answers

23  to Interrogatories Nos. 4, 6, and 8, and Responses to Requests Nos. 4, 6, and 8.

24

25  **REQUEST FOR PRODUCTION NO. 11:** All documents pertaining to your answer to

26  Interrogatory No. 11.

WASHINGTON'S ANSWERS AND
RESPONSES TO GEO'S FIRST SET OF
INTERROGATORIES AND REQUESTS
FOR PRODUCTION OF DOCUMENTS

14

ATTORNEY GENERAL OF WASHINGTON
CIVIL RIGHTS UNIT
800 FIFTH AVENUE, SUITE 2000
SEATTLE, WA  98104
(206) 442-4492

**RESPONSE:** Washington objects to this Request to the extent it calls for the disclosure of information protected by the attorney work product doctrine. Without waiving any objections, Washington identifies the below documents as responsive to GEO's Request for Production No. 11:

1. 2011 Performance Based National Detention Standards, Section 5.8 (Voluntary Work Program). *See* WA00000754 – WA00000758;

2. The GEO NWDC Detainee Handbook. *See* WA00001308 – WA00001345;

3. Tacoma Public Records Response. *See* WA00001029 – WA00001109 & WA00001356 – WA00001682.

Without waiving any objections, please also see Responses to Requests Nos. 4, 6 and 8. Investigation and discovery are continuing.

**INTERROGATORY NO. 12:**        Identify each and every individual who are staff members for AG Ferguson's Campaign including the individuals' name, address and telephone number who have communicated with AG Ferguson about this case.

**ANSWER:**   Washington objects to this Interrogatory as irrelevant, harassing, and not reasonably calculated to lead to the discovery of admissible evidence, as it seeks information unrelated to any of the claims and defenses asserted in this case. Washington also objects to this Request on the basis that it seeks information from a non-party outside of Washington's possession, custody, or control.

**REQUEST FOR PRODUCTION NO. 12:** All documents pertaining to your answer to Interrogatory No. 12.

**RESPONSE:** Washington objects to this Request as irrelevant, harassing, and not reasonably calculated to lead to the discovery of admissible evidence, as it seeks documents unrelated to any of the claims and defenses asserted in this case. Washington also objects to this Request on

WASHINGTON'S ANSWERS AND
RESPONSES TO GEO'S FIRST SET OF
INTERROGATORIES AND REQUESTS
FOR PRODUCTION OF DOCUMENTS

15

ATTORNEY GENERAL OF WASHINGTON
CIVIL RIGHTS UNIT
800 FIFTH AVENUE, SUITE 2000
SEATTLE, WA  98104
(206) 442-4492

the basis that it seeks documents from a non-party outside of Washington's possession, custody, or control.

**INTERROGATORY NO. 13:**     Explain why the Department of Labor and Industries has never notified GEO, ICE, or anyone at the NWDC that the State's Minimum Wage Act applies to GEO's voluntary work program at the NWDC?

**ANSWER:**   Washington objects to this Interrogatory in as much as it seeks information protected by the work product doctrine and attorney-client privilege. Washington further objects because this Interrogatory seeks information from a non-party outside of Washington's possession, custody, or control and is not reasonably calculated to lead to the discovery of admissible evidence, as it seeks information unrelated to any of the claims and defenses asserted in this case.

**REQUEST FOR PRODUCTION NO. 13:**  All documents pertaining to your answer to Interrogatory No. 13.

**RESPONSE:** Washington objects to this Request on the basis that it seeks documents protected by the work product doctrine and attorney-client privilege. Washington further objects to this Request in as much as it seeks documents from a non-party outside of Washington's possession, custody, or control. Washington further objects on the basis this request is not reasonably calculated to lead to the discovery of admissible evidence, as it seeks documents unrelated to any of the claims and defenses asserted in this case.

**INTERROGATORY NO. 14:**     Have you communicated orally or in writing with any current or former detainee about the allegations asserted in the Complaint? If so identify each such detainee.

