# Exhibit 2

1                                              The Honorable Robert J. Bryan

2

3

4

5

6

7

8

9                         UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF WASHINGTON

10 STATE OF WASHINGTON,      |     NO. 3:17-cv-05806-RJB

11                 Plaintiff,

12         v.                           WASHINGTON'S ANSWERS AND
RESPONSES TO GEO'S FIRST SET
OF REQUESTS FOR ADMISSIONS

13 THE GEO GROUP, INC.,

14                  Defendant.

15                             **OBJECTIONS**

16      Pursuant to Federal Rules of Civil Procedure 36, Plaintiff State of Washington

17 (Washington) hereby responds to Defendant The GEO Group, Inc.'s (GEO) First Set of Requests

18 for Admissions Propounded to the State of Washington (collectively, Requests).

19                       **<u>GENERAL OBJECTIONS</u>**

20      1.      Washington objects to the Requests to the extent that they seek documents and

21 information protected from disclosure by the attorney-client privilege, attorney work product

22 doctrine, common interest doctrine, deliberative process privilege, law enforcement privilege,

23 and/or any other applicable legal privilege. If any privileged information is inadvertently

24 provided, Washington does not waive or intend to waive the privilege pertaining to such

25 information.

26      2.      Washington objects to the definition of the term "State" on the basis that it

WASHINGTON'S ANSWERS AND
RESPONSES TO GEO'S FIRST SET OF
REQUESTS FOR ADMISSION           1           ATTORNEY GENERAL OF WASHINGTON
CIVIL RIGHTS UNIT
800 FIFTH AVENUE, SUITE 2000
SEATTLE, WA  98104
(206) 442-4492

1    7.      Washington reserves the right to amend any of the responses set forth below in

2    light of information developed or learned on a subsequent date.

3    8.      Each of the foregoing General Objections is incorporated by reference into the

4    responses to each individual request below.

5                              **REQUESTS FOR ADMISSIONS**

6    **REQUEST FOR ADMISSION NO. 1:** Admit that the State has not previously sought to

7    enforce the Minimum Wage Act or bring unjust enrichment claims against GEO or ICE for

8    detainees at the Northwest Detention Center.

9    **RESPONSE:** Washington objects to this request to the extent it seeks information from non-

10   parties or state agencies outside of the Washington Attorney General's Office's possession,

11   custody, or control. Further, Washington objects to this request as it is unclear what time period

12   GEO refers to. Without waiving these objections, Washington admits that the Washington

13   Attorney General's Office has not sought to enforce the Minimum Wage Act or bring unjust

14   enrichment claims against GEO or ICE outside this litigation. Washington is unable to admit or

15   deny whether any other state agency has previously sought to enforce the Minimum Wage Act

16   or bring unjust enrichment claims against GEO or ICE.

17

18   **REQUEST FOR ADMISSION NO. 2:**  Admit that the State has not previously sought to

19   enforce the Minimum Wage Act or bring unjust enrichment claims against GEO for any other

20   detention facility operated under contract with any federal, state, or municipal entity.

21   **RESPONSE:** Washington objects to this request to the extent it seeks information from non-

22   parties or state agencies outside of the Washington Attorney General's Office's possession,

23   custody, or control. Further, Washington objects to this request as it is unclear what time period

24   GEO refers to. Without waiving these objections, Washington admits that the Washington

25   Attorney General's Office has not sought to enforce the Minimum Wage Act or bring unjust

26   enrichment claims against GEO outside this litigation. Washington is unable to admit or deny

WASHINGTON'S ANSWERS AND
RESPONSES TO GEO'S FIRST SET OF
REQUESTS FOR ADMISSION                          3                    ATTORNEY GENERAL OF WASHINGTON
                                                                     CIVIL RIGHTS UNIT
                                                                     800 FIFTH AVENUE, SUITE 2000
                                                                     SEATTLE, WA  98104
                                                                     (206) 442-4492

1  whether any state agency has sought to enforce the Minimum Wage Act or bring unjust

2  enrichment claims against GEO for any other detention facility.

