The Honorable Robert J. Bryan

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | No.  17-cv-05806-RJB<br><br>**[PROPOSED] ORDER** |

**[PROPOSED] ORDER**

Defendant The GEO Group, Inc. ("GEO") has moved for relief from certain deadlines stated in this Court's July 17 Order on Defendant The Geo Group's Motion for a Protective Order, Plaintiff the State of Washington's Motion to Compel Production of Documents By the Defendant, and Plaintiff the State of Washington's Motion for Relief from Deadline, Dkt. 86.

**IT IS HEREBY ORDERED** that:

1) GEO's Motion for Relief From Deadlines (Dkt No. ____) is **GRANTED.**

2) **IT IS FURTHER ORDERED** that

    a) GEO shall produce all discovery resubmitted for review by ICE, and thereafter approved by ICE for production by October 5, 2018.

    b) To the extent ICE prohibits GEO from producing discovery, GEO shall produce a discovery log that documents all redactions or withholdings by October 12, 2018.

Dated:  August  __, 2018                     **SO ORDERED.**


_____

Robert J. Bryan
United States District Court