The Honorable Robert J. Bryan

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| STATE OF WASHINGTON, | No.  17-cv-05806-RJB |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER** |
| THE GEO GROUP, INC., | |
| Defendant. | |

**[PROPOSED] ORDER**

Defendant The GEO Group, Inc. ("GEO") has moved to compel the State to produce information, documents, and metadata responsive to GEO's First Set of Requests for Discovery, First Set of Requests for Admissions, and Second Set of Requests for Production, and provide associated metadata for past and future productions as kept in the usual course of business.

**IT IS HEREBY ORDERED** that:

1) GEO's Motion To Compel (Dkt No. _____) is **GRANTED.**

2) **IT IS FURTHER ORDERED** that

   a) The State shall produce all relevant, responsive, non-privileged information held by State of Washington agencies, including information responsive to GEO's Requests for Production Nos. 13, 33-34, 46, 51-63, Interrogatory No. 13, and Requests for Admission Nos. 1-3, 5-7, 9-16, 33-37.

b) The State shall produce all relevant, responsive, non-privileged information held by the Attorney General's Office, including office divisions representing or advising the Department of Labor and Industries, the Department of Corrections, and the Department of Social and Health Services.

c) GEO's Requests for Production Nos. 13, 33, 46, 51-63, Interrogatory No. 13, and Requests for Admission No. 9-16 are relevant to GEO's defenses in this litigation, and the State shall produce any information or documents responsive to these requests under its possession, custody or control, in accordance with this order.

d) The State shall provide metadata that identifies individual custodians for its prior and future productions.

Dated: August __, 2018                              **SO ORDERED.**

_____

Robert J. Bryan
United States District Court

- 2 -