# Exhibit 6

| ProdBegDoc | ProdEndDoc | Custodian | Author | File_Ext | Date Created | Time Created | Mail To | Mail From | Subject |
|---|---|---|---|---|---|---|---|---|---|
| WA00002865 | WA00002865 | AGO ADM | | .msg | 9/20/2017 | 7:06:00 PM | ATG WWW Email AGO temporary | lizdeditor@gmail.com | Contact AGO - Lawsuit against GEO |
| WA00002866 | WA00002866 | AGO ADM | | .msg | 9/20/2017 | 8:24:00 PM | ATG WWW Email AGO temporary | karin@karintolgulaw.com | Contact AGO - Lawsuit against GEO group |
| WA00002867 | WA00002867 | AGO ADM | | .txt | | | | | |
| WA00002868 | WA00002868 | AGO ADM | | .txt | | | | | |
| WA00002869 | WA00002870 | AGO CRU | | .msg | 5/1/2017 | 10:45:00 PM | Skagit Immigrant Rights Council | Marquez Patricio (ATG) | RE: Humane Treatment of Detainees at Tacoma Detention Center |
| WA00002871 | WA00002871 | AGO CRU | | .msg | 9/14/2017 | 12:05:00 AM | Steve Victor(Legal) | Joe Fonseca | Joan Mell Letter RE Tideflat Regulations |
| WA00002872 | WA00002872 | AGO CRU | | .msg | 4/17/2017 | 6:58:00 PM | Beale; McInnis; Neal; Petersen; Santhuff; Waller; Wamback; Winship; Woolley | Lihuang Wung | FW: Agenda April 19 2017 - Correctional Facilities Interim Regulations |
| WA00002873 | WA00002873 | AGO CRU | | .msg | 11/7/2017 | 11:49:00 PM | DOR City of Tacoma Tax & Licensing Manager | Melanie Harding | Emailing: 2017.01.31 Geo ABL Cert of Compliance |
| WA00002874 | WA00002876 | AGO CRU | cholderm | .pdf | 2/24/2017 | 3:03:00 PM | | | |
| WA00002877 | WA00002877 | AGO CRU | | .msg | 4/14/2017 | 11:14:00 PM | Jeff Capell | Brian Boudet | FW: Agenda April 19 2017 - Correctional Facilities Interim Regulations |
| WA00002878 | WA00002878 | AGO CRU | | .jpg | | | | | |
| WA00002879 | WA00002879 | AGO CRU | | .msg | 2/24/2017 | 11:11:00 PM | DOR City of Tacoma Tax & Licensing Manager Susan Calderon | DOR City of Tacoma Finance Director | FW: Letter from Mayor to NW Detention |
| WA00002880 | WA00002880 | AGO CRU | | .msg | 4/14/2017 | 11:07:00 PM | Lihuang Wung; Brian Boudet | Joan Mell | Agenda April 19 2017 - Correctional Facilities Interim Regulations |
| WA00002881 | WA00002882 | AGO CRU | | .msg | 4/11/2017 | 5:38:00 PM | Lihuang Wung | Brian Boudet | FW: City of Tacoma Ordinance No. |
| WA00002883 | WA00002883 | AGO CRU | | .msg | 4/17/2017 | 7:09:00 PM | Joan Mell; Brian Boudet | Lihuang Wung | RE: Agenda April 19 2017 - Correctional Facilities Interim Regulations |
| WA00002884 | WA00002886 | AGO CRU | cholderm | .pdf | 2/24/2017 | 3:03:00 PM | | | |
| WA00002887 | WA00002887 | AGO CRU | | .pdf | 4/20/2017 | 4:29:00 PM | | | |
| WA00002888 | WA00002890 | AGO CRU | | .pdf | 4/13/2017 | 9:17:00 PM | | | |
| WA00002891 | WA00002893 | AGO CRU | | .pdf | 4/13/2017 | 9:17:00 PM | | | |
| WA00002894 | WA00002900 | AGO CRU | | .pdf | 01/06/0173 | 9:35:00 PM | | | |
| WA00002901 | WA00002903 | AGO CRU | | .pdf | 4/13/2017 | 9:17:00 PM | | | |
| WA00002904 | WA00002917 | AGO CRU | nemery | .pdf | 3/7/2017 | 4:46:00 PM | | | |
| WA00002918 | WA00002918 | AGO CRU | | .jpg | | | | | |
| WA00002919 | WA00002919 | AGO CRU | | .png | | | | | |
| WA00002920 | WA00002921 | AGO CRU | | .pdf | 01/10/0181 | 12:39:00 AM | | | |
| WA00002922 | WA00002922 | AGO CRU | | .htm | | | | | |
| WA00002923 | WA00002927 | AGO CRU | nemery | .pdf | 3/8/2017 | 2:24:00 PM | | | |
| WA00002928 | WA00002930 | AGO CRU | | .pdf | 4/13/2017 | 9:17:00 PM | | | |
| WA00002931 | WA00002931 | AGO CRU | | .pdf | 01/07/0186 | 9:09:00 PM | | | |
| WA00002932 | WA00002933 | AGO CRU | | .pdf | | | | | |
| WA00002934 | WA00002935 | AGO CRU | | .pdf | 5/16/2017 | 10:28:00 PM | | | |
| WA00002936 | WA00002937 | AGO CRU | | .pdf | 8/13/2012 | 1:00:00 PM | | | |
| WA00001684 | WA00001685 | AGO | | pdf | | | | | |
| WA00001686 | WA00001686 | AGO | | txt | | | | | |
| WA00001687 | WA00001688 | AGO | | pdf | | | | | |
| WA00001689 | WA00001689 | AGO | | txt | | | | | |
| WA00001690 | WA00001691 | AGO | | pdf | | | | | |
| WA00001692 | WA00001692 | AGO | | txt | | | | | |
| WA00001693 | WA00001694 | AGO | | pdf | | | | | |
| WA00001695 | WA00001695 | AGO | | txt | | | | | |
| WA00001696 | WA00001697 | AGO | | pdf | | | | | |
| WA00001698 | WA00001698 | AGO | | txt | | | | | |
| WA00001699 | WA00001700 | AGO | | pdf | | | | | |
| WA00001701 | WA00001701 | AGO | | txt | | | | | |
| WA00001702 | WA00001703 | AGO | | pdf | | | | | |
| WA00001704 | WA00001704 | AGO | | txt | | | | | |
| WA00001705 | WA00001706 | AGO | | pdf | | | | | |
| WA00001707 | WA00001707 | AGO | | txt | | | | | |
| WA00001708 | WA00001709 | AGO | | pdf | | | | | |