THE HONORABLE ROBERT J. BRYAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| STATE OF WASHINGTON, | Case No.: 3:17-cv-05806-RJB |
|---|---|
| Plaintiff, | THE GEO GROUP, INC.'S NOTICE OF WITHDRAWAL OF OFFSET AFFIRMATIVE DEFENSE |
| v. | |
| THE GEO GROUP, INC., | |
| Defendant. | |

Notice is given that The GEO Group, Inc. ("GEO") voluntarily withdraws its offset affirmative defense. Counsel for GEO conferred with State's counsel on September 14, 2018 and agreed that GEO could represent that the State has no objection to the withdrawal of GEO's offset affirmative defense.

Date this 14th day of September at Fircrest, WA

III Branches Law, PLLC

_____
Joan K. Mell, WSBA No. 21319
Attorney for The Geo Group, Inc.

GEO'S NOTICE OF WITHDRAWAL OF OFFSET AFFIRMATIVE DEFENSE
3:17-cv-05806-RJB -1 of 2

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph

**CERTIFICATE OF SERVICE**

I, Joseph Fonseca, hereby certify as follows:

I am over the age of 18, a resident of Pierce County, and not a party to the above action. On September 14, 2018, I electronically filed the above GEO's Notice of Withdrawal of Offset Affirmative Defense, with the Clerk of the Court using the CM/ECF system and served via Email to the following:

| | |
|---|---|
| Office of the Attorney General<br>La Rond Baker, WSBA No. 43610<br>Marsha Chien, WSBA No. 47020<br>Andrea Brenneke, WSBA No. 22027<br>Eric A. Mentzer, WSBA No. 21243<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>LaRondB@atg.wa.gov<br>MarshaC@atg.wa.gov<br>andreab@atg.wa.gov<br>EricM@atg.wa.gov | Norton Rose Fulbright US LLP<br>Charles A. Deacon (Pro Hac Vice)<br>300 Convent St.<br>San Antonio, TX 78205<br>charlie.deacon@nortonrosefulbright.com<br><br>Norton Rose Fulbright US LLP<br>Mark Emery (Pro Hav Vice)<br>799 9th St. NW, Suite 1000<br>Washington, D.C. 20001-4501<br>mark.emery@nortonrosefulbright.com |
| Norton Rose Fulbright US LLP<br>Andrea D'Ambra (Pro Hac Vice)<br>1301 Avenue of the Americas<br>New York, NY 10019<br>andrea.dambra@nortonrosefulbright.com | Greenberg Traurig, LLP<br>Scott Schipma (Pro Hac Vice)<br>2101 L Street, NW<br>Washington, D.C. 20037<br>schipmas@gtlaw.com |

I certify under penalty of perjury under the laws of the State of Washington that the above information is true and correct.

DATED this 14th day of September, 2018 at Fircrest, Washington.

_____
Joseph Fonseca, Paralegal

GEO'S NOTICE OF WITHDRAWAL OF OFFSET AFFIRMATIVE DEFENSE
3:17-cv-05806-RJB -2 of 2

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph