THE HONORABLE ROBERT J. BRYAN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

STATE OF WASHINGTON,

               Plaintiff,

    v.

THE GEO GROUP, INC.,

               Defendant.

NO. 3:17-cv-05806-RJB

[PROPOSED] ORDER GRANTING MOTION TO COMPEL DEFENDANT GEO'S FINANCIAL DOCUMENTS

This matter came before the Court on the LCR 37 Expedited Joint Discovery Motion To Compel Defendant GEO's Financial Documents;

The Court has considered all legal authority, briefing, and argument submitted to the Court on this matter. Having considered the foregoing and been fully informed.

IT IS HEREBY ORDERED that the Motion to Compel Defendant GEO's Financial Documents is GRANTED; and

IT IS FURTHER ORDERED that defendant GEO shall search for and produce documents responsive to Washington's discovery requests to the State of Washington within ten days of the date of this order.

[PROPOSED] ORDER GRANTING
MOTION TO COMPEL GEO'S
FINANCIALS

1

Dated this ____ day of _____, 2018.

_____
Honorable Robert J. Bryan
United States District Court Judge

Presented by:

/s *Andrea Brenneke*
_____

OFFICE OF THE ATTORNEY GENERAL
ROBERT W. FERGUSON

LA ROND BAKER, WSBA No. 43610
MARSHA CHIEN, WSBA No. 47020
ANDREA BRENNEKE, WSBA No. 22027
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744
larondb@atg.wa.gov
marshac@atg.wa.gov
andreab3@atg.wa.gov

[PROPOSED] ORDER GRANTING
MOTION TO COMPEL GEO'S
FINANCIALS

2