1

2

3

4

5

6

7

8

The Honorable Robert J. Bryan

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

9

STATE OF WASHINGTON,

10

Plaintiff,

11

v.

12

THE GEO GROUP, INC.,

13

Defendant.

CIVIL ACTION NO. 3:17-cv-05806-RJB

DECLARATION OF ANDREA
BRENNEKE IN SUPPORT OF
PLAINTIFF'S MOTION TO
COMPEL DEFENDANT GEO'S
FINANCIAL RECORDS

14

Pursuant to 28 U.S.C. § 1746(2) I, Andrea Brenneke, state and declare as follows:

15

1. I am over 18 years of age, have personal knowledge of and competent to testify

16

about the matters contained herein.

17

2. I am an Assistant Attorney General for the State of Washington, and make this

18

declaration as a representative of the State of Washington in support of Washington's

19

Motion to Compel Defendant GEO's Financial Records.

20

3. Attached hereto as **Brenneke Declaration Exhibit A** is a true and correct copy of

21

Plaintiff Washington's Second Interrogatories to Defendant GEO that were served on

22

June 12, 2018.

23

4. Attached hereto as **Brenneke Declaration Exhibit B** is a true and correct copy of

24

Defendant GEO's Answers to Plaintiff Washington's Second Interrogatories to

25

Defendant GEO that were served on July 12, 2018.

26

DECLARATION OF ANDREA BRENNEKE IN
SUPPORT OF PLAINTIFF'S MOTION TO
COMPEL DEFENDANT GEO'S FINANCIAL
RECORDS

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

5. Attached hereto as **Brenneke Declaration Exhibit C** is a true and correct copy of Plaintiff Washington's Second Requests for Production that were erved on June 12, 2018.

6. Attached hereto as **Brenneke Declaration Exhibit D** is a true and correct copy of Defendant GEO's Responses to Plaintiff Washington's Second Requests for Production that were served on July 12, 2018.

7. Attached hereto as **Brenneke Declaration Exhibit E** is a true and correct copy of a CR 37 letter from counsel for the State of Washington to counsel for GEO, dated July 31, 2018 in which deficiencies in GEO's answers and responses related to financial information and documents were first addressed.

8. On August 8, 2018, the parties held a telephonic conference that included GEO's withholding of responsive financial information and documents and our request that GEO respond substantively, and fully, to the requests. During this meeting, counsel for GEO questioned the relevance of the documents and informed us that it would not produce financial records.

9. Attached hereto as **Brenneke Declaration Exhibit F** is a true and correct copy of a CR 37 letter from counsel for the State of Washington to counsel for GEO, dated August 10, 2018, following up on the August 8, 2018 CR 37 teleconference. In this letter, we articulated the relevance of profit and financial information to the unjust enrichment claim and GEO's offset affirmative defense and again asked that the documents be produced.

10. On August 21, 2018, the parties held another CR 37 telephonic conference that addressed GEO's withholding of responsive financial information and documents. We also discussed financial and other documents underlying summaries of offset calcuations provided by GEO in its discovery responses and addressed in it 30(b)(6) deposition.

DECLARATION OF ANDREA BRENNEKE IN
SUPPORT OF PLAINTIFF'S MOTION TO
COMPEL DEFENDANT GEO'S FINANCIAL
RECORDS

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

11. Attached hereto as **Brenneke Declaration Exhibit G** is a true and correct copy of CR 37 letter from counsel for the State of Washington to counsel for GEO, dated August 23, 2018, following up on the August 21, 2018 CR 37 teleconference. In this letter, Washington confirmed its interest in receiving the underlying financial and other documents that were used by GEO to compile GEO's summary tables and its "offset" calculation.

12. Attached hereto as **Brenneke Declaration Exhibit H** is a true and correct copy of a CR 37 letter from counsel for GEO to counsel for the State of Washington, dated August 14, 2018 in which GEO rejects Washington's articulation of the relevance of the profit and financial documents and acknowledges the parties had reached an impasse.

13. Attached hereto as **Brenneke Declaration Exhibit I** is a true and correct copy of a CR 37 letter from counsel for GEO to counsel for the State of Washington, dated August 23, 2018 in which counsel for GEO claimed that while it wanted to know if Washington was seeking the underlying financial and other documents used to compile GEO's summary tables and its "offset" calculation, that GEO never promised it would provide those documents.

14. Attached hereto as **Brenneke Declaration Exhibit J** is a true and correct copy of exerpts of the transcript of the 30(b)(6) Deposition of The GEO Group, Inc., in the person of Ryan Kimble, taken on July 9, 2018.

**Certification of Compliance**

15. On behalf of Washington, I certify pursuant to LCR 37(a) that Washington has met and conferred with GEO in good faith in an effort to resolve this dispute without Court action. Washington requested GEO produce the profit and financial records in multiple CR 37 discovery letters. *See, e.g.*, Ex. E (July 31, 2018 letter), Ex. F (Aug. 10, 2018 letter), and Ex. G (Aug. 23, 2018 letter). We held telephonic CR 37 conferences with counsel for GEO regarding the discovery at issue in this joint motion, including on

DECLARATION OF ANDREA BRENNEKE IN
SUPPORT OF PLAINTIFF'S MOTION TO
COMPEL DEFENDANT GEO'S FINANCIAL
RECORDS

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1 August 8, 2018 and August 21, 2018.  In those conferences, and in our correspondence,

2 especially Ex. F (Aug. 10, 2018), Washington articulated the reasons why the requested

3 discovery is both relevant and necessary for proof of unjust enrichment, the

4 disgorgement of profit remedy, and analysis of GEO's claimed offset. Nonetheless,

5 GEO remains steadfast that the information sought here is not relevant and its counsel

6 has said it will not produce its "special sauce" – its profit and financial information and

7 documents - without an order of the court. *See also,* Ex. H (August 14, 2018 letter).

8 16. On September 7, 2018, I directed service of Washington's opening Expedited Joint

9 Motion to Compel triggering the deadlines in LCR 37.

10

11 I declare under penalty of perjury that the foregoing is true and accurate.

12 Executed this 7th day of September, 2018, in Seattle, Washington.

13 *s/ Andrea Brenneke*

14 ANDREA BRENNEKE, WSBA 22027

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF ANDREA BRENNEKE IN
SUPPORT OF PLAINTIFF'S MOTION TO
COMPEL DEFENDANT GEO'S FINANCIAL
RECORDS

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the United States District Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.  I certify that previously, on September 7, 2018, I served the initial pleading to counsel for GEO to initiate the Joint Motion timeline.

September 18, 2018

s/*Andrea Brenneke*
Andrea Brenneke

DECLARATION OF ANDREA BRENNEKE IN
SUPPORT OF PLAINTIFF'S MOTION TO
COMPEL DEFENDANT GEO'S FINANCIAL
RECORDS