The Honorable Robert J. Bryan

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | No. 17-cv-05806-RJB<br><br>**[PROPOSED] ORDER** |

**[PROPOSED] ORDER**

Defendant The GEO Group, Inc. ("GEO") has moved to certify this Court's October 2, 2018 Order on Plaintiff The State Of Washington's Motion To Compel (Dkt. 133) and its October 17, 2018 Order Denying GEO's Motion For Reconsideration of the October 2 Order (Dkt. 144).

**IT IS HEREBY ORDERED** that:

1) GEO's Motion for Certification of Interlocutory Appeal (Dkt. No. _____) is **GRANTED.**

2) **IT IS FURTHER ORDERED** that

   a) The Court finds that both Orders raise controlling questions of law relating to the scope of enrichment in Washington;

   b) The Court finds that both Orders offer substantial grounds for disagreement because, *inter alia*, they involve novel questions relating to the relevance of financial

performance to unjust enrichment claims for wages on which reasonable judges may disagree; and

c)  The Court finds that interlocutory appeal of the Orders will materially advance this case by narrowing the issues to be tried to a jury.

Dated: October  __, 2018                                     **SO ORDERED.**


_____
                                                                      Robert J. Bryan
                                                                      United States District Court