UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STATE OF WASHINGTON,

Plaintiff,

v.

THE GEO GROUP, INC.,

Defendant.

Case No. 3:17-cv-05806-RJB

MINUTE ORDER

The Court has found it necessary to contine the trial date in this matter. The new trial date shall be July 1, 2019. All other hearings and deadlines shall remain unchanged.

If the parties have serious objections to this new trial date, counsel should meet and confer and jointly inform the Court not later than November 21, 2018.

DATED:  November 6, 2018

The foregoing Minute Order entered by /s/ Tyler Campbell  Deputy Clerk, **BY DIRECTION OF THE HONORABLE ROBERT J. BRYAN, UNITED STATES DISTRICT JUDGE.**

Minute Order - 1