The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STATE OF WASHINGTON,

          Plaintiff,

v.

THE GEO GROUP, INC.,

          Defendant.

Case No: 3:17-cv-05806-RJB

**[PROPOSED] ORDER GRANTING DEFENDANT GEO'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S FIRST CAUSE OF ACTION**

NOTE ON MOTION CALENDAR:
November 30, 2018

ORAL ARGUMENT REQUESTED

    This matter came before the Court for hearing on November 30, 2018, on the Motion for Summary Judgment ("Motion") filed by Defendant The GEO Group, Inc. ("Defendant"). The Court considered the following written submissions from the parties:

    (1)    The Complaint filed by Plaintiff State of Washington ("Plaintiff");

    (2)    The Answer filed by Defendant;

    (3)    Defendant's Motion for Summary Judgment, and the evidence cited therein (including the ICE-GEO contract (Dkt. 19), and the Declaration of Tae Johnson (Dkt. 91));

[PROPOSED] ORDER GRANTING DEF GEO'S MTN FOR
SUMM. JUDG. ON PLF'S 1ST CAUSE OF ACTION
CASE NO. 3:17-CV-05806-RJB         1

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

1  (4) Plaintiff's Response to Defendant's Motion for Summary Judgment and all materials submitted in support of such response, if any; and

3  (5) Defendant's Reply and all materials submitted in support of such reply, if any.

Having reviewed the foregoing written submissions, heard oral argument, and being fully advised, the Court HEREBY ORDERS AS FOLLOWS:

Pursuant to Fed. R. Civ. P. 56, Defendant's Motion for Summary Judgment is GRANTED. Plaintiff's First Cause of Action for violation of Washington's minimum wage laws is DISMISSED WITH PREJUDICE.

Dated this ___ day of _____, 2018.

_____
THE HONORABLE ROBERT J. BRYAN

[PROPOSED] ORDER GRANTING DEF GEO'S MTN FOR
SUMM. JUDG. ON PLF'S FIRST CAUSE OF ACTION
CASE NO. 3:17-CV-05806-RJB                            2

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

*Presented by:*

s/Douglas E. Smith
**LITTLER MENDELSON**
Douglas E. Smith, WSBA #17319
William J. Kim, WSBA #46792
One Union Square
600 University Street
Suite 3200
Seattle, WA 98101
Telephone: (206) 623-3300
Facsimile: (206) 447-6965

**NORTON ROSE FULBRIGHT US LLP**
Andrea L D'Ambra
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 318-3000
Facsimile: (212) 318-3400

**NORTON ROSE FULBRIGHT US LLP**
Charles A. Deacon
300 Convent St.
San Antonio, Texas 78205
Telephone: (210) 270-7133
Facsimile: (210) 270-7205
charlie.deacon@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT US LLP**
Mark Emery
799 9th Street NW, Suite 1000
Washington, DC 20001-4501
Telephone: (202) 662-0210
Facsimile: (202) 662-4643
mark.emery@nortonrosefulbright.com

**GREENBERG TRAURIG LLP**
Scott A. Schipma
2101 L St. NW, Suite 1000
Washington, DC 20037
Telephone: (202) 331-3141

ATTORNEYS FOR DEFENDANT THE GEO GROUP, INC

FIRMWIDE:160021201.1 059218.1371

[PROPOSED] ORDER GRANTING DEF GEO'S MTN FOR
SUMM. JUDG. ON PLF'S FIRST CAUSE OF ACTION
CASE NO. 3:17-CV-05806-RJB                    3

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300