THE HONORABLE ROBERT J. BRYAN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

STATE OF WASHINGTON,

              Plaintiff,

    v.

THE GEO GROUP, INC.,

              Defendant.

NO. 3:17-cv-05806-RJB

[PROPOSED] ORDER GRANTING STATE OF WASHINGTON'S MOTION TO EXCLUDE EXPERT TESTIMONY OF DAVID LEWIN, PH.D.

This matter came before the Court on Plaintiff State of Washington's Motion to Exclude Expert Testimony of David Lewin, Ph.D.

Having considered all legal authority, briefing, and argument submitted to the Court on this matter, it is hereby ORDERED, ADJUDGED AND DECREED that Plaintiff State of Washington's Motion to Exclude Expert Testimony of David Lewin, Ph.D. is GRANTED.

Dated this _____ day of _____, 2018.

_____
Honorable Robert J. Bryan
United States District Court Judge

Presented by:

[PROPOSED] ORDER GRANTING
STATE OF WASHINGTON'S MOTION
TO EXCLUDE EXPERT TESTIMONY
OF DAVID LEWIN, PH.D.

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 442-4492

*s/ Marsha Chien*

OFFICE OF THE ATTORNEY GENERAL
ROBERT W. FERGUSON

LA ROND BAKER, WSBA No. 43610
MARSHA CHIEN, WSBA No. 47020
ANDREA BRENNEKE, WSBA No. 22027
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744
larondb@atg.wa.gov
marshac@atg.wa.gov
andreab3@atg.wa.gov

[PROPOSED] ORDER GRANTING
STATE OF WASHINGTON'S MOTION
TO EXCLUDE EXPERT TESTIMONY
OF DAVID LEWIN, PH.D.

2