The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 3:17-cv-05806-RJB<br><br>DECLARATION OF MARSHA CHIEN IN SUPPORT OF WASHINGTON'S REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE EXPERT TESTIMONY OF DAVID LEWIN, PH.D. |

Pursuant to 28 U.S.C. § 1746(2) I, Marsha Chien, state and declare as follows:

1. I am over 18 years of age, have personal knowledge of and am competent to testify about the matters contained herein.

2. I am an Assistant Attorney General for the Attorney General of Washington, and am one of the attorneys representing the State of Washington ("Washington") in this matter.

3. On September 20, 2018, The GEO Group, Inc. ("GEO") served on Washington the report of its proposed expert, Gregory S. Bingham. Attached hereto as **Exhibit A** is a true and correct excerpt from Binghams's report.

I declare under penalty of perjury that the foregoing is true and accurate.

DECLARATION OF MARSHA CHIEN IN SUPPORT OF WASHINGTON'S REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE EXCLUDE EXPERT TESTIMONY OF DAVID LEWIN, PH.D.

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1 | Executed this 30th day of November, 2018, in Seattle, Washington.

*s/ Marsha Chien*
MARSHA CHIEN, WSBA 47020

DECLARATION OF MARSHA CHIEN IN SUPPORT OF WASHINGTON'S REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE EXCLUDE EXPERT TESTIMONY OF DAVID LEWIN, PH.D.

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the United States District Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

November 30, 2018

          s/*Caitilin Hall*
          Caitilin Hall, Legal Assistant

DECLARATION OF MARSHA CHIEN IN SUPPORT OF WASHINGTON'S REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE EXCLUDE EXPERT TESTIMONY OF DAVID LEWIN, PH.D.

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**CHIEN DECLARATION**

**EXHIBIT A**



*State Of Washington v. The GEO Group Inc.*
Case No. 3:17-cv-05806-RJB

Expert Report Of Gregory S. Bingham

The Kenrich Group LLC

1919 M Street, NW, Suite 620

Washington, DC 20036

20 September 2018

Gregory S. Bingham

**State Of Washington v. The GEO Group Inc.**
**Expert Report Of Gregory S. Bingham**

# TABLE OF CONTENTS

| | | |
|---|---|---|
| I. | INTRODUCTION | 1 |
| II. | SUMMARY OF OPINIONS | 3 |
| III. | BACKGROUND | 4 |
| IV. | FEDERAL CONTRACT PROCUREMENTS | 5 |
| | A. U.S. Government Procurement Processes | 5 |
| | B. 2015 GEO Contract Solicitation Documents | 8 |
| V. | THE CONTRACT AND CONTRACT ADMINISTRATION | 9 |
| | A. The NWDC Contract's CLIN Structure | 9 |
| | B. CLIN 0003 Invoicing | 10 |
| | C. Oversight Of GEO's Program Administration | 13 |
| | D. Ramifications For Contractor Non-compliance | 15 |
| VI. | CONCLUSION | 17 |