The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>                                    Plaintiff,<br><br>          v.<br><br>THE GEO GROUP, INC.,<br><br>                                    Defendant. | Case No: 3-17-cv-05806-RJB<br><br>**THE GEO GROUP, INC.'S NOTICE OF FILING OF PETITION FOR A WRIT OF MANDAMUS** |

The GEO Group, Inc. ("GEO") hereby gives notice that on January 3, 2019, it filed a petition for a writ of mandamus in the U.S. Court of Appeals for the Ninth Circuit. A complete copy of the petition is attached as Exhibit 1 to this notice. The petition requests a writ that vacates the Court's order, ECF 133 at 8-11, to the extent that it compels GEO to produce in discovery financial documents and information.

STATE OF WASHINGTON V. GEO GROUP
ECF CASE NO. 3-17-cv-05806-RJB
GEO GROUP'S NOTICE OF FILING OF PETITION FOR A WRIT OF
MANDAMUS

**NORTON ROSE FULBRIGHT US LLP**
Mark Emery
799 9th St. NW, Suite 1000
Washington, DC 20001
Telephone: (202) 662-0210

Dated:     January 3, 2019

**NORTON ROSE FULBRIGHT US LLP**
/s/ *Mark Emery*
Mark Emery
799 9th Street NW, Suite 1000
Washington, DC 20001-4501
Telephone: (202) 662-0210
Facsimile: (202) 662-4643
mark.emery@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT US LLP**
Charles A. Deacon
300 Convent St.
San Antonio, Texas 78205
Telephone: (210) 270-7133
Facsimile: (210) 270-7205
charlie.deacon@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT US LLP**
Andrea L. D'Ambra
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 318-3000
Facsimile: (212) 318-3400
andrea.dambra@nortonrosefulbright.com

**LITTLER MENDELSON P.C.**
Douglas E. Smith
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-3300
Facsimile:  (206) 447-6965
desmith@littler.com

**GREENBERG TRAURIG, LLC**
Scott A. Schipma
Dawn A. Ellison
Jerry Stouck
2101 L Street NW, Ste. 100
Washington, DC 20037
(202)-313-3141
schipmas@gtlaw.com

**ATTORNEYS FOR DEFENDANT**
**THE GEO GROUP, INC.**

STATE OF WASHINGTON V. GEO GROUP
ECF CASE NO. 3-17-cv-05806-RJB
GEO GROUP'S NOTICE OF FILING OF PETITION FOR A WRIT OF
MANDAMUS
- 1 -

NORTON ROSE FULBRIGHT US LLP
Mark Emery
799 9th St. NW, Suite 1000
Washington, DC 20001
Telephone: (202) 662-0210

1

## CERTIFICATE OF SERVICE

2

3
    I, Mark Emery, hereby certify as follows:

4
    I am over the age of 18, a resident of Washington, D.C., and not a party to the above

5
action.  On January 3, 2019, I electronically served this notice and the attached Exhibit 1, which

6
is a copy of GEO's Petition for a Writ of Mandamus that was filed in the U.S. Court of Appeals

7

8
for the Ninth Circuit, via CM/ECF to effect service on the following:

9
THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF
WASHINGTON, Tacoma, Washington (courtesy copy also provided by mail).

10

11
OFFICE OF THE ATTORNEY GENERAL      LITTLER MENDELSON P.C.
La Rond Baker, WSBA No. 43610           Douglas E. Smith, WSBA No. 17319

12
Marsha Chien, WSBA No. 47020            William J. Kim, WSBA No. 46792
Andrea Brenneke, WSBA No. 22027       One Union Square

13
Eric Mentzer, WSBA No. 21243            600 University Street
800 Fifth Avenue, Suite 2000              Suite 3200

14
Seattle, WA 98104                      Seattle, WA 98101

15
LaRondB@atg.wa.gov                  desmith@littler.com
MarshaC@atg.wa.gov                  wkim@littler.com

16
Andreab3@atg.wa.gov

17
EricM@atg.wa.gov

18
                                          GREENBERG TRAURIG LLP
NORTON ROSE FULBRIGHT US LLP       Scott A. Schipma (Pro Hac Vice)

19
Charles A. Deacon (Pro Hac Vice)        Dawn A. Ellison (Pro Hac Vice)
300 Convent St.                        Jerry Stouck (Pro Hac Vice)

20
San Antonio, TX 78205               2101 L Street NW, STE 100
charlie.deacon@nortonrosefulbright.com   Washington, DC 20037

21
                                          schipmas@gtlaw.com
Andrea D'Ambra (Pro Hac Vice)           ellisond@gtlaw.com

22
1301 Avenue of the Americas            stouckj@gtlaw.com
New York, NY 10019

23
andrea.dambra@nortonrosefulbright.com

24

25
    I certify under penalty of perjury under the laws of the State of Washington that the

26
above information is true and correct.

27
    DATED this 3rd day of January, 2019 in the District of Columbia.

28
    */s/ Mark  Emery*

STATE OF WASHINGTON V. GEO GROUP
ECF CASE NO. 3-17-cv-05806-RJB
GEO GROUP'S NOTICE OF FILING OF PETITION FOR A WRIT OF
MANDAMUS

**NORTON ROSE FULBRIGHT US LLP**
Mark Emery
799 9th St. NW, Suite 1000
Washington, DC 20001
Telephone: (202) 662-0210