The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STATE OF WASHINGTON,

          Plaintiff,

    v.

THE GEO GROUP, INC.,

          Defendant.

Case No. 3:17-cv-05806-RJB

**[PROPOSED] ORDER TO
EXTEND CASE DEADLINES**

BASED ON THE PARTIES' STIPULATION, IT IS HEREBY ORDERED that the following Trial and Pretrial dates are re-set as follows:

        Discovery motions: May 24, 2019

        Discovery completed: June 21, 2019

        Dispositive motions filed: July 2, 2019

        Motions in limine filed: August 19, 2019

        Agreed Pretrial Order filed: August 30, 2019

        Pretrial Conference: September 6, 2019

        Trial briefs, proposed voir dire, and jury instructions due: September 6, 2019

        Trial date: September 23, 2019

[PROPOSED] ORDER TO EXTEND CASE
DEADLINES
CASE NO. 3:17-cv-05806-RJB

1

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

Dated this _____ day of February, 2019.


_____
THE HONORABLE ROBERT J. BRYAN
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER TO EXTEND CASE
DEADLINES
CASE NO. 3:17-cv-05806-RJB

2

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

*Jointly Presented by:*

BOB FERGUSON
Attorney General of Washington

s/ *La Rond Baker*
LA ROND BAKER, WSBA No. 43610
MARSHA CHIEN, WSBA No. 47020
ANDREA BRENNEKE, WSBA No. 22027
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
larondb@atg.wa.gov
marshac@atg.wa.gov
andreab3@atg.wa.gov

*Attorneys for Plaintiff*
*State of Washington*

s/ *William J. Kim*
**LITTLER MENDELSON, P.C.**
Douglas E. Smith, WSBA #17319
William J. Kim, WSBA #46792
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
Phone: 206.623.3300
Fax:          206.447.6965
E-Mail:      desmith@littler.com
                  wkim@littler.com

**GREENBERG TRAURIG LLP**
Scott A. Schipma, *pro hac vice*
Dawn A. Ellison, *pro hac vice*
Jerry Stouck, *pro hac vice*
2101 L St. NW, Suite 1000
Washington, DC 20037
Telephone: (202) 331-3141
schipmas@gtlaw.com
ellisond@gtlaw.com
stouckj@gtlaw.com

[PROPOSED] ORDER TO EXTEND CASE
DEADLINES
CASE NO. 3:17-cv-05806-RJB

3

**NORTON ROSE FULBRIGHT US LLP**
Andrea L. D'Ambra
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 318-3000
Facsimile:  (212) 318-3400
andrea.dambra@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT US LLP**
Charles A. Deacon
300 Convent St.
San Antonio, Texas 78205
Telephone: (210) 270-7133
Facsimile:  (210) 270-7205
charlie.deacon@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT US LLP**
Mark Emery
799 9th Street NW, Suite 1000
Washington, DC  20001-4501
Telephone: (202) 662-0210
Facsimile: (202) 662-4643
mark.emery@nortonrosefulbright.com

*Attorneys for Defendant*
*The GEO Group, Inc.*

FIRMWIDE:162502296.1 059218.1371

[PROPOSED] ORDER TO EXTEND CASE
DEADLINES
CASE NO. 3:17-cv-05806-RJB

4

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300