

FILED

MAR 19 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

In re: THE GEO GROUP, INC.
_____

THE GEO GROUP, INC.,

        Petitioner,

  v.

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON, TACOMA,

        Respondent,

STATE OF WASHINGTON,

        Real Party in Interest.

No. 19-70014

D.C. No. 3:17-cv-05806-RJB
Western District of Washington, Tacoma

ORDER

Before: SILVERMAN, TALLMAN, and MURGUIA, Circuit Judges.

This petition for a writ of mandamus raises issues that warrant an answer. See Fed. R. App. P. 21(b). Accordingly, within 14 days after the date of this order, the real party in interest shall file an answer. In particular, the answer shall address why petitioner's financial information is relevant to the real party in interest's claim for unjust enrichment.

The district court, within 14 days after the date of this order, may address the petition if it so desires. The district court may elect to file an answer with this

SM/MOATT

court or to issue an order and serve a copy on this court.  Petitioner may file a reply within 5 days after service of the answer.  The petition, answer, and any reply shall be referred to the next available motions panel.

    The Clerk shall serve this order on the district court and District Judge Robert J. Bryan.