The Honorable Robert J. Bryan

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON,

      Plaintiffs,

    v.

THE GEO GROUP, INC.,

      Defendant.

Case No. 3:17-cv-05806-RJB

**ORDER ON DEFENDANT'S UNOPPOSED MOTION TO WAIVE GEOGRAPHIC REQUIREMENT IN LCR 83.1**

THIS MATTER has come before the Court on Defendant's Unopposed Motion to Waive Geographic Requirement in LCR 83.1.  The Court has reviewed the motion and, deeming that good cause exists, GRANTS the motion.  The Court hereby waives the geographic requirement for local counsel in LCR 83.1(d)(2), and orders that J. Matthew Donohue, Shannon Armstrong, and Kristin Asai may serve as local counsel in this matter and file *pro hac vice* applications under LCR 83.1(d).

IT IS SO ORDERED.

Dated this __ day of April, 2019.

_____
HONORABLE ROBERT J. BRYAN
UNITED STATES DISTRICT JUDGE

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR  97204
Telephone:  503.243.2300

Presented by:


 *s/ Shannon Armstrong*
Shannon Armstrong, WSBA #45947
Shannon.Armstrong@hklaw.com
HOLLAND & KNIGHT LLP
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR  97204
Telephone:  503.243.2300

*Attorney for Defendant*

PAGE 2 – ORDER ON DEFENDANT'S UNOPPOSED
MOTION TO WAIVE GEOGRAPHIC
REQUIREMENT IN LCR 83.1 (3:17-CV-05806-RJB)

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR  97204
Telephone:  503.243.2300

CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing ORDER ON DEFENDANT'S UNOPPOSED MOTION TO WAIVE GEOGRAPHIC REQUIREMENT IN LCR 83.1 to be served on the following person[s]:

La Rond Baker
Marsha Chien
Andrea Brenneke
Lane Polozola
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
larondb@atg.wa.gov
marshac@atg.wa.gov
andreab3@atg.wa.gov
lane.polozolo@atg.wa.gov

Attorneys for Plaintiff

by causing the document to be delivered by the following indicated method or methods:

☑       by CM/ECF electronically mailed notice from the Court on the date set forth below.

☐       by mailing full, true and correct copies thereof in sealed, first class postage prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or attorneys, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

☐       by causing full, true, and correct copies thereof to be hand-delivered to the parties and/or their attorneys at their last-known office addresses listed above on the date set forth below.

☐       by sending full, true, and correct copies thereof, via overnight courier in sealed, prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or their attorneys, on the date set forth below.

☐       by faxing full, true, and correct copies thereof to the fax machines which are the last-known fax numbers for the parties' and/or attorneys' offices, on the date set forth below.

DATED April 5, 2019.

_s/ Kristin M. Asai_
Kristin M. Asai

CERTIFICATE OF SERVICE – PAGE 1