The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON, | NO. 3:17-cv-05806-RJB |
| Plaintiff, | NOTICE OF WITHDRAWAL |
| v. | |
| THE GEO GROUP INC, | |
| Defendant. | |

YOU, AND EACH OF YOU, will please take notice that Eric A. Mentzer, Senior Counsel, hereby withdraws as an attorney of record for Plaintiff State of Washington in the above-entitled action, effective immediately.

DATED this 11th day of April, 2019.

ROBERT W. FERGUSON
Attorney General

*/s/ Eric A. Mentzer*
ERIC A. MENTZER, WSBA #21243
Senior Counsel

NOTICE OF WITHDRAWAL
NO. 3:17-cv-05806-RJB

1

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Drive SW
Olympia, WA 98501-6503
(360) 709-6470

## DECLARATION OF SERVICE

I hereby certify that on April 11, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will serve a copy of this document upon all counsel of record.

DATED this 11th day of April, 2019, at Tumwater, Washington.

*/s/ Eric A. Mentzer*
ERIC A. MENTZER, WSBA #21243
Senior Counsel

NOTICE OF WITHDRAWAL
NO. 3:17-cv-05806-RJB

2

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Drive SW
Olympia, WA 98501-6503
(360) 709-6470