The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>           Plaintiff,<br><br>    v.<br><br>THE GEO GROUP, INC.,<br><br>           Defendant. | NO. 3:17-cv-05806-RJB<br><br>[PROPOSED] ORDER GRANTING WASHINGTON'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE GEO GROUP, INC.'S AFFIRMATIVE DEFENSES<br><br>NOTE ON MOTION CALENDAR:<br>May 3, 2019 |

Having considered all legal authority, briefing, and argument submitted to the Court on this matter, it is hereby ORDERED, ADJUDGED AND DECREED that Plaintiff State of Washington's Motion for Partial Summary Judgment on The GEO Group, Inc.'s Affirmative Defenses: Laches (Affirmative Defense 8.4); Failure to Join Labor & Industries (Affirmative Defense 8.5); Failure to Join Department of Homeland Security/ICE (Affirmative Defense 8.6); and Unclean Hands (Affirmative Defense 8.9) is GRANTED.

Dated this ____ day of _____, 2019.

                                          _____
                                          Honorable Robert J. Bryan
                                          United States District Court Judge

Presented by:

BOB FERGUSON
Attorney General of Washington

s/ *La Rond Baker*
LA ROND BAKER, WSBA No. 43610
MARSHA CHIEN, WSBA No. 47020
ANDREA BRENNEKE, WSBA No. 22027
LANE POLOZOLA, WSBA No. 50138
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
larondb@atg.wa.gov
marshac@atg.wa.gov
andreab3@atg.wa.gov
lane.polozola@atg.wa.go

[PROPOSED] ORDER GRANTING WASHINGTON'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE GEO GROUP, INC.'S AFFIRMATIVE DEFENSES

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 442-4492