# BAKER DECLARATION

# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____

THE STATE OF WASHINGTON,              )
                                      )
            Plaintiff,                )
                                      )
      vs.                             )   No. 3:17-cv-05806-RJB
                                      )
THE GEO GROUP, INC.,                  )
                                      )
            Defendant.                )
                                      )
_____

30(B)(6) DEPOSITION UPON ORAL EXAMINATION

OF GEO GROUP, INC.

IN THE PERSON OF

RYAN KIMBLE

_____

9:50 a.m.
July 9, 2018

1250 Pacific Avenue 105
Tacoma, Washington 98401-2317

REPORTED BY: JACQUELINE L. BELLOWS, CCR 2297

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                          APPEARANCES

 2
     For the Plaintiff:
 3
     LA ROND BAKER
 4   ANDREA BRENNEKE
     OFFICE OF THE ATTORNEY GENERAL
 5   800 Fifth Avenue 2000
     Seattle, Washington 98164-1338
 6   206.464.7744
     larondb@atg.wa.gov
 7   abrenneke@gmail.com

 8

 9   For the Defendant:

10   JOAN MELL
     III Branches Law
11   1019 Regents Boulevard 204
     Fircrest, Washington 98466
12   253.566.2510
     joan@3brancheslaw.com
13

14

15

16

17

18

19

20

21

22

23

24

25
```


206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1    regarding this topic?
 2        A.   I have information on the VWP payment
 3    protocols.
 4        Q.   "No. 3, from 2005 to the present, any and all
 5    attempts by Geo to increase detainee-worker pay for
 6    their participation in the Voluntary Work Program."  Do
 7    you have regarding this topic?
 8             MS. MELL:  Again, object to the form to the
 9    extent that this implies detainees are ICE employees.
10    Or Geo employee.  Excuse me.
11        A.   Yes.
12        Q    (By Ms. Baker) "No. 4, From 2005 to the
13    present, Geo's practice of paying detainee-workers with
14    food for their labor performed outside of the Voluntary
15    Work Program payment protocols including painting walls,
16    buffing floors, and other types of work compensated with
17    food, hours detainees worked for such compensation, and
18    recruitment practices for work that is compensated in
19    food."
20             MS. MELL:  Object to form.
21        Q    (By Ms. Baker) Do you have information
22    regarding this topic?
23        A.   Can I ask a question on that?
24        Q.   Absolutely.  Please ask all the clarifying
25    questions that you need.
```



206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1        A.    Is that saying it was paid in lieu of?
 2   Or . . .
 3        Q.    So the question is information that you have
 4   regarding payment of detainees for labor that they have
 5   performed at NWDC, either in a dollar a day plus food or
 6   just in food or not -- or some other nonmonetary form of
 7   compensation.
 8             MS. MELL:  Object to the form of the question.
 9   Mischaracterizes the facts.
10        Q    (By Ms. Baker) Do you have information about
11   this practice?
12        A.    I have information about the payment, the
13   dollar a day from ICE and . . .
14             MS. MELL:  Whether or not this is a correct
15   statement?
16             THE WITNESS:  Yes.
17        Q    (By Ms. Baker) Do you have information about
18   nonmonetary compensation for detainee labor at the
19   Northwest Detention Center?
20             MS. MELL:  Object to the form.
21        A.    Nonmonetary compensation?  As far as I
22   understand the question, no.
23        Q    (By Ms. Baker) Okay.  We'll ask in greater
24   detail about that.
25             How long have you been an employee of the Geo
```



```
 1   Group?
 2        A.    Right at 10 years.
 3        Q.    How long have you worked for the Geo Group at
 4   the Northwest Detention Center?
 5        A.    Five years.
 6        Q.    What positions have you held during your
 7   employment with the Geo Group at the Northwest Detention
 8   Center?
 9        A.    The same position I currently hold.
10        Q.    What position is that?
11        A.    The associate warden of finance and
12   administration.
13        Q.    What are your duties and responsibilities as
14   the associate warden?
15        A.    Documents and responsibilities include
16   purchasing of anything that the facility needs for
17   security and running of the facility, paying all of the
18   bills, and budgeting for the facility.
19        Q.    Thank you.  What is the Voluntary Work
20   Program?
21        A.    The voluntary Work Program is a program that
22   is an ICE program, administered by the facility for ICE.
23        Q.    What happens in this program?
24        A.    We follow the ICE protocols and ICE rules on,
25   on giving opportunities for detainees to get out and use
```


206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                    REPORTER'S CERTIFICATE
 2           I, JACQUELINE L. BELLOWS, the undersigned
 3   Certified Court Reporter pursuant to RCW 5.28.010 authorized
 4   to administer oaths and affirmations in and for the State of
 5   Washington, do hereby certify that the sworn testimony
 6   and/or proceedings, a transcript of which is attached, was
 7   given before me at the time and place stated therein; that
 8   any and/or all witness(es)were duly sworn to testify to the
 9   truth; that the sworn testimony and/or proceedings were by
10   me stenographically recorded and transcribed under my
11   supervision, to the best of my ability; that the foregoing
12   transcript contains a full, true, and accurate record of all
13   the sworn testimony and/or proceedings given and occurring
14   at the time and place stated in the transcript; that a
15   review of which was requested; that I am in no way related
16   to any party to the matter, nor to any counsel, nor do I
17   have any financial interest in the event of the cause.
18                   WITNESS MY HAND AND DIGITAL SIGNATURE this
19   27th day of July, 2018.
20
21
22   _____
23   Jacqueline L. Bellows
     Washington State Certified Court Reporter, No. 2297
24   jbellows@yomreporting.com
25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com