**BAKER DECLARATION**

**EXHIBIT E**

```
 1                UNITED STATES DISTRICT COURT

 2                WESTERN DISTRICT OF WASHINGTON

 3   _____

 4   STATE OF WASHINGTON,         )

 5              PLAINTIFF,        ) NO. 3:17-CV-05806-RJB

 6      VS.                       )

 7   THE GEO GROUP, INC.,         )

 8              DEFENDANT.        )

 9                                )

10                                )

11   _____

12              DEPOSITION UPON ORAL EXAMINATION OF

13                       ALISHA SINGLETON

14   _____

15                        10:00 A.M.

16                     JANUARY 31, 2019

17                 800 FIFTH AVENUE, SUITE 2000

18                     SEATTLE, WASHINGTON

19

20

21

22

23

24   REPORTED BY:  BETSY E. DECATER, RPR, CCR 3109

25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                    A P P E A R A N C E S

 2


 3    FOR THE PLAINTIFF:

 4
        MARSHA CHIEN
 5      ANDREA BRENNEKE
        LA ROND BAKER
 6      Assistant Attorney Generals
        Office of the Attorney General
 7      800 Fifth Avenue, Suite 2000
        Seattle, Washington 98104
 8      (206) 464-7744
        andreab3@atg.wa.gov
 9      larondb@atg.wa.gov
        marshac@atg.wa.gov
10

11
    FOR THE DEFENDANT:
12
        MICHAEL PUSATERI
13      Greenberg Traurig
        2101 L Street, N.W.
14      Suite 1000
        Washington, D.C. 20037
15      (202) 533-2354
        pusaterim@gtlaw.com
16

17


18   ALSO PRESENT:   CAITIE HALL

19

20

21

22

23

24

25
```



206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1      A.   Between 2001 and 2003.
 2      Q.   So since graduating with a bachelor's in law and
 3   justice, you've been working at GEO the entire time?
 4      A.   Correct.
 5      Q.   What was the first position you had at GEO?
 6      A.   As a detention officer.
 7      Q.   How long did you work that job for?
 8      A.   Approximately three to four years.
 9      Q.   And then what did your job title become?
10      A.   Classification officer.
11      Q.   Is that considered a promotion?
12           MR. PUSATERI:  Object to form.
13      A.   I'm not sure exactly what you're meaning by a
14   promotion.  It's just a different position within the
15   facility.
16      Q.   Did you get a pay increase?
17      A.   No.
18      Q.   Darn.
19           Was there a classification officer before you who
20   held the position before you?
21      A.   I don't recall.  It was a while ago.
22      Q.   What was your responsibilities as a
23   classification officer?
24      A.   To review criminal histories and their prior
25   background to determine their custody levels while in
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                    REPORTER'S CERTIFICATE

 2       I, BETSY E. DECATER, the undersigned Certified Court

 3   Reporter, pursuant to RCW 5.28.010 authorized to

 4   administer oaths and affirmations in and for the State

 5   of Washington, do hereby certify that the sworn

 6   testimony and/or proceedings, a transcript of which is

 7   attached, was given before me at the time and place

 8   stated therein; that any and/or all witness(es) were

 9   duly sworn to testify to the truth; that the sworn

10   testimony and/or proceedings were by me stenographically

11   recorded and transcribed under my supervision, to the

12   best of my ability; that the foregoing transcript

13   contains a full, true, and accurate record of all the

14   sworn testimony and/or proceedings given and occurring

15   at the time and place stated in the transcript; that a

16   review of which was reserved; that I am in no way related

17   to any party to the matter, nor to any counsel, nor do I

18   have any financial interest in the event of the cause.

19       WITNESS MY HAND and DIGITAL SIGNATURE this 12th day

20   of February, 2019.

21   _____

22   BETSY E. DECATER, RPR
     Washington Certified Court Reporter, CCR 3109
23   bdecater@yomreporting.com

24

25
```



206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com