**BAKER DECLARATION**

**EXHIBIT F**

```
 1                  UNITED STATES DISTRICT COURT

 2                  WESTERN DISTRICT OF WASHINGTON

 3   _____

 4   STATE OF WASHINGTON,       )

 5              PLAINTIFF,      ) NO. 3:17-CV-05806-RJB

 6      VS.                     )

 7   THE GEO GROUP, INC.,       )

 8              DEFENDANT.      )

 9                              )

10                              )

11   _____

12              DEPOSITION UPON ORAL EXAMINATION OF

13                       BERTHA HENDERSON

14   _____

15                          10:08 A.M.

16                       JANUARY 30, 2019

17                  800 FIFTH AVENUE, SUITE 2000

18                       SEATTLE, WASHINGTON

19

20

21

22

23

24   REPORTED BY:  BETSY E. DECATER, RPR, CCR 3109

25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                    A P P E A R A N C E S

 2


 3    FOR THE PLAINTIFF:

 4       ANDREA BRENNEKE
         LA ROND BAKER
 5       MARSHA CHIEN
         Assistant Attorney Generals
 6       Office of the Attorney General
         800 Fifth Avenue, Suite 2000
 7       Seattle, Washington 98104
         (206) 464-7744
 8       andreab3@atg.wa.gov
         larondb@atg.wa.gov
 9       marshac@atg.wa.gov

10


11    FOR THE DEFENDANT:

12       MICHAEL PUSATERI
         Greenberg Traurig
13       2101 L Street, N.W.
         Suite 1000
14       Washington, D.C. 20037
         (202) 533-2354
15       pusaterim@gtlaw.com

16

17

18

19

20

21

22

23

24

25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1  we necessarily have already gotten, so.
2          MR. PUSATERI:  I'll ask.  And, in candor, I don't
3  know.  So, you know, maybe at the end of our time this
4  week, you know, you can memorialize all of these items
5  and we'll go from there if that makes the most sense.
6          MS. BRENNEKE:  All right.  Thank you.
7      Q.  (BY MS. BRENNEKE)  All right.  So let's go into
8  you and your background and then your work with GEO.
9          So, first of all, would you sketch for me your
10 personal background, your education and your work
11 history up to the point where you started working for
12 GEO?
13     A.  I went to technical college after I graduated,
14 graduated from Clover Park Technical College.  Got my
15 degree in food service.  Worked in nursing homes, the
16 military as a contractor, behavioral health facilities.
17 So I've been in food service for about 37 years, and
18 then in 2007 I went on to GEO.
19     Q.  So all the positions you held for those 37 years
20 were in food service in these different locations?
21     A.  That's correct.
22     Q.  And when did you graduate with your degree from
23 Clover Park Technical?
24     A.  '89.
25     Q.  So in 2007, can you -- you were hired by GEO.

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1        Will you sketch your -- what positions you held
2   if they are any different from that point to the
3   present?
4        A.   I started with GEO as the food service assistant
5   manager, and I maintained that position for about four
6   -- four months, and then I moved to the manager's
7   position.
8        Q.   So when did you become food service manager?
9        A.   About June of 2007.
10       Q.   Have you held that position consistently since
11  then?
12       A.   That's correct.
13       Q.   And that's your current position?
14       A.   Uh-huh, that's correct.
15       Q.   Is there something like food service
16  administrator, a different title?
17       A.   Yes.  It's a food service administrator.
18       Q.   Okay.  Is that the same as food service manager?
19       A.   That's correct.
20       Q.   Thank you.  That clears up some confusion.
21       A.   All right.
22       Q.   So can you tell me who was it that hired you in
23  the food service assistant manager position?
24       A.   At that time it was the assistant warden, and I
25  can't recall his name right now.  But the warden at that

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                    REPORTER'S CERTIFICATE

 2        I, BETSY E. DECATER, the undersigned Certified Court

 3   Reporter, pursuant to RCW 5.28.010 authorized to

 4   administer oaths and affirmations in and for the State

 5   of Washington, do hereby certify that the sworn

 6   testimony and/or proceedings, a transcript of which is

 7   attached, was given before me at the time and place

 8   stated therein; that any and/or all witness(es) were

 9   duly sworn to testify to the truth; that the sworn

10   testimony and/or proceedings were by me stenographically

11   recorded and transcribed under my supervision, to the

12   best of my ability; that the foregoing transcript

13   contains a full, true, and accurate record of all the

14   sworn testimony and/or proceedings given and occurring

15   at the time and place stated in the transcript; that a

16   review of which was waived; that I am in no way related

17   to any party to the matter, nor to any counsel, nor do I

18   have any financial interest in the event of the cause.

19        WITNESS MY HAND and DIGITAL SIGNATURE this 11th day

20   of February, 2019.

21   _____

22   BETSY E. DECATER, RPR
     Washington Certified Court Reporter, CCR 3109
23   bdecater@yomreporting.com

24

25
```


206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com