# BAKER DECLARATION

# EXHIBIT G

```
1                  UNITED STATES DISTRICT COURT

2                 WESTERN DISTRICT OF WASHINGTON

3    _____

4    STATE OF WASHINGTON,            )

5              PLAINTIFF,            ) NO. 3:17-CV-05806-RJB

6       VS.                         )

7    THE GEO GROUP, INC.,           )

8              DEFENDANT.            )

9                                   )

10                                  )

11   _____

12             DEPOSITION UPON ORAL EXAMINATION OF

13                  WILLIAM A. MCHATTON

14   _____

15                      10:00 A.M.

16                   FEBRUARY 1, 2019

17               800 FIFTH AVENUE, SUITE 2000

18                 SEATTLE, WASHINGTON

19

20

21

22

23

24   REPORTED BY:  BETSY E. DECATER, RPR, CCR 3109

25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
1                  A P P E A R A N C E S

2

3    FOR THE PLAINTIFF:

4
         MARSHA CHIEN
5        ANDREA BRENNEKE
         LA ROND BAKER
6        Assistant Attorney Generals
         Office of the Attorney General
7        800 Fifth Avenue, Suite 2000
         Seattle, Washington 98104
8        (206) 464-7744
         andreab3@atg.wa.gov
9        larondb@atg.wa.gov
         marshac@atg.wa.gov
10

11
     FOR THE DEFENDANT:
12
         MICHAEL PUSATERI
13       Greenberg Traurig
         2101 L Street, N.W.
14       Suite 1000
         Washington, D.C. 20037
15       (202) 533-2354
         pusaterim@gtlaw.com
16

17

18   ALSO PRESENT:  CAITIE HALL

19

20

21

22

23

24

25
```


206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1     Q.  So --
 2     A.  Did I tell anybody that I was going to be going
 3  to a deposition?
 4     Q.  Did you discuss the details of what you might
 5  testify to?
 6     A.  No.
 7     Q.  Did you speak with any ICE employees?
 8     A.  No.
 9     Q.  Did you speak with any ICE attorneys?
10     A.  No.
11     Q.  How long were you employed by The GEO Group?
12     A.  From February 9th, 2004 through I believe my
13  resignation date, retirement date was like August 28th,
14  2018.
15     Q.  What positions did you hold during your
16  employment at The GEO Group?
17     A.  I was the facility's first compliance manager and
18  then was promoted to the associate warden security in, I
19  believe, 2010.
20     Q.  And during your employment for The GEO Group
21  where were you located?
22     A.  Originally -- the facility did not open until
23  April 23rd, 2004.  The original location of the facility
24  for ICE detention was in Seattle on Airport Way, and I
25  had to prepare the manuals, the policies and procedures
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                    REPORTER'S CERTIFICATE

 2      I, BETSY E. DECATER, the undersigned Certified Court

 3  Reporter, pursuant to RCW 5.28.010 authorized to

 4  administer oaths and affirmations in and for the State

 5  of Washington, do hereby certify that the sworn

 6  testimony and/or proceedings, a transcript of which is

 7  attached, was given before me at the time and place

 8  stated therein; that any and/or all witness(es) were

 9  duly sworn to testify to the truth; that the sworn

10  testimony and/or proceedings were by me stenographically

11  recorded and transcribed under my supervision, to the

12  best of my ability; that the foregoing transcript

13  contains a full, true, and accurate record of all the

14  sworn testimony and/or proceedings given and occurring

15  at the time and place stated in the transcript; that a

16  review of which was reserved; that I am in no way

17  related to any party to the matter, nor to any counsel,

18  nor do I have any financial interest in the event of the

19  cause.

20      WITNESS MY HAND and DIGITAL SIGNATURE this 13th day

21  of February, 2019.

22  _____

23  BETSY E. DECATER, RPR
    Washington Certified Court Reporter, CCR 3109
24  bdecater@yomreporting.com

25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com