FILED

APR 22 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: THE GEO GROUP, INC. _____ THE GEO GROUP, INC., Petitioner, v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON, TACOMA, Respondent, STATE OF WASHINGTON, Real Party in Interest. | No.   19-70014 D.C. No. 3:17-cv-05806-RJB Western District of Washington, Tacoma ORDER |

Before: O'SCANNLAIN, W. FLETCHER, and WATFORD, Circuit Judges.

The petition for a writ of mandamus and responses are referred to a merits panel.

The request for oral argument is referred to a merits panel.

SM/MOATT