The Honorable Robert J. Bryan

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON, | Case No. 3:17-cv-05806-RJB |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR LIMITED PROTECTIVE ORDER REGARDING DEPOSITION OF RYAN KIMBLE** |
| v. | |
| THE GEO GROUP, INC., | |
| Defendant. | **NOTE ON MOTION CALENDAR: MAY 10, 2019** |

Defendant The GEO Group, Inc. ("GEO") has filed a Motion for Limited Protective Order Regarding Deposition of Ryan Kimble to prevent the State of Washington ("State") from seeking testimony from Mr. Kimble, GEO's Associate Warden for Finance and Administration at the Northwest Detention Center, about GEO's financial information that is the subject of GEO's pending mandamus action in the Ninth Circuit Court of Appeals.

The Court has considered the submissions and arguments of counsel, and IT IS HEREBY ORDERED THAT:

GEO's Motion for Limited Protective Order Regarding Deposition of Ryan Kimble is GRANTED. The State may not question Mr. Kimble about the following topics while GEO's mandamus petition is pending:

1. GEO's profits or losses for the NWDC from 2005 to the present;

///

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION FOR LIMITED PROTECTIVE ORDER
REGARDING DEPOSITION OF RYAN KIMBLE (3:17-
CV-05806-RJB) - PAGE 1

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR  97204
Telephone:  503.243.2300

2.  GEO's financial statements, Profit and Loss statements, and budget, if any, for the NWDC for each of the years during the relevant time period;

3.  The NWDC's financial statements, Profit and Loss statements, and budget, including all documents that set forth the detailed operating costs of the facility, Voluntary Work Program costs, labor costs, and payroll expenses as well as all details of revenue, contract payments and reimbursements for the NWDC;

4.  The profit or loss of the NWDC's Voluntary Work Program, including budget, from 2005 to the present, and all documents that set forth the detailed operating costs of the Voluntary Work Program, as well as revenues, payments and reimbursements received;

5.  Financial analysis, financial models, analysis of profits earned, valuation of the work performed, or other assessments of the Voluntary Work Program at the NWDC from 2005 to present;

6.  Financial performance analyses, financial models, or other financial evaluations prepared for the purpose of GEO's offer(s) and bid(s), and negotiations related to amendment(s) and renewal(s), of contracts related to the NWDC from 2005 – present; and

7.  Any per diem rate calculations and models related to GEO's NWDC Contract(s) from 2005 to present, including, but not limited to, the following factors: "Voluntary Work Program" costs and expenses; labor costs and payroll expenses (excluding Voluntary Work Program); expected and guaranteed occupancy; all other costs of providing services (including food, medical, building operations, etc.); desired margins.

Mr. Kimble's deposition shall remain open so that the State may seek testimony on the above matters if the Ninth Circuit concludes they are relevant to the State's claims.

DATED this _____ day of _____, 2019.


_____
THE HONORABLE ROBERT J. BRYAN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION FOR LIMITED PROTECTIVE ORDER
REGARDING DEPOSITION OF RYAN KIMBLE (3:17-
CV-05806-RJB) - PAGE 2

1    Submitted by:

2    HOLLAND & KNIGHT

3    By:  *s/Shannon Armstrong*
          Shannon Armstrong, WSBA No. 45947
4         Email: Shannon.armstrong@hklaw.com
          2300 US Bancorp Tower
5         111 SW Fifth Avenue
          Portland, OR 97204
6         Telephone:  503.243.2300

7         *Attorney for Defendant*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION FOR LIMITED PROTECTIVE ORDER
REGARDING DEPOSITION OF RYAN KIMBLE (3:17-
CV-05806-RJB) - PAGE 3

1

CERTIFICATE OF SERVICE

2      I hereby certify that I caused the foregoing [PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION FOR LIMITED PROTECTIVE ORDER REGARDING DEPOSITION

3    OF RYAN KIMBLE to be served on the following person[s]:

4    La Rond Baker
     Marsha Chien

5    Andrea Brenneke
     Lane Polozola

6    Office of the Attorney General
     800 Fifth Avenue, Suite 2000

7    Seattle, WA 98104
     larondb@atg.wa.gov

8    marshac@atg.wa.gov
     andreab3@atg.wa.gov

9    lane.polozola@atg.wa.gov

10   *Attorneys for Plaintiff*

11   by causing the document to be delivered by the following indicated method or methods:

12   ☑      by CM/ECF electronically mailed notice from the Court on the date set forth below.

13   ☐      by mailing full, true and correct copies thereof in sealed, first class postage prepaid envelopes,
     addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of

14   the parties and/or attorneys, and deposited with the United States Postal Service at Portland, Oregon,
     on the date set forth below.

15
     ☐      by causing full, true, and correct copies thereof to be hand-delivered to the parties and/or their

16   attorneys at their last-known office addresses listed above on the date set forth below.

17   ☐      by sending full, true, and correct copies thereof, via overnight courier in sealed, prepaid
     envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office

18   addresses of the parties and/or their attorneys, on the date set forth below.

19   ☐      by faxing full, true, and correct copies thereof to the fax machines which are the last-known
     fax numbers for the parties' and/or attorneys' offices, on the date set forth below.

20
            DATED: May 2, 2019.

21
                                              *s/Kristin M. Asai*

22                                            Kristin M. Asai

23

24

25

26

CERTIFICATE OF SERVICE - PAGE 1