# Holland & Knight

111 S.W. Fifth Avenue, 2300 U.S. Bancorp Tower | Portland, OR 97204 | T 503.243.2300 | F 503.241.8014
Holland & Knight LLP | www.hklaw.com

Shannon Armstrong
+1 503-517-2924
Shannon.Armstrong@hklaw.com

April 18, 2019

Via E-mail (LaRondB@atg.wa.gov)

La Rond Baker
Attorney General of Washington
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104

      Re:    *State of Washington v. The GEO Group, Inc.*, Case No. 17-cv-05806

Dear La Rond:

I write to follow up on our conversation on April 15, 2019 about Ryan Kimble's upcoming deposition in light of the pending mandamus action in the Ninth Circuit Court of Appeals. As you know, Mr. Kimble has a significant role in the financial operations of the Northwest Detention Center in Tacoma, Washington. As part of his job duties, Mr. Kimble has personal knowledge of at least portions of the financial information that The GEO Group, Inc. ("GEO") has sought to protect through the pending mandamus action.

As we discussed, Mr. Kimble cannot testify about financial information that is currently the subject of the mandamus action. We understand that the State would prefer Mr. Kimble's deposition to proceed on April 23. GEO is willing to allow the deposition to continue as scheduled provided that the State agree that it will not question Mr. Kimble on topics that would implicate the subject of the mandamus action. GEO is further willing to keep the deposition open pending a decision on the mandamus action, thus permitting the State to obtain testimony from Mr. Kimble on these issues if permitted by the Ninth Circuit.

If the State agrees to the above proposed limitations, then the deposition of Mr. Kimble will go forward on April 23. However, if the State does not agree to limit its questioning of Mr. Kimble and leave the deposition open, or come to some other mutually acceptable agreement, GEO will seek a protective order from the Court. Please let us know no later than Friday, April 19 whether the State will agree to GEO's proposal, or has another proposal for GEO to consider.

Anchorage | Atlanta | Austin | Boston | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Houston | Jacksonville | Lakeland
Los Angeles | Miami | New York | Orlando | Philadelphia | Portland | San Francisco | Stamford | Tallahassee | Tampa | Tysons
Washington, D.C. | West Palm Beach

La Rond Baker
April 18, 2019
Page 2

We also understand from our call on Monday that the State has identified—and intends to use at Mr. Kimble's deposition—GEO's financial documents that have been produced by GEO in this litigation.  While the State has not specifically identified those documents, we have reviewed GEO's production and identified a number of documents that our predecessor counsel inadvertently produced.  Under paragraph 4 of the parties' Rule 502(d) Order (Dkt. # 61), we request the documents listed below be returned to GEO, destroyed, or deleted within ten business days.  We also note that the State may not use the below identified materials, including at any depositions, unless the documents are later designated to not be protected by the Court.

| | |
|---|---|
| GEO-State 022245 | GEO-State 036735 |
| GEO-State 022246 | GEO-State 047721 |
| GEO-State 022247 | GEO-State 047724 |
| GEO-State 022248 | GEO-State 047907 |
| GEO-State 022358 | GEO-State 047910 |
| GEO-State 022359 | GEO-State 048155 |
| GEO-State 022360 | GEO-State 049244 |
| GEO-State 035580 | GEO-State 049253 |
| GEO-State 035582 | GEO-State 049254 |
| GEO-State 035583 | GEO-State 049255 |
| GEO-State 035584 | GEO-State 053327 |
| GEO-State 036063 | GEO-State 227808 |
| GEO-State 036725 | GEO-State 229533 |

Please let me know if you have any questions.

Sincerely,

HOLLAND & KNIGHT LLP

Shannon Armstrong

SA:ar

cc:   Marsha Chien; Andrea Brenneke; Lane Polozola; Jamal N. Whitehead; Adam J. Berger; Lindsay L. Halm; R. Andrew Free; Devin T Theriot-Orr; Meena Pallipamu Menter