# BRENNEKE DECLARATION

# EXHIBIT A

# FILED UNDER SEAL