**BRENNEKE DECLARATION**

**EXHIBIT I**

```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF WASHINGTON
                         AT SEATTLE
_____

                                  )
THE STATE OF WASHINGTON,          )
                                  )
              Plaintiff,          )
                                  )
         vs.                      )   No. 3:17-cv-05806-RJB
                                  )
THE GEO GROUP, INC.,              )
                                  )
              Defendant.          )
                                  )
_____


         30(B)(6) DEPOSITION UPON ORAL EXAMINATION

                    OF GEO GROUP, INC.

                    IN THE PERSON OF

                       RYAN KIMBLE

_____


                        9:50 a.m.
                      July 9, 2018

                 1250 Pacific Avenue 105
               Tacoma, Washington 98401-2317
```



REPORTED BY: JACQUELINE L. BELLOWS, CCR 2297

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                        APPEARANCES

 2
     For the Plaintiff:
 3
     LA ROND BAKER
 4   ANDREA BRENNEKE
     OFFICE OF THE ATTORNEY GENERAL
 5   800 Fifth Avenue 2000
     Seattle, Washington 98164-1338
 6   206.464.7744
     larondb@atg.wa.gov
 7   abrenneke@gmail.com

 8


 9   For the Defendant:

10   JOAN MELL
     III Branches Law
11   1019 Regents Boulevard 204
     Fircrest, Washington 98466
12   253.566.2510
     joan@3brancheslaw.com
13

14

15

16

17

18

19

20

21

22

23

24

25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1    Q    (By Ms. Baker) You've been handed a document
2    that's marked as Exhibit 1.  It's titled "Notice of
3    Deposition Pursuant to Civil Rule 30(b)(6) and Demand
4    for Designation of Representative's Deponents."  Have
5    you seen this document before?
6         A.   Yes.
7         Q.   Can you take a moment to turn to page 7.
8         A.   (Witness complies.)
9         Q.   And please take a minute to read through
10   Exhibit B, which is titled "Matters for Examination."
11   Let me know when you're done reading through those
12   pages.
13        A.   (Witness complies.)
14             MS. MELL:  Do you want him to read the entire
15   exhibit?
16             MS. BAKER:  That's correct.  Okay.
17        Q    (By Ms. Baker) So --
18             MS. MELL:  Just for the record, you've read
19   pages 7 and 8 only.
20        Q    (By Ms. Baker) So Exhibit B, the "Matters for
21   Examination" set forth the topics that Washington
22   requested Geo provide an organizational deponent for.
23   And you have been identified as the deponent with
24   information on all of these topics.  So I'd like to take
25   a minute to go through each of these to make sure that

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1  you are -- that you actually have knowledge for each of
2  these topics.
3           First is marked as A, staffing at the
4  Northwest Detention Center.  A1 reads "organizational
5  structure of the Northwest Detention Center, i.e., who
6  supervises what activities, programs, and workers at
7  NWDC including detainee workers in the WVP."  Do you
8  have information regarding this topic?
9       A.   Yes.
10      Q.   No. 2, "The labor and staffing model of NWDC
11 for each of the years from 2005 to the present,
12 including labor costs, expenses, and breakdown of those
13 expenses including number of employees, positions held,
14 salaries, compensation, and benefits."  Do you have
15 information regarding this topic?
16      A.   Yes.
17      Q.   For every aspect of the topic that's listed in
18 this No. 2?
19           MS. MELL:  My only objection would be that I
20 have indicated to you prior to the deposition that we
21 would make available who's competent to testify on
22 behalf of Geo from the local facility but we were
23 reserving the right to have corporate input.  And
24 corporate's not here today.  But this is the speaking
25 agent for Geo for purposes of this deposition to the

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1    extent it doesn't implicate broader corporate
2    information that wouldn't be something that locally they
3    know.
4            MS. BAKER:  So are you making the
5    representation that this 30(b)(6) is a limited 30(b)(6)
6    that does not have to do with corporate level, either
7    financial information or policies?  We've not been
8    provided that.
9            MS. MELL:  No.  I don't believe the policy --
10   I think the policies are the policies that are applied
11   here at the Northwest Detention Center.  But I think the
12   areas that we are going to take exception to today and
13   place objections to will be consistent with our position
14   that the disgorgement theory of the state not a --
15           MS. BAKER:  So okay.
16           MS. MELL:  No, no.  Let me finish my
17   objection.
18           So we will be objecting to any pricing and
19   profitability questions that implicate Geo corporate.
20           MS. BAKER:  So, Ms. Mell, you have not
21   actually provided information in Washington regarding
22   who you intend to put forward for a 30(b)(6) for
23   information regarding corporate finances.  I want to
24   make sure that we have on the record that, although we
25   requested that in the 30(b)(6), we've not been provided

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1   an opportunity to do that and we'll need to leave the
 2   deposition open in order to ensure that we have access
 3   to a deponent who has that information.
 4        Q    (By Ms. Baker) We'll go through these lists to
 5   make sure that I understand fully the scope of the
 6   information that you have so I don't end up asking
 7   questions covering topics that you don't have
 8   information about.
 9             No. B, "Operation of the Voluntary Work
10   Program, B1 is "The number of detainee workers
11   participating in the Voluntary Work Program for each
12   year from 2005 to the present at the Northwest Detention
13   Center."  Do you have information regarding that topic?
14        A.   Yes.
15        Q.   No. 2, "The days and times and average hours
16   detainees work in the Northwest Detention Center
17   Voluntary Work Program in the kitchen; laundry; law
18   library; outside recreation areas; barber shop; medical
19   care cleanup; intake and lobby cleanup; cleaning floors,
20   pods, living areas including information regarding the
21   schedule for when Geo officers escort detainee-workers
22   to and from their work details."  Do you have
23   information regarding these topics?
24        A.   Yes.
25        Q    (By Ms. Baker) No. 3, "Any and all paperwork,
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                    REPORTER'S CERTIFICATE
 2          I, JACQUELINE L. BELLOWS, the undersigned
 3   Certified Court Reporter pursuant to RCW 5.28.010 authorized
 4   to administer oaths and affirmations in and for the State of
 5   Washington, do hereby certify that the sworn testimony
 6   and/or proceedings, a transcript of which is attached, was
 7   given before me at the time and place stated therein; that
 8   any and/or all witness(es)were duly sworn to testify to the
 9   truth; that the sworn testimony and/or proceedings were by
10   me stenographically recorded and transcribed under my
11   supervision, to the best of my ability; that the foregoing
12   transcript contains a full, true, and accurate record of all
13   the sworn testimony and/or proceedings given and occurring
14   at the time and place stated in the transcript; that a
15   review of which was requested; that I am in no way related
16   to any party to the matter, nor to any counsel, nor do I
17   have any financial interest in the event of the cause.
18               WITNESS MY HAND AND DIGITAL SIGNATURE this
19   27th day of July, 2018.
20
21
22   _____
23   Jacqueline L. Bellows
     Washington State Certified Court Reporter, No. 2297
24   jbellows@yomreporting.com
25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com