**BRENNEKE DECLARATION**

**EXHIBIT L**

# United States Court of Appeals for the Ninth Circuit
# 2019 Court Sessions

| January | | February | | March | |
|---|---|---|---|---|---|
| 7-11 | Pasadena | 4-8 | Seattle<br>Pasadena<br>Phoenix<br>San Francisco | 4-8 | Portland<br>Seattle<br>Pasadena<br>Phoenix |
| 14-18 | San Francisco | 11-15 | Honolulu<br>Pasadena<br>San Francisco | 11-15 | San Francisco |

| April | | May | | June | |
|---|---|---|---|---|---|
| 8-12 | Seattle<br>Pasadena | 13-17 | Portland<br>Seattle<br>Pasadena<br>San Francisco | 3-7 | Portland<br>Seattle |
| 15-19 | San Francisco | | | 10-14 | Anchorage<br>Honolulu<br>Pasadena<br>San Francisco |

| July | | August | | September | |
|---|---|---|---|---|---|
| 8-12 | Portland<br>Seattle<br>Pasadena | 5-9 | Anchorage<br>San Francisco | Aug 26-30* | Seattle |
| 15-19 | San Francisco | 12-16 | Pasadena | 9-13 | Pasadena<br>San Francisco |

| October | | November | | December | |
|---|---|---|---|---|---|
| 1-4 | San Francisco | 4-8 | Portland<br>Seattle<br>Pasadena | 2-6 | San Francisco |
| 15-18 | Pasadena | 12-15 | Pasadena<br>San Francisco | 9-13 | Seattle<br>Pasadena |
| 21-25 | Honolulu<br>Portland<br>Seattle<br>Pasadena<br>San Francisco | | | | |

*September sittings in Seattle will occur during the last week of August.

Dates and/or locations are subject to change.

As of 03/07/2019