# Holland & Knight

111 S.W. Fifth Avenue, 2300 U.S. Bancorp Tower | Portland, OR 97204 | T 503.243.2300 | F 503.241.8014
Holland & Knight LLP | www.hklaw.com

Shannon Armstrong
+1 503-517-2924
Shannon.Armstrong@hklaw.com

May 10, 2019

*Via E-mail (LaRondB@atg.wa.gov)*

La Rond Baker
Attorney General of Washington
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104

   Re: *State of Washington v. The GEO Group, Inc.*, Case No. 17-cv-05806

Dear La Rond:

In preparing our reply in support of The GEO Group, Inc.'s ("GEO") motion for limited protective order, we reviewed the exhibits the State of Washington ("State") filed (or proposed to file) in support of its opposition. Those exhibits include documents that GEO clawed back pursuant to the inadvertent disclosure order (Dkt. # 61), including GEO-State 048155, GEO-State 022246, GEO-State 022248, GEO-State 022360, and GEO-State 229533. In addition, the State's exhibits include documents similar to the ones GEO already clawed back that were also inadvertently produced, including GEO-State 229684, GEO-State 248406, and GEO-State 249292. Pursuant to paragraph 4 of the Order, GEO requests that the State return or destroy all of those documents within ten business days.

Please let me know if you have any questions.

Sincerely,

HOLLAND & KNIGHT LLP

*[signature]*

Shannon Armstrong

SA:ar
cc: Marsha Chien, Andrea Brenneke, Lane Polozola

Anchorage | Atlanta | Austin | Boston | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Houston | Jacksonville | Lakeland
Los Angeles | Miami | New York | Orlando | Philadelphia | Portland | San Francisco | Stamford | Tallahassee | Tampa | Tysons
Washington, D.C. | West Palm Beach

Ex. 7 to Armstrong Decl.
Page 1 of 1