The Honorable Robert J. Bryan

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STATE OF WASHINGTON,

    Plaintiff,

    v.

THE GEO GROUP, INC.,

    Defendant.

Case No. 3:17-cv-05806-RJB

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND METADATA**

**NOTE ON MOTION CALENDAR: JUNE 14, 2019**

Defendant The GEO Group, Inc. ("GEO") has filed a Motion to Compel Production of Documents and Metadata.  The Court has considered the submissions and arguments of counsel, and IT IS HEREBY ORDERED THAT:

GEO's Motion to Compel Production of Documents and Metadata is GRANTED.  The State of Washington ("State") must produce the following:

(1)    Relevant information from all agencies, including the Department of Labor and Industries, Department of Corrections, Department of Social and Health Services, and the Governor's Office, for the following categories:

    (a)    the State's use of work programs at its correctional or rehabilitation facilities, including why it pays some work program participants market wages, whether the participants are volunteers, the hours worked, duties performed, and pay rates for participants, and the State's use of contractors to assist in the operation of work programs;

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION TO COMPEL PRODUCTION
OF DOCUMENTS AND METADATA (3:17-CV-05806-
RJB) - PAGE 1

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR  97204
Telephone:  503.243.2300

(b)    the State's assessment of federal and/or state law as it relates to the operation of work programs, including the use of contractors;

(2)    Accurate and complete metadata for all of its productions, including custodian and author information, dates of creation and modification, and file path, without modification; and

(3)    Logged documents on the common interest privilege log that are missing date, author, sender, recipient, or subject matter information, and communications between third parties for which no basis for common interest privilege exists.

DATED this _____ day of _____, 2019.

_____
THE HONORABLE ROBERT J. BRYAN
UNITED STATES DISTRICT JUDGE

Submitted by:

HOLLAND & KNIGHT

By:  *s/Shannon Armstrong*
     Shannon Armstrong, WSBA No. 45947
     Email: Shannon.armstrong@hklaw.com
     2300 US Bancorp Tower
     111 SW Fifth Avenue
     Portland, OR 97204
     Telephone:  503.243.2300

*Attorney for Defendant*

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION TO COMPEL PRODUCTION
OF DOCUMENTS AND METADATA (3:17-CV-05806-
RJB) - PAGE 2

CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND METADATA to be served on the following person[s]:

La Rond Baker
Marsha Chien
Andrea Brenneke
Lane Polozola
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
larondb@atg.wa.gov
marshac@atg.wa.gov
andreab3@atg.wa.gov
lane.polozola@atg.wa.gov

*Attorneys for Plaintiff*

by causing the document to be delivered by the following indicated method or methods:

☑    by CM/ECF electronically mailed notice from the Court on the date set forth below.

☐    by mailing full, true and correct copies thereof in sealed, first class postage prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or attorneys, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

☐    by causing full, true, and correct copies thereof to be hand-delivered to the parties and/or their attorneys at their last-known office addresses listed above on the date set forth below.

☐    by sending full, true, and correct copies thereof, via overnight courier in sealed, prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or their attorneys, on the date set forth below.

☐    by faxing full, true, and correct copies thereof to the fax machines which are the last-known fax numbers for the parties' and/or attorneys' offices, on the date set forth below.

DATED: May 24, 2019.

*s/Kristin M. Asai*
Kristin M. Asai

CERTIFICATE OF SERVICE - PAGE 1

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR  97204
Telephone:  503.243.2300