The Honorable Robert J. Bryan

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> THE GEO GROUP, INC., <br><br> Defendant. | Case No. 3:17-cv-05806-RJB <br><br> **DECLARATION OF SHANNON ARMSTRONG IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND METADATA** |

I, Shannon Armstrong, declare:

1. I am a partner with the firm of Holland & Knight LLP, and one of the attorneys for defendant The GEO Group, Inc. ("GEO") in this matter. The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

2. Based on the custodian metadata provided by the State of Washington ("State"), I understand that the State produced 178 documents from the Department of Corrections, two documents from the Department of Labor & Industries, three documents from the Department of Social and Health Services, and 231 documents from the Governor's Office.

3. I attach true and correct copies of the following documents in support of GEO's Motion to Compel Production of Documents and Metadata:

DECLARATION OF SHANNON ARMSTRONG IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND METADATA (3:17-cv-05806-RJB)- PAGE 1

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300

| Exhibit | Description |
|---|---|
| 1 | GEO's First Set of Interrogatories and Requests for Production Propounded to the State of Washington. |
| 2 | GEO's Second Set of Requests for Production Propounded to the State of Washington. |
| 3 | GEO's Third Set of Requests for Production to State of Washington. |
| 4 | November 8, 2018 letter from GEO to the State regarding its discovery deficiencies. |
| 5 | November 30, 2018 letter from GEO to the State regarding its discovery deficiencies. |
| 6 | December 12, 2018 letter from GEO to the State regarding its privilege logs. |
| 7 | January 23, 2019 letter from GEO to the State regarding next steps following CR 37 conference. |
| 8 | January 24, 2019 letter from GEO to the State regarding its metadata deficiencies. |
| 9 | May 14, 2019 letter from GEO to the State regarding its production deficiencies. |
| 10 | State's supplemental common interest privilege log, produced on April 26, 2019. |
| 11 | May 20, 2019 letter from the State to GEO. |
| 12 | November 30, 2018 CR 37 letter from the State to GEO. |
| 13 | February 8, 2019 letter from the State to GEO re metadata deficiencies. |
| 14 | A screen shot taken May 23, 2019 showing an example of the metadata accompanying the State's document production. |

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 24, 2019

By: *s/ Shannon Armstrong*
Shannon Armstrong, WSBA #45947
Shannon.Armstrong@hklaw.com

DECLARATION OF SHANNON ARMSTRONG IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND METADATA (3:17-cv-05806-RJB)- PAGE 2

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300

CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing DECLARATION OF SHANNON ARMSTRONG IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND METADATA to be served on the following person[s]:

La Rond Baker
Marsha Chien
Andrea Brenneke
Lane Polozola
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
larondb@atg.wa.gov
marshac@atg.wa.gov
andreab3@atg.wa.gov
lane.polozola@atg.wa.gov

*Attorneys for Plaintiff*

by causing the document to be delivered by the following indicated method or methods:

☒     by CM/ECF electronically mailed notice from the Court on the date set forth below.

☐     by mailing full, true and correct copies thereof in sealed, first class postage prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or attorneys, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

☐     by causing full, true, and correct copies thereof to be hand-delivered to the parties and/or their attorneys at their last-known office addresses listed above on the date set forth below.

☐     by sending full, true, and correct copies thereof, via overnight courier in sealed, prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or their attorneys, on the date set forth below.

☐     by faxing full, true, and correct copies thereof to the fax machines which are the last-known fax numbers for the parties' and/or attorneys' offices, on the date set forth below.

DATED: May 24, 2019.

*s/ Kristin M. Asai*
Kristin M. Asai

CERTIFICATE OF SERVICE – PAGE 1