UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINTON,<br><br>               Plaintiffs,<br>   v.<br><br>THE GEO GROUP, INC.,<br><br>               Defendant. | CASE NO. C17-5769RJB |
| STATE OF WASHINTON,<br><br>               Plaintiff,<br>   v.<br><br>THE GEO GROUP, INC.,<br><br>               Defendant. | CASE NO. C17-5806RJB<br><br>SUPPLEMENT TO ORAL RULING |

      Defendant moved, in both of the above cases, "To Dismiss, Stay Or Consolidate Related Litigation." On May 28, 2019, the Court heard oral argument, and orally ruled, denying the portion of the motions to dismiss or stay, and denying in part and granting part the motion to consolidate. The order consolidated liability issues, and denied (without prejudice) damage

SUPPLEMENT TO ORAL RULING - 1

issues.  In the Court's oral ruling, the court intended to make the following findings, but inadvertently omitted them.   Therefore, the Court now supplements its oral ruling as follows:

1. Substantially the same evidence on liability would be presented in both cases;

2. Both cases allege the same wrong;

3. Both cases arise out of the same transactional nucleus of facts;

4. Different results in each case would raise many difficult issues that can be avoided by consolidation of liability issues;

5. Consolidation of liability issues will promote judicial economy;

6. Consolidation of liability issues will expedite final resolution of the case;

7. Consolidation of liability issues will avoid inconsistent results, and will provide all parties an equal opportunity to address liability issues and

8. Consolidation of liability issues will not prejudice any party.  (The Court is aware that this Order, unfortunately, may delay conclusion of the State's case by some six months.  That is not sufficient prejudice to trump the benefits of such consolidation.)

IT IS SO ORDERED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 28th day of May, 2019.

*[signature]*

ROBERT J. BRYAN
United States District Judge

SUPPLEMENT TO ORAL RULING - 2