UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON, | CASE NO. 17-5806 RJB |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE GEO GROUP, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, United States District Judge Robert J. Bryan:

On June 14, 2019, the State contacted the court and indicated that the parties would like a discovery conference related to a dispute over whether photographs would be permitted at a site visit to the Northwest Detention Center. After being informed of Judge Robert Bryan's unavailability, the parties requested a U.S. magistrate judge. Accordingly, this case is referred to U.S. Magistrate Judge Theresa L. Fricke solely for this discovery dispute.

Dated this 14th day of June, 2019.

The foregoing Minute Order authorized by THE HONORABLE ROBERT J. BRYAN, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 1