UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON, | CASE NO. 17-5806 RJB |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE GEO GROUP, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, United States District Judge Robert J. Bryan:

On June 27, 2019 and June 28, 2019, notices of appearance were filed on behalf of "Amicus International Human Rights Clinic at Seattle University School of Law." Dkts. 237 and 240. This entity then added itself to the case. No motion to appoint amici curiae has been filed.

"The district court has broad discretion to appoint amici curiae." *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982)(*abrogated on other grounds by Sandin v. Conner,* 515 U.S. 472 (1995). "District courts frequently welcome amicus briefs from non-parties concerning legal

MINUTE ORDER - 1

issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005)(*internal quotation marks and citations omitted*).

No showing has yet been made by the proposed amicus that it would be helpful to the Court. The proposed amicus **IS TERMINATED** from the case until a motion and proper showing is made, if any.

Dated this 1st day of July, 2019.

The foregoing Minute Order authorized by THE HONORABLE ROBERT J. BRYAN, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 2