THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STATE OF WASHINGTON,
Plaintiff,

vs.

THE GEO GROUP, INC.,
Defendant.

Case No. 3:17-cv-05806-RJB

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF THE INTERNATIONAL HUMAN RIGHTS CLINIC AT SEATTLE UNIVERSITY SCHOOL OF LAW AND GLOBAL RIGHTS ADVOCACY AS AMICI CURIAE IN SUPPORT OF PLAINTIFF**

THIS MATTER having come before this Court on the International Human Rights Clinic at Seattle University School of Law and Global Rights Advocacy's Motion for Leave to File a Brief as Amici Curiae, and the Court having reviewed all materials submitted in connection with the Motion for Leave and all other pertinent records herein, and being otherwise fully apprised and informed,

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO
FILE AMICUS CURIAE BRIEF - 1
(Case No. 3:17-CV-05806-RJB)

RONALD A. PETERSON LAW CLINIC
1112 E. Columbia St.
Seattle, WA 98122-1090
206.398.4394

NOW THEREFORE, it is hereby ORDERED that the Motion for Leave is GRANTED.

SO ORDERED this _____day of _____, 2019.

_____
THE HONORABLE ROBERT J. BRYAN

Presented by:

The International Human Rights Clinic at
Seattle University School of Law and
Global Rights Advocacy

*/s/ Melissa R. Lee*
Melissa R. Lee, WSBA #38808
Ronald A. Peterson Law Clinic
1112 E. Columbia St.
Seattle, WA 98122
Phone: 206.398.4394
Email: leeme@seattleu.edu

*/s/ Thomas Antkowiak*
Prof. Thomas Antkowiak, MA #656280
Ronald A. Peterson Law Clinic
1112 E. Columbia St.
Seattle, WA 98122
Phone: 206.398.4111
Email: antkowit@seattleu.edu
*Pro Hac Vice* Counsel

*Attorneys for Proposed Amici Curiae*

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE
*AMICUS CURIAE* BRIEF - 2
(Case No. 3:17-CV-05806-RJB)

RONALD A. PETERSON LAW CLINIC
1112 E. Columbia St.
Seattle, WA 98122
206.398.4394

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2019, the foregoing document was electronically filed with the United States District Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

<i>s/ Melissa R. Lee</i>
Melissa R. Lee

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE
*AMICUS CURIAE* BRIEF - 3
(Case No. 3:17-CV-05806-RJB)

RONALD A. PETERSON LAW CLINIC
1112 E. Columbia St.
Seattle, WA 98122
206.398.4394