The Honorable Robert J. Bryan

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | Case No. 3:17-cv-05806-RJB<br><br>**[PROPOSED] ORDER GRANTING THE GEO GROUP, INC.'S MOTION FOR SUMMARY JUDGMENT AGAINST THE STATE OF WASHINGTON**<br><br>**NOTE ON MOTION CALENDAR: JULY 26, 2019** |
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>Plaintiffs/Counter Defendants,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant/Counter Claimant. | Case No. 3:17-cv-05769-RJB |

Defendant The GEO Group, Inc. ("GEO") has filed a Motion for Summary Judgment Against the State of Washington.  The Court has considered the submissions and arguments of counsel, and IT IS HEREBY ORDERED THAT:

///

///

[PROPOSED] ORDER GRANTING THE GEO GROUP,
INC.'S MOTION FOR SUMMARY JUDGMENT AGAINST
THE STATE OF WASHINGTON (3:17-CV-05806-RJB,
CASE NO. 3:17-CV-05769-RJB) - PAGE 1

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR  97204
Telephone:  503.243.2300

GEO's Motion for Summary Judgment Against the State of Washington is GRANTED.

DATED this _____ day of _____, 2019.

_____
THE HONORABLE ROBERT J. BRYAN
UNITED STATES DISTRICT JUDGE

Submitted by:

HOLLAND & KNIGHT

By:  *s/Shannon Armstrong*
     Shannon Armstrong, WSBA No. 45947
     Email: Shannon.armstrong@hklaw.com
     2300 US Bancorp Tower
     111 SW Fifth Avenue
     Portland, OR 97204
     Telephone:  503.243.2300

     *Attorney for Defendant*

[PROPOSED] ORDER GRANTING THE GEO GROUP,
INC.'S MOTION FOR SUMMARY JUDGMENT AGAINST
THE STATE OF WASHINGTON (3:17-CV-05806-RJB,
CASE NO. 3:17-CV-05769-RJB) - PAGE 2

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR  97204
Telephone:  503.243.2300

CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing [PROPOSED] ORDER GRANTING THE GEO GROUP, INC.'S MOTION FOR SUMMARY JUDGMENT AGAINST THE STATE OF WASHINGTON to be served on the following person[s]:

La Rond Baker
Marsha Chien
Andrea Brenneke
Lane Polozola
Patricio Marquez
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
larondb@atg.wa.gov
marshac@atg.wa.gov
andreab3@atg.wa.gov
lane.polozola@atg.wa.gov
patricio.marquez@atg.wa.gov

*Attorneys for State of Washington*

Jamal N. Whitehead
Adam J. Berger
Lindsay L. Halm
Schroeter Goldmark & Bender
810 Third Avenue, Suite 500
Seattle, WA 98104
whitehead@sgb-law.com
berger@sgb-law.com
halm@sgb-law.com

*Attorneys for Plaintiffs/Counter Defendants*

Devin T. Theriot-Orr
Open Sky Law PLLC
20415 72nd Avenue S, Suite 110
Kent, WA 98032
devin@opensky.law

*Attorneys for Plaintiffs/Counter Defendants*

R. Andrew Free
Law Office of R. Andrew Free
P.O. Box 90568
Nashville, TN 37209
andrew@immigrantcivilrights.com

*Attorneys for Plaintiffs/Counter Defendants*

Meena Pallipamu Menter
Menter Immigration Law PLLC
8201 164th Avenue NE, Suite 200
Seattle, WA 98052
meena@meenamenter.com

*Attorneys for Plaintiffs/Counter Defendants*

by causing the document to be delivered by the following indicated method or methods:

☑    by CM/ECF electronically mailed notice from the Court on the date set forth below.

☐    by mailing full, true and correct copies thereof in sealed, first class postage prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or attorneys, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

☐    by causing full, true, and correct copies thereof to be hand-delivered to the parties and/or their attorneys at their last-known office addresses listed above on the date set forth below.

DATED: July 2, 2019.                    *s/Kristin M. Asai*
                                        Kristin M. Asai

CERTIFICATE OF SERVICE - PAGE 1