The Honorable Robert J. Bryan

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>   Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>   Defendant. | Case No. 3:17-cv-05806-RJB<br><br>**DECLARATION OF AMBER MARTIN IN SUPPORT OF THE GEO GROUP, INC.'S MOTION FOR SUMMARY JUDGMENT AGAINST THE STATE OF WASHINGTON** |
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>   Plaintiffs/Counter Defendants,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>   Defendant/Counter Claimant. | Case No. 3:17-cv-05769-RJB |

I, Amber Martin, make the following statement under oath and subject to the penalty of perjury under the laws of the United States and the State of Washington:

1.      I am competent to testify in these matters, over the age of majority, and familiar with the subjects I discuss below. The statements contained in this declaration are based upon my personal knowledge or information provided to me in my official capacity. The following statements are true and correct to the best of my information, knowledge, and belief.

DECLARATION OF AMBER MARTIN IN SUPPORT OF THE GEO GROUP, INC.'S MOTION FOR SUMMARY JUDGMENT AGAINST THE STATE OF WASHINGTON (3:17-CV-05806-RJB; 3:17-CV-05769-RJB) - PAGE 1

HOLLAND & KNIGHT LLP
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR  97204
Telephone:  503.243.2300

2.      I am GEO's Executive Vice President, Contract Administration. I have worked for The GEO Group, Inc. ("GEO") since 1998, when I joined the company as its Director of Contract Compliance. In 2000, GEO promoted me to Vice President, Contract Compliance. In that role, I was responsible for auditing GEO's contracts for compliance with contract provisions, applicable court orders, and national standards. In 2014, I was promoted to my current role, where I am responsible for administering GEO's contracts. My responsibilities include drafting and negotiating GEO's contracts, as well as managing GEO's contractual relationship with its clients.

3.      Prior to joining GEO, I worked for the Texas Department of Criminal Justice. In my last position with the Department of Criminal Justice, I served as the Director for the Office of the General Counsel. I previously held other managerial positions within the Department, including Regional Coordinator, Interim Warden, Institutional Parole Officer for Pardons and Parole Division, and Investigator for Internal Affairs.

4.      I have a Bachelor of Science in Criminology and Corrections from Sam Houston State University, Huntsville, Texas, and I am a member of the American Correctional Association.

5.      The United States Congress has delegated to DHS, and its agency ICE, the authority to detain aliens that the United States has placed into removal proceedings. 8 U.S.C. §§ 1103, 1226, 1231.  To accomplish this mission, ICE operates three kinds of detention facilities. Service Processing Centers ("SPCs") are operated directly by ICE. Contract Detention Facilities ("CDFs") are operated under a direct contract with private services provider. Intergovernmental Service Agreements ("IGSAs") are agreements between ICE and a state or local government. Federal statutes allowing for ICE's use of private contractors include 8 U.S.C. §§ 1103(a)(11), 1231(a)(2), and 1231(g).

6.      The Northwest Detention Center ("NWDC") is a Contract Detention Facility, which is a contractor-owned and operated facility. GEO owns and operates the NWDC

DECLARATION OF AMBER MARTIN IN SUPPORT OF THE GEO GROUP, INC.'S MOTION FOR SUMMARY JUDGMENT AGAINST THE STATE OF WASHINGTON (3:17-CV-05806-RJB; 3:17-CV-05769-RJB) - PAGE 2

1   pursuant to direct contracts between GEO and ICE. *See, e.g.*, 8 U.S.C. §§ 1103(a)(11),

2   1231(a)(2), (g).

3       7.      I am aware that the State of Washington ("State") has filed a lawsuit entitled

4   *State of Washington v. The GEO Group, Inc.*, U.S. District Court, Western District of

5   Washington, Case No. 3:17-cv-05806-RJB, making certain claims against GEO. I understand

6   that the State claims GEO is violating the Washington Minimum Wage Act by failing to treat

7   detainees who participate in a Voluntary Work Program ("VWP") at the NWDC as employees,

8   and by paying detainees $1.00 per day. I also understand that the State alleges that GEO has

9   been unjustly enriched by its operation of the VWP.

