The Honorable Robert J. Bryan

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

STATE OF WASHINGTON,

          Plaintiff,

    v.

THE GEO GROUP, INC.,

          Defendant.

NO. 3:17-cv-05806-RJB

[PROPOSED] ORDER GRANTING WASHINGTON'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON MINIMUM WAGE ACT CLAIM AND DEFENDANT THE GEO GROUP, INC.'S PREEMPTION DEFENSE

NOTE ON MOTION CALENDAR: July 26, 2019

Having considered all legal authority, briefing, and argument submitted to the Court on this matter, it is hereby ORDERED, ADJUDGED AND DECREED that Plaintiff State of Washington's Motion for Partial Summary Judgment on its Minimum Wage Act Claim and Defendant The GEO Group, Inc.'s Preemption Defense is GRANTED.

    Dated this _____ day of _____, 2019.

_____
Honorable Robert J. Bryan
United States District Court Judge

[PROPOSED] ORDER GRANTING
WASHINGTON'S MOTION FOR
PARTIAL SUMMARY JUDGMENT ON
MINIMUM WAGE ACT CLAIM AND
DEFENDANT THE GEO GROUP, INC.'S
PREEMPTION DEFENSE

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 442-4492

Presented by:

ROBERT FERGUSON
Attorney General of Washington

s/ *La Rond Baker*
LA ROND BAKER, WSBA No. 43610
MARSHA CHIEN, WSBA No. 47020
ANDREA BRENNEKE, WSBA No. 22027
LANE POLOZOLA, WSBA No. 50138
PATRICIO A. MARQUEZ, WSBA No. 47693
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
larondb@atg.wa.gov
marshac@atg.wa.gov
andreab3@atg.wa.gov
lane.polozola@atg.wa.gov
patricio.marquez@atg.wa.gov

[PROPOSED] ORDER GRANTING
WASHINGTON'S MOTION FOR
PARTIAL SUMMARY JUDGMENT ON
MINIMUM WAGE ACT CLAIM AND
DEFENDANT THE GEO GROUP, INC.'S
PREEMPTION DEFENSE

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 442-4492