**BAKER DECLARATION**

**EXHIBIT E**

# Northwest Detention Center
## Refusal to Work Form

Date: _____

**Detainee Name:** _____     **A#:** _____

**Housing Unit:** _____

**Officer's Name:** _____
                         (Print)                           (Signature)

**If a detainee refused to work his or her assigned shift for medical reasons, then this form must be turned in to Medical and the detainee is not allowed to go back to work until medically cleared.**

---

**Medical** *(forward form to Classification Officer when completed)*

☐    Detainee cleared for duty in Kitchen

Or

☐    Detainee NOT cleared for duty in Kitchen

Date:_____ Signature:_____

                         Printed Name_____

---

**This section must be used if detainee REFUSES to work their assigned voluntary work detail. The form is to be forwarded to the Classification Officer.**

☐ Detainee refuse to work _____ his / her assigned detail.
                                   (assignment)

**Detainee Signature:** _____

EXHIBIT 103
S. ngelter
DATE: 1-31-19
B. Decater, CCR, RPR

KIT024                                                                                          021010

GEO-State 241573