**BAKER DECLARATION**

**EXHIBIT K**

1               UNITED STATES DISTRICT COURT

2              WESTERN DISTRICT OF WASHINGTON

3    _____

4    STATE OF WASHINGTON,           )

5               PLAINTIFF,          ) NO. 3:17-CV-05806-RJB

6       VS.                         )

7    THE GEO GROUP, INC.,           )

8               DEFENDANT.          )

9                                   )

10                                  )

11   _____

12        DEPOSITION UPON ORAL EXAMINATION OF

13                 ALISHA SINGLETON

14   _____

15                   10:00 A.M.

16               JANUARY 31, 2019

17            800 FIFTH AVENUE, SUITE 2000

18              SEATTLE, WASHINGTON

19

20

21

22

23

24   REPORTED BY:  BETSY E. DECATER, RPR, CCR 3109

25

206 622 6875  |  800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                   A P P E A R A N C E S

 2

 3    FOR THE PLAINTIFF:

 4
         MARSHA CHIEN
 5       ANDREA BRENNEKE
         LA ROND BAKER
 6       Assistant Attorney Generals
         Office of the Attorney General
 7       800 Fifth Avenue, Suite 2000
         Seattle, Washington 98104
 8       (206) 464-7744
         andreab3@atg.wa.gov
 9       larondb@atg.wa.gov
         marshac@atg.wa.gov
10

11
      FOR THE DEFENDANT:
12
         MICHAEL PUSATERI
13       Greenberg Traurig
         2101 L Street, N.W.
14       Suite 1000
         Washington, D.C. 20037
15       (202) 533-2354
         pusaterim@gtlaw.com
16

