# BAKER DECLARATION

# EXHIBIT S

# VOLUNTEER WORK PROGRAM AGREEMENT

1. In order to have a job, you must complete a physical.
2. Detainees that participate in the Volunteer Work Program are not permitted to work in excess of 8 hours daily, or 40 hours a week.  Scheduled days off will be assigned and taken.
3. Detainees are required to work when scheduled and participate in all work-related training.
4. Unexcused absence, unsatisfactory work performance, or participation in a serious infraction, e.g. fighting, is cause for removal from a work assignment.  Workers are expected to be ready for work at the required time.
5. Theft or possession of contraband obtained as an opportunity of a work assignment is cause for removal from a work assignment.
6. Detainees must adhere to all safety regulations and to all medical and grooming standards associated with a work assignment.
7. Compensation shall be $1.00 per day.
8. Primary factors that impact hiring are classification level, attitude, behavior, and physical ability to perform the job.
9. Volunteering detainees will not be denied work based on race, religion, sex, physical or mental handicaps or national origin.

## SAFETY BRIEFING

1. Personal Protective Equipment (PPE) i.e., gloves, protective eye wear, must be used when required by Safety Data Sheets to avoid eye or skin injury or irritation.
2. Before using / operating any equipment, you must be trained in its use and safe operation.
3. Before using / handling chemicals, you must receive information from the Safety Data Sheet (SDS) for that product and be trained in its use.  Training will be conducted in accordance with OSHA HAZARD COMMUNICATION STANDARD, 29 CFR 1910.1200.
4. If chemicals get in your eyes, flush with water.  Notify an officer.  He/she will get you to medical attention immediately.
5. If chemicals get on your skin, flush with water.  Notify an officer.  He/she will get you to medical attention immediately.
6. If you inhale chemical fumes that cause you respiratory distress, notify an officer.  He/she will get you to medical attention immediately.
7. When lifting objects, bend at the knees, keeping your back straight and face the object squarely. Keep your head and eyes looking forward as you lift.  Keep the object close to your body to maintain your center of gravity and reduce the strain on your back.  If objects are heavy, do not lift them alone.  Get help.  Notify your supervising officer that you need help.  Do not lift the object by yourself.
8. When handling heavy, rough or sharp objects, wear the sturdy work gloves that are provided.
9. When cutting weeds, vines or bushes, wear the safety eyewear and gloves that are provided.
10. Kitchen workers assisting with the serving of food must wear a hair net, a beard net (if you have a beard), white uniform, appropriate footwear and plastic / rubber gloves.
11. To stop the spread of colds, flu and other diseases, do not go to work if you are sick.  Wash your hands with soap and water before reporting for work.  Do not touch hands with other detainees while working.  Wash your hands immediately after handling unclean objects.  Change your gloves immediately if they become contaminated.

Your safety is our highest priority.  Please ask for the safety equipment if it is not immediately provided for your detail.  We thank you for your important contribution to maintaining this facility.


I, _____,  A# _____ have read, understand, and agree to comply with the above listed rules, regulations, and safety requirements.  I have received and understand safety training regarding my work assignment.  I am volunteering to work and I have not been threatened, coerced or intimidated into participation.


_____          _____
(Detainee Signature)                                                                          (Date)

# ACUERDO DEL PROGRAMA DE TRABAJO VOLUNTARIO

1. **Para trabajar, debe completar un revise medico.**
2. **Los detenidos que participen en el Programa de Trabajo Voluntario no les es permitido trabajar mas de ocho horas diarias, o 40 horas a la semana.  Se la asignaran dias de descanso y estos deben de ser tomados.**
3. **Es requerido que los detenidos trabajen los dias que le son asignados y de paricipar en todos los entrenamientos relacionados con el trabajo.**
4. **Ausencia sin excusa, rendimiento insatisfactorio, o participacion en una infraccion seria, por ejemplo: pelear, son causas para ser removido de su trabajo asignado.**
5. **Robo o posesion de contrabando adquirido de su trabajo puede resultar en terminacion de su trabajo asignado.**
6. **Los detenidos deben adherirse a todas las reglas de seguridad, medicas, y cortes de cabellos requeridos por su trabajo asignado.**
7. **Su pago sera de $1.00 al dia.**
8. **Factores primordiales que afectan el proceso de seleccion son nivel de clasificacion, actitud, comportamiento, y habilidad fisica para efectuar el trabajo.**
9. **A los detenidos voluntaries no se les negara trabajo por motivos de raza, preferencia religiosa, sexo, capacidad fisica o mental u origen nacional.**

**ORIENTACION PREVENTIVA**
1. **Equipo de Proteccion Personal debe ser usado cuando es requerido por el libro de S.D.S. (Safety Data Sheet): guantes, lentes de proteccion, etc. Para evitar dano en los ojos o irritacion en la piel.**
2. **Antes de usar/operar cualquier maquina, debe estar entrenado en como usarla y operarla de una forma segura.**
3. **Antes de usar/manejar quimicos, informese con el libro S.D.S. acerca del uso apropiado del producto que va a usar.  El entrenamiento debe estar en acuerdo con las regulaciones de OSHA Hazard Communication Standard, 29 CFR 1910.1200.**
4. **Si algun quimico le cae en los ojos, laveselos con agua solamente.  Notifique a un oficial y el o ella contractara al personal medico para que lo atiendan.**
5. **Si un quimico le cae en la piel, lavesela con agua solamente.  Notifque a un oficial y el olla notificara al personal medico para que lo atiendan.**
6. **Si usted inhala vapors quimicos que le causen dificultades respiratorias, notifique a un official y este contactara al personal medico para que lo atiendan.**
7. **Cuando levanter objetos pesados doble sus rodillas, manteniendo su espalda recta y de frente al objeto.  Mantenga el objeto pegado a su cuerpo centrado a su punto central de gravedad para evitar que se lastime su espalda.  Si el objeto es pesado, no lo levanter usted solo.  Consiga ayuda.  Notifique a su supervisor que usted necesita ayuda.  No levante el objeto usted solo.**
8. **Cuando maneje objetos pesados, o filosos use los guantes para ese trabajo en particular.**
9. **Cuando corte hierba o arbustos use los lentes de proteccion y los guantes que se le provean.**
10. **Los trabajadores de la cocina que sirven las comida deben usar una red para la cabeza y la barba (si tiene barba), un uniforme blanco, calzado apropiado, y guantes plastico o hule.**
11. **Si esta enfermo de influenza, gripe u otra enfermedad no vaya a trabajar para evitar que se contagien las demas personas.  Lavese las manos con agua y jabon antes de reportarse a trabajar.  No se toquen las manos entre detenidos mientras esta trabajando.  Lavese las manos despues de tocar objetoc sucios y despues de usar el bano.  Cambiese los guantes immediatamente si ensucian o contaminan.**

**Su seguridad es lo mas importante.  Por favor pida el equipo que necesite antes hacer su trabajo asignado.  Le agradecemos por su contribucion para el buen mantenimiento de este establecimiento.**

**Yo, _____, A# _____ he leido y entendido, y estoy de acurdo en cumplir las reglas, regulaciones, y reglas de seguridad.  He recibido y entendido los requisitos de seguridad que tienen que ver con mi trabajo asignado.  Me estoy ofreciendo voluntariamente para trabajar y no he sido amenazado, coaccionado o intimidado en la participación.**

_____          _____
                     **(Firma del detenido)**                                                    **(Fecha)**

DO023                                                                                    03072017

GEO-State 015835