**BAKER DECLARATION**

**EXHIBIT T**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
_____

THE STATE OF WASHINGTON,       )
                               )
            Plaintiff,         )
                               )
       vs.                     )   No. 3:17-cv-05806-RJB
                               )
THE GEO GROUP, INC.,           )   SOME OF THE EXHIBITS AND
                               )   THE TESTIMONY REGARDING
            Defendant.         )   THEM HAVE BEEN DESIGNATED
                               )   AS CONFIDENTIAL.
_____

DEPOSITION UPON ORAL EXAMINATION

OF

BRUCE SCOTT
_____

10:02 a.m.
May 20, 2019

800 Fifth Avenue 2000
Seattle, Washington 98164



REPORTED BY: JACQUELINE L. BELLOWS, CCR 2297

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                         APPEARANCES

 2
       For the Plaintiff:
 3
       MARSHA CHIEN
 4     ANDREA BRENNEKE
       OFFICE OF THE ATTORNEY GENERAL
 5     800 Fifth Avenue, Suite 2000
       Seattle, Washington 98164-1338
 6     206.464.7744
       marsha.chien@atg.wa.gov
 7     andrea.brenneke@atg.wa.gov

 8

 9     For the Defendant:

10     J. MATTHEW DONAHUE
       SHANNON ARMSTRONG
11     Holland & Knight LLP
       2300 US Bancorp Tower
12     111 Southwest Fifth Avenue
       Portland, Oregon 97204
13     503.243.2300
       matt.donahue@hklaw.com
14     shannon.armstrong@hklaw.com

