# BAKER DECLARATION

# EXHIBIT U

```
1              UNITED STATES DISTRICT COURT

2            WESTERN DISTRICT OF WASHINGTON

3    _____

4  STATE OF WASHINGTON,            )

5            PLAINTIFF,            ) NO. 3:17-CV-05806-RJB

6     VS.                          )

7  THE GEO GROUP, INC.,            )

8            DEFENDANT.            )

9                                  )

10                                 )

11   _____

12        DEPOSITION UPON ORAL EXAMINATION OF

13               BERTHA HENDERSON

14   _____

15                  10:08 A.M.

16               JANUARY 30, 2019

17           800 FIFTH AVENUE, SUITE 2000

18             SEATTLE, WASHINGTON

19

20

21

22

23

24  REPORTED BY:  BETSY E. DECATER, RPR, CCR 3109

25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                    A P P E A R A N C E S

 2

 3   FOR THE PLAINTIFF:

 4      ANDREA BRENNEKE
        LA ROND BAKER
 5      MARSHA CHIEN
        Assistant Attorney Generals
 6      Office of the Attorney General
        800 Fifth Avenue, Suite 2000
 7      Seattle, Washington 98104
        (206) 464-7744
 8      andreab3@atg.wa.gov
        larondb@atg.wa.gov
 9      marshac@atg.wa.gov

10

11   FOR THE DEFENDANT:

12      MICHAEL PUSATERI
        Greenberg Traurig
13      2101 L Street, N.W.
        Suite 1000
14      Washington, D.C. 20037
        (202) 533-2354
15      pusaterim@gtlaw.com

16

17

18

19

20

21

22

23

24

25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1          Will you sketch your -- what positions you held
 2   if they are any different from that point to the
 3   present?
 4       A.  I started with GEO as the food service assistant
 5   manager, and I maintained that position for about four
 6   -- four months, and then I moved to the manager's
 7   position.
 8       Q.  So when did you become food service manager?
 9       A.  About June of 2007.
10       Q.  Have you held that position consistently since
11   then?
12       A.  That's correct.
13       Q.  And that's your current position?
14       A.  Uh-huh, that's correct.
15       Q.  Is there something like food service
16   administrator, a different title?
17       A.  Yes.  It's a food service administrator.
18       Q.  Okay.  Is that the same as food service manager?
19       A.  That's correct.
20       Q.  Thank you.  That clears up some confusion.
21       A.  All right.
22       Q.  So can you tell me who was it that hired you in
23   the food service assistant manager position?
24       A.  At that time it was the assistant warden, and I
25   can't recall his name right now.  But the warden at that
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1    A.  Oh, gosh.  So as a food service manager, I

2  oversee the day-to-day operations of the food service

3  department, making sure that we maintain food

4  temperatures, sanitation, inventory, supplying, making

5  sure that I get good vendors to deliver our food.  Gosh.

6  Training of my staff, GEO staff, and also training of

7  the detainees, making sure that the food is being served

8  in a safe and timely manner.  So just generally the

9  overall operation.

10    Q.  And you're the highest level manager in the food

11  service department, right?

12    A.  That's correct.

13    Q.  And is anyone else responsible for those items

14  that you're talking about in terms of sanitation,

15  training of GEO staff, training of detainee workers in

16  food service?

17    A.  Everyone in the food service department.

18    Q.  Are you the direct supervisor of everyone who

19  works for you in the department?

20    A.  Yes.

21    Q.  Are you also the highest level manager

22  responsible for ensuring compliance with legal

23  obligations you have, policies and procedures in food

24  services?

25    A.  Yes.

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1    Q.   And have you had training on what those legal and

2    policy obligations are other than the on-the-job

3    training you had?

4    A.   Our GEO standard and our ICE standards.

5    Q.   So you're talking GEO standards like your

6    policies and procedures?

7    A.   That's correct.

8    Q.   And your ICE standards like the PBNDS?

9    A.   PBNDS, that's correct.

10        (Deposition Exhibit No. 27 was marked for

11   identification.)

12   Q.   (BY MS. BRENNEKE)  Can you please identify what

13   Exhibit 27 is?

14   A.   (Witness reviewing document.)

15   Q.   Okay.  Can you please identify what Exhibit 27

16   is?

17   A.   This is our Policy and Procedure Manual from the

18   GEO Corporation 4.3.1 for Food Service.

19   Q.   4.3.1 for Food Service Operations?

20   A.   That's correct.

21   Q.   And this one was effective on April 13th, 2015.

22        Is this the current form of the policy and

23   procedures for the food service operations?

24   A.   What I'm looking at, if that says 4/13/2015, then

25   yes.

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1      Q.  So would you say that is the most detailed set of

2  your duties and obligations in managing the food service

3  department?

4          MR. PUSATERI:  Object to form.

5      A.  This is a guideline that we use for our food

6  service department and also with the PBNDS.

7      Q.  Are you required to comply with GEO's policies

8  and procedures regarding the food service operations?

9      A.  Yes.

10     Q.  There's a description of the food service manager

11  at the very beginning.  Is that an accurate description

12  of your job?

13     A.  Yes.

14     Q.  I'm going to invite you to keep this exhibit

15  handy.  If I ask questions in the future and you want to

16  refer to it, we can just make note in the record that

17  you'd like to refer to that.  And if there's anything

18  that you feel would be answered well by looking at the

19  policy and procedure manual, I welcome you to do that.

