**BAKER DECLARATION**

**EXHIBIT AJ**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____

THE STATE OF WASHINGTON,        )
                                )
              Plaintiff,         )
                                )
          vs.                   )    No. 3:17-cv-05806-RJB
                                )
THE GEO GROUP, INC.,            )
                                )
              Defendant.         )
_____


DEPOSITION UPON ORAL EXAMINATION

OF

LEONARDO JARAMILLO

_____


1:36 p.m.
June 18, 2019

OFFICE OF THE ATTORNEY GENERAL
7141 Cleanwater Drive
Olympia, Washington 98504-0113



REPORTED BY: JACQUELINE L. BELLOWS, CCR 2297

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                      APPEARANCES

 2
     For the Plaintiff State of Washington:
 3
     LA ROND BAKER
 4   OFFICE OF THE ATTORNEY GENERAL
     800 Fifth Avenue 2000
 5   Seattle, Washington 98164-1338
     206.464.7744
 6   larondb@atg.wa.gov

 7

 8   For the Class Action Plaintiffs:

 9   JAMAL N. WHITEHEAD
     Schroeter Goldmark & Bender PS
10   810 Third Avenue, Suite 500
     Seattle, Washington 98104
11   206.622.8000
     whitehead@sgb-law.com
12

13

14   For the Defendants:

15   KRISTEN ASAI
     Holland & Knight
16   111 Southwest Fifth Avenue, Suite 2300
     Portland, Oregon 97204
17   503.517.2948
     Kristen.Asai@hklaw.com
18

