**BAKER DECLARATION**

**EXHIBIT AO**

```
 1              UNITED STATES DISTRICT COURT

 2             WESTERN DISTRICT OF WASHINGTON

 3

 4   STATE OF WASHINGTON          )
                                  )
 5        Plaintiff,              )
                                  )
 6   vs.                          ) No. 3:17-CV-05806-RJB
                                  )
 7   THE GEO GROUP INC.           )
                                  )
 8        Defendant.              )

 9

10          DEPOSITION UPON ORAL EXAMINATION

11                   OF RYAN KIMBLE

12

13                     10:09 A.M.

14                    MAY 22, 2019

15                  800 FIFTH AVENUE

16                     SUITE 2000

17            SEATTLE, WASHINGTON  98104

18

19

20

21

22

23

24   REPORTED BY:  CATHERINE A. DECKER, CCR NO. 1975

25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                  A P P E A R A N C E S
 2
 3   FOR THE PLAINTIFF:
 4         LAROND BAKER
 5         ANDREA BRENNEKE
 6         Office of the Attorney General
 7         800 Fifth Avenue, Suite 2000
 8         Seattle, Washington  98104
 9         larondb@atg.wa.gov
10         andreab3@atg.wa.gov
11         206 442-4492
12
13   FOR THE DEFENDANT:
14         SHANNON ARMSTRONG
15         J. MATTHEW DONAHUE
16         Holland & Knight LLP
17         111 Southwest Fifth Avenue, Suite 2300
18         Portland, Oregon  97204-3626
19         503 517-2924
20         shannon.armstrong@hklaw.com
21         matt.donohue@hklaw.com
22
23
24   Also present:  JUDY ST. JOHN, Paralegal for Ms. Baker
25
```


206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1  floors?
 2      A.   In the detainee area, the secured side of the
 3  facility.
 4      Q.   So in their living units?
 5      A.   Their living units, hallways.
 6      Q.   Kitchen?  Would they buff the floors in the
 7  kitchen?
 8      A.   No.
 9      Q.   Would they buff the floors in the attorney
10  meeting room area?
11      A.   No.
12      Q.   Would they buff the floors in the medical
13  area?
14      A.   Yes.
15      Q.   How often does this work happen?
16      A.   To my knowledge when needed.
17      Q.   Can you tell me how detainee workers are
18  compensated for work in the voluntary work program, the
19  actual mechanism for paying detainee workers?
20              MS. ARMSTRONG:  Object to the form.
21      A.   They sign a worksheet that says that they were
22  part of the voluntary work program for that day and
23  that gets tabulated and sent as part of the bill to the
24  client.
25      Q.   When you say a worksheet, can you tell me what
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1  you mean by that?
2      A.  It's a sheet where they have their name, their
3  A number, and they sign that they worked that day.
4          [Exhibit No. 175 was marked for identification.]
5      Q.  You've been handed a document that's been
6  marked as Exhibit 175.  Take a moment to familiarize
7  yourself with the document.  Can you tell me what this
8  is?
9      A.  The first sheet is the manual entry of
10 everybody that participated in the voluntary work
11 program for NWDC, and the sheets after that are the
12 sheets that show that they were part of the voluntary
13 work program for that day.  This is January 1.  There
14 is some 2017, the sheets that are behind here.
15     Q.  I'm sorry.  You said "manual entry."  Can you
16 tell me what that means?
17     A.  The finance department will get the sheets and
18 they manually put it into the key banking system to
19 apply the dollar that is associated with when they
20 signed that they participated in the voluntary work
21 program.
22     Q.  What is the key banking system?
23     A.  It is the banking system that Northwest
24 Detention uses to delineate detainee accounts.
25     Q.  Okay.  And when is the dollar credited to a

