**BAKER DECLARATION**

**EXHIBIT AR**

|  | CORPORATE POLICY & PROCEDURE MANUAL<br><br>CHAPTER:  Food Services<br><br>TITLE:  Food Service Management PROCEDURE<br><br>RELATED ACA STANDARDS:  4-4313, 4-4314, 4-4306, 4-ALDF-4A-04, 4A-05, 4A-07 | **NUMBER:**<br>8.1.1-A<br>**SUPERSEDES:**<br>4/1/2013<br><br>**EFFECTIVE:**<br>4/18/14 |
|---|---|---|

**PROCEDURE**

**A. Methodology**

1. GEO facilities may provide meals to their resident population, and employees, through contracted services, or by in-house personnel.

2. All menus utilized by GEO facilities will be reviewed at least annually by a qualified nutritionist, or dietician, to ensure that they meet the nationally recommended dietary allowances for basic nutrition.

3. All kitchens operated by GEO, or on behalf of GEO, will meet or exceed all local, state and federal guidelines pertaining to institutional food service operations (i.e. public health licensure; OSHA; etc.).

4. GEO Corporate staff will create, and maintain, a comprehensive management system to ensure that all food service at its facilities is professionally operated.

**B. Policies & Procedures**

1. The procedures developed at each GEO facility shall include, but not be limited to, the following practices:

   a. Participation in a food expenditure cost accounting system, designed to determine cost per meal, per resident.
   b. Estimation of food service requirements.
   c. Purchase of supplies at wholesale, and other favorable prices and conditions, when possible.
   d. Determination of, and responsiveness to, resident eating preferences.
   e. Refrigeration of food, and the specific storage periods.

2. Sub-contracted food service vendor's operations will be required to meet, or exceed, GEO Food Service Policies & Procedures.



EXHIBIT 28
Henderson
DATE: 1-30-19
B. Decater, CCR, RPR

Page 1 of 3

GEO-State 009379

|  | PROCEDURE MANUAL | NUMBER: 8.1.1-A |
|---|---|---|

### C. Corporate / Divisional Oversight

1. A Food Services Manager will be employed at the Corporate Headquarters level to create and maintain policies & procedures to govern the operation of food production at GEO facilities.

2. The Food Services Manager will monitor the corporate and site-specific policies & procedures to ensure that they are updated and relevant.

3. The Corporate /Divisional Food Service Department will also:

   a. Monitor facilities, and adhere to the policies & procedures.
   b. Recommendations will be made to the Regional Offices and Corporate for authorization.
   c. Develop master menus for the facilities' implementation.
   d. Review and authorize menu changes.
   e. Present GEO created menus and special diets to a registered Dietician for review, and written approval.
   f. Negotiate cost effective corporate purchase rates for raw food items, cleaning supplies, kitchen equipment, etc.
   g. Maintain a food cost monitoring system to provide Corporate, Regional Office, and facilities with timely food cost analysis.
   h. Provide training for Food Service Managers.
   i. Conduct on-site audits, and provide specialized assistance.

4. The Food Service Manager will also monitor the performance of outsourced food service contracts.

### D. Regional Office Oversight

1. Each Regional and Divisional office will designate staff members who will monitor the performance of the food service operations at each facility in their area.

2. The Regional Office Director of Business Management will collect data from each facility to ensure that the food service operation is being operated in a cost effective and fiscally sound manner.

3. Corporate Contract Compliance personnel will conduct periodic audits of the food service operations to ensure that they are operating within the policies & procedures as well as the individual requirements of their contracts.

### E. Facility Management

1. GEO facilities that provide complete in-house Food Service will employ a work force dedicated to the Food Service operation.

GEO-State 009380

|  | PROCEDURE MANUAL | NUMBER: 8.1.1-A |
|---|---|---|

2. The facility Food Service work force will typically be comprised of the following members:

   a. Food Service Manager, who is experienced in the management of institutional food service operations

   b. Cook Supervisors, or cooks, who have a background in institutional or large scale commercial cooking environment

   c. Some facilities may utilize Cook Supervisors who have been cross trained to provide their internal security supervision function.

   d. GEO facilities that provide complete in-house Food Service shall have a full-time Food Service Manager with experience in quantity food preparation and institutional food service management, or a college degree equivalent.

   e. The Food Service Manager will have the resources, authority, and responsibility to provide complete food service for the facility, including three nutritionally adequate, palatable, and attractive meals per day; all produced under sanitary conditions, and at reasonable costs.

   f. The Food Service Manager will supervise all functions of the food service operations and work in conjunction with Business Management to ensure that the food service operation is being operated in a cost effective manner.

   g. Business Management will monitor the food service line item of the budget, and ensure that the Food Service Manager has adequate financial resources to operate the food service operation.

   h. Business Management will conduct a monthly inventory in the Food Service Department in accordance with Corporate Policy 2.2.3: Inventory Control; to verify that the Food Service Manager has adequate resources and that the resources are being managed properly.

   i. Business Management will work closely with the Food Service Manager to insure that the operation performs on a cost effective and fiscally sound basis.

   j. The Cook Supervisors, or cooks, will prepare meals, participate in cleaning, supervise, and train resident kitchen workers.

   k. Each facility will develop their own site-specific position descriptions and post for these positions.

   l. All Food Service staff, and inmate/detainee/resident workers, must receive medical clearance prior to working in the Food Services environment.

GEO-State 009381