# BAKER DECLARATION

# EXHIBIT AX

## Northwest Detention Center
### Detainee kitchen worker hygiene and grooming standards

Report to work in a clean uniform as specified by the correctional facility.

Hair restraints are to be worn at all times in the production, storage, and serving areas.

Jewelry is not to be worn, other than a watch or a wedding ring.

Practice personal cleanliness:
- Take a bath or shower daily.
- Brush your teeth at least twice a week.
- Use a deodorant.
- Wash your hair at least once a week and keep it neat.
- Keep your nails clean and well- trimmed.
- Wear clean under clothes daily.

Avoid touching your face, hair or nose. Do not touch scratches or pick at open wounds.

Wash hands frequently especially after having performed one of these activities.

- Using the restroom.
- After coughing or sneezing into your hands.
- Touching your nose, hair or face.
- Changing into detainee uniform.
- After handling boxes, crates or packages.
- After handling garbage.
- After handling anything.

Report all injuries to the kitchen staff, examples cuts, burns, falls etc.

Report to the kitchen staff when you are sick with a cold or if you have diarrhea or any other symptoms.

Do not handle food with out wearing a clean pair of gloves.

When preparing of the food, always use clean utensils such as tongs, spoons, forks etc.

When using scoops from the flour, rice, sugar bins etc. Make sure the handle is facing up when placed back in the bin.

When making biscuits, dinner rolls or loaves of bread and you have to use your hands. Use a pair of disposable gloves and discard them when ever they are dirty.

I have read, and understand, and agree to abide to all of the standers stated above.

Detainee signature _____ A # _____         Date _____

Kitchen staff signature _____         Date _____

Kitchen Worker Hygiene              KIT 007                     11-05-07

EXHIBIT 4
WIT: Kimble
DATE: 7-9-18
J.L. Bellows, CCR 2297

GEO-State 003519