# BAKER DECLARATION

# EXHIBIT AY

<table>
<tr>
<td><br>Northwest<br>Detention Center</td>
<td>POLICY and PROCEDURE MANUAL<br><br>CHAPTER: Sanitation and Hygiene<br><br>TITLE: Laundry Services<br><br>RELATED ACA STANDARDS:<br>4-ALDF-4B-01 through 4B-05</td>
<td>NUMBER:<br>4.4.5<br><br>SUPERSEDES:<br>4/20/2010<br><br>EFFECTIVE:<br>4/18/2014</td>
</tr>
</table>

## I. PURPOSE:

To establish specific tasks to be performed to ensure all clothing, linens, and personal items are laundered in accordance with accepted standards.

## II. POLICY:

It is the policy of the Northwest Detention Center to provide a facility laundry and to ensure that each detainee's uniform, personal clothing, and linens are thoroughly cleaned and disinfected.

## III. PROCEDURES:

A. Laundry Procedures and Responsibilities:

1. Staff

Staff assigned to the laundry are responsible for general laundry operation, the coordination of tasks of the detainee workers assigned to the laundry area, laundry equipment, maintaining appropriate and adequate supplies, and clothing inventory levels. These duties include, but are not limited to:

a. Maintenance of the laundry control system to insure clothing and linen inventory levels are adequate, that there are proper inventory levels in the housing units, admissions, and laundry storage room.

b. Maintenance of inventory levels in the laundry storage area sufficient to accommodate additional needs and replacement for lost, destroyed, or worn items.

c. Maintenance of an adequate supply of clean linen and clothing items as required by daily operational needs.

d. Conducting a routine inventory to establish both present and future needs of clothing and bedding items as determined by present and estimated detainee population levels.

e. Maintenance of an accurate system of accountability and storage of laundry





|  | POLICY AND PROCEDURE MANUAL | NUMBER: 4.4.5 |
|---|---|---|

supplies.

f. Removal from the current inventory any clothing, linens, shoes, towels, etc., which are no longer usable.

g. Supervision of detainee workers while in performance of assigned laundry duties.

h. Meet and maintain all security, fire, and safety requirements.

i. Daily inspection of each piece of laundry equipment prior to use.

j. Notify the Plant Manager of any needed maintenance or repair to laundry equipment.

2. Detainee workers

Under the direction of the assigned staff, detainee laundry workers are to perform housekeeping duties e.g. folding, stacking, cleaning, etc.

B. Collection of Laundry from Housing Units

Staff use laundry carts to transport items to and from the housing units and laundry areas.

**REFERENCES:**
**U.S. Department of Homeland Security, Contract HSCEDM-10-D-00001, Section J. Statement of Work**

**ICE Performance Based National Detention Standards, Part 1 Safety, 1.2 – Environmental Health and Part 4 Care, 4.5 – Personal Hygiene**

|  | POLICY AND PROCEDURE MANUAL | NUMBER: 4.4.5 |
|---|---|---|

REVIEWED/REVISED ____________________________ DATE: __________
Warden

____________________________ DATE: __________
ICE Assistant Field Office Director

REVIEWED/REVISED ____________________________ DATE: __________
Warden

____________________________ DATE: __________
ICE Assistant Field Office Director

REVIEWED/REVISED ____________________________ DATE: __________
Warden

____________________________ DATE: __________
ICE Assistant Field Office Director

REVIEWED/REVISED ____________________________ DATE: __________
Warden

____________________________ DATE: __________
ICE Assistant Field Office Director

REVIEWED/REVISED ____________________________ DATE: __________
Warden

____________________________ DATE: __________
ICE Assistant Field Office Director