**BAKER DECLARATION**

**EXHIBIT BF**

# NWDC Detainee Laundry Training

FROM:  C/O Sandiford, Laundry Officer

SUBJECT:  Detainee _____ A# _____ Date: _____

| Initial | Training Areas |
|---|---|
| | Initial Actions for injuries (immediately report to the Laundry Officer) |
| | First Aid kit Location and Use |
| | Material Safety Data Sheets (MSDS) book |
| | Eye washer use and location |
| | Fire extinguisher procedures |
| | Fire evacuation plan primary and alternate routes |
| | Operation of washers (on-off-opening-closing-numbers of system washes) |
| | Operation of dryers (heating and cooling down) |
| | Chemical Areas in Laundry (Stay out of all chemical loading and storage areas) |
| | Safe handling of dirty laundry (wear gloves) (Medical Clothing washed separately) |
| | Lifting bags of laundry, carts, wet clothes from bins, and stacks of clean laundry |
| | Procedures for exchanging uniforms, linen, and towels in pods |
| | Rest room procedures |
| | Lint trap cleaning |
| | Washer screen cleaning |
| | Entering and exiting the laundry |

I acknowledge that I have received the training listed above and understand the information presented.

_____
DETAINEE SIGNATURE

I certify that the detainee has satisfactorily demonstrated the necessary skills to perform duties as laundry worker.

_____
LAUNDRY OFFICER NAME AND SIGNATURE



EXHIBIT 133
McHeitta
DATE: 2-1-19
B. Decater, CCR, RPR

LA 001

05-22-08