# BAKER DECLARATION

# EXHIBIT BG

# Northwest Detention Center
# HOUSEKEEPING PLAN

The facility establishes this Housekeeping Plan to maintain the physical plant and to ensure that sanitation and safety practices comply with applicable laws, codes, regulations, and standards relating to sanitation and safety within the facility.

**Overview**

A clean, safe, and sanitary working and living environment requires certain general sanitation standards be maintained. Particular attention will be given to the following:

1. Facility floors will be kept clean, dry and free of hazardous substances.
2. Sinks and toilets will be clean and sanitary.
3. Furniture, shelves, and countertops will be clean and free of dust.
4. Windows and mirrors will be kept clean.
5. Mops and rags will be laundered.
6. Window sills, ledges, and door frames and tracks will be kept clean and free of dust and debris.
7. Trash will be removed promptly and placed in the designated removal containers and/or areas.

All safety and sanitation inspections will be conducted under the Warden's direction and authorization. The Fire Safety Manager (FSM) will be authorized to take all measures necessary to comply with the applicable laws and regulations of the county and state in regard to facility safety and sanitation.

All staff members conducting sanitation inspections will furnish the Warden with written reports, including specific deficiencies noted during the inspection and the required corrective action. The FSM will ensure deficiencies are corrected in the required amount of time and will confer with the inspecting staff member regarding the documentation of corrective actions or any re-inspection that may be required.

Inspections will include, but not be limited to ensuring the following:

1. Floors are clean, dry, and free of hazardous substances.
2. There are no accumulations of flammables.
3. Exits and stairways are not blocked and are usable.
4. Fire equipment is accessible.
5. No accumulation of combustibles, trash
6. No vermin or pest infestation is evident.
7. There are no plumbing leaks in the water system.

If any of these conditions exist, the supervisor will take immediate corrective action if possible, or a work order will be completed with a copy forwarded to the FSM.

**Food Service Areas**

It is the responsibility of the Food Services Administrator to ensure high sanitation standards are maintained in the food preparation and service areas. The Kitchen Supervisor will supervise the kitchen detainee work force in daily routing cleaning duties. The kitchen will be inspected and rated by the county Health Department at least annually, and weekly by the ESF/SM.

**Medical Areas**

Special attention will be afforded the medical area to comply with health standards for cleanliness. The staff member supervising detainee workers will ensure they are under that individual's constant, direct visual observation while cleaning the medical area. When mopping in the medical unit due to **soiled**

**floors** Double Bucket method will be utilized. 2 mops will be utilized, one containing fresh water/disinfectant. The second bucket will be utilized to rinse and discard the dirty water. Refer to ICE/DRO Detention Standard for Environmental Health and Safety for specific procedures regarding isolation and terminal cleaning.

### Public Lobby

The public lobby will be swept, mopped, and waxed as needed by detainee workers. All glass will be cleaned on an as-needed basis. Additionally, the lobby will be monitored for cleanliness throughout the day by assigned staff. Any hazards or unclean conditions will immediately be corrected by a detainee worker under an officer's supervision.

### Visitation

All visitation areas will be cleaned as needed by detainee workers after the area is thoroughly searched by staff. All trash will be discarded, carpets vacuumed, and glass cleaned as needed.

### Restricted Security Areas

The control center and the Maintenance Shop will be off limits to detainees at all times (no exceptions). These areas will be cleaned by facility staff members. This cleaning will consist of cleaning counter areas, discarding trash, vacuuming the carpet, as needed, and cleaning all glass, as needed.

### Liquid and Solid Waste

Liquid waste will be disposed of through the waste water system. Mop bucket water will be disposed of by pouring the water down the designated mop bucket cleaning sink located in each janitor closet. Solid waste and trash will be removed from departments and housing units as often as necessary to maintain sanitary conditions and to avoid creating health hazards.

### Carpet Cleaning

All carpets will be vacuumed daily. The Facility Janitor in conjunction with 1st shift will be responsible for this cleaning. All carpets in administration areas will be evaluated on a quarterly basis for steam cleaning.

### Hazardous Materials

All caustic, toxic, and flammable materials will be handled in accordance with Policy 13.1.4-AUR.

### Pest/Vermin Control

The facility uses the service of a qualified professional extermination contractor. This service's purpose is to eliminate pest infestations and provide preventive treatment of future infestations.

The professional contractor will service the facility at least once a month; this schedule may vary from time to time in areas such as the facility kitchen. If necessary, additional preventive treatments may be scheduled.

### Housekeepers

Supervising housekeepers is the responsibility of the officers assigned to the Housing Unit. Supervision includes assigning duties, training newly assigned detainees on their task and using Personal Protective Equipment, supervising work as it is done.

GEO-State 000633

Housing Unit Officers must notify the Captain of any detainee removed from worker status for nonperformance for duties or for vacancies that occur due to a release or transfer. The Classification Department is responsible for assigning the next eligible detainee in that Housing Unit to fill the vacancy.

