**BAKER DECLARATION**

**EXHIBIT BH**

Message

| | |
|---|---|
| From: | Bruce Scott [/O=HQMAIL/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=BSCOTT] |
| Sent: | 8/8/2011 9:49:15 PM |
| To: | Bill McHatton [/O=HQMAIL/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=NMCHATTON]; Gregory Haley [/O=HQMAIL/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=GHALEY]; Michael Heye [/O=HQMAIL/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=MHEYE]; Alisha Singleton [/O=HQMAIL/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=ASINGLETON] |
| CC: | Broussard, Johnny CAPT [johnny.broussard@dhs.gov]; McDermott, Kevin CDR [Kevin.McDermott1@phs.dhs.gov]; Liebner, Diana CDR [Diana.Liebner@dhs.gov]; amanda.crowder@dhs.gov |
| Subject: | RE: cleaning of medical spaces |
| Attachments: | Copy of Daily GEO Cleaning Check off list revised 2 25 2011.xls |
| Importance: | High |

I have reviewed the medical cleaning issues.

After meeting with CAPT Broussard I have updated the Daily Medical Cleaning checklist (tab new (02)). It now Separates Detainee detail workers and GEO Janitors more clearly. Steps have been put in standard cleaning task order and the signature blocks has been updated. Added a couple time reminders for the time critical steps. Also added weekly trash can cleaning, per policy. Medical please review for accuracy IAW your policies.

According to IHSC local operation procedures they can use Detainee workers for cleaning as they do now. How we can improve; have the females clean at a different time. Right now they clean before 11:30 count, when the clinic is open and seeing patients. Sometimes they cannot clean an exam room because it is being used. Sometimes they are rushed to get back to pod before count starts. This has been permitting some areas to be missed. I checked with the cleaning crew last week and they are doing what is needed except for the times they cannot enter an in use room.

**** Is there a better time to have the females cleaning crew in there to clean when they are not so rushed? Might ask what is best time from the medical officers point of view as that person will need to watch and monitor. During the medical lunch hour may be the best time.

**** We need to have a cleaning detail for the F& G medical units. Some coordination is required as Medical should check the cleaning prior to completion as they are doing in the main clinic. We can easily modify a checklist for F&G Medical.

****Training can be provided to Medical Officers and Detainees on requirements.

According to CAPT Broussard Medical will be doing all the terminal cleaning in the SSU.

Please provide your comments to bring this into a sustainable practice.

**Bruce Scott**
Fire and Safety Manager

**The GEO Group, Inc.**
Northwest Detention Center

1623 E J Street
Tacoma Washington 98421

Tel: 253 396-1611 ext 280 • Fax: 253 396-0109

bscott@geogroup.com
www.geogroup.com

**This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.**

**From:** Bill McHatton
**Sent:** Wednesday, July 20, 2011 4:19 PM
**To:** Bruce Scott; Gregory Haley; Michael Heye
**Subject:** FW: cleaning of medical spaces

Please share your comments / opinions with everyone involved.

Bruce, please don't forget the highlighted portion of Broussard's #2 issue.


**Bill McHatton**
ASSOCIATE WARDEN

**The GEO Group, Inc.**
Northwest Detention Center

1623 E. J Street
Tacoma, Washington 98421
Tel: 253 396 1611• Fax: 253 396 1250
bmchatton@geogroup.com
www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that your have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

**From:** Gregory Haley
**Sent:** Wednesday, July 20, 2011 4:14 PM
**To:** Bill McHatton
**Subject:** RE: cleaning of medical spaces

ok


# Gregory B. Haley

Administrative Lieutenant



*The Geo Group, Inc.*

*Northwest Detention Center*

*1623 East "J" St.*

*Tacoma, WA 98421*

*253-396-1611 ext. 241*

*work cell 253-279-6978*

*ghaley@geogroup.com*

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

**From:** Bill McHatton
**Sent:** Wednesday, July 20, 2011 4:11 PM
**To:** Bruce Scott; Gregory Haley
**Cc:** Michael Heye
**Subject:** FW: cleaning of medical spaces

Heye didn't share his thoughts with you, so I am. At this point it does not need to go to Smith and Broussard since (I think) we are basically talking about adding a detail or two to "F" (and, if necessary "G").

**Bill McHatton**
ASSOCIATE WARDEN

**The GEO Group, Inc.**
Northwest Detention Center

1623 E. J Street
Tacoma, Washington 98421
Tel: 253 396 1611• Fax: 253 396 1250
bmchatton@geogroup.com
www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that your have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

**From:** Michael Heye
**Sent:** Wednesday, July 20, 2011 2:28 PM
**To:** Bill McHatton
**Subject:** RE: cleaning of medical spaces

There has always been a position available for the cleaning of the F medical room however this position has not been utilized since the last shift rotation. According to the medical officer he dose not have enough time to pick the detail up and have them clean the medical room after they are done with the medical appointments because he has to be back in intake to supervise the medical appointments here. This is the only information I know about cleaning these areas. If workers are needed for any specific area just let use know however we have no control over staffs ability to have the details completed.

---

**From:** Bill McHatton
**Sent:** Wednesday, July 20, 2011 12:11 PM
**To:** Broussard, Johnny CAPT; Eric Smith; Bruce Scott; Michael Heye; Gregory Haley
**Cc:** McDermott, Kevin CDR
**Subject:** RE: cleaning of medical spaces

Eric, I'm going to have Bruce Scott meet with Medical regarding the F & G medical rooms (and their respective hall ways). This may include two new detainee details. So I'll give Heye a "heads up" on this matter, too. Bruce, Haley, and I have talked. Scott will also address Medical, per se.

**Bill McHatton**
ASSOCIATE WARDEN

**The GEO Group, Inc.**
Northwest Detention Center

1623 E. J Street
Tacoma, Washington 98421
Tel: 253 396 1611• Fax: 253 396 1250
bmchatton@geogroup.com
www.geogroup.com

GEO-State 000626

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that your have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

**From:** Broussard, Johnny CAPT [mailto:johnny.broussard@dhs.gov]
**Sent:** Wednesday, July 20, 2011 8:32 AM
**To:** Eric Smith; Bill McHatton
**Cc:** McDermott, Kevin CDR
**Subject:** cleaning of medical spaces

Eric,

I believe I direct these 2 issues to you (not sure).

1. We need to firm up the cleaning routine for the F & G medical rooms. For G-med (not currently being used), It has never been cleaned. Dust bunnies everywhere. Staff are reporting that in the past the F-Medical officer would make the arrangement for a detainee worker to clean the room at the completion of the morning appts. It does not appear that this happens routinely. For consistency, and to ensure that the medical room is being cleaned daily, is it possible to get this solidified into the post order that the officer assigned will coordinate for a detainee worker to clean the room at the completion of the morning clinic? Would also like to have them clean the G-medical space every Friday (until we start using that space).

2. Staff are reporting that the Intake medical rooms & main clinic Exam rooms are not being cleaned/mopped daily. We worked thru a new cleaning schedule not too long ago. Can you send me the checklist housekeeping is currently using?

*Johnny Broussard, CAPT, USPHS*

*Health Services Administrator (acting)*

*ICE Health Service Corps*

*Northwest Detention Center*

*1623 E J. Street, Tacoma, WA 98421*

*Ofc:(253) 779-6052*

*BB: (202) 236-0218*

*Fax: (253) 779-6005*

GEO-State 000627

*johnny.broussard*@phs.dhs.gov

*Warning: This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this report should be furnished to the media, either in written or verbal form.*

GEO-State 000628