# BAKER DECLARATION

# EXHIBIT A

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT B

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT C

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT D

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT E

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT F

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT G

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT H

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT I

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT J

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT K

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT L

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT M

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT N

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT O

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT P

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT Q

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT R

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT S

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT T

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT U

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT V

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT W

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT X

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT Y

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT Z

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT AA

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT AB

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT AC

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT AD

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT AE

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT AF

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT AG

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT AH

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT AI

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT AJ

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT AK

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT AL

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT AM

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT AN

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT AO

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT AP

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT AQ

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT AR

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT AS

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT AT

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT AU

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT AV

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT AW

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT AX

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT AY

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT AZ

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT BAA

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT BB

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT BC

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT BD

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT BE

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT BF

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT BG

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT BH

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT BI

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT BJ

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT BK

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT BL

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT BM

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT BN

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT BO

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT BP

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT BQ

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT BR

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT BS

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT BT

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT BU

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT BV

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT BW

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT BX

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT BY

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT BZ

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT CA

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT CB

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT CC

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT CD

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT CE

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT CF

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT CG

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT CH

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT CI

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT CJ

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT CK

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT CL

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT CM

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT CN

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT CO

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT CP

# FILED UNDER SEAL

# BAKER DECLARATION
# EXHIBIT CQ
# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT CR

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT CS

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT CT

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT CU

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT CV

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT CW

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT CX

# FILED UNDER SEAL

# BAKER DECLARATION

# EXHIBIT CY

# FILED UNDER SEAL

**BAKER DECLARATION**

**EXHIBIT CZ**

**FILED UNDER SEAL**