# BAKER DECLARATION

# EXHIBIT BX

## Daily Work Crew Count Sheet

Month:     Year:

| Date | Tasks | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pod | Laundry | Medical | Kitchen | Floor | Facility | Supply | Barber | OSR | Painter | Intake | Misce. | |
| 1 | | | | | | | | | | | | | 0 |
| 2 | | | | | | | | | | | | | 0 |
| 3 | | | | | | | | | | | | | 0 |
| 4 | | | | | | | | | | | | | 0 |
| 5 | | | | | | | | | | | | | 0 |
| 6 | | | | | | | | | | | | | 0 |
| 7 | | | | | | | | | | | | | 0 |
| 8 | | | | | | | | | | | | | 0 |
| 9 | | | | | | | | | | | | | 0 |
| 10 | | | | | | | | | | | | | 0 |
| 11 | | | | | | | | | | | | | 0 |
| 12 | | | | | | | | | | | | | 0 |
| 13 | | | | | | | | | | | | | 0 |
| 14 | | | | | | | | | | | | | 0 |
| 15 | | | | | | | | | | | | | 0 |
| 16 | | | | | | | | | | | | | 0 |
| 17 | | | | | | | | | | | | | 0 |
| 18 | | | | | | | | | | | | | 0 |
| 19 | | | | | | | | | | | | | 0 |
| 20 | | | | | | | | | | | | | 0 |
| 21 | | | | | | | | | | | | | 0 |
| 22 | | | | | | | | | | | | | 0 |
| 23 | | | | | | | | | | | | | 0 |
| 24 | | | | | | | | | | | | | 0 |
| 25 | | | | | | | | | | | | | 0 |
| 26 | | | | | | | | | | | | | 0 |
| 27 | | | | | | | | | | | | | 0 |
| 28 | | | | | | | | | | | | | 0 |
| 29 | | | | | | | | | | | | | 0 |
| 30 | | | | | | | | | | | | | 0 |
| 31 | | | | | | | | | | | | | 0 |
| Total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

EXHIBIT 6
WIT: Kimble
DATE: 7-9-18
J.L. Bellows, CCR 2297