THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STATE OF WASHINGTON,
PLAINTIFF,

vs.

THE GEO GROUP, INC.,
DEFENDANT.

CASE NO. 3:17-CV-05806-RJB

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF LA RESISTENCIA AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFF**

THIS MATTER having come before this Court on La Resistencia's Motion for Leave to File a Brief as *Amicus Curiae,* and the Court having reviewed all materials submitted in connection with the Motion for Leave and all other pertinent records herein, and being otherwise fully apprised and informed, NOW THEREFORE, it is hereby ORDERED that the Motion for Leave is GRANTED.

SO ORDERED this _____ day of _____, 2019.

_____
THE HONORABLE ROBERT J. BRYAN

ORDER GRANTING MOTION FOR LEAVE TO FILE
*AMICUS CURIAE* BRIEF   1
(Case No. 3:17-CV-05806-RJB)

LAW OFFICE OF AMY KRATZ
615 2nd Ave Ste. 350
Seattle, WA 98104
206.353.9302

Presented by:


/s/ Amy J. Kratz
Amy J. Kratz, WSBA #26768
Law Office of Amy Kratz
615 2nd Ave, Ste. 350
Seattle, WA 98104-2251
Phone: 206.353.9302
Email: kratzlaw@comcast.net
*Attorney for La Resistencia*
Angélica Cházaro (La Resistencia)
Maria Mora Villalpando (La
Resistencia)
Megan Ybarra (La Resistencia)


## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2019, the foregoing document was electronically

filed with the United States District Court's CM/ECF system, which will send

notification of such filing to all attorneys of record.



_s/ Amy J. Kratz_
Amy J. Kratz  WSBA 26768

ORDER GRANTING MOTION FOR LEAVE TO FILE
*AMICUS CURIAE* BRIEF  2
(Case No. 3:17-CV-05806-RJB)

LAW OFFICE OF AMY KRATZ
615 2nd Ave Ste. 350
Seattle, WA 98104
206.353.9302