UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>                    Plaintiff,<br><br>        v.<br><br>THE GEO GROUP, INC.,<br><br>                    Defendant. | CASE NO. 17-5806 RJB<br><br>MINUTE ORDER ON MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF |

The following Minute Order is made by direction of the Court, United States District Judge Robert J. Bryan:

On July 2, 2019, a Motion for Leave to File Brief of La Resistencia as Amici Curiae in Support of Plaintiff (Dkt. 255) was filed.  It is noted for consideration for July 12, 2019.  Dkt. 255.  The proposed amicus added itself to the case.

Pursuant to Local Rule W.D. Wash. 7(d)(3), this motion should be noted for consideration no earlier than the third Friday after filing.  Accordingly, the motion (Dkt. 255) **IS RENOTED** for **July 19, 2019**.   Further, the proposed amicus **IS TERMINATED** from the case until a decision is made on the motion.

Dated this 3rd day of July, 2019.

The foregoing Minute Order authorized by THE HONORABLE ROBERT J. BRYAN, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER ON MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF - 1