The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | CIVIL ACTION NO. 3:17-cv-05806-RJB<br><br>STIPULATED JOINT MOTION TO SEAL DOCUMENTS AND ORDER |

## I.    INTRODUCTION

The Parties, by and through their respective counsel, and in compliance with Local Civil Rule (LCR) 5(g) and 10(g), submit this stipulated joint motion to permit Washington to file, under seal, documents that were marked or designated by Defendant, The GEO Group, Inc. (GEO) or Immigration and Customs Enforcement (ICE), as "confidential" under the terms of the Stipulated Protective Order, ECF 70. The documents to be filed under seal are identified in the chart attached as Exhibit A. The documents at issue are exhibits to the Baker Declaration in Support of Washington's Motion for Summary Judgment. The Stipulated Protective Order entered in this matter, ECF 70, requires Washington to file under seal material GEO or another party designates confidential if the confidentiality designation is not withdrawn. Washington advised GEO that it intended to rely upon confidential documents for its motion and requested that GEO reconsider the confidential designations. GEO reviewed the material and confirmed that it should be designated "confidential" under the Stipulated Protective Order and has

STIPULATED JOINT MOTION TO SEAL
DOCUMENTS

proposed redactions where applicable. The Parties now file this stipulated motion to ensure compliance with the Stipulated Protective Order.

The Court should authorize the filing of these documents under seal for purposes of the accompanying motion for summary judgment. Filing these documents under seal complies with Washington's obligations under the Stipulated Protective Order, protects against disclosure of GEO's asserted confidential financial and proprietary information, and supports the Court's ability to make informed decisions about the parties' arguments.

## II.    AUTHORITY

This motion is brought in accordance with Federal Rule of Civil Procedure 26(c), LCR 26(c), LCR 5(g), LCR 10(g), and the terms of the Stipulated Protective Order, ECF 70.

Rule 26(c) provides for the entry of "any order which justice requires to protect a party or person from annoyance, embarrassment, oppression or undue burden or expense."  Pursuant to LCR 26(c), the Stipulated Protective Order protects specific categories of confidential, proprietary, or private information, but "does not presumptively entitle the parties to file confidential information under seal." LCR 26(c)(2); ECF 70 at 2, ¶ 1.

GEO designated the documents at issue as "Confidential" and purportedly falling within the following categories of "Confidential" documents covered by the Stipulated Protective Order:

> 3. Business financial information, including non-public tax information, contracts, expenditure reports, and internal records of payment or cost summaries that incorporate a) staffing information and compensation; b) security information; or c) proprietary and competitive client and vendor information;
> 4. Personal immigration information or status, including resident identification numbers, A files, and all immigration administrative records and non-public immigration records;
> …
> 7. GEO safety and security-related policies and procedures and communications, including evacuation, fire safety, security system, staffing, physical plant, and emergency protocol information;
>
> 8. Internal GEO communications or reports regarding the administration of the Northwest Detention Center … including internal audits, and internal GEO

STIPULATED JOINT MOTION TO SEAL
DOCUMENTS

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

communications containing proprietary and competitive staffing information or client and vendor information;

       9. Communications with Immigration and Customs Enforcement ("ICE") officials containing sensitive or proprietary information regarding the administration of the Northwest Detention Center or any other facility or center operated by the GEO Group, including staffing information or competitive client and vendor information;

       …

       11. Employee rosters and staffing plans.

       12. Non-public depictions of GEO facilities, including but not limited to, facility diagrams or layouts, photos, audio, and CCTV video.

ECF No. 70 at 2.

<u>GEO'S STATEMENT RE LCR 5(g)(3)(B)</u>

GEO designated certain documents as "Confidential" consistent with the text of the Stipulated Protective Order because it has a good faith belief that public disclosure of those documents will cause financial, competitive, or other serious harm to GEO.  For example, GEO designated documents as "Confidential" when they contain the names and Alien Registration Numbers for federal detainees, information about those detainees, communications and contracts with ICE, and internal reports or policies that identify GEO's sensitive pricing or staffing information that helped GEO to obtain those contracts.  If such information were disclosed to the public, GEO will suffer serious business harm because its competitiors could use the pricing, staffing, or other sensitive business information to unfairly compete against GEO and siphon away its business.  *See, e.g.*, *Seiter v. Yokohama Tire Corp.*, No. C08-5578 FDB, 2009 WL 2461000, at *2 (W.D. Wash. Aug. 10, 2009) (holding the defendant established good cause for protective order due to potential competitive harm from disclosure of pricing policies and other confidential business practices).  In addition, GEO would suffer financial and potentially legal consequences if it disclosed personal information about the detainees in violation of The Privacy Act of 1974, 5 U.S.C. § 552a.  Further, ICE has designated some information that GEO produced as "Confidential" and GEO lacks the ability to withdraw those designations.

