UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STATE OF WASHINGTON,

                    Plaintiff,

     v.

THE GEO GROUP, INC.,

                  Defendant.

CASE NO. 17-5806 RJB

MINUTE ORDER ON MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEFS

The following Minute Order is made by direction of the Court, United States District Judge Robert J. Bryan:

On July 1, 2019, the Fair Work Center Legal Clinic and Seattle University Workers' Rights Clinic Motion for Leave to File Amicus Curiae Brief in Support of Plaintiff's Motion for Summary Judgment (Dkt. 244) was filed. On July 8, 2019, the Motion of American Civil Liberties Union of Washington, OneAmerica and Washington Defender Association for Leave to File Amici Curiae Brief in Support of the State of Washington (Dkt. 261) was filed. The proposed amici added themselves to the case.

The proposed amici **ARE TERMINATED** from the case until a decision is made on the motion.

Dated this 17th day of July, 2019.

The foregoing Minute Order authorized by THE HONORABLE ROBERT J. BRYAN, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER ON MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEFS - 1