The Honorable Robert J. Bryan

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| STATE OF WASHINGTON, | CIVIL ACTION NO. 3:17-cv-05806-RJB |
| Plaintiff, | |
| v. | DECLARATION OF MARSHA CHIEN IN SUPPORT OF PLAINTIFF STATE OF WASHINGTON'S RESPONSE TO DEFENDANT THE GEO GROUP, INC.'S MOTION FOR SUMMARY JUDGMENT |
| THE GEO GROUP, INC., | |
| Defendant. | |

Under penalty of perjury under the laws of the United States of America I, Marsha Chien, certify that the below is true and correct:

1.  I am over the age of eighteen and competent to testify in this matter.

2.  I am an Assistant Attorney General in the Wing Luke Civil Rights Division of the Washington State Attorney General's Office and I represent the State of Washington in this matter.

3.  On May 23, 2019, Washington deposed The GEO Group, Inc.'s (GEO) expert Gregory Bingham. Attached hereto as **Exhibit A** is a true and correct copy of experts of the deposition transcript of Gregory Bingham.

4.  Attached hereto as **Exhibit B** is a true and correct copy of an October 30, 2017 letter from GEO to Immigration and Customs Enforcement (ICE) requesting equitable adjustment to the GEO-ICE Contract. This document was used as Exhibit 188 in the May 22, 2019 deposition of Ryan

1

Kimble, GEO-State 046233-35. Pursuant to the Protective Order, ECF 70, this exhibit has been filed under seal.

5.    Attached hereto as **Exhibit C** is a true and correct copy of an April 18, 2016 GEO email regarding NWDC Modification P00005 Task Order HSCEDM-15-J-00038. Attached to the email is the modification dated April 7, 2016. These documents were used as Exhibit 190 in the May 22, 2019 deposition of Ryan Kimble, GEO-State 258097-105. Pursuant to the Protective Order, ECF 70, this exhibit has been filed under seal.

6.    Attached hereto as **Exhibit D** is a true and correct copy of an I-797 Notice of Action from U.S. Citizenship and Immigration Services approving the application for employment authorization of an individual detained in the Northwest Detention Center (NWDC), WA00003798.

7.    Attached hereto as **Exhibit E** is a true and correct copy of the Amended Expert Report of Peter Nickerson, dated September 20, 2018, and the Supplemental Expert Report of Peter Nickerson, dated May 31, 2019. Pursuant to the Protective Order, ECF 70, this exhibit has been filed under seal.

8.    Orlando Zavalza Marquez was detained at the NWDC where he worked in the kitchen, cleaned bathrooms, and painted the walls of the facility. Attached hereto as **Exhibit F** is a true and correct copy of the declaration of Orlando Zavalza Marquez in Spanish, WA00003543-46, and a certified translation of the declaration in English, W00006973-77.

9.    Manuel Riveron Pina was detained at the NWDC where he worked in the kitchen. Attached hereto as **Exhibit G** is a true and correct copy of the declaration of Manuel Riveron Pina in Spanish, WA00005399-402, and a certified translation of the declaration in English, WA00007582-86.

10.   Jesus Lopez Paez was detained at the NWDC where he worked serving food, buffing the floors, and cleaning bathrooms, showers, and the visiting area. Attached hereto as **Exhibit H** is a true and correct copy of the declaration of Jesus Lopez Paez in Spanish, WA00007590-95, and a certified translation of the declaration in English, WA00008066-72.

DECLARATION OF MARSHA CHIEN IN
SUPPORT OF PLAINTIFF STATE OF
WASHINGTON'S RESPONSE TO
DEFENDANT THE GEO GROUP, INC.'S
MOTION FOR SUMMARY JUDGMENT

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 442-4492

11.   Judith Chavez Ortiz was detained at the NWDC where she worked folding laundry. Attached hereto as **Exhibit I** is a true and correct copy of the declaration of Judith Chavez Ortiz in Spanish, WA00007587-89, and a certified translation of the declaration in English, WA00008073-76.

12.   Karla Gomez Soto was detained at the NWDC where she worked folding laundry. Attached hereto as **Exhibit J** is a true and correct copy of the declaration of Karla Gomez Soto in Spanish, WA00029708-10, and a certified translation of the declaration in English, WA00029711-14.

13.   Noe Baltazar Noe was detained at the NWDC where he worked buffing the floors and cleaning the intake and visiting areas. Attached hereto as **Exhibit K** is a true and correct copy of the declaration of Noe Baltazar Noe in Spanish, WA00029699-702, and a certified translation of the declaration in English, WA00029703-07.

Executed this 22nd day of July 2019 in Seattle, Washington.


s/ *Marsha Chien*
MARSHA CHIEN, WSBA No. 47020
Assistant Attorney General

DECLARATION OF MARSHA CHIEN IN SUPPORT OF PLAINTIFF STATE OF WASHINGTON'S RESPONSE TO DEFENDANT THE GEO GROUP, INC.'S MOTION FOR SUMMARY JUDGMENT

3

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 442-4492

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the United States District Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated this 22nd day of July, 2019.

s/ *Caitilin Hall*
CAITILIN HALL
Legal Assistant

DECLARATION OF MARSHA CHIEN IN
SUPPORT OF PLAINTIFF STATE OF
WASHINGTON'S RESPONSE TO
DEFENDANT THE GEO GROUP, INC.'S
MOTION FOR SUMMARY JUDGMENT

4

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 442-4492