**CHIEN DECLARATION**

**EXHIBIT F**

El Honorable Robert J. Bryan

**TRIBUNAL DEL DISTRITO DE LOS ESTADOS UNIDOS
DISTRITO OESTE DE WASHINGTON**

| | |
|---|---|
| ESTADO DE WASHINGTON,<br><br>　　　　　　Demandante<br><br>　　v.<br><br>THE GEO GROUP, INC.,<br><br>　　　　　　Demandado | DEMANDA CIVIL NRO. 3:17-cv-05806-RJB<br><br>DECLARACION DE ORLANDO ZAVALZA MARQUEZ |

Yo, Orlando Zavalza Marquez, declaro lo siguiente:

1- Tengo más de dieciocho años de edad, tengo conocimiento personal y soy competente para testificar sobre los asuntos aquí contenidos.

2- Fui detenido por agentes del Servicio de Inmigración y Control de Aduanas (ICE) en abril del 2017 en Everett, Washington. Luego del arresto, los agentes de ICE me llevaron al Centro de Detención del Noroeste ("NWDC") localizado en Tacoma, Washington. Allí permanecí detenido hasta el 1 de diciembre del 2017.

3- Durante la mayor parte del tiempo que estuve detenido en Tacoma trabajé en la cocina del NWDC. La principal razón por la que decidí anotarme para trabajar en la cocina fue porque había escuchado que si uno trabajaba allí podía comer mejor, o al menos más comida.

DECLARACION DE ORLANDO ZAVALZA MARQUEZ　　　1

OFICINA DEL PROCURADOR GENERAL DE WASHINGTON
División de Derechos Civiles
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

WA00003543

4- Si no estaba trabajando en la cocina yo pasaba hambre la mayor parte de los días porque la comida en el NWDC no era substanciosa y a veces era tan desagradable que yo no comía nada o no comía la mayor parte de las comidas que el NWDC nos daba.

5- Para no pasar hambre, yo debía comprar comida del economato, lo cual era muy caro. Las llamadas al exterior, video llamadas, y ver películas en las tabletas electrónicas también era muy caro.

6- Yo no recibía ayuda económica de nadie durante el tiempo que estuve detenido, por lo que necesitaba trabajar para poder pagar mis gastos del economato y las llamadas.

7- Por estos motivos decidí pedir para trabajar en la cocina. Apliqué para el trabajo dejando un mensaje escrito en la computadora, y en algún momento en mayo del 2017 me avisaron que podía empezar a trabajar.

8- Antes de empezar me pidieron que firme un papel que decía que el trabajo era voluntario. Me dijeron que si no lo firmaba, no podría trabajar. Firmé el documento, debía trabajar para poder comer de forma decente.

9- Los detenidos que trabajaban en la cocina típicamente trabajaban siete días a la semana. Yo solicité tener los domingos libres, lo cual me fue aprobado.

10- Había tres turnos de detenidos que estaban empleados en la cocina. Había como 20 detenidos asignados a cada turno y trabajábamos cinco o más horas en cada turno. El primer turno empezaba a la mañana a las 4 am para el desayuno. El segundo turno empezaba a las 10 am para el almuerzo. El tercer turno empezaba a las 4 pm para la cena. A mí me fue asignado el turno de la cena por lo que yo trabajaba usualmente de 4 a 9 pm. A veces debíamos trabajar horas más largas si era necesario, y como compensación por el tiempo extra trabajado, nos daban un pedazo de pan o algo similar.

11- En la cocina debíamos hacer distintas tareas, desde limpiar los utensilios, platos y cubiertos, hasta los pisos de la cocina y los baños. Teníamos que llenar las bandejas

DECLARACION DE ORLANDO ZAVALZA MARQUEZ     2     OFICINA DEL PROCURADOR GENERAL DE WASHINGTON
División de Derechos Civiles
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

con la comida para aproximadamente 1,500 detenidos, así como para el personal de seguridad o para visitantes cuando nos solicitaban. Luego debíamos colocar esas bandejas en los carritos, a veces alzando diez bandejas a la vez para poder completar el trabajo, lo cual era muy pesado. También teníamos que mover ollas con agua hirviendo bien pesadas sin ayuda. En los días que había menos empleados en la cocina, yo tenía que llenar dos bandejas a la vez con comida utilizando las dos manos al mismo tiempo, lo cual era muy pesado y cansador.

12- Por todo este trabajo solamente nos pagaban $1 por día trabajado.

13- El trato que recibía en la cocina por parte de los que supervisaban el trabajo no era agradable. Siempre estaban gritándome o apurándome a pesar de que yo hacía mi mejor esfuerzo por cumplir con las tareas que tenía. Muchas veces el trabajo era demasiado para la cantidad de gente que estaba trabajando en la cocina.

14- Debido al mal trato que recibíamos en la cocina solicité cambiar de trabajo. Me asignaron limpiar los baños del área donde vivíamos.

