**CHIEN DECLARATION**

**EXHIBIT G**

El Honorable Robert J. Bryan

**TRIBUNAL DEL DISTRITO DE LOS ESTADOS UNIDOS
DISTRITO OESTE DE WASHINGTON**

| | |
|---|---|
| ESTADO DE WASHINGTON,<br><br>Demandante<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Demandado | DEMANDA CIVIL NRO. 3:17-cv-05806-RJB<br><br>DECLARACION DE MANUEL RIVERON PINA |

Yo, Manuel Riveron Pina, declaro lo siguiente:

1- Tengo más de dieciocho años de edad, tengo conocimiento personal y soy competente para testificar sobre los asuntos aquí contenidos.

2- Crecí en Cuba y viví allí la mayor parte de mi vida. Tomé la difícil decisión de abandonar Cuba porque mi vida y mi libertad estaban en peligro y me resultó inseguro quedarme.

3- Salí de Cuba en septiembre de 2016. Crucé la frontera con EE. UU. en junio de 2017, inmediatamente me entregué a las autoridades y solicité asilo.

4- Después de ser detenido primero en Texas, fui transferido al Centro de Detención del Noroeste (NWDC) en Tacoma, Washington, donde estuve detenido aproximadamente tres meses.

DECLARACION DE MANUEL RIVERON PINA — 1

OFICINA DEL PROCURADOR GENERAL DE WASHINGTON
División de Derechos Civiles
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

WA00005399

5- Cuando llegué al NWDC, los oficiales de GEO me informaron que podía aplicar para trabajar en la cocina o limpiar los dormitorios. Envié una solicitud de trabajo a través del kiosco que estaba disponible para nosotros. En quince días, GEO me contrató para trabajar en la cocina y me hizo firmar documentos para aceptar ese puesto. Ninguno de los documentos estaba en español, así que no pude leer los documentos yo solo. Otro detenido que hablaba inglés y español y trabajaba en la cocina me explicó brevemente de qué se trataban los documentos.

6- Yo estaba asignado a trabajar en el primer turno en la cocina, el turno del desayuno, que requería que trabajase entre 6 y 8 horas al día, generalmente de 4:00 a.m. a 11:30 a.m., siete días a la semana. Trabajé consistentemente en la cocina, con algunas interrupciones, durante mi tiempo en el NWDC. Al final de cada turno, firmabamos una hoja de pago de trabajo indicando que habíamos trabajado. GEO me pagaba $1/día por mi trabajo y lo hacía agregando $1 como crédito a mi cuenta de la comisaria.

7- GEO me brindó a mí, y a todos los demás trabajadores de la cocina, uniformes que debíamos usar mientras estábamos de servicio. Estos incluían una parte de arriba y abajo blancas, guantes, botas y una máscara de cara/boca.

8- Preparábamos el desayuno y también preparábamos algunos de los alimentos para las otras comidas. Los guardias de seguridad asignaban a los trabajadores detenidos para realizar tareas particulares en la cocina. Con frecuencia yo preparaba panqueques o hotcakes a la parrilla, preparaba arroz, pelaba patatas, colocaba los alimentos, leche y paquetes de café en bandejas, y colocaba las bandejas de comida en el carrito para que sean entregadas a las unidades residenciales/dormitorios. Después de terminar la cocción, tenía que barrer y limpiar los pisos de la cocina y las áreas de cocina, y limpiar las bandejas y los utensilios de cocina.

DECLARACION DE MANUEL RIVERON PINA          2          OFICINA DEL PROCURADOR GENERAL DE WASHINGTON
División de Derechos Civiles
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

WA00005400

9- La cocina estaba operada enteramente por trabajadores detenidos en el NWDC. Al menos 20 de nosotros estábamos asignados al turno del desayuno, pero con frecuencia no contábamos con suficiente personal cuando las personas eran despedidas o deportadas. Cuando no contábamos con suficiente personal, el resto de nosotros tenía que hacer el mismo trabajo pesado con menos ayuda. Además, esos turnos usualmente duraban más tiempo.

10- Había tres supervisores guardias de GEO en cada turno en la cocina. Su función principal era supervisar nuestro trabajo y garantizar que las personas no robaran nada de la cocina. Controlaban a los trabajadores detenidos y se aseguraban de que cumplieran con el horario y trabajaran hasta que el trabajo estuviera terminado.

11- Como trabajador de la cocina, se me requería que trabajase todos los días. A veces, los supervisores de guardia de GEO incluso requerían que trabajara cuando me sentía mal o no estaba lo suficientemente bien para trabajar.

12- Cuando pedí días libres de los turnos de la cocina, me dijeron que no podía obtener tiempo libre solo pidiéndolos, sino que tenía que solicitar tiempo libre con muchos días de anticipación.

13- Una vez, la cantidad de detenidos que trabajaban en la cocina era tan baja que los guardias de GEO tuvieron que ayudar a cocinar la comida. Aunque los guardias de GEO hicieron el trabajo activamente ese día, no se concluyó a tiempo, y no era sostenible. GEO dependía completamente de nuestro trabajo para alimentar a las personas detenidas en el NWDC.

14- Yo elegí trabajar para GEO para ganar dinero y poder llamar a mi familia en Cuba.

15- Creo que es injusto que GEO pagaba a los que trabajamos en el NWDC solo $1/día por realizar funciones esenciales que permitían al NWDC operar. Trabajé duro todos los días de la semana y recibí un pago tan pequeño por mi trabajo, era un insulto. El

DECLARACION DE MANUEL RIVERON PINA — 3

OFICINA DEL PROCURADOR GENERAL DE WASHINGTON
División de Derechos Civiles
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

WA00005401

1  bajo pago me dificultaba mantenerme conectado con mi familia, comprar los artículos
2  necesarios o ahorrar dinero para cuando me liberaran. Si me hubieran pagado un
3  salario justo, habría podido hacer todas estas cosas.
4  Certifico bajo pena de perjurio de las leyes de los Estados Unidos y del Estado de
5  Washington que lo anterior es verdadero y correcto.

