# CHIEN DECLARATION

# EXHIBIT I

El Honorable Robert J. Bryan

# TRIBUNAL DEL DISTRITO DE LOS ESTADOS UNIDOS
## DISTRITO OESTE DE WASHINGTON

| | |
|---|---|
| ESTADO DE WASHINGTON,<br><br>Demandante<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Demandado | DEMANDA CIVIL NRO. 3:17-cv-05806-RJB<br><br>DECLARACION DE JUDITH CHAVEZ ORTIZ |

Yo, Judith Chávez Ortiz, declaro lo siguiente:

1- Tengo más de dieciocho años de edad, tengo conocimiento personal y soy competente para testificar sobre los asuntos aquí contenidos.

2- En Julio del 2018, trabajé en el Programa de Trabajo Voluntario administrado por GEO en el Centro de Detención del Noroeste (NWDC) durante tres semanas. Mi trabajo, junto con otras trabajadoras de mi unidad, era hacer laundry para el NWDC. Nos asignaron doblar la ropa limpia (ropa interior, camisas, pantalones, calcetines), sábanas y mantas. También clasificábamos estos artículos en grupos de acuerdo con el tamaño, los colocábamos en bolsas, etiquetábamos las bolsas y colocábamos las bolsas en los carros para su entrega a las otras unidades. El trabajo se realizaba en nuestra unidad, la Unidad de mujeres D2, en el área común donde solemos comer.

3- El lavado y secado de la ropa, sábanas y mantas es hecho por los hombres en la lavandería. Una vez que terminan de lavar y secar, entregan la ropa, sábanas y mantas

DECLARACION DE JUDITH CHAVEZ ORTIZ    1    OFICINA DEL PROCURADOR GENERAL DE WASHINGTON
División de Derechos Civiles
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

WA00007587

a la unidad de mujeres a cargo de doblarlas y clasificarlas. Después de que las mujeres terminan de doblarlas y clasificarlas, los hombres recogen los carros de la ropa y los llevan a las unidades.

4- Algunas de las prendas que teníamos que doblar estaban sucias, manchadas o malolientes incluso después de lavarlas, y era parte de nuestro trabajo tirar los artículos que eran demasiado repugnantes para continuar utilizándolos o distribuirlos a los detenidos.

5- Este trabajo requería que yo trabajara todos los días, sin un día de descanso. Dependiendo de la cantidad de ropa que había en la lavandería ese día, tenía que trabajar una o dos veces al día; en promedio, trabajé 2-3 horas al día. Los guardias de GEO nos decían si teníamos que trabajar una o dos veces al día y cuándo teníamos que trabajar.

6- Antes de que se me permitiera trabajar, tuve que firmar un formulario que estaba escrito en inglés. No leo inglés, así que no sé qué decía ese formulario. Al final de cada día de trabajo, también tenía que firmar un formulario.

7- GEO solo me pagó $1/día por este trabajo. A pesar de que el pago era muy bajo, decidí trabajar mientras estaba detenida en el NWDC porque necesito el dinero para poder hablar con mi familia. Desde que estoy detenida, mi hija de 20 años ha estado trabajando arduamente para mantener a mis niños de 15 y 10 años. No puedo pedirle dinero a mi hija para hacer llamadas telefónicas ya que ella ya está lidiando con tantas cosas en casa.

8- Actualmente no estoy trabajando en la lavandería porque los guardias de GEO decidieron asignar el trabajo de lavandería a otra unidad de mujeres en el NWDC. Solicité un nuevo trabajo en el Programa de Trabajo Voluntario y he estado esperando durante muchas semanas. Me han dicho que no hay trabajos disponibles en este momento. Estoy en la lista de espera.

DECLARACION DE JUDITH CHAVEZ ORTIZ          2          OFICINA DEL PROCURADOR GENERAL DE WASHINGTON
División de Derechos Civiles
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

WA00007588

9- Extraño mucho a mis hijos y me gustaría llamarlos todos los días. Pero no tengo dinero para pagar las llamadas telefónicas, y no puedo ganarlo porque no tengo un trabajo en el Programa de Trabajo Voluntario y no puedo ganar dinero de ninguna otra manera mientras estoy detenida en el NWDC. Ahora solo puedo llamar a mis hijos cuando otro detenido me da generosamente el dinero de su llamada telefónica.

10- Creo que es injusto que GEO le pague a cada uno de los trabajadores detenidos $1 por día por el trabajo que realizan en el Programa de Trabajo Voluntario. Los detenidos lavan toda la ropa en el NWDC, limpian el NWDC y preparan la comida para todos los detenidos. GEO depende de nosotros, los detenidos, para mantener el NWDC en funcionamiento. Deberían pagarnos lo que vale nuestro trabajo.

Certifico bajo pena de perjurio de las leyes de los Estados Unidos y del Estado de Washington que lo anterior es verdadero y correcto.

