**CHIEN DECLARATION**

**EXHIBIT J**

El Honorable Robert J. Bryan

**TRIBUNAL DEL DISTRITO DE LOS ESTADOS UNIDOS
DISTRITO OESTE DE WASHINGTON**

| | |
|---|---|
| ESTADO DE WASHINGTON,<br><br>Demandante<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Demandado | DEMANDA CIVIL NRO. 3:17-cv-05806-RJB<br><br>DECLARACION DE KARLA GOMEZ SOTO |

Yo, Karla Gomez Soto, declaro lo siguiente:

1- Tengo más de dieciocho años de edad, tengo conocimiento personal y soy competente para testificar sobre los asuntos aquí contenidos.

2- Actualmente estoy detenida en el Centro de Detención del Noroeste (NWDC) y lo he estado durante aproximadamente un año. He trabajado en el Programa de Trabajo Voluntario durante la mayor parte del tiempo que he estado detenida.

3- Cuando llegué al NWDC y me enteré que podía trabajar mientras estaba detenida, decidí solicitar un trabajo. Quería ganar algo de dinero para poder llamar a mi familia. Tengo dos hijos, uno tiene quince años y el otro tiene diecisiete años, con los que me mantengo en contacto tanto como puedo.

4- Me asignaron a trabajar doblando la ropa de lavandería en mi unidad de vivienda D1. El trabajo consiste en doblar toda la ropa limpia para el centro de detención, organizar

DECLARACION DE KARLA GOMEZ SOTO        1        OFICINA DEL PROCURADOR GENERAL DE WASHINGTON
División de Derechos Civiles
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

WA00029708

la ropa por tipo y tamaño, y colocar la ropa en el recipiente adecuado. Tenemos que doblar y separar toallas, sábanas, mantas, ropa interior, camisas y uniformes, y también organizarlos por tamaños.

5- He estado haciendo este trabajo sin interrupciones, siete días a la semana, durante aproximadamente 11 meses. Hago este trabajo con otras 13 trabajadoras detenidas dentro de nuestro pod. Trabajamos en nuestras habitaciones, en los pisos o en las mesas del comedor. Los oficiales de GEO traen los carritos de lavandería todos los días a nuestro pod y los dejan en el pasillo. Después de eso, los recogemos y comenzamos a trabajar.

6- Por este trabajo, GEO me paga $1 por día. En algunos días, cuando hay restos de fruta o leche de la cocina, los oficiales de seguridad de GEO nos los dan como compensación adicional, pero nunca es suficiente para todas nosotras, por lo que generalmente los rifan. Hasta ahora nunca he ganado nada a través de estos sorteos.

7- Nuestro horario de trabajo regular comienza a las 8 pm. Pero hay días en que comenzamos antes, incluso dos horas antes de nuestro horario regular, si hay ropa extra para doblar. Terminamos el turno cuando toda la ropa está doblada y organizada, lo que generalmente nos mantiene trabajando hasta alrededor de las 9:30 pm.

8- En ciertos días, GEO también requiere que trabajemos en la mañana durante aproximadamente una hora y media doblando toallas y sábanas. En los últimos tres meses, debido al crecimiento de la población dentro del NWDC, hemos estado trabajando en turnos de mañana y de noche casi todos los días. Incluso cuando trabajo dos turnos todos los días, todavía me pagan $1 por un día de trabajo.

9- A pesar de que trabajamos más horas de lo que pensaba que trabajaría cuando me inscribí para trabajar, sigo trabajando porque necesito el dinero para llamar a mis hijos. Los extraño mucho y ellos necesitan que yo esté en contacto tanto como pueda.

DECLARACION DE KARLA GOMEZ SOTO          2          OFICINA DEL PROCURADOR GENERAL DE WASHINGTON
División de Derechos Civiles
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

WA00029709

También uso parte del dinero que gano trabajando para comprar comida en la comisaría y, a veces, para ayudar a otros detenidos que lo necesitan más que yo.

10- El NWDC puede operar gracias al trabajo que nosotros, los trabajadores detenidos, hacemos todos los días para mantenerlo en funcionamiento. Creo que pagarnos solo $1 por día es injusto y creo que merecemos ser compensados de acuerdo con el trabajo que hacemos.

Certifico bajo pena de perjurio de las leyes de los Estados Unidos y del Estado de Washington que lo anterior es verdadero y correcto.

Fechado este __03__ día de Junio del 2019, en Tacoma, Washington.

