**CHIEN DECLARATION**

**EXHIBIT K**

El Honorable Robert J. Bryan

# TRIBUNAL DEL DISTRITO DE LOS ESTADOS UNIDOS
## DISTRITO OESTE DE WASHINGTON

| | |
|---|---|
| ESTADO DE WASHINGTON,<br><br>               Demandante<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>               Demandado | DEMANDA CIVIL NRO. 3:17-cv-05806-RJB<br><br>DECLARACION DE NOE BALTAZAR NOE |

Yo, Noe Baltazar Noe, declaro lo siguiente:

1- Tengo más de dieciocho años de edad, tengo conocimiento personal y soy competente para testificar sobre los asuntos aquí contenidos.

2- Estoy detenido en el Centro de Detención del Noroeste (NWDC) desde febrero del 2018.

3- He estado trabajando en el Programa de Trabajo Voluntario (VWP) por más de un año. Quiero estar ocupado mientras estoy detenido, y ganar algo de dinero para poder llamar a mi familia y para comprar comida de la comisaria, que es muy cara. He tenido tres trabajos hasta ahora, todos ellos como limpiador pero en diferentes áreas del NWDC.

DECLARACION DE NOE BALTAZAR NOE      1      OFICINA DEL PROCURADOR GENERAL DE WASHINGTON
División de Derechos Civiles
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

WA00029699

4- Para solicitar un trabajo con el VWP, me inscribí en una de las tabletas que se encuentran en mi unidad de vivienda. Cuando se abrió una vacante, uno de los oficiales de GEO me hizo saber que me contrataron y cuándo comenzaría.

5- Primero trabajé como limpiador asignado a limpiar los pasillos del área asegurada. Comencé a trabajar todos los días a las 7:30 am. GEO me pagaba $1 por día.

6- Trabajé en esta posición solo por unos 15 días. A esas horas del día generalmente hace frío dentro del NWDC. Como hacía mucho frío y pagaba solo $1 por día, decidí renunciar al trabajo con la esperanza de conseguir otro trabajo con un mejor horario.

7- Volví a aplicar y me asignaron a limpiar el área de admisión (intake), que no estaba tan fría. El trabajo consistía en limpiar toda el área de intake y los baños ubicados en esa área, trapear y barrer, sacar la basura y poner nuevas bolsas de basura en los basureros. También tenía que limpiar ventanas y puertas. Algunas de las ventanas son muy grandes y se tarda mucho tiempo en limpiarlas. En promedio, trabajaba dos horas y media al día, siete días a la semana. Dado que este trabajo era más difícil de lo que esperaba, especialmente siendo que pagaban solo $1 por día, después de dos semanas decidí renunciar y solicitar otro puesto.

8- Solicité otro trabajo y me asignaron para que trabajara como limpiador en el área de visitas. He estado haciendo este trabajo durante unos diez meses. Trabajo siete días a la semana y me pagan $1 por día.

9- Como limpiador en el área de visitas mi trabajo requiere que limpie toda el área de visitas, que trapee los pisos, saque la basura, limpie las ventanas y mesas tanto en la sala de visitas como en las salas de la corte ubicadas dentro del NWDC. Hay aproximadamente quince habitaciones en el área de visitas familiares, cinco habitaciones en el área de visitas de abogados, cinco salas de la corte y dos baños ubicados en el área de visitas. Yo limpio todo eso todos los días.

DECLARACION DE NOE BALTAZAR NOE     2     OFICINA DEL PROCURADOR GENERAL DE WASHINGTON
División de Derechos Civiles
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

WA00029700

10- Cuando comencé el trabajo, recibí entrenamiento de los oficiales de seguridad de GEO asignados al área de visitas. Me enseñaron durante los primeros días, me mostraron cómo hacer el trabajo, qué debía hacer y dónde limpiar. Ellos supervisan mi trabajo todos los días, me proporcionan las herramientas, los suministros y el equipo que necesito para hacer el trabajo, como productos de limpieza en aerosol, toallas de papel y bolsas de basura.

