LEONARDO JARAMILLO; June 18, 2019                                                1

```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF WASHINGTON
                            AT SEATTLE
_____

                                 )
  THE STATE OF WASHINGTON,       )
                                 )
            Plaintiff,           )
                                 )
         vs.                     )    No. 3:17-cv-05806-RJB
                                 )
  THE GEO GROUP, INC.,           )
                                 )
            Defendant.           )
                                 )
_____


             DEPOSITION UPON ORAL EXAMINATION

                             OF

                    LEONARDO JARAMILLO
_____


                        1:36 p.m.
                      June 18, 2019

            OFFICE OF THE ATTORNEY GENERAL
                7141 Cleanwater Drive
             Olympia, Washington 98504-0113
```



REPORTED BY: JACQUELINE L. BELLOWS, CCR 2297

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                    APPEARANCES

 2
     For the Plaintiff State of Washington:
 3
     LA ROND BAKER
 4   OFFICE OF THE ATTORNEY GENERAL
     800 Fifth Avenue 2000
 5   Seattle, Washington 98164-1338
     206.464.7744
 6   larondb@atg.wa.gov

 7


 8   For the Class Action Plaintiffs:

 9   JAMAL N. WHITEHEAD
     Schroeter Goldmark & Bender PS
10   810 Third Avenue, Suite 500
     Seattle, Washington 98104
11   206.622.8000
     whitehead@sgb-law.com
12


13


14   For the Defendants:

15   KRISTEN ASAI
     Holland & Knight
16   111 Southwest Fifth Avenue, Suite 2300
     Portland, Oregon 97204
17   503.517.2948
     Kristen.Asai@hklaw.com
18


19


20


21


22


23


24


25
```



206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                      I N D E X
 2    EXAMINATION BY:                                PAGE
 3    Ms. Baker -----------------------------------   4
 4
 5
 6
 7    EXHIBITS FOR IDENTIFICATION                    PAGE
 8    Exhibit 1   Geo World, First Quarter 2017       36
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1              Tumwater, Washington; June 18, 2019
 2                         1:36 p.m.
 3                          --oOo--
 4
 5                    LEONARDO JARAMILLO,
 6     sworn as a witness by the certified court reporter,
 7                     testified as follows:
 8
 9                    E X A M I N A T I O N
10   BY MS. BAKER:
11       Q.   Good afternoon, Mr. Jarmillo.
12       A.   Good afternoon.
13       Q.   As you know, my name is LaRond Baker.  I'm an
14   assistant general in the Civil Rights Division of the
15   Attorney General's Office representing Washington in the
16   lawsuit challenging Geo's practice of paying detainee
17   workers a dollar a day for work that they perform in the
18   Voluntary Work Program.  Would you please state your
19   full name and work address for the record.
20       A.   My work address?  I have to pull this out to
21   give you the right address.  Leonardo Jarmillo.  I work
22   at the Mason County Juvenile Detention Center in
23   Shelton.
24       Q.   We don't need the exact address.  I think
25   that's good.
```



206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1   couldn't.
 2        Q.   Could a detainee worker just skip a day or two
 3   of work if they didn't want to work?
 4        A.   If they felt sick, you can tell the officer I
 5   don't feel good today.
 6        Q.   If they didn't feel like working, could they
 7   just not work for four days in a row and then come back
 8   to their position?
 9        A.   If they didn't work for X amount of days,
10   it's -- they would probably get the opportunity:  If you
11   want to work, you want to work; if you don't, let me
12   know because I'll get somebody else that does what
13   you're supposed to be doing.
14        Q.   So they were expected to do their job every
15   day?
16        A.   Yes.  If they volunteered, that's the
17   position.  That was a position that they acquired
18   through their voluntary program.  They were . . .
19        Q.   I've handed you a document that was previously
20   marked 103.  Are you familiar with this document?
21        A.   Yes.
22        Q.   Can you tell me what it is?
23        A.   It's a Refusal to Work.
24        Q.   When would you use this document?
25        A.   When a detainee that already had a job didn't
```



```
 1   want to do it anymore.
 2        Q.   This is -- if a detainee wants to quit their
 3   job, this is what they would fill out?
 4        A.   Correct.
 5        Q.   If a detainee quit a job or signed a Refusal
 6   Work form, would that impact their ability to get
 7   another position in the Voluntary Work Program?
 8        A.   They'd have to start -- it was the same
 9   procedure as it was in the beginning:  Submit a request
10   to the classification officer of wanting to work
11   somewhere else.  And it would be their decision, not
12   mine.
13        Q.   The classification officer, that's a Geo
14   officer; is that right?
15        A.   Yes.
16        Q.   Did ICE have any involvement in assigning
17   detainee workers to positions in the Voluntary Work
18   Program?
19        A.   No.
20        Q.   Did ICE have any input in terminating a
21   detainee from the Voluntary Work Program if their work
22   wasn't up to par?
23        A.   No.
24        Q.   Do you know how positions were created in the
25   Voluntary Work Program?
```



