```
 1                IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF WASHINGTON
 2                            AT SEATTLE
 3  _____

 4                               )
    THE STATE OF WASHINGTON,      )
 5                               )
                 Plaintiff,       )
 6                               )
            vs.                   )   No. 3:17-cv-05806-RJB
 7                               )
    THE GEO GROUP, INC.,          )   SOME OF THE EXHIBITS AND
 8                               )   TESTIMONY HAVE BEEN
                 Defendant.       )   DESIGNATED AS
 9                               )   CONFIDENTIAL
                                  )
10  _____

11            DEPOSITION UPON ORAL EXAMINATION

12                              OF

13                        IOLANI MENZA
14  _____

15
                          9:54 a.m.
16                      June 27, 2019

17               1250 Pacific Avenue 105
               Tacoma, Washington 98401-2317
18

19

20

21

22

23

24

25  REPORTED BY: JACQUELINE L. BELLOWS, CCR 2297
```


206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

Ex. 22 to Armstrong Decl.
Page 1 of 12

```
1                          APPEARANCES

2
     For the Plaintiff:
3
     MARSHA CHIEN
4    OFFICE OF THE ATTORNEY GENERAL
     800 Fifth Avenue 2000
5    Seattle, Washington 98164-1338
     206.464.7744
6    marsha.chien@atg.wa.gov

7

8    For the Defendant:

9    KRISTIN ASAI
     Holland & Knight
10   111 SW 5th Avenue Suite 2300
     Portland, Oregon, United States 97204.
11   503.517.2948
     Kristin.Asai@hklaw.com
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```


206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
1                       I N D E X

2    EXAMINATION BY:                                      PAGE

3    Ms. Chien -------------------------------------- 5

4

5

6    EXHIBITS FOR IDENTIFICATION                         PAGE

7    Exhibit 224   Specific Post Orders,                  84
                   GEO-State 044392 - 044414
8
     Exhibit 225   OJT for new Laundry Supervisors,       92
9                  "Confidential," GEO-State 023610 -
                   023618
10
     Exhibit 226   Memorandum, 8-24-11, "Confidential,"   95
11                 GEO-State 020012

12   Exhibit 227   Email, 5-15-17, "Confidential,"        96
                   GEO-State 242922 - 242924
13
     Exhibit 228   Daily Detainee Worker Pay Sheet,       98
14                 "Confidential," GEO-State 033236

15   Exhibit 229   Volunteer Work Program Agreement,     100
                   GEO-State 015834
16
     Exhibit 230   Volunteer Work Program Agreement,     101
17                 Spanish-language version,
                   GEO-State 015835
18
     Exhibit 231   Laundry Detail, "Confidential,"       101
19                 GEO-State 241705 - 241706

20   Exhibit 232   Daily Work Crew Count Sheet,          102
                   "Confidential, Subject to
21                 Protective Order,"
                   GEO-State 233578 - 233581
22
     Exhibit 233   Photocopy of color photograph,        108
23                 laundry area, "Confidential,"

24   Exhibit 234   Photocopy of color photograph,        111
                   laundry area, "Confidential,"
25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1    EXHIBITS FOR IDENTIFICATION                        PAGE

 2    Exhibit 235   Photocopy of color photograph,        113
                    laundry area, "Confidential,"
 3
      Exhibit 236   Photocopy of color photograph,        115
 4                  laundry area, "Confidential,"

 5    Exhibit 237   Photocopy of color photograph,        119
                    laundry area, "Confidential,"
 6
      Exhibit 238   Photocopy of color photograph,        120
 7                  laundry area, "Confidential,"

 8    Exhibit 239   Photocopy of color photograph,        122
                    laundry area, "Confidential,"
 9
      Exhibit 240   Photocopy of color photograph,        125
10                  laundry area, "Confidential,"

11    Exhibit 241   Photocopy of color photograph,        126
                    laundry area, "Confidential,"
12
      Exhibit 242   Photocopy of color photograph,        127
13                  laundry area, "Confidential,"

14    Exhibit 243   Photocopy of color photograph,        128
                    laundry area, "Confidential,"
15
      Exhibit 244   Photocopy of color photograph,        130
16                  laundry area, "Confidential,"

17    Exhibit 245   Photocopy of color photograph,        131
                    laundry area, "Confidential,"
18
      Exhibit 246   Photocopy of color photograph,        132
19                  laundry area, "Confidential,"

20    Exhibit 247   Photocopy of color photograph,        135
                    laundry area, "Confidential,"
21
      Exhibit 248   Photocopy of color photograph,        136
22                  laundry area, "Confidential,"

23    Exhibit 249   Photocopy of color photograph,        137
                    laundry area, "Confidential,"
24
      Exhibit 250   Photocopy of color photograph,        139
25                  laundry area, "Confidential,"
```



206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                Tacoma, Washington; June 27, 2019

 2                         9:54 a.m.

