```
 1              UNITED STATES DISTRICT COURT

 2             WESTERN DISTRICT OF WASHINGTON

 3

 4    STATE OF WASHINGTON,            )

 5                                    )

 6               PLAINTIFF,           )

 7    vs.                            )CASE NO. 3:17-CV-

 8                                   )05806-RJB

 9    THE GEO GROUP, INC.,            )

10                                    )

11               DEFENDANTS.          )

12    _____)

13

14         DEPOSITION OF JAMES CHARLES HILL,

15      30(b)(6) WITNESS FOR THE GEO GROUP, INC.

16              WEDNESDAY, JULY 10, 2019

17

18

19

20

21    REPORTER:

22    JESSICA N. NAVARRO,

23    C.S.R. NO. 13512

24    JOB NO:  3441242

25    PAGES 1 - 256
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1   DEPOSITION OF JAMES CHARLES HILL, TAKEN ON BEHALF OF

 2   PLAINTIFF AT 10:00 A.M., ON WEDNESDAY, JULY 10, 2019, AT

 3   400 SOUTH HOPE STREET, 8TH FLOOR, LOS ANGELES,

 4   CALIFORNIA, BEFORE JESSICA N. NAVARRO, C.S.R. NO. 13512,

 5   PURSUANT TO NOTICE.

 6

 7   APPEARANCES OF COUNSEL

 8

 9   FOR PLAINTIFF:

10           OFFICE OF THE ATTORNEY GENERAL
             BY:  ANDREA BRENNEKE,
11           ASSISTANT ATTORNEY GENERAL
             BY:  LA ROND BAKER, ASSISTANT ATTORNEY GENERAL
12           800 FIFTH AVENUE, SUITE 2000

13           SEATTLE, WASHINGTON,  98104

14           206.464.7744

15           ANDREA.BRENNEKE@ATG.WA.GOV

16           LAROND.BAKER@ATG.WA.GOV

17

18   FOR DEFENDANTS:

19           HOLLAND & KNIGHT
             BY:  SHANNON ARMSTRONG, ATTORNEY AT LAW
20           BY:  J. MATTHEW DONOHUE, ATTORNEY AT LAW
             111 S.W. FIFTH AVENUE
21           2300 U.S. BANCORP TOWER

22           PORTLAND, OREGON  97204

23           503.517.2913

24           SHANNON.ARMSTRONG@HKLAW.COM

25           MATT.DONOHUE@HKLAW.COM
```



206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
1                        I N D E X

2

3   WITNESS                EXAMINATION        PAGE

4   JAMES CHARLES HILLS   BY MS. BRENNEKE      5

5

6

7                      E X H I B I T S

8   NO.       PAGE      DESCRIPTION

9   EX. 251    31       NOTICE OF CONTINUING

10                      DEPOSITION PURSUANT TO RULE

11                      30(b)(6) AND DEMAND FOR

12                      DESIGNATION OF REPRESENTATIVES
                        DEPONENT
13  EX. 252    68       CONSOLIDATED FINANCIAL STATEMENT FOR
                        2005 THROUGH 2018 FOR NORTHWEST
14                      DETENTION CENTER

15  EX. 253    80       CONSOLIDATED FINANCIAL STATEMENT FOR

16                      2005 THROUGH 2018 FOR NORTHWEST
                        DETENTION CENTER WITH HANDWRITTEN
17                      CALCULATIONS

18  EX. 254   138       2015 ICE FISCAL YEAR CONTRACT

19                      BILLING ACCUMULATION PER CLIN

20  EX. 255   169       NORTHWEST DETENTION CENTER TACOMA,
                        WASHINGTON REVISED PRICING
21  EX. 256   175       LETTER FROM AMBER MARTIN, VICE

22                      PRESIDENT OF CONTRACTS FOR GEO,
                        DATED NOVEMBER 19, 2009 TO BOBBY
23                      WRIGHT OF U.S. DEPARTMENT OF

24                      HOMELAND SECURITY

25  EX. 257   177       EMAIL CHAIN WITH ATTACHMENTS
```



206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1   EXHIBITS (CONTINUED):

 2   NO.        PAGE        DESCRIPTION

 3   EX. 258    188         EMAIL FROM ERIC SMITH TO GEORGE

 4                          WIGEN WITH ATTACHMENTS

 5   EX. 259    211         EMAIL CHAIN

 6   EX. 260    233         EMAIL FROM RYAN KIMBLE TO CHUCK HILL

 7

 8

 9

10         QUESTIONS INSTRUCTED NOT TO BE ANSWERED

11                          (NONE)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



206 622 6875  |  800 831 6973
production@yomreporting.com
www.yomreporting.com

Ex. 23 to Armstrong Decl.
Page 4 of 8

