```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF WASHINGTON
                         AT SEATTLE
_____

                                  )
THE STATE OF WASHINGTON,          )
                                  )
              Plaintiff,          )
                                  )
         vs.                      )   No. 3:17-cv-05806-RJB
                                  )
THE GEO GROUP, INC.,              )   SOME OF THE EXHIBITS AND
                                  )   THE TESTIMONY REGARDING
              Defendant.          )   THEM HAVE BEEN DESIGNATED
                                  )   AS CONFIDENTIAL.
_____


          DEPOSITION UPON ORAL EXAMINATION

                            OF

                       BRUCE SCOTT
_____


                        10:02 a.m.
                       May 20, 2019

                   800 Fifth Avenue 2000
                 Seattle, Washington 98164
```



```
REPORTED BY: JACQUELINE L. BELLOWS, CCR 2297
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

BRUCE SCOTT - CONFIDENTIAL; May 20, 2019                                    2

```
 1                         APPEARANCES

 2
     For the Plaintiff:
 3
     MARSHA CHIEN
 4   ANDREA BRENNEKE
     OFFICE OF THE ATTORNEY GENERAL
 5   800 Fifth Avenue, Suite 2000
     Seattle, Washington 98164-1338
 6   206.464.7744
     marsha.chien@atg.wa.gov
 7   andrea.brenneke@atg.wa.gov

 8

 9   For the Defendant:

10   J. MATTHEW DONAHUE
     SHANNON ARMSTRONG
11   Holland & Knight LLP
     2300 US Bancorp Tower
12   111 Southwest Fifth Avenue
     Portland, Oregon 97204
13   503.243.2300
     matt.donahue@hklaw.com
14   shannon.armstrong@hklaw.com

15

16

17

18

19

20

21

22

23

24

25
```



206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
1                          I N D E X

2     EXAMINATION BY:                                          PAGE

3     Ms. Chien ------------------------------------------  5

4


5


6
      EXHIBITS FOR IDENTIFICATION                             PAGE
7
      Exhibit 154   Organizational chart, Rev. 10-27-2011,     20
8                   "Confidential, Subject to Protective
                    Order," GEO-State 235884
9
      Exhibit 155   Standards Compliance Checklist and         21
10                  other documents, "Confidential,"
                    GEO-State 040055 - GEO-State 040064
11
      Exhibit 156   Weekly Sanitation Inspection,              24
12                  2/14/2011, "Confidential,"
                    GEO-State 253172 - 253214
13
      Exhibit 157   Officer Unit Report, "Confidential,"       63
14                  GEO-State 270055 - 270111

15    Exhibit 158   Monthly Safety Committee Agenda,           73
                    8-30-12, "Confidential,"
16                  GEO-State 049088  - 049092

17    Exhibit 159   Roster/Sign-In Sheet, "Confidential,"      79
                    GEO-State 243075
18
      Exhibit 160   Email, 11-15-11, GEO-State 020106          95
19
      Exhibit 161   Email chain, 7-20-11 - 8-8-11,             99
20                  GEO-State 000622 - 000628

21    Exhibit 162   Department Head Meeting Minutes,           104
                    11-29-11, GEO-State 014575 - 014577
22
      Exhibit 163   Organizational Chart, Rev. 7/1/2014        109
23
      Exhibit 164   Meeting with ICE Regarding PBNDS 2011,     116
24                  7-15-13, "Confidential,"
                    GEO-State 248703 - 248704
25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

Ex. 24 to Armstrong Decl.
Page 3 of 8

```
 1   EXHIBITS FOR IDENTIFICATION                                    PAGE

 2   Exhibit 165   Monday Morning Briefing, 5-12-2015,               120
                   "Confidential,"
 3                 GEO-State 050312 - 050313

 4   Exhibit 166   Excel Spreadsheet                                 121

 5   Exhibit 167   Memo, 3-29-13, "Confidential,"                    134
                   GEO-State 241029 - 241030
 6
     Exhibit 168   Facility Jobs Available, 3-6-13,                  138
 7                 "Confidential," GEO-State 252347

 8   Exhibit 169   Email with attached Post Orders,                  148
                   3-2-17, GEO-Stale 049435 - 049465
 9
     Exhibit 170   Email, 9-30-17, "Confidential,"                   155
10                 GEO-State 052346

11   Exhibit 171   Law Library Sign-up Sheet,                        157
                   "Confidential," GEO-State 252634
12                 - 252636

13   Exhibit 172   Law Library Schedule, "Confidential,"             159
                   GEO-State 252412 - 252415
14
     Exhibit 173   January Barbershop 2013,                          161
15                 "Confidential," GEO-State 252417 -
                   252420
16

