```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF WASHINGTON
                        AT SEATTLE
_____

                                )
THE STATE OF WASHINGTON,        )
                                )
                Plaintiff,      )
                                )
        vs.                     )   No. 3:17-cv-05806-RJB
                                )
THE GEO GROUP, INC.,            )
                                )
                Defendant.      )
                                )
_____

        30(B)(6) DEPOSITION UPON ORAL EXAMINATION

                     OF GEO GROUP, INC.

                      IN THE PERSON OF

                        RYAN KIMBLE

_____

                         9:50 a.m.
                       July 9, 2018

                  1250 Pacific Avenue 105
                Tacoma, Washington 98401-2317




REPORTED BY: JACQUELINE L. BELLOWS, CCR 2297
```



206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                        APPEARANCES

 2
     For the Plaintiff:
 3
     LA ROND BAKER
 4   ANDREA BRENNEKE
     OFFICE OF THE ATTORNEY GENERAL
 5   800 Fifth Avenue 2000
     Seattle, Washington 98164-1338
 6   206.464.7744
     larondb@atg.wa.gov
 7   abrenneke@gmail.com

 8

 9   For the Defendant:

10   JOAN MELL
     III Branches Law
11   1019 Regents Boulevard 204
     Fircrest, Washington 98466
12   253.566.2510
     joan@3brancheslaw.com
13

14

15

16

17

18

19

20

21

22

23

24

25
```


206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
                          I N D E X

       EXAMINATION BY:                                         PAGE

       Ms. Baker ----------------------------------------         5



       EXHIBITS FOR IDENTIFICATION                             PAGE

       Exhibit 1    Notice of Deposition Pursuant to Civil       10
                    Rule 30 (B)(6) And Demand for
                    Designation of Representatives Deponent
                    followed by GEO-State 000931

       Exhibit 2    Policy and Procedure Manual, Detainee        34
                    Services and Programs, Voluntary Work
                    Program, GEO-State 003451 -
                    GEO-State 003458

       Exhibit 3    Detainee Job Description, Cook/Prep/         37
                    Server, GEO-State 015099 - 015101,
                    GEO-State 003524

       Exhibit 4    Detainee kitchen worker hygiene and          45
                    grooming standards, GEO-State 003519

       Exhibit 5    Kitchen Worker Orientation Checklist,        47
                    GEO-State 003538 - GEO-State 003556

       Exhibit 6    Daily Work Crew Count Sheet                  69

       Exhibit 7    Man-Days Billing Report Status Detail        70
                    Alpha, Report Dates: 11/1/2012 -
                    11/30/2012, Confidential,
                    GEO MEN 00001594 - GEO_MEN 00001610

       Exhibit 8    Food Service Shift Tool Control,             80
                    GEO-State 003515 - GEO-State 003516

       Exhibit 9    Offender Job/Program Assignments            101

       Exhibit 10   Memo, 11-29-12, GEO-State 000569 -          104
                    GEO-State 000621

       Exhibit 11   Certificate of Compliance, 3-6-17           105
```



206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

| EXHIBITS FOR IDENTIFICATION | | PAGE |
|---|---|---|
| Exhibit 12 | Housekeeping Plan, GEO-State 000632 GEO-State 000635 | 106 |
| Exhibit 13 | Stipulated Protective Order, 6-26-18 | 110 |
| Exhibit 14 | Memo, 4-12-12, GEO-State 003477 | 111 |
| Exhibit 15 | Email, 10-3-14, GEO-State 012190 | 117 |
| Exhibit 16 | Email, 3-4-14, GEO-State 006270 | 120 |
| Exhibit 17 | 5.8 Voluntary Work Program, PBNDS 2011 | 125 |
| Exhibit 18 | Facility History, GEO-State 005744 - GEO-State 005748 | 129 |
| Exhibit 19 | Geo's Fed. R. Civ. P. 26(a)(1) Initial Disclosures, 2-2-18 | 141 |
| Exhibit 20 | Table, "Pod, Worker, Hours, Total," Confidential | 150 |
| Exhibit 21 | Table, "Worker pay," Confidential | 159 |
| Exhibit 22 | Table, "Monthly Voluntary Worker Program Spend," Confidential | 163 |
| Exhibit 23 | Declaration of Joan K. Mell Attaching Geo-ICE Contract with Limited Trade Secret Redactions, 11-17-17 | 170 |



```
 1                  Tacoma, Washington; July 9, 2018
 2                             9:50 a.m.
 3                              --oOo--
 4
 5                           RYAN KIMBLE,
 6      sworn as a witness by the certified court reporter,
 7                        testified as follows:
 8
 9                        E X A M I N A T I O N
10   BY MS. BAKER:
11        Q.   Good morning, Mr. Kimble.
12        A.   Good morning.
13        Q.   As you know, my name is LaRond Baker and I'm
14   an attorney for the State of Washington in this matter.
15   Our other counsel who's at the table is Andrea Brenneke.
16   And we are here with Cassidy, who is our intern.
17             Would you please state your full name for the
18   record.
19        A.   Ryan Edward Kimble.
20        Q.   How do you spell your last name?
21        A.   K-I-M-B-L-E.
22        Q.   And your employer?
23        A.   The Geo Group.
24        Q.   And what is your position for the Geo Group?
25        A.   I'm the associate warden for finance and
```



