

# Performance-Based National Detention Standards 2011



# 2.4 Facility Security and Control

## I. Purpose and Scope

This detention standard protects the community, staff, contractors, volunteers and detainees from harm by ensuring that facility security is maintained and events which pose risk of harm are prevented.

This detention standard applies to the following types of facilities housing ICE/ERO detainees:

- Service Processing Centers (SPCs);
- Contract Detention Facilities (CDFs); and
- State or local government facilities used by ERO through Intergovernmental Service Agreements (IGSAs) to hold detainees for more than 72 hours.

*Procedures in italics are specifically required for SPCs, CDFs, and Dedicated IGSA facilities.* Non-dedicated IGSA facilities must conform to these procedures or adopt, adapt or establish alternatives, provided they meet or exceed the intent represented by these procedures.

Various terms used in this standard may be defined in standard "7.5 Definitions."

## II. Expected Outcomes

The expected outcomes of this detention standard are as follows (specific requirements are defined in "V. Expected Practices"):

1. The facility administrator shall develop and document comprehensive detainee supervision guidelines, as well as a comprehensive staffing analysis and staffing plan, to determine and meet the facility's detainee supervision needs; these shall be reviewed and updated at least annually.

2. Essential security posts and positions will be staffed with qualified personnel.

3. Facility security and safety will be monitored and coordinated by a secure, well-equipped, and continuously staffed control center.

4. The facility's perimeter will ensure that detainees remain within and that public access is denied without proper authorization.

5. Information about routine procedures, emergency situations, and unusual incidents will be continually recorded in permanent post logs and shift reports.

6. Facility safety, security and good order, including the safety, health and well-being of staff and detainees, will be enhanced through ongoing observation, supervision, and personal contact and interaction between staff and detainees.

7. Special security and control measures will consistently be applied to Special Management Unit entrances.

8. Facility safety, security and good order will be enhanced through frequent and documented staff inspections of detainee-occupied and unoccupied areas.

9. The facility shall provide communication assistance to detainees with disabilities and detainees who are limited in their English proficiency (LEP). The facility will provide detainees with disabilities with effective communication, which may include the provision of auxiliary aids, such as readers, materials in Braille, audio recordings, telephone handset amplifiers, telephones compatible with hearing aids, telecommunications devices for deaf persons (TTYs), interpreters, and note-takers, as needed. The facility will also provide detainees who are LEP with language assistance, including bilingual staff or professional interpretation and translation services, to provide them with meaningful access to its programs and activities.

## III. Standards Affected

2.4 | Facility Security and Control                81                PBNDS 2011
                                                                    *(Revised December 2016)*

Ex. 26 to Armstrong Decl.
Page 2 of 18

This detention standard replaces "Facility Security and Control" dated 12/2/2008.

# IV. References

American Correctional Association, *Performance-based Standards for Adult Local Detention Facilities*, 4th Edition: 4-ALDF-2A-01 through 2A-14, 2A-18, 2C-01, 2C-02, 7F-06

ICE/ERO *Performance-based National Detention Standards 2011:*

- "2.3 Contraband";
- "2.5 Funds and Personal Property";
- "2.7 Key and Lock Control";
- "2.8 Population Counts";
- "2.9 Post Orders";
- "2.12 Special Management Units";
- "2.15 Use of Force and Restraints";
- "2.14 Tool Control";
- "5.1 Correspondence and Other Mail";
- "5.7 Visitation"; and
- "6.2 Grievance System."

"*Standards to Prevent, Detect, and Respond to Sexual Abuse and Assault in Confinement Facilities*," 79 Fed. Reg. 13100 (Mar. 7, 2014).

# V. Expected Practices

## A. Detainee Supervision and Monitoring

Each facility shall ensure that it maintains sufficient supervision of detainees, including through appropriate staffing levels and, where applicable, video monitoring, to protect detainees against sexual abuse assault, other forms of violence or harassment, and to prevent significant self-harm and suicide. Security staffing shall be sufficient to maintain facility security and prevent or minimize events that pose a risk of harm to persons and property.

The facility administrator shall develop and document comprehensive detainee supervision guidelines, as well as a comprehensive staffing analysis and staffing plan, to determine and meet the facility's detainee supervision needs; these shall be reviewed and updated at least annually. Essential posts and positions shall be filled with qualified personnel.

In determining adequate levels of detainee supervision and determining the need for video monitoring, the facility administrator shall take into consideration generally accepted detention and correctional practices, any judicial findings of inadequacy, the physical layout of each facility, the composition of the detainee population, the prevalence of substantiated and unsubstantiated incidents of sexual abuse as well as other incidents reflecting on facility security and detainee safety, the findings and recommendations of sexual abuse incident review reports or other findings reflecting on facility security and detainee safety, the length of time detainees spend in agency custody, and any other relevant factors.

At least one male and one female staff member shall be on duty at all times in a facility housing both male and female detainees.

All security posts shall be guided by standard "2.9 Post Orders."

## B. Control Centers

Each facility shall have a secure control center that is staffed continuously, 24/7. Control center staff shall monitor and coordinate facility security, life-safety and communication systems.

*The Chief of Security shall carefully screen officers for the highly responsible control center post assignment(s). The Control officer's responsibilities include (but are not limited to) key control, count procedures and public-address-system operations. The standards on "Key and Lock Control" and "Population Counts" detail requirements for key*

2.4 | Facility Security and Control          82          PBNDS 2011
(Revised December 2016)

Ex. 26 to Armstrong Decl.
Page 3 of 18

control and counts.

