**BAKER DECLARATION**

**EXHIBIT A**

```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF WASHINGTON
                          AT SEATTLE
_____

                                  )
THE STATE OF WASHINGTON,          )
                                  )
            Plaintiff,            )
                                  )
         vs.                      )    No. 3:17-cv-05806-RJB
                                  )
THE GEO GROUP, INC.,              )
                                  )
            Defendant.            )
                                  )
_____


       30(B)(6) DEPOSITION UPON ORAL EXAMINATION

                    OF GEO GROUP, INC.

                     IN THE PERSON OF

                        RYAN KIMBLE

_____


                         9:50 a.m.
                       July 9, 2018

                  1250 Pacific Avenue 105
                Tacoma, Washington 98401-2317




REPORTED BY: JACQUELINE L. BELLOWS, CCR 2297
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                         APPEARANCES

 2
     For the Plaintiff:
 3
     LA ROND BAKER
 4   ANDREA BRENNEKE
     OFFICE OF THE ATTORNEY GENERAL
 5   800 Fifth Avenue 2000
     Seattle, Washington 98164-1338
 6   206.464.7744
     larondb@atg.wa.gov
 7   abrenneke@gmail.com

 8


 9   For the Defendant:

10   JOAN MELL
     III Branches Law
11   1019 Regents Boulevard 204
     Fircrest, Washington 98466
12   253.566.2510
     joan@3brancheslaw.com
13

14

15

16

17

18

19

20

21

22

23

24

25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1    were to change classification and because of their
 2    classification levels weren't able to do the same type
 3    of -- the same type of work or the same type of
 4    activity, then -- but all the activities whenever the
 5    detainee wants to stop, they sign in a form that is a --
 6    basically a form that says:  I don't want to do this
 7    anymore.  And they turn it in.  And they no longer --
 8    they're no longer going out to do that activity.
 9         Q.   Are there grounds for which Geo employees will
10    terminate a detainee-workers' participation in the
11    Voluntary Work Program?
12              MS. MELL:  Object to the form of the question.
13         A.   Like I said, the only way Geo would do
14    anything is if they changed their classification levels.
15              (Deposition Exhibit No. 2 marked for
16              identification.)
17         Q    (By Ms. Baker) You've been handed a document
18    that's marked as Exhibit 2.  It's named "Geo Corrections
19    Northwest Detention Center Policy and Procedure Manual
20    No. 5.1.2."  This one has an effective date of
21    4-13-2015.  Are you familiar with this document?
22         A.   Yes, ma'am.
23         Q.   Can the me what this document is.
24         A.   This is our policy and procedure for the
25    Voluntary Work Program.
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1         Q.    Is this the effective version of the -- of
 2   this policy?
 3               MS. MELL:  Object to the form of the question.
 4         Q     (By Ms. Baker) Do you know whether this policy
 5   has been updated since 4-13-2015?
 6         A.    As far as I know, no.
 7         Q.    Can we please turn to page 4.
 8         A.    (Witness complies.)
 9         Q.    Take a minute to read section 'M', which is
10   entitled "Removal of Detainee from Work Detail."
11         A.    (Witness complies.)
12               MS. MELL:  I'm just going to put on the record
13   that this doesn't appear to be a signed version policy,
14   which I believe we did produce.  So I'm going to object
15   to the use of the unexecuted policy.
16         Q     (By Ms. Baker) This is Bates stamped Geo
17   State.  So I'm asking you to look for the Bates range
18   3454 to 3455, Subsection M.
19         A.    Subsection M?
20         Q.    Uh-huh.
21               MS. MELL:  What's the question?
22               MS. BAKER:  I'm asking him to read Subsection
23   M.  And I was identifying the Bates range Subsection M
24   covers.
25               MS. MELL:  Okay.
```


206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1       A.   This would be exactly what I was saying.  If
2  they were to change classification levels or have an
3  infraction for -- that would change a classification
4  level or an infraction would keep them from being able
5  to perform that duty.  That's just regular operating
6  procedure for any facility.
7       Q    (By Ms. Baker) So Subsection M, which is
8  "Removal of Detainee from Work Detail," Subsection 1
9  under 'M' says "unsatisfactory performance."
10      A.   There's no work performance review.
11      Q.   This is in a Geo policy as one of the bases
12 for removal from -- a detainee from the Voluntary Work
13 Program.  Can you give me information about what
14 "unsatisfactory performance" means under Subsection 1 of
15 this document?
16      A.   The only unsatisfactory performance that I
17 could think of is if they were to change classification
18 because we don't do a performance evaluation.  The Geo
19 does not do a performance evaluation of the detainee.
