UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STATE OF WASHINGTON,

                              Plaintiff,

       v.

THE GEO GROUP, INC.,

                              Defendant.

CASE NO. 17-5806 RJB

ORDER ON UNOPPOSED
MOTION TO SEAL DOCUMENTS

This matter comes before the Court on The GEO Group, Inc.'s ("GEO") Unopposed Motion to Seal Documents (Dkts. 250 and 250-1 to 250-7). Dkt. 249. The Court has considered the pleadings filed regarding the motion and the file herein.

On July 2, 2019, GEO filed a motion for summary judgment and several attachments (Dkts. 245-248), some of which were filed under seal (Dkt. 250). It moves to keep the documents found at Dkt. 250 and Dkts. 250-1 to 250-7 filed under seal. The Plaintiff does not oppose the motion to seal.

The motion (Dkt. 249) should be granted. Counsel should be aware however, that it appears that not all portions of the documents sealed by this order or the Stipulated Joint Motion to Seal Documents and Order, entered on July 11, 2019 (Dkt. 262), are entitled to protection

ORDER ON UNOPPOSED MOTION TO SEAL DOCUMENTS - 1

under the Federal Rules of Civil Procedure.  Parties should be aware that these documents may be ordered unsealed at a later date (with notice and a chance to be heard) or they may be ordered to file a **minimally** redacted version of some or all of these documents.

## **ORDER**

Therefore, it is hereby **ORDERED** that:

- The GEO Group, Inc.'s Unopposed Motion to Seal Documents (Dkt. 249) **IS GRANTED**; and

- The documents found at (Dkts. 250 and 250-1 to 250-7) **SHALL REMAIN FILED UNDER SEAL**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 29th day of July, 2019.

ROBERT J. BRYAN
United States District Judge

ORDER ON UNOPPOSED MOTION TO SEAL DOCUMENTS - 2