UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>                    Plaintiff,<br>     v.<br><br>THE GEO GROUP, INC.,<br><br>                    Defendant. | CASE NO. 17-5806 RJB<br><br>ORDER ON MOTIONS TO FILE<br>AMICUS CURIAE BRIEFS |

This matter comes before the Court on the Motion for Leave to File Brief of the International Human Rights Clinic at Seattle University School of Law and Global Rights Advocacy as Amici Curiae in Support of Plaintiff (Dkt. 242), the Fair Work Center Legal Clinic and Seattle University Workers' Rights Clinic Motion for Leave to File Amicus Curiae Brief in Support of Plaintiff's Motion for Summary Judgment (Dkt. 244), Motion for Leave to File Brief of La Resistencia as Amici Curiae in support of Plaintiff (Dkt. 255), and the Motion of American Civil Liberties Union of Washington, OneAmerica and Washington Defender Association for Leave to File Amici Curiae Brief in Support of the State of Washington (Dkt. 261) (collectively "Proposed Amici"). The Court has considered the pleadings filed in support of and in opposition to the motions and the file herein.

This case arises out of GEO's alleged failure to compensate immigration detainees at the Northwest Detention Center ("NDC"), a private detention center, in accord with the Washington Minimum Wage Act ("MWA"). Dkt. 1.

## I. FACTS AND PROCEDURAL HISTORY

The facts and procedural history are in the July 1, 2019 Order on Defendant's Motion to Compel (Dkt. 243, at 1-3) and are adopted here.

The dispositive motions deadline was July 2, 2019. Between July 1, 2019 and July 8, 2019, the Proposed Amici filed their motions for leave to file amicus curiae briefs. Dkts. 242, 244, 255, and 261. GEO opposes the motions (Dkt. 263); the State does not (Dkt. 264).

## II. DISCUSSION

### A. STANDARD FOR LEAVE TO FILE AMICUS CURIAE BRIEFS

The role of amicus curiae is to "assist[] in a case of general public interest, supplement[] the efforts of counsel, and draw[] the court's attention to law that escaped consideration." *Miller-Wohl Co., Inc. v. Comm'r of Labor & Indus. State of Mont.*, 694 F.2d 203, 204 (9th Cir. 1982). They are not parties to the case. *Id.*

### B. MOTIONS FOR LEAVE TO FILE BRIEFS

The Amici's motions (Dkts. 242, 244, 255, and 261) should be denied. None of the Proposed Amici meet the requirements of *Miller-Wohl* - they do not supplement the efforts of the State's counsel or draw the Court's attention to relevant law which was not addressed. The Proposed Amici raise claims that are independent from those of the parties in this litigation. They include extra-record facts in the briefs. Insofar as it may be appropriate to add claims or facts, it should be done through the parties' counsel, so the protections found in due process, the Federal Rules of Civil Procedure relating to discovery, and the Federal Rules of Evidence are assured. While

the Court has considered each of the Proposed Amici's briefs, they are not relevant to, and the Court will not consider them, in the decision on the pending motions for summary judgment.

III. **ORDER**

Therefore, it is hereby **ORDERED** that:

- The Motion for Leave to File Brief of the International Human Rights Clinic at Seattle University School of Law and Global Rights Advocacy as Amici Curiae in Support of Plaintiff (Dkt. 242), the Fair Work Center Legal Clinic and Seattle University Workers' Rights Clinic Motion for Leave to File Amicus Curiae Brief in Support of Plaintiff's Motion for Summary Judgment (Dkt. 244), Motion for Leave to File Brief of La Resistencia as Amici Curiae in support of Plaintiff (Dkt. 255), and the Motion of American Civil Liberties Union of Washington, OneAmerica and Washington Defender Association for Leave to File Amici Curiae Brief in Support of the State of Washington (Dkt. 261) **ARE DENIED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 29th day of July, 2019.

*Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge