UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STATE OF WASHINGTON,

                    Plaintiff,

        v.

THE GEO GROUP, INC.,

                    Defendant.

CASE NO. 17-5806 RJB

ORDER ON STIPULATED JOINT
MOTION TO SEAL DOCUMENTS

This matter comes before the Court on the parties' Stipulated Joint Motion to Seal Documents (Dkts. 269 and 269-1 to 269-3). Dkt. 267. The Court has considered the pleadings filed regarding the motion and the file herein.

On July 22, 2019, the Plaintiff filed a response to The GEO Group Inc.'s ("GEO") motion for summary judgment and several attachments (Dkts. 266, 268-269), some of which were filed under seal (Dkt. 269, 269-1 to 269-3). The parties jointly move to keep the documents found at Dkts. 269, 269-1 to 269-3 filed under seal.

The motion (Dkt. 267) should be granted. Counsel should be aware however, that it appears that not all portions of the documents sealed by this order are entitled to protection under the Federal Rules of Civil Procedure. Parties should be aware that these documents may be

ORDER ON STIPULATED JOINT MOTION TO SEAL DOCUMENTS - 1

ordered unsealed at a later date (with notice and a chance to be heard) or they may be ordered to file a **minimally** redacted version of some or all of these documents.

## **ORDER**

Therefore, it is hereby **ORDERED** that:

- The parties' Stipulated Joint Motion to Seal Documents (Dkt. 267) **IS GRANTED**; and

- The documents found at (Dkts. 269 and 269-1 to 269-3) **SHALL REMAIN FILED UNDER SEAL**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 29th day of July, 2019.

ROBERT J. BRYAN
United States District Judge

ORDER ON STIPULATED JOINT MOTION TO SEAL DOCUMENTS - 2