UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| STATE OF WASHINGTON, | CASE NO. C17-5806 RJB |
|---|---|
| Plaintiff, | MEMORANDUM TO FILE |
| v. | |
| THE GEO GROUP, INC., | |
| Defendant. | |

On August 20, 2019, the United States filed a Statement of Interest in the above cause number (C17-5806RJB, Dkt. 290). The Court has directed that document also be filed in *Nwauzor v GEO*, C17-5769RJB. The Court has also directed the Clerk to enter the United States as an Interested Entity, although not a party, in both cases so that the government will receive the Court's Notice of Electronic Filing for all future pleadings.

The Clerk is directed to send uncertified copies of this Memorandum to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 22nd day of August, 2019.

*[signature]*

ROBERT J. BRYAN
United States District Judge

MEMORANDUM TO FILE - 1