UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>THE GEO GROUP, INC.,<br><br>　　　　　　　　　Defendant. | CASE NO. C17-5806RJB<br><br>ORDER RE:  PROPOSED ORDER |

The Court now makes the following Order:

Because of the question regarding the record noted in footnote 3, page 8, *supra*, of the attached Proposed Order, and to give the parties more opportunity for input, the attached document is issued as an unsigned Proposed Order.  The parties may respond to point out errors, if any, by October 4, 2019.

IT IS SO ORDERED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 24th day of September, 2019.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Robert J. Bryan*
　　　　　　　　　　　　　　　　　　　　　　　ROBERT J. BRYAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER RE:  PROPOSED ORDER - 1