The Honorable Robert J. Bryan

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

STATE OF WASHINGTON,

Plaintiff,

v.

THE GEO GROUP, INC.,

Defendant.

CIVIL ACTION NO. 3:17-cv-05806-RJB

DECLARATION OF SEAN MURPHY IN SUPPORT OF STATE OF WASHINGTON'S RESPONSE TO THE COURT'S PROPOSED ORDER GRANTING SUMMARY JUDGMENT OF DISMISSAL (ECF NO. 306)

DECLARATION OF SEAN MURPHY IN SUPPORT OF STATE OF WASHINGTON'S RESPONSE TO THE COURT'S PROPOSED ORDER GRANTING SUMMARY JUDGMENT OF DISMISSAL

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

Under penalty of perjury under the laws of the United States of America, I, Sean Murphy, certify that the below is true and correct:

1. My name is Sean Murphy. I am over the age of 18 and competent to testify in this matter.

2. I am the Assistant Secretary for the Washington State Department of Social and Health Services (DSHS). As the Assistant Secretary, I oversee the Behavioral Health Administration within DSHS. The Behavioral Health Administration operates the Child Study and Treatment Center, Eastern and Western State Hospitals, the Office of Forensic Mental Health Services, and the Special Commitment Center (SCC). Given my responsibilities, I am familiar with the residential vocational programs that occur at the State Hospitals and the SCC.

3. There are three Behavioral Health Administration institutions with work programs available to their residents. Residents of the detention facilities participate in these voluntary work training and vocational rehabilitation programs. These programs exist at Eastern State Hospital (ESH), Western State Hospital (WSH) and the SCC. DSHS does not contract with facilities that operate their own work programs at the facilities.

**The Special Commitment Center**

4. The SCC is a total confinement facility within the Behavioral Health Administration of DSHS that detains people pursuant to RCW 71.09, Washington's Sexually Violent Predator Statute. The SCC provides specialized mental health treatment for civilly committed sex offenders who have completed their prison sentences. The SCC is a government institution that is owned and operated entirely by Washington State. In Washington, there are no comparable privately-owned or privately-operated total confinement facilities that house sex offenders pursuant to RCW 71.09. In contrast, contractors do own and operate some of the LRAs, as described below.

5. The SCC maintains a Residential Vocational Program designed to provide residents with basic work skills, work experience and evaluation to assist in developing

DECLARATION OF SEAN MURPHY IN SUPPORT OF STATE OF WASHINGTON'S RESPONSE TO THE COURT'S PROPOSED ORDER GRANTING SUMMARY JUDGMENT OF DISMISSAL

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

necessary skills for obtaining gainful employment and support transition and reentry into the community. Participation is a component of the SCC's individualized treatment programs and the resident's treatment teams are involved in job placement, as well as any work-related disciplinary issues. SCC has a range of vocational activities used to support the residents as a component of their treatment program. Pay rates range between $1.00 and $3.00 per hour, based on the resident's treatment level and privilege within the institution.

**Western State Hospital**

6. Western State Hospital (WSH) is a mental health treatment facility that houses persons involuntarily committed pursuant to RCW 71.05 and RCW 10.77. WSH runs its own vocational rehabilitation program as part of active treatment programming in which a patient can learn the basic requirements of work, develop the ability to cope with mental illness and its effects, and prepare for discharge to a less restrictive setting. The WSH vocational program has several paid work opportunities that are available to the patients, including laundry services, custodial work, and work in the kitchen. WSH pays workers participating in its vocational program the Federal Minimum Wage of $7.25 per hour for work performed.

**Eastern State Hospital**

7. Eastern State Hospital (ESH) is a mental health treatment facility that houses persons involuntarily committed pursuant to RCW 71.05 and RCW 10.77. The work readiness programs prepare patients for employment when they leave the hospital and teach work readiness skills, such as following directions, working with co-workers, and accepting feedback. The depth of the skills training is based on the abilities of the participants. No patients at ESH work in the laundry, kitchen, barbershop, or as custodians.

**Less Restrictive Alternative Placements of SCC Residents**

8. Once a court determines that a resident of the SCC can be safely housed in the community and it is in the resident's best interest, the resident is considered for placement in a Less Restrictive Alternative (LRA). An LRA placement is less restrictive than total confinement

DECLARATION OF SEAN MURPHY IN
SUPPORT OF STATE OF WASHINGTON'S
RESPONSE TO THE COURT'S PROPOSED
ORDER GRANTING SUMMARY JUDGMENT
OF DISMISSAL

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

and may be in a residential facility program operated by DSHS, contracted by DSHS, or in the person's own home in the community.

9. A Secure Community Transition Facility (SCTF) is an LRA residential facility program operated by DSHS. The program offers 24-hour intensive staffing and close proximity supervision by trained escorts when residents leave the facility. The state owns and operates two SCTFs: one on McNeil Island in Pierce County and the other in South Seattle in King County.

10. All SCTF residents must participate in a rigorous sex offender treatment program under the supervision of a certified sex offender treatment provider. The provider is appointed by a court and must provide the court, the SCTF program, the assigned Community Corrections Officer, the attorney representing the resident and the prosecutor with periodic reports on the resident's progress.

11. The SCTF program also provides rehabilitation, including a residential life skills program designed to assist each resident in attaining skills necessary for independent living (budgeting and managing money, meal planning and shopping on a budget, managing personal hygiene and doing laundry, cooking meals, washing dishes, and keeping the house clean). The SCTF also has a work program to enable residents to work within the facility. Because it is a government institution, it is exempt from Washington Minimum Wage, and SCTF residents are paid $7.16/hour for that work. Residents can also engage in work outside the facility, in



ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

community-based jobs; those residents are paid Washington Minimum Wage, or higher prevailing wages for that work.

12. In addition, Washington contracts with private companies for the care, treatment, and housing of former SCC residents released to LRAs in three separate facilities.

13. Residents of these LRAs also have vocational opportunities. They are supported in finding and maintaining work in the community. The Washington Minimum Wage applies to work done by residents of contract LRAs in community-based jobs.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 1st day of October 2019 in Olympia, Washington.

Sean Murphy, Assistant Secretary
Behavioral Health Administration

DECLARATION OF SEAN MURPHY IN SUPPORT OF STATE OF WASHINGTON'S RESPONSE TO THE COURT'S PROPOSED ORDER GRANTING SUMMARY JUDGMENT OF DISMISSAL

4

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the United States District Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated this 4th day of October 2019 in Seattle, Washington.

s/ *Caitilin Hall*
CAITILIN HALL
Legal Assistant

DECLARATION OF SEAN MURPHY IN SUPPORT OF STATE OF WASHINGTON'S RESPONSE TO THE COURT'S PROPOSED ORDER GRANTING SUMMARY JUDGMENT OF DISMISSAL

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744