1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

The Honorable Robert J. Bryan

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

STATE OF WASHINGTON,

        Plaintiff,

    v.

THE GEO GROUP, INC.,

        Defendant.

CIVIL ACTION NO. 3:17-cv-05806-RJB

DECLARATION OF THEODORE LEWIS IN SUPPORT OF STATE OF WASHINGTON'S RESPONSE TO THE COURT'S PROPOSED ORDER GRANTING SUMMARY JUDGMENT OF DISMISSAL (ECF NO. 306)

DECLARATION OF THEODORE LEWIS IN SUPPORT OF STATE OF WASHINGTON'S RESPONSE TO THE COURT'S PROPOSED ORDER GRANTING SUMMARY JUDGMENT OF DISMISSAL

Under penalty of perjury under the laws of the United States of America, I, Theodore Lewis, certify that the below is true and correct:

1.      My name is Theodore Lewis. I am over the age of 18 and competent to testify in this matter.

2.      I am the Work Release Administrator for the Washington State Department of Corrections (DOC). I have worked in this role since October 1, 2015. My job duties include the administration, management, and oversight of the Washington State DOC work release programs.

3.      Washington's work release institutions serve as a bridge between life in prison and life in the community for Washington inmates nearing the end of their sentence. In short, work release facilities are separate and apart from Washington state prisons. They exist to provide participating inmates the opportunity to engage in paid employment or vocational training programs in the community while remaining under DOC supervision at an appropriate facility when not at their job or other pre-approved activity. Allowing state inmates to participate in work release programs is authorized under RCW 72.65.020, which allows DOC to confine inmates outside of state correctional institutions and instead in certain other partial confinement institutions, including "any other appropriate, supervised facility, after an agreement has been entered into between the department and the appropriate authorities of the facility for the housing of work release prisoners."

4.      Washington currently has twelve (12) work release institutions as part of its program. Of those, three (3) are fully state-run operations. The remainder are run with assistance from non-profit organizations, including The Transition House, Inc., Progress House Association, Community Work Training Association, and A Beginning Alliance. DOC does not use for-profit contractors in the operation any of its work release facilities, or any other correctional institutions in Washington. For the nine Washington work release facilities where non-profits are involved in operations, DOC contracts with the outside organizations to provide

DECLARATION OF THEODORE LEWIS IN
SUPPORT OF STATE OF WASHINGTON'S
RESPONSE TO THE COURT'S PROPOSED
ORDER GRANTING SUMMARY JUDGMENT
OF DISMISSAL

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1    security and specific, limited services. DOC itself maintains operational control and manages

2    the institutions and programming – including the work release programs.

3         5.      Individuals that are allowed to participate in DOC work release programs focus

4    on transition, including the finding and retaining of employment, education, training, treatment,

5    re-connecting with family members, developing life skills, and becoming productive members

6    of the community. The purpose of work release is to provide incarcerated individuals

7    opportunities for self-improvement, while assisting them in creating a safe and productive

8    lifestyle that can be sustained upon release. Work release is available only to incarcerated

9    individuals 12 months prior to their earned release date. Participating individuals must have a

10   record of good behavior and be assigned to "Minimum 1" custody level; also, there must be

11   available bed space at a work release institution.

12        6.      Once assigned to work release, participating individuals must search for and/or

13   retain employment or another approved programming opportunity in the community.

14   Participants in the state work/training release program do not work for the DOC facility or non-

15   profit where they are assigned to reside, nor do they work within the institution itself generally.

16   Instead, they seek and obtain paid employment with outside employers or engage in educational

17   or vocational training during their time in the program. Participants in the program earn market

18   rate wages (*i.e.*, at least the minimum wage, though sometimes more) and pay taxes.

19   Employment may only be accepted upon approval by community corrections officers who verify

20   that the employer is paying taxable wages, has a Tax Identification Number, and is a legal place

21   of employment. In rare circumstances participants may work at these facilities where they have

22   the opportunity to work in specific jobs, like food service, within the work release facility itself,

23   but in those cases, participants are hired by and become employees of the contracted non-profit

24   service agency, are paid market wages, and pay taxes.

25        7.      In my experience, work release participants are employed by a wide range of

26   employers. The most common positions are entry level jobs, though it is not uncommon to see

DECLARATION OF THEODORE LEWIS IN
SUPPORT OF STATE OF WASHINGTON'S
RESPONSE TO THE COURT'S PROPOSED
ORDER GRANTING SUMMARY JUDGMENT
OF DISMISSAL

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1  participants working skilled labor jobs, welding, computer science, or even as clerks for
2  attorneys.

3
4      I declare under penalty of perjury under the laws of the United States that the foregoing is
   true and correct.
5
       Dated this 27th day of September 2019 in Tumwater, Washington.
6

7

8                                          _____

9                                          Theodore Lewis
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF THEODORE LEWIS IN                    3                ATTORNEY GENERAL OF WASHINGTON
SUPPORT OF STATE OF WASHINGTON'S                                              Civil Rights Division
RESPONSE TO THE COURT'S PROPOSED                                          800 Fifth Avenue, Suite 2000
ORDER GRANTING SUMMARY JUDGMENT                                             Seattle, WA  98104-3188
OF DISMISSAL                                                                    (206) 464-7744

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the United States District Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated this 4th day of October 2019 in Seattle, Washington.

_s/ Caitilin Hall_
CAITILIN HALL
Legal Assistant

DECLARATION OF THEODORE LEWIS IN
SUPPORT OF STATE OF WASHINGTON'S
RESPONSE TO THE COURT'S PROPOSED
ORDER GRANTING SUMMARY JUDGMENT
OF DISMISSAL

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744