The Honorable Robert J. Bryan

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>　　　　　Defendant. | CIVIL ACTION NO. 3:17-cv-05806-RJB<br><br>DECLARATION OF DEBRA EISEN IN SUPPORT OF STATE OF WASHINGTON'S RESPONSE TO THE COURT'S PROPOSED ORDER GRANTING SUMMARY JUDGMENT OF DISMISSAL (ECF NO. 306) |

DECLARATION OF DEBRA EISEN IN
SUPPORT OF STATE OF WASHINGTON'S
RESPONSE TO THE COURT'S PROPOSED
ORDER GRANTING SUMMARY JUDGMENT
OF DISMISSAL

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

Under penalty of perjury under the laws of the United States of America, I, Debra Eisen, certify that the below is true and correct:

1. My name is Debra Eisen. I am over the age of 18 and competent to testify in this matter.

2. I am the Contracts Administrator for the Washington State Department of Corrections (DOC). I have worked in this role since February 2018. My job duties include delegated authority from the Secretary to sign agency contracts, responsibility for coordination and administration of agency contracts and procurements, ensuring contracting compliance with applicable laws, regulations and policies and managing seven staff members. My team is responsible for drafting contracts and amendments, coordinating procurements and overseeing DOC's contracting function for goods and services between DOC and third-party vendors and other governmental entities. Prior to my promotion to Contracts Administrator, I worked as a Senior Contracts Attorney for DOC. I held that role from 2004 until February 2018.

3. DOC maintains contracts with many other government entities to confine state inmates. Pursuant to these contracts, DOC inmates may be confined at other states' prisons, tribal prisons or local county-run detention facilities.

4. DOC does not confine state inmates with private contractors in Washington. Indeed, DOC does not have statutory authority to do so. DOC only has statutory authority to

DECLARATION OF DEBRA EISEN IN SUPPORT OF STATE OF WASHINGTON'S RESPONSE TO THE COURT'S PROPOSED ORDER GRANTING SUMMARY JUDGMENT OF DISMISSAL

i

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

contract for detention services with private companies "in other states." *See* Wash. Rev. Code 72.68.040.

5. Currently, DOC does not have any contracts for detention services with private contractors at all. Previously, DOC did have a contract with The GEO Group, Inc. (GEO), from May 1, 2015 through August 31, 2018 for detention services in Michigan.

6. Even when in effect, however, DOC never actually sent state inmates to the GEO facility in Michigan. As a consequence, no DOC state inmate ever worked in an inmate work program run by GEO.

7. DOC executed its contract with GEO so that bed space would be available in the event that DOC's own in-state facilities or other government-contracted facilities were overcrowded. However, DOC never sought performance of the GEO contract because DOC was able to house inmates in DOC owned facilities or other government-contracted facilities.

8. In addition, DOC does not otherwise contract with private companies to provide even limited kitchen and/or laundry services within DOC's facilities. Any inmate work program operated within a DOC prison facility is run by DOC.

9. As a state correctional institution, DOC's inmate work programs are exempt from Washington's Minimum Wage Act. *See* Wash. Rev. Code 49.46.010.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 4th day of October 2019 in Tumwater, Washington.

*[signature: Debra Eisen]*

DECLARATION OF DEBRA EISEN IN SUPPORT OF STATE OF WASHINGTON'S RESPONSE TO THE COURT'S PROPOSED ORDER GRANTING SUMMARY JUDGMENT OF DISMISSAL

ii

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the United States District Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated this 4th day of October 2019 in Seattle, Washington.

         s/ *Caitilin Hall*
        CAITILIN HALL
        Legal Assistant

DECLARATION OF DEBRA EISEN IN
SUPPORT OF STATE OF WASHINGTON'S
RESPONSE TO THE COURT'S PROPOSED
ORDER GRANTING SUMMARY JUDGMENT
OF DISMISSAL

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744