The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, | CIVIL ACTION NO. 3:17-cv 05806 RJB |
| Plaintiff, | |
| v. | DECLARATION OF KATHY OLINE IN SUPPORT OF STATE OF WASHINGTON'S RESPONSE TO THE COURT'S PROPOSED ORDER GRANTING SUMMARY JUDGMENT OF DISMISSAL (ECF NO. 306) |
| THE GEO GROUP, INC., | |
| Defendant. | |

Under penalty of perjury under the laws of the United States of America, I, Kathy Oline, certify that the below is true and correct:

1. My name is Kathy Oline. I am over the age of 18 and competent to testify in this matter.

2. I am the Assistant Director of Research and Fiscal Analysis for the Washington State Department of Revenue. I have held my current position since 2008 and have served in the Department of Revenue since 1988.

3. Under state law, the Department of Revenue taxes for profit companies differently than it taxes the federal and state governments. For profit companies doing business in Washington pay state and local property taxes, business and occupation tax, and sales tax.

DECLARATION OF KATHY OLINE IN SUPPORT OF STATE OF WASHINGTON'S RESPONSE TO THE COURT'S PROPOSED ORDER GRANTING SUMMARY JUDGMENT OF DISMISSAL

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

The federal and state governments generally do not pay these taxes, with a few limited exceptions.

4. Based on information filed by The GEO Group, Inc. in this case, I understand that in 2005, The GEO Group, Inc. acquired a company named the Correctional Services Corporation.

5. If for-profit companies that contract with the federal government are exempt from all state and local taxes, then The GEO Group, Inc., would be exempt from state and local taxes related to its business operations at the Northwest Processing Center (formerly the Northwest Detention Center) located at 1623 E. J Street in Tacoma, Washington.

6. In tax year 2019, The GEO Group, Inc. paid $189,889 in state property tax and $750,967 in local property tax related to the facility located at 1623 E. J Street in Tacoma, Washington.

7. ████████████████████████████████████████

8. ████████████████████████████████████████

9. I am aware that the United States Bureau of Prisons owns and operates the Federal Detention Center, a federal prison in SeaTac, Washington located at 2425 S. 200th Street, Seattle, Washington.

10. In tax year 2019, the Bureau of Prisons paid $0 in state property taxes related to the Federal Detention Center in SeaTac.

DECLARATION OF KATHY OLINE IN
SUPPORT OF STATE OF WASHINGTON'S
RESPONSE TO THE COURT'S PROPOSED
ORDER GRANTING SUMMARY JUDGMENT
OF DISMISSAL

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

11. The Bureau of Prisons does not have a tax registration to pay excise taxes in Washington State.

12. If all business that have immigration-services related contracts with the federal government are required to receive state tax treatment that is identical to the state tax treatment received by the federal government, the implications will be significant. In addition to the Northwest Detention Center and the specific detention context, I have been made aware that businesses in Washington (including The GEO Group) contract with the federal government to provide a variety of immigration-related services, including ground and air transportation; vehicle and airplane service and cleaning; and staffing and facility maintenance for U.S. Citizenship and Immigration Services, U.S. Customs and Border Protection, and U.S. Citizenship and Immigration Services. Without a full list of the federal government contractors providing immigration-related services in Washington, the Department of Revenue cannot evaluate the full scope of that economic activity or the estimated tax implications if all such private contractors were immune from state taxes.

13. If a ruling were issued that all federal contractors must be treated the same as the federal government for purposes of state taxation, there would be major revenue impacts for Washington (and likely other states).

14. Based on data obtained from FedSpending.org, which aggregates data from the Federal Procurement Data System within the U.S. General Services Administration, private contractors performed $10,056,578,658 in contracts in Washington during federal Fiscal Year 2015, the last year for which data is available.

15. Assuming the effective date of a rule immunizing federal contractors from state taxation is January 1, 2020, the following table estimates the state tax impacts to the revenue from state retail sales tax and state business and occupation tax. The estimates in the table are based on the data in the paragraph above, Washington State excise tax returns, and Department of Revenue models.

DECLARATION OF KATHY OLINE IN
SUPPORT OF STATE OF WASHINGTON'S
RESPONSE TO THE COURT'S PROPOSED
ORDER GRANTING SUMMARY JUDGMENT
OF DISMISSAL

3

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

| Fund - Source | FY 2021 | FY 2022 | FY 2023 | FY 2024 | FY 2025 |
|---|---|---|---|---|---|
| GF-State - Retail Sales Tax | (27,770,000) | (66,670,000) | (66,670,000) | (66,670,000) | (66,670,000) |
| GF-State - Business and Occupation Tax | (29,300,000) | (70,330,000) | (70,330,000) | (70,330,000) | (70,330,000) |
| **Fiscal Year Total** | (57,070,000) | (137,000,000) | (137,000,000) | (137,000,000) | (137,000,000) |

16. The estimates above assume zero growth in federal contracting dollars awarded in Washington since federal Fiscal Year 2015. The estimates would be affected by an increase or decrease in total federal contract awards.

17. The table above does not account for the estimated impacts to local retail sales taxes if federal contractors become immune from paying them. Those lost revenues would be in addition to the estimates identified above, and the Department of Revenue estimates they would be $28,980,000 per fiscal year.

18. The estimates above do not account for state property taxes, which also would be impacted by a rule prohibiting Washington from levying property taxes on otherwise-taxable federal government contractors. The Department of Revenue would need additional time to prepare an estimate of the impact of such a rule on state property tax revenue. The reason more time would be needed is that looking up this information by contractor is a very manual process and requires working directly with all of the counties in Washington.

19. In addition to the above forward-looking revenue impacts, a rule that federal contractors are immune from state and local taxing authority would likely result in the State's payment of tax refunds for taxes collected from federal contractors during the period covered by the statute of limitations (four years plus the current year which would allow contractors to go back to 2016). Based on the data, excise tax returns, and models identified above, the Department of Revenue estimates that Washington would owe $333,350,000 in refunds for state retail sales tax and $351,650,000 in refunds for state business and occupation tax. An estimated $144,900,000 would be owed in refunds of local government retail sales tax. The

DECLARATION OF KATHY OLINE IN
SUPPORT OF STATE OF WASHINGTON'S
RESPONSE TO THE COURT'S PROPOSED
ORDER GRANTING SUMMARY JUDGMENT
OF DISMISSAL

4

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

Department of Revenue would need additional time to estimate the state and local property tax refunds.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 2 day of October 2019 in Tumwater, Washington.

*Kathy Oline*
Kathy Oline

DECLARATION OF KATHY OLINE IN
SUPPORT OF STATE OF WASHINGTON'S
RESPONSE TO THE COURT'S PROPOSED
ORDER GRANTING SUMMARY JUDGMENT
OF DISMISSAL

5

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the United States District Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated this 4th day of October 2019 in Seattle, Washington.

                                          s/ *Caitilin Hall*
                                        CAITILIN HALL
                                        Legal Assistant

DECLARATION OF KATHY OLINE IN
SUPPORT OF STATE OF WASHINGTON'S
RESPONSE TO THE COURT'S PROPOSED
ORDER GRANTING SUMMARY JUDGMENT
OF DISMISSAL

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744