1                                          The Honorable Robert J. Bryan

2

3

4

5

6

7

8

9                         **UNITED STATES DISTRICT COURT**
                      **WESTERN DISTRICT OF WASHINGTON**

10  STATE OF WASHINGTON,               CIVIL ACTION NO. 3:17-cv-05806-RJB

11                  Plaintiff,

12              v.                  DECLARATION OF MARK
                               MULLIN IN SUPPORT OF STATE

13  THE GEO GROUP, INC.,             OF WASHINGTON'S RESPONSE
                               TO THE COURT'S PROPOSED

14                Defendant.       ORDER GRANTING SUMMARY
                               JUDGMENT OF DISMISSAL (ECF

15                               NO. 306)

16

17        Under penalty of perjury under the laws of the United States of America, I, Mark Mullin,

18  certify that the below is true and correct:

19          1.     My name is Robert Mark Mullin. I am over the age of 18 and competent to testify

20  in this matter.

21          2.     I am the Assistant Director of the Legislation and Policy division for the

22  Washington State Department of Revenue. Except for two brief periods lasting several months

23

24

25

26

DECLARATION OF MARK MULLIN IN            1            ATTORNEY GENERAL OF WASHINGTON
SUPPORT OF STATE OF WASHINGTON'S                        Civil Rights Division
RESPONSE TO THE COURT'S PROPOSED                     800 Fifth Avenue, Suite 2000
ORDER GRANTING SUMMARY JUDGMENT                    Seattle, WA 98104-3188
OF DISMISSAL                                         (206) 464-7744

1   each, I have served in the Department of Revenue since 1991, and in my current position since

2   November 2017. My job duties include:

> a.    overall management of the Legislation and Policy division;
>
> b.    advising and collaborating with state government policy makers on emerging tax issues of statewide significance and in the development of state and local tax laws; and
>
> c.    collaborating with other members of the Department of Revenue's leadership team to resolve complex tax policy issues.

9       3.      Washington's taxation statutes treat the federal government and state government

10  differently than they treat private contractors. Private contractors (whether they contract with the

11  federal government, state government, or both) are subject to tax statutes that the federal and

12  state governments are not.

13      4.      Property taxes are levied by the State under Revised Code of Washington §

14  84.52.065. Local governments also levy property taxes. *See, e.g.*, Wash. Rev. Code §§

15  84.52.700–84.52.821. Real property and personal property are subject to property taxes, unless

16  a specific exemption applies. Wash. Rev. Code § 84.40.020. Private entities, including private

17  government contractors, that own taxable real property or personal property in Washington pay

18  property taxes to the applicable county treasurer under the provisions of Chapter 84.56 of the

19  Revised Code of Washington. However, neither the federal nor the state government is liable for

20  taxes on property they own. Wash. Rev. Code § 84.36.010(1) and Washington Constitution

21  Article VII, Section 1. The federal and state governments are treated the same.

22      5.      "Business and occupation tax" is imposed under Chapter 82.04 of the Revised

23  Code of Washington. Businesses are taxed according to the activity or activities engaged in. The

24  tax is determined by the applicable tax rate or rates, multiplied by the gross proceeds of sales,

25  gross income of the business, or value of products, as the case may be. Wash. Rev. Code §§

26  82.04.220–82.04.299. Private entities, including private government contractors, that sell goods

DECLARATION OF MARK MULLIN IN
SUPPORT OF STATE OF WASHINGTON'S
RESPONSE TO THE COURT'S PROPOSED
ORDER GRANTING SUMMARY JUDGMENT
OF DISMISSAL

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1   or services or engage in other business activities taxed under Chapter 82.04 of the Revised Code

2   of Washington must file tax returns with the Department of Revenue and pay the applicable tax

3   due. Neither the federal nor the state government is subject to business and occupation taxes for

4   the income from their business activities under Chapter 82.04 of the Revised Code of

5   Washington. Wash. Admin. Code §§ 458-20-189(3)(b), 458-20-190(1), (3). Again, the federal

6   and state governments are treated the same.

