1

The Honorable Robert J. Bryan

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

9

STATE OF WASHINGTON,

CIVIL ACTION NO. 3:17-cv-05806-RJB

10

Plaintiff,

11

v.

DECLARATION OF MARSHA
CHIEN IN SUPPORT OF
WASHINGTON'S RESPONSE TO
THE COURT'S PROPOSED ORDER
GRANTING SUMMARY
JUDGMENT OF DISMISSAL (ECF
NO. 306)

12

THE GEO GROUP, INC.,

13

Defendant.

14

15

16    Pursuant to 28 U.S.C. § 1746(2), I, Marsha Chien, hereby declare as follows:

17    1.   I am over the age of 18 and competent to testify.

18    2.   I am an Assistant Attorney General in the Wing Luke Civil Rights Division of the

19    Washington State Attorney General's Office and I represent the State of Washington in this matter.

20    3.   Attached hereto as Exhibit A is a true and correct copy of the transcript of the September 12,

21    2019 oral argument in the above captioned case.

22

23    I declare under penalty of perjury under the laws of the United States that the foregoing is

24    true and correct.

25

26

DECLARATION OF MARSHA CHIEN IN
SUPPORT OF WASHINGTON'S RESPONSE
TO THE COURT'S PROPOSED ORDER
GRANTING SUMMARY JUDGMENT OF
DISMISSAL (ECF NO. 306)

1

1    Dated this 4th day of October 2019 in Seattle, Washington.

2

3                                    s/ *Marsha Chien*

4                                    MARSHA CHIEN, WSBA No. 47020
                                     Assistant Attorney General
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
     DECLARATION OF MARSHA CHIEN IN                2                   ATTORNEY GENERAL OF WASHINGTON
     SUPPORT OF WASHINGTON'S RESPONSE                                          Civil Rights Division
     TO THE COURT'S PROPOSED ORDER                                         800 Fifth Avenue, Suite 2000
     GRANTING SUMMARY JUDGMENT OF                                            Seattle, WA  98104-3188
     DISMISSAL (ECF NO. 306)                                                    (206) 464-7744

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that the foregoing document was electronically filed with the United

3    States District Court using the CM/ECF system. I certify that all participants in the case are

4    registered CM/ECF users and that service will be accomplished by the appellate CM/ECF

5    system.

6

7    Dated this 4th day of October 2019 in Seattle, Washington.

8

9                                         *s/ Caitilin Hall*
                                          CAITILIN HALL

10                                        Legal Assistant

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
     DECLARATION OF MARSHA CHIEN IN                         ATTORNEY GENERAL OF WASHINGTON
     SUPPORT OF WASHINGTON'S RESPONSE                                Civil Rights Division
                                                                800 Fifth Avenue, Suite 2000
     TO THE COURT'S PROPOSED ORDER                                Seattle, WA  98104-3188
     GRANTING SUMMARY JUDGMENT OF                                    (206) 464-7744
     DISMISSAL (ECF NO. 306)