**BRENNEKE DECLARATION**

**EXHIBIT A**



**Bob Ferguson**
## ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue • Suite 2000 • MS TB 14 • Seattle WA  98104
(206) 442-4492

September 4, 2019

**Sent via E-Mail**

Ashley E. Calhoun
Christopher J. Eby
Colin L. Barnacle
Akerman LLP
ashley.calhoun@akerman.com
christopher.eby@akerman.com
colin.barnacle@akerman.com

Joan K. Mell
III Branches Law, PLLC
joan@3brancheslaw.com

RE:   <u>*Washington v. The GEO Group, Inc.*, 17-cv-05806-RJB</u>

Dear Counsel,

We received the Ninth Circuit's Order denying GEO's Petition for a Writ of Mandamus yesterday. We look forward to receiving GEO's remaining financial documents and discovery and ask that you please complete the document production on or before September 18, 2019.

Very truly yours,

*Andrea Brenneke*

ANDREA BRENNEKE
Marsha Chien
Lane Polozola
Patricio A. Marquez
Assistant Attorneys General
Wing Luke Civil Rights Division
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104