The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> THE GEO GROUP, INC., <br><br> Defendant. | Case No. 3:17-cv-05806-RJB <br><br> **DEFENDANT THE GEO GROUP, INC.'S RESPONSE TO ORDER RE: PROPOSED ORDER (DKT. 306)** |

This Court's September 24, 2019 order invited the parties "to point out errors, if any," in the Court's Proposed Order granting summary judgment to The GEO Group, Inc. Doc. 306. This Court's Proposed Order was based on a simple syllogism: (1) under *United States v. California*, 921 F.3d 865, 882 n.7 (9th Cir. 2019), "federal government contractors are treated the same as the federal government for purposes of immunity analysis," Doc. 306-1 at 7; (2) "[t]he State now urges that GEO be required to pay the state minimum wage to GEO detainees, but does not propose to pay the state minimum wage to its own detainees," *id.* at 8; therefore, (3) "[t]he State's request, if granted, would discriminate against GEO (and through GEO, against the United States) by creating an economic burden on GEO, a government contractor, that is not placed on the State," *id.*

In twenty-four pages of briefing relying on nine declarations, the State disputes neither premise of this Court's holding: it concedes, as it must, that *United States v. California* instructed that "'federal contractors are treated the same as the federal government

DEFENDANT THE GEO GROUP, INC.'S RESPONSE TO ORDER RE: PROPOSED ORDER (DKT. 306) (3:17-CV-05806-RJB) – PAGE 1

50385319;1

AKERMAN LLP
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

itself' for purposes of intergovernmental immunity," *see* Doc. 308 at 10–11 (quoting *United States v. California*, 921 F.3d at 882 n.7),[1] and it concedes that the "MWA does not apply" to the State's detainees in its own institutions, *see id.* at 6. Once those two premises are conceded, this Court's conclusion that the State's minimum-wage law discriminates against the Federal Government necessarily follows.

The State has failed to point to any error in this Court's straightforward intergovernmental-immunity analysis, and there is no basis for revisiting this Court's holding in its Proposed Order. This Court should therefore enter its Proposed Order and dismiss this case.

Respectfully submitted, this 4th day of October, 2019.

By: *s/ Colin L. Barnacle*
**AKERMAN LLP**
Colin L. Barnacle (Admitted *pro hac vice*)
Christopher J. Eby (Admitted *pro hac vice*)
Ashley E. Calhoun (Admitted *pro hac vice*)
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  (303) 260-7712
Facsimile:   (303) 260-7714
Email:  colin.barnacle@akerman.com
Email:  christopher.eby@akerman.com
Email:  ashley.calhoun@akerman.com


By: *s/ Joan K. Mell*
**III BRANCHES LAW, PLLC**
Joan K. Mell, WSBA #21319
1019 Regents Boulevard, Suite 204
Fircrest, Washington 98466
Telephone: (253) 566-2510
Facsimile:  (281) 664-4643
Email: joan@3brancheslaw.com

*Attorneys for Defendant The GEO Group, Inc.*

---

[1] The State's description of note 7 in *U.S. v. California* is misleading. The footnote makes clear that "'federal contractors are treated the same as the federal government itself' for purposes of intergovernmental immunity," in the immigration context and cites specifically to the INS statutory language allowing for detention in both federal and privately contracted facilities. *Id*. at at 882 n.7.

DEFENDANT THE GEO GROUP, INC.'S RESPONSE
TO ORDER RE: PROPOSED ORDER
(3:17-CV-05806-RJB) – PAGE 2

50385319;1

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  303-260-7712

## PROOF OF SERVICE

I hereby certify on the 4th day of October, 2019, pursuant to Federal Rule of Civil Procedure 5(b), I electronically filed and served the foregoing **DEFENDANT THE GEO GROUP, INC.'S RESPONSE TO ORDER RE: PROPOSED ORDER (DKT. 306)** via the Court's CM/ECF system on the following:

**OFFICE OF THE ATTORNEY GENERAL**
Marsha J. Chien
Andrea Brenneke
Lane Polozola
Patricio A. Marquez
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104

*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　*s/ Ashley Calhoun*
　　　　　　　　　　　　　　　　Ashley Calhoun

PROOF OF SERVICE
(3:17-CV-05806-RJB) – PAGE 3

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

50385319;1