The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | CIVIL ACTION NO. 3:17-cv-05806-RJB<br><br>WASHINGTON'S MOTION TO<br>SEAL DOCUMENT AND ORDER |

## I. INTRODUCTION

In compliance with Local Civil Rule (LCR) 5(g), Washington submits this motion to permit Washington to file under seal the declaration of Kathy Oline, the Assistant Director of Research and Fiscal Analysis for the Washington State Department of Revenue. In discussing Washington's generally-applicable tax structure, Ms. Oline's declaration discloses tax information that must be treated as confidential under both federal and state law. *See* Wash. Rev. Code § 82.32.330(2).

## II. AUTHORITY

This motion is brought in accordance with Federal Rule of Civil Procedure 26(c), LCR 5(g), and the terms of the Stipulated Protective Order, ECF No. 70.

Federal Rule of Civil Procedure 26(c) provides for the entry of "any order which justice requires to protect a party or person from annoyance, embarrassment, oppression or undue burden or expense." Pursuant to LCR 26(c)(2), the Stipulated Protective Order protects specific

WASHINGTON'S MOTION TO SEAL DOCUMENT

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

categories of confidential, proprietary, or private information, but "does not presumptively entitle the parties to file confidential information under seal." *See also* ECF No. 70 at 2, ¶ 1.

In support of its response to the Court's Proposed Order, Washington seeks to file under seal a declaration from a Washington Department of Revenue representative regarding a taxpayer's obligations to comply with Washington's generally-applicable state tax laws. Such information is confidential pursuant to Wash. Rev. Code 82.32.330(2).

### III.   CERTIFICATION OF COUNSEL

Washington certifies, pursuant to LCR 5(g)(3)(A), that counsel for Washington, Marsha Chien, and counsel for GEO, Colin Barnacle, corresponded on October 4, 2019 regarding the need to file this document under seal. Washington shared the declaration it intended to file under seal accompanying its Response to the Court's Proposed Order Granting Summary Judgment of Dismissal. GEO did not agree to Washington's filing and did not stipulate to this motion.

### IV.   CONCLUSION

Accordingly, based on Washington's showing of good cause, the Court should enter the below Order authorizing Washington to file Oline's declaration under seal.

Dated this 4th day of October, 2019.

Respectfully submitted,

ROBERT FERGUSON
Attorney General of Washington

s/ *Marsha Chien*
MARSHA CHIEN, WSBA No. 47020
ANDREA BRENNEKE, WSBA No. 22027
LANE POLOZOLA, WSBA No. 50138
PATRICIO A. MARQUEZ, WSBA No. 4769
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
marsha.chien@atg.wa.gov

| | |
|---|---|
| 1 | andrea.brenneke@atg.wa.gov |
| 2 | lane.polozola@atg.wa.gov |
|   | patricio.marquez@atg.wa.gov |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

## ORDER

The Court, having considered the representations set forth above, and finding good cause, hereby GRANTS Washington's Motion to Seal Documents and authorizes the filing of the Declaration of Kathy Oline under seal.

**IT IS SO ORDERED**

Dated this 7th day of October, 2019.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

WASHINGTON'S MOTION TO SEAL DOCUMENT — 4

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

PAGE LEFT INTENTIONALLY BLANK

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744