UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>   Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>   Defendant. | CASE NO. C17-5806RJB<br><br>ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION OF ORDER (DKT. 322) AND DENYING THE ALTERNATIVE MOTION |

This matter comes before the Court on the Defendant's Motion for Reconsideration of Order (Dkt. 322) and, in the Alternative, to Reopen Discovery and Move for Summary Judgment. Dkt. 324. The Court has not directed response from Plaintiff. The Court is not satisfied that there was manifest error in the Order at issue, and the motion for reconsideration should be DENIED. Further, it appears inappropriate to reopen discovery and motion practice, and the alternative motion to reopen discovery and move for summary judgment should also be DENIED.

IT IS SO ORDERED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION OF ORDER (DKT. 322) AND DENYING THE ALTERNATIVE MOTION - 1

1  Dated this 28th day of October, 2019.

*[Signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION OF ORDER (DKT. 322) AND DENYING THE ALTERNATIVE MOTION - 2