The Honorable Robert J. Bryan

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>          Plaintiffs,<br><br>       v.<br><br>THE GEO GROUP, INC.,<br><br>          Defendant | CIVIL ACTION NO. 3:17-cv-05806-RJB<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF STATE OF WASHINGTON'S MOTION TO EXCLUDE EXPERT TESTIMONY OF GREGORY BINGHAM<br><br>NOTE ON MOTION CALENDAR: November 22, 2019 |

This matter came before the Court on a Motion to Exclude the Expert Testimony of Gregory Bingham brought by the Plaintiff State of Washington. This Court considered the motion and documents filed therewith, including the declaration and exhibits attached thereto, now, therefore, it is hereby

ORDERED, ADJUDGED and DECREED that State of Washington's motion exclude expert testimony is hereby GRANTED.

It is SO ORDERED.

ISSUED this _____ day of _____, 2019.

_____
THE HONORABLE ROBERT J. BRYAN

[PROPOSED] ORDER GRANTING
PLAINTIFF STATE OF WASHINGTON'S
MOTION TO EXCLUDE EXPERT
TESTIMONY OF GREGORY BINGHAM

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 442-4492

Respectfully submitted,

ROBERT FERGUSON
Attorney General of Washington

*s/ Lane Polozola*
MARSHA CHIEN, WSBA No. 47020
ANDREA BRENNEKE, WSBA No. 22027
LANE POLOZOLA, WSBA No. 50138
PATRICIO A. MARQUEZ, WSBA No. 47693
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
marsha.chien@atg.wa.gov
andrea.brenneke@atg.wa.gov
lane.polozola@atg.wa.gov
patricio.marquez@atg.wa.gov

[PROPOSED] ORDER GRANTING
PLAINTIFF STATE OF WASHINGTON'S
MOTION TO EXCLUDE EXPERT
TESTIMONY OF GREGORY BINGHAM

2