The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>               Plaintiff,<br><br>    v.<br><br>THE GEO GROUP, INC.,<br><br>               Defendant. | CIVIL ACTION NO. 3:17-cv-05806-RJB<br><br>STIPULATED MOTION AND ORDER ESTABLISHING DEADLINE FOR DEFENDANT GEO'S FINANCIAL DOCUMENT PRODUCTION<br><br>NOTE ON MOTION CALENDAR:<br>November 12, 2019 |

## I.  STIPULATION

COME NOW the Plaintiff, by and through its attorneys, and Defendant, by and through its attorneys, and hereby stipulate and agree that Defendant The GEO Group, Inc., shall comply with the Court's order compelling the production of financial documents, ECF No. 133, and the Ninth Circuit's Order denying Mandamus, ECF No. 296, by producing all responsive financial information and documents on or before November 21, 2019.

Dated this 12th day of November, 2019.

STIPULATED MOTION AND ORDER ESTABLISHING DEADLINE FOR DEFENDANT GEO'S FINANCIAL DOCUMENT PRODUCTION

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

Respectfully submitted,

ROBERT FERGUSON
Attorney General of Washington

s/ *Andrea Brenneke*
MARSHA CHIEN, WSBA No. 47020
ANDREA BRENNEKE, WSBA No. 22027
LANE POLOZOLA, WSBA No. 50138
PATRICIO A. MARQUEZ, WSBA No. 47693
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
marsha.chien@atg.wa.gov
andrea.brenneke@atg.wa.gov
lane.polozola@atg.wa.gov
patricio.marquez@atg.wa.gov

*Attorneys for Plaintiff State of Washington*

s/ *Colin L. Barnacle*
**AKERMAN LLP**
Colin L. Barnacle (Admitted *pro hac vice*)
Christopher J. Eby (Admitted *pro hac vice*)
Ashley E. Calhoun (Admitted *pro hac vice*)
1900 Sixteenth Street, Suite 1700
Denver, CO 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714
Email: colin.barnacle@akerman.com
Email: christopher.eby@akerman.com
Email: ashley.calhoun@akerman.com

**III BRANCHES LAW, PLLC**
Joan K. Mell, WSBA #21319
1019 Regents Boulevard, Suite 204
Fircrest, Washington 98466
Telephone: (253) 566-2510
Facsimile: (281) 664-4643
Email: joan@3brancheslaw.com

*Attorneys for Defendant The GEO Group, Inc.*

STIPULATED MOTION AND ORDER
ESTABLISHING DEADLINE FOR
DEFENDANT GEO'S FINANCIAL
DOCUMENT PRODUCTION

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

## II. ORDER

BASED ON THE FOREGOING STIPULATION, IT IS HEREBY ORDERED that Defendant The GEO Group, Inc. shall comply with this Court's order compelling the production of financial documents, ECF No. 133, and the Ninth Circuit's order denying Mandamus, ECF No. 296, by producing all responsive financial information and documents on or before November 21, 2019.

Dated this 12th day of November, 2019.

_____
ROBERT J. BRYAN
United States District Judge

Presented by Plaintiff State of Washington:

BOB FERGUSON
Attorney General of Washington

*s/ Andrea Brenneke*
MARSHA CHIEN, WSBA No. 47020
ANDREA BRENNEKE, WSBA No. 22027
LANE POLOZOLA, WSBA No. 50138
PATRICIO A. MARQUEZ, WSBA No. 47693
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
marsha.chien@atg.wa.gov
andrea.brenneke@atg.wa.gov
lane.polozola@atg.wa.gov
patricio.marquez@atg.wa.gov

STIPULATED MOTION AND ORDER ESTABLISHING DEADLINE FOR DEFENDANT GEO'S FINANCIAL DOCUMENT PRODUCTION

3

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1  Stipulated and agreed to by Defendant The GEO Group, Inc.:

2

3  *s/ Colin L. Barnacle*
   **AKERMAN LLP**
4  Colin L. Barnacle (Admitted *pro hac vice*)
   Christopher J. Eby (Admitted *pro hac vice*)
5  Ashley E. Calhoun (Admitted *pro hac vice*)
   1900 Sixteenth Street, Suite 1700
6  Denver, CO 80202
7  Telephone: (303) 260-7712
   Facsimile: (303) 260-7714
8  Email: colin.barnacle@akerman.com
   Email: christopher.eby@akerman.com
9  Email: ashley.calhoun@akerman.com

10 **III BRANCHES LAW, PLLC**
   Joan K. Mell, WSBA #21319
11 1019 Regents Boulevard, Suite 204
12 Fircrest, Washington 98466
   Telephone: (253) 566-2510
13 Facsimile: (281) 664-4643
   Email: joan@3brancheslaw.com
14
   *Attorneys for Defendant The GEO Group, Inc.*
15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER ESTABLISHING DEADLINE FOR DEFENDANT GEO'S FINANCIAL DOCUMENT PRODUCTION

4

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744