The Honorable Robert J. Bryan

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| STATE OF WASHINGTON, | CIVIL ACTION NO. 3:17-cv-05806-RJB |
| Plaintiffs, | [PROPOSED] ORDER GRANTING PLAINTIFF STATE OF WASHINGTON'S MOTION TO STRIKE JURY DEMAND |
| v. | |
| THE GEO GROUP, INC., | |
| Defendant | NOTE ON MOTION CALENDAR: December 20, 2019 |

This matter came before the Court on a Motion to Strike Defendant The GEO Group. Inc.'s (GEO) Jury Demand brought by the Plaintiff State of Washington. This Court considered the motion, as well as GEO's response and Washington's reply, and now, therefore, it is hereby

ORDERED, ADJUDGED and DECREED that State of Washington's motion to strike GEO's jury demand is hereby GRANTED.

It is further ORDERED, ADJUDGED and DECREED that the Court will sit as the trier of fact in Washington's case against GEO and as to both of Washington's equitable claims without an advisory jury for either claim.

It is SO ORDERED.

ISSUED this _____ day of _____, 2019.

[PROPOSED] ORDER GRANTING
PLAINTIFF STATE OF WASHINGTON'S
MOTION TO STRIKE JURY DEMAND

1

THE HONORABLE ROBERT J. BRYAN

Respectfully submitted,

ROBERT FERGUSON
Attorney General of Washington

_s/ Andrea Brenneke_
MARSHA CHIEN, WSBA No. 47020
ANDREA BRENNEKE, WSBA No. 22027
LANE POLOZOLA, WSBA No. 50138
PATRICIO A. MARQUEZ, WSBA No. 47693
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
marsha.chien@atg.wa.gov
andrea.brenneke@atg.wa.gov
lane.polozola@atg.wa.gov
patricio.marquez@atg.wa.gov

[PROPOSED] ORDER GRANTING
PLAINTIFF STATE OF WASHINGTON'S
MOTION TO STRIKE JURY DEMAND

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 442-4492