UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UGOCHUKWU GOODLUCK
NWAUZOR, et al.,

                    Plaintiffs,

          v.                                            CASE NO. C17-5769 RJB

THE GEO GROUP, INC.,

                    Defendant.

STATE OF WASHINGTON,                                    CASE NO. C17-5806RJB

                    Plaintiff,

          v.

THE GEO GROUP, INC.,                                   ORDER RESETTING TRIAL DATE
                                                        AND OTHER DEADLINES
                    Defendant.

These matters come before the Court *sua sponte* on review of the record.  The Court has reviewed the records, considered telephonic oral argument heard on 21 January 2020, and is fully advised.

Notice in the class action, *Nwauzor,* has been delayed.  A decision on the motions for summary judgment, now pending in *Nwauzor* (Dkts. 221, 227, refiled as 233)*,* should be renoted

ORDER - 1

until after the notice and opt-out period has ended.  The *Nwauzor* class action claim must be tried a few months later than the current trial date of 2 March 2020 to accommodate class notice.

Further, these cases (both the *Nwauzor* class action and the State case) have been consolidated for liability purposes.  Dkt. 217 and 218.  The trials should remain joined for liability purposes for the reasons provided at the oral ruling (Dkt. 217) and in the "Supplement to Oral Ruling" (Dkt. 218), but subject to the modification found in the Order on State's Motion to Strike GEO's Jury Demand and Procedural Order dated 21 January, 2020.  Accordingly, the trial of both cases should be **RESET** to begin on **April 13, 2020 at 9:30 a.m. in Courtroom A**.  The Court is mindful that this additional delay has an element of unfairness to the State, but the benefits of consolidation as outlined in Docket Numbers 217 and 218 outweigh any unfairness.

The remaining deadlines in the cases are **RESET** as follows:

- Motions in limine should be **FILED** by: and noted on the motion calendar no later than the third Friday thereafter, but no later than the Friday before any scheduled pretrial conference.     **March 16, 2020**

- Agreed pretrial orders **LODGED** with the Court by: **March 27, 2020**

- Pretrial conference **HELD** on:     **April 3, 2020 at 8:30 a.m**.

- Trial briefs, proposed voir dire, and jury instructions **DUE**:     **April 3, 2020**

The pending motions for summary judgment in *Nwauzor* (Dkts. 221, 227, refiled as 233) **ARE RENOTED** for consideration on **Wednesday, April 1, 2020**; responses, if any, are due by **Friday, March 27, 2020**; replies, if any, are due on **Wednesday, April 1, 2020**.  Trial in both cases will be conducted as outlined in the Order on State's Motion to Strike GEO's Jury Demand and Procedural Order dated 21 January 2020.

ORDER - 2

**IT IS SO ORDERED.**

The Clerk is directed to send uncertified copies of this Order to all counsel of record, and to any party appearing *pro se* at said party's last known address.

Dated this 21st day of January, 2020.

ROBERT J. BRYAN
United States District Judge

ORDER - 3