UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, et al., | |
| Plaintiffs, | |
| v. | CASE NO. C17-5769 RJB |
| THE GEO GROUP, INC., | |
| Defendant. | |
| STATE OF WASHINGTON, | CASE NO. C17-5806RJB |
| Plaintiff, | |
| v. | |
| THE GEO GROUP, INC., | MINUTE ORDER RESETTING DEADLINE |
| Defendant. | |

The following Minute Order is made by direction of the Court, United States District Judge Robert J. Bryan:

On 21 January 2020, the case schedules in the above matters were amended. The deadline to file motions in limine, if any, was set for 16 March 2020, to be noted "no later than the third Friday thereafter, but no later than the Friday before any scheduled pretrial conference."

ORDER - 1

The pretrial conference is set for 3 April 2020. The Friday before the pretrial conference is 27 March 2020, which is only two Fridays after the motions in limine filing deadline. On 31 January 2020, the State Defendants emailed the deputy clerk, copied all parties, and asked for clarification on the motion in limine filing deadline and noting date. To give the parties and the Court ample time to prepare for trial, the deadline to file motions in limine, if any, **IS RESET** to **March 12, 2020**.

Dated this 3rd day of February, 2020.

The foregoing Minute Order authorized by THE HONORABLE ROBERT J. BRYAN, UNITED STATES DISTRICT JUDGE.

ORDER - 2