**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| STATE OF WASHINGTON, | Case No.: 3:17-cv-05806-RJB |
|     Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANT THE GEO GROUP, INC.'S MOTIONS IN LIMINE** |
| THE GEO GROUP, INC., | |
|     Defendant. | **NOTE ON MOTION CALENDAR:** Date:  March 27, 2020 |

This Court, having reviewed Defendant The GEO Group, Inc.'s ("GEO") Motions in Limine, finds as follows:

**GEO's Motion in Limine 1 is GRANTED**. Plaintiffs may not introduce evidence, argument, or testimony related to the unemployment rates in Tacoma, the state of the job market in Tacoma, or argument that the Voluntary Work Program ("VWP") positions at the Northwest ICE Processing Center ("NWIPC") should have (or would have) been completed by Tacoma residents rather than detainees.

**GEO's Motion in Limine 2 is GRANTED**. Plaintiffs may not introduce evidence, argument, or testimony that detainees participate in the VWP at the NWIPC under the threat of harm, deprivation of necessities, or threat of legal process

**GEO's Motion in Limine 3 is GRANTED**. Plaintiffs may not introduce evidence, argument, or testimony related to GEO's legal fees, including any request for reimbursement for

[PROPOSED] ORDER GRANTING DEFENDANT
THE GEO GROUP, INC.'S MOTIONS IN LIMINE
(3:17-CV-05806-RJB) – PAGE 1

52359793;1

**AKERMAN LLP**

1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  303-260-7712

legal fees sent to ICE.

**GEO's Motion in Limine 4 is GRANTED**. Plaintiffs may not introduce evidence, argument, or testimony related to GEO's size, profitability, financial status or overall wealth.

**GEO's Motion in Limine 5 is GRANTED**. Plaintiffs may not introduce evidence, argument, or testimony related to other lawsuits to which GEO is a party.

**GEO's Motion in Limine 6 is GRANTED**. Mr. Strawn's testimony may not be presented at trial.

**GEO's Motion in Limine 7 is GRANTED**. Should the case reach the damages phase, Dr. Munson's testimony in the Private Plaintiffs damages trial will be limited to an explanation of his mathematical equations and the results of those equations.

**GEO's Motion in Limine 8 is GRANTED**. Plaintiffs may not introduce evidence, argument, or testimony related to VWP pay rates at other GEO facilities.

**GEO's Motion in Limine 9 is GRANTED**. The testimony of Jose Alberto Robles Martinez and Tien Ho may not be presented at trial.

**IT IS SO ORDERED.**

This the _____ day of _____, 2020.

Honorable Robert J. Bryan
United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANT
THE GEO GROUP, INC.'S MOTIONS IN LIMINE
(3:17-CV-05806-RJB) – PAGE 2

52359793;1

**AKERMAN LLP**

1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  303-260-7712

Respectfully submitted, this 12th day of March, 2020.

By: *s/ Colin L. Barnacle*
**AKERMAN LLP**
Colin L. Barnacle (Admitted *pro hac vice*)
Christopher J. Eby (Admitted *pro hac vice*)
Ashley E. Calhoun (Admitted *pro hac vice*)
Adrienne Scheffey (Admitted *pro hac vice*)
Allison N. Angel (Admitted *pro hac vice*)
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  (303) 260-7712
Facsimile:  (303) 260-7714
Email:  colin.barnacle@akerman.com
Email:  christopher.eby@akerman.com
Email:  ashley.calhoun@akerman.com
Email:  adrienne.scheffey@akerman.com
Email:  allison.angel@akerman.com

By: *s/ Joan K. Mell*
**III BRANCHES LAW, PLLC**
Joan K. Mell, WSBA #21319
1019 Regents Boulevard, Suite 204
Fircrest, Washington 98466
Telephone: (253) 566-2510
Facsimile:  (281) 664-4643
Email:  joan@3brancheslaw.com

*Attorneys for Defendant The GEO Group, Inc.*

[PROPOSED] ORDER GRANTING DEFENDANT
THE GEO GROUP, INC.'S MOTIONS IN LIMINE
(3:17-CV-05806-RJB) – PAGE 3

52359793;1

**AKERMAN LLP**

1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  303-260-7712