The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>    Defendant. | Case No. 3:17-cv-05806-RJB<br><br>**DECLARATION OF COLIN L. BARNACLE IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S MOTIONS IN LIMINE** |

I, Colin L. Barnacle, make the following statement under oath subject to the penalty of perjury pursuant to the laws of the United States and the State of Washington:

1. I am the attorney for The GEO Group, Inc. in the above-captioned matter. I am over the age of eighteen (18), and I am competent to testify in this matter.

2. On February 26, 2020, I received the State of Washington's Third Supplemental Expert Disclosure for Dr. Nickerson.

3. On page four of Dr. Nickerson's supplemental report, which is marked confidential, he states that he interprets a "fair wage" as equivalent to the payment of the Washington minimum wage or the prevailing wage under the federal Service Contract Act.

4. On page seven of Dr. Nickerson's supplemental report, which is marked confidential and <u>not</u> included with this declaration, he states that his damages analysis is

DECLARATION OF COLIN L, BARNACLE
(3:17-CV-05806-RJB) – PAGE 1

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

52359738;1

1  contingent upon a "determination of liability, and the applicability of the rates … by the trier of
2  fact."

3      5.    Attached are true and correct copies of the following exhibits:

4  **EXHIBIT A:** Attached as Exhibit A are excerpts from the 30(b)(6) deposition of
5  Colleen Melody, designee for the Washington Attorney General, taken August 10, 2018.

6  **EXHIBIT B:** Attached as Exhibit B are excerpts from the transcript of the hearing held
7  before this Court on January 10, 2020.

8  **EXHIBIT C:** Attached as Exhibit C is GEO's First Set of Interrogatories and Requests
9  for Production that was served on December 29, 2017.

10  Dated this 12th day of March, 2020 at Denver, Colorado.

11  Akerman, LLP

12  *s/ Colin L. Barnacle*
Colin L. Barnacle, (Admitted *pro hac vice*)
13  Attorney for Defendant The GEO Group, Inc.

DECLARATION OF COLIN L, BARNACLE
(3:17-CV-05806-RJB) – PAGE 2

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  303-260-7712

52359738;1

**PROOF OF SERVICE**

I hereby certify on the 12th day of March 2020, pursuant to Federal Rule of Civil Procedure 5(b), I electronically filed and served the foregoing **DECLARATION OF COLIN L. BARNACLE IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S MOTIONS IN LIMINE** via the Court's CM/ECF system on the following:

Marsha J. Chien
Andrea Brenneke
Lane Polozola
Patricio A. Marquez
OFFICE OF THE ATTORNEY GENERAL
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104

*Attorneys for Plaintiff*

*s/ Nick Mangels*
Nick Mangels

PROOF OF SERVICE
(3:17-CV-05806-RJB) – PAGE 3

AKERMAN LLP
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

52359738;1