# EXHIBIT B

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

---

| | |
|---|---|
| UGOCHUKWO GOODLUCK NWAUZOR, et al., Plaintiffs, v. THE GEO GROUP, INC., Defendant. | 3:17-cv-05769-RJB<br>3:17-cv-05806-RJB<br>Tacoma, Washington<br>January 10, 2020<br>Preliminary Pretrial Conference<br>10:30 a.m. |
| STATE OF WASHINGTON, Plaintiff, v. THE GEO GROUP, INC., Defendant. | |

---

VERBATIM REPORT OF PROCEEDINGS
BEFORE THE HONORABLE ROBERT J. BRYAN
UNITED STATES DISTRICT JUDGE

---

Proceedings stenographically reported and transcribed with computer-aided technology

APPEARANCES

For the Plaintiff Nwauzor, et al.:

JAMAL N. WHITEHEAD
Schroeter Goldmark & Bender
810 Third Avenue
Suite 500
Seattle, Washington

DEVIN T. THERIOT-ORR
Open Sky Law PLLC
20415 72nd Avenue South
Suite 110
Kent, Washington

R. ANDREW FREE
Law Office of R. Andrew Free
P.O. Box 90568
Nashville, Tennessee

For the Plaintiff State of Washington:

ANDREA BRENNEKE
LANE POLOZOLA
MARSHA J. CHIEN
800 Fifth Avenue
Suite 2000
Seattle, Washington

For the Defendant The GEO Group:

COLIN L. BARNACLE
ADRIENNE SCHEFFEY
Akerman LLP
1900 Sixteenth Street
Suite 1700
Denver, Colorado

JOAN K. MELL
III Branches Law PLLC
1019 Refents Boulevard
Suite 204
Fircrest, Washington

MORNING SESSION

JANUARY 10, 2020

THE COURT: This is the time we set for a preliminary pretrial conference in Cause Number 17-5769, Nwauzor versus GEO, and 17-5806, State versus GEO.

Let me call the role here. First, for Washington, Ms. Chien, Ms. Brenneke and Mr. Polozola.

For the plaintiffs, Nwauzor and others, Mr. Whitehead.

MR. WHITEHEAD: Good morning, Your Honor.

THE COURT: Mr. Theriot-Orr

MS. THERIOT-ORR: Yes, sir, good morning.

THE COURT: Mr. Free.

MR. FREE: Yes, sir.

THE COURT: For the defendants, Mr. Barnacle.

MR. BARNACLE: Good morning.

THE COURT: Ms. Scheffy and Ms. Mell.

MS. MELL: Good morning, Your Honor.

THE COURT: We have a number of things to cover this morning. First thing is, I want to get a better feel than I have for exactly what the claims of the plaintiffs are here, and understand a bit more of how you propose to prove your claims.

I had this nice sheet with your names on it, and then I covered it up.

I guess I should ask Mr. Whitehead to go first and tell me

have heard. It seems to me there are things like punishment for not working or different things that are not within what you two have described today. Are you anticipating any evidence along those lines of inappropriate activities on the part of GEO toward detainees?

MS. BRENNEKE: I am thinking about our claims as being fairly discrete whether or not the Minimum Wage Act is being applied for work, and also whether there is an injustice for them to retain the benefits of those for the unjust enrichment claim moving forward.

I believe with the unjust enrichment claim, there is some maybe potential for thinking about the circumstances in which they are working and the injustice of that, that is a bit broader because that is an equitable claim that is a subjective standard.

We are not bringing claims you might have seen reported in some of the cases like in Colorado and other places where there is like a forced work situation or other types of claims that I think could be brought in some circumstances. We have not brought those claims.

Jamal, I don't know if --

MR. WHITEHEAD: No, I don't have anything further to add. Certainly, Your Honor, we believe those things to be true. In terms of what we would try to present and prove at trial, that is not the case we intend to bring.