1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>      PLAINTIFF,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>      DEFENDANT. | No. 3:17-cv-05806-RJB |
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>      Defendant. | No.  3:17-cv-05769-RJB<br><br>STIPULATED MOTION AND ORDER ON MOTIONS IN LIMINE<br><br>NOTE ON MOTION CALENDAR: March 12, 2020 |

## STIPULATION

The parties, by and through counsel, respectfully and jointly move the Court for an in

limine order concerning certain evidentiary and other issues to streamline trial and the

STIP. MOT. & ORDER ON MOT. IN LIMINE
(3:17-cv-05769-RJB/No. 3:17-cv-05806-RJB) – 1

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

presentation of evidence to the jury. Counsel for the parties have conferred and agree that an in

limine order is appropriate, with reference to the following:

1.     Pursuant to the Court's order dated February 3, 2020 (Dkt. No. 255), parties

must file all motions in limine by March 12, 2020.

2.     Pursuant to Local Rule 7(d)(4), the parties held conference calls on March 9 and

11, 2020, to determine which matters are really in dispute before filing their respective

motions. The parties reached an agreement on a number of issues.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS

FOLLOWS:

1.  Evidence or argument excluded by an Order in limine may not be presented to the

jury without prior leave from the Court.

2.  Except for GEO's designated representatives, the Private Plaintiff class

representatives, and the State's designated representatives, not to exceed three

different representatives per party, witnesses are excluded from the courtroom

until called and excused by the Court.

3.  Counsel shall not offer at trial documents not previously disclosed without prior

leave from the Court.

4.  Counsel shall not comment regarding the size of any law firm or the number of

attorneys involved in the litigation.

5.  Counsel shall not make reference to the substance of pre-trial motions in the

presence of the jury.

6.  Expert reports are not admissible. (But note: summary charts, or other cumulative

evidence summaries, even if prepared by experts, may be admissible, subject to

STIP. MOT. & ORDER ON MOT. IN LIMINE
(3:17-cv-05769-RJB/No. 3:17-cv-05806-RJB) – 2

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

agreement by the parties or the Federal Rules of Evidence.)

7.   Counsel shall provide the names of witnesses they plan to call the next court day at the end of each day of trial.

8.   Counsel shall not refer to Plaintiffs or members of the class as "illegals."

9.   GEO may present argument or evidence regarding its offset defense and unjust enrichment claim in the *Nwauzor* case only during the damages phase of the *Nwauzor* trial.

10.  Counsel shall not refer to the Northwest Detention Center as a "private prison."

11.  Counsel shall not present argument or evidence suggesting that detention at the Northwest Detention Center is criminal or penal in nature.

SO STIPULATED this 12th day of March, 2020.

AKERMAN LLP

*s/ Adrienne Scheffey*

Colin L. Barnacle (Admitted *pro hac vice*)
Ashley E. Callhoun (Admitted *pro hac vice*)
Adrienne Scheffey (Admitted *pro hac vice*)
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Tel: (303) 260-7712
Fax: (303) 260-7714
Colin.Barnacle@akerman.com
Ashley.Callhoun@akerman.com
Adrienne.Scheffey@akerman.com

III BRANCHES LAW, PLLC
Joan K. Mell, WSBA #21319
1019 Regents Boulevard, Suite 204
Fircrest, WA 98466
Tel: (253) 566-2510
joan@3ebrancheslaw.com

SCHROETER GOLDMARK & BENDER

*s/ Jamal Whitehead*

Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
Jamal N. Whitehead, WSBA #39818
Rebecca J. Roe, WSBA #7560
810 Third Avenue, Suite 500
Seattle, WA 98104
Tel: (206) 622-8000 ~ Fax: (206) 682-2305
berger@sgb-law.com
halm@sgb-law.com
whitehead@sgb-law.com

THE LAW OFFICE OF R. ANDREW FREE
Andrew Free (*Pro Hac Vice*)
P.O. Box 90568
Nashville, TN 37209
Tel: (844) 321-3221 ~ Fax: (615) 829-8959
andrew@immigrantcivilrights.com

SUNBIRD LAW, PLLC

STIP. MOT. & ORDER ON MOT. IN LIMINE
(3:17-cv-05769-RJB/No. 3:17-cv-05806-RJB) – 3

| | | |
|---|---|---|
| 1 | *Attorneys for Defendant* | Devin T. Theriot-Orr, WSBA # 33995 |
| | | 1001 Fourth Avenue, Suite 3200 |
| 2 | | Seattle, WA  98154-1003 |
| | | Tel: (206) 962-5052 ~ Fax: (206) 681-9663 |
| 3 | | devin@sunbird.law |

MENTER IMMIGRATION LAW, PLLC
Meena Menter, WSBA # 31870
8201 164th Ave NE, Suite 200
Redmond, WA 98052
Tel: (206) 419-7332
meena@meenamenter.com

*Class Counsel*

ROBERT FERGUSON
Attorney General of Washington

*s/ Lane Polozola*
MARSHA CHIEN, WSBA No. 47020
ANDREA BRENNEKE, WSBA No. 22027
LANE POLOZOLA, WSBA No. 50138
PATRICIO A. MARQUEZ, WSBA No. 47693
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
marsha.chien@atg.wa.gov
andrea.brenneke@atg.wa.gov
lane.polozola@atg.wa.gov
patricio.marquez@atg.wa.gov

*Attorneys for Plaintiff State of Washington*

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

# ORDER

IT IS SO ORDERED:

DATED this 17th day of March, 2020.

ROBERT J. BRYAN
United States District Judge

Jointly Presented by:

SCHROETER GOLDMARK & BENDER

s/ Jamal Whitehead
Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
Jamal Whitehead, WSBA #39818

*Class Counsel*


AKERMAN LLP

s/ Adrienne Scheffey
Colin L. Barnacle (Admitted *pro hac vice*)
Ashley E. Callhoun (Admitted *pro hac vice*)
Adrienne Scheffey (Admitted *pro hac vice*)

*Attorneys for Defendant*


ROBERT FERGUSON
Attorney General of Washington

s/ Lane Polozola
MARSHA CHIEN, WSBA No. 47020
ANDREA BRENNEKE, WSBA No. 22027
LANE POLOZOLA, WSBA No. 50138
PATRICIO A. MARQUEZ, WSBA No. 47693

*Attorneys for State of Washington*

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305