UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, et al.,<br><br>　　　　　　　　Plaintiffs,<br>　v.<br><br>THE GEO GROUP, INC.,<br><br>　　　　　　　　Defendant. | CASE NO. C17-5769RJB |
| STATE OF WASHINGTON,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>THE GEO GROUP, INC.,<br><br>　　　　　　　　Defendant. | CASE NO. C17-5806RJB<br><br>ORDER CONTINUING TRIAL DATE |

　　　Based on General Orders No. 01-20 and No. 02-20, the Court determines that trial in these cases cannot proceed on the currently scheduled date of April 13, 2020.

　　　IT IS THEREFORE ORDERED that the trial date shall be continued. All pre-trial dates remain as set. The pre-trial conference shall be held on April 3, 2020, at 8:30 a.m. by telephone conference, or subject to further order.

ORDER - 1

The parties shall file a Joint Status Report on or before June 1, 2020, with an agreed proposed trial date. If the parties do not agree on a proposed trial date, each side shall set forth, in a single report, separate proposals for the trial date.

Dated this 20th day of March, 2020.

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER - 2