The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| STATE OF WASHINGTON, | CIVIL ACTION NO. 3:17-cv-05806-RJB |
|---|---|
| Plaintiff, | |
| v. | STIPULATED MOTION TO SEAL DOCUMENTS AND PROPOSED ORDER |
| THE GEO GROUP, INC., | |
| Defendant. | |

## I.  INTRODUCTION

The Parties, by and through their respective counsel, and in compliance with Local Civil Rule (LCR) 5(g) and 10(g), submit this stipulated joint motion to permit Washington to file, under seal, the unredacted Second Supplemental Expert Report of Peter Nickerson, Ph.D., excluding appendices (Trial Ex. 562) (the "Report"). Dr. Nickerson's report discusses and reflects information that Defendant The GEO Group, Inc. (GEO) has designated "Confidential" under the terms of the Stipulated Protective Order, ECF No. 70. Dr. Nickerson's report is Exhibit B to the Declaration of Lane Polozola in Support of Washington's Response to GEO's Motions in Limine.

The Stipulated Protective Order entered in this matter, ECF No. 70, requires Washington to file under seal material GEO designates "Confidential" if the confidentiality designation is not withdrawn. To that end, Washington advised GEO that it intended to file Dr. Nickerson's report with Washington's Response to GEO's Motions in Limine, and requested that GEO agree

that the Report could be filed publicly. GEO maintains that the underlying information should retain its "Confidential" designation and therefore, that Dr. Nickerson's report should be filed under seal. As a result, Washington files this joint motion to ensure compliance with the Stipulated Protective Order and LCR 5(g).

The Court should authorize the filing of Dr. Nickerson's unredacted report under seal for purposes of considering Washington's Response to GEO's Motions in Limine. Filing that report under seal complies with Washington's obligations under the Stipulated Protective Order, protects against disclosure of GEO's asserted confidential information, and supports the Court's ability to make informed decisions about the parties' arguments.

## II. AUTHORITY

This motion is brought in accordance with Federal Rule of Civil Procedure 26(c), LCR 26(c), LCR 5(g), LCR 10(g), and the terms of the Stipulated Protective Order, ECF No. 70.

Rule 26(c) provides for the entry of "any order which justice requires to protect a party or person from annoyance, embarrassment, oppression or undue burden or expense." Pursuant to LCR 26(c), the Stipulated Protective Order protects specific categories of confidential, proprietary, or private information, but "does not presumptively entitle the parties to file confidential information under seal." LCR 26(c)(2); ECF 70 at 2, ¶ 1.

<u>GEO'S STATEMENT RE LCR 5(g)(3)(B)</u>

GEO has designated the Nickerson Report as "Confidential" consistent with the text of the Protective Order because it has a good faith belief that public disclosure of the Report (and the documents cited therein) will cause financial, competitive, or other serious harm to GEO or individuals employed by, or in the custody of, GEO. The Report (and its incorporated attachments) contain confidential business information including GEO's financial summaries, information about individual detainees, information about GEO's pricing models, and information about GEO's sensitive staffing plans. If such information were disclosed to the public, GEO will suffer serious business harm because its competitors could use the pricing,

staffing, or other sensitive business information to unfairly compete against GEO and siphon away its business. *See, e.g., Seiter v. Yokohama Tire Corp.*, No. C08-5578 FDB, 2009 WL 2461000, at *2 (W.D. Wash. Aug. 10, 2009) (holding the defendant established good cause for protective order due to potential competitive harm from disclosure of pricing policies and other confidential business practices). In addition, GEO would suffer financial and potentially legal consequences if it disclosed personal information about the detainees in violation of The Privacy Act of 1974, 5 U.S.C. § 552a. Further, ICE has designated some information that GEO produced as "Confidential" and GEO lacks the ability to withdraw those designations.

### III. CERTIFICATION OF COUNSEL

The parties certify, pursuant to LCR 5(g)(3)(A), that counsel for Washington, Lane Polozola, and counsel for GEO, Colin Barnacle and Adrienne Scheffey, conferred on March 20 and 23, 2020, regarding the need to file Dr. Nickerson's unredacted report under seal based on its inclusion of information GEO has designated as "Confidential." GEO confirmed that the underlying information should retain its "Confidential" designation and that Dr. Nickerson's report should be filed under seal. The parties have jointly participated in the preparation and submission of this motion.

### IV. CONCLUSION

The parties, by and through their counsel, agree to and request that the Court enter the Order below.

//

//

//

Dated this 23rd day of March 2020.

Jointly submitted,

| | |
|---|---|
| ROBERT FERGUSON<br>Attorney General of Washington | AKERMAN LLP |
| s/ *Lane Polozola*<br>MARSHA CHIEN, WSBA No. 47020<br>ANDREA BRENNEKE, WSBA No. 22027<br>LANE POLOZOLA, WSBA No. 50138<br>PATRICIO A. MARQUEZ, WSBA No. 47693<br>Assistant Attorneys General<br>Office of the Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>(206) 464-7744<br>marsha.chien@atg.wa.gov<br>andrea.brenneke@atg.wa.gov<br>lane.polozola@atg.wa.gov<br>patricio.marquez@atg.wa.gov<br><br>*Attorneys forPlaintiff State of Washington* | s/ *Adrienne Scheffey*<br>Colin L. Barnacle (Admitted *pro hac vice*)<br>Ashley E. Calhoun (Admitted *pro hac vice*)<br>Adrienne Scheffey (Admitted *pro hac vice*)<br>1900 Sixteenth Street, Suite 1700<br>Denver, Colorado 80202<br>Telephone: (303) 260-7712<br>Facsimile: (303) 260-7714<br>Email: colin.barnacle@akerman.com<br>Email: ashley.calhoun@akerman.com<br>Email: adrienne.scheffey@akerman.com<br><br>III BRANCHES LAW, PLLC<br><br>Joan K. Mell, WSBA #21319<br>1019 Regents Boulevard, Suite 204<br>Fircrest, Washington 98466<br>Telephone: (253) 566-2510<br>Facsimile: (281) 664-4643<br>Email: joan@3brancheslaw.com<br><br>*Attorneys for Defendant The GEO Group, Inc.* |

# [PROPOSED] ORDER

The Court, having considered the representations and stipulations of counsel set forth above, and finding good cause, hereby GRANTS the Joint Motion to Seal and authorizes the filing of Exhibit B to the Declaration of Lane Polozola In Support of Washington's Response to GEO's Motions in Limine to be filed under seal.

**IT IS SO ORDERED**

Dated this ___ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the United States District Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated this 23rd day of March 2020, in Seattle, Washington.

Caitilin Hall
Legal Assistant

STIPULATED MOTION TO SEAL

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744