The Honorable Robert J. Bryan

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON, | Case No. 3:17-cv-05806-RJB |
| Plaintiff, | **DECLARATION OF COLIN L. BARNACLE IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S OPPOSITION TO PLAINTIFF STATE OF WASHINGTON'S MOTIONS IN LIMINE** |
| v. | |
| THE GEO GROUP, INC., | |
| Defendant. | |

I, Colin L. Barnacle, make the following statement under oath subject to the penalty of perjury pursuant to the laws of the United States and the State of Washington:

1.      I am the attorney for The GEO Group, Inc. in the above-captioned matter.  I am over the age of eighteen (18), and I am competent to testify in this matter.

2.      Attached are true and correct copies of the following exhibits:

**EXHIBIT A:** Attached as Exhibit A is the Complaint for Declaratory Judgment and Injunctive Relief filed in *United States of America v. Gavin Newsom, et al.*, S.D. Cal. Case No. 3:20-cv-00154-MMM-AHG.

**EXHIBIT B:** Attached as Exhibit B is the enacting legislation of the Washington Minimum Wage Act from 1961, Chapter 18, which was introduced by Senate Bill 30.

**EXHIBIT C:** Attached as Exhibit C is the enacting legislation of the Washington Minimum Wage Act from 1975, Chapter 289, which was introduced by Substitute House Bill 32.

DECLARATION OF COLIN L, BARNACLE
(3:17-CV-05806-RJB) – PAGE 1

52464813;1

1

2      **EXHIBIT D:**  Attached as Exhibit D are emails between Sandy Mullins, Tammy Fellin,

3      Suchi Sharma, Lynne Buchannan, Elizabeth Smith and other individuals from Washington's

       Department of Labor & Industries.

4      **EXHIBIT E:**  Attached as Exhibit E are excerpts to the 30(b)(6) deposition of Joshua

5      Grice taken December 6, 2019.

6      **EXHIBIT F:**  Attached as Exhibit F are excerpts to the 30(b)(6) deposition of Joshua

7      Grice taken September 5, 2019.

8      **EXHIBIT G:**  Attached as Exhibit G are excerpts to the 30(b)(6) deposition of Colleen

9      Melody taken August 10, 2018.

10     **EXHIBIT H:**  Attached as Exhibit H is a letter from Shannon Armstrong dated April 15,

11     2019.

12     **EXHIBIT I:**   Attached as Exhibit I are excerpts from the 30(b)(6) deposition of Chuck

13     Hill taken July 10, 2019.

14     **EXHIBIT J:**   Attached as Exhibit J is Exhibit 22 to the deposition of Fernando Aguirre-

15     Urbina taken June 11, 2018.

16     Dated this 23rd day of March, 2020 at Denver, Colorado.

17     Akerman, LLP

18     *s/ Colin L. Barnacle*
       Colin L. Barnacle, (Admitted *pro hac vice*)
19     Attorney for Defendant The GEO Group, Inc.

20

21

22

23

24

25

26

27

---

DECLARATION OF COLIN L. BARNACLE
(3:17-CV-05806-RJB) – PAGE 2

52464813;1

**AKERMAN LLP**

1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  303-260-7712

1

## **PROOF OF SERVICE**

I hereby certify on the 23rd day of March 2020, pursuant to Federal Rule of Civil Procedure 5(b), I electronically filed and served the foregoing **DECLARATION OF COLIN L. BARNACLE IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S OPPOSITION TO PLAINTIFF STATE OF WASHINGTON'S MOTIONS IN LIMINE** via the Court's CM/ECF system on the following:

Marsha J. Chien
Andrea Brenneke
Lane Polozola
Patricio A. Marquez
OFFICE OF THE ATTORNEY GENERAL
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104

*Attorneys for Plaintiff*

                                        *s/ Nick Mangels*
                                        Nick Mangels

---

PROOF OF SERVICE
(3:17-CV-05806-RJB) – PAGE 3

52464813;1

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  303-260-7712