# EXHIBIT E




2208 North 30th Street, Suite 202, Tacoma, WA 98403 • 253.627.6401 • Toll Free: 800.649.2034 • byersanderson.com

## ONE-WEEK TRANSCRIPT TURNAROUND
Digital Transcripts • Internet Realtime • HD Legal Video • Picture-in-Picture Depositions
Remote Witnesses • Designation Editing • Nationwide Scheduling • HD Videoconferencing

In the Matter of:

NWAUZOR et. al

vs

GEO GROUP

_____

**JOSHUA GRICE**

*December 06, 2019*

___

Thank you for choosing Byers & Anderson for your court reporting, legal video, and videoconferencing needs. For over 35 years it has been our goal to provide you with unmatched service. Our one-week transcript turnaround is an industry leader. If there is anything we can do to assist you, please don't hesitate to let us know.

*Sarah Fitzgibbon, CCR*
Deposition Services Lead Consultant



The Premier Advantage™
PDF transcript bundle contains:

• Full-size and condensed transcripts
• Printable word index
• Hyperlinked selectable word index
• Embedded printable exhibit scans
• Hyperlinked selectable exhibit viewing
• Common file formats: txt, lef, mdb
   accessed via *paperclip* icon

STRATEGY  •  TECHNOLOGY  •  DESIGN  •  DEPOSITIONS

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

NWAUZOR et. al,                        )
                                       )
          Plaintiff,                   )
                                       )
          vs.                          ) No.
                                       ) 3:17-cv-05769-RJB
THE GEO GROUP, INC.,                   )
                                       )
          Defendant.                   )

30(b)(6) DEPOSITION OF THE DEPARTMENT OF LABOR & INDUSTRIES

THROUGH JOSHUA GRICE

December 6, 2019

Tumwater, Washington

```
 1                    APPEARANCES

 2    For the Defendant:

 3               Joan Mell
                 Sophia Spurlock
 4               III Branches Law, PLLC
                 1019 Regents Boulevard
 5               Suite 204
                 Fircrest, Washington 98466
 6               253.566.2510
                 joan@3brancheslaw.com
 7


 8    For the Department of Labor & Industries:

 9               James Mills
                 Office of the Attorney General
10               1250 Pacific Avenue
                 Suite 105
11               Tacoma, Washington 98401
                 253.597.3896
12               james.mills@atg.wa.gov


13
      For the State of Washington:
14
                 Marsh Chien
15               Office of the Attorney General
                 800 Fifth Avenue
16               Suite 2000
                 Seattle, Washington 98104
17               206.389.3886
                 marsha.chien@atg.wa.gov
18

19

20

21

22

23

24

25
```

EXAMINATION INDEX

| EXAMINATION BY: | PAGE NO. |
|---|---|
| Ms. Mell | 4 |

EXHIBIT INDEX

| EXHIBIT NO. | DESCRIPTION | PAGE NO. |
|---|---|---|
| Exhibit No. 340 | Letter to Joel Sacks from David Carlson dated 12/15/14 | 26 |
| Exhibit No. 341 | Complaints by Keyword - Detainee, Inmate, Prisoner | 33 |

1                   BE IT REMEMBERED that on Friday,
2    December 6, 2019, at 7273 Linderson Way Southwest,
3    Conference Room 117, Tumwater, Washington, at 12:09 p.m.,
4    before APRIL COOK, CCR, appeared JOSHUA GRICE, the
5    witness herein;
6                   WHEREUPON, the following proceedings
7    were had, to wit:
8
9                         <<<<<< >>>>>>
10
11   JOSHUA GRICE,      having been first duly sworn
12                      by the Certified Court Reporter,
13                      testified as follows:
14
15                         EXAMINATION
16   BY MS. MELL:
17   Q   State your name.
18   A   **Josh Grice.**
19   Q   What's your title?
20   A   **Employment standards program manager at the Department of**
21   **Labor and Industries.**
22   Q   Do you understand what your role is here?
23   A   **Yes.**
24   Q   What is it?
25   A   **I implement the labor protection laws that relate to**

```
 1  Q   (By Ms. Mell)  All right.  Has there ever been
 2      a determination by L&I that the detainees at the
 3      Northwest Detention Center are subject to K?
 4                  MR. MILLS:  Objection as to scope.
 5                  THE WITNESS:  I'm not aware of
 6      a determination with regard to detainees at the Northwest
 7      Detention Center, no.
 8  Q   (By Ms. Mell)  Okay.  It is correct that individuals held
 9      at the federal detention facility at SeaTac are not
10      subject to any kind of state oversight, right?
11                  MR. MILLS:  Objection as to form.
12      Lack of foundation.  Outside the scope.
13                  THE WITNESS:  Sorry, could you repeat
14      your question?
15  Q   (By Ms. Mell)  So -- so -- I'm trying to -- let me think.
16      How am I going to ask this?
17          Do you -- do you know whether or not the same
18      applicable Exemption K is the authority for not
19      investigating Wage Act claims by detainees held by the
20      federal government?
21                  MR. MILLS:  Objection as to form.
22      Speculation.  Legal conclusion.  Go ahead.
23                  THE WITNESS:  I'm not aware of
24      Department determinations on detainees held by the
25      federal government.
```

```
 1    locations where private contractors are using detainee
 2    labor to fulfill their state contracts?
 3                    MR. MILLS:  Objection as to form.
 4    Foundation.  Calls for speculation.
 5                    THE WITNESS:  The Department's
 6    enforcement is generally complaint based.  The Department
 7    would analyze the circumstances if a individual submitted
 8    a complaint from work related to work performed in one of
 9    those facilities.
10  Q (By Ms. Mell)  And is it still correct that the
11    Department has not received any complaints from any
12    detainees at the Northwest Detention Center?
13                    MR. MILLS:  Objection as to scope.
14                    THE WITNESS:  Yes, I'm not aware of
15    any complaints that the Department has received from
16    detainees at the Northwest Detention Center.
17  Q (By Ms. Mell)  And the Department's position with regard
18    to the application of the Minimum Wage Act to detainees
19    at the Northwest Detention Center has not changed from
20    the last time I deposed you?
21                    MR. MILLS:  Objection as to form.
22    Scope.
23                    THE WITNESS:  No.
24                    MS. MELL:  Okay.  I think we're there.
25    Thank you.
```

```
 1  STATE OF WASHINGTON )     I, April Cook, CCR #3245,
                        ) ss  a certified court reporter
 2  County of Pierce    )     in the State of Washington, do
                              hereby certify:
 3
 4
           That the foregoing deposition of JOSHUA GRICE was taken
 5  before me and completed on December 6, 2019, and thereafter
    was transcribed under my direction; that the deposition is a
 6  full, true and complete transcript of the testimony of said
    witness, including all questions, answers, objections,
 7  motions and exceptions;
 8         That the witness, before examination, was by me duly
    sworn to testify the truth, the whole truth, and nothing but
 9  the truth, and that the witness reserved the right of
    signature;
10
           That I am not a relative, employee, attorney or counsel
11  of any party to this action or relative or employee of any
    such attorney or counsel and that I am not financially
12  interested in the said action or the outcome thereof;
13         That I am herewith securely sealing the said deposition
    and promptly delivering the same to Joan Mell.
14
           IN WITNESS WHEREOF, I have hereunto set my signature on
15  the 12th day of December, 2019.
16
17
18
                                  _____
19
                                  April Cook, CCR
20                                Certified Court Reporter No. 3245
                                  (Certification expires 10/11/20.)
21
22
23
24
25
```