# EXHIBIT G

```
              UNITED STATES DISTRICT COURT

              WESTERN DISTRICT OF WASHINGTON
   _____

   STATE OF WASHINGTON,         )
                                )   No. 17-cv-05806-RJB
              Plaintiff,        )
                                )
         vs.                    )
                                )
   THE GEO GROUP, INC.,         )
                                )
              Defendant.        )
                                )
   _____

          30(b)(6) DEPOSITION UPON ORAL EXAMINATION OF
                        COLLEEN MELODY
                       August 10, 2018
                     Fircrest, Washington
   _____
```

     Taken Before:

     Laura A. Gjuka, CCR #2057
     Certified Shorthand Reporter

```
 1                     A P P E A R A N C E S

 2      For the Plaintiff:

 3           MARSHA CHIEN
             LA ROND BAKER
 4           Assistant Attorney General
             Office of the Attorney General
 5           800 Fifth Avenue, Suite 2000
             Seattle, WA 98104
 6           206-464-7744
             larondb@atg.wa.gov
 7           marshac@atg.wa.gov

 8
        For the Defendant:
 9
             JOAN K. MELL
10           III Branches Law, PLLC
             1019 Regents Boulevard
11           Suite 204
             Fircrest, WA 98466
12           253-566-2510
             joan@3brancheslaw.com
13
        Also Present:
14
             ANYA PERRET
15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        EXAMINATION INDEX
 2       EXAMINATION BY:                              PAGE NO.
 3       Ms. Mell                                         4
 4
 5                         EXHIBIT INDEX
 6       EXHIBIT NO.    DESCRIPTION                   PAGE NO.
 7       Exhibit No. 24  10 pages, Notice of Deposition   154
 8       Exhibit No. 25  2 pages, Various Emails, 2014    177
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1              BE IT REMEMBERED that on the 10th of August,
 2       2018, 9:06 a.m., at 1019 Regents Boulevard, Fircrest,
 3       Washington, before LAURA A. GJUKA, CCR# 2057, Washington
 4       State Certified Court Reporter residing at University
 5       Place, authorized to administer oaths and affirmations
 6       pursuant to RCW 5.28.010.
 7              WHEREUPON the following proceedings were had,
 8       to wit:
 9                         * * * * * *
10
11       COLLEEN MELODY, having been first duly sworn by
12                     the Court Reporter, was examined and
13                     testified as follows:
14
15                         EXAMINATION
16       BY MS. MELL:
17   Q   State your name for the record.
18   A   Colleen Melody.
19   Q   What's your address?
20   A   My business address is 800 Fifth Avenue, suite 2000,
21       Seattle, Washington 98104.
22   Q   Okay.  What's your personal address?
23                     MS. CHIEN:  Objection.  Is there a reason
24       you need her personal address?
25                     MS. MELL:  Not if you're going to accept
```

```
 1          service if I need to --
 2                    THE WITNESS:  Yes, we accept service
 3          through our --
 4                    MS. CHIEN:  Through the business address.
 5          BY MS. MELL:
 6      Q   When you say "we accept service," if you're not there
 7          and I need to subpoena you, the Attorney General's
 8          Office will accept service for you?
 9      A   Yeah.
10                    MS. CHIEN:  Yes.
11          BY MS. MELL:
12      Q   Okay.  And your phone number?
13      A   (206) 464-5342.
14      Q   And that's work?
15      A   That's my direct line at work.
16      Q   What is your position?
17      A   I'm a unit chief for the civil rights unit at the
18          Washington State Attorney General's Office.
19      Q   How many people are in the civil rights unit?
20      A   Thirteen.
21      Q   And who are those people comprised of?  I don't need to
22          know their names, I just need to know what they do.
23      A   They're attorneys and support staff that include
24          investigator, paralegal, legal assistant, staff members.
25      Q   Who is the investigator?
```

```
 1    A   Because it's owned and -- the building, the land,
 2        everything about it is owned by a private entity that
 3        has entered in a contract with ICE so that it can make
 4        money off the contract.
 5    Q   Who occupies it?
 6    A   Occupies it?  I think -- I think some ICE staff work
 7        there, GEO staff work there, detainee workers work
 8        there, and detainees sleep and live there while they are
 9        detained by the immigration statutes.
10    Q   Do you know what the relationship is between the
11        Department of Corrections and the detention center,
12        Northwest Detention Center?
13                  MS. CHIEN:  Objection, beyond the scope.
14                  THE WITNESS:  Did you say Department of
15        Corrections?
16        BY MS. MELL:
17    Q   Uh-huh.
18    A   No.
19    Q   Do you know that the state of Washington passed
20        legislation to use the Northwest Detention Center to
21        reduce its detention obligations?
22                  MS. CHIEN:  Objection, beyond the scope of
23        this deposition.
24                  THE WITNESS:  I don't know whether that's
25        true or not.
```

C E R T I F I C A T E

I, Laura Gjuka, a Certified Court Reporter in and for the State of Washington, residing at University Place, Washington, authorized to administer oaths and affirmations pursuant to RCW 5.28.010, do hereby certify;

That the foregoing Verbatim Report of Proceedings was taken stenographically before me and transcribed under my direction; that the transcript is a full, true and complete transcript of the proceedings, including all questions, objections, motions and exceptions;

That I am not a relative, employee, attorney or counsel of any party to this action or relative or employee of any such attorney or counsel, and that I am not financially interested in the said action or the outcome thereof;

That upon completion of signature, if required, the original transcript will be securely sealed and the same served upon the appropriate party.

IN WITNESS HEREOF, I have hereunto set my hand this 20th day of August, 2018.

_____
Laura Gjuka, CCR No. 2057