# EXHIBIT I

```
 1                UNITED STATES DISTRICT COURT
 2              WESTERN DISTRICT OF WASHINGTON
 3
 4   STATE OF WASHINGTON,          )
 5                                 )
 6             PLAINTIFF,          )
 7   vs.                           )CASE NO. 3:17-CV-
 8                                 )05806-RJB
 9   THE GEO GROUP, INC.,          )
10                                 )
11             DEFENDANTS.         )
12   _____)
13
14         DEPOSITION OF JAMES CHARLES HILL,
15      30(b)(6) WITNESS FOR THE GEO GROUP, INC.
16              WEDNESDAY, JULY 10, 2019
17
18
19
20
21   REPORTER:
22   JESSICA N. NAVARRO,
23   C.S.R. NO. 13512
24   JOB NO:  3441242
25   PAGES 1 - 256
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1   DEPOSITION OF JAMES CHARLES HILL, TAKEN ON BEHALF OF
 2   PLAINTIFF AT 10:00 A.M., ON WEDNESDAY, JULY 10, 2019, AT
 3   400 SOUTH HOPE STREET, 8TH FLOOR, LOS ANGELES,
 4   CALIFORNIA, BEFORE JESSICA N. NAVARRO, C.S.R. NO. 13512,
 5   PURSUANT TO NOTICE.
 6
 7   APPEARANCES OF COUNSEL
 8
 9   FOR PLAINTIFF:
10           OFFICE OF THE ATTORNEY GENERAL
             BY:   ANDREA BRENNEKE,
11           ASSISTANT ATTORNEY GENERAL
             BY:   LA ROND BAKER, ASSISTANT ATTORNEY GENERAL
12           800 FIFTH AVENUE, SUITE 2000
13           SEATTLE, WASHINGTON,  98104
14           206.464.7744
15           ANDREA.BRENNEKE@ATG.WA.GOV
16           LAROND.BAKER@ATG.WA.GOV
17
18   FOR DEFENDANTS:
19           HOLLAND & KNIGHT
             BY:   SHANNON ARMSTRONG, ATTORNEY AT LAW
20           BY:   J. MATTHEW DONOHUE, ATTORNEY AT LAW
             111 S.W. FIFTH AVENUE
21           2300 U.S. BANCORP TOWER
22           PORTLAND, OREGON  97204
23           503.517.2913
24           SHANNON.ARMSTRONG@HKLAW.COM
25           MATT.DONOHUE@HKLAW.COM
```



206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

JAMES CHARLES HILL; July 10, 2019                                           3

```
 1                       I N D E X

 2

 3   WITNESS              EXAMINATION        PAGE

 4   JAMES CHARLES HILLS  BY MS. BRENNEKE    5

 5

 6

 7                     E X H I B I T S

 8   NO.        PAGE     DESCRIPTION

 9   EX. 251    31       NOTICE OF CONTINUING

10                       DEPOSITION PURSUANT TO RULE

11                       30(b)(6) AND DEMAND FOR

12                       DESIGNATION OF REPRESENTATIVES
                         DEPONENT
13   EX. 252    68       CONSOLIDATED FINANCIAL STATEMENT FOR
                         2005 THROUGH 2018 FOR NORTHWEST
14                       DETENTION CENTER

15   EX. 253    80       CONSOLIDATED FINANCIAL STATEMENT FOR

16                       2005 THROUGH 2018 FOR NORTHWEST
                         DETENTION CENTER WITH HANDWRITTEN
17                       CALCULATIONS

18   EX. 254    138      2015 ICE FISCAL YEAR CONTRACT

19                       BILLING ACCUMULATION PER CLIN

20   EX. 255    169      NORTHWEST DETENTION CENTER TACOMA,
                         WASHINGTON REVISED PRICING
21   EX. 256    175      LETTER FROM AMBER MARTIN, VICE

22                       PRESIDENT OF CONTRACTS FOR GEO,
                         DATED NOVEMBER 19, 2009 TO BOBBY
23                       WRIGHT OF U.S. DEPARTMENT OF

24                       HOMELAND SECURITY

25   EX. 257    177      EMAIL CHAIN WITH ATTACHMENTS
```


206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1   EXHIBITS (CONTINUED):

