1
2
3
4
5
6
7
8

The Honorable Robert J. Bryan

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

9   STATE OF WASHINGTON,                    CIVIL ACTION NO. 3:17-cv-05806-RJB

10                  Plaintiff,

11          v.                              STIPULATED MOTION TO SEAL
                                            DOCUMENTS AND ORDER
12   THE GEO GROUP, INC.,

13                  Defendant.

14              **I.    INTRODUCTION**

15          The Parties, by and through their respective counsel, and in compliance with Local Civil

16   Rule (LCR) 5(g) and 10(g), submit this stipulated joint motion to permit Washington to file,

17   under seal, the unredacted Second Supplemental Expert Report of Peter Nickerson, Ph.D.,

18   excluding appendices (Trial Ex. 562) (the "Report"). Dr. Nickerson's report discusses and

19   reflects information that Defendant The GEO Group, Inc. (GEO) has designated "Confidential"

20   under the terms of the Stipulated Protective Order, ECF No. 70. Dr. Nickerson's report is Exhibit

21   B to the Declaration of Lane Polozola in Support of Washington's Response to GEO's Motions

22   in Limine.

23          The Stipulated Protective Order entered in this matter, ECF No. 70, requires Washington

24   to file under seal material GEO designates "Confidential" if the confidentiality designation is

25   not withdrawn. To that end, Washington advised GEO that it intended to file Dr. Nickerson's

26   report with Washington's Response to GEO's Motions in Limine, and requested that GEO agree

STIPULATED MOTION TO SEAL                    1

1   that the Report could be filed publicly. GEO maintains that the underlying information should

2   retain its "Confidential" designation and therefore, that Dr. Nickerson's report should be filed

3   under seal. As a result, Washington files this joint motion to ensure compliance with the

4   Stipulated Protective Order and LCR 5(g).

5       The Court should authorize the filing of Dr. Nickerson's unredacted report under seal for

6   purposes of considering Washington's Response to GEO's Motions in Limine. Filing that report

7   under seal complies with Washington's obligations under the Stipulated Protective Order,

8   protects against disclosure of GEO's asserted confidential information, and supports the Court's

9   ability to make informed decisions about the parties' arguments.

10                          **II.    AUTHORITY**

11      This motion is brought in accordance with Federal Rule of Civil Procedure 26(c), LCR

12  26(c), LCR 5(g), LCR 10(g), and the terms of the Stipulated Protective Order, ECF No. 70.

13      Rule 26(c) provides for the entry of "any order which justice requires to protect a party

14  or person from annoyance, embarrassment, oppression or undue burden or expense."  Pursuant

15  to LCR 26(c), the Stipulated Protective Order protects specific categories of confidential,

16  proprietary, or private information, but "does not presumptively entitle the parties to file

17  confidential information under seal." LCR 26(c)(2); ECF 70 at 2, ¶ 1.

18      <u>GEO'S STATEMENT RE LCR 5(g)(3)(B)</u>

19      GEO has designated the Nickerson Report as "Confidential" consistent with the text of

20  the Protective Order because it has a good faith belief that public disclosure of the Report (and

21  the documents cited therein) will cause financial, competitive, or other serious harm to GEO or

22  individuals employed by, or in the custody of, GEO. The Report (and its incorporated

23  attachments) contain confidential business information including GEO's financial summaries,

24  information about individual detainees, information about GEO's pricing models, and

25  information about GEO's sensitive staffing plans. If such information were disclosed to the

26  public, GEO will suffer serious business harm because its competitors could use the pricing,

1  staffing, or other sensitive business information to unfairly compete against GEO and siphon
2  away its business. *See, e.g., Seiter v. Yokohama Tire Corp.*, No. C08-5578 FDB, 2009 WL
3  2461000, at \*2 (W.D. Wash. Aug. 10, 2009) (holding the defendant established good cause for
4  protective order due to potential competitive harm from disclosure of pricing policies and other
5  confidential business practices). In addition, GEO would suffer financial and potentially legal
6  consequences if it disclosed personal information about the detainees in violation of The Privacy
7  Act of 1974, 5 U.S.C. § 552a. Further, ICE has designated some information that GEO produced
8  as "Confidential" and GEO lacks the ability to withdraw those designations.

9                    **III.    CERTIFICATION OF COUNSEL**

10        The parties certify, pursuant to LCR 5(g)(3)(A), that counsel for Washington, Lane
11  Polozola, and counsel for GEO, Colin Barnacle and Adrienne Scheffey, conferred on March 20
12  and 23, 2020, regarding the need to file Dr. Nickerson's unredacted report under seal based on
13  its inclusion of information GEO has designated as "Confidential." GEO confirmed that the
14  underlying information should retain its "Confidential" designation and that Dr. Nickerson's
15  report should be filed under seal. The parties have jointly participated in the preparation and
16  submission of this motion.

17                        **IV.    CONCLUSION**

18        The parties, by and through their counsel, agree to and request that the Court enter the
19  Order below.

20

21  //

22

23  //

24

25  //

26

STIPULATED MOTION TO SEAL                    3               ATTORNEY GENERAL OF WASHINGTON
                                                                        Civil Rights Division
                                                                     800 Fifth Avenue, Suite 2000
                                                                      Seattle, WA  98104-3188
                                                                          (206) 464-7744

1         Dated this 23rd day of March 2020.

2   Jointly submitted,

3

4    ROBERT FERGUSON                       AKERMAN LLP

    Attorney General of Washington

5    s/ *Lane Polozola*                   *s/ Adrienne Scheffey*

6    MARSHA CHIEN, WSBA No. 47020     Colin L. Barnacle (Admitted *pro hac vice*)

    ANDREA BRENNEKE, WSBA No. 22027   Ashley E. Calhoun (Admitted *pro hac vice*)

7    LANE POLOZOLA, WSBA No. 50138     Adrienne Scheffey (Admitted *pro hac vice*)

    PATRICIO A. MARQUEZ, WSBA No.      1900 Sixteenth Street, Suite 1700

8    47693                                   Denver, Colorado 80202

    Assistant Attorneys General            Telephone: (303) 260-7712

9    Office of the Attorney General         Facsimile: (303) 260-7714

    800 Fifth Avenue, Suite 2000         Email: colin.barnacle@akerman.com

10   Seattle, WA 98104                  Email: ashley.calhoun@akerman.com

    (206) 464-7744                      Email: adrienne.scheffey@akerman.com

11   marsha.chien@atg.wa.gov

    andrea.brenneke@atg.wa.gov         III BRANCHES LAW, PLLC

12   lane.polozola@atg.wa.gov

    patricio.marquez@atg.wa.gov        Joan K. Mell, WSBA #21319

13                                     1019 Regents Boulevard, Suite 204

14   *Attorneys for Plaintiff State of Washington*   Fircrest, Washington 98466

                                    Telephone: (253) 566-2510

15                                    Facsimile: (281) 664-4643

16                                    Email: joan@3brancheslaw.com

17                                    *Attorneys for Defendant The GEO Group,*

18                                    *Inc.*

19

20

21

22

23

24

25

26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**ORDER**

The Court, having considered the representations and stipulations of counsel set forth above, and finding good cause, hereby GRANTS the Joint Motion to Seal and authorizes the filing of Exhibit B to the Declaration of Lane Polozola In Support of Washington's Response to GEO's Motions in Limine to be filed under seal.

**IT IS SO ORDERED**

Dated this 24th day of March, 2020.

ROBERT J. BRYAN
United States District Judge

STIPULATED MOTION TO SEAL

5

PAGE LEFT INTENTIONALLY BLANK

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATED MOTION TO SEAL

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744