UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>    Defendant. | Case No, 3:17-cv-05806-RJB<br><br><br>ORDER RE: BRIEFING |
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>    Plaintiffs/Counter-Defendants,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>    Defendant/Counter-Claimant. | Case No, 3:17-cv-05769-RJB |

The court respectfully declines the parties' invitation to provide guidance regarding briefing, except for the following: Briefs should cover all phases of the cases, should be as brief as possible, should follow court rules, and should be interesting reading.

IT IS SO ORDERED.

ORDER RE: BRIEFING - 1

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 27th day of March, 2020.

*Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER RE: BRIEFING - 2