**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
UNITED STATES COURTHOUSE AT UNION STATION
1717 Pacific Avenue, Room 4427
Tacoma, Washington 98402-3224

**ROBERT J. BRYAN**  
United States District Judge

Telephone:
(253) 882-3870

May 8, 2020

TO:   All Counsel in:   C17-5806RJB, State of Washington v The GEO Group, Inc.
                        C17-5769RJB, Nwauzor et al v The GEO Group, Inc.

FROM:  Judge Robert J. Bryan

Dear Counsel:

Plaintiffs in both cases have filed extensive depositions, with objections marked appropriately, electronically in CM/ECF. At the Pretrial Conference, I requested the page numbers of the objections so I would not have to flip through each deposition, searching for objections. (The depositions filed now total 2,212 pages). I have not received any such page listings.

Also, after reviewing some of the depositions filed, it is clear that I will need hard copies to accurately and efficiently rule on the objections.

So, if you want rulings on the deposition objections before trial, please get marked up hard copies and page number lists to me as soon as you can – say by May 15, 2020? Please coordinate delivery with my Courtroom Deputy, Tyler Campbell, via email at tyler_campbell@wawd.uscourts.gov.

If you do not intend to use some of the depositions as part of your cases-in-chief, and do not need advance rulings, you can omit those depositions.

Sincerely,

*[signature]*

ROBERT J. BRYAN
United States District Judge

RJB/jvl