UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | C17-5806RJB |
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>Defendant | C17-5769RJB<br><br>COURT'S RULINGS ON DEPOSITION OBJECTIONS |

This comes before the Court on submission of deposition designations by Plaintiffs in both cases. Objections to portions, and grounds for objections, were clearly marked on the documents. The Court has reviewed and considered each objection and has ruled on each objection. The Court's rulings are marked on the attached sheets, as follows:

COURT'S RULINGS ON DEPOSITION OBJECTIONS - 1

For Plaintiff State of Washington's submissions, the rulings are marked on the ruling sheets submitted by counsel, with an "O" indicating overruled and an "S" indicating sustained. The sheets are attached for the following depositions:

> Alisha Singleton
> Bruce Scott
> James Charles Hill
> Iolani Menza
> William McHatton
> Ryan Kimble (30 (b)(6))
> Bertha Henderson
> Leonardo Jaramillo

For Plaintiffs Nwauzor et al's submissions, the Court's rulings are marked on the ruling sheets (table) submitted by counsel, with a check mark in the appropriate column indicating "sustained" or "overruled."  The sheets are attached for the following depositions:

> Erwin Delacruz
> Michael Heye
> Marc A. Johnson
> Bruce Scott, Jr. (30 (b)(6))
> Bruce Scott (individually)
> David Tracy

IT IS SO ORDERED.

The Clerk is directed to send copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 20th day of May, 2020.

*[signature]*

ROBERT J. BRYAN
United States District Judge

COURT'S RULINGS ON DEPOSITION OBJECTIONS - 2