# DEPOSITION OF: ALISHA SINGLETON

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| Page 13 | | O |
| Page 14 | | O |
| Page 15:4-13, 25 | | O |
| | Page 15:14-15 | S (No Answer) |
| Page 16 | | O |
| Page 23:23-25 | | O |
| Page 24 | | O |
| Page 25 | | O |
| Page 27 | | O |
| Page 28 | | O |
| Page 29 | | O |
| | Page 29:17-20 | O |
| Page 30 | | O |
| Page 31 | | O |
| Page 32 | | O |
| Page 33 | | O |
| Page 34 | | O |
| Page 35 | | O |
| Page 36 | | O |
| Page 37 | | O |
| Page 38 | | O |
| Page 39 | | O |
| Page 42 | | O |
| Page 43 | | O |
| Page 44 | | O |
| Page 45 | | O |
| Page 46 | | O |
| Page 47 | | O |
| Page 48 | | O |
| Page 50 | | O |
| Page 51 | | O |
| Page 52 | | O |
| Page 54 | | O |
| Page 56 | | O |
| Page 59 | | O |
| Page 60 | | O |
| Page 61 | | O |
| Page 62 | | O |
| Page 63 | | O |
| Page 64 | | O |

Singleton P. 2

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| Page 65 | | ◯ |
| Page 66 | | ◯ |
| Page 67 | | ◯ |
| Page 69 | | ◯ |
| Page 70 | | ◯ |
| | Page 70:6-8 | ◯ |
| Page 71 | | ◯ |
| Page 72 | | ◯ |
| Page 73 | | ◯ |
| Page 74 | | ◯ |
| Page 75 | | ◯ |
| Page 77 | | ◯ |
| Page 78 | | ◯ |
| Page 79 | | ◯ |
| Page 80 | | ◯ |
| Page 81 | | ◯ |
| Page 82 | | ◯ |
| Page 83 | | ◯ |
| Page 84 | | ◯ |
| Page 85 | | ◯ |
| | Page 85:10-15 | S - No Q |
| Page 86 | | ◯ |
| Page 87 | | ◯ |
| Page 88 | | ◯ |
| Page 89 | | ◯ |
| Page 90 | | ◯ |
| Page 91 | | ◯ |
| Page 92 | | ◯ |
| | Page 92:18-25 | ◯ |
| Page 93 | | ◯ |
| Page 94 | | ◯ |
| Page 95 | | ◯ |
| Page 96 | | ◯ |
| Page 97 | | ◯ |
| Page 98 | | ◯ |
| Page 100 | | ◯ |
| Page 101 | | ◯ |
| Page 102 | | ◯ |
| Page 104 | | ◯ |
| | Page 104:5-8 | except S - No Q |
| Page 105 | | ◯ |
| Page 109 | | ◯ |

Singleton P.3

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| Page 110 | | |
| Page 111 | | |
| Page 112 | | |
| Page 117 | | |
| Page 119 | | |
| Page 120 | | |
| Page 121 | | |
| Page 122 | | |
| Page 123 | | |
| Page 124 | | |
| Page 125 | | |
| Page 127 | | |
| Page 128 | | |
| Page 129 | | |
| Page 130 | | |
| Page 131 | | |
| Page 132 | | |
| Page 133 | | |
| Page 134 | | |
| Page 135 | | |
| Page 136 | | |
| Page 137 | | |
| Page 138 | | |
| Page 139 | | |
| Page 140 | | |
| Page 141 | | |
| Page 142 | | |
| Page 143 | | |
| Page 144 | | |
| Page 145 | | |
| Page 151 | | |
| Page 154 | | |
| Page 158 | | |
| Page 161 | | |
| Page 162 | | |
| Page 163 | | |
| Page 166 | | |
| Page 167 | | |
| Page 168 | | |
| Page 170 | | |
| Page 171 | | |
| Page 172 | | |

Singleton  P.4

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| Page 173 | | ○ |
| Page 174 | | ○ |
| Page 175 | | ○ |
| Page 176 | | ○ |
| Page 177 | | ○ |
| Page 180 | | ○ |
| Page 181 | | ○ |
| Page 182 | | ○ |
| Page 183 | | ○ |
| Page 186 | | ○ |
| | Page 195:20-25 | ○ |
| Page 196 | | ○ |
| Page 197 | | ○ |
| Page 198 | | ○ |
| Page 199 | | ○ |
| | Page 200:16-21 | ○ except 5 & 21 |
| Page 201 | | ○ |
| | Page 201:9-13 | ○ |
| Page 202 | | ○ |
| Page 203 | | ○ |
| Page 204 | | ○ |
| | Page 206:22-25 | ○ |
| | Page 207:1-8 | ○ |
| Page 209 | | ○ |
| Page 211 | | ○ |
| Page 212 | | ○ |
| Page 217 | | ○ |
| Page 218 | | ○ |
| Page 219 | | ○ |
| Page 220 | | ○ |
| Page 221 | | ○ |
| | | ○ |
| Page 223 | | ○ |
| Page 224 | | ○ |
| Page 225 | | ○ |
| Page 226 | | ○ |
| Page 227 | | ○ |
| Page 228 | | ○ |
| Page 229 | | ○ |
| Page 230 | | ○ |
| Page 231 | | ○ |
| Page 233 | | ○ |

Singleton P.5

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| Page 235 | | ⟠ |
| Page 241 | | ○ |
| Page 242 | | ⟠ |
| Page 243 | | ⟠ |
| Page 244 | | ⟠ |
| Page 245 | | ⟠ |
| Page 246 | | ○ |
| Page 259 | | ○ |

