The Honorable Robert J. Bryan

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

STATE OF WASHINGTON,

Plaintiff,

v.

THE GEO GROUP, INC.,

Defendant.

CIVIL ACTION NO. 3:17-cv-05806-RJB

[PROPOSED] ORDER GRANTING STATE OF WASHINGTON'S MOTION TO COMPEL PARTIALLY UNREDACTED LETTER AND RELATED FINANCIAL CALCULATIONS

Having considered all legal authority, briefing, and argument submitted to the Court on this matter, it is hereby ORDERED, ADJUDGED AND DECREED that Plaintiff State of Washington's Motion to Compel Partially Unredacted Letter and Related Financial Calculations is GRANTED.

It is further ORDERED that Defendant GEO shall produce on or before September 18, 2020:

1) A partially unredacted version of GEO's Letter to ICE dated May 30, 2018, removing redactions to the entire section following the sentence: "We have conducted an estimation of the costs necessary to achieve compliance with the Plaintiffs."

2) The underlying financial calculations, spreadsheets and analysis of the information included in GEO's Letter to ICE related to compliance with the Plaintiffs, including

[PROPOSED] ORDER GRANTING
STATE OF WASHINGTON'S MOTION
TO COMPEL PARTIALLY
UNREDACTED LETTER AND
RELATED FINANCIAL
CALCULATIONS

1

all calculations of the cost that would be incurred if detainee labor presently done in the VWP were to be done by civilian employees paid at the prevailing wage, as testified to by Brian Evans, CFO. This order requires production of all such calculations as they pertain to the Northwest Detention Center specifically, as well as aggregated information in which the Northwest Detention Center facility is included.

3) All other financial information and documents responsive to this Court's prior order to compel, ECF No. 133.

**IT IS SO ORDERED**

ISSUED this _____ day of _____, 2020.

_____
THE HONORABLE ROBERT J. BRYAN

Presented by:

ROBERT W. FERGUSON
Attorney General of Washington

*s/ Andrea Brenneke*
MARSHA CHIEN, WSBA No. 47020
ANDREA BRENNEKE, WSBA No. 22027
LANE POLOZOLA, WSBA No. 50138
PATRICIO A. MARQUEZ, WSBA No. 47693
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
marsha.chien@atg.wa.gov
andrea.brenneke@atg.wa.gov
lane.polozola@atg.wa.gov
patricio.marquez@atg.wa.gov

[PROPOSED] ORDER GRANTING
STATE OF WASHINGTON'S MOTION
TO COMPEL PARTIALLY
UNREDACTED LETTER AND
RELATED FINANCIAL
CALCULATIONS

2