**BRENNEKE DECLARATION**

**EXHIBIT B**

| | |
|---|---|
| **From:** | Shannon.Armstrong@hklaw.com |
| **To:** | Chien, Marsha (ATG) |
| **Cc:** | Polozola, Lane (ATG); Baker, La Rond (ATG); Brenneke, Andrea (ATG); Matt.Donohue@hklaw.com; whitehead@sgb-law.com; Kristin.Asai@hklaw.com; devin@sunbird.law; andrew@immigrantcivilrights.com; anne.rose@ice.dhs.gov; Kristin.B.Johnson@usdoj.gov |
| **Subject:** | RE: Washington v. NWDC - Missing Docs |
| **Date:** | Monday, June 10, 2019 7:42:49 AM |
| **Attachments:** | 2019-06-06 Ltr to DHS re ICE Subpoena.pdf |

Marsha— I've attached a courtesy copy of the letter we sent to DHS in relation to Mr. Bostock's deposition.

GEO has complied with its discovery obligations. As set forth in its objections to RFP No. 12, GEO objected to producing all communications with ICE as overly broad, unduly burdensome, and not proportional to the needs of the case, among other things. GEO explained that it would produce non-privileged communications with ICE concerning the Voluntary Work Program "as they relate to detainee participation and compensation at the Northwest Detention Center within the relevant time period." GEO also notified the State that it was withholding documents based on that objection in February 2018. The State did not move to compel a further response prior to the Court's deadline for discovery motions.

In addition, as the State is aware, documents that may be responsive to the State's RFPs are still in ICE's possession. GEO will produce any responsive, non-privileged documents it receives from ICE as soon as ICE notifies GEO that it can produce those documents.

Finally, your emails indicate that the State recently received documents from ICE in response to the State's FOIA request. It is unclear why these documents were not produced to GEO. We expect that the State will produce the remainder of the documents it received from ICE in accordance with its discovery obligations, including GEO's RFPs No. 8 and 81, no later than Friday, June 14.

Please let me know if you have any questions.

Regards,

Shannon

**Shannon Armstrong** | **Holland & Knight**

Partner

Holland & Knight LLP

2300 U.S. Bancorp Tower, 111 S.W. Fifth Avenue | Portland, Oregon 97204

Phone 503.517.2924 | Fax 503.241.8014

shannon.armstrong@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

**From:** Chien, Marsha (ATG)
**Sent:** Friday, June 07, 2019 3:58 PM
**To:** Armstrong, Shannon (POR - X52924)
**Cc:** Polozola, Lane (ATG) ; Baker, La Rond (ATG) ; Brenneke, Andrea (ATG) ; Donohue, J. Matthew (POR - X52913) ; Whitehead, Jamal ; Asai, Kristin (POR - X52948) ; Devin Theriot-Orr ; Andrew Free (andrew@immigrantcivilrights.com) ; anne.rose@ice.dhs.gov; Kristin.B.Johnson@usdoj.gov
**Subject:** RE: Washington v. NWDC - Missing Docs

*[External email]*

Shannon,

We received GEO's dep notice for Mr. Drew Bostock.

Presumably, GEO complied with its *Touhy* obligations in noting the deposition of an ICE official. Given that, we write to request that GEO comply with its discovery obligations, *see* RFP No. 12, and produce all communications between GEO and ICE regarding the VWP in advance of the Bostock

deposition.

At a minimum, we expect GEO to provide the documents identified below and its *Touhy* communications regarding Bostock by Friday, June 14th. If you, or Anne or Kristin, who I've cc'd here, have any concerns regarding this expectation, please let us know.

Marsha

**Marsha Chien**
Assistant Attorney General
Washington Attorney General's Office - Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104
(206) 389-3886

_____

**From:** Chien, Marsha (ATG)
**Sent:** Wednesday, June 05, 2019 8:59 AM
**To:** 'shannon.armstrong@hklaw.com' <shannon.armstrong@hklaw.com>
**Cc:** Polozola, Lane (ATG) <Lane.Polozola@ATG.WA.GOV>; Baker, La Rond (ATG) <LaRond.Baker@atg.wa.gov>; Brenneke, Andrea (ATG) <Andrea.Brenneke@atg.wa.gov>; 'matt.donohue@hklaw.com' <matt.donohue@hklaw.com>; 'Whitehead, Jamal' <whitehead@sgb-law.com>; 'kristin.asai@hklaw.com' <kristin.asai@hklaw.com>; Devin Theriot-Orr <devin@sunbird.law>; Andrew Free (andrew@immigrantcivilrights.com) <andrew@immigrantcivilrights.com>
**Subject:** Washington v. NWDC - Missing Docs

Shannon,

I am writing to express concern that GEO's response to the State's discovery requests is not complete. We recently received the attached document, which appears to be part of GEO's request to ICE for an equitable adjustment. It was obtained from ICE in response to a FOIA request.

The document is squarely responsive to RFP No. 12, which requested all communications about the VWP with ICE. As such, we request that GEO provide the complete, unredacted document as well as any related communications with ICE. If any privileges apply, please specify them.

Kind Regards,
Marsha

<< File: Scan-06042019032108.pdf >>

**Marsha Chien**
Assistant Attorney General
Washington Attorney General's Office - Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104
(206) 389-3886

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.