# BRENNEKE DECLARATION

# EXHIBIT K

# FILED UNDER SEAL