**BRENNEKE DECLARATION**

**EXHIBIT L**

| | |
|---|---|
| **From:** | adrienne.scheffey@akerman.com |
| **To:** | Brenneke, Andrea (ATG); colin.barnacle@akerman.com; joan@3brancheslaw.com; whitehead@sgb-law.com |
| **Cc:** | Chien, Marsha (ATG); Polozola, Lane (ATG); Hall, Caiti (ATG); joe@3brancheslaw.com |
| **Subject:** | RE: Washington v. The GEO Group, Inc. - Renewed Request for Partially Unredacted Exhibit 365 and Underlying Spreadsheets/Calculations Related to NWDC |
| **Date:** | Monday, August 03, 2020 11:43:04 AM |

All,

Our team is tied up with other matters in the coming days. Please let us know the State's availability to confer about this issue and the confidentiality issue this Friday between 1:00 and 3:00 MST. If the State is not available at that time, please let us know your availability on Monday, August 10th. For the confidentiality issue, please provide us with your proposed solution for the documents marked confidential, including how the State proposes handling those exhibits if the trial is streamed live online.

Best,

**Adrienne Scheffey**

Akerman LLP | 1900 Sixteenth Street, Suite 1700 | Denver, CO 80202

D: 303 640 2512 | T: 303 260 7712

adrienne.scheffey@akerman.com


Profile



CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

---

**From:** Brenneke, Andrea (ATG) <andrea.brenneke@atg.wa.gov>
**Sent:** Monday, August 3, 2020 12:38 PM
**To:** Scheffey, Adrienne (Assoc-Den) <adrienne.scheffey@akerman.com>; Barnacle, Colin (Ptnr-Den) <colin.barnacle@akerman.com>; Joan Mell <joan@3brancheslaw.com>; Whitehead, Jamal (whitehead@sgb-law.com) <whitehead@sgb-law.com>
**Cc:** Chien, Marsha (ATG) <marsha.chien@atg.wa.gov>; Polozola, Lane (ATG) <Lane.Polozola@ATG.WA.GOV>; Hall, Caiti (ATG) <Caiti.Hall@atg.wa.gov>; 'Joe Fonseca' <joe@3brancheslaw.com>
**Subject:** Washington v. The GEO Group, Inc. - Renewed Request for Partially Unredacted Exhibit 365

and Underlying Spreadsheets/Calculations Related to NWDC

Dear Counsel,

We hope you are safe and well.

We previously met and conferred about the production of Trial Exhibit 365 without redaction of the portion regarding GEO's calculations of the amount it would take to comply with detainee Minimum Wage demands and the underlying spreadsheets/calculations related to the NWDC. GEO refused to produce those.

We renew our request for those documents now that we have the benefit of Brian Evan's testimony on the subject that demonstrate their relevance and responsiveness to Washington's discovery requests. Please produce these documents by close of business Wednesday, August 5, 2020 or we will seek the Court's intervention.

Also, just to confirm, as we made clear in our response to GEO's MIL, we do NOT seek information or redactions regarding GEO's attorneys fees and costs that also were contained in that letter.

We are attaching Trial Exhibit 365, filed at ECF 362-1_Ex. A, for your convenience.

Very truly yours,

Andrea Brenneke
Assistant Attorney General
Civil Rights Unit
Washington State Attorney General
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104
Direct: (206) 233-3384
Fax: (206) 464-6451
Andrea.Brenneke@atg.wa.gov