The Honorable Robert J. Bryan

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

STATE OF WASHINGTON,

               Plaintiff,

      v.

THE GEO GROUP, INC.,

               Defendant.

CIVIL ACTION NO. 3:17-cv-05806-RJB

[PROPOSED] ORDER GRANTING
STATE OF WASHINGTON'S
MOTION TO SEAL DOCUMENTS
AND PROPOSED ORDER

The Court, having considered Washington's Motion to Seal, and GEO's Response to Motion to Seal, and finding good cause, hereby GRANTS the Motion to Seal Documents and authorizes the filing under seal of Exhibit K to the Declaration of Andrea Brenneke in Support of State of Washington's Motion to Compel.

**IT IS SO ORDERED**

    ISSUED this _____ day of _____, 2020.

_____
THE HONORABLE ROBERT J. BRYAN

[PROPOSED] ORDER GRANTING
STATE OF WASHINGTON'S MOTION
TO SEAL DOCUMENTS AND
PROPOSED ORDER

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

Presented by:

ROBERT W. FERGUSON
Attorney General of Washington

*s/ Andrea Brenneke*
MARSHA CHIEN, WSBA No. 47020
ANDREA BRENNEKE, WSBA No. 22027
LANE POLOZOLA, WSBA No. 50138
PATRICIO A. MARQUEZ, WSBA No. 47693
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
marsha.chien@atg.wa.gov
andrea.brenneke@atg.wa.gov
lane.polozola@atg.wa.gov
patricio.marquez@atg.wa.gov

.

[PROPOSED] ORDER GRANTING
STATE OF WASHINGTON'S MOTION
TO SEAL DOCUMENTS AND
PROPOSED ORDER

2