The Honorable Robert J. Bryan

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>               Plaintiff,<br><br>      v.<br><br>THE GEO GROUP, INC.,<br><br>               Defendant. | CIVIL ACTION NO. 3:17-cv-05806-RJB<br><br>REPLY IN SUPPORT OF STATE OF WASHINGTON'S MOTION TO COMPEL PARTIALLY UNREDACTED LETTER AND RELATED FINANCIAL CALCULATIONS<br><br>NOTE ON MOTION CALENDAR: September 4, 2020 |

Washington respectfully requests that the Court grant the motion filed by State of Washington (Washington), ECF No. 396, and enter an order compelling The GEO Group, Inc. (GEO) to produce corporate financial documents estimating the market value of work detainees perform in its Voluntary Work Program at the Northwest Detention Center (NWDC).

Washington's Motion to Compel, ECF No. 396, was filed on August 20, 2020, and noted for Friday, September 4, 2020, as a third-Friday motion. *See* Local Rules W.D. Wash. LCR 7(b)(1); LCR 7(d)(3). Defendant GEO did not file a responsive brief by August 31, 2020, the Monday before the noting date, and the briefing window is now closed. *See* LCR 7(b)(2); LCR 7(d)(3). The Court should construe GEO's failure to properly file papers in response to Washington's Motion to Compel "as an admission that the motion has merit." *Id.*

REPLY IN SUPPORT OF STATE OF
WASHINGTON'S MOTION TO COMPEL
PARTIALLY UNREDACTED LETTER AND
RELATED FINANCIAL CALCULATIONS

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

1       For all of the reasons set forth in Washington's motion, the Court should compel GEO

2 to produce: 1) GEO's underlying spreadsheets and calculations of the cost of complying with

3 Plaintiff's detainee labor demands at the NWDC; and, 2) an un-redacted portion of GEO's

4 May 30, 2018 letter[1] in which GEO discloses that financial analysis to ICE. *See* ECF No. 362-1

5 (GEO's Letter to ICE) ("We have conducted an estimation of the costs necessary to achieve

6 compliance with the Plaintiffs."). Alternatively, if GEO submits a belated response, as it has

7 done in the past, *see, e.g.,* ECF No. 337 (filed on Wednesday, instead of a Monday), Washington

8 seeks an equivalent extension for its time to reply.

9       Dated this 1st day of September 2020.

10

11             Respectfully submitted,

12             ROBERT W. FERGUSON
            Attorney General of Washington

13

14             s/ *Marsha Chien*
            MARSHA CHIEN, WSBA No. 47020

15             ANDREA BRENNEKE, WSBA No. 22027
            LANE POLOZOLA, WSBA No. 50138

16             PATRICIO A. MARQUEZ, WSBA No. 47693
            Assistant Attorneys General

17             Office of the Attorney General

18             800 Fifth Avenue, Suite 2000
            Seattle, WA 98104

19             (206) 464-7744

20             marsha.chien@atg.wa.gov
            andrea.brenneke@atg.wa.gov

21             lane.polozola@atg.wa.gov
            patricio.marquez@atg.wa.gov

22

23

24

25       [1] To reiterate, legal costs are not at issue and are excluded from evidence at trial. Washington is not seeking

26 production of the portions of GEO's Letter to ICE that include GEO's request for an "equitable adjustment" from
ICE for the legal costs of defending this and private plaintiffs' Washington Minimum Wage Act and Unjust
Enrichment lawsuits or the two similar detainee wage cases in other states. ECF No. 396 at 1.

REPLY IN SUPPORT OF STATE OF
WASHINGTON'S MOTION TO COMPEL
PARTIALLY UNREDACTED LETTER AND
RELATED FINANCIAL CALCULATIONS

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the United States District Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated this 1st day of September 2020 in Seattle, Washington.

CAITILIN HALL
Legal Assistant

REPLY IN SUPPORT OF STATE OF
WASHINGTON'S MOTION TO COMPEL
PARTIALLY UNREDACTED LETTER AND
RELATED FINANCIAL CALCULATIONS

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744