# EXHIBIT A

UNDER PROTECTIVE ORDER Brian Evans - June 11, 2020

```
 1                 UNITED STATES DISTRICT COURT
 2                 WESTERN DISTRICT OF WASHINGTON
    _____
 3
      STATE OF WASHINGTON,           )
 4                                   )
                 Plaintiff,          )
 5                                   )
           vs.                       ) CIVIL ACTION NO.
 6                                   ) 3:17-cv-05806-RJB
      THE GEO GROUP, INC.,           )
 7                                   )
                 Defendant.          )
 8    _____)
                                     )
 9    UGOCHUKWU GOODLUCK NWAUZOR,    )
      FERNANDO AGUIRRE-URBINA,       )
10    individually and on behalf of  )
      all those similarly situated,  )
11                                   )
                 Plaintiffs,         )
12                                   ) CIVIL ACTION NO.
           vs.                       ) 17-cv-05769-RJB
13                                   )
      THE GEO GROUP, INC., a Florida )
14    corporation,                   )
                                     )
15               Defendant.          )
    _____
16
        VIDEO-RECORDED VIDEOCONFERENCE DEPOSITION UPON ORAL
17
                         BRIAN R. EVANS
18
       (CONTAINS CONFIDENTIAL TESTIMONY SUBJECT TO PROTECTIVE
19
              ORDER AND FOR ATTORNEYS' EYES ONLY)
20  _____
21                       12:03 P.M. EDT
22                       JUNE 11, 2020
23                     28 ELEUPHERA DRIVE
24                   BOYNTON BEACH, FLORIDA
25  REPORTED BY:  JUDY BONICELLI, CSR, RPR, CCR 2322


                                                      Page 1
```

UNDER PROTECTIVE ORDER Brian Evans - June 11, 2020

```
 1                    A P P E A R A N C E S
 2     FOR THE PLAINTIFF:
 3           ANDREA BRENNEKE (APPEARING REMOTELY)
             LANE POLOZOLA (APPEARING REMOTELY)
 4           ATTORNEY GENERAL OF WASHINGTON
             800 Fifth Avenue, Suite 2000
 5           Seattle, WA 98104
             206.233.3384
 6           andrea.brenneke@atg.wa.gov
             lane.polozola@atg.wa.gov
 7
             JAMAL WHITEHEAD (APPEARING REMOTELY)
 8           PAGE ULREY APPEARING REMOTELY)
             SCHROETER GOLDMARK & BENDER
 9           810 Third Avenue, Suite 500
             Seattle, WA 98104
10           206.622.8000
             whitehead@sgb-law.com
11           ulrey@sgb-law.com
12     FOR THE GEO GROUP:
13           JOAN K. MELL (APPEARING REMOTELY)
             III BRANCHES LAW
14           1019 Regents Boulevard, Suite 204
             Fircrest, WA 98466
15           253.566.2510
             joan@3brancheslaw.com
16
             ADRIENNE SCHEFFEY (APPEARING REMOTELY)
17           AKERMAN LLP
             1900 Sixteenth Street, Suite 1700
18           Denver, CO  80202
             303.260.7712
19           adrienne.scheffey@akerman.com
20           CHERYL L. WILKE (APPEARING REMOTELY)
             THE GEO GROUP, INC.
21           4955 Technology Way
             Boca Raton, FL  33431
22           561.443.1789
             cwilke@geogroup.com
23
24     ALSO PRESENT:   Allan Morgan, Videographer (Remotely)
                       Carolyn Rice (Remotely)
25                     Paige Suelzle (Remotely)
```

