**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

STATE OF WASHINGTON,

Plaintiff,

v.

THE GEO GROUP, INC.,

Defendant.

Case No. 3:17-cv-05806-RJB

**DEFENDANT THE GEO GROUP, INC.'S OPPOSITION TO PLAINTIFF STATE OF WASHINGTON'S MOTION TO SEAL DOCUMENTS**

**NOTE ON MOTION CALENDAR:**
September 4, 2020

Defendant The GEO Group, Inc. ("Defendant" or "GEO"), by and through its undersigned counsel, hereby submits its Response to Plaintiff State of Washington's Motion to Seal Documents. ECF 398. The State's motion to seal should be denied as moot.

## I. THE STATE'S MOTION TO SEAL.

In connection with its motion to reopen discovery and unredact Exhibit 365, Washington filed a motion to seal excerpts of the deposition transcript Brian Evans. ECF 398. In their motion, the state argued that the "Stipulated Protective Order entered in this matter, ECF No. 70, requires Washington to file under seal material GEO designates confidential, if GEO does not agree to withdraw the Protective Order protections, withdraw the confidential designation, or redact the documents." While this much is true, it is inapplicable here, a fact that the State would have learned had they allowed for adequate time to confer.



AKERMAN LLP
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

Late in the afternoon on August 19, 2020, Washington advised GEO that it intended to rely upon excerpts of the deposition of Brian Evans and requested that GEO meet and confer regarding whether Washington needed to file the excerpts under seal. By mid-day Thursday, August 20, 2020, GEO's counsel indicated it was not available on such short notice, but could review the deposition excerpts later that evening or by early morning Friday, August 21, 2020. Despite no impending deadlines in this case, the State filed its motion without waiting for GEO's response. Had it done so, it may have obviated the issue that is now before the Court. As such, the instant motion was never subject to full and adequate conferral, which is defined by LCR 1 as "a good faith conference in person or by telephone to attempt to resolve the matter in dispute without the court's involvement."

Before filing this response, GEO reviewed the excerpts of the transcript which was marked "Under Protective Order" on each page. GEO had no record of marking every page confidential.[1] GEO contacted the court reporter to find out why the transcript was marked "Under Protective Order" on every page. ECF 401-1 Scheffey Dec. at ¶ 2. The court reporter did not have a record of either side making a request to mark the transcript confidential, but stated that if GEO wished to change the designation of any portion of the transcript it would need "an agreement from all parties," which is inconsistent with the parties' protective order. *Id.* at ¶ 3-5. GEO intends to send updated designations to the State now that it has learned of the court reporter's error. While GEO will seek to have certain exhibits and testimony discussing GEO's finances marked confidential, GEO has reviewed the portions of the deposition transcript filed by the State and does not intend to mark them as confidential.

## II. CONCLUSION

For the foregoing reasons, the State's motion to seal should be denied as moot as neither party claims confidentiality over the filed transcript excerpts.

---

[1] Had the State waited for a conferral, GEO would have indicated that this was one of the concerns GEO had with the transcript.

Respectfully submitted, this 2nd day of September, 2020.

By: *s/ Adrienne Scheffey*
**AKERMAN LLP**
Colin L. Barnacle (Admitted *pro hac vice*)
Christopher J. Eby (Admitted *pro hac vice*)
Adrienne Scheffey (Admitted *pro hac vice*)
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714
Email: colin.barnacle@akerman.com
Email: christopher.eby@akerman.com
Email: adrienne.scheffey@akerman.com

By: *s/ Joan K. Mell*
**III BRANCHES LAW, PLLC**
Joan K. Mell, WSBA #21319
1019 Regents Boulevard, Suite 204
Fircrest, Washington 98466
Telephone: (253) 566-2510
Facsimile: (281) 664-4643
Email: joan@3brancheslaw.com

*Attorneys for Defendant The GEO Group, Inc.*

**PROOF OF SERVICE**

I hereby certify on the 2nd day of September, 2020, pursuant to Federal Rule of Civil Procedure 5(b), I electronically filed and served the foregoing **DEFENDANT THE GEO GROUP, INC.'S OPPOSITION TO PLAINTIFF STATE OF WASHINGTON'S MOTION TO SEAL DOCUMENTS** via the Court's CM/ECF system on the following:

Marsha J. Chien
Andrea Brenneke
Lane Polozola
Patricio A. Marquez
OFFICE OF THE ATTORNEY GENERAL
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104

*Attorneys for Plaintiff*

*s/ Toni Domres*
Toni Domres



**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712