The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | CIVIL ACTION NO. 3:17-cv-05806-RJB<br><br>NOTICE TO WITHDRAW PENDING MOTION TO SEAL |

On August 20, 2020, Washington filed a Motion to Seal, ECF No. 398, to protect the confidentially of deposition transcript excerpts marked as under Protective Order, ECF No. 70. These excerpts were filed as Exhibit K to the Declaration of Andrea Brenneke in Support of Washington's Motion to Compel Partially Unredacted Letter and Underlying Financial Calculations, ECF No. 397. The GEO Group, Inc. filed its response to the Motion to Seal on September 2, 2020, indicating these transcript excerpts were erroneously marked as confidential and are not covered by Protective Order. ECF No. 402. Therefore, Washington files this Notice to Withdraw the Pending Motion to Seal and respectfully asks the clerk to unseal Exhibit K of ECF No. 397.

//

Dated this 4th day of September 2020.

        Respectfully submitted,

        ROBERT W. FERGUSON
        Attorney General of Washington

        s/ *Andrea Brenneke*
        MARSHA CHIEN, WSBA No. 47020
        ANDREA BRENNEKE, WSBA No. 22027
        LANE POLOZOLA, WSBA No. 50138
        PATRICIO A. MARQUEZ, WSBA No. 47693
        Assistant Attorneys General
        Office of the Attorney General
        800 Fifth Avenue, Suite 2000
        Seattle, WA 98104
        (206) 464-7744
        marsha.chien@atg.wa.gov
        andrea.brenneke@atg.wa.gov
        lane.polozola@atg.wa.gov
        patricio.marquez@atg.wa.gov

NOTICE TO WITHDRAW PENDING MOTION TO SEAL    2    ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the United States District Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated this 4th day of September 2020 Seattle, Washington.

Caitilin Hall
Legal Assistant

NOTICE TO WITHDRAW PENDING MOTION TO SEAL

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744