UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STATE OF WASHINGTON,

Plaintiff,

v.

THE GEO GROUP, INC.,

Defendant.

CASE NO. 17-5806 RJB

MINUTE ORDER UNSEALING DOCUMENT

The following Minute Order is made by direction of the Court, United States District Judge Robert J. Bryan:

On August 20, 2020, the State filed a motion to seal (Dkt. 398) excerpts of the deposition transcript of GEO's CFO, Brian Evans, which are attached as Exhibit K to the Declaration of Andrea Brenneke in Support of Washington's Motion to Compel Partially Unredacted Letter and Underlying Financial ("Exhibit K")(filed under seal at Dkt. 399).  The State withdrew its motion (Dkt. 406) and requests that Exhibit K (Dkt. 399) be unsealed because the confidential designation made by the Defendant was done in error. Accordingly, Exhibit K (Dkt. 399) **SHALL BE UNSEALED**.

Dated this 8th day of September, 2020.

The foregoing Minute Order authorized by THE HONORABLE ROBERT J. BRYAN, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER UNSEALING DOCUMENT - 1