The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

STATE OF WASHINGTON,

        Plaintiff,

v.

THE GEO GROUP, INC.,

        Defendant.

Case No.: 3:17-cv-05806-RJB

**[PROPOSED] ORDER GRANTING DEFENDANT THE GEO GROUP, INC.'S *EX PARTE* MOTION FOR EXTENSION OF TIME TO COMPLY WITH ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL (DKT. 409)**

**NOTE ON MOTION CALENDAR:**
Date:  September 17, 2020

This Court, having reviewed Defendant The GEO Group, Inc.'s *Ex Parte* Motion for Extension of Time to Comply with Order Granting Plaintiff's Motion to Compel (Dkt. 409) (the "Motion"), finds good cause exists and the Motion is timely, and therefore GRANTS the Motion.  Defendant shall produce the documents referenced in the Order on or before October 2, 2020.

**IT IS SO ORDERED.**

This the _____ day of _____, 2020.

_____
Honorable Robert J. Bryan
United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION
FOR EXTENSION OF TIME TO COMPLY WITH ORDER
GRANTING PLAINTIFF'S MOTION TO COMPEL (DKT. 409)
(3:17-CV-05806-RJB) – PAGE 1

54682965;1

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  303-260-7712

PRESENTED BY:

By: *s/ Adrienne Scheffey*
**AKERMAN LLP**
Colin L. Barnacle (Admitted *pro hac vice*)
Christopher J. Eby (Admitted *pro hac vice*)
Adrienne Scheffey (Admitted *pro hac vice*)

By: *s/ Joan K. Mell*
**III BRANCHES LAW, PLLC**
Joan K. Mell, WSBA #21319

*Counsel for Defendant The GEO Group, Inc.*

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO COMPLY WITH ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL (DKT. 409) (3:17-CV-05806-RJB) – PAGE 2

54682965;1

**AKERMAN LLP**

1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  303-260-7712