UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON, | CASE NO. 17-5806 RJB |
| Plaintiff, | ORDER DENYING DEFENDANT AND COUNTER PLAINTIFF THE GEO GROUP, INC.'S MOTION FOR IN CAMERA REVIEW AND TO ORDER THE STATE TO FILE GEO'S EXHIBIT 231 IN NATIVE FORMAT WITHOUT FULL PAGE REDACTIONS FOR USE AT TRIAL (Dkt. 403) |
| v. | |
| THE GEO GROUP, INC., | |
| Defendant. | |

This matter comes before the Court on the above-referenced motion (Dkt. 403).  The Court has read and considered the file and documents filed in support of and in opposition to the motion.

It appears to the Court that his motion is an attempt to reopen discovery and/or is a motion *in limine*.  In either case, the motion is not timely.  *See* Dkts.  354 and 171.

The motion (Dkt. 403) should be, and is hereby, DENIED.

ORDER -

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 28th day of September, 2020.

ROBERT J. BRYAN
United States District Judge

ORDER -