The Honorable Robert J. Bryan

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>            Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>            Defendant. | Case No.: 3:17-cv-05806-RJB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT THE GEO GROUP, INC.'S MOTION FOR RECONSIDERATION OF ORDER GRANTING STATE OF WASHINGTON'S MOTION TO COMPEL PARTIALLY UNREDACTED LETTER AND RELATED FINANCIAL CALCULATIONS (DKT. 409)**<br><br>**NOTE ON MOTION CALENDAR:**<br>Date:  September 28, 2020 |

This Court, having reviewed Defendant The GEO Group, Inc.'s Motion for Reconsideration of Order Granting State of Washington's Motion to Compel Partially Unredacted Letter and Related Financial Calculations (Dkt. 409) (the "Motion"), finds good cause exists and the Motion is timely, and that GEO has established that the subject documents are privileged. This Court therefore GRANTS the Motion and hereby withdraws the Order in Docket 409.

///

///

///

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR RECONSIDERATION OF ORDER GRANTING STATE OF WASHINGTON'S MOTION TO COMPEL PARTIALLY UNREDACTED LETTER AND RELATED FINANCIAL CALCULATIONS (DKT. 409) (3:17-CV-05806-RJB) – PAGE 1

54703266;1

**AKERMAN LLP**

1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  303-260-7712

**IT IS SO ORDERED.**

This the _____ day of _____, 2020.

_____
Honorable Robert J. Bryan
United States District Court Judge

PRESENTED BY:

By: *s/ Adrienne Scheffey*
**AKERMAN LLP**
Colin L. Barnacle (Admitted *pro hac vice*)
Christopher J. Eby (Admitted *pro hac vice*)
Adrienne Scheffey (Admitted *pro hac vice*)

By: *s/ Joan K. Mell*
**III BRANCHES LAW, PLLC**
Joan K. Mell, WSBA #21319

*Counsel for Defendant The GEO Group, Inc.*

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION
FOR RECONSIDERATION OF ORDER GRANTING STATE
OF WASHINGTON'S MOTION TO COMPEL PARTIALLY
UNREDACTED LETTER AND RELATED FINANCIAL
CALCULATIONS (DKT. 409) (3:17-CV-05806-RJB) – PAGE 2

**AKERMAN LLP**

1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  303-260-7712

54703266;1