UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STATE OF WASHINGTON,

                        Plaintiff,

        v.

THE GEO GROUP INC.,

                        Defendant.

CASE NO. 17-5806 RJB

MINUTE ORDER

The following Minute Order is made by direction of the Court, United States District Judge Robert J. Bryan:

The Court hereby requests a Response from Plaintiff to Defendant's Motion for Reconsideration (Dkt. 419) (LCR 7(h)). Response should be filed by 16 October 2020, and any Reply by 22 October 2020.

Dated this 30th day of September, 2020.

The foregoing Minute Order authorized by THE HONORABLE ROBERT J. BRYAN, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 1