UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>               Plaintiff,<br>     v.<br><br>THE GEO GROUP, INC.,<br><br>               Defendant. | CASE NO. 17-5806 RJB<br><br>ORDER ON MOTION FOR RECONSIDERATION |

This matter comes before the Court on Defendant The Geo Group, Inc.'s Motion For Reconsideration of Order Granting State of Washington's Motion to Compel Partially Unredacted Letter and Related Financial Calculations (Dkt. 419).  The Court is fully advised.

The Defendant here attacks the Court's Order Granting State of Washington's Motion to Compel Partially Unredacted Letter and Related Financial Calculations (Dkt. 409).  The Order was, by design, somewhat conclusory.  The parties should not take the Order to mean that the Court did not consider all the arguments and authority offered by the parties.  Its conclusionary language simply indicated, by inference, that the Court did not buy into Defendant's position and arguments, and that further explanation was not necessary.

ORDER ON MOTION FOR RECONSIDERATION - 1

The Court has fully considered all documents filed in support of, and in opposition to this Motion to Reconsider through Docket Number 425 and its exhibits. There is no manifest error in the Court's Order (Dkt. 409) nor are there new facts or law shown that would change the Order. Western District of Washington Local Civil Rule 7(h). If the Defendant wanted the material to be subject to protection, it should not have been sent to ICE, a third party.

Therefore, Defendant The Geo Group, Inc.'s Motion For Reconsideration of Order Granting State of Washington's Motion to Compel Partially Unredacted Letter and Related Financial Calculations (Dkt. 419) is DENIED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 26th day of October, 2020.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER ON MOTION FOR RECONSIDERATION - 2