**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
UNITED STATES COURTHOUSE AT UNION STATION
1717 Pacific Avenue, Room 4427
Tacoma, Washington 98402-3224

**ROBERT J. BRYAN**  Telephone:
United States District Judge  (253) 882-3870

December 4, 2020

TO:   All Counsel in:   C17-5806RJB, State of Washington v The GEO Group, Inc.
      C17-5769RJB, Nwauzor et al v The GEO Group, Inc.

FROM:  Judge Robert J. Bryan

Dear Counsel:

The pandemic continues to rage around us, and it appears that we will not be able to conduction "normal" jury trials for many months.  There is one possibility –

Judges Zilly and Pechman have conducted all-virtual civil jury trials on the Zoom platform, and they report positive results.  I am attaching a report on Judge Zilly's trial from The American Lawyer, and an interview with Judge Pechman.

I have been doubtful that your cases would fit an all -Zoom platform due to the number of witnesses and exhibits, but maybe it would work.  It would require cooperation from all parties.  I think it is an open question as to whether a stipulation is required.

I have conducted hearings, and one non-jury trial, all on Zoom, and they all went well.

Judge Zilly's case is *Dallo v. Holland America NV, LLC*, Cause Number 2:19-cv-00865 TSZ, and Judge Pechman's cases are *Goldstein v FedEx Freight, Inc.*, Cause Number 2:18-cv-011 64MJP and *Hopkins v Integon General Insurance Corp.,* 218-cv-01723 MJP.  I am sure counsel in those cases and the judges' staff, can and will answer any questions you may have.

Also available are materials prepared by the Court's committee on remote proceedings, at https://www.wawd.uscourts.gov/attorneys/remotehearings.

If you all want to consider a Zoom trial, it will require additional preparation, discussion, and agreements, but I think we could go to trial soon after the new year.  The alternative is to wait out the pandemic.

Let me know what you think about a Zoom trial by joint report on or before December 18, 2020.

Sincerely,

*Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

RJB/jvl

2 Attachments

cc:   Court file