UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>               Plaintiff,<br><br>      v.<br><br>THE GEO GROUP, INC.,<br><br>               Defendant. | C17-5806RJB |
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>               Plaintiffs,<br><br>      v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>               Defendant | C17-5769RJB<br><br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, United States District Judge Robert J. Bryan:

MINUTE ORDER - 1

The Court has received the Joint Report Regarding Remote Trial Proceedings (C17-5806RJB, Dkt. 430; C17-5769RJB, Dkt. 314) and will make no order in that regard *sua sponte*.

Dated this 6th day of January, 2021.

The foregoing Minute Order authorized by THE HONORABLE ROBERT J. BRYAN, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 2