The Honorable Robert J. Bryan

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| STATE OF WASHINGTON, | CIVIL ACTION NO. 3:17-cv-05806-RJB |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING PLAINTIFF STATE OF WASHINGTON'S MOTION FOR TRIAL SETTING IN PERSON OR BY ZOOM |
| THE GEO GROUP, INC., | |
| Defendant. | |

The matter comes before the Court on Plaintiff State of Washington's Motion for Trial Setting In Person or by Zoom. The Court, having considered all legal authority, briefing, and argument submitted on this matter, hereby makes the following findings:

1)  The COVID-19 pandemic public health emergency has resulted in the Western District of Washington's issuance of General Orders closing courtrooms and continuing all in-person civil trials from March 2020 to March 31, 2021;

2)  The COVID-19 emergency is ongoing and now includes the emergence of one or more new and more contagious strains of the Coronavirus. The public health response is also ongoing, including restrictions of in-person gatherings and mask requirements, as well as a vaccination campaign which will take many months to complete.

[PROPOSED] ORDER GRANTING
PLAINTIFF STATE OF WASHINGTON'S
MOTION FOR TRIAL SETTING IN
PERSON OR BY ZOOM

1

3) Many virtual civil bench trials and jury trials have been conducted successfully in the Western District of Washington using the Zoom platform in accordance with a virtual trial handbook and procedures, ensuring a fair trial for all parties;

4) The ongoing closure of courtrooms, and postponement of in-person civil trials, are likely to continue into the indefinite future in order to protect the health and safety of all participants, including jurors, witnesses, trial counsel, courtroom staff, and judges. After courtrooms reopen, we will need to prioritize the setting of criminal trials over civil trials. It is likely, as well, that once we reopen, all in-person trial proceedings will require ongoing public health precautions, including the requirement that participants wear masks;

5) This case has been pending for over three years, all pretrial proceedings have been completed, and the trial date has been postponed for over a year. Future indefinite delay of the trial would prejudice Washington, and many of Washington's most vulnerable residents, by postponing the determination of whether the Washington Minimum Wage Act applies to detainee work at the Northwest Detention Center (NWDC) and the protections of that law.

Based on the foregoing findings, Plaintiff's Motion for Trial Setting In Person or by Zoom is GRANTED. Trial in this matter (including in the consolidated case of *Nwauzor v. The GEO Group, Inc.*, Case No. 3:17-cv-05769-RJB) is set for April or May ___, 2021. Trial will proceed in person if permitted under the Court's General Orders or by Zoom if in-person jury trials have not yet resumed.

**IT IS SO ORDERED.**

DATED this _____ day of February 2021.

_____
ROBERT J. BRYAN
United States District Judge

[PROPOSED] ORDER GRANTING
PLAINTIFF STATE OF WASHINGTON'S
MOTION FOR TRIAL SETTING IN
PERSON OR BY ZOOM

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

Presented by:

ROBERT W. FERGUSON
Attorney General of Washington

*s/ Andrea Brenneke*
MARSHA CHIEN, WSBA No. 47020
ANDREA BRENNEKE, WSBA No. 22027
LANE POLOZOLA, WSBA No. 50138
PATRICIO A. MARQUEZ, WSBA No. 47693
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
marsha.chien@atg.wa.gov
andrea.brenneke@atg.wa.gov
lane.polozola@atg.wa.gov
patricio.marquez@atg.wa.gov

[PROPOSED] ORDER GRANTING
PLAINTIFF STATE OF WASHINGTON'S
MOTION FOR TRIAL SETTING IN
PERSON OR BY ZOOM

3

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744