UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>               Plaintiff,<br><br>     v.<br><br>THE GEO GROUP, INC.,<br><br>               Defendant. | C17-5806RJB |
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>               Plaintiffs,<br><br>     v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>               Defendant | C17-5769RJB<br><br><br><br>ORDER FOR STATUS CONFERENCE |

Pending before the Court is Plaintiff State of Washington's Motion for Trial Setting In Person or Zoom (Dkt. 432). The Court has read and considered all documents filed in support of

ORDER FOR STATUS CONFERENCE - 1

and in opposition to the motion, as well as the parties' Joint Report Regarding Remote Trial Proceedings (Dkt. 430), and the remainder of the file.  The Court is fully advised.  The Court does not need oral argument on the remote trial issue to fairly resolve the motion.

The Court does, however, need further input from counsel, and will set a Zoom status conference, as soon as practicable, with lead trial counsel only to address the Court.  The Court's Deputy Clerk, Tyler Campbell, will contact counsel to aid the Court and counsel in setting the status conference.

The agenda for the status conference will include the following:

1.  Trial setting and setting further pretrial hearings.  Lead counsel must have all necessary trial participants' calendars available at the status conference.

2.  Ruling on the pending motion.

3.  Counsel should submit to the Court, by the time of the status conference, a list, by exhibit numbers from the list of the exhibits filed at Docket Number 377-1 as part of the Pretrial Order (Dkt. 388), of those proposed exhibits that will be offered in the first phase of the trial regarding whether Defendant is required to pay Minimum Wage Act to detainees.

4.  The Court will consider whether to set an additional Pretrial Conference hearing to consider, insofar as possible pretrial, the admissibility of the exhibits to be offered in the first phase of the case.

5.  Counsel should consider whether some exhibits and witnesses can be withdrawn from the Pretrial Order, and should advise the Court on that subject at the status conference, with emphasis on the first phase of the trial.

6.  The Court is aware of the age of this case, and will consider any other matters that will assist in securing the just, speedy, and inexpensive determination of the action.

ORDER FOR STATUS CONFERENCE - 2

IT IS SO ORDERED.

Dated this 5th day of March, 2021.

ROBERT J. BRYAN
United States District Judge

ORDER FOR STATUS CONFERENCE - 3