**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
UNITED STATES COURTHOUSE AT UNION STATION
1717 Pacific Avenue, Room 4427
Tacoma, Washington 98402-3224

**ROBERT J. BRYAN**                                                                              Telephone:
United States District Judge                                                    (253) 882-3870

May 6, 2021

TO:     All Counsel in:     C17-5806RJB, State of Washington v The GEO Group, Inc.
                                          C17-5769RJB, Nwauzor et al v The GEO Group, Inc.

FROM: Judge Robert J. Bryan

Dear Counsel:

       Attached hereto find the following:

1. Proposed Court's Case Introduction to all Jurors;

2. Proposed Court's Voir Dire;

3. Proposed Court's Preliminary Instructions to the Jury;

4. Discussion draft of proposed final Court's Instructions to the Jury; and

5. Discussion draft of proposed Verdict Form.

    I am mindful that in the discussion draft of the proposed final instructions, I have not included all of the issues that are in the pleadings. Obviously, the final instructions will include all issues raised by the evidence that require instructions.

    If I have omitted anything necessary, or if there is error in the first three documents, please respond in writing before the Supplemental Pretrial Conference set for May 21, 2021.

                                                    Sincerely,

                                                    ROBERT J. BRYAN
                                                     United States District Judge

RJB/jvl
Attachments

cc:     Court file