UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | CASE NO. 17-5806 RJB<br><br>ORDER DENYING THE GEO GROUP, INC.'S MOTION TO DETERMINE LIMITATION PERIOD FOR STATE'S MINIMUM WAGE CLAIM AND/OR LIMIT SCOPE OF PHASE ONE EVIDENCE |

This matter comes before the Court on the above-referenced motion (Dkt. 456). The Court is fully advised and has read and considered all filings in support of and in opposition to the motion. For the following reasons, the motion should be denied:

1. Insofar as the motion is a motion *in limine*, it is untimely (*see* Dkt 354).

2. Insofar as the motion is a motion for reconsideration, it is untimely. Western District of Washington Local Civil Rule 7(h).

ORDER -

3. There is no statute of limitations covering the State's claims in this case. *See* Dkt. No. 44 at 9. The State's claims are not directed at the detainees' losses, if any, but at GEO's unjust gains, if any, arising from the Minimum Wage Act issues.

4. Exhibits dated before September 2014 <u>may</u> be admissible, but all exhibits must be relevant to the phase of the cases at trial, and admissible under the Federal Rules of Evidence. No wholesale rule or presumption of inadmissibility, or conditional exclusion of unknown and unspecified exhibits is appropriate.

IT IS SO ORDERED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 26th day of May, 2021.

_____
ROBERT J. BRYAN
United States District Judge

ORDER -