The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | Case No.: 3:17-cv-05806-RJB |
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>Defendant. | Case No.: 3:17-cv-05769-RJB<br><br>**THE GEO GROUP, INC.'S TRIAL EXHIBIT CERTIFICATION** |

I hereby certify under penalty of perjury that The GEO Group, Inc.'s exhibits displayed to the jury via ZoomGov's Share Screen function are identical to the exhibits uploaded to the folder "C17-5769 & 5806-RJB Defendant's Exhibits" on Box.com.

GEO'S TRIAL EXHIBIT CERTIFICATION
(3:17-CV-05806-RJB) (3:17-CV-05769-RJB)

58424964;1

AKERMAN LLP
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

1  DATED this 31st day of May 2021.

2                                              Respectfully submitted,

By: *s/ Adrienne Scheffey*
**AKERMAN LLP**
Adrienne Scheffey (Admitted *pro hac vice*)
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714
Email: adrienne.scheffey@akerman.com

By: *s/ Lawrence D. Silverman*
**AKERMAN LLP**
Lawrence D. Silverman (Admitted *pro hac vice*)
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33161
Telephone: (305) 982-5666
Facsimile: (305) 374-5905
Email: lawrence.silverman@akerman.com

By: *s/ Joan K. Mell*
**III BRANCHES LAW, PLLC**
Joan K. Mell, WSBA #21319
1019 Regents Boulevard, Suite 204
Fircrest, Washington 98466
Telephone: (253) 566-2510
Facsimile: (281) 664-4643
Email: joan@3brancheslaw.com

*Attorneys for The GEO Group, Inc.*

GEO'S TRIAL EXHIBIT CERTIFICATION- 2
(3:17-CV-05806-RJB) (3:17-CV-05769-RJB)
58424964;1

AKERMAN LLP
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

# PROOF OF SERVICE

I hereby certify on the 31st day of May, 2021, pursuant to Federal Rule of Civil Procedure 5(b), I electronically filed and served the foregoing **THE GEO GROUP, INC.'S TRIAL EXHIBIT CERTIFICATION** via the Court's CM/ECF system on the following:

**OFFICE OF THE ATTORNEY GENERAL**
Marsha J. Chien
Andrea Brenneke
Lane Polozola
Patricio A. Marquez
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104
*Attorneys for Plaintiff State of Washington*

**SCHROETER GOLDMARK & BENDER**
Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
Jamal N. Whitehead, WSBA #39818
Rebecca J. Roe, WSBA #7560
810 Third Avenue, Suite 500
Seattle, Washington 98104
Telephone:  (206) 622-8000
Facsimile:   (206) 682-2305
Email:  hberger@sgb-law.com
Email:  halm@sgb-law.com
Email:  whitehead@sgb-law.com
Email:  roe@sgb-law.com

**THE LAW OFFICE OF R. ANDREW FREE**
Andrew Free (Admitted *Pro Hac Vice*)
P.O. Box 90568
Nashville, Tennessee 37209
Telephone:  (844) 321-3221
Facsimile:   (615) 829-8959
Email:  andrew@immigrantcivilrights.com

**OPEN SKY LAW PLLC**
Devin T. Theriot-Orr, WSBA #33995
20415 72nd Avenue S, Suite 100
Kent, Washington 98032
Telephone:  (206) 962-5052
Facsimile:   (206) 681-9663
Email:  devin@openskylaw.com

**MENTER IMMIGRATION LAW, PLLC**
Meena Menter, WSBA #31870

PROOF OF SERVICE
(3:17-CV-05806-RJB) (3:17-CV-05769-RJB)
PAGE 3

58424964;1

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

1 | 8201 164th Avenue NE, Suite 200
2 | Redmond, Washington 98052
  | Telephone: (206) 419-7332
3 | Email:  meena@meenamenter.com

*Attorneys for Plaintiffs Ugochukwu Nwauzor, et al.*

                                            *s/ Adrienne Scheffey*
                                            Adrienne Scheffey

PROOF OF SERVICE
(3:17-CV-05806-RJB) (3:17-CV-05769-RJB)
PAGE 4

58424964;1

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712