The Honorable Robert J. Bryan

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>       Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>       Defendant. | Case No.: 3:17-cv-05806-RJB |
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>       Defendant. | Case No.: 3:17-cv-05769-RJB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT THE GEO GROUP, INC.'S MOTION FOR JUDGMENT AS A MATTER OF LAW**<br><br><br><br>**NOTE ON MOTION CALENDAR:**<br>Date: June 10, 2021 |

This Court, having reviewed Defendant The GEO Group, Inc.'s Motion for Judgment as a Matter of Law (*State of Washington* Dkt. 477, *Nwauzor* Dkt. 366) (the "Motion"), finds good cause exists and the Motion is timely. This Court therefore GRANTS the Motion.

///

///

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION FOR JUDGMENT AS A MATTER OF LAW
(3:17-CV-05806-RJB) (3:17-CV-05769-RJB)
PAGE 1

58563106;1

**AKERMAN LLP**

1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  303-260-7712

**IT IS SO ORDERED.**

This the _____ day of _____, 2021.

_____
Honorable Robert J. Bryan
United States District Court Judge

PRESENTED BY:

By: *s/ Adrienne Scheffey*
**AKERMAN LLP**
Adrienne Scheffey (Admitted *pro hac vice*)
Lawrence D. Silverman (Admitted *pro hac vice*)

By: *s/ Joan K. Mell*
**III BRANCHES LAW, PLLC**
Joan K. Mell, WSBA #21319

*Counsel for Defendant The GEO Group, Inc.*

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION FOR JUDGMENT AS A MATTER OF LAW
(3:17-CV-05806-RJB) (3:17-CV-05769-RJB)
PAGE 2

58563106;1

**AKERMAN LLP**

1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  303-260-7712