The Honorable Robert J. Bryan

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

STATE OF WASHINGTON,

          Plaintiff,

    v.

THE GEO GROUP, INC.,

          Defendant.

CIVIL ACTION NO. 3:17-cv-05806-RJB

**[PROPOSED] ORDER GRANTING PLAINTIFF STATE OF WASHINGTON'S MOTION FOR JUDGMENT AS A MATTER OF LAW ON GEO'S DEFENSES**

NOTE ON MOTION CALENDAR:
June 14, 2021

Having considered all legal authority, briefing, and argument submitted to the Court on this matter, it is hereby ORDERED, ADJUDGED AND DECREED that Plaintiff State of Washington's Motion for Judgment as a Matter of Law on GEO's Defenses is GRANTED.

The Court hereby ENTERS JUDGMENT AS A MATTER OF LAW against Defendant The GEO Group, Inc. on the following defenses:

(1) the residential exemption (Wash. Rev. Code § 49.46.010(3)(j)) to the Minimum Wage Act (MWA);

(2) the government-operated facility exemption (Wash. Rev. Code § 49.46.010(3)(k)) to the MWA;

(3) derivative sovereign immunity; and

(4) intergovernmental immunity.

[PROPOSED] ORDER GRANTING
PLAINTIFF STATE OF WASHINGTON'S
MOTION FOR JUDGMENT AS A
MATTER OF LAW ON GEO'S
DEFENSES

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

**IT IS SO ORDERED.**

DATED this _____ day of June 2021.


_____
ROBERT J. BRYAN
United States District Judge


Presented by:

ROBERT W. FERGUSON
Attorney General of Washington

*s/Marsha Chien*
MARSHA CHIEN, WSBA No. 47020
ANDREA BRENNEKE, WSBA No. 22027
LANE POLOZOLA, WSBA No. 50138
PATRICIO A. MARQUEZ, WSBA No. 47693
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
marsha.chien@atg.wa.gov
andrea.brenneke@atg.wa.gov
lane.polozola@atg.wa.gov
patricio.marquez@atg.wa.gov

[PROPOSED] ORDER GRANTING
PLAINTIFF STATE OF WASHINGTON'S
MOTION FOR JUDGMENT AS A
MATTER OF LAW ON GEO'S
DEFENSES

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744