|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| STATE OF WASHINGTON, | CASE NO. 3:17-cv-05806-RJB |
|---|---|
| Plaintiff, | |
| v. | |
| THE GEO GROUP, INC., | |
| Defendant. | |
| | |
| UGOCHUKWU GOODLUCK NWAUZOR, individually and on behalf of all those similarly situated, and FERNANDO AGUIRRE-URBINA, individually, | CASE NO. 3:17-cv-05769-RJB |
| | **EXHIBIT LIST OF JURY TRIAL** |
| Plaintiffs, | |
| v. | |
| THE GEO GROUP, INC., | |
| Defendant. | |

EXHIBIT LIST - 1

| NO. | DESCRIPTION | DATE ADMITTED | COMMENTS |
|---|---|---|---|
| 321 | 5/30/14 Detainee Kite requesting to work | 6/2/2021 | |
| 309 | 10/22/2015 Pod Porters Roster | 6/2/2021 | |
| 229 | VWP Agreement | 6/2/2021 | |
| 080 | Daily Detainee Worker Pay Sheet – Blank & G-4 Pod Roster for 6/14/17 | 6/2/2021 | |
| 115 | 12/07/2009 Batch Summary | 6/2/2021 | |
| 082 | 3/1/2010 Email from Alisha Singleton to Shihpei Stevenson | 6/2/2021 | |
| 103 | Refusal to Work Form | 6/2/2021 | |
| 069 | 06/14/2011 Department Head Meeting Minutes | 6/2/2021 | |
| 078 | 5/1/2012 Department Head Meeting Notes | 6/2/2021 | |
| 014 | 4/12/2012 Memorandum from Classification to Associate Warden McHatton | 6/2/2021 | |
| 131 | Welcome Book ACA Audit – September 25-27, 2017 | 6/2/2021 | |
| 123 | NWDC Detainee Handbook – 8/1/16 | 6/2/2021 | |
| 244 | Photograph of laundry with detainee emptying drier | 6/2/2021 | |
| 329 | House Unit Photograph | 6/2/2021 | |
| 522 | Photographs of the detainee living areas | 6/2/2021 | |
| 297 | House Unit Photograph | 6/2/2021 | |
| 521 | Photographs of the detainee living areas | 6/2/2021 | |
| 430 | Kitchen Photograph | 6/2/2021 | |
| 002 | GEO NWDC Policy and Procedure Manual- 5.1.2 Voluntary Work Program. Effective: 4/13/2015. | 6/2/2021 | |

EXHIBIT LIST - 2

| NO. | DESCRIPTION | DATE ADMITTED | COMMENTS |
|---|---|---|---|
| 083 | Job Description- Cook/Prep/Server | 6/2/2021 | |
| 084 | Job Description- Dishwasher | 6/2/2021 | |
| 085 | Job Description – Laundry Worker | 6/2/2021 | |
| 088 | Job Description – Barber | 6/2/2021 | |
| 089 | Job Description – Barber Cleaner | 6/2/2021 | |
| 091 | Job Description – Pod Porter | 6/2/2021 | |
| 017 | PBNDS 2011 – 5.8 Voluntary Work Program | 6/2/2021 | |
| 132 | September 1, 2015 Department Head Meeting Minutes | 6/2/2021 | |
| 127 | Complete Copy of 2011 PBNDS, as revised | 6/2/2021 | |
| 141 | Post Order: Laundry Officer, Effective Date: 4/5/2016 | 6/2/2021 | |
| 137 | GEO NWDC Policy and Procedure Manual 3.3.1: Infractions and Disciplinary Sanctions | 6/2/2021 | |
| 129 | 2015 contract between Immigration and Customs Enforcement (ICE) and GEO, No. HSCEDM-15-D-00015 in effect September 28, 2015 | 6/2/2021 | |
| 146 | 8/24/2011 Memorandum from Heather West to Mike Ruckstuhl | 6/2/2021 | |
| 364 | 8/30/2014 Email from Bill McHatton to Lowell Clark | 6/2/2021 | |
| 233 | Photograph of hallway outside of laundry with detainee and 3 GEO employees | 6/2/2021 | |
| 197 | GEO NWDC Policy 5.1.2, effective 4/18/14 | 6/3/2021 | |
| A-282 | Policy and Procedure Manual 5.1.2 with Signatures | 6/3/2021 | |

