The Honorable Robert J. Bryan

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

STATE OF WASHINGTON,

               Plaintiff,

    v.

THE GEO GROUP, INC.,

               Defendant.

CIVIL ACTION NO. 3:17-cv-05806-RJB

[PROPOSED] ORDER GRANTING PLAINTIFF STATE OF WASHINGTON'S MOTION TO SET NEW MINIMUM WAGE ACT LIABILITY TRIAL DATE AND TO SET DATE FOR PHASE III OF TRIAL

NOTE ON MOTION CALENDAR: July 9, 2021

The matter comes before the Court on Plaintiff State of Washington's Motion to Set New Minimum Wage Act Liability Trial Date and to Set Date for Phase III of Trial. The Court, having considered all legal authority, briefing, and argument submitted on this matter, hereby GRANTS Plaintiff's motion.

Trial on Minimum Wage Act liability (including in the consolidated case of *Nwauzor v. The GEO Group, Inc.*, Case No. 3:17-cv-05769-RJB) is set for _____, 2021. Trial will proceed in person if permitted under the Court's General Orders or by Zoom if in-person jury trials have not yet resumed.

    Phase III of trial will be set for _____, 2021

[PROPOSED] ORDER GRANTING
PLAINTIFF STATE OF WASHINGTON'S
MOTION TO SET NEW MINIMUM
WAGE ACT LIABILITY TRIAL DATE
AND TO SET DATE FOR PHASE III OF
TRIAL

1

**IT IS SO ORDERED.**

DATED this _____ day of _____ 2021.

_____
ROBERT J. BRYAN
United States District Judge

Presented by:

ROBERT W. FERGUSON
Attorney General of Washington

*s/ Andrea Brenneke*
MARSHA CHIEN, WSBA No. 47020
ANDREA BRENNEKE, WSBA No. 22027
LANE POLOZOLA, WSBA No. 50138
PATRICIO A. MARQUEZ, WSBA No. 47693
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
marsha.chien@atg.wa.gov
andrea.brenneke@atg.wa.gov
lane.polozola@atg.wa.gov
patricio.marquez@atg.wa.gov

[PROPOSED] ORDER GRANTING
PLAINTIFF STATE OF WASHINGTON'S
MOTION TO SET NEW MINIMUM
WAGE ACT LIABILITY TRIAL DATE
AND TO SET DATE FOR PHASE III OF
TRIAL

2