The Honorable Robert J. Bryan

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| STATE OF WASHINGTON, | CIVIL ACTION NO. 3:17-cv-05806-RJB |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF STATE OF WASHINGTON'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW** |
| v. | |
| THE GEO GROUP, INC., | |
| Defendant. | NOTE ON MOTION CALENDAR: July 30, 2021 |

Having considered all legal authority, briefing, and argument submitted to the Court on this matter, it is hereby ORDERED, ADJUDGED AND DECREED that Plaintiff State of Washington's Renewed Motion for Judgment as a Matter of Law on GEO's Intergovernmental Immunity (IGI) Discrimination Defense is GRANTED.

The Court hereby ENTERS JUDGMENT AS A MATTER OF LAW against Defendant The GEO Group, Inc. on the defense of Intergovernmental Immunity.

**IT IS SO ORDERED.**

DATED this _____day of _____ 2021.

_____
ROBERT J. BRYAN
United States District Judge

[PROPOSED] ORDER GRANTING
PLAINTIFF STATE OF WASHINGTON'S
RENEWED MOTION FOR JUDGMENT
AS A MATTER OF LAW ON GEO'S
DEFENSES

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

Presented by:

ROBERT W. FERGUSON
Attorney General of Washington

*s/ Andrea Brenneke*
MARSHA CHIEN, WSBA No. 47020
ANDREA BRENNEKE, WSBA No. 22027
LANE POLOZOLA, WSBA No. 50138
PATRICIO A. MARQUEZ, WSBA No. 47693
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
marsha.chien@atg.wa.gov
andrea.brenneke@atg.wa.gov
lane.polozola@atg.wa.gov
patricio.marquez@atg.wa.gov

[PROPOSED] ORDER GRANTING
PLAINTIFF STATE OF WASHINGTON'S
RENEWED MOTION FOR JUDGMENT
AS A MATTER OF LAW ON GEO'S
DEFENSES

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744