The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>  Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>  Defendant. | CIVIL ACTION NO. 17-cv-05806-RJB<br><br>DECLARATION OF ANDREA BRENNEKE IN SUPPORT OF PLAINTIFF STATE OF WASHINGTON'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW |

Pursuant to 28 U.S.C. § 1746(2), I, Andrea Brenneke, state and declare as follows:

1. I am over eighteen years of age. I have personal knowledge of, and am competent to testify about, the matters contained herein.

2. I am an Assistant Attorney General for the Office of the Attorney General of Washington and one of the attorneys representing the State of Washington in this matter.

3. Attached hereto as Exhibit A is a true and correct copy of excerpts of the rough draft[1] of the June 14, 2021 Trial Transcript.

4. Attached hereto as Exhibit B is a true and correct copy of excerpts of the rough draft of the June 11, 2021 Trial Transcript.

---

[1] Some portions of the final transcript were unavailable at the time of this filing.

DECLARATION OF ANDREA BRENNEKE IN SUPPORT OF PLAINTIFF STATE OF WASHINGTON'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

5. Attached hereto as Exhibit C is a true and correct copy of excerpts of the rough draft of the June 7, 2021 Trial Transcript.

6. Attached hereto as Exhibit D is a true and correct copy of excerpts of the June 3, 2021 Trial Transcript.

7. Attached hereto as Exhibit E is a true and correct copy of excerpts the rough draft of the June 4, 2021 Trial Transcript.

8. Attached hereto as Exhibit F is a true and correct copy of excerpts of the rough draft of the June 8, 2021 Trial Transcript.

9. Attached hereto as Exhibit G is a true and correct copy of excerpts of the rough draft of the June 10, 2021 Trial Transcript.

10. Attached hereto as Exhibit H is a true and correct copy of Defendant's Trial Exhibit A-321.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 15th day of July 2021 in Seattle, Washington.

        s/ *Andrea Brenneke*
        ANDREA BRENNEKE, WSBA No. 22027

DECLARATION OF ANDREA BRENNEKE IN SUPPORT OF PLAINTIFF STATE OF WASHINGTON'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the United States District Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated this 15th day of July 2021.

_____
CAITILIN HALL
Legal Assistant

DECLARATION OF ANDREA BRENNEKE IN SUPPORT OF PLAINTIFF STATE OF WASHINGTON'S MOTION FOR TRIAL SETTING IN PERSON OR BY ZOOM

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744