**ANSWER:**   Washington objects to this Interrogatory to the extent it calls for information protected by the attorney work product doctrine and the common interest doctrine. Washington

WASHINGTON'S ANSWERS AND
RESPONSES TO GEO'S FIRST SET OF
INTERROGATORIES AND REQUESTS
FOR PRODUCTION OF DOCUMENTS

16

ATTORNEY GENERAL OF WASHINGTON
CIVIL RIGHTS UNIT
800 FIFTH AVENUE, SUITE 2000
SEATTLE, WA  98104
(206) 442-4492

1    **ANSWER:** Without waiving any objections, please see Washington's Answers to
2    Interrogatories Nos. 6 and 8 and Responses to Requests for Production Nos. 4, 6, 8, and 11.
3    Investigation and discovery are continuing.

4

5    **REQUEST FOR PRODUCTION NO. 16:** All documents pertaining to your answer to
6    Interrogatory No. 16.

7    **RESPONSE:**    Washington objects to this Request to the extent it calls for the production of
8    documents protected by the attorney work product doctrine. Washington further objects to this
9    Request to the extent it calls for the production of documents produced by GEO or documents
10   that are in the sole custody and possession of GEO, especially those related to the extent of
11   GEO's use of detainee labor in its operations. Without waiving any objections, please see
12   Washington's Responses to Requests for Production Nos. 4, 6, 8, and 11. Investigation and
13   discovery are continuing.

14

15   **INTERROGATORY NO. 17:**    Explain how the voluntary work program at the NWDC
16   differs in payment rates from voluntary work programs operated by any state or local entity or
17   contractor for a state or local entity that detains people.

18   **ANSWER:**   Washington objects to this Interrogatory to the extent it calls for information
19   protected by attorney work product. Washington also objects to this Interrogatory to the extent
20   that it calls for a legal conclusion or a mixed fact/legal conclusion. Finally, Washington objects
21   that this Interrogatory seeks information that is not reasonably calculated to lead to the discovery
22   of admissible evidence related to any of the claims or defenses in this case. Without waiving any
23   objection, Washington answers: work programs at state and local facilities are statutorily exempt
24   from Washington's minimum wage laws. *See* Wash. Rev. Code § 49.46.010(3)(k) ("any resident,
25   inmate, or patient of a state, county, or municipal correctional detention, treatment or
26   rehabilitative institution" are exempted from Washington's minimum wage laws).

WASHINGTON'S ANSWERS AND
RESPONSES TO GEO'S FIRST SET OF
INTERROGATORIES AND REQUESTS
FOR PRODUCTION OF DOCUMENTS

19

ATTORNEY GENERAL OF WASHINGTON
CIVIL RIGHTS UNIT
800 FIFTH AVENUE, SUITE 2000
SEATTLE, WA  98104
(206) 442-4492

**RESPONSE:** Washington objects to the extent this Request seeks non-party documents that are not in the possession, custody, or control of the Washington Attorney General's Office. Washington further objects to the extent this Request seeks documents protected by the attorney-client privilege and the attorney work product doctrine. Without waiving any objections, Washington will produce records that are not privileged or protected and are responsive to this Request, and direct GEO to see Responses to Requests Nos. 2, 11, 14 and 18.

**REQUEST FOR PRODUCTION NO. 29:** A Form I-765 Application for Employment Authorization USCIS for each detainee you claim GEO should have paid minimum wages.

**RESPONSE:** Washington objects to the extent this Request seeks non-party documents outside of its possession, custody, or control. Washington further objects because GEO has possession of the information and documents about the detainee workers it permitted to work at the NWDC and any authorizations it may have requested are in its sole custody and control. Without waiving any objections, Washington states that it has no responsive documents.

**REQUEST FOR PRODUCTION NO. 30:** All documents described in the State's initial disclosures.

**RESPONSE:** Please see documents produced with Washington's Initial Disclosures and Supplemental Initial Disclosures. WA00000001 – WA000001682.