3

4  **REQUEST FOR ADMISSION NO. 3:** Admit that the State has not previously sought to

5  enforce the Minimum Wage Act or bring unjust enrichment claims against any other private

6  company for any other detention facility operated under contract with any federal, state, or

7  municipal entity.

8  **RESPONSE:** Washington objects to this request to the extent it seeks information from non-

9  parties or state agencies outside of the Washington Attorney General's Office's possession,

10  custody, or control. Further, Washington objects to this request as it is unclear what time period

11  GEO refers to.  Without waiving these objections, Washington admits that the Washington

12  Attorney General's Office has not sought to enforce the Minimum Wage Act or bring unjust

13  enrichment claims against any other private company for other detention facilities. Washington

14  is unable to admit or deny whether any state agency has sought to enforce the Minimum Wage

15  Act against any other private company for other detention facilities.

16

17  **REQUEST FOR ADMISSION NO. 4**: Admit that oral or written employment contracts or

18  agreements between GEO and current or former detainees do not exist.

19  **RESPONSE**: Washington objects to this request to the extent it seeks information from non-

20  parties outside of the Washington Attorney General's Office's possession, custody, or control.

21  Washington further objects to this request to the extent it seeks information that is within GEO's

22  possession. Without waiving these objections, Washington answers that at this point Washington

23  is unable to admit or deny this request. However, Washington admits that some written

24  agreements and documents exist that include information about the terms and conditions of the

25  employment relationship between GEO and detainee workers.

26

WASHINGTON'S ANSWERS AND
RESPONSES TO GEO'S FIRST SET OF
REQUESTS FOR ADMISSION

4

ATTORNEY GENERAL OF WASHINGTON
CIVIL RIGHTS UNIT
800 FIFTH AVENUE, SUITE 2000
SEATTLE, WA  98104
(206) 442-4492

**REQUEST FOR ADMISSION NO. 5:** Admit that, prior to the filing of the complaint in this case, a Washington state agency or entity never notified GEO that Washington's Minimum Wage Act applied to GEO's VWP.

**RESPONSE:** Washington objects to this request to the extent it seeks information from non-parties or state agencies outside of the Washington Attorney General's Office's possession, custody, or control. Without waiving these objections, Washington answers that the Washington Attorney General's Office admits that it notified GEO that Washington's Minimum Wage Act applied to GEO upon filing of the Complaint in this litigation. Washington is unable to admit or deny whether any other state agency notified GEO that the Minimum Wage Act applied to GEO's Voluntary Work Program.

**REQUEST FOR ADMISSION NO. 6:** Admit that, prior to the filing of the complaint in this case, a Washington state agency or entity never notified GEO that the agency or entity would seek to enforce Washington's Minimum Wage Act applied to GEO's VWP.

**RESPONSE:** Washington objects to this request to the extent it seeks information from non-parties or state agencies outside of the Washington Attorney General's Office's possession, custody, or control. Without waiving these objections, Washington admits that the Washington Attorney General's Office notified GEO that it would seek to enforce Washington's Minimum Wage Act upon filing of the Complaint in this litigation. Washington is unable to admit or deny whether any other state agency notified GEO that it would seek to apply the Minimum Wage Act to GEO's Voluntary Work Program.

**REQUEST FOR ADMISSION NO. 7:** Admit that a present or former NWDC detainee has never filed a Minimum Wage Act complaint with the Department of Labor and Industries.

**RESPONSE:** Washington objects to this request as it seeks information from non-parties or state agencies outside of the Washington Attorney General's Office's possession, custody, or

WASHINGTON'S ANSWERS AND
RESPONSES TO GEO'S FIRST SET OF
REQUESTS FOR ADMISSION

5

ATTORNEY GENERAL OF WASHINGTON
CIVIL RIGHTS UNIT
800 FIFTH AVENUE, SUITE 2000
SEATTLE, WA  98104
(206) 442-4492

1   control. Without waiving these objections, Washington is unable to admit or deny this request.