10      8.      At all relevant times pertinent to the State's claims against GEO, the NWDC

11  was under contract(s) with ICE or its predecessor agency, INS.

12      9.      Beginning in 2005, GEO's operation of the NWDC was governed by INS

13  contract ACL-2-C-0004 ("2002 ICE Contract"). GEO's performance under this contract began

14  in 2005 when it acquired the original contract awardee, Correctional Services Corp. For the rest

15  of my declaration, when I refer to ICE it should be understood that I am also referring to INS as

16  to the period where INS, instead of ICE, was the agency in existence. A true and correct copy

17  of the 2002 ICE Contract is attached as Exhibit 1.

18      10.     Beginning October 24, 2009, GEO's operation of the NWDC was governed by

19  ICE contract HSCEDM-10-D-00001 ("2009 ICE Contract"). A true and correct copy of the

20  2009 ICE Contract is attached as Exhibit 2.

21      11.     From September 28, 2015 through the present, GEO's operation of the NWDC

22  is governed by ICE contract HSCEDM-15-D-00015 ("2015 ICE Contract"). A true and correct

23  copy of the 2015 ICE Contract is attached as Exhibit 3.

24      12.     I refer to the 2002 ICE Contract, the 2009 ICE Contract, and the 2015 ICE

25  Contract collectively as the "ICE Contracts." I am familiar with each of the ICE Contracts.

26  ///

DECLARATION OF AMBER MARTIN IN SUPPORT
OF THE GEO GROUP, INC.'S MOTION FOR
SUMMARY JUDGMENT AGAINST THE STATE OF
WASHINGTON (3:17-CV-05806-RJB; 3:17-CV-05769-
RJB) - PAGE 3

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR  97204
Telephone:  503.243.2300

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

13.     ICE ensures its custodial supervision obligations are met by adopting standards and then requiring its contractors (like GEO) to adhere to those standards. ICE regularly audits and inspects its contractors' facilities (including the NWDC) to ensure compliance with the applicable contracts and standards. ICE is authorized to adopt these standards, secure their implementation, and inspect to ensure compliance. ICE requires its contractors to meet all applicable detention standards, including ICE's Performance Based National Detention Standards ("PBNDS").

14.     In 2000, INS adopted the original Detention Standards. A copy of the 2000 Detention Standards can be accessed at https://www.ice.gov/detention-standards/2000.

15.     ICE promulgated subsequent versions of the PBNDS in 2008 and 2011 (with revisions in 2016). A copy of the 2008 PBNDS can be found at https://www.ice.gov/detention-standards/2008. A copy of the 2011 PBNDS and the 2016 revisions can be found at https://www.ice.gov/detention-standards/2011.

16.     ICE also issues a National Detainee Handbook, which is updated on a regular basis and given to each detainee in an appropriate language. Contractors operating detention facilities (like GEO) are required to comply with these handbooks. The National Detainee Handbook published with the 2000 Detention Standards can be found at https://www.ice.gov/doclib/dro/detention-standards/pdf/handbk.pdf. A copy of the 2008 National Detainee Handbook and a copy of the 2016 National Detainee Handbook are attached as Exhibits 4 and 5.

17.     Additionally, ICE requires contractors operating detention facilities (like GEO) to issue a detainee handbook that is specific to each facility. GEO has issued detainee handbooks for the NWDC, and updated these handbooks on a regular basis. ICE has reviewed and approved each detainee handbook for the NWDC. A true and correct copy of the 2016 NWDC Detainee Handbook is attached as Exhibit 6.

///

DECLARATION OF AMBER MARTIN IN SUPPORT
OF THE GEO GROUP, INC.'S MOTION FOR
SUMMARY JUDGMENT AGAINST THE STATE OF
WASHINGTON (3:17-CV-05806-RJB; 3:17-CV-05769-
RJB) - PAGE 4

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR  97204
Telephone:  503.243.2300

18.     ICE employs a full-time Contracting Officer Representative ("COR") at the NWDC whose primary responsibility is to ensure the facility is in conformance with the PBNDS and the contract terms and conditions.

19.     ICE mandates that GEO provide a VWP to detainees at the NWDC. The ICE Contracts, and the applicable ICE standards, require GEO to provide detainees opportunities to work and earn money while confined at the NWDC, subject to the number of work opportunities available and any prevailing safety, security, or other operational concerns.