17

18    ALSO PRESENT:  CAITIE HALL

19

20

21

22

23

24

25
```


206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1    Q.  The documents that you reviewed, were they

2    e-mails or were they policy documents?

3    A.  Could you rephrase that question?  I'm not

4    understanding.

5    Q.  Sorry.  You mentioned that -- you testified that

6    you reviewed documents in preparation for this

7    deposition.

8    A.  Okay.

9    Q.  Were those documents e-mails or policy documents?

10   A.  I'm not sure of which ones.  I know there could

11   have been a mix of both.

12   Q.  Let's start with some of your background.  What's

13   the highest level of education you completed?

14   A.  Bachelor's degree.

15   Q.  In what?

16   A.  Law and justice.

17   Q.  And when did you start working at GEO?

18   A.  2001 September.

19   Q.  2001?

20   A.  Yes.

21   Q.  Sorry.  When did you graduate with your

22   bachelor's?

23   A.  I don't recall specifically.

24   Q.  Can you give me an approximation of the year you

25   graduated?

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1       A.   Between 2001 and 2003.

2       Q.   So since graduating with a bachelor's in law and

3   justice, you've been working at GEO the entire time?

4       A.   Correct.

5       Q.   What was the first position you had at GEO?

6       A.   As a detention officer.

7       Q.   How long did you work that job for?

8       A.   Approximately three to four years.

9       Q.   And then what did your job title become?

10      A.   Classification officer.

11      Q.   Is that considered a promotion?

12           MR. PUSATERI:   Object to form.

13      A.   I'm not sure exactly what you're meaning by a

14   promotion.   It's just a different position within the

15   facility.

16      Q.   Did you get a pay increase?

17      A.   No.

18      Q.   Darn.

19           Was there a classification officer before you who

20   held the position before you?

21      A.   I don't recall.   It was a while ago.

22      Q.   What was your responsibilities as a

23   classification officer?

24      A.   To review criminal histories and their prior

25   background to determine their custody levels while in

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1   custody in the facility.

2      Q.   And how long have you held that position?

3      A.   Since approximately 2006.

4      Q.   Is that the position you still hold today?

5      A.   Yes.

6      Q.   What training did you receive upon becoming a

7   classification officer?

8      A.   I don't recall specifically.  I know I didn't go

9   through any specific training, but I don't recall

10  exactly what occurred back then.

11     Q.   Who told you or who gave you instruction on

12  custody levels and things like that?

13     A.   The ICE detention standards.

14     Q.   Is that the PBNDS?

15     A.   Yes.  Back then they were just called the

16  detention standards.

17     Q.   Did an ICE official train you on the

18  classification standards?

19     A.   No.

20     Q.   So you read the ICE detention standards and then

21  just implemented them; is that right?

22     A.   We follow exactly what they state in there to do,

23  so they give pacific protocol on how to answer those

24  questions and how to classify.

25     Q.   And I personally don't learn very well from just

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1    were first hired in 2001?

2        A.  No.

3        Q.  That job did not exist?

4        A.  No.

5        Q.  Were you the first person to be a classification

6    officer, then?

7        A.  Not that I recall.

8        Q.  Just so I can pin it down, are you saying that

9    you don't recall whether you were the first person or

10   you don't recall if there was a person in that position?

11       A.  Before I was the classification officer, there

12   was a person in there.

13       Q.  A classification person?

14       A.  Correct.

15       Q.  Since you don't recognize this document, I might

16   come back to it.

17           Can you tell me what your job responsibilities

18   are over the voluntary work program?

19       A.  Complying with the requirements of the ICE PBNDS

20   standards.

21       Q.  Anything else?

22       A.  Everything that I do for that job is in

23   compliance with the ICE PBNDS.

24       Q.  I'm not asking if it's in compliance.  I'm asking

25   what is your job.  What do you do on a daily basis?

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1    What are your tasks?

2        A.  So day-to-day tasks would involve receiving

3    requests from the population requesting to volunteer and

4    participate in the voluntary work program, processing

5    those requests based on their stated requests and

6    assigning them to the jobs that they're requesting based

7    on the guidelines set forth in the ICE PBNDS standards.

8        Q.  Anything else?

9        A.  And responding to those requests.  That would be

10   it.

11       Q.  Do you pay them?

12       A.  Me?

13       Q.  Yeah.

14       A.  No.

15       Q.  Who pays them?

16       A.  I'm not sure.  Not me.

17       Q.  You don't manage the payroll?

18       A.  No.

19       Q.  So how do people record who's working and who's

20   not working?

21       A.  That's not my department.  I don't handle that,

22   so I don't have firsthand knowledge who specifically

23   does the worker pay.

24       Q.  Do you know who does the worker pay?

25       A.  No.

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1    Q.  Now, if somebody refuses to work, do they get

2    paid that day?

3    A.  If they have completed their job, then they will

4    still be listed.

5    Q.  If they're listed on -- if they're listed as

6    working, they get paid.  Is that how it works?

7         MR. PUSATERI:  Object to form.

8    A.  Can you rephrase that?  I'm not understanding.

9    Q.  Let me black up.

10        How much do detainees get paid for working at the

11   voluntary work program?

12   A.  $1 a day.

13   Q.  Have they ever been paid more?

14   A.  There may have been a few instances where that

15   did occur.

16   Q.  Can you tell me what some of those instances

17   were?