15

16

17

18

19

20

21

22

23

24

25
```


206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1    Air Force.  And I have a bachelor's of science with

2    Southern Illinois, Carbondale, in workforce education

3    and training.

4          Q.    What did you do for the U.S. Air Force?

5          A.    I was a firefighter.

6          Q.    How long did you do that?

7          A.    For 20 years.

8          Q.    So when you were hired at Geo in April of

9    2010, what was the job that you were hired for?

10         A.    I was hired as the fire safety manager.

11         Q.    What were your responsibilities?

12         A.    Oversee all the standards, policies,

13   standards, and accreditations congruent with the fire

14   safety program.

15         Q.    Anything else?

16         A.    A lot of things.  But that sums up the fire

17   safety program.

18         Q.    So you were in charge of the fire safety

19   program?

20         A.    Yes.

21         Q.    What -- you said it involves "a lot of

22   things."  What were some of those things?

23         A.    Meeting all the applicable codes,

24   accreditations, policies, and standards when it comes to

25   fire safety:  Any NFPA standards, all of the NFPA

206 622 6875  |  800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1    the use of floor stripper."  Do you see that?

 2         A.    I do see that.

 3         Q.    Who's responsible for making sure floor crews

 4    are trained in the use of floor stripper?

 5              MR. DONAHUE:  Object to the form.

 6         A.    There is mention in the Voluntary Work Program

 7    chapter part of the standard that talks about ensuring

 8    detainees are trained in the use of -- when it comes to

 9    the Voluntary Work Program, typically training happens

10    on the onset of the Voluntary Work Program.  When it

11    comes to who -- and this was before my time -- I see

12    Mr. Hucke was the fire and safety manager at the time.

13    So . . .

14         Q    (By Ms. Chien) Let's talk from when you were

15    the fire and safety manager.  Who was responsible for

16    making sure floor crew were trained on the use of floor

17    stripper?

18              MR. DONAHUE:  Object to the form.

19         A.    Well, the way our program's laid out now, the

20    training happens at the onset of any task to make sure

21    that any floor stripper or any other cleaning chemical

22    that's allowed and authorized by the ICE standard and

23    ACA standards, that detainees receive information, SDS

24    or safety data sheets, on those and understand the use

25    and the PPE required by those documents.  That should
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1   happen before the onset of the task.

2          And whoever's supervising those detainees that

3   day, who also, based on Geo requirements under the fire

4   safety program, would also have received training and

5   knowledge on the chemicals and the use of the chemicals

6   in the workplace, would have oversight of those

7   detainees, making sure that they essentially follow the

8   same guidelines that Geo employees would follow, that

9   they're trained for.

10         Q    (By Ms. Chien) What's PP&E?

11         A.    PPE is personal protective equipment.

12         Q.    So I think you were maybe testifying as to

13   what was happening now.  I'm wondering if we go to when

14   you were the -- during your tenure as fire and safety

15   manager, who was responsible for making sure detainee

16   workers used PPE?

17         MR. DONAHUE:  Object to the form.

18         A.    The testimony that I gave is how it was when I

19   was onboard.  There is -- this one's prior to my time.

20         Q    (By Ms. Chien) Right.  I understand.  Okay.

21   So I'm done with this document.  So you can set that

22   aside.

23         So during your time, you mentioned that

24   detainees who worked in the Voluntary Work Program

25   received training at onset of their tasks.  Is that

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1           MR. DONAHUE:  Object to the form.

2      A.   Will give them guidelines on how to do that

3  job, the sanitation job, in those areas.

4      Q    (By Ms. Chien) Let's move to laundry.  Who

5  gives the training to detainee workers in the Voluntary

6  Work Program who work in laundry?

7           MR. DONAHUE:  Object to the form.

8      A.   So the laundry officer who's knowledgeable of

9  that laundry process would then train those workers in

10  that area.

11      Q    (By Ms. Chien) That laundry officer is a Geo

12  employee?

13      A.   Yes.

14      Q.   Do they have any -- what training does

15  laund -- what's the difference between a laundry officer

16  and a detention officer?

17           MR. DONAHUE:  Object to the form.

18      A.   There's no real difference besides the laundry

19  officer has additional training and understanding of the

20  laundry processes, the equipment, and the chemicals in

21  the laundry area.

22      Q    (By Ms. Chien) Who trains detainee workers

23  that work in the food services department?

24           MR. DONAHUE:  Object to the form.

25      A.   The food service administrator would be

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1    responsible for ensuring the training required by the

2    standard in done in the food service department.

3         Q    (By Ms. Chien) And the food service

4    administrator is a Geo employee?

5         A.   Yes.