20     A.  Okay.

21     Q.  So are you also required to comply with the Food

22  Service Management Procedures I'll mark as Exhibit 28?

23          (Deposition Exhibit No. 28 was marked for

24  identification.)

25     Q.  (BY MS. BRENNEKE)  And you can take a look at it.

206 622 6875  |  800 831 6973
production@yomreporting.com
www.yomreporting.com

1        A.   (Witness reviewing document.)

2        Q.   Can you please identify what Exhibit 28 is for

3    the record?

4        A.   This is the Corporate Policy and Procedure

5    Manual, Chapter For Food Service, Food Service

6    Management Procedure, and this is 8.1.1-A.

7        Q.   Is this also some of the policies and procedures

8    you're required to be in compliance with as food service

9    manager?

10       A.   Yes.

11       Q.   So together these have all of the policies

12   regarding food preparation, employee standards and

13   cleaning and general management of -- management

14   guidance about your workforce; is that right?

15       A.   Yes.

16       Q.   Are you also required to follow the policy and

17   procedure regarding the voluntary work program?

18       A.   Yes.

19       Q.   Hang on a second.  Okay.  I'd like to refer you,

20   please, to the prior exhibit marked No. 2.

21            Is Exhibit 2 the Policy and Procedure Manual for

22   the Voluntary Work Program No. 5.1.2 effective

23   4/13/2005?

24       A.   If this is the one in front of me, yes.

25       Q.   And in terms of the detainee workers that you

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1   national standards to uphold; is that right?

 2      A.  That is correct.

 3      Q.  We're going to mark as Exhibit 29 this next

 4   document.

 5          (Deposition Exhibit No. 29 was marked for

 6   identification.)

 7      Q.  (BY MS. BRENNEKE)  Can you identify what

 8   Exhibit 29 is?

 9      A.  This is part of the PBNDS, 4.1 Food Service.

10      Q.  And was this the PBNDS 2011 Revised 2016, is this

11   the national standard that you're required to comply

12   with with regard to food service?

13      A.  Yes.

14      Q.  Are you aware of there also being PBNDS standards

15   for the voluntary work program?

16      A.  Yes.

17      Q.  And are you also required to comply with those

18   for the detainee workers who are assigned to the

19   kitchen?

20      A.  For those that are assigned to the kitchen, yes.

21      Q.  Will you please take a look at what's been

22   previously marked as Exhibit 17.

23      A.  (Witness reviewing document.)

24      Q.  Is Exhibit 17 the Voluntary Work Program 5.8

25   PBNDS, 2011 Revised 2016 Standards that you're required
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1    wanted to focus on his legal issues.

2        Q.  Do you have any belief or understanding as to

3    whether or not the amount of pay they receive has

4    something to do with it?

5        A.  That has played a factor.

6        Q.  And how much are the detainee workers paid for

7    their work as of January of 2019?

8        A.  They're paid a dollar a day.  That's governed by

9    ICE.

10       Q.  That is also governed by GEO, correct?

11       A.  Correct.  But ICE is the one that sets the

12   standards of how much the detainees are paid.

13       Q.  So we will talk about that in more detail.

14       A.  Okay.

15       Q.  So but you believe that the dollar a day is not

16   enough for some people for the work that they're doing?

17       A.  I didn't say that.  I said the detainees feel

18   like that's not enough for them.

19       Q.  And what about you as a manager of a food

20   services operation, do you feel like the dollar a day is

21   a fair wage for the detainees and the work they do?

22           MR. PUSATERI:  Object to form.

23       A.  That's not up to me to say.

24       Q.  Because you're simply following the policy and

25   procedure of GEO?

206 622 6875  |  800 831 6973
production@yomreporting.com
www.yomreporting.com

1          A.   In that range, yes.

2          Q.   And prior to September/October of 2018, did you

3    have 10 to 12 night cleaning detail workers?

4          A.   Yes.

5          Q.   Can you please describe the breakfast shift?

6               When does it start and when does it end for the

7    detainee workers?

8          A.   It starts at 4:00 a.m., and they are out of there

9    roughly by 8:30, nine o'clock in the morning.

10         Q.   So they work four and a half to five hours?

11         A.   Uh-huh.

12         Q.   Is that right?

13         A.   Yes, when -- or when it's completed.

14         Q.   Or when it's completed?

15         A.   When their job is completed.

16         Q.   So sometimes they might work six, seven hours?

17         A.   No, no.   It's average they're out of there at

18   9:30, and then our next shift comes on at 10:00.

19         Q.   So the average is actually that they work 5.5

20   hours for the breakfast shift?

21         A.   I would say average four and a half hours.

22         Q.   So 4:00 a.m. to 8:30?

23         A.   8:30, yeah, because they're out of there between

24   8:30 and 9:00, yeah.   If things run a little late, it

25   might be closer to 9:30.   But on average it's going to

206 622 6875  |  800 831 6973
production@yomreporting.com
www.yomreporting.com

1    be close to four and a half to five hours a shift.

2         Q.   So if it's between 8:30 and 9:30, would you say

3    the average is five hours?

4         A.   Yes.

5         Q.   And when is the detainee worker lunch shift, what

6    time period?

7         A.   They come on at 10:00 a.m.

8         Q.   And how long do they work?

9         A.   To about 3:00, 3:30.

10        Q.   So they work for about five or five and a half

11   hours --

12        A.   Yes.

13        Q.   -- on average.  And then for the dinner shift,

14   what are the times of the detainee worker shifts?