19

20

21

22

23

24

25
```

206 622 6875  |  800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1   Corporation, CSE.
 2        Q.   Your position after 2002?
 3        A.   We had a new building built in Tacoma.  And we
 4   moved from Seattle to Tacoma.  And I was given a
 5   position as segregation lieutenant.
 6        Q.   I'm sorry.  "Segregation lieutenant;" is that
 7   correct?
 8        A.   Yes, ma'am.
 9        Q.   What year was that?
10        A.   2004, I believe.
11        Q.   So in 2000 -- just so I make sure I get this
12   right.  In 2004 your work moved to the Northwest
13   Detention Center in Tacoma?
14        A.   Yes, ma'am.
15        Q.   When you moved your position to the Northwest
16   Detention Center, you changed your position to
17   segregation lieutenant; is that correct?
18        A.   I was moved to segregation lieutenant.
19        Q.   How long were you the segregation lieutenant?
20        A.   I couldn't give you the exact time because at
21   some point between there, I was -- I took a lieutenant's
22   position as one of the shift lieutenants.  And I
23   couldn't tell you when that was.
24        Q.   Do you think it was 2005?
25        A.   I couldn't tell you.
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1       Q.    Your next position after being a segregation
2   lieutenant was?
3       A.    A shift lieutenant.
4       Q.    A shift lieutenant?  Okay.  Did you have any
5   positions at the Northwest Detention Center other than
6   shift lieutenant?
7       A.    No.  Well, yes.  After the lieutenant's
8   position, I was promoted to captain in 2010.  And I was
9   the captain there till 2011 when I resigned and left
10  Geo.
11      Q.    So you resigned in 2011; is that correct?
12      A.    Yes, ma'am.
13      Q.    Were you ever the chief of security for the
14  Northwest Detention Center?
15      A.    Yes.  The name changed.  Or the position name
16  changed, I believe before I left, to where I was -- it
17  was chief of security.  They gave it the major's
18  position, major/chief of security.
19      Q.    Do you know when you were major/chief of
20  security?
21      A.    Till the time I left.
22      Q.    When did you begin your position as major and
23  chief of security?
24      A.    It could have between 2010, 2011, 'cause I
25  left as chief of security in 2011.

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1       Q.   I just want to make sure I get this right.  So

2    at the Northwest Detention Center you held four

3    positions:  Segregation lieutenant, shift lieutenant,

4    captain, then major and chief of security; is that

5    correct?

6       A.   Yes, ma'am.

7       Q.   I wanted to get a bit of information about

8    each of those positions and what your responsibilities

9    were in relation to the Voluntary Work Program.  Let's

10   start with the segregation lieutenant.  When you were

11   the segregation lieutenant, did you have any

12   responsibilities related to the Voluntary Work Program?

13      A.   No.

14      Q.   What were your duties as a segregation

15   lieutenant?

16      A.   To maintain the segregation area.

17      Q.   When you say "maintain the segregation area,"

18   can you please describe that.

19      A.   Just monitor the officers and the detainees,

20   make sure that they were -- everybody that came in was

21   offered everything that's allowed in the unit.  So if

22   they were there for a period of however long their

23   sentence was in segregation, then -- so we housed them

24   in segregation.  And we released them from segregation

25   back to general population.

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1        Q.    Do you know if there were individuals who were

2    ever sentenced to segregation for incidents that arose

3    out of their work in the Voluntary Work Program?

4        A.    Not that I recall.

5        Q.    Your next position was as shift lieutenant; is

6    that correct?

7        A.    Yes.

8        Q.    What were your duties and responsibilities

9    related to the Voluntary Work Program as a shift

10   lieutenant?

11       A.    I don't understand what you're asking.

12       Q.    In your position as a shift lieutenant, did

13   you have any responsibilities for overseeing or

14   implementing the Voluntary Work Program?

15       A.    I don't -- I'm not understanding what

16   "implementing" . . .

17       Q.    Sure.  So let me ask again.  In your role as a

18   shift lieutenant, did you supervise detainee workers?

19       A.    Yes.

20       Q.    Can you please describe what you did in

21   supervising detainee workers?

22       A.    Just make sure that they performed their

23   duties as required for the task at hand, make sure they

24   had their supplies and everything they needed.

25       Q.    When you say "make sure they had their

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1    supplies," can you tell me what you mean by that?

2        A.   Well, if we had detainees that were, say,

3    floor crew, sweeping and mopping the hallways and

4    buffing and stripping the floors, that they had

5    everything that was needed to accomplish the task to

6    make sure that they were okay.

7        Q.   Did you supervise detainee workers who were

8    working in the pods, their living areas?

9        A.   Personally as a lieutenant, no.

10       Q.   Did you supervise -- you said you supervised

11   floor workers; is that correct?

12       A.   If they were out on the floor and I could be

13   able to help monitor detainees 'cause my office was

14   on -- in the hallways.  And I could step out if I needed

15   to relieve an officer.

16       Q.   Did you supervise detainee workers who were

17   painting, also, when you were a shift lieutenant?

18       A.   In the hallways, yes.

19       Q.   Were there any other detainee workers that you

20   personally supervised when you were a shift lieutenant?

21       A.   I could probably -- I probably went into the

22   laundry room where detainees are working in the laundry.

23   If the officer had to go to the bathroom and he didn't

24   have anyone else available, I would always step in and

25   help.

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1      Q.   You mentioned floor crew.  Can you please tell

2   me what work detainee workers perform when they are

3   working in the floor crew?

4      A.   Sweeping, mopping, stripping, and buffing or

5   waxing floors.

6      Q.   Can you tell me what you mean by "stripping"

7   the floor?

8      A.   When the floors -- at some point the floors

9   will get -- start to get dirty and so forth which means

10   that the stain was -- the wax was probably going after

11   so many mops and stuff.  So they were stripping because

12   of the floor's not all looking good, you know.  So the

13   wax was peeling away.  So they'd strip it and take all

14   the old wax off.  And . . .

15      Q.   How would they strip the floor?

16      A.   With the strippers.  They had floor strippers.

17      Q.   I don't know what a floor stripper is.  Can

18   you please tell me.

19      A.   It's a big machine with brushes on the bottom

20   of it.

21      Q.   So it's a large machine that --

22      A.   It's just a machine that they put -- and it

23   has, like, brushes on the bottom.  They would put

24   whatever was needed to strip the floors and spray the

25   floors or whatever.  Then they'd just start stripping