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1  detainee's account?
 2              MS. ARMSTRONG:  Object to the form.
 3        A.   We're usually a day behind.  We get the
 4  information and they will enter that information the
 5  next day.
 6        Q.   Okay.  Are you aware of any instances where
 7  detainee workers have received more than a dollar a day
 8  for their participation in the voluntary work program?
 9        A.   Yes.
10        Q.   Can you tell me about that?
11        A.   It was the previous barbers that we were
12  talking about.
13        Q.   And those detainee workers, how much do they
14  receive for their participation in the voluntary work
15  program?
16        A.   They would receive a dollar if they were out
17  for the barber shop.  And then if they were out in
18  another job if they had the other job on a different
19  day or whatever, they would be paid the dollar for that
20  day.
21        Q.   Other than the barbers, have you approved
22  payment for more than one dollar a day for
23  participation in the voluntary work program?
24              MS. ARMSTRONG:  Object to the form.
25        A.   I think the barbers are the only one that's
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1   coming to mind, yes, ma'am.
 2       Q.   Okay.
 3    [Exhibit Nos. 176 through 178 were marked for
 4   identification.]
 5       Q.   You've been handed three exhibits -- nos. 176,
 6   177 and 178.  Can you take a moment to look at these
 7   and familiarize yourself with them.
 8       A.   Yes, ma'am.
 9       Q.   What are these documents?
10       A.   These are the supporting documents for the
11   voluntary work program that is sent up to the COR with
12   the invoice each month.
13       Q.   To the COR?
14       A.   The contracting officer representative.
15       Q.   Great.  So if we look at Exhibit 177.  There
16   are negative -- there are voids.  Can you tell me what
17   those mean.
18       A.   It was a miss-key when they were putting them
19   in, because we put these in manually.  So if they would
20   have put a zero dollar amount then they have to void it
21   out and put it in the dollar that's there or if they
22   inadvertently doubled it, put the same number in twice,
23   that would be the voids.
24       Q.   Okay.  If we look at Exhibit 178, are there
25   any other reasons why a detainee's account would have
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1   an void on it or would have a negative?
 2                MS. ARMSTRONG:  Object to the form.
 3        A.   No.
 4        Q.   Okay.  So each of the entries on 178, which is
 5   a reduction of a detainee worker's account of $2, those
 6   are miss keys; is that correct?
 7                MS. ARMSTRONG:  Object to the form.
 8        A.   Yes, ma'am.
 9        Q.   Have you ever performed any research or
10   budgeting projections involving paying detainees more
11   than a dollar a day for any work that's currently
12   performed by detainee workers in the voluntary work
13   program?
14        A.   I have not.
15        Q.   Are you aware of any research or budgeting
16   projections that GEO has generated regarding paying
17   more than a dollar a day for work that's performed in
18   the voluntary work program?
19        A.   Not that I know of from the NWDC.
20        Q.   Are you aware that of researcher budgeting
21   proposals from another location?
22        A.   No.
23        Q.   Okay.  You referred to monthly invoices a few
24   different times.  Can you tell me what the monthly
25   invoices are?
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                    REPORTER'S CERTIFICATE

 2

 3        I, CATHERINE A. DECKER, the undersigned Certified

 4   Court Reporter, pursuant to RCW 5.28.010 authorized to

 5   administer oaths and affirmations in and for the state

 6   of Washington, do hereby certify that the sworn

 7   testimony and/or proceedings, a transcript of which is

 8   attached, was given before me at the time and place

 9   stated therein; that any and/or all witness(es) were by

10   me duly sworn to tell the truth; that the sworn

11   testimony and/or proceedings were by me

12   stenographically recorded and transcribed under my

13   supervision, to the best of my ability; that the

14   foregoing transcript contains a full, true, and

15   accurate record of all the sworn testimony and/or

16   proceedings given and occurring at the time and place

17   stated in the transcript; that a review of which was

18   requested; that I am in no way related to any party to

19   the matter, nor to any counsel, nor do I have any

20   financial interest in the event of the cause.

21        WITNESS MY HAND this 4th day of June 2019.

22        [signature: Catherine A. Decker]

23

24   CATHERINE A. DECKER,
     Washington State Certified Court Reporter, #1975
25   cdecker@yomreporting.com
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com