## FACILITY CLEAN-UP
## DAILY CLEANING SCHEDULE

| AREA | CLEANERS AND DISINFECTANTS USED | SPECIAL INSTRUCTIONS |
|---|---|---|
| Floors Hallways, Intake, Medical Area and Visitation | Green Solutions Neutral disinfectant Cleaner, Glass Cleaner, Green Solutions neutral Disinfectant floor cleaner,. | Sweep and damp mop. Strip, seal and wax and spray buff as needed. |
| Windows And Window Sills | BioRenewables Glass Cleaner | Clean windows and wipe down surfaces to keep them dust-free |
| Sinks, Commodes and Showers | Green Solutions Disinfectant Cleaner, Clean By Peroxy | Clean surfaces with cloth, scrubbing pad or brush. |
| Stainless Steel (Showers, Sinks) | Green Solutions Disinfectant Cleaner | Wipe down surfaces with cloth |
| Trash Receptacles | Green Solutions Disinfectant Cleaner | Empty daily (taken to trash receptacle cleaning station on a weekly basis) |
| Furniture, Vending Machines and other Equipment | Green Solutions Disinfectant Cleaner | Dust all horizontal surfaces with cloth, then wipe with cloth |

## HOUSING UNIT CLEANING SCHEDULE
## ASSIGNED POD PORTERS

| AREA | SCHEDULED CLEANING | CLEANERS AND DISINFECTANTS USED | SPECIAL INSTRUCTIONS |
|---|---|---|---|
| Floors | After every meal (more often if needed) | Tribase Multi Purpose Cleaner | Sweep and damp mop |
| Divider Walls, Windows And Window Sills | Once per shift (more often if needed) | Green Solutions Disinfectant Cleaner/BioRenewables Glass Cleaner | Clean windows and wipe down surfaces to keep them dust-free |
| Sinks, Commodes and Showers | Once per shift (more often if needed) | Green Solutions Neutral Disinfectant Cleaner/BioRenewables Glass Cleaner | Clean surfaces with cloth, scrubbing pad or brush using the appropriate cleanser. |
| Trash Receptacles | Cleaned with Spic-n-Span Weekly | Green Solutions Neutral Disinfectant Cleaner | Empty After every meal and washed out weekly or as needed when it becomes soiled. |
| Furniture | Once per shift | Green Solutions Neutral Disinfectant Cleaner | Spray Cleaner and wipe down surfaces with cloth |
| Equipment | Each Shift | Green Solutions Neutral Disinfectant Cleaner | Wipe down surfaces with cloth |

GEO-State 000634

| | | | |
|---|---|---|---|
| Stainless Steel (Showers, Sinks) | Once per shift | Green Solutions Neutral Disinfectant Cleaner/Clean By Peroxy | Wipe down surfaces with cloth |
| Mattresses/Pillows | Upon transfer (or movement) of detainees | Green Solutions Neutral Disinfectant Cleaner | Wipe down surfaces with cloth |
| Light Fixtures/Vents/Air Ducts | Once a Month | Green Solutions Neutral Disinfectant Cleaner | Wipe down surfaces with cloth. Use Shop Vacuum to clean vents. (Done by Maintenance Trustee). |

## KITCHEN CLEANING SCHEDULE

| AREA | SCHEDULED CLEANING | CLEANER & DISINFECTANTS | SPECIAL INSTRUCTIONS |
|---|---|---|---|
| Tables and Sinks, Stainless Steel | After every use | Bleach | Polish with High Shine Monday through Thursday |
| Pots and Pans | After every use | SparClean Pot & Pan Detergent | Use 3-sink table and sanitize |
| Ovens and Grill | After every use | Oven and Grill Cleaner | Degrease every Thursday with degreaser |
| Dishwasher | After every use | Lime/away by Spartan | De-lime every Thursday and polish with high shine |
| Chemical Room | Daily | Kitchen degreaser. | Sweep and mop. Restock cabinet weekly |
| Floors | Hourly or as needed | Tribase Multi purpose cleaner | Monitor constantly, Use "Wet Floor" signs |
| Storeroom | Daily | Green Solutions Neutral disinfectant Cleaner | Seep and mop. Every Monday move racks from the wall and mop floor. |
| Hoods and filters | Twice daily | Green Solutions Neutral disinfectant Cleaner Stainless steel cleaner | Clean the filters every Monday and polish with high shine. |
| Freezer and refrigerator | Every Tuesday | Green Solutions Neutral disinfectant Cleaner | Sweep floor and wipe down the racks |
| Kettles | After every use | SparClean pot & Pan Detergent | Every Tuesday shine the exterior surface with high shine. |
| Bathroom | Once per shift | Green Solutions Neutral disinfectant Cleaner/Clean by Peroxy | Check every shift. Sign out chemicals from laundry (supply) during assigned hours. |
| Food warmer and food carts | Daily | Green Solutions Neutral disinfectant Cleaner | Inside – weekly with degreaser; outside daily with high shine. |

GEO-State 000635