STIPULATED JOINT MOTION TO SEAL
DOCUMENTS

GEO reviewed the list of documents that Washington provided on July 1, 2019, and prepared the following chart identifying the basis for its confidentiality designations. Although GEO is amenable to Washington redacting all confidential information from the following documents, GEO understands that Washington seeks to submit the confidential content of these documents and deposition testimony for their dispositive motion, so redaction is not possible.

| Exhibit | Bates Number | Basis of confidentiality |
|---|---|---|
| Henderson 36 | GEO-State 029834-59 | Business financial and competitive information; SPO ¶¶ 2(3), 2(8) |
| McHatton 129 | GEO-State 036825-7027 | Business financial and competitive information; SPO ¶¶ 2(3), 2(8). |
| GEO 30(b)(6) 18 | GEO-State 005744 | Business financial and competitive information; SPO ¶ 2(3), 2(8). |
| Singleton 109 | GEO-State 231194 | Internal report re administration of facility including detainee information; SPO ¶¶ 2(4) & 2(8). |
| GEO 30(b)(6) 20 | GEO-State 019281 | Internal report re administration of facility; SPO ¶ 2(8). |
| Singleton 91 | GEO-State 036481 | Safety/security, SPO ¶ 2(7). |
| Singleton 101 | GEO-State 241568 | Safety/security, SPO ¶ 2(7). |
| GEO 30(b)(6) 9 | | Internal report re administration of facility; SPO ¶ 2(8). |
| Singleton 81 | GEO-State 230007-20 | Internal report re administration of facility including detainee information; SPO ¶¶ 2(4) & 2(8) |
| Singleton 128 | GEO-State 044801-10 | Internal report re administration of facility; SPO ¶ 2(8). |
| Singleton 78 | GEO-State 029337-38 | Internal report re administration of facility; SPO ¶ 2(8). |
| Singleton 119 | GEO-State 047504-05 | Internal report re administration of facility; SPO ¶ 2(8). |
| McHatton 136 | GEO-State 000783-84 | Internal report re administration of facility; SPO ¶ 2(8). |
| Scott 169 | GEO-State 049435 | Internal report re administration of facility; SPO ¶ 2(8); safety and security; SPO ¶ 2(7). |
| Henderson 57 | GEO-State 051384 | Internal report re administration of facility including detainee information; SPO ¶ 2(4) & 2(8) |
| | GEO-State 283813-14 | Internal report re administration of facility; SPO ¶ 2(8); ICE information; SPO ¶ 2(9). |
| Henderson 27 | GEO-State 009340 | Internal report re administration of facility; SPO ¶ 2(8). |
| GEO 30(b)(6) 10 | GEO-State 000577-82 | Internal report re administration of facility; SPO ¶ 2(8). |