15- Este trabajo era más fácil. Solo tomaba como veinte minutos por día y también me pagaban $1 por día trabajado. Pero como ya no podía tomar comidas extra en la cocina empecé a pasar hambre de nuevo.

16- Luego de un mes y medio solicité que me asignen a la cocina nuevamente para poder comer mejor, pero esta vez ya no aprobaron mi pedido de no trabajar los domingos. Durante este período trabaje 5 horas por día, 7 días a la semana sin ningún día de descanso, y solamente me pagaban $7 por semana por mi trabajo.

17- Existían otro tipo de trabajos disponibles para los detenidos en el Centro de Detención. Algunas personas estaban encargadas de repartir las bandejas con comida a las habitaciones, y lo hacían tres veces al día. Otros detenidos estaban encargados de sacar la basura. Algunos de limpiar las mesas en los cuartos. Creo que por estos trabajos también pagaban $1 al día.

DECLARACION DE ORLANDO ZAVALZA MARQUEZ — 3

OFICINA DEL PROCURADOR GENERAL DE WASHINGTON
División de Derechos Civiles
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

WA00003545

18- A veces nos ofrecían soda, comida o chocolate a cambio de que pintáramos las paredes o puliéramos los pisos. Yo me ofrecí a pintar las paredes en dos ocasiones, pero nunca para el pulido de pisos porque ese trabajo era muy cansador y duraba toda la noche, desde las 11:30 pm hasta las 5 am aproximadamente. En una de las ocasiones que pinté las paredes no me pagaron por el trabajo extra, ya que seguidamente tuve que ir a la cocina a trabajar. A pesar de que ese día hice el trabajo adicional de pintar paredes que no era parte del trabajo de cocina, igual me pagaron solo $1 por ese día de trabajo, sin soda, comida o algo más.

19- Aproximadamente un mes y medio antes de que me liberen decidí renunciar al trabajo en la cocina, porque no me gustaba como me trataban y porque el trabajo era muy pesado. Luego de que renunciara y por aproximadamente tres días de seguido, los guardias me llamaban para limpiar los pisos del cuarto de intake sin que yo haya solicitado ese trabajo. Yo me negué porque ya no quería trabajar. Yo creo que me llamaban porque ellos sabían que yo era un buen trabajador y querían que trabaje. Trabajé muy duro y todos los trabajos que me fueron asignados los hacía bien.

20- Creo que era muy injusto que nos pagaban $1 por día de trabajo. El NWDC dependía de nosotros los detenidos para seguir funcionando. Si no era por nuestro trabajo hubieran tenido que pagar salarios más altos a gente de afuera. Por este motivo, y porque el trabajo que yo hacía era tan pesado y me trataban mal, me sentí explotado por el Centro de Detención.

Certifico bajo pena de perjurio que lo anterior es verdadero y correcto.

Fechado este 27 día de febrero del 2018, en Everett, Washington.

*Orlando Marquez*

ORLANDO ZAVALZA MARQUEZ

DECLARACION DE ORLANDO ZAVALZA MARQUEZ  4  OFICINA DEL PROCURADOR GENERAL DE WASHINGTON
División de Derechos Civiles
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

WA00003546



**Multilingual CONNECTIONS**

I certify that the Declaration of Orlando Marquez - The Geo Group was translated into English by a translator and editor working for Multilingual Connections who are both competent and qualified to perform translation into this language. This document has not been translated for a family member, friend, or business associate. I believe, to the best of my knowledge and abilities, that the final target file is an accurate and complete translation of the original Spanish version.

_Katherine Baumann_
Team Lead
Multilingual Connections, LLC

Date: 8/10/18

**ata** American Translators Association CORPORATE MEMBER

Multilingual Connections, LLC #255450

OFFICIAL SEAL
MARK BISHOP
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Sep 9, 2020

Subscribed and sworn to before me this

10 day of August, 20 18, in

Evanston, County of Cook, State of Illinois.

Notary Public _____

WWW.MLCONNECTIONS.COM | 773.292.5500 | 847 CHICAGO AVE SUITE 250 | EVANSTON, IL 60202

WA00006973

The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

STATE OF WASHINGTON,

    Plaintiff

v.

THE GEO GROUP, INC.,

    Defendant

CIVIL ACTION NO. 3:17-cv-05806-RJB

DECLARATION OF ORLANDO ZAVALZA MARQUEZ

I, Orlando Zavalza Marquez, declare the following:

1- I am over eighteen years of age, I have personal knowledge of and am competent to testify on the issues contained herein.

2- I was detained by Immigration and Customs Enforcement (ICE) agents in April 2017 in Everett, Washington. Following the arrest, the ICE agents took me to the Northwest Detention Center, located in Tacoma, Washington. I continued to be detained there until December 1, 2017.

3- For the majority of the time I was detained in Tacoma, I worked in the NWDC's kitchen. The main reason I decided to sign up to work in the kitchen was because I heard that if you worked there, you could eat better, or at least more food.