7  Fechado este __16__ día de agosto del 2018, en Bremerton, Washington.

_____
MANUEL RIVERON PINA

DECLARACION DE MANUEL RIVERON PINA        4        OFICINA DEL PROCURADOR GENERAL DE WASHINGTON
División de Derechos Civiles
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

WA00005402



I certify that the declaration of Manuel Riveron Pina was translated into English by a translator and editor working for Multilingual Connections who are both competent and qualified to perform translation into this language. This document has not been translated for a family member, friend, or business associate. I believe, to the best of my knowledge and abilities, that the final target file is an accurate and complete translation of the original Spanish version.

_____
Kara Davis
Team Lead

Multilingual Connections, LLC

Date: 8/28/18

ata
American Translators Association
CORPORATE MEMBER

Multilingual Connections, LLC #255450

Subscribed and sworn to before me this

28 day of August, 20 18, in

Evanston, County of Cook, State of Illinois.

Notary Public

OFFICIAL SEAL
KATHERINE INGRID BAUMANN
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Jun 15, 2020

WWW.MLCONNECTIONS.COM | 773.292.5500 | 847 CHICAGO AVE SUITE 250 | EVANSTON, IL 60202

WA00007582

The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | CIVIL ACTION No. 3:17-cv-05806-RJB<br><br>DECLARATION OF MANUEL RIVERON PINA |

I, Manuel Riveron Pina, state the following:

1- I am over eighteen years of age, have personal knowledge of and am competent to testify on the matters contained herein.

2- I grew up in Cuba and lived there for most of my life. I made the difficult decision to leave Cuba because my life and freedom were in danger and it had become unsafe for me to stay.

3- I left Cuba in September 2016. I crossed the U.S. border in June 2017. I immediately gave myself up to authorities and requested asylum.

4- After first being detained in Texas, I was transferred to the Northwest Detention Center (NWDC) in Tacoma, Washington, where I was detained for approximately three months.

DECLARATION OF MANUEL RIVERON PINA     1     ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

WA00007583

5- When I got to the NWDC, GEO officers informed me that I could apply to work in the kitchen or cleaning the dorms. I submitted a job application through the kiosk that was available for us. Within fifteen days, GEO hired me to work in the kitchen and made me sign documents to accept the position. None of the documents were in Spanish, so I could not read the documents on my own. Another detainee who spoke both English and Spanish and who worked in the kitchen explained to me briefly what the documents said.

6- My assignment to the kitchen was for the first shift, the breakfast shift, which required me to work between six to eight hours per day, generally between 4:00 a.m. to 11:30 a.m., seven days a week. I worked consistently in the kitchen, with a few gaps, throughout my time at NWDC. At the end of each shift, we signed a work pay sheet indicating that we had worked. GEO paid me $1/day for my work, and did so by adding $1 of credit to my commissary account.

7- GEO provided me and the other kitchen workers with uniforms that we had to use while we were working. The uniforms included a white top and bottom, gloves, boots and a face/mouth mask.

8- We prepared breakfast and we also prepped some of the food for the other meals. The security guards assigned the detainee workers to perform certain tasks in the kitchen. I often prepared pancakes or hotcakes on the grill, prepared rice, peeled potatoes, placed food, milk and packets of coffee on trays, and placed the food trays on the cart for delivery to the residential units/dorms. After the cooking was finished, I had to sweep and mop the kitchen floors and cooking areas, as well as cleaning the trays and kitchen utensils.

DECLARATION OF MANUEL RIVERON PINA       2       ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

WA00007584

9- The kitchen was operated entirely by workers detained at the NWDC. At least 20 of us were assigned to the breakfast shift, but we often were understaffed when people were fired or deported. When we were understaffed, the rest of us had to do the same strenuous work but with less help. Furthermore, those shifts usually lasted longer.

10- There were three GEO guard supervisors on each shift in the kitchen. Their main role was to oversee our work and ensure that people did not steal anything from the kitchen. They monitored the detainee workers and ensured that they complied with the schedule and worked until the work was completed.

11- As a kitchen worker, I was required to work every day. Sometimes, the GEO guard supervisors even required me to work when I was feeling ill or I was not well enough to work.

12- When I asked for days off from kitchen shifts, they told me that I could not get time off by simply asking them, but rather, I had to ask for time off many days in advance.

13- Once, the number of detainees that were working in the kitchen was so low that the GEO guards had to help cook the food. Although the GEO guards did the hands-on work that day, it was not done on time, and it was not sustainable. GEO completely depended on our work to feed the people detained at the NWDC.

14- I chose to work for GEO to earn money to be able to call my family in Cuba.

15- I think that it is unfair that GEO paid those of us who were working at NWDC just $1/day to carry out essential functions that allowed the NWDC to operate. I worked hard every day of the week and I received such a small payment for my work, it was an insult. The low pay made it difficult for me

DECLARATION OF MANUEL RIVERON PINA    3    ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

WA00007585

to keep in touch with my family, to buy necessary items or to save money for when I would be released. If they had paid me a fair wage, I would have been able to do all of these things.

I certify under penalty of perjury of the laws of the United States and the State of Washington that the foregoing is true and accurate.

Dated this 16th day of August of 2018 in Bremerton, Washington.

_____
MANUEL RIVERON PINA

DECLARATION OF MANUEL RIVERON PINA    4    ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

WA00007586