Fechado este 08-5/día de agosto del 2018, en Tacoma, Washington

_Judith C_
JUDITH CHAVEZ ORTIZ

DECLARACION DE JUDITH CHAVEZ ORTIZ    3    OFICINA DEL PROCURADOR GENERAL DE WASHINGTON
División de Derechos Civiles
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

WA00007589



# CERTIFICATE OF ACCURACY

I certify that the <u>Declaration of Judith Chavez Ortiz</u> was translated into <u>English</u> by a translator and editor working for Multilingual Connections who are both competent and qualified to perform translation into this language. I attest that the final target file is an accurate and complete translation of the original <u>Spanish</u> version.

_Kara Davis_ — 9/20/18
Kara Davis                                 Date
Team Lead and Contract Manager
Multilingual Connections, LLC

**ata**
American Translators Association
CORPORATE MEMBER

Multilingual Connections, LLC #255450

Subscribed and sworn to before me on

<u>Thursday, September 20, 2018</u>, in

Evanston, County of Cook, State of Illinois.

Notary Public _[signature]_



THEODORE S. JACKSON
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
January 30, 2022

WWW.MLCONNECTIONS.COM | 773.292.5500 | 828 DAVIS STREET SUITE 210 | EVANSTON, IL 60201

WA00008073

The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| STATE OF WASHINGTON, | CIVIL ACTION No. 3:17-cv-05806-RJB |
|---|---|
| Plaintiff | |
| v. | DECLARATION OF JUDITH CHAVEZ ORTIZ |
| THE GEO GROUP, INC., | |
| Defendant | |

I, Judith Chávez Ortiz, declare the following:

1- I am over eighteen years of age, have personal knowledge of and am competent to testify on the issues contained herein.

2- In July 2018, I worked in the Voluntary Work Program run by GEO in the Northwest Detention Center (NWDC) for three weeks. My job, along with other women workers from my unit, was to do the laundry for the NWDC. They assigned us to fold the clean clothing (underwear, shirts, pants, socks), sheets and blankets. We also sorted these items into groups based on their size, placed them into bags, labeled the bags and placed the bags on carts to be delivered to the other units. This work was carried out in our unit, the D2 women's unit, in the common area where we would usually eat.

DECLARATION OF JUDITH CHAVEZ ORTIZ    1    ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

WA00008074

3- The clothing, sheets and blankets are washed and dried by men in the laundry room. Once they finish washing and drying, they send the clothing, sheets and blankets to the women's unit responsible for folding and sorting them. Once the women finish folding and sorting them, the men pick up the carts of clothing and take them to the units.

4- Some of the items of clothing we had to fold were dirty, stained or foul-smelling, even after they had been washed. Part of our work was to discard items that were too repulsive to continue using them or to distribute them to the detainees.

5- This job required me to work every day without a day off. Depending on the amount of clothing in the laundry that day, I had to work once or twice per day. On average, I worked 2-3 hours per day. The GEO guards would tell us if we had to work once or twice per day and when we had to work.

6- Before I was allowed to work, I had to sign a form that was written in English. I cannot read English, so I don't know what the form said. I also had to sign a form at the end of each workday.

7- GEO only paid me $1 per day for this job. In spite of the very low pay, I decided to work while I was detained at NWDC because I needed the money to be able to talk to my family. Since I have been detained, my 20year-old daughter has been working very hard to take care of my 15 and 10year old children. I cannot ask my daughter for money to make phone calls, since she is already dealing with so much at home.

8- I am not currently working at the laundry because the GEO guards decided to assign the laundry work to another women's unit in the NWDC. I applied to get a new job in the Voluntary Work Program and I
DECLARATION OF JUDITH CHAVEZ ORTIZ    2    ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

WA00008075

|   |   |
|---|---|
| 1 | have been waiting for many weeks. I have been told that there are no jobs |
| 2 | available at this time. I am on a waitlist. |
| 3 | 9- I miss my children very much and I would like to call them every day. |
| 4 | However, I do not have money to pay for my phone calls, and I cannot |
| 5 | earn it because I do not have a job in the Voluntary Work Program and I |
| 6 | cannot earn money any other way while I am being detained in the |
| 7 | NWDC. Now, I can only call my children when another detainee |
| 8 | generously gives me the money from their phone calls. |
| 9 | 10- I think that it is unfair that GEO pays each of their detainee workers $1 |
| 10 | per day for the work they perform in the Voluntary Work Program. The |
| 11 | detainees do all the laundry in the NWDC, clean the NWDC and prepare |
| 12 | all the detainees' food. GEO depends on us, the detainees, to keep the |
| 13 | NWDC running. They should pay us what our work is worth. |

I certify under penalty of perjury under the laws of the United States and the State of Washington that the above is true and correct.

Dated this 31st day of August of 2018 in Tacoma, Washington.

JUDITH CHAVEZ ORTIZ

DECLARATION OF JUDITH CHAVEZ ORTIZ   3   ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

WA00008076