_____
KARLA GOMEZ SOTO

DECLARACION DE KARLA GOMEZ SOTO — 3

OFICINA DEL PROCURADOR GENERAL DE WASHINGTON
División de Derechos Civiles
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

WA00029710



# Certificate of Accuracy

I certify that **Karla Gomez de Soto's Declaration** was translated into **English** by translators and editors working for Multilingual Connections who are competent and qualified to perform translation into these languages. These documents have not been translated for a family member, friend, or business associate. I believe, to the best of my knowledge and abilities, that the attached materials are accurate and complete translations of the original **Spanish** version.

**Nicholas Ferri**
Multilingual Connections, LLC

Subscribed and sworn to before me this **13th** day of **June, 2019**, in Evanston, Cook County, State of Illinois.

Notary Public

THEODORE S. JACKSON
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
January 30, 2022

ata
American
Translators
Association
CORPORATE MEMBER

Multilingual Connections, LLC #255450
PM: Nicholas - 285

WWW.MLCONNECTIONS.COM | +1 773-292-5500 | 847 CHICAGO AVE STE 250 | EVANSTON, IL 60202

WA00029711

The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

STATE OF WASHINGTON,

Plaintiff,

v.

THE GEO GROUP, INC.,

Defendant.

CIVIL ACTION No. 3:17-cv-05806-RJB

DECLARATION OF KARLA GOMEZ SOTO

I, Karla Gomez Soto, declare the following:

1- I am over eighteen years of age, have personal knowledge of and am competent to testify on the issues contained herein.

2- I am currently detained in the Northwest Detention Center (NWDC), and have been detained for approximately one year. I have worked in the Voluntary Work Program for most of the time that I have been detained.

3- When I arrived to the NWDC and found out that I could work while I was detained, I decided to apply for a job. ==I wanted to earn some money to be able to call my family. I have two children, one fifteen-year-old and one seventeen-year-old, and I keep in touch with them as much as I can.==

4- I was assigned to work folding laundry in my housing unit, D1. The work consists of folding all of the clean laundry for the facility, organizing the

DECLARATION OF KARLA GOMEZ SOTO       1

OFFICE OF THE ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

WA00029712

laundry by type and size, and placing the clothing in the correct container. We have to fold and sort towels, bedsheets, blankets, underwear, shirts and uniforms, and also organize them by sizes.

5- I have been doing this work non-stop, seven days a week, for about 11 months. I do this work with 13 other detainee-workers inside our pod. We work in our rooms, on the floor or on the tables of the dining area. The GEO officers bring laundry carts to our pod every day and they leave them in the hall. After that, we pick them up and begin to work.

6- GEO pays me $1 a day for this job. On some days, when there is leftover fruit or milk in the kitchen, the GEO security officers give them to us as additional compensation, but it is never enough for all of us, which is why they generally raffle them off. I have never won anything from these draws so far.

7- Our regular work schedule starts at 8 p.m. However, there are days when we begin earlier, even two hours before our normal schedule, if there is extra laundry to fold. We finish our shift when all of the clothing is folded and organized, which generally keeps us working until around 9:30 p.m.

8- On certain days, GEO also requires us to work in the morning for approximately one and a half hours folding towels and bedsheets. Over the past three months, due to the growth in the NWDC population, we have been working morning and night shifts almost every day. Even when I work two shifts every day, I am still paid $1 for a day of work.

9- In spite of us working more hours than what I thought we would be working when I signed up for the job, I am still working because I need the money to call my children. I miss them a lot, and they need me to be in contact with them as much as I can. I also use part of the money I earn

OFFICE OF THE ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

WA00029713

|   |   |
|---|---|
| 1 | to buy food in the commissary and, sometimes, to help other detainees |
| 2 | who need it more than I do. |
| 3 | 10- The NWDC is able to operate thanks to the work that us, the detainee- |
| 4 | workers, perform every day to keep it running. I think that paying us just |
| 5 | $1 a day is unfair and I think that we should be compensated according to |
| 6 | the work that we do. |
| 7 | I certify under penalty of perjury under the laws of the United States and |
| 8 | the State of Washington that the above is true and correct. |
| 9 |   |
| 10 | Dated this 3rd day of June 2019 in Tacoma, Washington. |
| 11 |   |
| 12 | [Signature] |
| 13 | KARLA GOMEZ SOTO |

DECLARATION OF KARLA GOMEZ SOTO    3    OFFICE OF THE ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

WA00029714