11- Cuando comencé este trabajo y durante aproximadamente tres meses, yo era el único trabajador detenido contratado para hacer el trabajo. Durante este tiempo me tomaba cerca de tres horas y media terminar el trabajo cada día. Los oficiales de GEO que supervisaban mi trabajo se dieron cuenta de que, aunque estaba haciendo mi trabajo correctamente, me llevaba más de tres horas al día para terminar de limpiar el área asignada. Me dijeron que por ese motivo decidieron contratar a dos detenidos más para que trabajaran conmigo en la limpieza del área de visitas. Uno de ellos ha sido deportado, por lo que ahora somos dos trabajadores detenidos asignados para limpiar el área, y nos lleva aproximadamente una hora y media cada día terminar el trabajo.

12- Por lo general comenzamos el trabajo a las 7 pm y terminamos cuando se realiza toda la limpieza.

13- El trabajo de limpieza del área de visitas también me requiere pulir y encerar los pisos del área. Esto sucede aproximadamente una vez cada tres meses. Los oficiales de seguridad de GEO me avisan cuando es tiempo de pulir y encerar, y me proporcionan una máquina pulidora y los productos de encerado necesarios para hacer este trabajo. En estos días comienzo a trabajar más temprano de lo normal, alrededor de las 5 pm, porque este trabajo requiere más horas para completarlo. A pesar de que el pulido y encerado requieren que trabajemos mucho más tiempo de lo habitual, entre tres y media y cuatro horas, solo nos pagan $1 por día para hacer el trabajo.

DECLARACION DE NOE BALTAZAR NOE     3     OFICINA DEL PROCURADOR GENERAL DE WASHINGTON
División de Derechos Civiles
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

WA00029701

14- Otros trabajos disponibles en el NWDC son en la cocina o en la lavandería. No quería trabajar en ninguno de esos trabajos porque también pagan solo $1 por día, pero requieren que trabajes alrededor de 5 horas o más cada día. Creo que en la lavandería, los trabajadores detenidos tienen que levantar bolsas pesadas y lavar la ropa de todos los detenidos del NWDC, lo cual es un trabajo duro. En la cocina, los detenidos ayudan a cocinar, limpiar y preparar platos para toda la población del NWDC. No estoy dispuesto a hacer tanto trabajo por solo $1 por día.

15- Creo que el trabajo que hago es fundamental para mantener el NWDC limpio y funcionando correctamente, y merezco que me paguen más de $1 por día por el trabajo que hago.

Certifico bajo pena de perjurio de las leyes de los Estados Unidos y del Estado de Washington que lo anterior es verdadero y correcto.

Fechado este 21 día de Mayo del 2019, en Tacoma, Washington.

_____
NOE BALTAZAR NOE

DECLARACION DE NOE BALTAZAR NOE   4   OFICINA DEL PROCURADOR GENERAL DE WASHINGTON
División de Derechos Civiles
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

WA00029702



# Certificate of Accuracy

I certify that **Noe Baltazar Noe's Declaration** was translated into **English** by translators and editors working for Multilingual Connections who are competent and qualified to perform translation into these languages. These documents have not been translated for a family member, friend, or business associate. I believe, to the best of my knowledge and abilities, that the attached materials are accurate and complete translations of the original **Spanish** version.

*Nicholas Ferri*
**Nicholas Ferri**
Multilingual Connections, LLC

Subscribed and sworn to before me this **12th** day of **June, 2019**, in Evanston, Cook County, State of Illinois.

*Theodore S. Jackson*
Notary Public

THEODORE S. JACKSON
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
January 30, 2022

**ata**
American Translators Association
CORPORATE MEMBER

Multilingual Connections, LLC #255450
PM: Nicholas - 283

WWW.MLCONNECTIONS.COM | +1 773-292-5500 | 847 CHICAGO AVE STE 250 | EVANSTON, IL 60202

WA00029703

The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>           Plaintiff,<br><br>     v.<br><br>THE GEO GROUP, INC.,<br><br>           Defendant. | CIVIL ACTION No.<br>3:17-cv-05806-RJB<br><br>DECLARATION OF<br>NOE BALTAZAR NOE |

I, Noe Baltazar Noe, declare the following:

1- I am over eighteen years of age, have personal knowledge of and am competent to testify regarding the matters contained herein.

2- I have been detained in the Northwest Detention Center (NWDC) since February 2018.

3- ==I have been working in the Voluntary Work Program (VWP) for over one year. I want to be busy while being detained, and earn some money to be able to call my family and purchase food from the commissary, which is very expensive.== I have held three jobs so far, all of them as a cleaner but in different areas of the NWDC.