```
 1        Q.   So anyone that encourages detainees to stop
 2   working could be subject to sanctions; is that right?
 3        A.   Yes.
 4        Q.   Why would that be a rule Geo has?
 5        A.   Because you incite others to do something
 6   that's -- could get bigger.
 7        Q.   What do you mean by "get"?
 8        A.   Well, turn into a riot.  So it's -- if I
 9   don't -- if I have an issue with ICE, then I'm going to
10   make everybody have the same issue as me.  I'm going to
11   encourage everybody to join my problem.  So it's just
12   encouraging other people, other detainees:  Don't work,
13   don't do this, don't do this, don't do this.
14        Q.   Was there ever a work stoppage in the facility
15   when you were working there?
16        A.   Yes.
17        Q.   Can you tell me about that?
18        A.   I can't tell you when.  But the detainees
19   refused to work in the kitchen.
20        Q.   What happened?
21        A.   They just refused to work in the kitchen.
22        Q.   Was there an impact on the facility from their
23   refusal to work?
24        A.   No, because we asked other detainees if they
25   wanted to work that didn't want to participate in this
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

Ex. 21 to Armstrong Decl.
Page 7 of 11

```
 1   issue.  And if they want to work, they'll come out and
 2   work.  It didn't matter what other detainees did.  If we
 3   didn't get anybody, then we would make sure the
 4   detainees got fed.
 5         Q.    Right.  So that means that Geo workers would
 6   have to work in the kitchen to make the food?
 7         A.    Yes, ma'am.
 8         Q.    Do you recall an incident where that occurred,
 9   where Geo workers had to make the food because detainee
10   workers had stopped working in the kitchen?
11         A.    We had one.  I can't tell you when.
12         Q.    Do you recall whether or not food was delayed
13   in getting out to the detainees?
14         A.    No.
15         Q.    Do you recall whether or not there was
16   overtime that was incurred from the Geo workers?
17         A.    No.
18         Q.    Do you know whether or not any -- to your
19   knowledge, were you -- did you participate in any
20   detainee being subject to discipline under this 214 for
21   encouraging people to participate in a work stoppage?
22         A.    No.
23         Q.    Did you have any role in training detainee
24   workers to do their -- to perform their work in the
25   Voluntary Work Program?
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

Ex. 21 to Armstrong Decl.
Page 8 of 11

```
 1   Program?
 2        A.   Warden, associate warden.  (Shakes head.)  It
 3   would have to be upper management.
 4        Q.   Do you know anything about the process by
 5   which they would make the determination about the scope
 6   of work for detainees in the Voluntary Work Program?
 7        A.   No.
 8        Q.   Do you know who decides how many positions are
 9   available in the Voluntary Work Program?
10        A.   No.
11        Q.   Do you know whether the number of Voluntary
12   Work Program positions have changed during the history
13   of the Northwest Detention Center?
14        A.   No.
15        Q.   We've talked about this a little bit before.
16   Who supervises detainee workers in the Voluntary Work
17   Program?
18        A.   Staff.  Officers.
19        Q.   So Geo officers?
20        A.   Yes, ma'am.
21        Q.   Is supervising detainee workers an integral
22   part of a Geo officer's position?
23        A.   Because it's direct supervision, yes.
24        Q.   Can you tell me what that means?
25        A.   Direct supervision is being directly involved
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

Ex. 21 to Armstrong Decl.
Page 9 of 11

```
 1    with the detainees.  In other words, you have been to
 2    some facilities where there's supervision of the
 3    detainees.  They are in the outside of the unit, looking
 4    in.  With Northwest, it's direct supervision means we're
 5    inside with the detainees, not outside.  We're always in
 6    the unit with the detainees.
 7          Q.   The officers are inside of the living unit
 8    with noting separating them from the detainees?
 9          A.   Correct.
10          Q.   So they're supervising all of the detainees
11    for safety?
12          A.   Safety and security; yes, ma'am.
13          Q.   But when -- how do they supervise the detainee
14    workers?  What are their obligations or roles and
15    responsibilities related to detainee workers inside of
16    the pod?
17          A.   Well, because the position, the work that has
18    to be involved is that officers -- detainees in that
19    unit.  So if I have painters, I have to make sure that
20    nobody is gathered around them to take something off the
21    cart.  Tape was good.  I always kept the tape.  I'd give
22    them the tape.  But I'd monitor them as well as monitor
23    everybody else.  I would not -- I don't supervise from
24    my desk.  I'm with the detainees.  I'm at the top tier,
25    looking down; bottom tier, looking up.  So I'm never in
```



206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                    REPORTER'S CERTIFICATE
 2            I, JACQUELINE L. BELLOWS, the undersigned
 3   Certified Court Reporter pursuant to RCW 5.28.010 authorized
 4   to administer oaths and affirmations in and for the State of
 5   Washington, do hereby certify that the sworn testimony
 6   and/or proceedings, a transcript of which is attached, was
 7   given before me at the time and place stated therein; that
 8   any and/or all witness(es) were duly sworn to testify to the
 9   truth; that the sworn testimony and/or proceedings were by
10   me stenographically recorded and transcribed under my
11   supervision, to the best of my ability; that the foregoing
12   transcript contains a full, true, and accurate record of all
13   the sworn testimony and/or proceedings given and occurring
14   at the time and place stated in the transcript; that a
15   review of which was requested; that I am in no way related
16   to any party to the matter, nor to any counsel, nor do I
17   have any financial interest in the event of the cause.
18              WITNESS MY HAND AND DIGITAL SIGNATURE this
19   22nd day of June, 2019.
20
21
22   _____
23   Jacqueline L. Bellows
     Washington State Certified Court Reporter, No. 2297
24   jbellows@yomreporting.com
25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com