 3                         --oOo--

 4

 5                      IOLANI MENZA,

 6    sworn as a witness by the certified court reporter,

 7                   testified as follows:

 8

 9                  E X A M I N A T I O N

10   BY MS. CHIEN:

11        Q.   Can you say your name for the record?

12        A.   Iolani Menza.

13        Q.   Iolani Menza, that will help me be able to

14   pronounce it correctly.  My name is Marsha Chien.  I

15   represent the State of Washington.  And we're about to

16   take your deposition.  And is there anything that would

17   cause you concern that you wouldn't be able to my

18   questions accurately?

19        A.   No.

20        Q.   Have you had your deposition taken before?

21        A.   I was in court once.  I've never been in a

22   room like this.

23        Q.   With a court reporter or anything like that?

24   You've never been in a room with a court reporter --

25        A.   No.
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1        A.    Unless they didn't want to come down.

 2        Q.    What about the barbers?  Are those detainees?

 3        A.    Yeah.

 4        Q.    So detainee workers are the barbers that cut

 5   other detainees' hair; is that right?

 6        A.    Yeah.

 7        Q.    How many barbers are there?

 8        A.    It just depended.

 9        Q.    How many were assigned on a given day?

10        A.    I couldn't tell you exactly.  It's just

11   usually who showed up.

12        Q.    Did you have a list of potential barbers,

13   barbers who are detainees, who might show up?

14        A.    Yes.

15        Q.    Who gave you that list?

16        A.    Nobody gave me.  It was there.

17        Q.    Do you know which department was responsible

18   for making sure that --

19        A.    Classification should be responsible for all

20   the detainees' jobs.

21        Q.    Were there times when there were -- were there

22   times when there weren't enough barbers for the number

23   of detainees who needed haircuts?

24        A.    Repeat the question.

25        Q.    Were there times when there weren't enough
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1   barbers, given the number of detainees who needed

 2   haircuts?

 3        A.    So the -- I don't understand 'cause I've never

 4   not gotten everybody who wanted a haircut done.

 5        Q.    So they might just have to wait in line if

 6   there's only one detainee barber?

 7        A.    Yeah.

 8        Q.    What happens if you have your list of detainee

 9   barbers and they've all been booked out?  How do -- you

10   what happens then?

11        A.    Volunteers, ask for volunteers to cut hair.

12        Q.    Who asks?  How do you replace that list?

13              MS. ASAI:  Object to the form.

14        A.    I've never replaced the list.

15        Q     (By Ms. Chien) Let me back up.  So if you

16   have, like, a list of -- I'm going to say five detainee

17   barbers.

18        A.    Okay.

19        Q.    And you had testified that, you know,

20   detainees, whoever comes down, will be the barber for

21   that day, right, of that list of five; is that right?