```
 1                 LOS ANGELES, CALIFORNIA

 2            WEDNESDAY, JULY 10, 2019, 10:00 A.M.

 3                         -0-

 4

 5                 JAMES CHARLES HILLS,

 6        having been duly administered an oath by the

 7        reporter, was examined and testified as follows:

 8

 9                      EXAMINATION

10   BY MS. BRENNEKE:

11        Q    Will you please state your name?

12        A    James Charles Hill.

13        Q    And what is your work address?

14        A    6100 Center Drive, Suite 825, Los Angeles,

15   California 90045.

16        Q    Will you please state your employer and

17   your title?

18        A    The GEO Group and I'm the Director of

19   Business Management of the Western Region.

20        Q    You've been designated by the GEO Group as

21   the 30(b)(6) or corporate representative for this

22   deposition today; is that true?

23        A    Yes.

24        Q    So I'm Andrea Brenneke and this is La Rond

25   Baker and we're here representing the State of
```



206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1              THE WITNESS:  I only recall several

 2   occasions where they -- where GEO had received prior

 3   approval from ICE to pay in excess of a dollar a

 4   day.  And --

 5              MS. ARMSTRONG:  Please let him finish his

 6   answer.

 7              MS. BRENNEKE:  I'm sorry.

 8              MS. ARMSTRONG:  He wasn't done.

 9              THE WITNESS:  And I don't know what the

10   billing mechanism for those days were.

11   BY MS. BRENNEKE:

12      Q    Okay.  So, you don't -- so, you're aware

13   of instances in which GEO paid detainees more than a

14   dollar a day for the work in the voluntary work

15   program; is that right?

16           MS. ARMSTRONG:  Object to the form;

17   outside the scope.

18           THE WITNESS:  I'm aware of three specific

19   instances at Northwest where detainees were paid

20   above a dollar a day for a limited time period with

21   ICE's expressed approval.

22   BY MS. BRENNEKE:

23      Q    I'm sorry with what?  With ICE's --

24      A    Approval.

25      Q    Approval.  Okay.  What were those
```

 206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

JAMES CHARLES HILL; July 10, 2019                                          228

1    instances?

2            MS. ARMSTRONG:  Object to the form;

3    outside the scope.

4            THE WITNESS:  There was a period where

5    barbers who worked irregular shifts were approved to

6    work an additional shift, which could have coincided

7    with the day they worked as a barber in a different

8    work detail.

9            There was an occasion where female

10   detainees who are working a detail, I believe in

11   their housing unit folding clothes, were also

12   authorized to work an additional detail outside

13   their housing unit for a short time.

14           And then the third was an occasion where

15   cleared workers in the kitchen received five dollars

16   per day -- per detail for a predetermined period.  I

17   don't know what that period was.  I believe it was

18   nine days -- five days -- nine days.

19   BY MS. BRENNEKE:

20       Q    Are you aware of any other instances in

21   which GEO paid detainees more than a dollar a day

22   for their work?

23           MS. ARMSTRONG:  Object to the form;

24   outside the scope.

25           THE WITNESS:  Am I aware -- in the Western


206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1   STATE OF CALIFORNIA      )

 2   COUNTY OF LOS ANGELES  )   ss.

 3

 4           I, JESSICA N. NAVARRO, C.S.R. NO. 13512, in

 5   and for the State of California, do hereby certify:

 6           That prior to being examined, the witness

 7   named in the foregoing deposition was by me duly sworn

 8   to testify to the truth, the whole truth, and nothing

 9   but the truth;

10           That said deposition was taken down by me in

11   the shorthand at the time and place therein named and

12   thereafter reduced to typewriting under my direction,

13   and the same is a true, correct, and complete transcript

14   of said proceedings;

15           That if the foregoing pertains to the original

16   transcript of a deposition in a Federal Case, before

17   completion of the proceedings, review of the transcript

18   [ ] was [ ] was not required.

19           I further certify I am not interested in the

20   event of the action.

21           Witness my hand this 16th day of July, 2019.

22

23

24           <%18541,Signature%>

25           JESSICA N. NAVARRO, C.S.R. NO. 13512
```



206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

Ex. 23 to Armstrong Decl.
Page 8 of 8