17

18

19

20

21

22

23

24

25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

Ex. 24 to Armstrong Decl.
Page 4 of 8

```
 1                  Seattle, Washington; May 20, 2019
 2                            10:02 a.m.
 3                             --oOo--
 4
 5                            BRUCE SCOTT,
 6      sworn as a witness by the certified court reporter,
 7                         testified as follows:
 8
 9                        E X A M I N A T I O N
10   BY MS. CHIEN:
11       Q.   Great.  So my name is Marsha Chien.  I
12   represent the -- sorry.  I represent the State of
13   Washington.  I just took a different deposition where I
14   represented a different agency.
15            So I know we just introduced each other.  But
16   can you state your name for the record.
17       A.   My name is Bruce A Scott, Jr.
18       Q.   Have you been previously deposed?
19       A.   Yes.
20       Q.   About how many times?
21       A.   Two times prior.
22       Q.   Was it in the last five years?
23       A.   One was in the last five years.
24       Q.   So you may know some of these rules I'm about
25   to state.  But I'm just going to go over them so we have
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1        A.   I don't think that's a specialized detail.  I
 2   think commissary, which is run by -- I don't know what
 3   commissary does.  They have a separate company.
 4        Q.   Are there -- do detainee workers work
 5   commissary?
 6        A.   I don't know.
 7        Q.   I want to show you the document that I'm
 8   trying to figure out.
 9             (Deposition Exhibit No. 170 marked for
10             identification.)
11        Q    (By Ms. Chien) Do you see this is an email
12   from Mike Snyder to you?  This is Exhibit 170.
13        A.   Yes.
14        Q.   The subject, it says:  "Detainee work
15   details."
16        A.   Yes.
17        Q.   Who's Mike Snyder?
18        A.   Mike Snyder's a lieutenant.
19        Q.   Do you recall this email?
20        A.   I don't specifically recall this email.
21        Q.   Do you see -- does -- it appears that he's
22   listing detainee work details.  Then, he says, at the
23   last line:  "Commissary detainees on delivery day."
24        A.   I see that.
25        Q.   Do you know what he's referring to?
```



```
 1        A.   I do not.  I don't recall.  The commissary is
 2   run by a separate company that's not -- that's
 3   contracted.  I know in the past that they've had
 4   workers.  I don't know if they still have workers or if
 5   Keefe, the commissary company -- I don't know how that
 6   works.  I don't recall how that works.
 7        Q.   You mentioned a time when detainee workers
 8   might have worked in commissary; is that right?
 9        A.   I do recall commissary having assistance of
10   detainees years ago.  I don't know how they do it now.
11        Q.   Let's go back to when you knew it was
12   happening.  Were those detainee workers that were
13   working for commissary working under the Voluntary Work
14   Program?
15        A.   I don't know.  I wasn't -- I don't know.
16        Q.   Do you recall any problems -- sorry.  How are
17   workers, detainee workers, assigned to the laundry area?
18             MR. DONAHUE:  Object to the form.
19        A.   They volunteer.  Then first come-first served
20   based on the waiting list is how they would be picked.
21        Q    (By Ms. Chien) Do detainee workers get to
22   decide -- or get to sign up for a specific waiting list
23   for laundry versus kitchen versus pod cleaner?
24        A.   It depends.  Some detainees want any Voluntary
25   Work Program.  They say Give me anything.  Some
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

Ex. 24 to Armstrong Decl.
Page 7 of 8

1          REPORTER'S CERTIFICATE

2          I, JACQUELINE L. BELLOWS, the undersigned

3  Certified Court Reporter pursuant to RCW 5.28.010 authorized

4  to administer oaths and affirmations in and for the State of

5  Washington, do hereby certify that the sworn testimony

6  and/or proceedings, a transcript of which is attached, was

7  given before me at the time and place stated therein; that

8  any and/or all witness(es) were duly sworn to testify to the

9  truth; that the sworn testimony and/or proceedings were by

10 me stenographically recorded and transcribed under my

11 supervision, to the best of my ability; that the foregoing

12 transcript contains a full, true, and accurate record of all

13 the sworn testimony and/or proceedings given and occurring

14 at the time and place stated in the transcript; that a

15 review of which was requested; that I am in no way related

16 to any party to the matter, nor to any counsel, nor do I

17 have any financial interest in the event of the cause.

18          WITNESS MY HAND AND DIGITAL SIGNATURE this 1st

19 day of June, 2019.

20

21

22 _____

23 Jacqueline L. Bellows
   Washington State Certified Court Reporter, No. 2297
24 jbellows@yomreporting.com

25

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

Ex. 24 to Armstrong Decl.
Page 8 of 8