206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1   it's -- I think the number on it is like a G -- it's a
 2   government form.  It's a G something, G like 412 or
 3   something to that effect.
 4        Q.   And you indicated that the backup paperwork
 5   that includes detainee-specific information has
 6   detainee -- the detainee-workers' names?
 7        A.   And their A number.
 8        Q.   Does it also have the number of days they
 9   worked per month?
10        A.   No.  It is by day.  So every time that they
11   have signed that paper, their name appears on the list.
12   That's why, if there's 31 days in the month, however
13   many workers throughout that day will be a list of the
14   first, the second, the third, the fourth, the fifth, all
15   the way through.
16        Q.   Does it also include locations where a
17   detainee has worked?
18        A.   Yes.
19        Q.   Is there any -- how are these documents
20   maintained?  Is there a program that Geo utilizes to
21   maintain this information?
22             MS. MELL:  Object to the form of the question.
23        A.   There is the detainee trust fund, which is
24   purely the detainee's money.  And that trust fund is
25   pooled into one account.  And the facility uses the
```



```
 1   Keefe Banking System to electronically divvy out, so you
 2   know exactly to the penny per day, whose money is whose
 3   because we'll get -- when detainees come in, they come
 4   off the street with money.  Or they have family members
 5   that put money on their account.  That money is put in
 6   there.  That is the banking system that's used to
 7   delineate account balances.
 8        Q    (By Ms. Baker) So you call it the "Keefe
 9   Banking System"?
10        A.   K-E-E-F-E, Keefe Banking System is what the
11   facility uses.
12        Q.   If you needed to run a report through the
13   Keefe Banking System to identify the number of
14   individuals who participate in the Voluntary Work
15   Program in a particular month, can you do that?
16        A.   There's no way to do that.  The only way to do
17   it is in the backup that was sent to COR because it's an
18   electronic entry each day from the previous day, saying
19   that they were there.  So there's an electronic entry
20   that goes in the form.  But there's no way you can
21   run -- I mean you could run it per person.  You could
22   show any entries that have happened on a particular day
23   that person.
24        Q.   Are you able to run reports and get aggregate
25   numbers through this system, through the Keefe Banking
```


206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

Ex. 25 to Armstrong Decl.
Page 7 of 10

```
 1   trying to understand the format of this Keefe Banking
 2   System that you described earlier, because we haven't
 3   seen any documents that come from that system.  So I'm
 4   trying to understand.
 5          Would this be -- is this a similar looking
 6   report to what would be generated in support of your
 7   monthly bills to ICE regarding the Voluntary Work
 8   Program?
 9       A.   No.
10       Q.   Do you have any idea what this report is?
11          MS. MELL:  Don't guess.  If you have never
12   seen it before, don't guess.
13       A.   Yeah.  I can only guess what this is.
14       Q    (By Ms. Baker) Are there reports that you
15   generate, that the NWDC generates, that are similar to
16   this?
17       A.   No.
18       Q.   Thank you.  So you had mentioned Excel
19   spreadsheets that were submitted in support of the
20   bills.
21       A.   Uh-huh.
22       Q.   Where do those Excel sheets come from?  And
23   how are they maintained?
24       A.   They -- I have to step back and think about
25   this.  Hold on one second.  I've got to think of the
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

Ex. 25 to Armstrong Decl.
Page 8 of 10

```
 1    flow of it because this is how it's presented to me.
 2            Okay.  So I guess I have to restate that.  I
 3    guess technically this would be part of the Keefe
 4    Banking System 'cause I think that's where it's put in
 5    because every day, like I said, we get the worker
 6    sheets -- not the worker sheets -- the sheets where
 7    they've signed that they participated.  And then we get
 8    those.  Then the next day, we have a person that
 9    manually puts in each one of them to the system to show
10    that they were part of that opportunity and to manually
11    put in the dollar that is mandated by ICE.
12            So I guess technically, I guess it is pulled
13    out of the Keefe Banking System.  It has to be because
14    it is an Excel spreadsheet that has the detainees' A
15    number, their name, the date, the location of work, and
16    where it shows the $1.00.  So I have to restate that.
17    So yeah, apparently it does 'cause, now I'm thinking
18    about it, it has to come out there because of the manual
19    entries that we do.  But -- sorry.  Go ahead.
20       Q.   Okay.  How long have you had the Keefe Banking
21    system?
22       A.   It's been longer there than I've been there.
23    I couldn't tell you the exact start of date of it.  It's
24    been there beyond five years.
25       Q.   Earlier you indicated that all of the records
```



```
 1                    REPORTER'S CERTIFICATE
 2           I, JACQUELINE L. BELLOWS, the undersigned
 3   Certified Court Reporter pursuant to RCW 5.28.010 authorized
 4   to administer oaths and affirmations in and for the State of
 5   Washington, do hereby certify that the sworn testimony
 6   and/or proceedings, a transcript of which is attached, was
 7   given before me at the time and place stated therein; that
 8   any and/or all witness(es) were duly sworn to testify to the
 9   truth; that the sworn testimony and/or proceedings were by
10   me stenographically recorded and transcribed under my
11   supervision, to the best of my ability; that the foregoing
12   transcript contains a full, true, and accurate record of all
13   the sworn testimony and/or proceedings given and occurring
14   at the time and place stated in the transcript; that a
15   review of which was requested; that I am in no way related
16   to any party to the matter, nor to any counsel, nor do I
17   have any financial interest in the event of the cause.
18                WITNESS MY HAND AND DIGITAL SIGNATURE this
19   27th day of July, 2018.
20
21
22   _____
23   Jacqueline L. Bellows
     Washington State Certified Court Reporter, No. 2297
24   jbellows@yomreporting.com
25
```



206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

Ex. 25 to Armstrong Decl.
Page 10 of 10