The facility administrator shall establish procedures to implement the following control center requirements:

1. round-the-clock staffing;

2. limited staff access;

3. no detainee access (in a control center, staff must perform cleaning duties that elsewhere in the facility may ordinarily be assigned to detainees);

4. round-the-clock communications;

5. maintenance of a list of the current home and cell phone numbers of every staff member assigned to the facility, including administrative/support services staff members, all situation response team members (SRTs), hostage negotiation team member (HNTs) and applicable law enforcement agencies.   If any staff member is inaccessible by phone, other means of off-duty contact approved by the facility administrator, such as a pager number or e-mail address, may be listed; the list shall:

   a. be on file in both the control center and the shift supervisor's office;

   b. be maintained in a secure file;

   c. be used for emergency recall or urgent business only;

   d. be updated at least quarterly; and

   e. prominently feature the following notice:

      "This information must be safeguarded. Use is restricted to those who need the information in the performance of their official duties. Misuse shall subject the user to criminal liability. This agency shall view any misuse of this information as a serious violation of the Employee Code of Conduct, which may result in disciplinary action, including removal."

6. round-the-clock accountability for equipment; and

7. a watch call system (officer safety checks) to the control center by all staff, ordinarily to occur every half-hour between 6:00 P.M. and 6:00 A.M. Individual facility policy may designate another post to conduct watch calls. Any exception to exempt staff from making watch calls as described in this standard requires the approval of the facility administrator.

## C. Perimeter Security

### 1. Front Entrance

The facility's front entrance shall be a controlled access point. Entrance into the secure perimeter shall be controlled by a sally port (or equivalent with electronic interlocking doors or grilles) to prevent unauthorized entry or exit.

Staff assigned to the front entrance post shall be selected and expected to present a neat and professional appearance, exercise public relations skills of courtesy and tact, and interact and communicate easily and effectively with diverse people. Front entrance staff is expected to uphold these responsibilities while also maintaining security and enforcing regulations.

a. Identification and Searches
   The officer assigned to this post shall check the identification documents of every visitor, employee and other person entering or leaving the facility. No adult visitor may be admitted without government-issued photo identification.

b. Record

   1) The post officer shall maintain the visitor logbook, a bound ledger in which all non-staff visits are to be recorded.

   2) Every entry in the logbook shall identify the person or department visited, date and time of the visitor's arrival, purpose of visit, unusual requests and time of departure.

   3) The entry for a person visiting a detainee shall also include the name and A-number of the

2.4 | Facility Security and Control        83        PBNDS 2011
(Revised December 2016)

Ex. 26 to Armstrong Decl.
Page 4 of 18

detainee being visited, and the address and relationship to the detainee. The post officer shall require the visitor to print and sign his/her name in the visitor logbook.

4) *All ICE/ERO employees shall wear ICE/ERO-issued identification cards (to include photograph and name). The facility shall maintain a tracking mechanism for all staff permanently stationed at the facility. This mechanism shall include a process to rapidly verify all staff entering and leaving the perimeter.*

5) *The facility administrator shall establish procedures for tracking the arrivals and departures of contract employees. However, the main gate/front entrance officer shall maintain a separate file of contract employee Forms G-74, or equivalent, laminated, with photograph, issue date, expiration date (if applicable), and the facility administrator's signature.*

c. Visitor Passes

The facility administrator shall establish procedures for issuing color-coded visitor passes to all visitors entering the facility via the main gate/front entrance. Visitors must prominently display this pass on an outer garment, where it is visible (at a glance) to staff.

*The post officer shall check the validity of the identification. In exchange for the photo-identification card (e.g., driver's license, student ID card), the post officer shall issue the visitor a color-coded pass, provided the photo resembles the visitor closely enough to identify the visitor. The visitor must leave his/her photo-identification card with the post officer until the end of the visit, marked by the time-out entry in the logbook.*

*The post officer shall hold all visitor identification cards at the main gate front entrance, for the following security reasons:*

1) *to account for visitors in the event of an emergency (e.g., medical, fire, hostage situation, or other incident);*

2) *as a check on logbook data; and*

3) *as a disincentive for criminal or disruptive behavior (e.g., distributing drugs or other contraband; inciting an internal disturbance or riot, etc.).*

d. Blue Visitor Passes (or color-coded equivalent)
   *ICE/ERO employees not permanently stationed at the facility, and official visitors from other Department of Homeland Security agencies, shall receive "blue" passes. Visitors with blue passes do not need, but may request, escorts.*

   *The post officer shall record every official visitor's arrivals and departures in the visitor logbook, including the person or department visited, date and time of visitor's arrival, purpose of visit, unusual requests and time of departure.*

   *To save time, all ICE/ERO employees with frequent business at the facility but stationed elsewhere shall complete a G-74 form, or equivalent, for the front-entrance personal data card file.*

e. Yellow Visitor Passes (or color-coded equivalent)
   *Law enforcement officers not directly connected with ICE/ERO, vendors and other persons visiting in an official capacity shall receive "yellow" passes. Their visits shall be recorded in the visitor logbook. Escorts are required for visitors with yellow passes.*

f. Orange Visitor Passes (or color-coded equivalent)
   *"Orange" passes shall be distributed to contractual construction service personnel, including:*