20      Q.   But it is in your policy to terminate
21 detainee-workers from Voluntary Work Program if they
22 have unsatisfactory work performance; is that correct?
23      A.   This is -- it's there.  But it was -- this,
24 this policy was lifted directly from INS ICE's policy on
25 the detainee work program.

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1        Q.    But this is your policy?
 2        A.    This is our policy that mirrors -- this is
 3   Geo's policy that mirrors ICE's policy because this
 4   program is ICE's Voluntary Work Program and we are bound
 5   by all the rules and regulations for ICE.
 6        Q.    So Geo does terminate detainee-workers from
 7   the Voluntary Work Program for unsatisfactory
 8   performance?
 9        A.    No.
10        Q.    Let's move on from that exhibit.
11              Is there a list of every position a detainee
12   can perform in the Voluntary Work Program?
13        A.    Yes.
14        Q.    Where would I find that list?
15        A.    I think it was provided with the papers for
16   the facility.  The facility provided it.  It is the --
17   if understand right, it will say kitchen and/or it will
18   say laundry.  It will say housing unit, pod porter.  I
19   don't know if they use the word "pod porter."  That's my
20   previous work coming through.  Pod cleaner.
21              (Deposition Exhibit No. 3 marked for
22              identification.)
23              MS. MELL:  I'm going to offer Exhibit 3 as a
24   uniform exhibit.  There's no -- it's several different
25   documents.  It's not a list.  But other than that, I
```


206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1   it's -- I think the number on it is like a G -- it's a
 2   government form.  It's a G something, G like 412 or
 3   something to that effect.
 4        Q.   And you indicated that the backup paperwork
 5   that includes detainee-specific information has
 6   detainee -- the detainee-workers' names?
 7        A.   And their A number.
 8        Q.   Does it also have the number of days they
 9   worked per month?
10        A.   No.  It is by day.  So every time that they
11   have signed that paper, their name appears on the list.
12   That's why, if there's 31 days in the month, however
13   many workers throughout that day will be a list of the
14   first, the second, the third, the fourth, the fifth, all
15   the way through.
16        Q.   Does it also include locations where a
17   detainee has worked?
18        A.   Yes.
19        Q.   Is there any -- how are these documents
20   maintained?  Is there a program that Geo utilizes to
21   maintain this information?
22             MS. MELL:  Object to the form of the question.
23        A.   There is the detainee trust fund, which is
24   purely the detainee's money.  And that trust fund is
25   pooled into one account.  And the facility uses the
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1   Keefe Banking System to electronically divvy out, so you
 2   know exactly to the penny per day, whose money is whose
 3   because we'll get -- when detainees come in, they come
 4   off the street with money.  Or they have family members
 5   that put money on their account.  That money is put in
 6   there.  That is the banking system that's used to
 7   delineate account balances.
 8        Q    (By Ms. Baker) So you call it the "Keefe
 9   Banking System"?
10        A.   K-E-E-F-E, Keefe Banking System is what the
11   facility uses.
12        Q.   If you needed to run a report through the
13   Keefe Banking System to identify the number of
14   individuals who participate in the Voluntary Work
15   Program in a particular month, can you do that?
16        A.   There's no way to do that.  The only way to do
17   it is in the backup that was sent to COR because it's an
18   electronic entry each day from the previous day, saying
19   that they were there.  So there's an electronic entry
20   that goes in the form.  But there's no way you can
21   run -- I mean you could run it per person.  You could
22   show any entries that have happened on a particular day
23   that person.
24        Q.   Are you able to run reports and get aggregate
25   numbers through this system, through the Keefe Banking
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1   System, aggregate numbers as in X number of people
2   participated in the Voluntary Work Program this day or
3   this week?
4       A.   No, ma'am.
5       Q.   Are there any other programs that Geo utilizes
6   to maintain information regarding the Voluntary Work
7   Program and participation in the program?
8       A.   No, ma'am.  Not that I know of.  Like I said,
9   the only thing that is used is when they sign into the
10  Voluntary Worker sheet for the day.  That's what is used
11  to key in the dollar that is produced.
12           (Deposition Exhibit No. 6 marked for
13           identification.)
14      Q    (By Ms. Baker) You have been handed a document
15  that's marked Exhibit 6.  And unfortunately, it did
16  not -- this was produced natively.  And it's Geo 19285,
17  I believe, is the Bates number.  It's not one of the
18  confidential documents that you produced.
19           Are you familiar with this document?
20      A.   No, ma'am, not really.  No.
21      Q.   You've never seen this document or any
22  document like it?
23      A.   This could be something that classification
24  used.  That's nothing that would be part of my bill or
25  part of the -- part of Geo's bill, I should say, not my.