7         6.      Washington State imposes a retail sales tax under Chapter 82.08 of the Revised

8   Code of Washington. Various local governments also impose retail sales taxes under the

9   authority of state law. See Chapter 82.14 of the Revised Code of Washington and Wash. Rev.

10   Code § 81.104.170. Consumers pay the retail sales tax to the seller based on the selling price of

11   a taxable product or service at the time of purchase. Wash. Rev. Code §§ 82.08.020, 82.08.050.

12   When Washington State or its agencies, departments, or institutions purchase taxable goods or

13   services at retail, Washington pays the retail sales tax. Wash. Rev. Code §  82.08.010 (defining

14   "buyer," "purchaser," and "consumer" to include "the state, its departments and institutions");

15   Wash. Admin. Code § 458-20-189(5)(a) ("retail sales tax applies to retail sales made to the state

16   of Washington, including its departments and institutions . . . ."). Private entities, including

17   private government contractors, that buy taxable products or services at retail also pay retail sales

18   tax in accordance with Chapter 82.08 of the Revised Code of Washington. The federal

19   government, which is exempt from Washington's tax statutes, does not pay retail sales tax. In

20   this way, the federal government is treated more favorably than Washington's government under

21   the retail sales tax provisions of the state tax code.

22         7.      Washington State imposes a use tax under Chapter 82.12 of the Revised Code of

23   Washington. Various local governments also impose use taxes under the authority of state law.

24   See Chapter 82.14 of the Revised Code of Washington and Wash. Rev. Code § 81.104.170. The

25   use tax complements the sales tax and applies to a consumer's use of taxable products or services

26   in this state when the consumer did not pay Washington's retail sales tax with respect to the

DECLARATION OF MARK MULLIN IN
SUPPORT OF STATE OF WASHINGTON'S
RESPONSE TO THE COURT'S PROPOSED
ORDER GRANTING SUMMARY JUDGMENT
OF DISMISSAL

3

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

product or service. Wash. Rev. Code § 82.12.020. The use tax is based on the value of the product or service used, which is typically the purchase price paid by the consumer for the article or service. Wash. Rev. Code §§ 82.12.010, 82.12.020. Washington State agencies, departments, and institutions are subject to use tax on the use of taxable products or services acquired without the payment of retail sales tax. Wash. Rev. Code § 82.12.010 (defining "consumer" to include consumers as defined under Chapter 82.08 of the Revised Code of Washington) and Wash. Admin. Code § 458-20-189(7). Private entities, including private government contractors, that acquire taxable products or services also pay use tax in accordance with Chapter 82.12 of the Revised Code of Washington. The federal government, which is exempt from Washington's tax statutes, does not pay use tax. In this way, the federal government is treated more favorably than Washington's government under the use tax provisions of the state tax code.

8.      I have been employed in the field of state tax policy for nearly 30 years. I am not aware of any state that, as a general rule, treats federal government contractors as part of the federal government for purposes of applying their state taxes. Given the number of federal contractors and the scope of their work, equating federal contractors with the federal government would have extremely significant and negative impacts on the taxing authority and annual revenue of states, including Washington.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Dated this ⟨2nd⟩ day of October 2019 in Olympia, Washington.


*Mark Mullin*
Mark Mullin

DECLARATION OF MARK MULLIN IN
SUPPORT OF STATE OF WASHINGTON'S
RESPONSE TO THE COURT'S PROPOSED
ORDER GRANTING SUMMARY JUDGMENT
OF DISMISSAL

4

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1

2
## CERTIFICATE OF SERVICE

3
    I hereby certify that the foregoing document was electronically filed with the United

4
States District Court using the CM/ECF system. I certify that all participants in the case are

5
registered CM/ECF users and that service will be accomplished by the appellate CM/ECF

6
system.

7

8
Dated this 4th day of October 2019 in Seattle, Washington.

9

10
                     *s/ Caitilin Hall*
                     CAITILIN HALL

11
                     Legal Assistant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF MARK MULLIN IN
SUPPORT OF STATE OF WASHINGTON'S
RESPONSE TO THE COURT'S PROPOSED
ORDER GRANTING SUMMARY JUDGMENT
OF DISMISSAL