 2   NO.         PAGE        DESCRIPTION

 3   EX. 258     188         EMAIL FROM ERIC SMITH TO GEORGE

 4                           WIGEN WITH ATTACHMENTS

 5   EX. 259     211         EMAIL CHAIN

 6   EX. 260     233         EMAIL FROM RYAN KIMBLE TO CHUCK HILL

 7

 8

 9

10           QUESTIONS INSTRUCTED NOT TO BE ANSWERED

11                            (NONE)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                  LOS ANGELES, CALIFORNIA
 2           WEDNESDAY, JULY 10, 2019, 10:00 A.M.
 3                          -0-
 4
 5                   JAMES CHARLES HILLS,
 6       having been duly administered an oath by the
 7       reporter, was examined and testified as follows:
 8
 9                        EXAMINATION
10   BY MS. BRENNEKE:
11       Q    Will you please state your name?
12       A    James Charles Hill.
13       Q    And what is your work address?
14       A    6100 Center Drive, Suite 825, Los Angeles,
15   California 90045.
16       Q    Will you please state your employer and
17   your title?
18       A    The GEO Group and I'm the Director of
19   Business Management of the Western Region.
20       Q    You've been designated by the GEO Group as
21   the 30(b)(6) or corporate representative for this
22   deposition today; is that true?
23       A    Yes.
24       Q    So I'm Andrea Brenneke and this is La Rond
25   Baker and we're here representing the State of
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1   outside the scope?
 2              THE WITNESS:  Where did we leave off?
 3   BY MS. BRENNEKE:
 4       Q   You left off at -- you said operations
 5   division, senior VP of operations.  We don't have a
 6   name?
 7       A   John Hurley, H-U-R-L-E-Y.  VP of
 8   Administration, Kyle Schiller, S-C-H-I-L-L-E-R.  And
 9   from the Finance Division, Chief Financial Officer,
10   Brian Evans, E-V-A-N-S.  And I believe that would
11   conclude the list.
12       Q   Okay.  And you were involved in the 2015
13   bid process with the Northwest Detention Center as
14   to the pricing --
15              MS. ARMSTRONG:  Object to the form.
16   BY MS. BRENNEKE:
17       Q   -- component?
18              MS. ARMSTRONG:  Outside the scope.
19              THE WITNESS:  Yes, I reviewed the pricing
20   component.
21   BY MS. BRENNEKE:
22       Q   Okay.  Did you have any involvement in any
23   of the other bids for Northwest Detention Center
24   services in prior contracts?
25              MS. ARMSTRONG:  Objection; outside the
```


206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1   goes back from 2005 to the present.  Are you aware
 2   of that?
 3        A    Yes.
 4        Q    Okay.  So I'm curious what you did to
 5   prepare for this deposition, because obviously your
 6   personal knowledge is a chunk of that.  So, what did
 7   you do to prepare?
 8        A    Specific to this deposition?
 9        Q    Yes.
10        A    I spoke to different members of our
11   corporate office.
12        Q    Okay.
13        A    To get specific details that I might have
14   been lacking.
15        Q    With whom did you speak?
16        A    I spoke to Executive Vice President, Matt
17   Denadel, Chief Financial Officer, Brian Evans, and
18   Director of Finance, John Tyrrell.
19        Q    Anyone else?
20        A    Specific to this deposition, no.
21        Q    Okay.  Did you review any documents in
22   preparation for your deposition today?
23        A    Yes.
24        Q    And what documents did you review?
25        A    Documents provided by counsel that had
```



```
 1   for the years 2005 through 2018.
 2        Q    For what?
 3             MS. ARMSTRONG:  Object to the form.
 4             THE WITNESS:  Northwest Detention Center.
 5   BY MS. BRENNEKE:
 6        Q    Okay.  And if I'm understanding this
 7   correctly, it's full years 2006 through 2018 and
 8   three months of 2005; is that correct?
 9        A    Yes, these are annual amounts from 2006 to
10   2018 and three months for 2005.
11        Q    Okay.  There's no reporting for 2019
12   because it's in progress; is that correct?
13        A    I believe that would be the reason.
14        Q    Did you generate this report?
15        A    I did not.
16        Q    Do you know who did?
17        A    I'd have to speculate from who the
18   corporate office generated this report.
19        Q    So based upon your understanding of the
20   corporate structure and who's responsible for such
21   things, who -- what's your understanding of who
22   generated this report?
23             MS. ARMSTRONG:  Object to the form.
24             THE WITNESS:  This most likely would have
25   been generated by CFO Brian Evans and most likely be
```


206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1   John Tyrrell, Director of Finance.
 2   BY MS. BRENNEKE:
 3        Q    Is this something that you asked John
 4   Tyrrell to generate for you as part of the
 5   preparation for your deposition today?
 6        A    I did not ask John Tyrrell for this.
 7        Q    Did you understand that he would be
 8   generating this for you?
 9        A    No.
10        Q    Have you seen this document before today?
11        A    No.
12        Q    Okay.  So is this as much a surprise to
13   you as it is to me?
14             MS. ARMSTRONG:  Object to the form.
15             THE WITNESS:  I -- having reviewed this, I
16   would have expected it to be generated.
17   BY MS. BRENNEKE:
18        Q    Okay.  Great.  So it's part of your --
19   part of your capacity to testify to the finances
20   over a long period of time; is that right?
21             MS. ARMSTRONG:  Object to the form;
22   outside the scope.
23             THE WITNESS:  Yes.
24   BY MS. BRENNEKE:
25        Q    Okay.  So, will you describe whether the
```


206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1   STATE OF CALIFORNIA    )
 2   COUNTY OF LOS ANGELES  )  ss.
 3
 4           I, JESSICA N. NAVARRO, C.S.R. NO. 13512, in
 5   and for the State of California, do hereby certify:
 6           That prior to being examined, the witness
 7   named in the foregoing deposition was by me duly sworn
 8   to testify to the truth, the whole truth, and nothing
 9   but the truth;
10           That said deposition was taken down by me in
11   the shorthand at the time and place therein named and
12   thereafter reduced to typewriting under my direction,
13   and the same is a true, correct, and complete transcript
14   of said proceedings;
15           That if the foregoing pertains to the original
16   transcript of a deposition in a Federal Case, before
17   completion of the proceedings, review of the transcript
18   [ ] was [ ] was not required.
19           I further certify I am not interested in the
20   event of the action.
21           Witness my hand this 16th day of July, 2019.
22
23
24      <%18541,Signature%>
25      JESSICA N. NAVARRO, C.S.R. NO. 13512
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com