## DEPOSITION OF: BRUCE SCOTT

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| Page 22 | | |
| Page 23:1-5 | | |
| Page 23:20-25 | | |
| Page 24:1-3 | | |
| Page 24:19-25 | | |
| Page 25:1-5 | | |
| Page 25:19-25 | | |
| Page 26 | | |
| Page 27 | | |
| Page 28:2-12 | | |
| Page 28:15-19 | | |
| Page 30 | | |
| Page 31:1-11 | | |
| Page 31:23-25 | | |
| Page 32 | | |
| Page 34 | | |
| Page 35 | | |
| Page 36:2-13 | | |
| Page 36:22-25 | | |
| Page 37:1-16 | | |
| Page 37:17-25 | | |
| Page 38 | | |
| Page 39:1-4 | | |
| Page 39:18-25 | | |
| Page 40:1-18 | | |
| Page 40:19-24 | | |
| Page 41 | | |
| Page 47 | | |
| Page 48 | | |
| Page 49:2-16 | | |
| Page 49:20-25 | | |
| Page 50 | | |
| Page 52:16-24 | | |
| Page 53 | | |
| Page 54 | | |
| Page 55 | | |
| Page 56 | | |
| Page 57 | | |
| Page 58 | | |
| Page 59:1-3 | | |

Scott P. 2

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| Page 59:11-23 | | O |
| Page 60 | | O |
| | Page 61:4-9 | S (No Q) |
| | Pages 64:22-65:2 | O |
| | | O |
| Page 65 | | O |
| Page 66 | | O |
| Page 67 | | O |
| Page 68 | | O |
| Page 69 | | O |
| Page 70:1-10 | | O |
| | Page 70:11-13 | O |
| Page 71 | | O |
| Page 72 | | O |
| Page 73 | | O |
| Page 74 | | O |
| Page 78 | | O |
| Page 80 | | O |
| Page 81 | | O |
| | Page 82:2-7 | O |
| | Page 82:15-25 | O |
| | Page 83:15-23 | O |
| | Page 84:3-11 | O |
| Page 84 | | O |
| Page 85 | | O |
| | Page 86:6-11 | S |
| Page 87 | | O |
| Page 93 | | O |
| Page 94 | | O |
| Page 95 | | O |
| Page 96:1-17 | | O |
| Page 96:18-22 | | O |
| Page 97 | | O |
| Page 98 | | O |
| Page 99 | | O |
| Page 100:1-6 | | O |
| Page 100:18-25 | | O |
| Page 101 | | O |
| | Pages 104:23-25, 105:1 | S (No Q) |
| Page 105:4-15 | | O |
| Page 106 | | O |
| Page 107:1-13 | | O |

Scott P.3

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| Page  107:19-25 | | ⟨⟩ |
| Page  108 | | ⟨⟩ |
| Page  109 | | ⟨⟩ |
| Page  110 | | ⟨⟩ |
| Page  111 | | ⟨⟩ |
| Page  112 | | ⟨⟩ |
| Page  113 | | ⟨⟩ |
| Page  114 | | ⟨⟩ |
| Page  117 | | ⟨⟩ |
| Page  118 | | ⟨⟩ |
| Page  120 | | ⟨⟩ |
| Page  121 | | ⟨⟩ |
| Page  123 | | ⟨⟩ |
| Page  127 | | ⟨⟩ |
| Page  128 | | ⟨⟩ |
| Page  130 | | ⟨⟩ |
| | Page  130:18-19 | ⟨⟩ |
| Page  136 | | ⟨⟩ |
| | Pages 137:20-138:11 | ⟨⟩ |
| Page  140 | | ⟨⟩ |
| Page  141 | | ⟨⟩ |
| Page  143 | | ⟨⟩ |
| Page  146 | | ⟨⟩ |
| Page  147:7-13 | | ⟨⟩ |
| | Page  147:14-23 | ⟨⟩ |
| Page  148 | | ⟨⟩ |
| Page  149:1-7 | | O1-4; 5 ⌀ 5-7 |
| Page  149:16-25 | | ⟨⟩ |
| | Pages 151:22-152:5 | ⟨⟩ |
| Page  152:6-9 | | ⟨⟩ |
| Page  153 | | ⟨⟩ |
| Page  154 | | ⟨⟩ |
| Page  156 | | ⟨⟩ |
| Page  157 | | ⟨⟩ |
| Page  158 | | ⟨⟩ |
| Page  159 | | ⟨⟩ |
| Page  164:9-13 | | ⟨⟩ |
| Page  164:24-25 | | ⟨⟩ |
| Page  165:9-12 | | ⟨⟩ |
| Page  165:18-22 | | ⟨⟩ |
| Page  166 | | ⟨⟩ |
| Page  167 | | ⟨⟩ |

Scott P. 4

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| Page  168 | | 0 |
| | Pages 168:25-169:13 | 0 |
| Page  170 | | 0 |
| | Pages 171:25-172:4 | 5 - No Q |
| Page  172 | | 0 |
| | Page  173:3-14 | 0 |
| | Page  173:22-174:9 | 0 |
| Page  174 | | 0 |
| Page  175 | | 0 |
| Page  176 | | 0 |

## DEPOSITION OF: JAMES CHARLES HILL

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| Page  19 | | |
| Pages 22-23 | | |
| Page  26 | | |
| Pages 40-41 | | |
| Page  42 | | |
| Pages 46 | | |
| Pages 50-51 | | |
| Pages 54 | | |
| Pages 58 | | |
| Pages 62 | | |
| Page  66 | | |
| Page  70 | | |
| Page  74 | | |
| Page  78 | | |
| Pages 82 | | |
| Page  86 | | |
| Pages 90-91 | | |
| Page  94 | | |
| Pages 98 | | |
| Page  102 | | |
| Page  106 | | |
| Page  110 | | |
| Page  114 | | |
| Page  118 | | |
| Page  122 | | |
| Page  126 | | |
| Page  130 | | |
| Page  138 | | |
| Page  145 | | |
| Page  148 | | |
| Page  150 | | |
| Pages 152 | | |
| Page  155 | | |
| Page  158 | | |
| Page  162 | | |
| Page  166 | | |
| Page  170 | | |
| Page  178 | | |
| Page  184 | | |
| Page  186 | | |
| Page  190 | | |
| Page  198 | | |
| Page  202 | | |
| Page  208 | | |
| Pages 219 | | |

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| Pages 222-223 | | |
| Pages 227-228 | | |
| Pages 231-232 | | |
| Page  237 | | |
| Page  238 | | |
| Page  244 | | |
| Page  246 | | |
| Page  252 | | |