Page 2

```
                          I N D E X
 WITNESS:  BRIAN R. EVANS
 EXAMINATION:                                              PAGE
        By MS. BRENNEKE                                       4


  EXHIBIT              PREVIOUSLY MARKED                   PAGE
                          EXHIBITS
 Exhibit 22    Monthly Voluntary Worker Program             198
               Spend Report
 Exhibit 129   A contract for the ICE Northwest             153
               Detention Facility from September
               2015
 Exhibit 183   A price proposal submission                  171

 Exhibit 194   2014 Western Region Budget Review             65
               PowerPoint presentation
 Exhibit 202   Notice of Award on October 16, 2009,         190
               for the contract to GEO from
               Department of Homeland Security
 Exhibit 203   8-12-99 Solicitation, Offer and Award        192
 Exhibit 252   Consolidated Financial Statement for         134
               the Northwest Detention Center
 Exhibit 261   Facility Budget Summary document             141
 Exhibit 262   A summary by year of the financial           143
               results for the Northwest Detention
               Center, Northwest ICE Processing
               Center through September 30th, 2019
 Exhibit 269   A chart of the ICE reimbursements for        195
               the voluntary program at the
               Northwest Detention Center
 Exhibit 365   A letter dated May 30th, 2018, to            114
               Deputy Director Peter Edge at ICE


                         EXHIBIT MARKED

 Exhibit 600   The GEO Group, Inc.'s 2019 Form 10-K         209
```

Page 3

```
1            BOYNTON BEACH, FLORIDA; JUNE 11, 2020

2                        12:03 P.M. EDT

3                            --oOo--

4            THE VIDEOGRAPHER:  We are on the record

5    at 9:03 a.m. on June 11th, 2020.  Audio and video

6    recording will continue to take place unless all

7    parties agree to go off the record.

8            This is Media Unit 1 of the video-recorded

9    deposition of Brian Evans, taken by counsel for the

10   plaintiff in the matter of State of Washington versus

11   The GEO Group, Inc., filed in the United States Court,

12   Western District of Washington, Case No.

13   3:17-cv-05806-RJB.

14           This deposition is being conducted using

15   remote counsel technology, and all participants are

16   attending remotely.  My name is Allan Morgan from the

17   firm YOM Veritext, and I'm the videographer.  The court

18   reporter is Judy Bonicelli from the firm YOM Veritext.

19           I am not authorized to administer an oath.  I

20   am not related to any party in this action, nor am I

21   financially interested in the outcome.  If there are

22   any objections to proceeding, please state them at the

23   time of your appearance, beginning with the noticing

24   attorney.

25           Will all present please state their name and
```

```
 1    affiliations for the record.
 2                  MS. BRENNEKE:  My name is Andrea
 3    Brenneke.  I'm here on behalf of the State of
 4    Washington.
 5                  MR. POLOZOLA:  Lane Polozola also here
 6    representing the State of Washington.
 7                  THE REPORTER:  I'm sorry this is the
 8    court reporter.  Mr. -- Lane, I didn't hear that.
 9                  MR. POLOZOLA:  Can you hear now?
10                  THE REPORTER:  We can hear but it's
11    shaky.
12                  MR. POLOZOLA:  Lane Polozola on behalf
13    of the State of Washington as well.
14                  MS. MELL:  I'm Joan Mell.  I'm on behalf
15    of the GEO Group.
16                  MS. SCHEFFEY:  Adrienne Scheffey also on
17    behalf of the GEO Group.
18                  MS. WILKE:  My name is Cheryl Wilke.
19    I'm vice president and corporate counsel for GEO Group.
20                  MR. WHITEHEAD:  Good morning.  This is
21    Jamal Whitehead, class counsel for the private
22    plaintiffs in this separately-captioned matter of
23    Nwauzor v. GEO, Cause No. 17-cv-5769.
24                  MS. ULREY:  And Page Ulrey, also for the
25    private plaintiffs.
```