EXHIBIT LIST - 3

| NO. | DESCRIPTION | DATE ADMITTED | COMMENTS |
|---|---|---|---|
| 442 | Kitchen Photograph | 6/3/2021 | |
| 445 | Kitchen Photograph | 6/3/2021 | |
| 433 | Kitchen Photograph | 6/3/2021 | |
| 447 | Kitchen Photograph | 6/3/2021 | |
| 527 | Kitchen Photograph | 6/3/2021 | |
| 049 | Photograph of Detainee Workers in the Kitchen | 6/3/2021 | |
| 439 | Kitchen Photograph | 6/3/2021 | |
| 434 | Kitchen Photograph | 6/3/2021 | |
| 352 | Kitchen Photograph | 6/3/2021 | |
| 353 | Kitchen Photograph | 6/3/2021 | |
| 438 | Kitchen Photograph | 6/3/2021 | |
| 459 | Kitchen Photograph | 6/3/2021 | |
| 440 | Kitchen Photograph | 6/3/2021 | |
| 456 | Kitchen Photograph | 6/3/2021 | |
| 005 | Kitchen Worker Orientation Packet | 6/3/2021 | |
| 051 | 5/31/2010 Outcount Sheet Lunch Pay Sheet | 6/3/2021 | |
| 037 | GEO Group's Standards Compliance Checklist | 6/3/2021 | |
| 027 | GEO Corporate Policy and Procedure Manual - 4.3.1: Food Service Management Procedure, Effective 4/18/14 | 6/3/2021 | |
| 035 | 2013 NWDC Year End Report | 6/4/2021 | |
| 057 | 5/9/2013 Daily Detainee Worker Pay Sheets | 6/4/2021 | |
| 300 | Internal/External Job Posting – Food Service Supervisor NWDC | 6/4/2021 | |
| 303 | Food Service Department - Food Cost Summary | 6/4/2021 | |
| 306 | Detainee/Staff Health and Hygiene | 6/4/2021 | |
| 234 | Photograph of bins with laundry in the hallway outside of the laundry | 6/4/2021 | |

EXHIBIT LIST - 4

Case 3:17-cv-05806-RJB   Document 489   Filed 06/17/21   Page 5 of 7

| NO. | DESCRIPTION | DATE ADMITTED | COMMENTS |
|---|---|---|---|
| 435 | Kitchen Photograph | 6/4/2021 | |
| 607 | Detainee Kite #2,193,425 Sent to ICE 9/30/17, Received by ICE and closed 10/3/17. | 6/4/2021 | |
| A-286 | Orlando Marquez-Zavalsa VWP Documents–Signed Voluntary Work Form 04/25/17 (In Spanish) | 6/4/2021 | |
| A-289 | Orlando Marquez-Zavalsa VWP Documents–Refusal to Work Form 06/16/17 | 6/4/2021 | |
| A-287 | Orlando Marquez-Zavalsa VWP Documents – VWP Request to Work 05/31/17 | 6/4/2021 | |
| 408A | Daily Detainee Worker Pay Sheet for 7/22/17 for Pod G3 | 6/4/2021 | |
| 216 | Barbershop Photograph | 6/7/2021 | |
| A-296 | Karla Gomez-Soto (Maria Nayra Gomez Sotelo) VWP Documents–VWP Agreement 04/23/18 | 6/7/2021 | |
| A-297 | Karla Gomez-Soto (Maria Nayra Gomez Sotelo) VWP Documents–VWP Request to Work 05/02/18 | 6/7/2021 | |
| A-298 | Karla Gomez-Soto (Maria Nayra Gomez Sotelo) VWP Documents–Refusal to Work Form 06/05/18 | 6/7/2021 | |
| A-299 | Karla Gomez-Soto (Maria Nayra Gomez Sotelo) VWP Documents–VWP Agreement 10/04/18 | 6/7/2021 | |
| A-300 | Karla Gomez-Soto (Maria Nayra Gomez Sotelo) VWP Documents–Detainee Job Description for Laundry Worker 10/04/18 | 6/7/2021 | |