**REQUEST FOR PRODUCTION NO. 31:** All AG Ferguson's campaign documents that mention payment rates in the voluntary work program, The GEO Group, Inc. or the NWDC. Include all digital data whether via e-mail, press releases, Facebook messages, Instagrams, or digital messaging via social media and the internet.

**RESPONSE:** Washington objects on the basis that this Request seeks non-party documents outside of its possession, custody, or control. Washington also objects to this Request as

WASHINGTON'S ANSWERS AND
RESPONSES TO GEO'S FIRST SET OF
INTERROGATORIES AND REQUESTS
FOR PRODUCTION OF DOCUMENTS

29

ATTORNEY GENERAL OF WASHINGTON
CIVIL RIGHTS UNIT
800 FIFTH AVENUE, SUITE 2000
SEATTLE, WA  98104
(206) 442-4492

1  irrelevant, harassing, and not reasonably calculated to lead to the discovery of admissible

2  evidence. Washington further objects to the extent this Request seeks publicly available

3  documents equally accessible to GEO.

4

5  **REQUEST FOR PRODUCTION NO. 32:**  All documents that contain communications

6  about minimum wage payments to detainees, The GEO Group, Inc. or the NWDC between Bob

7  Ferguson and any of his campaign staff or consultants.  Include all digital data whether via e-

8  mail, press releases, Facebook messages, Instagrams, or digital messaging via social media and

9  the internet.

10  **RESPONSE:** Washington objects on the basis that this Request seeks non-party documents

11  outside of its possession, custody, or control. Washington also objects to this Request as

12  irrelevant, harassing, and not reasonably calculated to lead to the discovery of admissible

13  evidence. Washington further objects to the extent this Request seeks publicly available

14  documents equally accessible to GEO.

15

16  **REQUEST FOR PRODUCTION NO. 33:**   All documents that communicate to GEO that the

17  Minimum Wage Act applies to ICE detainees who participate in the voluntary work program at

18  the NWDC.

19  **RESPONSE:** Washington objects to the extent this Request seeks documents in GEO's

20  possession, custody, and control. Washington also objects to the extent this Request seeks

21  documents not likely to lead to the discovery of admissible evidence. Without waiving any

22  objections, Washington will produce any records that are not privileged or protected and are

23  responsive to this Request. Please see also Washington's Response to Requests Nos. 4, 6, 8 and

24  11.

25

26

WASHINGTON'S ANSWERS AND
RESPONSES TO GEO'S FIRST SET OF
INTERROGATORIES AND REQUESTS
FOR PRODUCTION OF DOCUMENTS

30

ATTORNEY GENERAL OF WASHINGTON
CIVIL RIGHTS UNIT
800 FIFTH AVENUE, SUITE 2000
SEATTLE, WA  98104
(206) 442-4492

1    **REQUEST FOR PRODUCTION NO. 34:**   All documents about the voluntary work program
2    at the NWDC in the possession of any State official or employee to include, but not limited to,
3    the Governor's office, the Attorney General's Office, and the Department of Labor and
4    Industries.  This RFP is intended to locate all documents that show what the State knew about
5    the voluntary work program payments to participants and when the State knew it.  This would
6    include any detainee or advocate complaints about the program and the payment rates.
7    **RESPONSE:** Washington objects to the extent this Request calls for documents protected by
8    the attorney work product and common interest doctrines and attorney client privileged material.
9    Washington also objects to the extent this Request seeks non-party documents outside of its
10   possession, custody, or control. Without waiving any objections, Washington will produce
11   records that are not privileged or protected and are responsive to this Request. Please see
12   Washington's Answers to Interrogatories and Responses to Requests Nos. 2, 4, 5, 6, 8, 11 and
13   14.