2   The Washington Attorney General's Office does not operate the Department of Labor and

3   Industries and, therefore, does not track the complaints that agency receives or does not receive

4   from detainees.

5

6   **REQUEST FOR ADMISSION NO. 8:** Admit that a present or former NWDC detainee has

7   never sought relief from an immigration judge or ICE to work for GEO.

8   **RESPONSE:** Washington objects to this request as it seeks information from non-parties or

9   federal agencies outside of the Washington Attorney General's Office's possession, custody, or

10  control. Washington further objects to this request as it is unclear and/or ambiguous as to what

11  "relief" refers to. Without waiving these objections, Washington answers it is unable to admit or

12  deny whether any detainees have ever sought relief from an immigration judge or ICE to work

13  for GEO.

14

15  **REQUEST FOR ADMISSION NO. 9:** Admit that the State of Washington offers inmate

16  and/or detainee work programs in its corrections and detention facilities that do not pay

17  minimum wage for each hour worked by inmates or detainees.

18  **RESPONSE:** Washington objects to this request as it seeks information from non-parties or

19  state agencies outside of the Washington Attorney General's Office's possession, custody, or

20  control. Washington further objects to this request as it is irrelevant and not reasonably calculated

21  to lead to admissible evidence. Without waiving these objections, Washington is unable to admit

22  or deny this request. The Washington Attorney General's Office is aware that Washington's

23  minimum wage law includes a statutory exemption for government-operated institutions, but it

24  does not operate the state corrections and detention facilities nor does it manage inmate and/or

25  detainee work programs.

26

WASHINGTON'S ANSWERS AND
RESPONSES TO GEO'S FIRST SET OF
REQUESTS FOR ADMISSION

6

1   **REQUEST FOR ADMISSION NO. 10:** Admit that the State of Washington has contracts with

2   private contractors such as GEO that provide for inmate and/or detainee work programs in these

3   private corrections and detention facilities that do not pay minimum wage for each hour worked

4   by inmates or detainees.

5   **RESPONSE:** Washington objects to this request as it seeks information from non-parties or

6   state agencies outside of the Washington Attorney General's Office's possession, custody, or

7   control. Washington further objects to this request as it is irrelevant and not reasonably calculated

8   to lead to admissible evidence. Without waiving these objections, Washington is unable to admit

9   or deny this request. The Washington Attorney General's Office does not operate the state

10  corrections and detention facilities nor does it manage its contracts with private contractors such

11  as GEO.

12

13  **REQUEST FOR ADMISSION NO. 11**: Admit that the State of Washington's corrections and

14  detention facilities use inmate/detainee labor in its kitchen facilities.

15  **RESPONSE:** Washington objects to this request as it seeks information from non-parties or

16  state agencies outside of the Washington Attorney General's Office's possession, custody, or

17  control. Washington further objects to this request as it is irrelevant and not reasonably calculated

18  to lead to admissible evidence. Without waiving these objections, Washington is unable to admit

19  or deny this request. The Washington Attorney General's Office does not operate the state

20  corrections and detention facilities nor does it determine whether its corrections and detention

21  facilities use inmate labor in their kitchen facilities.

22

23  **REQUEST FOR ADMISSION NO. 12**: Admit that the State of Washington's corrections and

24  detention facilities use inmate/detainee labor in its laundry facilities.