20.     GEO has no discretion to decline or refuse to provide a VWP at the NWDC. The terms of the VWP are established by the ICE Contracts. GEO has no discretion to alter or modify the terms of the ICE Contracts, including the terms relating to GEO's administration of the VWP at the NWDC. ICE's standards govern, among other things, the terms and conditions of the VWP, including which detainees are eligible to participate in the VWP, and the maximum hours detainees are permitted to work.

21.     Specifically, Section IX of the 2015 ICE Contract mandates, among other things, that "[d]etainee labor shall be used in accordance with the detainee work plan developed by [GEO], and will adhere to the ICE PBNDS on Voluntary Work Program. The detainee work plan must be voluntary, and may include work or program assignments for industrial, maintenance, custodial, service or other jobs." *See* Ex. 3, 2015 ICE Contract at p. GEO-State 036906.

22.     In accordance with Section IX of the 2015 ICE Contract, GEO developed a Detainee Work Plan – reviewed and approved by ICE – setting forth the policy and procedures governing the VWP at the NWDC that has been in effect since April 13, 2015.  A true and correct copy of the Detainee Work Plan governing the VWP at the NWDC is attached as Exhibit 7.

23.     Section IX of the 2009 ICE Contract contains the same language as the 2015 ICE Contract mandating that GEO create a detainee work plan for a VWP at the NWDC.

DECLARATION OF AMBER MARTIN IN SUPPORT
OF THE GEO GROUP, INC.'S MOTION FOR
SUMMARY JUDGMENT AGAINST THE STATE OF
WASHINGTON (3:17-CV-05806-RJB; 3:17-CV-05769-
RJB) - PAGE 5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Accordingly, pursuant to the 2009 ICE Contract, GEO developed – and ICE reviewed and approved – a detainee work plan governing the VWP at the NWDC. True and correct copies of Detainee Work Plans governing the VWP at the NWDC during the term of the 2009 ICE Contract are attached as Exhibit 8 and Exhibit 9.

24.     Chapter 6 of the 2002 ICE Contract requires GEO to have a VWP at the NWDC, but does not explicitly require GEO to create a detainee work plan. The section states that GEO "shall provide work opportunities for detainee volunteers subject to the approval of the INS."

25.     Detainees have never been required to participate in the VWP at the NWDC. Their participation is, and always has been, entirely voluntary.

26.     The ICE Contracts prohibit GEO from employing any detainees. Detainees who participate in the VWP cannot be employees of GEO.

27.     For example, the 2015 ICE Contract defines a "Contractor Employee" as an employee of GEO hired to perform a variety of detailed services under this contract; and defines a "Detainee" as "[a]ny person confined under the auspices and authority of any Federal agency. Many of those being detained may have substantial and varied criminal histories." *See* Section I(F) at p. GEO-State 036871.

28.     Additionally, Section III(B) of the 2015 ICE Contract states that all persons employed by GEO must have a social security card and "shall be a United States citizen or person lawfully admitted into the United States for permanent residence, have resided in the U.S. for the last five years . . ., possess a high school diploma or equivalent (GED), and obtain a favorable Suitability for Employment determination." And Section IV(F) of the 2015 ICE Contract requires that GEO agree that each employee "will successfully pass the DHS Employment Eligibility Verification (E-Verify) program operated by USCIS to establish work authorization[,]" and that GEO will not employ "illegal or undocumented aliens." It is against federal law to employ detainees who are residing in a contract detention facility.

///

DECLARATION OF AMBER MARTIN IN SUPPORT OF THE GEO GROUP, INC.'S MOTION FOR SUMMARY JUDGMENT AGAINST THE STATE OF WASHINGTON (3:17-CV-05806-RJB; 3:17-CV-05769-RJB) - PAGE 6

29.     The 2009 ICE Contract contains the same definitions relating to GEO employees and detainees, and similar language relating to employment standards and eligibility for employees of GEO in Section III(B) and Section IV(E).