18   A.  So we do have -- for a while we have the barber

19   detail, at some point the kitchen, and those were the

20   two areas that I recall right now.

21   Q.  So barbers got paid how much?

22   A.  The barer got paid a dollar for the barber job.

23   If he held an additional job, then he received an

24   additional dollar.

25   Q.  Is that no longer the practice today?

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1       Q.   How about currently?

2       A.   Currently it would be Ms. Henderson.

3       Q.   Anybody else?

4       A.   Not that I recall at the moment.

5       Q.   So this is going to be a little tedious, but I'm

6    just trying to be thorough.

7            What are the jobs that are available as part of

8    the voluntary work program?

9       A.   From what I recall at the moment, we have

10   detainees that volunteer in the intake area, they

11   volunteer in the medical area, they volunteer in the

12   hallways, they volunteer in the living units, they

13   volunteer in visitation, they volunteer in barbershop,

14   they volunteer in the laundry, they volunteer in the

15   kitchen, and they volunteer in outside recreation as

16   well as indoor recreation.

17      Q.   When you say the hallway, are you referring -- is

18   that sometimes referred to as the gray mile?

19      A.   Correct.

20      Q.   Why is it called the gray mile?

21      A.   Because it's the color gray.

22      Q.   Oh, the hallway is gray?

23      A.   Yes.

24      Q.   And is it really long?

25      A.   Yes.

206 622 6875  |  800 831 6973
production@yomreporting.com
www.yomreporting.com

1  kitchen work or for pod work?

2      A.  I wouldn't know.  Yesterday I didn't answer

3  requests.

4      Q.  When was the last time you answered requests?

5      A.  The day before that.

6      Q.  Let's do that day.  Did you get more requests for

7  kitchen work or pod work?

8      A.  Probably kitchen.

9      Q.  How many requests on average do you receive a

10 day?

11     A.  It can vary.

12     Q.  Between what and what?

13     A.  It can vary anywhere from 5 to 50.

14     Q.  And how do you split it up between you and Heye?

15         You guys each get -- I'm assume are you saying

16 the whole department get 5 to 50 or the --

17     A.  The department.

18     Q.  So how do you split it up between you and Heye?

19     A.  We don't split it up.  We both have access to the

20 system, and we just respond to the request.

21     Q.  Is there a waiting list for jobs?

22     A.  For some jobs.

23     Q.  Which jobs have a waiting list?

24     A.  I can't say specifically which ones.  I mean, it

25 depends on the area.

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1      Q.  Can you explain to me what do you mean by it

2   depends on the area?

3      A.  So it depends.  Depends on the area because every

4   area clearly has different amounts of workers that may

5   be authorized for that area.  So depending on the

6   amount, you know, would ultimately dictate the

7   availability of certain jobs.

8      Q.  So there could be a waiting list for any job?

9      A.  Absolutely.

10      Q.  But there are waiting lists for every job

11   generally at some point in time?

12      A.  At some point every area has had a waiting list

13   at some point.

14      Q.  And so there isn't one waiting list for all jobs,

15   there's a waiting list for each type of job?

16      A.  Correct.

17      Q.  And if you get a request for any job, which

18   waiting list would you put that detainee worker on?

19      A.  They would be put on all the wait lists that

20   they're eligible to work for.

21      Q.  And then whichever one comes up first they get

22   offered first?

23      A.  Correct.

24      Q.  Who manages the wait list?

25      A.  The classification department.

206 622 6875  |  800 831 6973
production@yomreporting.com
www.yomreporting.com

1   roughly be around 2015 when it looks like it became

2   effective.

3       Q.  Do you know who -- did you get this from your

4   direct supervisor?

5       A.  I don't recall.

6       Q.  Are these policies and procedures -- this is, I'm

7   assuming, accessible from your computer?

8       A.  Yes.

9       Q.  Do these policies and procedures apply to the

10  voluntary work program at the Northwest Detention

11  Center?

12      A.  Yes.

13      Q.  Do you see -- turning to page 2 and the note,

14  it's a note, and then it says No. 1, "Detainees who are

15  released from disciplinary segregation may not be

16  considered for a work assignment until they have shown a

17  positive period of adjustment."

18          Do you know who -- or sorry.  What's disciplinary

19  segregation?

20      A.  Disciplinary segregation is a housing unit within

21  the facility.

22      Q.  What's the -- how long does the positive period

23  of adjustment have to be?

24      A.  It's never been specified.

25      Q.  Who decides that, you?

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1      A.   (Witness complies.)

2      Q.   I'm just curious.   This says D-1 laundry detail.

3           Does this mean the D-1 pod does laundry for the

4  entire facility or specific?

5      A.   They do the folding of the laundry.

6      Q.   Of the entire facility's laundry?

7      A.   The detainee population laundry.

8      Q.   And it says approximate -- in the fifth column,

9  it says approximately and then it says 1530 to 1100.

10 What is that referring to?

11     A.   That's referring to laundry can be sent to that

12 unit at any time during that given period.   It's not a

13 set time when the laundry is done in the laundry

14 department.

15     Q.   Sorry, you're going to have to explain this to me

16 because it's not intuitive for me.

17          All of these other pages are specific pods, these

18 are the jobs for each pod.   D-1 laundry detail, these

19 are people that work outside the pod; is that right?

20     A.   No.

21     Q.   They work inside the pod?

22     A.   Inside D-1.

23     Q.   Okay.   What does this third column OTM mean?

24     A.   OTM stands or other than Mexican.

25     Q.   What does that mean, that the detainee is not