6         Q.   When you refer to sanitation and cleaning, you

7    were talking about moving trash, sweeping.  Are you

8    familiar with detainee workers buffing floors as well?

9              MR. DONAHUE:  Object to the form.

10        A.   Yes.

11        Q    (By Ms. Chien) Is that included within your

12   sanitation and cleaning when you were referring to

13   sanitation and cleaning?

14             MR. DONAHUE:  Same objection.

15        A.   That's one of the many jobs that are offered

16   for detainees to do.

17        Q    (By Ms. Chien) Who trains detainee workers on

18   how to buff floors?

19             MR. DONAHUE:  Object to the form.

20        A.   Again, the Voluntary Work Program Agreement

21   will outline the base training requirements.  And then,

22   whoever it is overseeing that job -- and I know in the

23   past we've also had actual contractors that supplied the

24   chemicals come in and train staff which we've also

25   allowed detainees to witness.

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1      Q      (By Ms. Chien) "Train staff," meaning Geo

2    employees?

3      A.      Geo employees.

4      Q.     Do you know the name of that contractor?

5      A.     I can't recall off the top of my head.

6    There's the people we buy from.  Then they buy from --

7    it's all contract stuff.  I don't know who the specific

8    one is.  I wouldn't want to guess.

9      Q.     What about barbershop?  Are detainee workers

10   working in the barbershop?

11     A.      The barbershop does have detainee barbers.

12     Q.      So detainees are cutting hair?  Are detainees

13   cutting hair?

14     A.      Yes.

15     Q.      What training do they receive?

16     A.      The ICE standard in the Voluntary Work Program

17   assignment standard allows -- it says when you're

18   volunteering for a job, if you have prior experience in

19   a position, to note that on the job.  A lot of the

20   barbers that we have have prior -- were doing barbers

21   before in prisons and jails or just have other -- have

22   cut hair before.  Then we have a law library slash

23   barbershop officer that's -- that monitors that area.

24   He would tell them the specifics of where the tool

25   accountability and all the specifics of that area.  And

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1    as I said before, the Voluntary Work Program Agreement

2    for that particular job would have some of the training

3    guidelines listed on that Voluntary Work Program

4    Agreement.

5         Q.   So right now I have listed sanitation and

6    cleaning, laundry, food services, and then

7    barbershop/law library, just so we have this running

8    list.  I'd like to go through each one and ask who makes

9    sure that the task is done.

10              So the sanitation and cleaning, the detainee

11   worker starts, get trained, signs this Voluntary Work

12   Program Agreement.  Then what happens in terms of how

13   the task is assigned?

14              MR. DONAHUE:  Object to the form.

15        A.   Well, I'm still confused.  How the task is

16   assigned or who gets selected first for that position?

17        Q    (By Ms. Chien) Let's do what you're

18   suggesting.  Let's talk about how the detainee worker

19   gets selected.

20        A.   So based on the ICE standard, the PBNDS

21   standard, there's a waiting list, essentially first-come

22   first-served in order of clearance to work in that

23   position.  Then whoever is next on the waiting list is

24   next the detainee that would have that Voluntary Work

25   Program assignment.

206 622 6875  |  800 831 6973
production@yomreporting.com
www.yomreporting.com

 1    day, seven days a week -- you know, five days a week.

 2         Q.   It took a lot of time?

 3         A.   It took a lot of time to hit all the

 4    requirements.

 5         Q.   Was there anyone else who did the inspection

 6    with you?

 7         A.   Not that would do the inspection with me.

 8    There's other requirements in the standard where other

 9    people have to do their own inspections.  Food service,

10    health service, administrator, within that standard have

11    their own requirements.  They would do the individual in

12    their areas.  Then I would do the overall requirements

13    laid out in the standard for fire and safety.

14         Q    (By Mr. Donahue) Can we take a break now?

15              MS. CHIEN:  Let me just ask one last question.

16         Q    (By Ms. Chien) Is there anyone from ICE that

17    participates in the weekly inspection?

18         A.   Again, not under the requirements of the fire

19    and safety manager.  The health service administrator

20    had required checks.  But I don't run health --

21         Q.   I'm just talking about the weekly fire and

22    safety inspection that we're talking about right now,

23    not any of these other inspections, just the weekly

24    safety and sanitation inspection.

25              MR. DONAHUE:  Object to the form.

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1        A.    No.

 2              MS. CHIEN:   Thanks.

 3              (Recess taken.)

 4              MS. CHIEN:   When we left, we were talking

 5    about the weekly safety and sanitation inspection and

 6    how you walk around the facility on a weekly basis.  Is

 7    there any written report that comes out of that?

 8        A.    Yes.

 9        Q.    Who does it go to?

10        A.    There's a lot -- there's -- on the form