15        A.   They come on at 4:00 p.m. and, again, they're

16   wrapping up between 8:00 -- between 8:00 and 9:00.

17        Q.   So, again, their number of hours is usually about

18   five hours; is that correct?

19        A.   Yes.

20        Q.   What are the actual mealtimes at Northwest

21   Detention Center?

22        A.   We serve breakfast at 5:00, lunch at 11:00 and

23   dinner at 5:00.

24        Q.   What are the hours for the night cleaning detail?

25        A.   9:30 to 12:30.

206 622 6875  |  800 831 6973
production@yomreporting.com
www.yomreporting.com

1        Q.   So they're working four hours, five hours as

2   well -- sorry, I can't count right -- is that right?

3        A.   Three hours.

4        Q.   Three hours.  I really can't count.  I've got

5   that five in my head.  So maybe I need a break.

6             So the night cleaning detail, they're working

7   9:30 to 12:30 at night?

8        A.   Yes.

9        Q.   And for three hours?

10       A.   Yes.

11            (Recess taken.)

12       Q.   (BY MS. BRENNEKE)  So the detainee workers who

13   are assigned to the kitchen, are they working seven days

14   a week?

15       A.   They have the option to have up to two days off.

16       Q.   So is the expectation of a schedule that they

17   would work seven days a week unless they got permission

18   for a day off or two days off?

19            MR. PUSATERI:  Object to form.

20       A.   Again, they -- it's -- they do have the option of

21   having two days off, work five days a week, two days

22   off, or six and one.  It's up to them because it is a

23   volunteer program.

24       Q.   And do the changes to the seven day a week

25   schedule have to be approved --

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1          MR. PUSATERI:  Object to form.

2     Q.  (BY MS. BRENNEKE) -- by you or Alisha Singleton,

3     classification?

4     A.  Either myself or Alicia, yes.

5     Q.  So the expectation is seven days a week unless

6     you or Alicia approve a five day a week schedule or a

7     six day a week schedule?

8          MR. PUSATERI:  Object to form.

9     A.  Again, it's a voluntary work program.  Again,

10    they can decide how many days that they do want to work,

11    but they do have the option of working the seven or

12    taking time off.

13    Q.  But you as their boss need to approve their

14    schedule; is that correct?

15         MR. PUSATERI:  Object to form.

16    A.  The schedule's already set for them.  So, again,

17    if they want days off, they can put in and ask for days

18    off.

19    Q.  And they would ask you for permission to have

20    days off, correct?

21    A.  Correct.

22    Q.  So I just want to be clear because I'm not always

23    clear whether it's your office or classification who has

24    to do some of this.

25         So who is it that needs to approve a variance

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1    correct?

2       A.   No.

3       Q.   And are there more meals perhaps in September

4    because of holidays, like Ramadan or something like

5    that?  Do you know why there would be a spike in

6    September?

7       A.   I don't recall what was going on during that

8    time.  I don't know.

9       Q.   The number of meals that are served, those are to

10   detainees; is that right?

11      A.   Yes.

12      Q.   And are you also serving meals to GEO staff?

13      A.   Yes.

14      Q.   And those would be counted in the number of meals

15   for food service; is that right?

16      A.   There's a section for staff meals, so there's a

17   separation of it.

18      Q.   When you do the accounting?

19      A.   Yes.

20      Q.   Would you assume that this is a comprehensive

21   number of meals accounting?

22      A.   I can only assume that that's what that is.

23      Q.   Where do the GEO staff eat their meals that are

24   prepared?

25      A.   There is a GEO break room for staff and some in

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1    Q.  Has there ever been a time when they were served

2    family style like a big bowl and you can take as much as

3    you want, or have there always been trays?

4    A.  There's always been trays there.

5    Q.  And are kitchen staff allocated more than one

6    tray to eat?

7         MR. PUSATERI:  Object to form.

8    A.  Everyone gets three meals a day.  The kitchen

9    workers do get a little extra for working in the kitchen

10   along with their dollar a day.

11   Q.  So they could have two trays if they were hungry

12   or three trays if they were hungry?

13   A.  That's correct.

14   Q.  Is there any cap to how many portions they can

15   have during their shift?

16   A.  Yes, there would be, because there wouldn't be a

17   whole lot of food with that portion control that would

18   be there.  So, yeah, there's a certain limit that would

19   have to go on there because it's not going to be like a

20   whole lot of food left over.

21   Q.  So have you imposed any rules, like they can have

22   between one and three trays or one and five trays?

23   A.  On average what we have left over, again, if

24   there's -- I always stay firm, fair and consistent.  If

25   there's enough for each to get three patties, then they

206 622 6875  |  800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                        AFTERNOON SESSION

 2                          1:36 p.m.

 3                          --oOo--

 4

 5                   CONTINUING EXAMINATION

 6   BY MS. BRENNEKE:

 7        Q.  So welcome back.  I notice that in the summaries

 8   of the meals they include religious and special dietary

 9   meals; is that correct?

10        A.  That's correct.

11        Q.  So you have requirements to prepare general meals

12   and then also special ones that meet particular needs?

13        A.  That is correct.

14        Q.  Is there also a requirement to produce sack

15   lunches?