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1    it, take the old coat off.

2        Q.   So the detainee workers would spray chemicals

3    onto the floor and then use a machine to strip the

4    floor?

5        A.   It could be floor stripper.  Or it could just

6    be soap and water.

7        Q.   Do you know how many hours the detainee

8    workers would work to strip the floors?

9        A.   No.

10       Q.   Do you think it was more than two hours that

11   they worked to strip the floors?

12       A.   I couldn't tell you 'cause that was generally

13   done on the night shift.  So I couldn't tell you.

14       Q.   Was this something that was performed every

15   day?

16       A.   No.

17       Q.   Was it as per needed?

18       A.   As needed.

19       Q.   And who made the decision that the floors

20   needed to be stripped?

21       A.   I couldn't tell you where the order would come

22   from.  There were people above me that would make a

23   decision on when we needed to get it done.

24       Q.   You also mentioned that detainee workers in

25   the floor crew would buff the floor.  How is that

206 622 6875  |  800 831 6973
production@yomreporting.com
www.yomreporting.com

1   different than stripping the floor?

2       A.   Well, buffing the floor, you're just

3   putting -- spraying it with -- it could be whatever

4   solution.  I couldn't tell you what it was.  But they

5   sprayed the floor.  And they just take -- the buffers

6   will have a buffing pad on the bottom of it.  Instead of

7   the brushes to peel stuff off, they put pads on the

8   bottom.  And they would take a spray, then just take

9   that same machine and just start buffing the floors.

10  They're basically polishing the floors.

11      Q.   So the detainee workers would spray chemicals

12  onto the floor.  And then they used the same machine as

13  the stripper, but it would have a different --

14      A.   Pad.

15      Q.   -- pad on the bottom?

16      A.   Uh-huh.

17      Q.   Then they use that to buff the floors?

18      A.   They'd use that.  Then they'd just buff the

19  floor until it shines.

20      Q.   Is that the same for waxing the floor, too?

21  Is that the process that detainee workers --

22      A.   Waxing would -- a lot of times, would be just

23  taking -- you could take an old rag on a mop handle and

24  put it on there.  And they slowly just start adding wax.

25      Q.   When the detainee workers handle the

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1    chemicals, do they have to wear protective gear like

2    gloves or masks?

3            MS. ASAI:  Object to the form.

4        A.   No.  They really never touched anything.

5        Q    (By Ms. Baker) How were -- do you remember how

6    detainee workers were trained to do that work?

7        A.   Whoever -- I couldn't recall who, who was

8    assigned the training or dealt with the training.  But

9    in my experience, a lot of detainees, that was their job

10   on the outside.  So they knew what to do.  They'd come

11   and tell you what they could do.

12       Q.   Okay.  So they were familiar with it because

13   they had done that work on the outside before coming to

14   the Northwest Detention Center?

15       A.   Right.

16       Q.   They had those skills already?

17       A.   The knowledge.

18       Q.   Do you recall whether or not, like the

19   detainees who worked the floor crew, if they were given

20   a food or snacks for their work at night?

21       A.   Yeah.  At times they would get a sack lunch at

22   the end of the night.  At the end of whatever they were

23   doing, they'd get a sack lunch.

24       Q.   Also were they paid a dollar?

25       A.   They were paid as well.

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1       Q.   So they received a dollar through the payment,

2    the voluntary work payment, and then also a sack lunch?

3       A.   Uh-huh.

4       Q.   So detainees never -- you said that some --

5    the detainees who worked on the floor crew, they came

6    from the outside and they had experience with

7    maintaining floors, buffing and stripping.  Did the

8    detainee workers ever make the decision that the floors

9    needed to be stripped or buffed or waxed?

10              MS. ASAI:  Object to the form.

11      A.   A lot of times, the detainees, being that they

12   had the experience, they'd tell us, if we do this

13   first -- but yeah, they would tell us.

14      Q.   But the decision that, like, it was time to,

15   like, get a crew together, that came from somewhere

16   above you in the Geo hierarchy?

17      A.   I don't make the decision.

18      Q.   And the detainee workers don't make that

19   decision; right?

20      A.   No.

21      Q.   You talked also about painting, that you

22   supervised detainees who painted.  Can you tell me what

23   you mean by that?

24      A.   Well, when there was painting that needed to

25   be done, we'd get volunteers; and they'd paint.  Either

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1  that's what we gave them.  But it wasn't ever nothing

2  to -- as an encouragement to go to work.

3       Q.   Did you ever hear detainees complain that the

4  dollar-a-day payment was not enough or it was

5  insufficient?

6       A.   Not in my lifetime.

7       Q.   Really?  Okay.  So I was asking about your

8  role as a shift lieutenant.  Your next position was as a

9  captain.  Did you have different responsibilities

10 regarding supervising detainee workers in the Voluntary

11 Work Program when you were a captain than when you were

12 a shift lieutenant?

13      A.   No.  Because I came in with the work incentive

14 of I am no different than you.  And I wouldn't be

15 different from any detainee, never different from an

16 officer.  I did what the officers did.  I did what

17 detainees do.  I was never different and never put

18 myself above them.

19      Q.   Did you train Geo officers to supervise

20 detainee workers in the Voluntary Work Program?

21      A.   No.  They knew what to do.

22      Q.   So if a new Geo officer, you know, came into

23 the facility, how would they know how to supervise a

24 detainee in the Voluntary Work Program?

25      A.   All new officers coming into the facility go

206 622 6875  |  800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1   through the academy.  It's a five-week academy.  So a
 2   lot of this is brought out during the academy.
 3       Q.   During the academy Geo officers are trained
 4   how to supervise detainee workers?
 5       A.   That's their job.
 6       Q.   Their job is to supervise detainee workers?
 7       A.   Especially if you're a unit officer, you're
 8   going to be working, supervising detainees in all
 9   aspects of whatever it is.
10       Q.   Why is that?
11       A.    It's their job.  It's what they were hired
12   onto.  They were hired to -- part of our job is direct
13   supervision.
14       Q.   Direct supervision of detainee workers?
15       A.   Any detainee, direct supervision.
16       Q.   Did you ever directly supervise detainee
17   workers in the pods or living areas?
18       A.   When I was an officer.
19       Q.   But that was not at the Northwest Detention
20   Center; is that correct?
21       A.   Yes, it was.
22       Q.   You were an officer at the Northwest Detention
23   Center?
24       A.   Yes, I was.
25       Q.   What years was that?
```