STIPULATED JOINT MOTION TO SEAL DOCUMENTS

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

| Henderson 63 | GEO-State 044596-601 | Internal report re administration of facility; SPO ¶ 2(8). |
|---|---|---|
| Henderson 49 | GEO-State 048485 | Safety and security; SPO ¶ 2(7). |
| Henderson 35 | GEO-State 029807-33 | Internal report re administration of facility; SPO ¶ 2(8) |
| McHatton 142 | GEO-State 016066-90 | GEO safety and security information; SPO ¶ 2(7); internal GEO information regarding audits or other competitive or proprietary information; SPO ¶ 2(8). |
| McHatton 146 | GEO-State 020014 | Internal report re administration of facility; SPO ¶ 2(8). |
| McHatton 139 | GEO-State 027416-38 | Internal report re administration of facility; SPO ¶ 2(8); GEO safety and security information; SPO ¶ 2(7). |
| Scott 168 | GEO-State 252347 | Internal report re administration of facility; SPO ¶ 2(8). |
| Singleton 96 | GEO-State 048705 | Internal report re administration of facility; SPO ¶ 2(8) |
| Henderson 71 | GEO-State 241347 | Internal communication re administration of facility, references detainees; SPO ¶¶ 2(8), 2(4) |
| Henderson 42 | GEO-State 019374-76 | Internal report re administration of facility; SPO ¶ 2(8) |
| Henderson 43 | GEO-State 021123-24 | Internal report re administration of facility; SPO ¶ 2(8) |
| McHatton 135 | GEO-State 037347 | Internal report re administration of facility; SPO ¶ 2(8) |
| McHatton 140 | GEO-State 027439-69 | Internal report re administration of facility; SPO ¶ 2(8); GEO safety and security information; SPO ¶ 2(7). |
| McHatton 141 | GEO-State 028704-26 | Internal report re administration of facility; SPO ¶ 2(8); GEO safety and security information; SPO ¶ 2(7). |
| | GEO-State 063421-52 | Internal communication re administration of facility, references detainees; SPO ¶¶ 2(8), 2(4). |
| Singleton 115 | GEO-State 104147-70 | Internal communication re administration of facility, references detainees; SPO ¶¶ 2(8),  2(4). |
| GEO 30(b)(6) 16 | GEO-State 006269-70 | Internal report re administration of facility; SPO ¶ 2(8). |
| Henderson 38 | GEO-State 039161-62 | Internal communication re administration of facility; SPO ¶ 2(8). |
| Henderson 39 | GEO-State 049433-34 | Internal communication re administration of facility; SPO ¶ 2(8). |
| Singleton 93 | GEO-State 019324-25 | Internal report re administration of facility; SPO ¶ 2(8). |

STIPULATED JOINT MOTION TO SEAL
DOCUMENTS

| Singleton 97 | GEO-State 213595 | Internal communication re administration of facility, references detainees; SPO ¶¶ 2(8), 2(4). |
| --- | --- | --- |
| Singleton 104 | GEO-State 103716 | Internal communication re administration of facility, references detainees; SPO ¶¶ 2(8), 2(4). |
| Singleton 105 | GEO-State 231181-82 | Internal communication re administration of facility, references detainees; SPO ¶¶ 2(8), 2(4). |
| McHatton 138 | GEO-State 041371 | Internal report re administration of facility; SPO ¶ 2(8). |
| Henderson 51 | GEO-State 109476 | Internal report re administration of facility with detainee information; SPO ¶¶ 2(4), 2(8). |
| Henderson 55 | GEO-State 238991-92 | Internal communication re administration of facility; SPO ¶ 2(8); ICE information SPO ¶ 2(9). |
| Henderson 64 | GEO-State 104171-90 | Internal report re administration of facility with detainee information; SPO ¶¶ 2(4), 2(8). |
| Henderson 65 | GEO-State 104477-98 | Internal report re administration of facility with detainee information; SPO ¶¶ 2(4), 2(8). |
| Henderson 66 | GEO-State 104702-23 | Internal report re administration of facility with detainee information; SPO ¶¶ 2(4), 2(8) |
| Henderson 67 | GEO-State 106357-90 | Internal report re administration of facility with detainee information; SPO ¶¶ 2(4), 2(8). |
| Kimble 176 | GEO-State 047699 | Internal report re administration of facility; SPO ¶ 2(8). |
| Kimble 177 | GEO-State 047681 | Internal report re administration of facility; SPO ¶ 2(8). |
| Kimble 178 | GEO-State 047694 | Internal report re administration of facility; SPO ¶ 2(8). |
| GEO 30(b)(6) 5 | GEO-State 003538 | GEO safety and security information; SPO ¶ 2(7), 2(12). |
| Kimble 187 | GEO-State 033144 | Business financial and competitive information; SPO ¶ 2(3), also clawed back by GEO pursuant to Dkt. # 61. |
| Inspection Photographs | To be produced | GEO safety and security information; SPO ¶¶ 2(7), 2(12) |

| **Deposition** | **Pages** | **Basis of confidentiality** |
| --- | --- | --- |
| GEO 30(b)(6) | 142 189 | Business financial and competitive information; SPO ¶ 2(3). |
|  | 190 | Competitively-sensitive staffing information; SPO ¶ 2(8). |