4- If I was not working in the kitchen, I was hungry most days because the food at NWDC was not substantial, and was sometimes so unpleasant that I didn't eat anything, or I did not eat the majority of the food that NWDC would give us.

DECLARATION OF ORLANDO ZAVALZA MARQUEZ    1    OFFICE OF THE ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

WA00006974

5- ==In order not to be hungry, I had to buy food from the commissary, which was very expensive. Calls abroad, video calls and watching movies on the electronic tablets were also very expensive.==

6- ==I did not receive economic assistance from anyone while I was detained, which is why I needed to work to be able to pay for my calls and commissary expenses.==

7- For these reasons, I decided to ask to work in the kitchen. I applied for the job with a written message on the computer, and at some point in May of 2017 I was told that I could begin working.

8- Before starting, I was asked to sign a paper that said that the work was voluntary. They told me that if I didn't sign it, I wouldn't be able to work. I signed the document, I had to work to be able to eat decently.

9- The detainees who worked in the kitchen typically worked seven days per week. I asked to have Sundays off, which was approved.

10- There were three shifts of detainee workers in the kitchen. There were about 20 detainees assigned to each shift, and we worked five hours or more in each shift. The first shift began in the morning, at 4 am, for breakfast. The second shift began at 10 am, for lunch. The third shift began at 4 pm, for dinner. I was assigned the dinner shift, meaning I would usually work from 4 to 9 pm. Sometimes we had to work longer hours if it was necessary. As compensation for extra time worked, we were given a piece of bread or something similar.

11- In the kitchen, we had to do various tasks, including cleaning utensils, plates and silverware, and even [cleaning] the kitchen and bathroom floors. We had to fill trays with food for approximately 1,500 detainees, as well as for the security personnel or visitors when we were requested to do so. Then we had to place these trays in carts, sometimes lifting ten trays at a time to be able to complete the work, which was very strenuous work. We also had to move very heavy pots with boiling water without help.

DECLARATION OF ORLANDO ZAVALZA MARQUEZ    2    OFFICE OF THE ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

WA00006975

On days when there were fewer employees in the kitchen, I had to fill two trays at a time with food, using both hands at the same time, which was very heavy and tiring.

12- For all this work, we were only paid $1 per day of work.

13- The treatment I received in the kitchen from the people supervising the job was unpleasant. They were always yelling at me or rushing me, in spite of the fact that I was doing my best to complete the tasks I had. The work was often too much for the number of people who were working in the kitchen.

14- Because of the poor treatment we received in the kitchen, I requested that my job be changed. They assigned me to clean the bathrooms in the area where we lived.

15- This job was easier. It only took about twenty minutes per day and I was also paid $1 per day of work. But since I could no longer take extra food in the kitchen, I started to go hungry again.

16- After a month and a half, I requested that they assign me to the kitchen again, so that I could eat better, but this time they did not approve my request to not work Sundays. During this period, I worked 5 hours per day, 7 days per week, without any day off, and I was only paid $7 per week for my work.

17- There were other types of jobs available for detainees in the Detention Center. Some people were in charge of distributing the food trays to the rooms, and they did it three times per day. Other detainees were responsible for taking out the trash. Some were responsible for cleaning the tables in the rooms. I think that they paid $1 per day for these jobs as well.

18- Sometimes they would offer us soda, food or chocolate for us to paint walls or buff the floors. I offered to paint walls on two occasions, but never to buff the floors, because that work was very tiring and lasted all night, from 11:30 pm to 5 am, approximately. On one of the occasions when I painted the walls, they did not pay me for the extra work, since I had to go to the kitchen to work afterwards. Even though I did the extra

DECLARATION OF ORLANDO ZAVALZA MARQUEZ  3

OFFICE OF THE ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

WA00006976

1  work painting walls that day, which was not part of the kitchen work, they still paid
2  me only $1 for the day of work, without soda, food or anything else.

3  19- Approximately a month and a half before I was released, I decided to quit the kitchen work, because I did not like how I was treated and because the work was very strenuous. After I resigned, and for about three days afterwards, the guards would call me to clean the floors in the intake room, even though I had not requested that job. I refused because I did not want to work anymore. I think that they called me because they knew I was a good worker, and they wanted me to work. I worked very hard and I did all of the tasks I was assigned well.

4  20- I think that it was very unfair for them to pay us $1 per day of work. NWDC depended on us, the detainees, to keep running. If it were not for our work, they would have had to pay higher salaries to people from outside. For this reason, and because the work I did was so strenuous and because I was treated badly, I felt exploited by the Detention Center.

I certify under penalty of perjury that the above is true and accurate.

Dated this 27th day of February of 2018 in Everett, Washington.

_____

ORLANDO ZAVALZA MARQUEZ

DECLARATION OF ORLANDO ZAVALZA MARQUEZ      4      OFFICE OF THE ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

WA00006977