DECLARATION OF NOE BALTAZAR NOE    1    OFFICE OF THE ATTORNEY GENERAL OF WASHINGTON<br>Civil Rights Division<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188<br>(206) 464-7744

WA00029704

4- To apply for a job with the VWP, I signed up on one of the tablets that are located in my housing unit. When there was a job opening, one of the GEO officers let me know that I was hired and when I would start.

5- First, I worked as a cleaner assigned to cleaning the securedarea's hallways. I began work every day at 7:30 a.m. GEO paid me $1 a day.

6- I worked in this position only for about 15 days. At that time of day it was usually cold inside the NWDC. Since it was so cold and it only paid $1 a day, I decided to quit the job with the hope of getting another job with a better schedule.

7- I applied again and was assigned to clean the intake area, which was not as cold. The work consisted of cleaning the entire intake area and the restrooms located in that area, mopping and sweeping, taking out the garbage and placing new garbage bags in the garbage bins. I also had to clean windows and doors. Some of the windows are very large and cleaning them takes a long time. On average, I worked for two and a half hours per day, seven days per week. Since the work was harder than I expected, especially being paid only $1 a day, I decided to quit and apply for another position.

8- I applied for another job and was assigned to work as a cleaner in the visitation area. I have been doing this worl for about ten months. I work seven days a week and they pay me $1 a day.

9- As a cleaner in the visitation area, my job requires me to clean the entire visitation area, mop the floors, take out the garbage, clean the windows and tables, both in the visitation rooms as well as in the courtrooms located within the NWDC. There are approximately fifteen rooms in the family visitation area, five rooms in the attorney visitation area, five

| DECLARATION OF NOE BALTAZAR NOE | 2 | OFFICE OF THE ATTORNEY GENERAL OF WASHINGTON<br>Civil Rights Division<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188<br>(206) 464-7744 |
|---|---|---|

courtrooms and two bathrooms located in the visitation area. I clean all of them every day.

10- When I started the job, I received training from the GEO security officers assigned to the visitation area. They trained me for the first couple of days, showed me how to do the job, what I had to do and where to clean. They supervise my work every day, provide me with the tools, supplies and equipment I need to do the job such as spray cleaning products, paper towels and garbage bags.

11- When I started this job and for about three months, I was the only detainee-worker hired to do the work. During this time, it took me around three and a half hours to finish the work every day. The GEO officers who supervised my work noticed that, although I was doing my work correctly, it took me over three hours each day to finish cleaning the area assigned. They told me that because of this, they decided to hire two more detainees so that they would work with me cleaning the visitation area. One of them has been deported, so now there are two of us detainee-workers assigned to clean the area, and it takes us approximately an hour and a half every day to finish the job.

12- In general, we begin work at 7 pm and finish when all of the cleaning is done.

13- The job of cleaning the visitation area also requires me to buff and wax the floors of the area. This happens approximately once every three months. The GEO security officers tell me when it is time to buff and wax, and they provide me with a buffing machine and the waxing products necessary for doing this job. On these days, I begin working earlier than usual, around 5 pm, because this work requires more hours to
DECLARATION OF NOE BALTAZAR NOE   3   OFFICE OF THE ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

WA00029706

complete. Even though buffing and waxing requires us to work much longer than usual, between three and a half and four hours, they only pay us $1 a day for doing the work.

14- The other jobs available at the NWDC are in the kitchen or at the laundry. I did not want to work at either of these jobs because they also pay only $1 a day, but they require you to work around 5 hours or more each day. I believe that in the laundry, detainee-workers have to lift heavy bags and do the laundry of all of the detainees at the NWDC, which is hard work. In the kitchen, the detainees help cook, clean and plate food for the whole population of the NWDC. I am not willing to do such hard work for just $1 a day.

15- I believe the work I do is fundamental to keep the NWDC clean and operating properly, and I deserve to be paid more than $1 a day for the work that I do.

I certify under penalty of perjury under the laws of the United States and the State of Washington that the above is true and correct.

Dated this 21st day of May 2019 in Tacoma, Washington.

[Signature]
NOE BALTAZAR NOE

DECLARATION OF NOE BALTAZAR NOE   4   OFFICE OF THE ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

WA00029707