22        A.    (Nodding.)

23        Q.    Let's say nobody comes down for, like, three

24   days.  No detainee barber comes down.  How do you get

25   more detainee barbers?
```


206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
1        Q.    Is it also three to four detainees?

2        A.    I don't know.

3        Q.    Did you ask for three to four detainee

4   workers?  Or was that assigned to you?

5        A.    I . . .

6              MS. ASAI:  Object to the form.

7        A.    I didn't ask for anything specific.  So just,

8   if they were allowed to come, they would come.  You know

9   what I mean?  I didn't ask for any number of detainees

10  to come or anything like that.

11       Q     (By Ms. Chien) Let me back up actually.  So

12  there's detainee workers that work in the laundry; is

13  that right?

14       A.    Yes.

15       Q.    Who was allowed to work in the laundry as a

16  detainee?  Were you provided a list?

17       A.    Yes.

18       Q.    How many detainees are on that list for a

19  given shift?

20       A.    So without seeing the list, I don't know

21  exactly how many.  We -- I generally have four detainees

22  that I would call down.

23       Q.    When your shift started, would you have to

24  call the pod and ask for those four detainees?

25       A.    Not normally, no.
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1       Q.    How does it normally work?

2       A.    They are day-shift workers.  So they would

3  come down 'cause they knew they would come down.  I knew

4  they would come down and help out with the laundry.  And

5  if they didn't come down, I would call the pod and see

6  why they didn't come down.  And so, if they just didn't

7  feel like coming that day, that was fine.  And then I

8  might call an alternate.  But normally three is fine.

9       Q.    Okay.  Could you work with no detainee

10  workers?  Could you do it all without any detainee

11  workers?

12            MS. ASAI:  Object to the form.

13       A.    I can work 'cause it was my job, yeah.

14       Q     (By Ms. Chien) You had mentioned that you

15  would complete laundry for a pod in one day, in one

16  shift; is that right?

17       A.    Yes.

18       Q.    Could you do that if you were the only person

19  working in the laundry?

20       A.    I don't know.  I've never done it by myself.

21       Q.    What was the least amount of detainee workers

22  that you've had in the laundry for a shift?

23       A.    One.

24       Q.    How did the work change when you had only one

25  detainee worker as opposed to three?

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1        A.    Yeah.
 2        Q.    But then there were also new detainee workers
 3   that came on while you were laundry officer; is that
 4   right?
 5        A.    Yes.
 6        Q.    How did you get those new detainee workers?
 7        A.    I had a list of individuals that were on the
 8   standby waiting list.  I called their officer at the pod
 9   they stayed in and had their officer ask them if they
10   would like to work with me in the laundry room.  They
11   either said yes or no.
12        Q.    Did you ever get to choose which detainee
13   workers you would prefer to work in the laundry?
14        A.    The process is the way I called for workers.
15   I never chose.
16        Q.    Did you have any preferences?  Like if you
17   could choose, were there some detainee workers that were
18   better than others?
19        A.    I would just go by the list.  So . . .
20        Q.    I mean about their work product, how they
21   worked.  They all worked the same?
22        A.    No.  They -- everybody has different
23   personalities.  Everybody is different.  As long as they
24   got the job done, that's fine with me.
25        Q.    Did you ever have to call classification to
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1    the list of emails.  Do you see that?

 2         A.   So what was the question?

 3         Q.   I just wanted to get you to that spot on the

 4    page.  It says:  "The laundry officers do the hiring."

 5    Do you see that?

 6         A.   I see it says that in this email.

 7         Q.   Do you think that's accurate?

 8         A.   So its his interpretation of hiring is not

 9    mine.  Mine is I go off the list based on what I'm

10    provided.  So I'm given a list.  That's who's next.

11         Q.   Later it says:  "Day shift received approval

12    to hire ML and MH detainees only."  What does that mean?

13    Do you know, "ML and MH detainees"?

14         A.   I do.

15              MS. ASAI:  Object to the form.

16         Q    (By Ms. Chien) What does it mean?

17         A.   So ML is a classification, and MH is a

18    classification.

19         Q.   Got it.  Have you ever heard of the term

20    "OSHA"?

21         A.   Yes.

22         Q.   What does it mean to you?

23         A.   Government safety . . .

24         Q.   Is it about workplace safety?

25         A.   (Shrugs.)  Govern the safety.
```



206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                    REPORTER'S CERTIFICATE

 2              I, JACQUELINE L. BELLOWS, the undersigned

 3    Certified Court Reporter pursuant to RCW 5.28.010 authorized

 4    to administer oaths and affirmations in and for the State of

 5    Washington, do hereby certify that the sworn testimony

 6    and/or proceedings, a transcript of which is attached, was

 7    given before me at the time and place stated therein; that

 8    any and/or all witness(es)were duly sworn to testify to the

 9    truth; that the sworn testimony and/or proceedings were by

10    me stenographically recorded and transcribed under my

11    supervision, to the best of my ability; that the foregoing

12    transcript contains a full, true, and accurate record of all

13    the sworn testimony and/or proceedings given and occurring

14    at the time and place stated in the transcript; that a

15    review of which was requested; that I am in no way related

16    to any party to the matter, nor to any counsel, nor do I

17    have any financial interest in the event of the cause.

18              WITNESS MY HAND AND DIGITAL SIGNATURE this 1st

19    day of July, 2019.

20

21

22    _____

23       Jacqueline L. Bellows
         Washington State Certified Court Reporter, No. 2297
24       jbellows@yomreporting.com

25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com