   1) *representatives of the Army Corps of Engineers, and*

   2) *contractors, including sub-contractors, employees, laborers, supervisors, etc.*

2.4 | Facility Security and Control    84    PBNDS 2011
*(Revised December 2016)*

Ex. 26 to Armstrong Decl.
Page 5 of 18

*Each facility administrator shall require such persons to identify themselves, consistent with the photo-ID requirements stated above in the standard, and shall devise procedures for issuing construction visitor passes, including requirements for each visitor to display his/her pass. Procedures will also provide for a listing of facility areas where construction visitors are authorized to be present and to work. Visitors with orange visitor passes must be escorted.*

g. *Red Visitor Passes (or color-code equivalent)*
   *Non-official persons visiting detainees or visiting the facility, regardless of affiliation, shall receive "red" passes. The post officer shall enter their visits in the visitor logbook as specified under the "Record" section of this standard. Escorts are required for visitors with red passes.*

   *If a visitor leaves the facility without surrendering the visitor pass and retrieving his/her identification card, the post officer shall photocopy the identification card and attach it to a memo to the shift supervisor stating the:*

   *1) visitor's name;*

   *2) visitor's title (if applicable);*

   *3) person or department visited;*

   *4) time the pass was issued;*

   *5) reason for not retrieving the pass from the visitor and/or not returning the identification card; and*

   *6) other relevant observations (for example, suspicious or emotionally charged behavior, use of rude language, demeanor).*

   *The main gate front-entrance assigned staff member must account for all visitor passes when coming on duty, immediately reporting any discrepancies to the shift supervisor. The post officer is also responsible for monitoring the inventory of visitor passes and identification cards, and reporting to the shift supervisor any unusually long visits (as indicated by an identification card which has yet to be retrieved and/or a missing visitor's pass which has yet to be returned).*

## 2. Vehicle Entrance

a. Identification
The main-gate front-entrance assigned staff member shall control all (vehicle) traffic entering and leaving the facility. The officer shall check the driver's license of the driver entering into the facility, regardless of purpose (e.g., visit, delivery), and may require proof of insurance, especially for vehicles to be driven on the grounds. The officer will also check the identification of every passenger in the vehicle. The officer may admit the vehicle only if the license and insurance are valid. While the driver is within the facility's secure perimeter, the officer shall hold the driver's license or identification of every person entering the facility, as specified under the "Visitor Passes" section in this standard.

b. Vehicle Log
The post officer shall log the following information regarding every vehicle: tag number, driver's name, firm represented, purpose of the visit, (e.g., repairs, delivery, etc.), vehicle contents, date, time in, time out and facility employee responsible for the vehicle on-site.

c. Controls

   1) The main-gate front-entrance assigned staff member shall search the vehicle before it enters or leaves the facility, both to prevent the introduction/removal of contraband and to prevent the vehicle's use as a means of escape. All drivers making deliveries must submit to a personal search and questioning about firearms, munitions, knives, ropes, jacks, narcotics and other items considered contraband. (For more detailed information,

2.4 | Facility Security and Control    85    PBNDS 2011
*(Revised December 2016)*

Ex. 26 to Armstrong Decl.
Page 6 of 18

see standard "2.3 Contraband").

2) Any article posing a threat to the facility's security shall be held at the gate or removed from facility grounds. The driver of a delivery vehicle may be accompanied by one or more co-worker(s), but not by unauthorized passengers.

3) *The facility employee responsible for vehicle oversight shall, as escort:*
   a) *walk behind the vehicle;*
   b) *directly supervise loading and unloading;*
   c) *retain the ignition keys, never leaving them in the vehicle; and*
   d) *close windows, lock doors and trunks, secure toolboxes, ladders, etc., before leaving the vehicle unattended.*

4) *Before approaching the exit gate, the driver shall stop at a spot designated. The gate operator shall not allow the vehicle to depart until he/she is satisfied that neither the driver nor the escorting officer is under duress. With that established, officers shall again search the vehicle. If a thorough search is impossible to conduct, the vehicle shall be unloaded or held pending completion of the next official count. If the vehicle or vehicular equipment must remain inside the compound overnight, staff shall render it inoperable.*

5) *If the post officer has doubts about a person's identity, he/she shall not permit the person to exit, pending positive identification.*

6) Staff shall handle any legal or special mail delivered to the facility for detainees in accordance with standard "5.1 Correspondence and Other Mail"

## D. General Population Housing Units

### 1. Post Orders and Housing Records

For each housing unit, the facility administrator shall establish written post orders with step-by-step procedures, in accordance with standard "2.9 Post Orders." Those post orders shall require that housing officers maintain a housing unit log for recording information regarding routine unit operations, as well as unusual and emergency incidents.

*Housing unit post orders shall follow the event schedule format, for example, "0515—Lights on" and shall direct the assigned staff member to maintain a unit log of pertinent information regarding detainee activity.*

*The shift supervisor shall visit each housing area and initial the log on each shift at least once per tour.*

### 2. Supervision and Communication

Security officer posts shall be located in or immediately adjacent to detainee housing units to permit officers to see or hear and respond to emergency situations. Personal contact and interaction between housing staff and detainees shall be expected and required.

As prescribed by standard "2.9 Post Orders," staff shall observe, supervise and control movement of detainees from one area to another. No detainee may ever be given authority over, or be permitted to exert control over, any other detainee.