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1   flow of it because this is how it's presented to me.
 2              Okay.  So I guess I have to restate that.  I
 3   guess technically this would be part of the Keefe
 4   Banking System 'cause I think that's where it's put in
 5   because every day, like I said, we get the worker
 6   sheets -- not the worker sheets -- the sheets where
 7   they've signed that they participated.  And then we get
 8   those.  Then the next day, we have a person that
 9   manually puts in each one of them to the system to show
10   that they were part of that opportunity and to manually
11   put in the dollar that is mandated by ICE.
12              So I guess technically, I guess it is pulled
13   out of the Keefe Banking System.  It has to be because
14   it is an Excel spreadsheet that has the detainees' A
15   number, their name, the date, the location of work, and
16   where it shows the $1.00.  So I have to restate that.
17   So yeah, apparently it does 'cause, now I'm thinking
18   about it, it has to come out there because of the manual
19   entries that we do.  But -- sorry.  Go ahead.
20        Q.   Okay.  How long have you had the Keefe Banking
21   system?
22        A.   It's been longer there than I've been there.
23   I couldn't tell you the exact start of date of it.  It's
24   been there beyond five years.
25        Q.   Earlier you indicated that all of the records
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1      A.   Yes, pursuant to their guidelines for records
 2   retention.
 3      Q.   Great.  Thank you.
 4           MS. MELL:  Move to strike.
 5      Q    (By Ms. Baker) Guidelines for the record
 6   retention, how far back does Geo records retention
 7   policy go, regarding the bill, the monthly bills, that
 8   go to ICE that have to do with the Voluntary Work
 9   Program?
10           MS. MELL:  Object to the form of the question.
11      Q    (By Ms. Baker) You can answer the question.
12      A.   I'm not over the records retention.  I
13   couldn't speak coherently to the records retention
14   policy.  We have a person that handles records
15   retention.
16      Q.   Who's the person who does the records
17   retention, who's over records retention for the
18   Northwest Detention Center?
19      A.   His name is Steve Miskimns, M-I-S-K-I-M-N-S.
20      Q.   Is there a particular Geo employee that
21   maintains the Keefe database, the Keefe Banking System?
22      A.   It's maintained by the business office.  So
23   there's not a single person.  It was maintained by the
24   associate warden before me.  It was -- I don't know
25   exactly when that system was put in.  But as long as
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1  I've been there.  And I can speak from 2012 on, it's
2  been in that system.
3      Q.  When you say the "business office" maintains
4  the Keefe system, do you mean that the business office
5  is responsible for inputting information regarding
6  detainees' participation in the Voluntary Work Program?
7      A.  They put -- they key in the dollar per day for
8  the ICE program per the sheet that was signed by the
9  detainees, yes.
10     Q.  I think we are going to -- I want to ask this
11  question directly.  I think you somewhat answered it,
12  but I want to make sure.
13         Does Geo maintain records showing how many
14  hours detainee-workers worked in the Voluntary Work
15  Program?
16     A.  No, ma'am.  It's -- sorry.  Go ahead.
17     Q.  But Geo does have assumptions regarding how
18  many ho -- how much time each position takes, each
19  assigned task in the Voluntary Work Program takes; is
20  that correct?
21         MS. MELL:  Object to the form of the question.
22     A.  No.  They don't have assumptions for each
23  individual task, for the time per task.  It's just an
24  assumption for the amount of time.  But that has nothing
25  to do with the amount of time.  It would actually have

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                    REPORTER'S CERTIFICATE
 2            I, JACQUELINE L. BELLOWS, the undersigned
 3    Certified Court Reporter pursuant to RCW 5.28.010 authorized
 4    to administer oaths and affirmations in and for the State of
 5    Washington, do hereby certify that the sworn testimony
 6    and/or proceedings, a transcript of which is attached, was
 7    given before me at the time and place stated therein; that
 8    any and/or all witness(es)were duly sworn to testify to the
 9    truth; that the sworn testimony and/or proceedings were by
10    me stenographically recorded and transcribed under my
11    supervision, to the best of my ability; that the foregoing
12    transcript contains a full, true, and accurate record of all
13    the sworn testimony and/or proceedings given and occurring
14    at the time and place stated in the transcript; that a
15    review of which was requested; that I am in no way related
16    to any party to the matter, nor to any counsel, nor do I
17    have any financial interest in the event of the cause.
18                    WITNESS MY HAND AND DIGITAL SIGNATURE this
19    27th day of July, 2018.
20
21
            _____
22
23    Jacqueline L. Bellows
      Washington State Certified Court Reporter, No. 2297
24    jbellows@yomreporting.com
25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com