## DEPOSITION OF: IOLANI MENZA

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| Page 21 | | |
| Page 23 | | |
| Page 25 | | |
| Page 28 | | |
| Page 29 | | |
| Page 30 | | |
| Page 31 | | |
| Page 32 | | |
| Page 33 | | |
| Page 34 | | |
| Page 35 | | |
| Page 36 | | |
| Page 38 | | |
| Page 39 | | |
| Page 40 | | |
| Page 42 | | |
| Page 43 | | |
| Page 44 | | |
| Page 45 | | |
| Page 46 | | |
| | Page 46:1-2 | |
| Page 47 | | |
| Page 48 | | |
| Page 49 | | |
| Page 50 | | |
| Page 51 | | |
| Page 52 | | |
| Page 53 | | |
| Page 54 | | |
| Page 55 | | |
| Page 56 | | |
| Page 57 | | |
| Page 58 | | |
| Page 59 | | |
| Page 60 | | |
| | Pages 62:6-63:3 | |
| Page 63 | | |
| | Page 65:2-7 | S— No Q; No answer |
| Page 67 | | |

*Menya P. 2*

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| Page 68 | | ○ |
| Page 69 | | ○ |
| | Page 69 | ○ |
| Page 71 | | ○ |
| Page 72 | | ○ |
| Page 73 | | ○ |
| Page 74 | | ○ |
| | Page 74:16-33 | ○ |
| Page 76 | | ○ |
| Page 77 | | ○ |
| | Page 77:17-19 | ○ |
| | Page 78:9-14 | SL 9+10; OL11-14 |
| Page 78 | | )) |
| | Page 80:5-8 | ○ |
| Page 80 | | ○ |
| Page 81 | | ○ |
| | Page 84:1-8 | ○ |
| Page 84 | | ○ |
| Page 85 | | ○ |
| Page 86 | | ○ |
| Page 87 | | ○ |
| Page 88 | | ○ |
| Page 89 | | ○ |
| Page 90 | | ○ |
| Page 92 | | ○ |
| Page 93 | | ○ |
| Page 94 | | ○ |
| Page 99 | | ○ |
| Page 101 | | ○ |
| Page 109 | | ○ |
| Page 110 | | ○ |
| Page 111 | | ○ |
| Page 112 | | ○ |
| Page 113 | | ○ |
| Page 115 | | ○ |
| Page 116 | | ○ |
| Page 117 | | ○ |
| Page 118 | | ○ |
| Page 119 | | ○ |
| Page 120 | | ○ |
| Page 121 | | ○ |
| Page 122 | | ○ |

Menga P. 3

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| Page  123 | | ○ |
| Page  125 | | ○ |
| Page  126 | | ○ |
| Page  127 | | ○ |
| Page  128 | | ○ |
| Page  129 | | △ |
| Page  130 | | ○ |
| Page  131 | | ○ except ¶19 is stricken |
| Page  132 | | ○ |
| Page  133 | | ○ |
| Page  134 | | ○ |
| Page  135 | | ○ |
| Page  136 | | ○ |
| Page  137 | | ○ |
| Page  138 | | ○ |
| Page  139 | | ○ |
| Page  140 | | ○ |

## DEPOSITION OF: WILLIAM MCHATTON

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| Page  12:1-13 | | |
| Pages 16:7-14; 22-25 and 17:1 | | |
| Page  20:1-12 | | |
| Page  21:13-17 | | |
| Page  22:3-11 | | |
| Page  23:18-21 | | |
| Page  25:5-19 | | |
| Page  26:12-25 | | |
| Page  27:1-23 | | |
| | Pages 27:24-28:14 | |
| Page  30:4-12 | | |
| Page  31:5-17 | | |
| Page  32:21-25 | | |
| Page  33:1-9, 15-22 | | |
| Page  34:11-22 | | |
| Page  35:1-4, 7-12 | | |
| Page  36:1-7 | | |
| Page  37:4-10, 14-18 | | |
| Page  41:12-25 | | |
| Page  42:1-9 | | |
| Page  43:9-24 | | |
| Page  44: 6 | | |
| Page  44: 19-25 | | |
| Page  45 | | |
| Page  46 | | |
| Page  47: 21-25 | | |
| Page  48 | | |
| | Pages 49:6 – 50:25 | |
| Page  51:13-20 | | |
| Page  52 | | |
| Page  53 | | |
| Page  54 | | |
| Page  55 | | |
| Page  56 | | |
| Pages 57:24-25, 58:1-3 | | |
| Page  59:7-10 | | |
| Pages 60, 61:1-3 | | |
| Page  62:12-25 | | |
| Page  63 | | |

McHatton P. 2

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| Page 64:18-22 | | ○ |
| Page 66:8-23 | | ○ |
| Page 68 | | ○ |
| Page 69 | | ○ |
| Page 70 | | ○ |
| Page 71 | | ○ |
| Page 72:7-8 | | ○ |
| Page 73 | | ○ |
| Page 74 | | ○ |
| Page 75 | | ○ |
| Page 76:1-9 | | ○ |
| Page 77 | | ○ |
| Page 78 | | ○ |
| Page 79 | | ○ |
| Page 80 | | ○ |
| Page 81 | | ○ |
| | Page 82:5-13 | S |
| Page 83 | | ○ |
| | Page 84:6-15 | S (NO Q) |
| Page 84 | | O except l 6-15 |
| | Page 86:5-6 | S (NO Q) |
| Page 86 | | S l 7-11, O to balance |
| Page 87 | | ○ |
| Page 88 | | ○ |
| Page 96 | | ○ |
| Page 97 | | ○ |
| Page 98 | | ○ |
| Page 103 | | ○ |
| Page 104 | | ○ |
| Page 106 | | ○ |
| Page 108 | | ○ |
| Page 111 | | ○ |
| Page 112 | | ○ |
| Page 113 | | ○ |
| Page 114 | | ○ |
| Page 115 | | ○ |
| Page 117 | | ○ |
| Page 118 | | ○ |
| Page 119 | | O except l 21-24 |
| | Page 119:21-24 | S |
| Page 120 | | ○ |
| Page 121 | | ○ |