Page 5

1            MR. EVANS:  I'm Brian Evans.  I'm the
2    senior vice president and CFO for the GEO Group.
3            THE VIDEOGRAPHER:  Will the court
4    reporter please swear in the witness.
5            THE REPORTER:  I'm sorry, Schroeter
6    Goldmark, I didn't get your name.
7            MS. ULREY:  Page Ulrey, P-a-g-e, last
8    name, U-l-r-e-y.
9            THE REPORTER:  Thank you.
10           MS. ULREY:  Thank you.
11                    BRIAN R. EVANS,
12     sworn as a witness by the Certified Court Reporter,
13                    testified as follows:
14                    DIRECT EXAMINATION
15   BY MS. BRENNEKE:
16       Q.  Hello, Mr. Evans.  Thank you for being here.
17   My name is Andrea Brenneke, and I'm joined by my
18   colleague and co-trial counsel Lane Polozola.  We also
19   have Jamal Whitehead, who is the counsel for the
20   private plaintiffs who will be conducting some
21   questioning.
22           I am going to start just by recognizing that
23   this is a remote deposition in the time of Corona and
24   it is actually my first time doing this so if it's a
25   little bit rocky at times, or if you have any trouble

```
 1    for detainee labor in Washington?
 2        A.   Not that I'm aware of, no.
 3        Q.   How about in any other states?
 4        A.   No.
 5        Q.   Have you ever been involved in any
 6    conversation in-person or in writing about whether GEO
 7    should be paying Washington minimum wage for detainee
 8    labor?
 9        A.   You know, just as in my role as a CFO in part
10    of our meetings with the CEO and the general counsel
11    discussing these cases, so that's part of the legal
12    discussions that we've had as a company.
13             MS. SCHEFFEY:   And to the extent any of
14    those conversations were in the presence of Ms. Wilke,
15    Mr. Carrillo or any other counsel, I would ask that you
16    do not discuss them.
17             THE WITNESS:   I was just saying the
18    context of what I've discussed but it's always been
19    with general counsel present.
20    BY MS. BRENNEKE:
21        Q.   Have you ever had any internal discussion or
22    analysis with regard to GEO's minimum wage applications
23    that took place outside of the presence of your
24    counsel?
25             MS. SCHEFFEY:   Object to form.
```

Page 124

```
 1            You may answer.
 2                 THE WITNESS:  I don't believe so.  Can
 3   you just say the question again one more time just so I
 4   can make sure I'm clear in my answer?
 5   BY MS. BRENNEKE:
 6       Q.  Yeah, I'm just wondering within your executive
 7   team meetings or other meetings, have you had
 8   conversations about your obligations to comply with
 9   Washington Minimum Wage Law where counsel wasn't
10   present?
11       A.  No.  Not that I'm aware of.  Some of the
12   discussion around this letter and the preparation of
13   the information here would have been analysis but there
14   was no discussion as to whether or not the law was
15   actually applicable.  It was just to do a theoretical
16   analysis to government to show them what it would look
17   like if we were unsuccessful in defending the
18   government's policy.  So is that a clear distinction?
19       Q.  Yeah, I think so.
20           So why was it that you all decided to send
21   this letter on May 30th, 2018, to Peter Edge?
22                 MS. SCHEFFEY:  Object to form and I
23   would also note that the record is clear that Mr. Evans
24   is not on that letter.
25                 You may answer if you know.
```

Page 125

REPORTER'S CERTIFICATE

I, JUDY BONICELLI, the undersigned Certified Court Reporter, pursuant to RCW 5.28.010 authorized to administer oaths and affirmations in and for the State of Washington, do hereby certify:

That the sworn testimony and/or proceedings, a transcript of which is attached, was given before me at the time and place stated therein; that any and/or all witness(es) were duly sworn to testify to the truth; that the sworn testimony and/or proceedings were by me stenographically recorded and transcribed under my supervision, to the best of my ability; that the foregoing transcript contains a full, true, and accurate record of all the sworn testimony and/or proceedings given and occurring at the time and place stated in the transcript; that I am in no way related to any party to the matter, nor to any counsel, nor do I have any financial interest in the event of the cause.

WITNESS MY HAND and DIGITAL SIGNATURE this 24th day of June 2020.

*Judy Bonicelli*

JUDY BONICELLI, RPR, CCR
Washington Certified Court Reporter, CCR 2322

Page 258