EXHIBIT LIST - 5

| NO. | DESCRIPTION | DATE ADMITTED | COMMENTS |
|---|---|---|---|
| 341 | Declaration of former detainee Karla Gomez Soto (Maria Nayra Gomez Sotelo) in Spanish | 6/7/2021 | |
| 342 | Certified translation of declaration of Karla Gomez Soto (Maria Nayra Gomez Sotelo) in English | 6/7/2021 | |
| 491 | Grey Mile Photograph | 6/7/2021 | |
| 474 | Grey Mile Photograph | 6/7/2021 | |
| 490 | Grey Mile Photograph | 6/7/2021 | |
| 020 | Chart of Hours Worked and Number of Workers | 6/7/2021 | |
| A-219 | Photographs | 6/8/2021 | |
| A-281 | Northwest Mural | 6/8/2021 | |
| 036 | 2014 NWDC Year End Report | 6/8/2021 | |
| 598 | House Unit Photograph | 6/8/2021 | |
| 347 | Commission on Accreditation for Corrections Standards Compliance Reaccreditations Audit | 6/8/2021 | |
| 175 | 1/2/2017 Batch Summary | 6/8/2021 | |
| 534 | Payroll Transactions 8/1/2017-9/1/2017 | 6/8/2021 | |
| 180 | Invoice to ICE November 2016 | 6/8/2021 | |
| 260 | 9/2/2015 Email from Ryan Kimble to Chuck Hill | 6/8/2021 | |
| 194 | 2014 Budget Western Region Overview – Slideshow | 6/8/2021 | |
| 253 | Consolidated Financial Statement for 2005 through 2018 for Northwest Detention Center with writing | 6/8/2021 | |
| 184 | 8/25/2015 Email from Matt DenAdel to Amber Martin with attached Final GEO Ex. D Tacoma 1101 Bed Guarantee 082575.xls pricing workbook | 6/9/2021 | |

EXHIBIT LIST - 6

| NO. | DESCRIPTION | DATE ADMITTED | COMMENTS |
|---|---|---|---|
| 269 | GEO NWDC Detainee Work Reimbursement from ICE | 6/9/2021 | |
| 262 | Northwest ICE Processing Center Facility Financial Summaries | 6/9/2021 | |
| 365A | May 30, 2018 Letter from GEO CEO to Peter Edge | 6/9/2021 | |
| 608 | Map of Nigeria | 6/9/2021 | Illustrative only |
| A-303 | Nwauzor VWP Documents – VWP Agreement 11/10/16 | 6/9/2021 | |
| 609 | Agreed Facts | 6/10/2021 | |
| A-023 | GEO's Contract with the Washington Department of Corrections (May 2015) | 6/10/2021 | |
| A-025 | Correctional Industries Class II Employment (2014) | 6/10/2021 | |
| A-031 | Correctio3al Industries Class III Employment (2008) | 6/10/2021 | |
| A-054 | Correctional Industries Annual Report (2017) | 6/10/2021 | |
| A-055 | About Washington State Correctional Industries | 6/10/2021 | |
| A-044 | Washington DOC Food Services Program | 6/10/2021 | |
| A-014 | Special Commitment Center Residential Vocational Program Policy | 6/11/2021 | |
| A-308 | Minimum Wage Act Applicability Policy ES.A.1, Chapter RCW 49.46, Rev. 07/15/14 | 6/11/2021 | |
| A-321 | Minimum Wage Act Applicability Policy ES.A.1, Chapter RCW 49.46, Rev. 12/29/20 | 6/14/2021 | |

EXHIBIT LIST - 7