14

15   **REQUEST FOR PRODUCTION NO. 35:**   All documents showing the hours each voluntary
16   work program participant was engaged in tasks that the State claims entitle the detainee to
17   minimum wage payments and a description of the tasks actually performed or accomplished in
18   that time period.
19   **RESPONSE:** Washington objects to this Request to the extent it seeks documents in the custody
20   and control of GEO. Washington further objects to the extent this Request seeks the production
21   of documents protected by the attorney work product doctrine and common interest doctrine.
22   Washington also objects to the Request in as much as it seeks disclosure of documents containing
23   identifying information about current and former detainees prior to court entry of a
24   Confidentiality Agreement and Protective Order. Without waiving any objections, please see
25   Washington's Answers to Interrogatories Nos. 6, 8, 11 and 14 and Response to Requests for
26

WASHINGTON'S ANSWERS AND
RESPONSES TO GEO'S FIRST SET OF
INTERROGATORIES AND REQUESTS
FOR PRODUCTION OF DOCUMENTS

31

ATTORNEY GENERAL OF WASHINGTON
CIVIL RIGHTS UNIT
800 FIFTH AVENUE, SUITE 2000
SEATTLE, WA  98104
(206) 442-4492

**CERTIFICATION**

The undersigned, counsel for Plaintiff, has read the above responses to GEO's First Set of Interrogatories and Requests for Production Propounded to Plaintiff and believes them to be in compliance with Fed. R. Civ. P. 26(g).

Dated this 12th day of February, 2018.

**State of Washington Attorney General's Office**
Counsel for Plaintiff

BY:   /s La Rond Baker
      La Rond Baker, WSBA No. 43610
      Andrea Brenneke, WSBA No. 22027
      Marsha Chien, WSBA No. 47020

STATE OF WASHINGTON )
                    )
COUNTY OF_____)

The undersigned, being first duly sworn, upon oath, deposes and says:

I am the _____(title) of _____ (agency), for Washington in the above-entitled action; that I have read the above and foregoing answers and responses to GEO's First Set of Interrogatories and Requests for Production Propounded to Plaintiff; know the contents thereof, and believe the same to be true and correct.

_____
(Print Name): _____
(Title): _____

SIGNED AND SWORN to before me this _____ day of _____, 2018.

_____
(Print Name): _____
NOTARY PUBLIC in and for the State of Washington residing at _____.
My appointment expires: _____

WASHINGTON'S ANSWERS AND
RESPONSES TO GEO'S FIRST SET OF
INTERROGATORIES AND REQUESTS
FOR PRODUCTION OF DOCUMENTS

33

ATTORNEY GENERAL OF WASHINGTON
CIVIL RIGHTS UNIT
800 FIFTH AVENUE, SUITE 2000
SEATTLE, WA 98104
(206) 442-4492

1

**CERTIFICATE OF SERVICE**

2

I, La Rond Baker, certify that on February 12, 2018, I caused to be served a true and correct copy

3

of Plaintiff's Responses to Defendant's First Set of Interrogatories and Requests For Production,

4

via electronic mail and personal service as follows:

5

6

THREE BRANCHES LAW, PLLC

7

/s/ *Joan K. Mell*
Joan K. Mell

8

1019 Regents Blvd. Ste. 204
Fircrest, WA 98466

9

Tel: (253) 566-2510
Fax: (281) 664-4643

10

joan@3brancheslaw.com

11

Charles A. Deacon
NORTON ROSE FULBRIGHT US LLP

12

300 Convent St.
San Antonio, Texas 78205

13

Tel: (210) 270-7133
Fax: (210) 270-7205

14

charlie.deacon@nortonrosefulbright.com

15

Mark Emery
NORTON ROSE FULBRIGHT US LLP

16

799 9th Street NW, Suite 1000
Washington, DC 20001-4501

17

Tel: (202) 662-0210
Fax: (202) 662-4643

18

mark.emery@nortonrosefulbright.com

19

Attorneys for Defendant

20

21

22

23

24

25

26

WASHINGTON'S ANSWERS AND
RESPONSES TO GEO'S FIRST SET OF
INTERROGATORIES AND REQUESTS
FOR PRODUCTION OF DOCUMENTS

34