25  **RESPONSE:** Washington objects to this request as it seeks information from non-parties or

26  state agencies outside of the Washington Attorney General's Office's possession, custody, or

WASHINGTON'S ANSWERS AND
RESPONSES TO GEO'S FIRST SET OF
REQUESTS FOR ADMISSION

7

ATTORNEY GENERAL OF WASHINGTON
CIVIL RIGHTS UNIT
800 FIFTH AVENUE, SUITE 2000
SEATTLE, WA  98104
(206) 442-4492

1  **REQUEST FOR ADMISSION NO. 15:** Admit that the State of Washington's corrections and

2  detention facilities use inmate/detainee labor to clean inmate/detainee living spaces.

3  **RESPONSE:** Washington objects to this request as it seeks information from non-parties or

4  state agencies outside of the Washington Attorney General's Office's possession, custody, or

5  control. Washington further objects to this request as it is irrelevant and not reasonably calculated

6  to lead to admissible evidence. Without waiving these objections, Washington is unable to admit

7  or deny this request. The Washington Attorney General's Office does not operate the state

8  corrections and detention facilities nor does it determine whether its corrections and detention

9  facilities use inmate labor to clean inmate/detainee living spaces.

10

11  **REQUEST FOR ADMISSION NO. 16:** Admit that the State of Washington executed a

12  contract with GEO Group dated May 13, 2015, that "[a]ll eligible offenders shall be afforded the

13  opportunity to participate in programs, occupational training, and work on the same basis as

14  other offenders" and that "[o]ffenders shall not be paid for participation in any program for which

15  an offender in the state of Washington would not be paid."

16  **RESPONSE:** Washington objects to this request as it seeks information from non-parties or

17  state agencies outside of the Washington Attorney General's Office's possession, custody, or

18  control. Washington further objects to this request as it is irrelevant and not reasonably calculated

19  to lead to admissible evidence. Without waiving these objections, Washington is unable to admit

20  or deny this request. The Washington Attorney General's Office does not operate the state

21  corrections and detention facilities nor does it manage contracts executed by state correction

22  agencies.

23

24  **REQUEST FOR ADMISSION NO. 17:** Admit that Washington's Minimum Wage Act has no

25  express exception for ICE detainees who are participating in voluntary work programs while

26  detained in Sea Tac.

9

1  advised the Washington Attorney General's Office as to whether detainees participating in the
2  NWDC are GEO's employees.

3
4  **REQUEST FOR ADMISSION NO. 33:**  Admit that Washington has no documents that show
   the amount of time any ICE detainee participated in the VWP at NWDC.
5
6  **RESPONSE:** Washington objects to this request as it seeks information from non-parties or
7  state agencies outside of the Washington Attorney General's Office's possession, custody, or
   control. Without waiving these objections, Washington admits and denies this Request.
8  Washington admits that as of now the Washington Attorney General's Office has no documents
9  that track the specific amount of time each detainee spent working in the Voluntary Work
10 Program. Washington denies to the extent that Washington has documents that detail the shifts,
11 and approximate hours of the shifts for various job duties/assignments which generally show the
12 daily amount of time – by assignment – detainee workers provide their labor to GEO through
13 their participation in the VWP.
14

15 **REQUEST FOR ADMISSION NO. 34:** Admit that Washington has known the VWP rate for
16 participation at NWDC has been $1.00 per day since its inception.

17 **RESPONSE:** Washington objects to this request as it seeks information from non-parties or
18 state agencies outside of the Washington Attorney General's Office's possession, custody, or
19 control. Washington further objects to this request, as it is vague as to "its inception," and,
20 therefore, is unclear what time period the request refers to. Without waiving these objections,
21 Washington denies that the Washington Attorney General's Office has known the rate GEO pays
22 for participation in the Voluntary Work Program "since its inception."