30.     The 2002 ICE Contract has different language for employment standards and eligibility than the 2015 ICE Contract and the 2009 ICE Contract. Chapter 4 of the 2002 ICE Contract provides that the INS shall have and exercise full and complete control over employment suitability checks for all GEO employees or prospective employees. Chapter 4(D) also provides that GEO shall ensure that each employee and prospective employee undergo extensive steps, including: a pre-employment interview, background information survey, local law enforcement agency check, employment vouchering, urinalysis, and credit check, among other things.

31.     The ICE Contracts also determine the amount of compensation detainees receive for participating in the VWP at the NWDC. For each and every ICE Contract, the compensation for detainees has been a $1.00 per day. There was and is no contractual requirement or expectation by ICE that GEO would pay more than $1.00 per day to detainees in a VWP.

32.     For example, the 2002 ICE Contract does not expressly state the amount of compensation for detainees participating in the VWP at the NWDC. However, compensation of $1.00 per day is mandated by the INS Detention Standards incorporated into the 2002 ICE Contract. Specifically, Section III of INS Detention Standard sets forth the standards and procedures of the Voluntary Work Program. Section III (K) states that the payment to detainees "is 1.00 per day, to be paid daily."  INS Detention Standard, Voluntary Work Program, Section III (K) (Compensation) (https://www.ice.gov/doclib/dro/detention-standards/pdf/work.pdf.)

33.     Similarly, the INS Detainee Handbook governing the VWP at the NWDC during the term of the 2002 ICE Contract states that wages for detainees participating in the VWP are

///

DECLARATION OF AMBER MARTIN IN SUPPORT OF THE GEO GROUP, INC.'S MOTION FOR SUMMARY JUDGMENT AGAINST THE STATE OF WASHINGTON (3:17-CV-05806-RJB; 3:17-CV-05769-RJB) - PAGE 7

1    "$1.00 per day, this does not mean per work assignment."

2    (https://www.ice.gov/doclib/dro/detention-standards/pdf/handbk.pdf.)

3         34.    Additionally, the NWDC Detainee Handbooks governing the VWP at the

4    NWDC during the term of the 2002 ICE Contract state that "[e]very effort will be made to

5    provide you an opportunity to participate in the voluntary work program. Wages are $1.00 per

6    day." *See, e.g.*, NWDC Detainee Handbook, Revised January 17, 2007, at GEO-State 253733

7    attached as Exhibit 10.

8         35.    Unlike the 2002 ICE Contract, the 2009 ICE Contract includes specific Contract

9    Line Item Numbers ("CLINs") for the VWP and sets forth the compensation to be paid

10   detainees for participating in the VWP at the NWDC. These CLINs state: "Detainee Volunteer

11   Wages for the Detainee Work Program. Reimbursement for this line item will be at actual cost

12   of $1.00 per day per detainee. Contractor shall not exceed the quantity shown without prior

13   approval by the Contracting Officer." The amount shown is $114,975.00. The term

14   "reimbursement" in these CLINs refers to ICE's obligation to make payment to GEO, and the

15   term "actual cost" in these CLINs refers to the amount GEO paid detainees for participation in

16   the VWP.

17        36.    As stated above, the 2009 ICE Contract incorporated the 2008 PBNDS. With

18   respect to compensation for detainees participating in the VWP, the 2008 PBNDS states that

19   "the compensation is $1.00 per day." ICE/DRO Detention Standard, Voluntary Work Program,

20   Section V (K) (Compensation) (https://www.ice.gov/doclib/dro/detention-

21   standards/pdf/voluntary_work_program.pdf.)

22        37.    Additionally, the NWDC Detainee Handbooks governing the VWP at the

23   NWDC during the term of the 2009 ICE Contract – all approved by ICE – state that "every

24   effort will be made to provide you an opportunity to participate in the voluntary work program.

25   Wages are $1.00 per day." *See, e.g.*, NWDC Detainee Handbook, April 9, 2015, at GEO-State

26   006067 attached as Exhibit 11.