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1    you know, the OTM column?

2         MR. PUSATERI:  Object to form.

3    Q.  (BY MS. CHIEN)  Like who reviews that?

4    A.  So we are audited by ICE to make sure we're in

5    compliance with the ICE PBNDS.  So this specific

6    standard that's going to require that, we're required to

7    provide documentation to submit that.  So this would at

8    that time be attached to that.

9         Q.  Going back to this female laundry detail -- and,

10   sorry, what was the shift?  The 1530 to 11:00, that's

11   when they could have laundry?

12        A.  That's when the laundry could possibly come into

13   the living unit.  So that's during swing shift.

14        Q.  So they may be called to fold the laundry at any

15   time during that time?

16        A.  It's brought down to the unit, so they're not

17   called.

18        Q.  The laundry is delivered, and then they have to

19   fold it?

20        A.  Correct.

21        Q.  I didn't see a laundry detail for any of these

22   other pods.  Why is that?

23        A.  Because that's a detail that's specific to the

24   female units.

25        Q.  Do they fold -- oh, they fold the laundry for all

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1    the other pods as well?

2        A.   It's just a general laundry.  All of the laundry,

3    once it's collected, goes into the laundry room to be

4    washed.

5        Q.   And so it goes into the laundry room to be

6    washed, and then the -- whoever works in laundry

7    provides it in a big bunch and D-1 laundry detail folds

8    it?

9        A.   Correct, at that time, yes.  It's goes -- they're

10   in bins.

11       Q.   The next page, it says, "female detail medical

12   cleanup."  And then it also has a shift listed 11:00 to

13   12:30.  What does that mean?

14       A.   That means approximately they will go do that

15   detail between 11:00 and 12:30.

16       Q.   Does it usually take an hour and a half?

17       A.   I wouldn't have direct knowledge of that because

18   I don't supervise it.

19       Q.   How was this shift set?  Why do you put 11:00 to

20   12:30 on there?

21       A.   That would have been per medical's request.

22       Q.   Do you have to run that by your direct

23   supervisor?

24       A.   No.  The females go down there for work at

25   approximately that time and then during 2007, because

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1      Q.   And if they have had medical clearance and they

2   have already -- so you don't check whether or not they

3   have already been trained before?

4      A.   Correct.   So if they -- for example, if they have

5   already -- if the documentation I have shows they have

6   already submitted a request to medical for a kitchen

7   clearance, then I will at that point go look at the

8   actual detainee's file to see if he's actually ever

9   worked in the kitchen.

10     Q.   And what you do if they have worked in the

11  kitchen before?

12     A.   Then I will find out when is the last time they

13  actually worked in the kitchen and then look for the

14  documentation with the reason for why they stopped.

15     Q.   And why is that important for why they stopped?

16     A.   Because kitchen work requires medical clearance.

17  So if they stopped because they're sick, they're now

18  required to be medically cleared again.   If they stopped

19  working because they were written up for disciplinary

20  sanction from the kitchen and the sanction was removal

21  for that.   Now that would be the reason why they removed

22  them and they can't go back if it was a loss of that

23  job.   Or if they just quit, then they just quit.

24     Q.   So if the medical clearance -- how long does the

25  medical clearance last for?   If the detainee was never

206 622 6875  |  800 831 6973
production@yomreporting.com
www.yomreporting.com

1   out and that's who the barbershop cleaners are.

2       Q.   So anyone who works in the barbershop, they only

3   sign one or the other or do they sign both?

4       A.   One or the other.

5       Q.   And so this is a document that you're familiar

6   with?

7       A.   Yes, this appears to be.

8       Q.   You mentioned a paint detail.  And is there a

9   roster for a paint detail?

10      A.   No, because that's one of those irregular details

11  that we don't assign because it only occurs on a

12  periodic basis.  It can be one day or a few days a week.

13      Q.   I think you mentioned -- we were talking about it

14  earlier there was like -- ICE usually authorizes the

15  paint detail or something like that?

16          MR. PUSATERI:  Object.

17      Q.   (BY MS. CHIEN)  Are paint details something

18  that's requested by ICE or GEO or do you not know?

19      A.   I would not have direct knowledge of how that

20  determination is made.

21      Q.   Do you have any -- when somebody's assigned to

22  this irregular paint detail, do you ask how many hours

23  is required for the paint detail or how many days needed

24  for the job?

25          MR. PUSATERI:  Object.


206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                        AFTERNOON SESSION

 2                         2:03 p.m.

 3                         --oOo--

 4

 5                    CONTINUING EXAMINATION

 6    BY MS. CHIEN:

 7       Q.  So let's talk pod porters.

 8       A.  Okay.

 9       Q.  What do pod porters do?

10       A.  They are generally going to be responsible for

11    the cleanliness of the living area, so the individual

12    units.

13       Q.  How are they divided?

14           MR. PUSATERI:  Object.

15       Q.  (BY MS. CHIEN)  Are they divided, like in

16    different job responsibilities, or is everyone just pod

17    porter or are there set categories for pod porters?

18       A.  Yes.  So they're assigned a specific job within

19    the pod.

20       Q.  What are the different jobs?

21       A.  So some of them you'll have shower cleaners,

22    depending on the unit and the setup, because every unit

23    is set up different -- well, not all of them, but they

24    have different setups.  So some would be shower

25    cleaners, bathroom cleaners.  You have like a day shift
```