11    itself, there's a list of people.  It pretty much goes

12    to all the department heads, the warden, the assistant

13    warden, the chief of security.

14        Q.    What happens with the report?  The report goes

15    to these department heads.  Are there any actions taken

16    based on that report?

17              MR. DONAHUE:   Object to the form.

18        A.    Typically the form gets filed unless there's

19    an after action that is required.  Then we have

20    discussion.

21        Q.    (By Ms. Chien) What happens if there's an

22    after action?

23        A.    It really depends on what the after action is.

24    To go back to the door and the water leak issue, the

25    appropriate department will got notified of anything.
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1    Or if there was a change in policy, to the policy

2    writers to make an update to policy.

3         Q.   So let's say it's the door issue.  Does that

4    mean you, as the fire and safety manager, ask

5    maintenance to fix the door after the report is

6    presented to the department heads?  I'm just trying to

7    think of the mechanics of how it's happening.

8              MR. DONAHUE:  Object to the form.

9         A.   I can write a work order.

10        Q    (By Ms. Chien) You could write a work order.

11   Did you need any approval from anybody?

12             MR. DONAHUE:  Object to the form.

13        A.   No.

14        Q    (By Ms. Chien) Was there any other -- did

15   anything else happen with that report?  It goes to the

16   department heads.  Does it go to anybody else?

17             MR. DONAHUE:  Object to the form.

18        A.   No.  No, it doesn't go specifically to anybody

19   else.  No.

20        Q    (By Ms. Chien) How often is it reviewed?  Is

21   it reviewed once a week?

22             MR. DONAHUE:  Object to the form.

23        Q    (By Ms. Chien) When the report goes and then

24   the department heads see it, I'm assuming weekly.  The

25   department heads are signing off on this report every

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1          Q.    Sorry.  I'm not actually trying to talk about

2     how a specific detainee get assigned to the job.  I'm

3     trying to identify:  Does the gray mile happen on a

4     routine basis?  Does the gray mile get cleaned on a

5     routine basis?

6               MR. DONAHUE:  Object to the form.

7          A.   It's a task that would be cleaned daily.

8          Q    (By Ms. Chien) What about buffing, buffing

9     that gray mile?

10              MR. DONAHUE:  Object to the form.

11         A.   Buffing need not occur daily.  The evening

12    cleaning crew -- it depends on how -- what task really

13    is needed that day.  It depends on what they do.  If

14    it's just sweep and mop or if it's buff, it depends.

15         Q    (By Ms. Chien) Who decides when more than just

16    sweeping and mopping is necessary for the gray mile?

17              MR. DONAHUE:  Object to the form.

18         A.   It could be anybody.  Detainees could be,

19    like, I want to touch over this area again.  They could

20    say:  I don't like the way that looks; can I go over

21    here and do this one again?  Detainees could say it, or

22    it could be a lieutenant.  It could be a captain or

23    major.

24         Q    (By Ms. Chien) So the captain, major, and

25    lieutenant, and the detainee workers can decide when

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1    buffing happens on the gray mile; is that right?

2              MR. DONAHUE:  Object to the form.

3         A.   I'm saying pretty much anybody that -- the

4    task is laid out.  It's a Voluntary Work Program for

5    maintaining the cleanliness of the floor.  Detainees, a

6    lot of them take great pride in how they do a floor and

7    how it looks.  So they go out.  If they say, I'd like to

8    do this again, we don't have any issue with them doing

9    that.  Or no, maybe let's start working on from left to

10   right today instead of right to left.  It really just

11   depends on the condition the floor of the day.

12        Q.   How much are detainees paid for their work at

13   the Voluntary Work Program?

14        A.   Detainees are paid a dollar a day.

15        Q.   Have they ever been paid more than a dollar a

16   day?

17             MR. DONAHUE:  Object to the form.

18        A.   The only time I've ever heard of being paid

19   more than the dollar a day is the barbershop.

20        Q    (By Ms. Chien) Can you explain?

21        A.   From my understanding, the barbershop, based

22   on different classification levels, doesn't work as

23   often as other Voluntary Work Program jobs.  So they

24   were allowed to have more than one job at a time.  So

25   I -- take a step back.  They could be allowed more than

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1   which chemicals you used for the cleaning solutions?

2        A.   I did not, no.

3        Q.   Did people after you have to change the

4   chemicals for cleaning solutions?

5             MR. DONAHUE:  Object to the form.

6        A.   There was a time when Geo corporate wanted to

7   change companies for a, like, a nationwide service plan.

8   Those decisions are made well above my level.

9        Q   (By Ms. Chien) Were they made by somebody who

10  works at the Northwest Detention Center?

11       A.   No.

12       Q.   What are the purposes of the job descriptions,

13  the Voluntary Work Program job descriptions?