16        A.  Yes, there is.

17        Q.  And what are the sack lunches used for today?

18        A.  For JPAT, which are those that are going out and

19   for anyone that's coming in.  In-house wise, if a

20   detainee is at an attorney visit or general visit and

21   they miss that meal that comes into the dorm, because it

22   only can stay in there for so long, and if we're done

23   with meal service, then they would get a sack lunch.

24        Q.  And are those kept in a certain location?

25        A.  Yes, they are.  They're refrigerated.
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1      Q.   In the kitchen?

2      A.   Uh-huh.

3      Q.   Is that a yes?

4      A.   Yes, there is.   Sorry.

5      Q.   And how do you determine how many sack lunches to

6   make?

7      A.   That depends on if there's -- what the number of

8   people coming in or going out.   It all depends.   So we

9   try not to leave anything that's on hand after a day.

10   So it just all depends.

11      Q.   And those are cold meals, so they stay fresh?

12      A.   Yes.   And they're made daily.

13      Q.   And are you asked by anyone how many to make, or

14   do you just make 15 or 20 and see how it goes?

15      A.   Again, if it's a day where there's some coming in

16   and if they say there's 80 coming in, I will be notified

17   that we have 80 coming in.   So we would make sure we

18   have 80 sacks on hand for those that are coming in so

19   that we can feed them.

20      Q.   And what do you do with the extra?

21         So let's say you make 80 and it turns out that

22   they can actually go to a regular meal.   Do they get the

23   sack lunch anyway?   Or do you sometimes have extra sack

24   lunches?

25         MR. PUSATERI:   Object to form.

206 622 6875  |  800 831 6973
production@yomreporting.com
www.yomreporting.com

1    A.   If we know that 80's coming in, then we'll do the

2    80.  And if 60 comes instead of the 80, they're allowed

3    only to stay for 24 hours, so they're gone the next day.

4    Q.   Do you distribute them to others before they

5    expire, or do you actually have to throw them away?

6    A.   If they're not needed -- if they're needed, then

7    we can serve them.  But if they're not, we throw them

8    away.

9    Q.   Has it ever been a practice to distribute those

10   extra meals before they expire to people -- to detainee

11   workers or others who are doing work in the facility?

12       MR. PUSATERI:  Object to form.

13   A.   A sack lunch may be given to acknowledge their

14   extra performance that they may have done, but they

15   still get that dollar.  So they're still getting paid.

16   Q.   So if somebody does a little extra work or does

17   an extra hard job, they might get the dollar plus a sack

18   lunch?

19       MR. PUSATERI:  Object to form.

20   A.   For the acknowledgment, yes, if there's some

21   available.

22   Q.   And are those only if there's extra left over, or

23   do you actually make sack lunches in order for them to

24   be given as an extra acknowledgment?

25   A.   Again, normally on a daily basis there are sack

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1          (Deposition Exhibit No. 44 was marked for
 2     identification.)
 3       Q.  (BY MS. BRENNEKE)  And will you please identify
 4     what this is?
 5       A.  This is an Internal and External Job Posting for
 6     the Food Service Supervisor.
 7       Q.  So this is, again, the person who's your
 8     assistant food service manager?
 9       A.  That is correct.
10       Q.  So who's currently in that position?
11       A.  Currently right now is Edwin Delacruz.
12       Q.  And was he the one that was hired in 2015?
13       A.  I'm not for sure if he was the one, but he is the
14     latest.
15       Q.  How long has he been there in that role?
16       A.  I'd say close to three years.
17       Q.  Is there also a job description for the cook
18     supervisors?
19       A.  Yes, they do have one.
20          (Deposition Exhibit No. 45 was marked for
21     identification.)
22       Q.  (BY MS. BRENNEKE)  Is Exhibit 45 the on-the-job
23     training for cook supervisors?
24       A.  Yes, this is the OJT for the cook supervisors.
25       Q.  And are the cook supervisors primarily
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1   responsible for making the food and overseeing the work

2   of the detainee workers in the food preparation and

3   service on the line?

4          MR. PUSATERI:  Object to form.

5      A.  Generally, I am overall responsible for the whole

6   food services department.  Again, my cooks are there

7   again to make sure they're supervising and making sure

8   that the policies and procedures are being maintained at

9   all times.

10     Q.  So you rely on them to do the moment-by-moment

11  supervision?

12     A.  That is correct, yes.

13     Q.  And so they also are involved with you in

14  conducting detainee safety training?

15     A.  That is correct, yes.

16     Q.  And they're also involved with you in conducting,

17  ensuring all of the standards of the kitchen are

18  followed for the detainee workers who are there?

19     A.  That is correct, yes.

20     Q.  And are they required to ensure the detainee --

21  strike that.

22         Do you provide detainee workers with particular

23  uniforms or equipment for their work in the kitchen?

24     A.  Yes, we do.

25     Q.  And what are the uniforms that GEO provides for

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1   the detainee workers at the NWDC?

2       A.  The ones that work in the kitchen get a white

3   uniform, and we provide the hair nets, the beard guards

4   and we also provide the slip-resistant boots.  And any

5   protective equipment, goggles, gloves, we provide that.

6       Q.  And do the cook supervisors along with you and

7   the other staff in the kitchen, GEO staff in the

8   kitchen, ensure that the detainees are actually wearing

9   and utilizing the equipment that's required?

10      A.  That is correct.

11      Q.  Who is it that conducts the on-the-job training

12  for the cook supervisor position?