206 622 6875  |  800 831 6973
production@yomreporting.com
www.yomreporting.com

 1        A.   Yes, ma'am.

 2        Q.   And from August 2012 to --

 3        A.   To now?

 4        Q.   Okay.

 5        A.   I resigned, retired, from Geo in March of

 6   2017.

 7        Q.   March of 2017.  Okay.  So from July of 2012 to

 8   March of 2017, what positions did you hold?

 9        A.   Officer and chief of security.

10        Q.   So you were chief of security?

11        A.   Let me rephrase.  Officer, captain, chief of

12   security.

13        Q.   I'm just going to clarify this.  You were the

14   captain in 2010 and 2011.  And you again served as

15   captain when?

16        A.   I couldn't give you an exact date.

17        Q.   What years, do you think?

18        A.   I couldn't tell you.

19        Q.   After 2012, though?

20        A.   Yes.

21        Q.   Then you served as chief of security right

22   before you resigned in 2011 and again between 2012 and

23   2017; is that right?

24        A.   (Nodding.)

25        Q.   Do you know when?

206 622 6875  |  800 831 6973
production@yomreporting.com
www.yomreporting.com

1          A.    2012 I came back as an officer.  I was

2     captain -- I'm not going to guess on a date.  I couldn't

3     guess.

4          Q.    So earlier you were saying that you observed

5     floor crews and you supervised floor crews.  Did you do

6     that between 2012 and 2017?

7          A.    Yes.

8          Q.    You also earlier said that you supervised

9     detainee workers who were painting in the facility.  Did

10    you do that between 2012 and 2017?

11         A.    Yes.

12         Q.    And to your knowledge, were detainee workers

13    painting in the facility as part of their work in the

14    Voluntary Work Program when you resigned in 2017?

15         A.    Repeat that.

16         Q.    Do you know whether or not detainee workers

17    were painting in the facility as part of their work when

18    you resigned in 2017?

19         A.    Yes.

20         Q.    Did you have responsibility for hiring

21    detainees to perform work in the Voluntary Work Program?

22              MS. ASAI:  Object to the form.

23         A.    Not personally responsible.  Because you had

24    supervisors, and the supervisor had staff.  So as

25    part -- and officers under them.  There could be times

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1    where I may be in the on the weekend, working, or even
2    during the week.  And if I'm making my walks through the
3    facility, which I was required to walk the facilities
4    every day, see how things were going in the units, I
5    would approach detainees.
6            If I see that a room needed painting and the
7    officer hasn't taken the initiative to get painters, I
8    would take the initiative and ask:  Does anybody know
9    how to paint?  And I'd have a lot of volunteers.  I'd
10   ask them if they could paint because we had to have
11   stairs painted and the unit needed painting.  And they
12   would -- I had one tell me.  He said, Yeah, that's what
13   I did on the outside; I love to paint.  I said Okay, I'd
14   appreciate it.  He said, Can I get my partner to work
15   for me, have my partner working with me?  I said, Sure,
16   whatever you got.  I appreciate it.
17           So as I'm walking through the unit to go to
18   the officer with these detainees that wanted to paint, I
19   told him, I'll make sure that you get paint cart with
20   everything you need the color of this room.  And they're
21   volunteering to paint.
22       Q    (By Ms. Baker) What's the paint cart?
23       A.   There's a cart that has -- there are several
24   carts within the facility because every unit didn't have
25   the exact, same color.  So we'd make sure that they