STIPULATED JOINT MOTION TO SEAL
DOCUMENTS

| | | |
|---|---|---|
| Henderson | 35-38<br>61-63<br>67<br>112-115<br>165-166<br>171-172<br>181-82<br><br>78-81<br><br><br>183-86<br>196 | Competitively-sensitive staffing information; SPO ¶ 2(8).<br><br><br><br>Business financial and competitive information; SPO ¶ 2(3).<br><br>Detainee information, SPO ¶ 2(4) |
| Singleton | 15<br>21<br>143-144<br><br>141<br>146<br><br>227 | Competitively-sensitive staffing information; SPO ¶ 2(8).<br><br>Safety/security; SPO ¶ 2(7); internal administration of facility, SPO ¶ 2(8).<br><br>Detainee name, SPO ¶ 2(4) |
| McHatton | 90<br><br><br>146-150<br><br><br>146 | Internal GEO information regarding audits or other competitive or proprietary information; SPO ¶ 2(8).<br><br>Confidential information pertaining to ICE; SPO ¶ 2(9)<br><br>Safety/security, SPO ¶ 2(7) |
| Kimble | 108 | Safety/security, SPO ¶ 2(7). |
| GEO Has Not Reviewed the Below Documents But Believes that the Below Documents Are Confidential Internal GEO Communications Protected Under 2(8) of the SPO | | |
| Kimble 14 | GEO-State 003477 | |
| Singleton 121 | GEO-State 036819 | |

## III.   CERTIFICATION OF COUNSEL

The parties certify, pursuant to LCR 5(g)(3)(A), that counsel for Washington, La Rond Baker, and counsel for GEO, Kristin Asai, conferred on July 2, 2019 regarding the need to file these documents under seal. Washington shared a list of documents it itended to file under seal accompanying its Motion for Summary Judgment. Each of these documents have been

STIPULATED JOINT MOTION TO SEAL
DOCUMENTS

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

designated as "confidential" pursuant to the Stipulated Protective Order, ECF 70. GEO reviewed the confidentiality designation of these documents and confirmed that they should, indeed, be marked "confidential" and be filed under seal. Due to the fact that some citations to deposition transcripts contain portions designated confidential and in an abundance of caution, Washington has filed some non-designated transcript pages under seal. The parties have jointly participated in the preparation and submission of this motion.

## IV.   CONCLUSION

The parties, by and through their counsel, stipulate and agree to entry of the Order, below.

Dated this 2nd day of July, 2019.

Jointly submitted,

ROBERT FERGUSON
Attorney General of Washington


s/ *La Rond Baker*
LA ROND BAKER, WSBA No. 43610
MARSHA CHIEN, WSBA No. 47020
ANDREA BRENNEKE, WSBA No. 22027
LANE POLOZOLA, WSBA No. 50138
PATRICIO A. MARQUEZ, WSBA No. 47693
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
larond.baker@atg.wa.gov
marsha.chien@atg.wa.gov
andrea.brenneke@atg.wa.gov
lane.polozola@atg.wa.gov
patricio.marquez@atg.wa.gov
*Attorneys for Plaintiff*

s/ *Kristin Asai*
J. Matthew Donohue, WSBA # 52455
matt.donohue@hklaw.com
Shannon Armstrong, WSBA # 45947
shannon.armstrong@hklaw.com
Kristin M. Asai, WSBA #49511
kristin.asai@hklaw.com
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300
Fax: 503.241.8014

Carolyn Short (admitted *pro hac vice*)
carolyn.short@hklaw.com
Holland & Knight LLP
Cira Center, 2929 Arch Street, Suite 800
Philadelphia, PA 19104
Telephone: 215.252.9535
*Attorneys for Defendant*

STIPULATED JOINT MOTION TO SEAL
DOCUMENTS

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

## ORDER

The Court, having considered the representations and stipulations of counsel set forth above, and finding good cause, hereby GRANTS the Stipulated Joint Motion to Seal Documents and authorizes the filing of financial documents marked "confidential" to be filed under seal.

**IT IS SO ORDERED**

Dated this 11th day of July, 2019.

ROBERT J. BRYAN
United States District Judge

STIPULATED JOINT MOTION TO SEAL
DOCUMENTS

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744