The facility administrator, designated assistant facility administrator, supervisors and others designated by the facility administrator shall be required to visit all housing units weekly at minimum to observe living conditions and interact informally with detainees. Such visitors shall record their visits by initialing the housing unit log.

## E. Special Management Unit (SMU)

Because Special Management Units are inherently among the most secure areas of any detention facility, special security and control measures are required for these units.

### 1. Control of Contraband and Tools

Every facility administrator shall establish a written policy and procedures to secure the SMU from

2.4 | Facility Security and Control         86         PBNDS 2011
(Revised December 2016)

Ex. 26 to Armstrong Decl.
Page 7 of 18

contraband.

Items allowed to enter SMUs shall be kept to an absolute minimum. Any item allowed into the unit, including laundry, commissary, food carts and personal property, shall be thoroughly inspected and searched to prevent the introduction of contraband.

In the event that it becomes necessary to introduce tools into the unit, special care shall be taken. Prior to entering, all tools shall be inventoried by the special housing officer. Tools shall be identified and checked against the inventory upon departing to ensure that no tools, hazardous objects, or materials are left in the unit.

### 2. Control of Entrances

In facilities with the ability to do so, the SMU entrance in regular use shall have a sally port, which shall be operated so that the inner and outer doors cannot both be open simultaneously. Officers on the inside and outside shall independently check the identification of every person going in or out, and each officer must positively confirm a person's identity before allowing him/her through the door.

Also, in accordance with written procedures established by the facility administrator, these officers shall take precautions to ensure that the person requesting entry or exit is not doing so under duress.

### 3. Control of Food Carts

Food carts shall be securely locked before leaving the food service area for delivery to the SMU. If this is not possible, a staff escort is required.

### 4. Control of Keys

Staff assigned to the SMU or SMU visiting area shall have keys to the inner door(s) of the sally port, but not to the outside door(s). Conversely, staff outside the SMU or SMU visiting area shall have keys to the sally port's outer door(s) but not the inner door(s). Under no circumstances shall one individual hold keys to both the inner and outer doors of the sally port.

## F. Security Inspections

### 1. Required Written Security Inspection Procedures

Each facility shall establish a comprehensive security inspection system that addresses every area of the facility, specifically including the perimeter fence line and other areas specified below in the standard.

Frequent unannounced security inspections shall be conducted on day and night shifts to control the introduction of contraband; identify and deter sexual abuse of detainees; ensure facility safety, security and good order; prevent escapes; maintain sanitary standards; and eliminate fire and safety hazards. Each facility shall prohibit staff from alerting others that these security inspections are occurring, unless such announcement is related to the legitimate operational functions of the facility.

*Each officer who assumes a post assignment shall conduct a security check of the area, record the results in the post logbook, and prepare and submit maintenance work requests as necessary.*

*Documentation of all daily inspections—shift, area and post—is required. Completed inspection forms, along with the schedule of inspections shall be submitted to the Chief of Security. The daily inspection plan shall also provide guidelines for security-feature checks and for reporting security concerns, vulnerabilities and inconsistencies, such as inoperable security cameras.*

The facility administrator shall identify the staff member responsible for the oversight of the facility's daily security inspection process.

*Normally, the shift supervisor (or equivalent) shall handle this responsibility, under the Chief of Security (or equivalent). The shift supervisor or designee shall review all search and inspection documentation.*

*The shift supervisor or designee shall report recurrent maintenance work problems to the*

2.4 | Facility Security and Control         87         PBNDS 2011
(Revised December 2016)

Ex. 26 to Armstrong Decl.
Page 8 of 18

*department head and/or assistant facility administrator. Such problems include, for example, unresponsiveness to work orders, failure to take corrective action, and/or failed attempts to resolve a problem within a reasonable timetable.*

### 2. Perimeter Inspections

Perimeter inspections shall occur frequently, but at irregular times, as follows.

a. Walls, fences and exits, including all outside windows shall be inspected for defects at least once per shift, and perimeter alarm systems shall be tested daily.

b. Once per shift or daily, at the facility administrator's discretion, locations on the grounds shall be inspected where detainees could arrange for visitors to leave contraband.

c. Daily along the perimeter fence, checked by the assigned staff member(s):

   1) walking the entire fence line; checking the tension wire and binding straps and all hardware attached to the poles to ensure tautness; examining wings for cut links; and testing the links fastening the sides of the fence bottom to the fence; and

   2) simulating a detainee's climbing the fence by pulling on the fence. (Jerking the fence back and forth does not simulate climbing and is an insufficient simulation.) In a functional alarm system, the pull-test shall activate the alarm, after which staff shall immediately notify the control center of the need to reset the alarm. In the event that the fence-climbing simulation is insufficient to activate the alarm, the facility administrator shall be immediately notified so as to take corrective action.

d. The facility maintenance supervisor and Chief of Security shall check the fence monthly, documenting the results in the shift supervisor's daily log.