McHatton P.3

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| Page  122 | | ○ |
| Page  123 | | ○ |
| Page  124 | | ○ |
| Page  125 | | ○ |
| Page  126 | | ○ |
| Page  127 | | ○ |
| Page  131 | | ○ |
| Page  132 | | ○ |
| Page  133 | | ○ |
| Page  139 | | ○ |
| Page  141 | | ○ |
| Page  142 | | ○ |
| Page  143:20-25 | | ○ |
| Page  144 | | ○ |
| Page  145 | | ○ |
| Page  146 | | ○ |
| Page  149 | | ○ |
| Page  150 | | ○ |
| Page  151 | | ○ |
| Page  152 | | ○ |
| Page  153 | | ○ |
| Page  154 | | ○ |
| Page  155 | | ○ |
| Page  156 | | ○ |
| Page  157 | | ○ |
| Page  158 | | ○ |
| Page  163 | | ○ |
| Page  164 | | ○ |
| Page  165 | | ○ |
| Page  168 | | ○ |
| Page  171 | | ○ |
| Page  172 | | ○ |
| Page  173 | | ○ |
| Page  174 | | ○ |

## DEPOSITION OF RYAN KIMBLE

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| | Pages 10:25-11:15 | |
| Pages 17, 20 | | |
| | Pages 19:2-6 and 21:6-9 | |
| Pages 22-25 | | |
| | Page 25:6-10 | |
| | Pages 27:4-14 | |
| | Pages 29:17-23 | |
| Page 30 | | |
| | Page 33:7-9 | |
| | Page 34:3-9 | |
| Pages 38-41 | | |
| Pages 42-45 | | |
| | Page 43:5–44:8 | |
| Pages 46-49 | | |
| Page 52 | | |
| | Page 52:7-10 | |
| Page 66 | | |
| | Pages 66:11-16 and 66:25-67:1 | |
| | Pages 70:9-15 and 71:2-10 | |
| Page 73 | | |
| Page 74 | | |
| Pages 78-81 | | |
| Pages 90-91 | | |
| Pages 106-109 | | |
| Pages 110-113 | | |
| | Page 111:8-15 | |
| | Pages 118:1-119:19 | |
| Page 120 | | |
| Pages 122-125 | | |
| Pages 126-129 | | |
| | Page 127:3-9 | |
| | Page 130:13-22 | |
| | Page 137:2-19 | |
| Page 138 | | |

## DEPOSITION OF RYAN KIMBLE AS RULE 30(b)(6) DESIGNEE OF THE GEO GROUP, INC.

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
|  | Pages 20:19-21:2 | ◯ |
|  | Page 22:5-13 | 5 |
| Page 24:5-8, 17-25 |  | ◯      ◯ |
| Page 27 |  | ◯ |
|  | Page 28:19-24 | ◯ |
| Page 30 |  | ◯ |
| Page 31 |  | ◯ |
|  | Page 31:15-18 | ◯ |
|  | Page 32:17-24 | ◯ |
|  | Page 33:20-23 | ◯ |
|  | Page 34:4-8 | ◯ |
| Page 34:15-25 |  | ◯ |
| Page 35 |  | 24-6:0; 16-20:5 |
| Page 36 |  | ◯ |
|  | Page 36:11-19, 23-25 | ◯   ◯ |
|  | Page 37:1-9 | ◯ |
| Page 38 |  | ◯ |
| Page 39 |  | ◯ |
| Page 40 |  | ◯ |
|  | Page 40:6-8 | 5 |
| Page 41 |  | ◯ |
| Page 42 |  | ◯ |
|  | Page 42:6-13 | ◯ |
| Page 43 |  | ◯ |
| Page 44 |  | ◯ |
| Page 45 |  | ◯ |
| Page 46 |  | ◯ |
| Page 47 |  | ◯ |
| Page 48 |  | ◯ |
| Page 49 |  | ◯ |
| Page 50 |  | ◯ |
| Page 51 |  | ◯ |
| Page 53 |  | ◯ |
| Page 54 |  | ◯ |
| Page 55 |  | ◯ |
| Page 56 |  | ◯ |
|  | Page 56:3-6 | ◯ |
| Page 57 |  | ◯ |

Kimble (30(3)(6)) p. 2

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| Page 58 | | ○ |
| Page 59 | | ○ |
| Page 60 | | ○ |
| | Page 61:6-13 | ○ |
| Page 61 | | ○ |
| Page 62 | | |
| | Page 62:7-11, 16-19 | S  S  (No Q's) |
| Page 76 | | ○ |
| Page 79 | | ○ |
| Page 80 | | ○ |
| Page 82 | | ○ |
| Page 83 | | ○ |
| Page 84 | | ○ |
| Page 85 | | ○ |
| Page 86 | | ○ |
| Page 87 | | ○ |
| Page 88 | | ○ |
| Page 89 | | ○ |
| Page 90 | | ○ |
| Page 91 | | ○ |
| Page 92 | | ○ |
| Page 93 | | ○ |
| Page 94 | | ○ |
| Page 95 | | ○ |
| Page 96 | | ○ |
| Page 97 | | ○ |
| Page 98 | | ○ |
| | Page 99:6-20, 16-19 | S S (No Q's |
| | Page 100:6-23 | S (No Q) |
| Page 103 | | ○ |
| Page 104 | | ○ |
| Page 105 | | ○ |
| Page 106 | | ○ |
| Page 107 | | ○ |
| Page 108 | | ○ |
| Page 109 | | ○ |
| Page 111 | | ○ |
| Page 112 | | ○ |
| | Page 112:4-5 | ○ |
| Page 113 | | ○ |
| Page 114 | | ○ |
| Page 115 | | ○ |

Kimble (30(B)(6))   P.3.