23
24 **REQUEST FOR ADMISSION NO. 35:** Admit that Washington's Department of Labor and
   Industries has inspected the NWDC, including its policies and procedures specific to the VWP.
25
26

WASHINGTON'S ANSWERS AND
RESPONSES TO GEO'S FIRST SET OF
REQUESTS FOR ADMISSION

16

ATTORNEY GENERAL OF WASHINGTON
CIVIL RIGHTS UNIT
800 FIFTH AVENUE, SUITE 2000
SEATTLE, WA  98104
(206) 442-4492

1   **RESPONSE:** Washington objects to this request as it seeks information from non-parties or
2   state agencies outside of the Washington Attorney General's Office's possession, custody, or
3   control. Without waiving these objections, Washington is unable to admit or deny this request.
4   The Washington Attorney General's Office does not operate the Department of Labor and
5   Industries and is unaware whether that agency has inspected the NWDC or its policies and
6   procedures specific to the VWP.

7   **REQUEST FOR ADMISSION NO. 36:**  Admit that Washington's Department of Labor and
8   Industries must enforce Washington's Minimum Wage Act.

9   **RESPONSE:** Washington denies this request. The Department of Labor and Industries has the
10  authority to enforce Washington's Minimum Wage Act. The Washington Attorney General's
11  Office also has the authority to enforce Washington's Minimum Wage Act. *See* Wash. Rev.
12  Code § 43.10.030; *City of Seattle v. McKenna*, 529 P.3d 1087 (Wash. 2011); and *State v. Chinook*
13  *Hotel, Inc.*, 399 P.2d (Wash. 1965).

14

15  **REQUEST FOR ADMISSION NO. 37:** Admit that Washington's Department of Labor and
16  Industries has never enforced Washington's Minimum Wage Act in the VWP at NWDC.

17  **RESPONSE:** Washington objects to this request as it seeks information from non-parties or
18  state agencies outside of the Washington Attorney General's Office's possession, custody, or
19  control. Without waiving these objections, Washington is unable to admit or deny this request.
20  The Washington Attorney General's Office does not operate the Department of Labor and
21  Industries and cannot confirm whether the Department of Labor and Industries has ever enforced
22  the Minimum Wage Act in the Voluntary Work Program at NWDC.

23

24

25

26

WASHINGTON'S ANSWERS AND
RESPONSES TO GEO'S FIRST SET OF
REQUESTS FOR ADMISSION

17

ATTORNEY GENERAL OF WASHINGTON
CIVIL RIGHTS UNIT
800 FIFTH AVENUE, SUITE 2000
SEATTLE, WA  98104
(206) 442-4492

**REQUEST FOR ADMISSION NO. 38:** Admit that the Attorney General's client is the State of Washington in this lawsuit.

**RESPONSE:** Washington admits that the Washington Attorney General's Office's client in this lawsuit is the State of Washington, and not a specific state agency.

**REQUEST FOR ADMISSION NO. 39:** Admit that the Attorney General Bob Ferguson decided on his own, without direction from the Governor or Legislature, to use his law enforcement authority to bring this lawsuit against GEO.

**RESPONSE:** Washington objects to this request as irrelevant and not reasonably calculated to lead to the discovery of admissible evidence. Washington further objects to the extent this calls for attorney-client and work product privileged communications. Without waiving these objections, Washington admits that Attorney General Bob Ferguson exercised his authority, as the head of the Washington Attorney General's Office, to bring this law enforcement action to challenge GEO's longstanding labor practices and ensure compliance with state minimum wage and labor laws.

**REQUEST FOR ADMISSION NO. 40:** Admit that Attorney General Bob Ferguson is using this lawsuit to raise campaign contributions for himself.

**RESPONSE:** Washington objects to this request as irrelevant and not reasonably calculated to lead to the discovery of admissible evidence. Washington objects to this request as it seeks information from non-parties outside of the Washington Attorney General's Office's possession, custody, or control. Without waiving these objections, Washington denies Attorney General Bob Ferguson is using this lawsuit to raise campaign contributions for himself. Washington is using this lawsuit to enforce its state laws against a private company doing business within the state.

**REQUEST FOR ADMISSION NO. 41:** Admit that Attorney General Bob Ferguson expects to control any monies "disgorged" from GEO in this lawsuit.