DECLARATION OF AMBER MARTIN IN SUPPORT
OF THE GEO GROUP, INC.'S MOTION FOR
SUMMARY JUDGMENT AGAINST THE STATE OF
WASHINGTON (3:17-CV-05806-RJB; 3:17-CV-05769-
RJB) - PAGE 8

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR  97204
Telephone:  503.243.2300

38.     Similarly, Detainee Work Plans governing the VWP at the NWDC during the term of the 2009 ICE Contract – that were all approved by ICE – state that "[d]etainees receive monetary compensation for work performed. The stipend is $1.00 per day to be paid the following business day." *See, e.g.*, GEO Policy and Procedure Manual, Voluntary Work Program, Supersedes April 13, 2009, at GEO-State 005801, attached as Exhibit 8.

39.     During the term of the 2009 ICE Contract, ICE revised its detention standards. Among other things, the 2011 PBNDS changed the language regarding compensation for detainees participating in the VWP to state that "the compensation is at least $1.00 per day." The change from the 2008 PBNDS to the 2011 PBNDS was not accompanied by any change in Title 8 U.S.C. § 1555(d), which limits ICE's authority to pay allowances for participation in the VWP to $1.00 per day per detainee.

40.     On May 23, 2013, GEO and ICE executed a modification to the 2009 ICE Contract to incorporate the 2011 PBNDS. This modification required GEO to comply with the 2011 PBNDS within 30 days of the execution of the modification. The modification, however, did not alter the contract CLINs in the 2009 ICE Contract which established GEO's actual cost of $1.00 per day per detainee, nor did it direct, require, or permit GEO to make payments in excess of $1.00 per day to detainees participating in the VWP.

41.     Throughout the term of the 2009 ICE Contract, GEO was obligated to pay detainees $1.00 per day for their participation in the VWP. GEO had no discretion to pay detainees more than $1.00 per day for their participation in the VWP. Even after the adoption of the 2011 PBNDS and the 2013 modification, GEO was still obligated to pay detainees $1.00 per day.

42.     The 2015 ICE Contract mandates that GEO's payments to detainees participating in the VWP is $1.00 per day. The 2015 ICE Contract includes the same specific CLINs for the VWP as set forth in the 2009 ICE Contract. These CLINs state: "Detainee Volunteer Wages for the Detainee Work Program. Reimbursement for this line item will be at

DECLARATION OF AMBER MARTIN IN SUPPORT OF THE GEO GROUP, INC.'S MOTION FOR SUMMARY JUDGMENT AGAINST THE STATE OF WASHINGTON (3:17-CV-05806-RJB; 3:17-CV-05769-RJB) - PAGE 9

actual cost of $1.00 per day per detainee. Contractor shall not exceed the quantity shown without prior approval by the Contracting Officer." The amount show is $114,975.00. Again, the term "reimbursement" in these CLINs refers to ICE's obligation to make payment to GEO, and the term "actual cost" in these CLINs refers to the amount GEO would pay detainees for participation in the VWP.

43.     The NWDC Detainee Handbooks governing the VWP at the NWDC during the term of the 2015 ICE Contract – all approved by ICE – state that "[e]very effort will be made to provide you an opportunity to participate in the voluntary work program. Wages are $1.00 per day." *See, e.g.*, NWDC Detainee Handbook, August 1, 2016, at GEO-State 011342, attached as Exhibit 6.

44.     Similarly, Detainee Work Plans governing the VWP at the NWDC during the term of the 2015 ICE Contract – and that were all approved by ICE – state that "[d]etainees receive monetary compensation for work performed. The stipend is $1.00 per day to be paid the following business day." *See, e.g.*, GEO Policy and Procedure Manual, Voluntary Work Program, April 13, 2015, at GEO-State 05812, attached as Exhibit 7.

45.     Under the terms of the ICE Contracts, ICE is the only party with the authority to change the requirements of the contracts. *See, e.g.*, 2015 ICE Contract, Section G.1.1 at GEO-State 036921. In other words, GEO does not have the authority to change the requirements under the ICE Contracts, including the authority to pay a different amount to detainees participating in the VWP at the NWDC.

46.     For the entire term of the ICE Contracts, GEO has paid volunteers participating in the VWP at the NWDC $1.00 per day. Pursuant to the ICE Contracts, GEO has submitted monthly invoices for reimbursement to ICE for the $1.00 per day payments to detainees participating in the VWP at the NWDC. These monthly invoices include itemized information regarding detainees' participation in the VWP, including: detainee number, name, date of participation, work performed, and the $1.00 a day paid by GEO to the participating detainee.