206 622 6875  |  800 831 6973
production@yomreporting.com
www.yomreporting.com

1    cleaner, which does the general cleaning.  You'll have a

2    swing shift cleaner which is general cleaning in the

3    pod, you have a food server, cart pusher, pod laundry

4    worker.

5         Q.  How are those responsibilities or subcategories

6    identified?

7              MR. PUSATERI:  Object.

8         A.  I'm not sure exactly what you are asking.

9         Q.  Who came up with the job for a pod porter to do?

10             MR. PUSATERI:  Object.

11        A.  That's not a decision that I would have made

12    specifically identifying that.

13        Q.  Well, then, who told you that those are the

14    categories of work for pod porters?

15        A.  It's been so long I couldn't specifically say,

16    but it ideally would probably be my direct supervisor.

17        Q.  Do pod porters have a specific -- have a work

18    schedule other than they're on the day shift and

19    graveyard?

20             MR. PUSATERI:  Object.

21        Q.  (BY MS. CHIEN)  Let me take a step back.

22             What work schedule do the pod porters have?

23        A.  It will be dependent on what their specific job

24    is.

25        Q.  Let's do shower cleaner.

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1   detention officers supervising pod workers?

2      A.   Yes.   This is one of the documents that's

3   submitted.

4      Q.   Are shower cleaners limited to doing the work

5   that's listed in this job description?

6      A.   No.   It clearly states other duties as assigned.

7      Q.   Can a shower cleaner sometimes be used as a

8   bathroom cleaner?

9      A.   That's not something that I would have knowledge

10  of, what they do with those other duties, because I

11  don't supervise those areas.

12     Q.   So sometimes to your knowledge shower cleaners

13  could clean bathrooms as well?

14        MR. PUSATERI:   Object to form; misstates

15  testimony.

16     A.   No, that's not information that I would be

17  knowledgeable of because I don't supervise that area.

18     Q.   When it says "other duties as assigned," assigned

19  by who?

20     A.   That would be something responsible for the

21  person supervising that area.

22     Q.   And that's a GEO detention officer?

23     A.   Correct.

24     Q.   When you're managing the voluntary work program,

25  is there a reason why you have -- why is there not just

206 622 6875  |  800 831 6973
production@yomreporting.com
www.yomreporting.com

1      A.  Yes.

2      Q.  And is there a particular uniform or pair of

3   boots that's assigned to each detainee worker who works

4   there?