14       A.   What are the purposes of the voluntary program

15  job descriptions?

16       Q.   Yes.

17       A.   One is to let detainees know what they're

18  expected to perform on that work and to set out some of

19  the training and requirements that they need to know

20  before embarking on that job.

21       Q.   So the job description is given to the

22  detainee worker.

23       A.   The job description is signed for by each

24  detainee worker in the voluntary program, yes.

25       Q.   Are you making a distinction there?  So

206 622 6875  |  800 831 6973
production@yomreporting.com
www.yomreporting.com

1    determine if there need to be changes.

2        Q.   Who would that be?

3        A.   At the time my supervisor would have been Bill

4    McHatton.

5        Q.   I'll give you a document to be marked as

6    Exhibit 161.

7             (Deposition Exhibit No. 161 marked for

8             identification.)

9        Q    (By Ms. Chien) Do you recognize this document?

10            MR. DONAHUE:   I just want to put on the record

11   161 has an attachment listed in the email header, but I

12   don't believe that attachment is attached to the email

13   string unless I'm missing something.

14            MS. CHIEN:   No.   Sorry.

15       A.   (Reviewing document.)   Okay.   I've reviewed

16   it.

17       Q    (By Ms. Chien) Do you recall this issue?

18            MR. DONAHUE:   Object to the form.

19       Q    (By Ms. Chien) Do you recognize this document?

20   What is it?

21       A.   This is an email sent from me to Bill McHatton

22   and a few other Geo and IHSC employees.

23       Q.   Do you recall what this issue was?

24            MR. DONAHUE:   Object to the form.

25       A.   I do.



206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1        Q.     (By Ms. Chien) Can you -- stepping away from

2    the document, what was the general issue?

3        A.     Captain Broussard, who is the health services

4    administrator ensuring that we meet their standards for

5    cleanliness, brought a couple concerns as outlined in

6    the email to us.

7        Q.     It refers to a "Daily Medical Cleaning

8    checklist."  Do you see that?

9        A.     Yes.

10       Q.     Is that something that Geo maintains?

11       A.     No.

12       Q.     Is that an ICE document?

13       A.     It's an IHSC document.

14       Q.     Sorry.  It's an IHSC document.

15              Then it refers to "Medical, please review for

16    accuracy IAW your policies."  What does "IAW" mean?

17       A.     In accordance with.

18       Q.     It also says:  "It now separates detainee

19    detail workers and Geo janitors more clearly."

20              MR. DONAHUE:  Where are you reading from?

21              MS. CHIEN:  That same paragraph.

22              MR. DONAHUE:  Oh.

23       Q.     (By Ms. Chien) What's the difference between

24    detainee detail workers and Geo janitors?

25       A.     The detainee workers cannot work in sensitive

206 622 6875  |  800 831 6973
production@yomreporting.com
www.yomreporting.com

1  areas of IHSC.  So the janitors would clean those areas.

2  Where detainees, by standard or policy, are not allowed

3  to be, janitors do those areas.

4       Q.   Are there any other differences?

5       A.   No.

6       Q.   How many Geo janitors are there?

7       A.   Three.

8       Q.   What are they responsible for?

9       A.   Cleaning all areas of the facility where

10  detainees are not allowed to be.

11       Q.   Do their tasks differ from the detainee

12  workers other than the physical area that they're

13  cleaning?

14            MR. DONAHUE:  Object to the form.

15       A.   Yes, their tasks are different.

16       Q    (By Ms. Chien) How are they different?

17       A.   Geo janitors have different equipment that the

18  detainees do not have access to for their areas.

19       Q.   Can you give me some examples?

20       A.   An example would be like a vacuum cleaner.

21       Q.   That's a good example.

22            I want to go through this.  If you go to

23  what's Bates stamped 626 . . .

24       A.   (Witness complies.)

25       Q.   It looks like it's an email from Michael Heye

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1              MR. DONAHUE:  Object to the form.
 2         A.   "Otherwise"?  Can you be more specific?
 3         Q    (By Ms. Chien) Are you aware of detention
 4    officers giving detainee workers food for work they
 5    performed?
 6              MR. DONAHUE:  Object to the form.
 7         A.   I'm not aware of officers giving food for --
 8    to detainees for the work that they performed.
 9         Q    (By Ms. Chien) Are you aware of detention
10    officers giving detainees food separate from their
11    meals, the normal three meals that they get?
12              MR. DONAHUE:  Object to the form.
13         A.   I mean the commissary gives detainee food.
14    But they buy it.  I'm trying to understand.
15         Q    (By Ms. Chien) I'm saying food for free, not
16    paid-for food, just food.
17              MR. DONAHUE:  Object to the form.
18         A.   We give additional food out at the holidays,
19    like a gift basket for the holidays.
20         Q    (By Ms. Chien) Anything else?
21         A.   Just can we go back and clarify?  Are we
22    speaking of the Voluntary Work Program or outside  the
23    Voluntary Work Program?
24         Q.   Let's take it two at a time.  Within the
25    Voluntary Work Program.
```