13      A.  For me it would be anyone coming on board now.

14  Again, if I had a supervisor that -- my supervisor that

15  was missing, I would train that person.  As far as the

16  cook supervisors, myself, the assistant manager and the

17  other cook supervisors would do the OJT with that new

18  person coming on board.

19      Q.  Do you have food service workers who are separate

20  from the cook supervisors?

21      A.  What do you mean by food service workers?

22          (Deposition Exhibit No. 46 was marked for

23  identification.)

24      Q.  (BY MS. BRENNEKE)  Is Exhibit 46 the on-the-job

25  training for food service workers for GEO?

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1      A.   That is false.

2      Q.   So there's a strict line between the food

3   preparation and what the officers do in terms of

4   security?

5      A.   That is correct.

6           (Deposition Exhibit No. 49 was marked for

7   identification.)

8      Q.   (BY MS. BRENNEKE)  Can you please take a look at

9   Exhibit 49 and indicate if you recognize the photos in

10  that packet?

11     A.   Yes, I do.

12     Q.   And what is it that is depicted in the photos in

13  Exhibit 49?

14     A.   What's happening right now, this is during a meal

15  service where detainees are dishing up food and cook

16  supervisor is right there supervising and making sure

17  that they're getting the meal out.

18     Q.   And so that's the first page of the exhibit, yes?

19     A.   Yes, this is the first page that I see.

20     Q.   And so the detainees are the individuals in the

21  white uniforms, and those are consistent with the

22  uniforms that are currently being used?

23     A.   That is correct.

24     Q.   And those are hair nets that are required to be

25  worn?

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

BERTHA HENDERSON; January 30, 2019                                    124

1       A.  That is correct.

2       Q.  And there's one cook supervisor who's overseeing

3   all the hands-on work of the detainees?

4       A.  That's in this photo, that's correct.

5       Q.  Let's go then to photo number two.

6       A.  (Witness complies.)

7       Q.  You will -- oh, you know what, was it all the

8   same one?  Is that's what's going on?

9           MR. PUSATERI:  There looks like a little of both.

10          MS. BRENNEKE:  Let's go off the record.

11          (Off the record.)

12          MR. PUSATERI:  This is one packet of sequential

13   photos that's part of one exhibit, and they're all

14   different?

15          MS. BRENNEKE:  Yes.

16      Q.  (BY MS. BRENNEKE)  What's the second page of the

17   photo?

18      A.  The second page?

19      Q.  I'm sorry, of the photo packet.

20      A.  Again, detainees serving a meal.

21      Q.  So is this the food line where they're dishing

22   things onto plates?

23      A.  These are the two hot lines, and the serving line

24   is right down the middle.  On the other side there's

25   cold lines and actually going down this way.  It starts


206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1    from this end and goes down this way.

2       Q.  So it starts from the end where the GEO guard is

3    and goes toward the other side?

4       A.  There's a detainee down on this end and he's

5    sending those trays down, and she's standing in the

6    middle watching them go through this way.  There's

7    another one on this side.

8       Q.  So each of the detainee workers has a specific

9    role and they do it for each of the plates or the trays

10   that are being passed down the line?

11      A.  That is correct.

12      Q.  So can you give me some examples of what each of

13   the detainees is doing in this food line?

14      A.  I'm not sure what was on the menu that day, but

15   we would generally have the meat entre on this end.

16   Then it would be the starch, vegetables.  So anything

17   that's on this side is going to be hot.  What's on the

18   other side would typically be their salad, their bread,

19   their margarine.  If it was a dessert, it could be cake,

20   jello, with the cold side would be on the other side.

21      Q.  So every meal includes one of each of those

22   things or a portion of each of those things?

23      A.  Not every meal.

24      Q.  Except for the special meals?

25      A.  Well, dessert wise, desserts is like splitting

206 622 6875  |  800 831 6973
production@yomreporting.com
www.yomreporting.com

1    up.  There's a dessert every day, but it may not be

2    lunch, it might be at dinnertime.

3        Q.  And what's the third page of that packet?  What's

4    depicted there?

5        A.  This one is the opposite side of the serving

6    line, where this part is the cold side, now the other

7    side is still the hot side, and they're still sending

8    trays down on the other end.

9        Q.  So the cold side is on the bottom of the picture?

10       A.  It's on -- yes.

11       Q.  And they would be sending it from left to right?

12       A.  However it's going down, so it's cake here, so

13   that cake would go on the side that's closest to them on

14   their tray.

15       Q.  And then they pass it down?

16       A.  Send it on down, correct.

17       Q.  Can you look at the next page, please.  What does

18   this depict?

19       A.  This depicts, again, different angle of the

20   serving line where you'll still have your hot sides over

21   here and at the very end down here would be the loading

22   area where they will load the food onto the carts.  And

23   here, again, you have the supervisor that's here and you

24   also have an officer that's over here who's probably

25   answering the phone or something over there before that

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1    cart would go out.

2         Q.   And we can't see the carts in this picture; is

3    that correct?

4         A.   No.  You can't see, no.

5         Q.   What is this right here?

6         A.   This is the hot serving line.

7         Q.   So those look -- yeah.  You can see the controls

8    on the hot serving line?

9         A.   Yes.

10        Q.   What's the next picture?

11        A.   So this picture back here is our prep area, and

12   here we have two detainees and we also have a cook

13   supervisor that looks like they are dishing up food out

14   of the big kettles that has been prepared.  So they're

15   dishing it up.