206 622 6875  |  800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1    would get the cart that has the paints they need that's
 2    in their unit.
 3         Q.    So on the cart, there would be paint that
 4    matched the walls of a particular unit.
 5         A.    The walls, the stairwell, yes.
 6         Q.    Then there would be rollers?
 7         A.    Rollers, paint brushes, tape.  The same things
 8    we use on the outside.
 9         Q.    Painting is painting.
10         A.    And then make sure they get it.  And, as I'm
11    walking through with these guys, I had another one in
12    the same unit approach me say, Can I buff the floors?
13    I'd love to buff the floors.  I said:  Do you know how
14    to buff the floors?  He goes:  I do.  Okay.  Anything
15    that you guys want to do in here, feel free.  Just let
16    the officer know.  He said okay.
17         Q.    Was the painting and the buffing of the
18    floors, did that occur at night?
19         A.    The floors probably would have been done on
20    the night shift because -- make sure that it doesn't
21    keep people awake or it's done prior to night or during
22    night when everybody -- the hallway's done mostly at
23    night because there's no movement.  Everybody's in bed.
24    And during the day, we -- on day shift and swing shift,
25    prior to bedtime, we could have them tape off an area
```

206 622 6875  |  800 831 6973
production@yomreporting.com
www.yomreporting.com

1        Q.    Were detainees every terminated from the

2   Voluntary Work Program?

3        A.    No.  I couldn't remember.  I couldn't tell

4   you.  I don't recall.

5        Q.    You don't recall if a detainee didn't perform

6   well, were they allowed to continue doing the work in

7   the Voluntary Work Program?

8        A.    If they weren't doing well, we'd get a report

9   from the officer.  And okay, we'll just need to make

10  sure to let somebody know.

11       Q.    What would happen when you let somebody know?

12       A.    Either the detainee would get replaced by the

13  next person in line.

14       Q.    How would you assess if a detainee was doing

15  their work well in the VWP?

16       A.    From the officers that supervised them.

17       Q.    So that would mean an officer that was

18  supervising the detainee worker would assess whether or

19  not their work was meeting a particular standard?

20       A.    The standard, yup.

21       Q.    If their work wasn't meeting a particular

22  standard, then they would be either -- they would be

23  encouraged to improve their work or they'd be

24  terminated?

25            MS. ASAI:  Hold up.  Hold up.  Object to the

206 622 6875  |  800 831 6973
production@yomreporting.com
www.yomreporting.com

 1   form.

 2        A.   They'd be given the opportunity.  They'd show

 3   them again how it's done.  If they still weren't getting

 4   it and weren't capable of that, then of course we'd get

 5   somebody new.

 6        Q    (By Ms. Baker) Was there a process for getting

 7   someone new or for terminating detainee workers from the

 8   Voluntary Work Program?

 9             MS. ASAI:  Object to the form.

10        A.   There was a list that was created and -- on

11   how -- on -- when they volunteered and a request was

12   sent in they wanted to work, they'd be put on.  Whatever

13   detail they were wanting to do, they'd get put on the

14   list.  And as the detainees either quit or booked out,

15   then we'd get somebody new that's on the list.

16        Q    (By Ms. Baker) Were detainees expected to work

17   seven days a week as part of the Voluntary Work Program?

18        A.   Not that I recall.

19        Q.   Do you know what their schedules were?

20        A.   Well, there was a work schedule of when they

21   were to come out if they were needed.

22        Q.   When you say there's a "work schedule," can

23   you tell me what you mean by that?

24        A.   Well, there's days where a schedule of

25   detainees in the -- it could be, say, we're going to

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1   want to do it anymore.

2        Q.   This is -- if a detainee wants to quit their

3   job, this is what they would fill out?

4        A.   Correct.

5        Q.   If a detainee quit a job or signed a Refusal

6   Work form, would that impact their ability to get

7   another position in the Voluntary Work Program?

8        A.   They'd have to start -- it was the same

9   procedure as it was in the beginning:  Submit a request

10  to the classification officer of wanting to work

11  somewhere else.  And it would be their decision, not

12  mine.

13       Q.   The classification officer, that's a Geo

14  officer; is that right?

15       A.   Yes.

16       Q.   Did ICE have any involvement in assigning

17  detainee workers to positions in the Voluntary Work

18  Program?

19       A.   No.

20       Q.   Did ICE have any input in terminating a

21  detainee from the Voluntary Work Program if their work