### 3. Housing Units

Each facility administrator shall establish a written policy and procedures for housing unit and personal area searches and the use of canine units. Canine units may be used only for contraband detection. Canine units shall not be used for force, control or intimidation of detainees (see standard "2.15 Use of Force and Restraints").

a. Searches of Detainee Housing Areas
*Staff may search a detainee's housing area and personal items without prior notice, without detainee approval and without the detainee being present. Housing area searches shall take place irregularly, so as not to establish a predictable pattern.*

   *For a cell search, staff shall remove the detainee from the cell. Staff must pay particular attention to plumbing facilities, ventilators, beds, bedding, tables, chairs, books, etc., and be on the alert for contraband in false bottoms, hidden compartments, hollow legs, etc.*

   *After the search, staff shall restore all items as close as possible to their original order.*

b. Search Log
Each housing unit, including the SMU, shall document cell and area searches in a search log that registers the date, time and findings, including location where contraband was found, type of contraband and the searching officers' names.

### 4. Searches of Utility Areas

Staff shall conduct irregular searches of storage and supply rooms, plumbing accesses, walls (particularly around ventilators and windows), lighting and plumbing fixtures, drains, etc., in the housing areas. These searches shall occur at least once per shift.

### 5. Searches of Shops and Buildings

Assigned staff shall routinely inspect all areas of the facility, at odd hours, according to no fixed

2.4 | Facility Security and Control	88	PBNDS 2011
*(Revised December 2016)*

Ex. 26 to Armstrong Decl.
Page 9 of 18

schedule. For searches of areas with specialized equipment or supplies, the respective department head shall be present to ease access to locked areas and to help determine the status of any questionable items.

Staff shall document these searches in a logbook maintained by the shift supervisor.

### G. Detainee-on-Detainee Physical Assaults

The facility administrator shall ensure that the FOD is notified of any physical assault on an ICE detainee by another detainee or inmate housed at the facility. This includes one or more detainees or inmates engaging in an act of violence against another ICE detainee or the intentional attempt to harm that detainee through force or violence, regardless of whether injury results or a weapon is used. The facility shall ensure a thorough investigation of any incidents of physical assault perpetrated on an ICE detainee, consistent with the requirements of Standard 3.1 "Disciplinary System."

### H. Staff-on-Detainee Physical Assaults

The facility administrator shall ensure that the FOD is notified of any incident or allegation of a physical assault perpetrated by staff against a detainee. This includes any incident or allegation of facility staff engaging in an act of violence against a detainee, or any intentional attempt to harm that detainee through force or violence, regardless of whether injury results or a weapon is used. The facility shall ensure a thorough investigation of any incident or allegation of staff-on-detainee physical assault, and staff determined to have perpetrated a physical assault on a detainee shall be appropriately disciplined; the results of the investigation shall be transmitted to the FOD.

### I. Staff Misconduct

The facility administrator shall ensure that the FOD is promptly notified of any incident or allegation of staff misconduct if that misconduct relates to treatment of ICE detainees, to the security or safety of the facility, or to compliance with detention standards or the provisions of the facility's contract with ICE. Note that Standard 6.2 "Grievance System" also requires that ICE be notified of <u>any</u> allegation of staff misconduct that is contained in a detainee grievance.

2.4 | Facility Security and Control          89          PBNDS 2011
*(Revised December 2016)*

Ex. 26 to Armstrong Decl.
Page 10 of 18

# 2.14 Tool Control

## I. Purpose and Scope

This detention standard protects detainees, staff, contractors and volunteers from harm and contributes to orderly facility operations by maintaining control of tools, culinary utensils and medical and dental instruments, equipment and supplies.

This detention standard applies to the following types of facilities housing ICE/ERO detainees:

- Service Processing Centers (SPCs);
- Contract Detention Facilities (CDFs); and
- State or local government facilities used by ERO through Intergovernmental Service Agreements (IGSAs) to hold detainees for more than 72 hours.

*Procedures in italics are specifically required for SPCs and CDFs.* IGSA facilities must conform to these procedures or adopt, adapt or establish alternatives, provided they meet or exceed the intent represented by these procedures.

For all types of facilities, procedures that appear in italics with a marked (**) on the page indicate optimum levels of compliance for this standard.

Various terms used in this standard may be defined in standard "7.5 Definitions."

## II. Expected Outcome

The expected outcomes of this detention standard are as follows (specific requirements are defined in "V. Expected Practices").

1. Tools, maintenance implements, culinary utensils, medical and dental instruments, equipment and supplies (particularly syringes, needles and other sharps) shall be maintained on an inventory, and continually controlled and accounted for to ensure the safe and orderly operation of the facility.

## III. Standards Affected

This detention standard replaces "Tool Control" dated 12/2/2008.

## IV. References

American Correctional Association, *Performance-based Standards for Adult Local Detention Facilities*, 4th Edition: 4-ALDF-2D-02, 2D-03.

## V. Expected Practices

### A. Control, Care and Accountability for Tools

1. Prevents their use in escape attempts, as weapons, and in other ways that can be hazardous to individual safety or the good order of the facility.
2. Improves the appearance of shop and construction areas.
3. Helps ensure that tools are in good repair when needed.
4. Reduces costs of tool maintenance and inventory.
5. Holds detainees accountable for tools that have been assigned to them.

### B. Written Policy and Procedures Required

Each facility administrator shall develop and implement a written tool control system that establishes the following:

1. a staff position responsible for:
   a. developing and implementing tool control procedures, and
   b. establishing an inspection system to ensure accountability;

2.14 | Tool Control                          192                          PBNDS 2011
(Revised December 2016)

Ex. 26 to Armstrong Decl.
Page 11 of 18

The facility administrator shall delegate these responsibilities to the Chief of Security and shall also assign, in writing, the duties of tool control officer to a staff member of the Facility Maintenance Department;

2. a tool classification system;
3. procedures for marking tools so they are readily identifiable;
4. procedures for storing tools;
5. procedures and schedules for regular inventories of tools;
6. procedures for issuing tools to staff and detainee workers;
7. procedures governing lost tools;
8. procedures for surveying and destroying excess, broken, or worn-out tools; and
9. procedures for inspecting and controlling tools and equipment brought into the facility temporarily (e.g., repair and maintenance workers, sports teams.)