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| Page 116 | | O |
| Page 117 | | O |
| Page 118 | | O |
| | Page 122:22-123:1 | 5 (No Q) |
| Page 125 | | O |
| Page 126 | | O |
| Page 128 | | O |
| Page 150 | | O |
| Page 151 | | O |
| Page 152 | | O |
| Page 153 | | O |
| | Page 153:18-154:6 and 154:10-13 | 5 (No Q) 5 (No Q) |
| Page 154 | | O except l 10-13 |
| Page 155 | | O |
| Page 156 | | O |
| Page 157 | | O |
| Page 158 | | O |
| Page 159 | | O |
| Page 164 | | O |
| Page 165 | | O |
| Page 166 | | O |
| Page 167 | | O |
| Page 168 | | O |
| Page 169 | | O |
| Page 170 | | O |
| Page 171 | | O |
| Page 173 | | O |
| Page 174 | | O |
| Page 175 | | O |
| Page 176 | | O |
| Page 179 | | O |
| Page 180 | | O |
| Page 181 | | O |
| Page 182 | | O |
| Page 190 | | O |
| Page 191 | | O |

## DEPOSITION OF: BERTHA HENDERSON

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| Page 17 | | |
| Page 24: 1-8   ᵡ 26: 1 – 13 | | |
| Page 27: 15-25 | | |
| Page 28: 1-13 | | |
| Page 29: 1-25 | | |
| Page 30: 1-21 | | |
| Pages 31:5-25; 32-1-2 | | |
| Pages: 35:3-25, 36:1-25, 37: 1-25 | | |
| Pages 38-41 | | |
| Page 42: 1-25 | | |
| Page 46: 11-21 | | |
| | Page 52: 13-16; 52:24-53:1 | |
| Page 53: 19-25 | | |
| Pages 54: 1-3; 57: 1-19 | | |
| Pages 59-61 | | |
| Pages 62-64 | | |
| Pages 68:1-9; 69: 5-12 | | |
| Pages 70-73 | | |
| Pages 74-77 | | |
| Pages 78-81 | | |
| Pages 94: 6-25; 95; 96; 97: 7-25 | | |
| Pages 98; 101 | | |
| Pages 102-104 | | |
| Pages 108-109 | | |
| Pages 110; 112-113 | | |
| Pages 114-117 | | |
| Pages 118, 119, 121 | | |
| Pages 122-125 | | |
| Pages 126-129 | | |
| Pages 130-133 | | |
| Pages 134-137 | | |
| Pages 138-141 | | |
| Pages 142-145 | | |
| Pages 146-147 | | |
| Pages 154-157 | | |
| Pages 158-161 | | |
| Pages 162-164 | | |
| Pages 166-169 | | |

Henderson  P. 2

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| Pages 170-173 | | |
| Page  174 | | |
| Page  179 | | |
| Page  182 | | |
| Pages 186, 187, 189 | | |
| Pages 190-193 | | |
| Pages 194-197 | | |
| Page  198 | | |
| Pages 202-205 | | |
| Pages 206-209 | | |
| Pages 210, 213 | | |
| Pages 223-225 | | |
| Page  226 | | |
| Page  230 | | |

## DEPOSITION OF:  LEONARDO JARAMILLO

| GEO Objection to State Designation and State Response | State Response/Objection to GEO Counter-Designation | Ruling |
|---|---|---|
| | Page 25 | S |
| | Page 26 | l 3-0  l 13-3 after "No" |
| | Page 35 / Lines 16-18 | O |
| | Page 37-38 | O |
| | Page 69 | S |
| | Page 72-73 | S |
| | | |
| | | |
| | | |
| | | |

1                                                    The Honorable Robert J. Bryan

2

3                                                    ~~COPY FOR YOUR~~
                                                     ~~INFORMATION~~

4

5

6                          UNITED STATES DISTRICT COURT

7                        WESTERN DISTRICT OF WASHINGTON
                                  AT TACOMA

8

9    UGOCHUKWU GOODLUCK
     NWAUZOR, FERNANDO AGUIRRE-          No. 17-cv-05769-RJB
     URBINA, individually and on behalf of all
10   those similarly situated,
                                         TABLE IDENTIFYING
11                          Plaintiffs,  PLAINTIFFS' DEPOSITION
                                         DESIGNATIONS AND
12        v.                             DEFENDANT'S OBJECTIONS
                                         + Court's Rulings
13   THE GEO GROUP, INC., a Florida
     corporation,
14
                            Defendant.
15

16        In accordance with this Court's letter dated May 8, 2020 (Dkt. No. 305), Plaintiffs

17   respectfully identify for the Court the following deposition designations and Defendant's

18   objections thereto:

19

| Designation Page/Line | ERWIN DELACRUZ | | |
|---|---|---|---|
| | Objection | Sustained | Overruled |
| 6:2-3 | | | ✓ |
| 6:15-18 | | | ✓ |

24   TABLE IDENTIFYING PLAINTIFFS'          SCHROETER GOLDMARK & BENDER
     DEPOSITION DESIGNATIONS AND            810 Third Avenue • Suite 500 • Seattle, WA  98104
                                            Phone (206) 622-8000 • Fax (206) 682-2305
25   DEFENDANT'S OBJECTIONS - 1
     (17-cv-05769-RJB )

| | ERWIN DELACRUZ | | |
|---|---|---|---|
| Designation Page/Line | Objection | Sustained | Overruled |
| 7:4-8:20 | "Foundation, FRE 402; 701, 802." | ✓ | |
| 12:9-20 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 16:6-8 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 18:10-13 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 18:16-19 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 18:21-22 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 19:16-17 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 21:14-23:11 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 29:12-14 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 29:17-24 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 33:2-7 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 35:13-15 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 35:17-36:10 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 41:1-4 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 45:17-24 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 47:15-17 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 47:19-23 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 48:3-25 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 49:2-8 | "Foundation, FRE 402, 701, 802." | | ✓ |

TABLE IDENTIFYING PLAINTIFFS'
DEPOSITION DESIGNATIONS AND
DEFENDANT'S OBJECTIONS - 2
(17-cv-05769-RJB )

SCHROETER GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

| Designation Page/Line | ERWIN DELACRUZ | | |
|---|---|---|---|
| | Objection | Sustained | Overruled |
| 50:2-5 | "Foundation, FRE 402, 701, 802." | ✓ | |
| 52:9-10 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 52:12-14 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 52:16-23 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 54:1-3 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 54:23-25 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 55:16-23 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 55:25-56:7 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 56:9-12 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 56:14 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 57:23-58:4 11 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 58:6 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 58:8-11 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 59:20-62:10 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 64:1-67:18 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 69:14-70:5 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 70:11-13 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 70:15 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 70:17 | "Foundation, FRE 402, 701, 802." | | ✓ |

TABLE IDENTIFYING PLAINTIFFS'
DEPOSITION DESIGNATIONS AND
DEFENDANT'S OBJECTIONS - 3
(17-cv-05769-RJB )