WASHINGTON'S ANSWERS AND
RESPONSES TO GEO'S FIRST SET OF
REQUESTS FOR ADMISSION

18

ATTORNEY GENERAL OF WASHINGTON
CIVIL RIGHTS UNIT
800 FIFTH AVENUE, SUITE 2000
SEATTLE, WA 98104
(206) 442-4492

1   **RESPONSE:** Washington denies that the Attorney General Bob Ferguson expects to control the

2   monies "disgorged" from GEO in this lawsuit. If Washington prevails, the Washington Attorney

3   General's Office will ask the Court to allocate the funds, including the creation of a fund and a

4   mechanism controlled by a third party administrator, to support people detained in the Northwest

5   Detention Center and job seekers in the community surrounding the detention center who may

6   have lost employment opportunities because of GEO's practices.

7

8   **REQUEST FOR ADMISSION NO. 42:** Admit that Attorney General Bob Ferguson will

9   decide how any monies "disgorged" from GEO in this lawsuit will be spent.

10  **RESPONSE:** Washington denies that the Attorney General Bob Ferguson will decide how any

11  "disgorged" monies from GEO will be spent. If Washington prevails, the Washington Attorney

12  General's Office will ask the Court to allocate the funds, including the creation of a fund and a

13  mechanism controlled by a third party administrator, to support people detained in the Northwest

14  Detention Center and job seekers in the community surrounding the detention center who may

15  have lost employment opportunities because of GEO's practices. The Washington Attorney

16  General's Office will also ask defendants to pay its reasonable attorneys' fees and costs; these

17  monies, and any others allocated by the Court, would be reinvested in the ongoing operations of

18  the Attorney General's Office.

19

20  **REQUEST FOR ADMISSION NO. 43:** Admit that Washington's Minimum Wage Act applies

21  to employment relationships regardless of the profitability of the employer.

22  **RESPONSE:** Washington admits that the Minimum Wage Act applies to all employment

23  relationships that are not covered by a statutory exemption regardless of the profitability of the

24  employer.

25

26

1  **REQUEST FOR ADMISSION NO. 44:** Admit that Washington's laws against discrimination

2  prohibit the State from discriminating against or granting preferential treatment to an individual

3  or group on the basis of race, ethnicity, or national origin in the operation of public employment

4  or public contracting.

5  **RESPONSE:** Washington objects to this request as irrelevant and not reasonably calculated to

6  lead to the discovery of admissible evidence. Without waiving these objections, Washington

7  admits that the Washington Law Against Discrimination, Wash. Rev. Code § 49.60.400,

8  prohibits the state from discriminating against or granting preferential treatment to an individual

9  or group on the bases of race, ethnicity, or national origin in the operation of public employment

10 or public contracting.

11

12 **REQUEST FOR ADMISSION NO. 45:** Admit that Washington's enforcement of minimum

13 wages for non-citizens participating in the VWP at NWDC and not in any other federal, state, or

14 local detention center affords ICE detainees at NWDC preferential rights not available to

15 Washington citizens in detention or other non-citizens held at Sea-Tac.

16 **RESPONSE:** Washington objects to this request as irrelevant and not reasonably calculated to

17 lead to the discovery of admissible evidence. Without waiving these objections, Washington

18 denies that the law enforcement action in this case is "for" any individual or class of individuals

19 or that it affords preferential rights to anyone on the basis of any protected category.  Washington

20 admits that it brings this lawsuit in its parens patriae capacity, on behalf of the State of

21 Washington to enforce Washington's minimum wage laws and disgorge the profits resulting

22 from GEO's decision to operate the NWDC with detainee workers and pay them only $1.00 per

23 day for work performed.