DECLARATION OF AMBER MARTIN IN SUPPORT OF THE GEO GROUP, INC.'S MOTION FOR SUMMARY JUDGMENT AGAINST THE STATE OF WASHINGTON (3:17-CV-05806-RJB; 3:17-CV-05769-RJB) - PAGE 10

The COR reviews this itemization and GEO's corresponding payments to detainee participants. After the COR verifies the itemized information, ICE reimburses GEO the $1.00 per day payments made by GEO to detainees for the participation in the VWP.

47.    GEO has complied with the terms of the 2002 ICE Contract, 2009 ICE Contract, 2015 ICE Contract, as well as the applicable INS Detention Standards, PBNDS, National Detainee Handbooks, NWDC Detainee Handbooks and NWDC Detainee Work Plans in connection with its administration of the VWP, including payment of $1.00 per day to detainees, for work performed at the NWDC.

48.    ICE regularly audits the NWDC for compliance with GEO's contracts and the PBNDS, including compliance with the VWP's objectives, protocols, and payments. All of ICE's audits of GEO have determined that GEO has complied with the ICE Contracts and applicable standards governing the VWP at the NWDC.

49.    For example, ICE has specifically inspected whether GEO's administration of the VWP at the NWDC, including payment of $1.00 per day to detainees, is compliant with the ICE Contracts and applicable standards. In each instance, ICE has found GEO compliant. *See, e.g.*, excerpts of ICE Inspection Results from 2008 to 2017, attached as Exhibit 12.

Dated: July 2, 2019

_____
Amber Martin
Executive Vice President, Contract Administration
The GEO Group, Inc.

DECLARATION OF AMBER MARTIN IN SUPPORT OF THE GEO GROUP, INC.'S MOTION FOR SUMMARY JUDGMENT AGAINST THE STATE OF WASHINGTON (3:17-CV-05806-RJB; 3:17-CV-05769-RJB) - PAGE 11

HOLLAND & KNIGHT LLP
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR  97204
Telephone:  503.243.2300

CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing DECLARATION OF AMBER MARTIN IN SUPPORT OF THE GEO GROUP, INC.'S MOTION FOR SUMMARY JUDGMENT to be served on the following person[s]:

La Rond Baker
Marsha Chien
Andrea Brenneke
Lane Polozola
Patricio Marquez
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
larondb@atg.wa.gov
marshac@atg.wa.gov
andreab3@atg.wa.gov
lane.polozola@atg.wa.gov
patricio.marquez@atg.wa.gov

*Attorneys for State of Washington*

Jamal N. Whitehead
Adam J. Berger
Lindsay L. Halm
Schroeter Goldmark & Bender
810 Third Avenue, Suite 500
Seattle, WA 98104
whitehead@sgb-law.com
berger@sgb-law.com
halm@sgb-law.com

*Attorneys for Plaintiffs/Counter Defendants*

Devin T. Theriot-Orr
Open Sky Law PLLC
20415 72nd Avenue S, Suite 110
Kent, WA 98032
devin@opensky.law

*Attorneys for Plaintiffs/Counter Defendants*

R. Andrew Free
Law Office of R. Andrew Free
P.O. Box 90568
Nashville, TN 37209
andrew@immigrantcivilrights.com

*Attorneys for Plaintiffs/Counter Defendants*

Meena Pallipamu Menter
Menter Immigration Law PLLC
8201 164th Avenue NE, Suite 200
Seattle, WA 98052
meena@meenamenter.com

*Attorneys for Plaintiffs/Counter Defendants*

by causing the document to be delivered by the following indicated method or methods:

☑    by CM/ECF electronically mailed notice from the Court on the date set forth below.

☐    by mailing full, true and correct copies thereof in sealed, first class postage prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or attorneys, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

☐    by causing full, true, and correct copies thereof to be hand-delivered to the parties and/or their attorneys at their last-known office addresses listed above on the date set forth below.

DATED July 2, 2019

*s/Kristin Asai*
Kristin M. Asai

CERTIFICATE OF SERVICE – PAGE 1