5      A.  No.

6      Q.  So all the detainee workers share the uniforms

7   and share the boots when they're on duty?

8      A.  That is correct.  There's different sizes.

9      Q.  Do they come in and change when they get to the

10  kitchen?

11     A.  Yes, they do.

12     Q.  And you have a changing room for that?

13     A.  Yes.  They have a little area where there's

14  lockers.

15     Q.  Do you recall instances involving the boots that

16  have caused harm to detainee workers?

17        MR. PUSATERI:  Object to form.

18     A.  We have procedures in place that after each shift

19  they are sanitized.  I am aware of an incident that was

20  brought to my attention, but it never was pinpointed

21  that it came directly from the kitchen because we do

22  have a process that after each shift those boots are

23  sanitized.

24     Q.  And the issue was a medical issue that came to

25  your attention; is that right?

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1    Q.  And book out?

2    A.  He departed the facility.

3    Q.  And fired?

4    A.  Could have been that he was written up for a

5    sanction.

6    Q.  And when they're written up, then they're fired?

7    A.  No.  They will have a hearing, and the hearing

8    dictates what occurs.

9    Q.  But the day that they're written up, they might

10   be told to leave?

11   A.  I'm not sure of the protocol that they do in

12   those areas.  I don't supervise those areas.

13   Q.  On 26 it says sock, I think.

14   A.  Sick.

15   Q.  Oh, sick.  Thanks.

16       You mentioned that you were at one point in

17   charge of pay or managed the pay for the voluntary work

18   program, right?

19   A.  Correct.

20   Q.  What does that involve?  What did you do each day

21   regarding pay?

22   A.  That was a while ago.  So I know I'd have the

23   records for -- attendance records for who worked on any

24   given day on the shifts, and I would go through and

25   enter them manually into whatever financing system we

206 622 6875  |  800 831 6973
production@yomreporting.com
www.yomreporting.com

 1    were using at the time.

 2        Q.   What are some of the financing systems you

 3    remember?

 4        A.   Back then we were using Canteen.

 5        Q.   What are you using now?

 6        A.   I don't know.  I don't do the pay.

 7        Q.   Were there any other finance systems that you

 8    used?

 9        A.   No, not that I can recall.

10        Q.   And when you said you would get the records and

11    then you would manually input it, when you say records,

12    do you mean the pay sheets?

13        A.   They could be the pay sheets, the copy of formal

14    count sheet for the kitchen, those documents.

15        Q.   And then what happens?

16             Who else uses Canteen?  Is it just you?  Is that

17    a program just for you?

18        A.   No, it's not just for me.  I'm not sure who else

19    uses it or why.

20        Q.   Do you indicate if a detainee should get paid the

21    dollar or if they have back pay, like two or three

22    dollars?

23             MR. PUSATERI:  Object to form.

24        A.   I'm not sure what you're asking.

25        Q.   Well, let me do this another way.

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                    REPORTER'S CERTIFICATE
 2      I, BETSY E. DECATER, the undersigned Certified Court
 3  Reporter, pursuant to RCW 5.28.010 authorized to
 4  administer oaths and affirmations in and for the State
 5  of Washington, do hereby certify that the sworn
 6  testimony and/or proceedings, a transcript of which is
 7  attached, was given before me at the time and place
 8  stated therein; that any and/or all witness(es) were
 9  duly sworn to testify to the truth; that the sworn
10  testimony and/or proceedings were by me stenographically
11  recorded and transcribed under my supervision, to the
12  best of my ability; that the foregoing transcript
13  contains a full, true, and accurate record of all the
14  sworn testimony and/or proceedings given and occurring
15  at the time and place stated in the transcript; that a
16  review of which was reserved; that I am in no way related
17  to any party to the matter, nor to any counsel, nor do I
18  have any financial interest in the event of the cause.
19      WITNESS MY HAND and DIGITAL SIGNATURE this 12th day
20  of February, 2019.
21  _____
22  BETSY E. DECATER, RPR
    Washington Certified Court Reporter, CCR 3109
23  bdecater@yomreporting.com
24
25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com