206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1       A.    Inside the Voluntary Work Program, no.

2       Q.    Now let's take it outside of the Voluntary

3    Work Program.

4       A.    Outside of the Voluntary Work Program, food

5    service employees can eat whatever leftovers is left

6    after the meal in the food service.  We have, in the

7    past, for the evening cleaning work crews, like on the

8    floor, outside the Voluntary Work Program, because of

9    the late night -- they are working between dinner and

10   breakfast, a long time -- we give them snacks at

11   nighttime.

12      Q.    So that's outside of the Voluntary Work

13   Program?

14      A.    Yes.

15      Q.    When detainee workers are working at night,

16   it's outside of the Voluntary Work Program?

17            MR. DONAHUE:   Object to the form.

18      A.    That's not what I said.

19      Q     (By Ms. Chien) So can you clarify for me.

20      A.    If a detainee works at nighttime within the

21   Voluntary Work Program agreement -- right? -- but in the

22   past we had given them extra snacks because they are

23   working late night.  It had nothing to do with the

24   Voluntary Work Program compensation at all.  It's just a

25   good thing to do for a guy working late at night.

206 622 6875  |  800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1        Q.    Is that still the practice at the Northwest
 2   Detention Center?
 3              MR. DONAHUE:   Object to the form.
 4        A.    No.
 5        Q    (By Ms. Chien) Why not?
 6        A.    We were advised by previous counsel to --
 7              MR. DONAHUE:   Hang on a second.  I don't want
 8   you to -- I'm going to instruct you not to answer.  You
 9   shouldn't discuss anything that you became aware of from
10   prior counsel.
11              THE WITNESS:   Oh.  Yes, I wasn't doing that,
12   then.
13        Q    (By Ms. Chien) Who told you that we're not
14   going to -- I'm assuming it's not an attorney.  So don't
15   answer if it was an attorney.  But who told you that
16   Geo's not to pay -- is not to provide food for
17   late-night shifts?
18              MR. DONAHUE:   Object to the form.
19        A.    I don't know how to answer that question.
20              MR. DONAHUE:   Let me consult with him on
21   privilege.
22              MS. CHIEN:   Thank you.
23              (Recess taken.)
24              MR. DONAHUE:   Thank you.  I'm going to ask you
25   to read back the question.
```

206 622 6875  |  800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1       A.   Yes.

 2       Q.   How many post orders are there?

 3       A.   I don't know the exact number.  If we have

 4  a -- I don't know.

 5       Q.   More or less than 10?

 6       A.   More than 10.

 7       Q.   Is it for just, like, based on each detention

 8  officer's job responsibilities or job title?  What

 9  merits something getting a post order?

10       A.   A physical post on the staffing plan.

11       Q.   Did you review all of the post orders as chief

12  of security?

13       A.   Yes.

14            MS. CHIEN:  I'm going to hand you a document

15  to be marked as Exhibit 169.

16            (Deposition Exhibit No. 169 marked for

17            identification.)

18       Q    (By Ms. Chien) Do you recognize this document?

19       A.   Yes.

20       Q.   What is it?

21       A.   This was an email to Mr. Kimble with an

22  attached post order, a housing unit post order.

23       Q.   What does "shift chronological order" mean?

24       A.   I think it refers to hourly activity, just the

25  hourly shift activity starting on page 4 of the post
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1    order, which is Bates 49439.

2         Q.   Do most port orders have shift chronological

3    orders?

4         A.   Yes.

5         Q.   Is it fair to say that this shift

6    chronological order that starts on page 4 is the

7    responsibility of the housing unit officer?

8              MR. DONAHUE:   Object to the form.

9         A.   It's what their tasks are supposed to be.

10   It's meant to assist officers day-to-day.  It's not

11   meant to cover everything.

12        Q.   You this is a glance at what they're supposed

13   to be doing?

14        A.   A glance of activities that should occur

15   during the shift in a day.

16        Q.   So if you go to page 5 of 30, which is Bates

17   stamped 49440 -- let's just look at 1200 hours, "lunch

18   meal," as a example.  Do you see where I'm talking?

19   "All tables will be sanitized with the Oasis sanitizer

20   30 minutes prior to the meals being served."

21        A.   Yes.

22        Q.   Is that a task that the detention officer's

23   supposed to complete?

24        A.   No.