16        Q.   So this is another plating or service exercise?

17        A.   Correct.

18        Q.   Keep going.  What's the next one?

19        A.   And here we have supervisor standing here,

20   detainees -- this is not on the serving line.  I'm not

21   sure where this is at.

22        Q.   So with the exception of the last picture, do

23   those all look like accurate depictions of the food

24   production and plating process at the facility?

25        A.   Yes, it is.

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1      Q.  And what we don't see here is the cooking part,

2  correct?

3      A.  That is correct.

4      Q.  So do you have another part of the kitchen that's

5  devoted towards cooking?

6      A.  In that prep area in the back towards the last

7  page back there.

8      Q.  Second to last page?

9      A.  Second to the last page, that is part of where

10  some of that cooking is done with those big large

11  kettles there.

12      Q.  So for the hot food, they utilize those kettles?

13      A.  That is correct.  And there's also ovens in there

14  and cook skillet.

15      Q.  And is the dishwashing and other cleaning work

16  equipment pictured in any of these?

17      A.  No.

18      Q.  And that's in a different section of the kitchen?

19      A.  Correct.

20      Q.  All right.  Thank you.

21          MS. BRENNEKE:  I think I would like to take like

22  a five-minute break and get some water.

23          (Recess taken.)

24      Q.  (BY MS. BRENNEKE)  So I would like to move our

25  focus to a little more about the current detainee worker

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1    again, there's no one specific thing that they do in the

2    kitchen.  But if someone expresses an interest in baking

3    and then we would put them over there on the baking and

4    train them on doing a lot of the baking if that's what

5    they like to do.  Or if they like to have on hands in

6    the cooking process.

7           So it's their way of saying I have interest in

8    this particular thing, and so then that's what we focus

9    on in learning and training and showing them what to do

10   as far as the baking part aspect of it.

11      Q.  And it would be the GEO staff who decides who

12   gets to do what roles depending on your needs for the

13   day?

14      A.  Generally.  But, again, we also have detainees

15   that will express their interests also.

16      Q.  Have you ever had detainees come in with a whole

17   lot of prior work experience?

18      A.  I haven't seen their background as far as what

19   their work experience is.  They express that they have

20   interest in working in the kitchen, so I don't have a

21   resume from them.  So it's something that they're just

22   expressing that they have interest in doing while

23   they're there.

24      Q.  So once they come into the kitchen, it would

25   require communication with them between you and them or

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1    one of the GEO staff members and them to figure out if

2    they had a particular interest in an area in the

3    kitchen?

4        A.   Yes.   It would be through communication via

5    detainee stating that, you know, I may have used to bake

6    and that's how that person might become the baker.

7        Q.   And that's at the discretion of the GEO staff?

8        A.   That is correct.

9        Q.   How is it that detainees are assigned or hired

10   into the kitchen to begin with?   Is that anything you're

11   involved in?

12       A.   You're asking how are they assigned to the

13   kitchen?

14       Q.   Yes.

15       A.   Well, it's a volunteer work program, so they

16   would either contact me or Ms. Singleton, who does the

17   worker program, via e-mail stating their expression to

18   want to work in the kitchen.   With that process, if I

19   get it, I would forward it to Ms. Singleton.   And from

20   there, Ms. Singleton will handle getting their

21   information down to medical to make sure that they're

22   medically cleared to work in the kitchen.

23       Q.   And before they come to work there has to be a

24   medical clearance?

25       A.   That is correct.

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

 1      Q.   And then who is it that determines which hours or

 2   shifts the detainee workers are working in the kitchen?

 3      A.   That's determined by myself, Ms. Singleton and

 4   the detainee.

 5      Q.   And so if somebody preferred a --

 6      A.   Morning shift.

 7      Q.   -- a morning shift, they could make that request

 8   but it would be your discretion?

 9      A.   That is correct.

10      Q.   And then in terms of training, if you take a look

11   at Exhibit 5, please, this has been previously marked,

12   is this the Kitchen Worker Orientation Checklist or

13   initial training that detainee workers get when they are

14   assigned to the kitchen?

15      A.   Yes, they do.  This is it.

16      Q.   This one says it's updated 1/13/2017.  Can you

17   look through that and make sure that looks complete and

18   accurate to you?

19      A.   This particular form, it was updated January 13,

20   2017, but we do update these yearly.

21      Q.   Is this generally consistent with the kind of

22   training that detainee workers get on the kitchen

23   expectations and requirements and standards and

24   procedures that you're expecting them to follow?

25      A.   Yes, it is.

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1    Q.  And has that been pretty consistent throughout

2  your time at the Northwest Detention Center facility?

3    A.  Yes, it has.

4    Q.  And I think you said before that both the cook

5  supervisors as well as the assistant manager and

6  yourself all participate in training at various times?

7    A.  That is correct.

8    Q.  Is it required that the detainee workers go

9  through training before they start working?

10   A.  It is required that certain -- for instance, we

11  will not hire a detainee and put them directly on the

12  meat slicer without giving them training.  So there's --

13  yes, it's always an ongoing training process.  But,

14  again, certain pieces of equipment we're not going to

15  just say go slice this meat.

16   Q.  Okay.  Well, I'm just imagining your workflow.

17       Do you do new kitchen detainee worker training

18  every day, every week?  With what frequency do you do

19  it?