22  wasn't up to par?

23       A.   No.

24       Q.   Do you know how positions were created in the

25  Voluntary Work Program?

206 622 6875  |  800 831 6973
production@yomreporting.com
www.yomreporting.com

1   issue.  And if they want to work, they'll come out and
2   work.  It didn't matter what other detainees did.  If we
3   didn't get anybody, then we would make sure the
4   detainees got fed.
5        Q.   Right.  So that means that Geo workers would
6   have to work in the kitchen to make the food?
7        A.   Yes, ma'am.
8        Q.   Do you recall an incident where that occurred,
9   where Geo workers had to make the food because detainee
10   workers had stopped working in the kitchen?
11        A.   We had one.  I can't tell you when.
12        Q.   Do you recall whether or not food was delayed
13   in getting out to the detainees?
14        A.   No.
15        Q.   Do you recall whether or not there was
16   overtime that was incurred from the Geo workers?
17        A.   No.
18        Q.   Do you know whether or not any -- to your
19   knowledge, were you -- did you participate in any
20   detainee being subject to discipline under this 214 for
21   encouraging people to participate in a work stoppage?
22        A.   No.
23        Q.   Did you have any role in training detainee
24   workers to do their -- to perform their work in the
25   Voluntary Work Program?

206 622 6875  |  800 831 6973
production@yomreporting.com
www.yomreporting.com

1     A.   Only as unit officer.

2     Q.   Can you tell me what that training looked

3  like, what your role looked like in that?

4     A.   How to use a paint brush and a roller, mask

5  off.

6     Q.   Could you tell me, like, what do you mean by

7  "mask off"?

8     A.   Tape off what you don't want painted.

9     Q.   So you tell the detainee workers that they

10  needed to paint a particular wall.  And then you'd teach

11  them how to mask off the areas that you didn't want

12  painted a particular color?

13     A.   Correct.

14     Q.   Would you also teach them how to use the

15  tools?

16     A.   If they didn't know how, yes.

17     Q.   Were there any other positions in the unit

18  that you trained detainee workers to perform?

19     A.   No.

20     Q.   So if a detainee worker was supposed to go

21  wash the showers, what training would you provide for a

22  new detainee worker whose jobs it was to wash the

23  shower?

24     A.   I'd give them a brush and a soap bucket.  And

25  at times it could be a little scrub brush to scrub the

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1   Center?
 2        A.   No.
 3        Q.   Did ICE review your performance as a Geo
 4   officer at the Northwest Detention Center?
 5        A.   No.
 6        Q.   Did ICE give you directives regarding the
 7   Voluntary Work Program at the Northwest Detention
 8   Center?
 9        A.   No.
10        Q.   Did ICE provide you input or information
11   regarding detainee workers and their participation in
12   the Voluntary Work Program?
13        A.   No.
14        Q.   Are you aware of ICE participating or ICE
15   providing Geo guidance regarding the Voluntary Work
16   Program?
17        A.   No.
18        Q.   Are you aware of ICE directing Geo to create
19   certain positions in the Voluntary Work Program?
20        A.   No.
21        Q.   Are you aware of ICE setting any of the hours
22   that detainee workers worked in the Voluntary Work
23   Program?
24        A.   No.
25        Q.   Do you know an ICE agent by the last name of
```

206 622 6875  |  800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                  REPORTER'S CERTIFICATE

 2            I, JACQUELINE L. BELLOWS, the undersigned

 3    Certified Court Reporter pursuant to RCW 5.28.010 authorized

 4    to administer oaths and affirmations in and for the State of

 5    Washington, do hereby certify that the sworn testimony

 6    and/or proceedings, a transcript of which is attached, was

 7    given before me at the time and place stated therein; that

 8    any and/or all witness(es)were duly sworn to testify to the

 9    truth; that the sworn testimony and/or proceedings were by

10    me stenographically recorded and transcribed under my

11    supervision, to the best of my ability; that the foregoing

12    transcript contains a full, true, and accurate record of all

13    the sworn testimony and/or proceedings given and occurring

14    at the time and place stated in the transcript; that a

15    review of which was requested; that I am in no way related

16    to any party to the matter, nor to any counsel, nor do I

17    have any financial interest in the event of the cause.

18                  WITNESS MY HAND AND DIGITAL SIGNATURE this

19    22nd day of June, 2019.

20

21

22    _____

23         Jacqueline L. Bellows
           Washington State Certified Court Reporter, No. 2297
24         jbellows@yomreporting.com

25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com