## C. Tool Classification

The facility shall develop and implement a tool classification system.

*Tools are assigned one of two categories:*

1. *restricted (class "R")—dangerous/hazardous tools; and*
2. *non-restricted—non-hazardous tools.*

*Class "R" tools include:*

1. *tools too dangerous for detainees to handle without constant staff supervision;*
2. *tools to which detainee access is prohibited;*
3. *tools that could facilitate an escape or an escape attempt;*
4. *tools that are useful in making weapons, could double as weapons, or are capable of causing serious bodily harm;*
5. *power hand tools, with or without cords; and*
6. *other tools which are generally hazardous to facility security or personal safety.*

*Examples of restricted tools include:*

1. *metal cutting blades;*
2. *mixing chambers;*
3. *bolt cutters;*
4. *ramset gun and ammunition (stored in armory only);*
5. *diamond-tipped tools;*
6. *core drills;*
7. *drills;*
8. *circular saws; and*
9. *knives and other sharp culinary utensils.*

*The facility administrator shall establish a policy document on facility tool use and storage that includes separate, comprehensive, alphabetical lists of both restricted and non-restricted tools.*

1. *The lists shall indicate which of the listed tools are available on-site, describe them by type, and specify tool sizes.*
2. *The lists shall be kept current by formatting them as attachments to the policy document, and shall be maintained and updated electronically.*
3. *The lists shall be updated and distributed at least quarterly.*

*Tools included in tool sets and tools sized sequentially in standard increments may appear as a single listing. For example:*

- *drill bits, metal/wood 1/32"-7/8"*
- *drill bits, metal/wood 7/16"-7/8"*
- *wrench, comb. box/open end 1/4"-7/16"*
- *wrench, comb. box/open end 7/16"-7/8"*

2.14 | Tool Control     193     PBNDS 2011
*(Revised December 2016)*

Ex. 26 to Armstrong Decl.
Page 12 of 18

When a single set listing is insufficiently clear, each tool must be listed separately—for example, if a facility had a single "wrench, combination box/open end, 1 7/8 inches" but not the smaller or larger sizes; or had several wrenches in different sizes, but without standard size differences.

## D. Daily Removal and Storage of Class "R" Tools

Staff shall remove restricted tools from work areas at the end of each workday for safekeeping in a secure tool room, the armory, or the control center.

## E. Acetylene

Staff shall:

1. restrict the supply of acetylene entering the facility to the amount needed in a single day; and

2. at the end of each workday, store the used and unused acetylene tanks outside the secured perimeter in accordance with applicable codes, standards and regulations (Occupational Safety and Health Administration's industrial safety regulations, etc.).

## F. Departmental Responsibilities

At a minimum, the following departments shall maintain tool inventories:

1. Facility Maintenance Department;
2. Medical Department;
3. Food Service Department;
4. Electronics Shop;
5. Recreation Department; and
6. Armory

Each department head is responsible for implementing tool control procedures in that department, and the following procedures are specifically required of the facility maintenance department head, health services administrator (HSA), food service manager, electronics technician, recreation specialist and senior firearms instructor:

1. prepare a computer-generated inventory of all class "R" tools in the maintenance restricted-tool room, the medical facility, the food service department, the electronics work area, recreation areas and the armory;

2. post a copy of the class "R" tool inventory with the equipment in a prominent position in the equipment area;

3. submit a second copy of the inventory to the Chief of Security;

4. retain a third copy in the department;

5. review and where necessary revise the class "R" tool inventory on a regular schedule:

    a. weekly—food service,

    b. monthly—facility maintenance, medical, and

    c. quarterly—electronics work area, recreation areas, armory;

6. forward a copy of the inventory report to the facility administrator;

7. report missing tools in accordance with procedures specified below; and

8. include on all inventory sheets the date of issuance/revision.

## G. Tool Identification

The facility administrator shall establish written procedures for marking tools and making them readily identifiable.

1. The tool control officer shall mark every tool in every work location with a symbol signifying its storage location (e.g., "armory," "control center"). Some tools shall require AMIS bar-coding.

2. Tools too small, fragile, or otherwise susceptible to damage (e.g., surgical instruments, micrometers, small drill bits) shall be inventoried and kept in locked storage when not in use.

2.14 | Tool Control 194 PBNDS 2011
(Revised December 2016)

Ex. 26 to Armstrong Decl.
Page 13 of 18

## H. Storage in Work Areas

The facility administrator shall establish written procedures for a tool-storage system that ensures accountability. Commonly used, mounted tools shall be stored so that a tool's disappearance shall not escape attention.