SCHROETER GOLDMARK & BENDER
810 Third Avenue • ˙Suite 500 • Seattle, WA  98104
Phone (206) 622-8000 • Fax (206) 682-2305

| | ERWIN DELACRUZ | | |
|---|---|---|---|
| **Designation Page/Line** | **Objection** | **Sustained** | **Overruled** |
| 70:21-71:15 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 71:17-20 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 71:22-72:8 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 74:15-83:13 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 84:3-5 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 84:7-8 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 84:21-87:25 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 88:2-19 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 88:21-89:9 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 89:11-14 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 89:16 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 89:22-25 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 91:5-14 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 93:5-10 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 95:13-96:15 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 96:17-97:1 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 97:3-6 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 97:8-11 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 97:13 | "Foundation, FRE 402, 701, 802." | | ✓ |

TABLE IDENTIFYING PLAINTIFFS'
DEPOSITION DESIGNATIONS AND
DEFENDANT'S OBJECTIONS - 4
(17-cv-05769-RJB )

SCHROETER GOLDMARK & BENDER
810 Third Avenue • `Suite 500 • Seattle, WA  98104
Phone (206) 622-8000 • Fax (206) 682-2305

| | ERWIN DELACRUZ | | |
|---|---|---|---|
| Designation Page/Line | Objection | Sustained | Overruled |
| 101:8-102:2 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 102:19-23 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 105:14-17 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 105:19-106:9 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 109:4-6 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 109:8-10 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 113:2-15 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 113:23-24 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 114:1 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 114:10-23 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 114:25-116:5 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 119:9-22 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 120:5-7 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 120:9-14 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 120:20-121:6 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 122:3-5 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 122:17-18 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 122:20-124:12 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 125:8-10 | "Foundation, FRE 402, 701, 802." | | |

TABLE IDENTIFYING PLAINTIFFS'
DEPOSITION DESIGNATIONS AND
DEFENDANT'S OBJECTIONS - 5
(17-cv-05769-RJB )

SCHROETER GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

| ERWIN DELACRUZ | | | |
|---|---|---|---|
| Designation Page/Line | Objection | Sustained | Overruled |
| 125:12-17 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 125:19-23 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 125:25-126:4 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 126:16-20 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 127:8-10 | "Foundation, FRE 402, 701, 802." | ✓ | |

| MICHAEL HEYE | | | |
|---|---|---|---|
| Designation Page/Line | Objection | Sustained | Overruled |
| 6:6-7 | | | ✓ |
| 7:7-8 | | ✓ | |
| 9:7-10:6 | "Foundation, FRE 402, 701, 802." | ✓ | |
| 10:8-13 | "Foundation, FRE 402, 701, 802." | ✓ | |
| 10:18 | "Foundation, FRE 402, 701, 802." | ✓ | |
| 16:24-17:6 | | | ✓ |
| 18:2-14 | | | ✓ |
| 20:14-21:4 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 21:8-18 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 22:2-8 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 22:13-24 | "Foundation, FRE 402, 701, 802." | | ✓ |

TABLE IDENTIFYING PLAINTIFFS'
DEPOSITION DESIGNATIONS AND
DEFENDANT'S OBJECTIONS - 6
(17-cv-05769-RJB )

SCHROETER GOLDMARK & BENDER
810 Third Avenue • ˙Suite 500 • Seattle, WA  98104
Phone (206) 622-8000 • Fax (206) 682-2305

| MICHAEL HEYE | | | |
|---|---|---|---|
| Designation Page/Line | Objection | Sustained | Overruled |
| 23:19-24:7 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 25:18-26:3 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 32:5-8 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 32:10-13 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 32:15-16 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 32:18-19 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 42:4-13 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 43:10-44:1 | | | ✓ |
| 44:18-46:1 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 49:20-50:16 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 51:3-52:9 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 52:15-53:4 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 53:10-54:11 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 54:22-55:8 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 55:11-56:18 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 57:21-59:23 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 60:12-61:24 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 62:16-23 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 68:23-69:18 | "Foundation, FRE 402, 701, 802." | | ✓ |

TABLE IDENTIFYING PLAINTIFFS'
DEPOSITION DESIGNATIONS AND
DEFENDANT'S OBJECTIONS - 7
(17-cv-05769-RJB )

SCHROETER GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

| | MICHAEL HEYE | | |
|---|---|---|---|
| Designation Page/Line | Objection | Sustained | Overruled |
| 71:14-25 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 72:3-4 | | | ✓ |
| 74:9-20 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 81:15-82:14 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 87:2-8 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 87:11-88:4 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 88:11-13 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 89:4-8 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 90:5-7 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 90:9-12 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 90:14-16 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 90:18-21 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 90:23-91:2 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 91:4-10 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 91:13-14 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 91:16-21 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 91:23-25 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 92:2-11 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 94:8-96:24 | "Foundation, FRE 402, 701, 802." | | ✓ |

TABLE IDENTIFYING PLAINTIFFS'
DEPOSITION DESIGNATIONS AND
DEFENDANT'S OBJECTIONS - 8
(17-cv-05769-RJB )

SCHROETER GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

| MICHAEL HEYE | | | |
|---|---|---|---|
| **Designation Page/Line** | **Objection** | **Sustained** | **Overruled** |
| 97:3-5 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 97:13-98:9 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 106:20-22 | "Foundation, FRE 402, 701, 802." | ✓ | |
| 106:24-107:5 | "Foundation, FRE 402, 701, 802." | 106:24—25 | ✓ |
| 107:7-22 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 107:24 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 108:10-14 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 114:14-15 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 115:7-10 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 115:24-116:7 | "Foundation, FRE 402, 701, 802." | | ✓ |

| MARC A. JOHNSON | | | |
|---|---|---|---|
| **Designation Page/Line** | **Objection** | **Sustained** | **Overruled** |
| 5:9-10 | | | ✓ |
| 5:21-25 | | | ✓ |
| 7:16-8:23 | "Foundation, FRE 402, 701, 802." | ✓ | |
| 9:1 | | ✓ | |
| 11:16-17 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 12:3-21 | "Foundation, FRE 402, 701, 802." | | ✓ |

TABLE IDENTIFYING PLAINTIFFS'
DEPOSITION DESIGNATIONS AND
DEFENDANT'S OBJECTIONS - 9
(17-cv-05769-RJB )