24        DATED: August 1, 2018

25                              s/ *La Rond Baker*
                              LA ROND BAKER, WSBA No. 43610
26                              MARSHA CHIEN, WSBA No. 47020

WASHINGTON'S ANSWERS AND
RESPONSES TO GEO'S FIRST SET OF
REQUESTS FOR ADMISSION

20

ATTORNEY GENERAL OF WASHINGTON
CIVIL RIGHTS UNIT
800 FIFTH AVENUE, SUITE 2000
SEATTLE, WA  98104
(206) 442-4492

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ANDREA BRENNEKE, WSBA No. 22027
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
larondb@atg.wa.gov
marshac@atg.wa.gov
andreab3@atg.wa.gov

WASHINGTON'S ANSWERS AND
RESPONSES TO GEO'S FIRST SET OF
REQUESTS FOR ADMISSION

21

1

## CERTIFICATION

2         The undersigned, counsel for Plaintiff, has read the above responses to GEO's

3 First Set of Requests for Admissions to Plaintiff and believes them to be in compliance with Fed.

4 R. Civ. P. 26(g).Dated this 1st day of August 2018.

5                                       **State of Washington Attorney General's Office**

6                                       Counsel for Plaintiff

7

8                                       BY:<u>s/ La Rond Baker</u>

                                      LA ROND BAKER, WSBA No. 43610

9                                       MARSHA CHIEN, WSBA No. 47020

                                      ANDREA BRENNEKE, WSBA No. 22027

10 STATE OF WASHINGTON )

11                      )

COUNTY OF_____)

12

13         The undersigned, being first duly sworn, upon oath, deposes and says:

14         I am the _____(title) of _____ (agency), for
Washington in the above-entitled action; that I have read the above and foregoing answers and

15 responses to GEO's First Set of Requests for Admissions to Plaintiff; know the contents
thereof, and believe the same to be true and correct.

16

17                            _____

18                            (Print Name): _____

19                            (Title): _____

20         SIGNED AND SWORN to before me this _____ day of _____, 2018.

21                            _____

22                            (Print Name): _____

                           NOTARY PUBLIC in and for the State of Washington

23                            residing at _____.

                           My appointment expires: _____

24

25

26

WASHINGTON'S ANSWERS AND
RESPONSES TO GEO'S FIRST SET OF
REQUESTS FOR ADMISSION

22

ATTORNEY GENERAL OF WASHINGTON
CIVIL RIGHTS UNIT
800 FIFTH AVENUE, SUITE 2000
SEATTLE, WA  98104
(206) 442-4492

1

**CERTIFICATE OF SERVICE**

2          I, La Rond Baker, certify that on August 1, 2018, I caused to be served a true and correct

3 copy of Plaintiff's Responses to Defendant's First Set of Requests For Admission via electronic

4 mail as follows:

5 Joan K. Mell
THREE BRANCHES LAW, PLLC
1019 Regents Blvd. Ste. 204
6 Fircrest, WA 98466
Tel: (253) 566-2510
7 Fax: (281) 664-4643
joan@3brancheslaw.com

8
Charles A. Deacon
9 NORTON ROSE FULBRIGHT US LLP
300 Convent St.
10 San Antonio, Texas 78205
Tel: (210) 270-7133
11 Fax: (210) 270-7205
charlie.deacon@nortonrosefulbright.com

12
Mark Emery
13 NORTON ROSE FULBRIGHT US LLP
799 9th Street NW, Suite 1000
14 Washington, DC 20001-4501
Tel: (202) 662-0210
15 Fax: (202) 662-4643
mark.emery@nortonrosefulbright.com

16
Andrea L. D'Ambra
17 Susana Medeiros
NORTON ROSE FULBRIGHT US LLP
18 1301 Avenue of the Americas
New York, NY 10019
19 Tel: (212) 318-3000
Fax: (212) 318-3400
20 andrea.dambra@nortonrosefulbright.com
susana.medeiros@nortonrosefulbright.com
21

22

23                                              *s/ La Rond Baker*
                                                  LA ROND BAKER
24

25

26