25        Q.   Who was supposed to complete that?

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1        A.   Typically the food porter, a part of the

2   Voluntary Work Program, cleans the tables prior to

3   serving food.

4        Q.   So is a detention officer to make sure that --

5   this is listed in the detention officer's post order

6   because they are responsible for making sure the

7   detainee worker does it?

8        A.   Yes.

9        Q.   If you go to page 7 of 30, it says:  "Get

10  supplies out and authorize detainee workers to clean the

11  unit."  Are the supplies -- where are the supplies kept?

12       A.   Where are you looking, ma'am?

13       Q.   The last line of that page, 7 of 30.

14       A.   Supplies and cleaning implements are in the

15  janitor's closet.

16       Q.   Which is locked?

17       A.   Yes.

18       Q.   The detention officer has the key?

19       A.   Yes.

20       Q.   Detainee workers, do they have a key?

21       A.   No.

22       Q.   Can you go to page 19 of 30.

23       A.   (Witness complies.)

24       Q.   It says "Mop Head Pod Cleaning Schedule."

25       A.   Yes.


206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1    detainees that need to be seen at the levels to ensure

2    that, throughout the week, his needed things happen.

3              MS. CHIEN:  I'm going to ask for this to be

4    marked as Exhibit 172.

5              (Deposition Exhibit No. 172 marked for

6              identification.)

7         Q    (By Ms. Chien) Do you recognize Exhibit 172?

8         A.   Yes.

9         Q.   What is it?

10        A.   It a law library schedule for a Wednesday.

11        Q.   Does the law library officer take the sign-up

12   sheet, Exhibit 171, and then build this schedule that's

13   172?

14        A.   Yes.

15        Q.   Is there any significance to the darker shaded

16   cells on Exhibit 172?

17        A.   I don't know.

18        Q.   When you were chief of security, did you have

19   to approve this law library schedule?

20        A.   No.

21        Q.   Did a sergeant or lieutenant?

22        A.   No.

23        Q.   Looking at the second page of this document,

24   what is a "Segregation Library Log"?

25        A.   The segregation detainees cannot be in the

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1   detainee workers refused to work?

 2           MR. DONAHUE:  Object to the form.  Asked and

 3   answered.

 4       A.   The only time I can recall is that one time

 5   that I referred to earlier.

 6       Q.   (By Ms. Chien) A couple of years ago, you

 7   said?

 8       A.   Yes.

 9       Q.   So you were the chief of security for a year.

10   What's the next job that you had?

11       A.   Assistant warden of security.

12       Q.   So is that a promotion?

13       A.   Yes.

14       Q.   When did you become the assistant warden of

15   security?  I'm sorry.  Assistant or associate?

16       A.   Assistant.

17       Q.   Assistant?

18       A.   Sometimes synonymous with associate.  But it

19   was around August of last year.

20       Q.   What happened in August of last year that led

21   you to being the assistant warden of security?

22       A.   Well, the former assistant warden of security

23   retired.

24       Q.   Did you get any training when you become the

25   assistant warden of security?
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                    REPORTER'S CERTIFICATE

 2             I, JACQUELINE L. BELLOWS, the undersigned

 3   Certified Court Reporter pursuant to RCW 5.28.010 authorized

 4   to administer oaths and affirmations in and for the State of

 5   Washington, do hereby certify that the sworn testimony

 6   and/or proceedings, a transcript of which is attached, was

 7   given before me at the time and place stated therein; that

 8   any and/or all witness(es)were duly sworn to testify to the

 9   truth; that the sworn testimony and/or proceedings were by

10   me stenographically recorded and transcribed under my

11   supervision, to the best of my ability; that the foregoing

12   transcript contains a full, true, and accurate record of all

13   the sworn testimony and/or proceedings given and occurring

14   at the time and place stated in the transcript; that a

15   review of which was requested; that I am in no way related

16   to any party to the matter, nor to any counsel, nor do I

17   have any financial interest in the event of the cause.

18                  WITNESS MY HAND AND DIGITAL SIGNATURE this 1st

19   day of June, 2019.

20

21

22   _____

23   Jacqueline L. Bellows
     Washington State Certified Court Reporter, No. 2297
24   jbellows@yomreporting.com

25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com