20   A.  On a weekly basis.

21   Q.  And what day?

22   A.  That varies.

23   Q.  So you try to get all of your newbies in at one

24  time so you can train them all together?

25   A.  And it's going to be per shift.  So if it's a

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1    lunch shift and they're coming in, then we're going to

2    dive right into that training packet.

3       Q.   And how long does it generally take to train a

4    new kitchen worker before they can start their work?

5       A.   Again, it's an ongoing process.  There's certain

6    things that they can start learning as we teach them.

7    Again, if it's a meat slicer, we're not going to put

8    them on the meat slicer their very first day.  So it's

9    still -- it's an ongoing training process.

10      Q.   So let's go through Exhibit 5 real quick.  So the

11   orientation checklist, are they required to be trained

12   in all of those areas before they start working?

13      A.   No.  It's ongoing.

14      Q.   So you create a file for them and then check off

15   what's been done when?  Is that what you do?

16      A.   Yes.

17      Q.   So the first initial hazardous communication

18   safety training, is that something that needs to be done

19   at the very beginning or can that be done a little

20   later?

21      A.   It's at the beginning to let them know that there

22   are chemicals in our kitchen and there's PPEs that go

23   along with that and --

24           MR. PUSATERI:  Off the record.

25           (Off the record.)

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1      Q.   (BY MS. BRENNEKE)   So the next page, the kitchen

2   worker rules and regulations, is that required to be

3   done before people start to work or is that ongoing as

4   well?

5      A.   It's ongoing.

6      Q.   How about the sanitation practices?

7      A.   Ongoing.

8      Q.   Handwashing procedures?

9      A.   Ongoing.

10     Q.   Sanitary rules?

11     A.   Ongoing.

12     Q.   Equipment safety?

13     A.   Ongoing.

14     Q.   You said already hazardous chemical is ongoing,

15   correct?

16     A.   Yes.

17     Q.   And the equipment training, I assume that they

18   need to be trained on the equipment before they use it?

19     A.   That is correct and still ongoing.

20     Q.   Are they required to sign the detainee job

21   descriptions before they start work?

22     A.   Yes, they are.

23     Q.   And are they required to sign the voluntary work

24   program agreement before they start work?

25     A.   Yes, they are.

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1    Q.  And are they required to sign the hygiene and

2    grooming standards?

3    A.  Yes, they are.

4    Q.  And also the detainee rules and regulations

5    training?

6    A.  Yes.

7    Q.  Who is it that is responsible for ensuring that

8    attendance and work effort is being made?

9         In other words, if you had people on a shift and

10   you were expecting them and they don't show up, who's

11   responsibility is it for noting that and taking action

12   with regard to that?

13   A.  My cook officer.  Whoever is actually working on

14   the desk that particular day that's checking in the

15   detainees, it would be notated on the work roster

16   whether they came or not.

17   Q.  And so that's one of the cook supervisors who has

18   that role that day?

19   A.  That's correct.

20   Q.  So they're basically taking attendance?

21   A.  Yes.

22   Q.  And a detainee can lose their job if they don't

23   show up for work, correct?

24       MR. PUSATERI:  Object to form.

25   A.  If a detainee is not there due to their illness,

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1    as well, the disinfectant, or was that a new adjustment

2    you made?

3        A.  No, we were using that.

4        Q.  Have there been any other complaints of fungus or

5    problems within the --

6        A.  No.

7        Q.  And with regard to all of the cleaning, you were

8    talking about chemicals and gloves, and I assume that

9    GEO has those chemicals and equipment and gloves and

10   protective gear all at the kitchen and provides those to

11   the detainee workers who need to use them?

12       A.  That is correct.

13       Q.  So when detainee workers come to work, they just

14   show up as themselves, they're not required to bring

15   anything from their units?

16       A.  They come as themselves with their ID cards and

17   wristbands.

18       Q.  So for the night cleaning detail, those detainees

19   also have to be cleared for medical purposes to work in

20   the kitchen; is that correct?

21       A.  That is correct.

22       Q.  And there's a particular roster that's posted

23   about who's been cleared and who can be assigned to the

24   cleanup duty?

25       A.  We have a roster of workers that is actually

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1   that detail expected to work all five days?

2       A.   Yes.  But if he put in a request to have a day

3   off, then they're allowed to do that.

4       Q.   So as of 2019, do any detainee workers work more

5   than one shift or more than -- like in the kitchen?

6            MR. PUSATERI:  Object to form.

7       A.   They're only scheduled for one shift.

8       Q.   As of January 2019, do any detainee workers work

9   more than one job a day, like the kitchen and something

10  else?

11           MR. PUSATERI:  Object to form?

12      A.   I can only speak about what the food -- the

13  kitchen detail.  I can't answer if some other department

14  does, but all I know is my workers work one detail.

15      Q.   In the past have you had workers who worked more

16  than one shift or more than one work detail in the

17  kitchen?

18      A.   Yes, I did.

19      Q.   And what periods of time did you have employees

20  who were working more than one shift?

21      A.   Employees or detainees?

22      Q.   Sorry, yeah.  So during what periods of time did

23  you have detainee workers working more than one shift?

24      A.   It's going to have to be during unusual

25  circumstances, one being chickenpox, you got cohort with

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1    that process.  It's a 21-day process.  So if a detainee

2    is one of my kitchen workers and they're in that pod, so

3    during that time you would go through periods of that

4    during those times.