1. Work-detail supervisors shall account for all tools at the end of every work period.
2. Shadow boards shall provide storage for tools that can be mounted, as follows:
   a. one tool per shadow;
   b. tool and shadow identical in size and shape; and
   c. color-coded:
      1) white backgrounds for all shadow boards
      2) red shadows for restricted tools
      3) black shadows for non-restricted tools
3. When a tool is removed from the inventory, its shadow shall likewise be removed from the shadow board;
4. Shadow boards accessible to detainees shall have expanded-metal covers and shall be locked when not in use;
5. All restricted tools shall be secured in a central tool room, isolated from the housing units;
6. If maintenance workers are assigned personal shadow boards, the boards must have expanded-metal covers;
7. Infrequently used tools may be stored in individual tool cages with shadow boards, secured by hasp and padlock:
   a. they must be included in the regular inventory checks;
   b. a tag shall indicate the tool has been removed from its cage and a sign-in/out board shall indicate area, date, times and user;
   c. the staff member responsible shall maintain an inventory sheet in the tool cage and provide a copy to the tool control officer;
   d. Tools not adaptable to shadow boards shall be kept in a locked drawer or cabinet;
   e. Staff shall not open sterile packs for inventory or any other non-medical reason, except when tampering or theft is suspected, in which case staff shall contact the health services department before opening a pack from which instruments may have been removed. To prevent such incidents, sterile packs shall be stored under lock and key at all times; and
   f. Individual toolboxes containing tools used on a daily basis must be secured with hasp and padlock. The individual responsible for the toolbox shall keep an inventory sheet in the toolbox, and the tool control officer shall maintain copies of all such inventory sheets.

## I. Receipt of Tools

1. If the warehouse is located outside the secure perimeter, the warehouse shall receive all tool deliveries.

   If the warehouse is located within the secure perimeter, the facility administrator shall develop site-specific procedures (e.g., storing the tools at the rear sally port until picked up and receipted by the tool control officer). The tool control officer shall immediately place certain tools (e.g., band saw blades, files and all restricted tools) in secure storage.

2. New tools shall be issued only after the tool control officer has marked and inventoried them. Inventories that include any portable power tools shall provide brand name, model, size, description and inventory control/AMIS number.

## J. Tool Inventories

The facility administrator shall schedule and establish procedures for the quarterly inventorying of all

2.14 | Tool Control         195         PBNDS 2011
                                      *(Revised December 2016)*

Ex. 26 to Armstrong Decl.
Page 14 of 18

tools. Facilities shall use inventory control number/AMIS bar code labels as necessary.

1. Inventory maintenance at each work location is the responsibility of the detail supervisor and department head.

2. The work detail supervisor or staff member assigned a toolbox shall be accountable for the control of his/her assigned tools on a daily basis.

3. Any tool permanently removed from service shall be turned in to the tool control officer for record keeping and safe disposal.

4. Tool inventories shall be numbered and posted conspicuously on all corresponding shadow boards, toolboxes and tool kits. While all posted inventories must be accurate, only the master tool inventory sheet in the office of the Chief of Security requires the certifiers' signatures.

5. Tools in current use shall be inventoried in accordance with the following schedule:

   a. Annual
   Once each year at a minimum, the tool control officer and employees responsible for tools shall together inventory all tools/equipment on-site.

      1) Each inventory-taker shall certify with name, title and identification number the accuracy of that inventory. Certification must be approved by the facility maintenance supervisor and Chief of Security.

      2) The tool control officer shall provide the Chief of Security a complete set of the separate inventories (e.g., restricted tools, non-restricted tools) referred to as the Master Tool Inventory Sheet.

   b. Quarterly
   To ensure the accuracy and completeness of current inventory listings and check the condition of shadows and markings, every three months the employees responsible for tools shall conduct verification inventories and initial the appropriate column on the master tool inventory sheet in the Office of the Chief of Security.

   The Chief of Security shall assign an officer to monitor the quarterly inventories. This officer shall clearly initial the bottom of each form certifying that the records have been checked and all inventories completed.

6. Inventory Files
The facility administrator's designee shall maintain a separate file folder for each shop or area in which tools are stored.

   a. The left side of the folder shall contain the master tool inventory sheet(s).

   When an addition or deletion is made to the master inventory, the page on which the change is made shall be completely retyped or reprinted and inserted into the master inventory. Staff shall not destroy any of the original pages, but shall move them to the right side of the folder for future reference.

   b. The right side of the folder shall also contain documentation including, but not limited to:

      1) lost or missing tool reports;

      2) requests for inventory additions or deletions;

      3) survey requests and reports;

      4) store room requisition forms; and

      5) any other document directly related to site-specific tool control procedures.

   c. When the annual inventory is completed, staff shall place the form on the left side of the folder and move the previous year's to the right side. Each folder shall contain the materials for the current year plus the preceding two years, with a divider to separate

2.14 | Tool Control    196    PBNDS 2011
(Revised December 2016)

Ex. 26 to Armstrong Decl.
Page 15 of 18

the annual records.

7. *Tools Used by Contractors*
   Staff shall conduct an inventory of all contractor tools upon their arrival and departure. The Chief of Security shall establish control procedures, particularly for restricted tools. The Chief of Security, facility maintenance supervisor and construction foreman shall maintain copies of all such inventories and control procedures.

8. *Tools Purchased from Surplus Property*
   Tools purchased or acquired from surplus property shall be stored in the designated secure storage area. The responsible employee shall maintain a continual inventory of unmarked or excess tools returned to secure storage for issue or reissue. The tool control officer has sole authority to draw tools from this source. Any such tools kept in the tool control officer's storage area shall be registered in a continual inventory.