SCHROETER GOLDMARK & BENDER
810 Third Avenue ● Suite 500 ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

| | MARC A. JOHNSON | | |
|---|---|---|---|
| **Designation Page/Line** | **Objection** | **Sustained** | **Overruled** |
| 20:9-12 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 20:14-20 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 25:20-26:5 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 26:16-23 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 26:25-27:1 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 27:3-10 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 27:16-28:23 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 29:14-30:23 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 32:9-33:10 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 33:12-34:6 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 46:6-23 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 46:25 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 47:8-13 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 47:15 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 48:23-2 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 49:2 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 49:12-14 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 50:2-6 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 50:8-10 | "Foundation, FRE 402, 701, 802." | | ✓ |

TABLE IDENTIFYING PLAINTIFFS'
DEPOSITION DESIGNATIONS AND
DEFENDANT'S OBJECTIONS - 10
(17-cv-05769-RJB )

SCHROETER GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

| | MARC A. JOHNSON | | |
|---|---|---|---|
| **Designation Page/Line** | **Objection** | **Sustained** | **Overruled** |
| 50:12 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 51:3-10 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 51:12-18 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 51:22-25 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 52:16-25 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 53:20-54:3 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 54:10-11 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 54:14-18 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 54:24-55:12 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 55:14 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 55:19-57:3 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 57:12-58:3 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 58:6-9 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 58:21-59:11 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 59:18-60:11 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 60:14-18 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 60:23-61:2 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 62:7-8 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 62:20-24 | "Foundation, FRE 402, 701, 802." | | ✓ |

TABLE IDENTIFYING PLAINTIFFS'
DEPOSITION DESIGNATIONS AND
DEFENDANT'S OBJECTIONS - 11
(17-cv-05769-RJB )

SCHROETER GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

| MARC A. JOHNSON | | | |
|---|---|---|---|
| Designation Page/Line | Objection | Sustained | Overruled |
| 63:1-20 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 64:3-17 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 65:22-66:2 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 68:6-12 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 68:18-21 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 69:16-70:8 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 71:20-24 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 72:12-18 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 73:24-74:7 | "Foundation, FRE 402, 701, 802." | | ✓ |

| BRUCE SCOTT, JR., GEO 30(B)(6) DESIGNEE | | | |
|---|---|---|---|
| Designation Page/Line | Objection | Sustained | Overruled |
| 6:9-12 | | | ✓ |
| 6:22-25 | | | ✓ |
| 7:5-8:4 | "Foundation, FRE 402, 701, 802." | ✓ | |
| 8:6-11 | "Foundation, FRE 402, 701, 802." | ✓ | |
| 8:13-23 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 8:25 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 9:2-3 | "Foundation, FRE 402, 701, 802." | | ✓ |

TABLE IDENTIFYING PLAINTIFFS'
DEPOSITION DESIGNATIONS AND
DEFENDANT'S OBJECTIONS - 12
(17-cv-05769-RJB )

SCHROETER GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

| | BRUCE SCOTT, JR., GEO 30(B)(6) DESIGNEE | | |
|---|---|---|---|
| **Designation Page/Line** | **Objection** | **Sustained** | **Overruled** |
| 9:5 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 13:6-8 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 13:16-18 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 14:22-15:2 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 16:2-3 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 16:5-7 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 17:5-15 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 17:22-18:4 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 18:14-19 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 18:21-24 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 19:1-3 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 19:5-7 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 23:22-24 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 24:1 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 24:24-25:3 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 28:9-18 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 28:20-29:6 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 29:8-14 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 30:17-31:2 | "Foundation, FRE 402, 701, 802." | | ✓ |

TABLE IDENTIFYING PLAINTIFFS'
DEPOSITION DESIGNATIONS AND
DEFENDANT'S OBJECTIONS - 13
(17-cv-05769-RJB )

| Designation Page/Line | BRUCE SCOTT, JR., GEO 30(B)(6) DESIGNEE | | |
|---|---|---|---|
| | Objection | Sustained | Overruled |
| 36:8-13 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 36:15-18 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 36:20-37:2 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 61:23-62:24 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 64:11-21 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 66:20-23 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 66:25-67:2 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 67:4-9 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 69:22-24 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 70:18-21 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 70:25-71:1 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 71:3 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 71:16-17 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 71:21-22 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 71:24 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 72:1-2 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 72:4 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 74:6-18 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 75:14-20 | "Foundation, FRE 402, 701, 802." | | ✓ |

TABLE IDENTIFYING PLAINTIFFS'
DEPOSITION DESIGNATIONS AND
DEFENDANT'S OBJECTIONS - 14
(17-cv-05769-RJB )

SCHROETER GOLDMARK & BENDER
810 Third Avenue • ˙Suite 500 • Seattle, WA  98104
Phone (206) 622-8000 • Fax (206) 682-2305

| | BRUCE SCOTT, JR., GEO 30(B)(6) DESIGNEE | | |
|---|---|---|---|
| Designation Page/Line | Objection | Sustained | Overruled |
| 79:6-11 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 85:3-20 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 85:22 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 85:24-86:4 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 86:19-87:1 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 87:4-88:12 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 88:14-20 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 89:5-23 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 89:25-90:11 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 90:13-25 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 91:8-20 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 92:3-4 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 92:6-23 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 94:21-22 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 94:24-25 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 98:15-18 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 102:22-25 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 112:13-20 | "Foundation, FRE 402, 701, 802." | | ✓ |

TABLE IDENTIFYING PLAINTIFFS'
DEPOSITION DESIGNATIONS AND
DEFENDANT'S OBJECTIONS - 15
(17-cv-05769-RJB )

| Designation Page/Line | BRUCE SCOTT, INDIVIDUALY | | |
| --- | --- | --- | --- |
| | Objection | Sustained | Overruled |
| 6:2-3 | | | ✓ |
| 6:10-13 | | | ✓ |
| 6:23-7:2 | | | ✓ |
| 8:5-12 | "Foundation, FRE 402, 701, 802." | ✓ | |
| 8:14-9:13 | "Foundation, FRE 402, 701, 802." | ✓ | |
| 8:15-16 | "Foundation, FRE 402, 701, 802." | ✓ | |
| 15:23-16:13 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 19:1-9 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 22:2-23:2 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 24:18-25:16 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 26:6-7 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 26:9-10 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 26:12-16 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 30:17-25 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 31:2-3 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 61:11-62:21 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 65:13-15 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 65:17-2 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 66:5-6 | "Foundation, FRE 402, 701, 802." | | ✓ |