5        Q.  Any other times?

6        A.  Besides chickenpox, it's going to be the time

7    that they had an overall worker stoppage.

8        Q.  When was that?

9        A.  I can't give you a specific date.  I don't

10   remember that.

11       Q.  But it was while you were there after 2007

12   sometime?

13       A.  Oh, yeah.

14       Q.  And how long was it that -- what time period was

15   it or what's the length of the time that people could

16   work more than one shift?

17       A.  It wasn't for a long period of time.  Once the

18   situation got corrected, then they would gradually come

19   back and volunteer to work.

20       Q.  And then you went back to assigning just one

21   shift per detainee?

22       A.  That is correct.

23       Q.  And so you would assign detainee workers to two

24   shifts when the need was there to finish the prepping

25   and cooking and cleaning and food preparation for the

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1    center?

2        A.   So, again, getting permission to do that, under

3    the circumstances they were assigned two shifts, getting

4    paid for each shift that they performed a dollar.  And

5    that was only for that specific special circumstances.

6        Q.   Because more work was needed from fewer people in

7    order to maintain the production of food?

8        A.   Well, no, you had -- you had the chickenpox and

9    you had people that were on the cohort status that

10   couldn't be going out in population until they were

11   cleared to go back out either work or whatever it may

12   be.

13       Q.   So you had a reduction in the number of detainee

14   workers who were available?

15       A.   That is correct.

16       Q.   And so for those who were still available, some

17   of them were given the opportunity to work two shifts

18   and earn two dollars for the two shifts; is that

19   correct?  One dollar per each shift?

20       A.   Per detail.  So if they worked breakfast, that

21   was one detail.  With that permission, again, based on

22   the need and them being cohorted, then they would be

23   able to work another detail and get paid a dollar.

24       Q.   So if they worked two shifts, they could work up

25   to nine or ten hours in one day; is that correct?

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

 1  dollar a day within the rules?

 2      A.  Again, it's all opinionated, thinking that we

 3  could get more.  Back in this time, a lot of things were

 4  in play.  One, we were still at a lower -- at this

 5  seven, this was 2011, so we were looking a the ratio of

 6  staff and detainee, the whole situation.  So different

 7  years, different opinions on what was going on at that

 8  time.

 9      Q.  And so at that point you were particularly

10  reliant upon the detainee workers to conduct the food

11  service production because you had lower GEO staffing?

12      A.  I wouldn't say that, because offhand right now I

13  couldn't tell you as of June 14, 2011 what the

14  population was at that time either.  So I can't -- I

15  would be speculating on that.

16      Q.  I'm sorry.  I was just trying to understand what

17  you meant.

18          So throughout you've relied on the detainee

19  workers to complete the work of food services, correct?

20      A.  That's incorrect.  I never said that I relied on

21  them to complete the whole food service department, and

22  if that's the case then we wouldn't have GEO staff in

23  there.  They're there to assist us.

24      Q.  Right.  And they're an essential component of the

25  entire staffing plan?

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1        A.   They are.  But they're there for assistance, not
2    to complete the whole goals of food service department.

3        Q.   Got ya.  Okay.

4             And so what benefits would there be to
5    compensating kitchen and laundry workers beyond a dollar
6    a day?

7        A.   Again, that would be for me to form my own
8    opinion of the whole situation.  Again, I wasn't on the
9    decision making as far as what it was going to be for
10   the workers pay.  But, again, it would -- it would -- my
11   opinions would be thrown out there, they would -- their
12   performance would be, you know, different.  Again, it's
13   all going to be my opinion.

14       Q.   So do you think that you would get more detainee
15   workers to participate if they were paid more than a
16   dollar a day for their work?

17            Would it be easier to maintain your needed
18   staffing levels?

19       A.   It would be easy for me to maintain my quota that
20   I submitted.  But, again, it's a volunteer work program,
21   and it's one of those things that it's going to
22   fluctuate.  It's going to go up and down, and that's
23   going to be based on the detainees.

24       Q.   What, if anything, happened after June 14, 2011,
25   with regard to compensating kitchen and laundry workers

206 622 6875  |  800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                 REPORTER'S CERTIFICATE

 2      I, BETSY E. DECATER, the undersigned Certified Court

 3   Reporter, pursuant to RCW 5.28.010 authorized to

 4   administer oaths and affirmations in and for the State

 5   of Washington, do hereby certify that the sworn

 6   testimony and/or proceedings, a transcript of which is

 7   attached, was given before me at the time and place

 8   stated therein; that any and/or all witness(es) were

 9   duly sworn to testify to the truth; that the sworn

10   testimony and/or proceedings were by me stenographically

11   recorded and transcribed under my supervision, to the

12   best of my ability; that the foregoing transcript

13   contains a full, true, and accurate record of all the

14   sworn testimony and/or proceedings given and occurring

15   at the time and place stated in the transcript; that a

16   review of which was waived; that I am in no way related

17   to any party to the matter, nor to any counsel, nor do I

18   have any financial interest in the event of the cause.

19      WITNESS MY HAND and DIGITAL SIGNATURE this 11th day

20   of February, 2019.

21   _____

22   BETSY E. DECATER, RPR
     Washington Certified Court Reporter, CCR 3109
23   bdecater@yomreporting.com

24

25
```



206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com