9. *Control and Inventory of Certain Items Not Classified as Tools*
   Other items that require strict property management controls, like weapons (other than firearms), chemical agents, restraints, other use-of-force and disturbance control equipment, binoculars, communication equipment and similar items shall be inventoried (with serial numbers), maintained, issued and disposed of in accordance with the procedures for tools established herein.

   Control, inventory, maintenance and destruction of ICE firearms are governed by the ICE Interim Firearms Policy (7/7/2004).

10. *Tool and Equipment Accountability*
    All tools and equipment shall be accounted for and documented on a regular basis.

## K. Issuing Tools

Each facility shall have procedures in place for the issuance of tools to staff and detainees; security issues of restricted and unrestricted tools; and control of ladders, extension cords and ropes.

1. *The Chief of Security shall issue a restricted tool only to the individual who shall be using it.*

2. *Detainees may use non-restricted tools under intermittent supervision; however, the detail supervisor shall account for all tools at the end of every work period.*

3. *A metal or plastic chit receipt shall be taken for all tools issued, and when a tool is issued from a shadow board, the receipt chit shall be visible on the shadow board.*

4. *The facility administrator shall establish site-specific procedures for the control of ladders, extension cords, ropes and hoses, according to the following procedures:*

   a. *all ladders, extension cords, ropes and hoses over three feet long shall be stored in the designated location when not in use;*

   b. *every staff member supervising the use of extension ladder and/or heavy equipment shall have at his/her disposal a portable two-way radio;*

   c. *ladders shall be inventoried and stored by size to facilitate inspection and handling;*

   d. *extension cords must be inventoried and have a metal or plastic tag attached, indicating issue number (by location) and length of cord;*

   e. *extension cords longer than 10 feet shall be classified and handled as Class "R" tools; and*

   f. *in high-rise facilities, electrical cords attached to buffers, vacuum cleaners, etc., may not exceed two feet.*

5. *Scissors used for in-processing shall be securely tethered to the fixture at which they are used.*

6. *Issuance of tools from a storage location for a specified project for extended periods requires approval of the Chief of Security. The work detail supervisor shall conduct daily on-site checks of*

2.14 | Tool Control                    197                    PBNDS 2011
                                                                (Revised December 2016)

Ex. 26 to Armstrong Decl.
Page 16 of 18

extended-use tools issued from the central tool room, and the facility maintenance supervisor shall conduct such checks monthly at a minimum.

## L. Lost Tools

The facility administrator shall develop and implement procedures governing lost tools, including, verbal and written notification to supervisory officials, addressing detainees with prior access to the tool(s) in question, and documentation and review.

1. When a restricted or non-restricted tool is missing or lost, staff shall notify a supervisor immediately and the Chief of Security in writing as soon as possible.

2. When the tool is a restricted (class "R") tool, staff shall inform the shift supervisor orally immediately upon discovering the loss. Any detainee(s) who may have had access to the tool shall be held at the work location pending completion of a thorough search.

3. When a medical department tool or equipment item is missing or lost, staff shall immediately inform the HSA, who shall make the immediate verbal notification to the Chief of Security or shift supervisor and written notification to the facility administrator.

4. The shift supervisor's office shall maintain a lost-tool file, monitor the individual reports for accuracy, ascertain any unusual patterns or occurrences of loss in one or more shops, document search efforts, and send written notification to the Chief of Security.

5. On the day a tool is recovered, staff shall complete the lost or missing tool report and send copies to the Chief of Security and shift supervisor.

6. The facility administrator shall implement quarterly evaluations of lost/missing tool files, reviewing the thoroughness of investigations and efforts to recover tools. Documentation of the quarterly evaluations shall be maintained on the right side of the tool inventory folder for the shop or area concerned.

## M. Disposition of Excess Tools

All broken or worn-out tools shall be surveyed and destroyed in accordance with the written procedures established by the facility administrator.

1. The tool control officer or security officer shall implement procedures for storing broken and/or worn-out tools in a secure area, pending survey and disposition.

2. Excess tools not being surveyed shall remain in a designated secure storage area until included in a subsequent survey or returned to use.

3. To maintain tool inventories at the most efficient operating level, staff in every shop and department shall identify and move to a secure storage area all rarely used tools. Bin cards shall account for the tools moved from shop to storage areas.

4. Either the tool control officer or security key control officer shall be responsible for destroying all surveyed tools.

5. The office of the Chief of Security shall maintain records of all tool surveys.

## N. Private/Contract Repair and Maintenance Workers

Before entering or leaving the facility, all visitors, including repair and maintenance workers who are not ICE/ERO or facility employees, shall submit to an inspection and inventory of all tools, tool boxes and equipment that could be used as weapons.

Contractors shall retain a copy of the tool inventory while inside the facility.

An officer shall accompany non-employee workers in the facility to ensure that security and safety precautions and procedures are followed at all times,

2.14 | Tool Control                198                PBNDS 2011
                                                *(Revised December 2016)*

Ex. 26 to Armstrong Decl.
Page 17 of 18

*including removing tools at the end of each shift.*

*Before a detainee, employee, or contractor may enter a housing unit, the housing officer shall inventory tools and similar items to be carried into that unit and then, before departure from the unit, verify their removal in a second inventory. The housing officer shall immediately report discrepancies to the shift supervisor.*

**2.14 | Tool Control**     199     **PBNDS 2011**
*(Revised December 2016)*

Ex. 26 to Armstrong Decl.
Page 18 of 18