TABLE IDENTIFYING PLAINTIFFS'
DEPOSITION DESIGNATIONS AND
DEFENDANT'S OBJECTIONS - 16
(17-cv-05769-RJB )

SCHROETER GOLDMARK & BENDER
810 Third Avenue • ˙Suite 500 • Seattle, WA  98104
Phone (206) 622-8000 • Fax (206) 682-2305

| BRUCE SCOTT, INDIVIDUALY | | | |
|---|---|---|---|
| **Designation Page/Line** | **Objection** | **Sustained** | **Overruled** |
| 73:16-21 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 73:23-74:1 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 74:3-4 | "Foundation, FRE 402, 701, 802." | | ✓ |

| DAVID TRACY | | | |
|---|---|---|---|
| **Designation Page/Line** | **Objection** | **Sustained** | **Overruled** |
| 10:2-3 | | | ✓ |
| 10:10-13 | | | ✓ |
| 10:19-22 | | | ✓ |
| 12:11-21 | "Foundation, FRE 402, 701, 802." | ✓ | |
| 12:25-13:13 | "Foundation, FRE 402, 701, 802." | ✓ | |
| 13:16-22 | "Foundation, FRE 402, 701, 802." | ✓ | |
| 14:2-3 | "Foundation, FRE 402, 701, 802." | ✓ | |
| 14:5 | "Foundation, FRE 402, 701, 802." | ✓ | |
| 17:4-5 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 17:21-18:9 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 18:23-19:6 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 21:5-22:14 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 21:16-19 | "Foundation, FRE 402, 701, 802." | | ✓ |

TABLE IDENTIFYING PLAINTIFFS'
DEPOSITION DESIGNATIONS AND
DEFENDANT'S OBJECTIONS - 17
(17-cv-05769-RJB )

SCHROETER GOLDMARK & BENDER
810 Third Avenue • `Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

| | DAVID TRACY | | |
|---|---|---|---|
| Designation Page/Line | Objection | Sustained | Overruled |
| 23:2-8 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 23:10-13 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 23:15-24 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 26:13-20 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 27:2-6 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 27:9-15 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 27:17 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 28:4-29:7 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 29:22-30:4 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 30:6 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 30:14-31:25 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 33:8-34:19 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 35:8-18 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 35:20-36:9 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 36:11 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 36:13-14 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 36:16-25 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 37:2-18 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 38:2-10 | "Foundation, FRE 402, 701, 802." | | ✓ |

TABLE IDENTIFYING PLAINTIFFS'
DEPOSITION DESIGNATIONS AND
DEFENDANT'S OBJECTIONS - 18
(17-cv-05769-RJB )

SCHROETER GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

| | DAVID TRACY | | |
|---|---|---|---|
| Designation Page/Line | Objection | Sustained | Overruled |
| 39:3-40:8 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 40:16-41:19 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 41:25-42:2 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 42:4-14 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 42:21-43:11 | "Foundation, FRE 402, 701, 802." | 43:9-11 | ✓ |
| 44:5-46:3 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 46:5-6 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 46:11-18 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 49:6-25 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 51:2-21 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 51:23 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 52:10-16 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 52:18 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 53:5-20 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 54:7-12 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 56:1-3 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 56:5-12 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 59:1-2 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 59:4-10 | "Foundation, FRE 402, 701, 802." | | ✓ |

TABLE IDENTIFYING PLAINTIFFS'
DEPOSITION DESIGNATIONS AND
DEFENDANT'S OBJECTIONS - 19
(17-cv-05769-RJB )

SCHROETER GOLDMARK & BENDER
810 Third Avenue • `Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

| | DAVID TRACY | | |
|---|---|---|---|
| **Designation Page/Line** | **Objection** | **Sustained** | **Overruled** |
| 59:13-22 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 60:4-15 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 60:21-61:1 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 64:24-65:15 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 66:3-19 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 67:8-12 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 70:3-20 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 71:5-9 | "Foundation, FRE 402, 701, 802." | 71:8-9 | ✓ |
| 73:8-74:14 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 74:16-19 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 75:21-22 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 75:24 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 76:7-22 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 80:22-24 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 81:3-17 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 81:19-22 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 81:24-25 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 82:2-3 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 82:14-18 | "Foundation, FRE 402, 701, 802." | | ✓ |

TABLE IDENTIFYING PLAINTIFFS'
DEPOSITION DESIGNATIONS AND
DEFENDANT'S OBJECTIONS - 20
(17-cv-05769-RJB )

SCHROETER GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

| DAVID TRACY | | | |
| Designation Page/Line | Objection | Sustained | Overruled |
|---|---|---|---|
| 83:21 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 83:23 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 84:13-20 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 86:6-8 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 86:17-87:5 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 88:3-25 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 89:2 | "Foundation, FRE 402, 701, 802." | | ✓ |
| 93:3-9 | "Foundation, FRE 402, 701, 802." | | ✓ |

DATED at Seattle, Washington this 15th day of May, 2020.

SCHROETER GOLDMARK & BENDER

*s/ Jamal N. Whitehead*
Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
Jamal N. Whitehead, WSBA #39818
810 Third Avenue, Suite 500
Seattle, WA 98104
Tel: (206) 622-8000 ~ Fax: (206) 682-2305
berger@sgb-law.com
halm@sgb-law.com
whitehead@sgb-law.com

THE LAW OFFICE OF R. ANDREW FREE
Andrew Free (*Pro Hac Vice*)
P.O. Box 90568
Nashville, TN 37209
Tel: (844) 321-3221 ~ Fax: (615) 829-8959
andrew@immigrantcivilrights.com

TABLE IDENTIFYING PLAINTIFFS'
DEPOSITION DESIGNATIONS AND
DEFENDANT'S OBJECTIONS - 21
(17-cv-05769-RJB )

SCHROETER GOLDMARK & BENDER
810 Third Avenue • `Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305