The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>   Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>   Defendant. | CIVIL ACTION NO. 17-cv-05806-RJB<br><br>DECLARATION OF MARSHA CHIEN IN SUPPORT OF PLAINTIFF STATE OF WASHINGTON'S RESPONSE TO THE GEO GROUP, INC.'S RULE 50(b) MOTION FOR JUDGMENT AS A MATTER OF LAW |

Pursuant to 28 U.S.C. § 1746(2), I, Marsha Chien, state and declare as follows:

1. I am over eighteen years of age. I have personal knowledge of, and am competent to testify about, the matters contained herein.

2. I am an Assistant Attorney General for the Office of the Attorney General of Washington and one of the attorneys representing the State of Washington in this matter.

3. Attached hereto as Exhibits A–O are true and correct copies of excerpts of the trial transcript as follows:

| Exhibit No. | Date | Testimony |
|---|---|---|
| Exhibit A | June 2, 2021 | Alisha Singleton, former GEO Classification Officer |
| Exhibit B | June 2, 2021 | William McHatton, former GEO Associate Warden |
| Exhibit C | June 3, 2021 | John Patrick Griffin, former GEO Kitchen Supervisor |

DECLARATION OF MARSHA CHIEN IN SUPPORT OF PLAINTIFF STATE OF WASHINGTON'S RESPONSE TO THE GEO GROUP, INC.'S RULE 50(b) MOTION FOR JUDGMENT AS A MATTER OF LAW

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

| Exhibit D | June 3, 2021 | Bertha Henderson, GEO Food Service Administrator |
|---|---|---|
| Exhibit E | June 3, 2021 | Jose Medina Lara, former detainee worker |
| Exhibit F | June 4, 2021 | Alisha Singleton, former GEO Classification Officer |
| Exhibit G | June 4, 2021 | Iolani Menza, GEO Detention Officer |
| Exhibit H | June 4, 2021 | Orlando Marquez, former detainee worker |
| Exhibit I | June 7, 2021 | David Tracy, GEO Detention Officer |
| Exhibit J | June 7, 2021 | Karla Gomez Soto, former detainee worker |
| Exhibit K | June 8, 2021 | Ryan Kimble, GEO Assistant Warden of Finance |
| Exhibit L | June 9, 2021 | Brian Evans, GEO Chief Financial Officer |
| Exhibit M | June 9, 2021 | Ugochukwu Goodluck Nwauzor, class representative and former detainee worker |
| Exhibit N | June 11, 2021 | Sarah Sytsma, Director of Correctional Industries |
| Exhibit O | June 11, 2021 | Byron Eagle, SCC Chief of Residential Operations |
| Exhibit P | June 14, 2021 | Dan Ragsdale, GEO Executive Vice President for Contract Compliance |

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 2nd day of August 2021 in Seattle, Washington.

s/ *Marsha Chien*
MARSHA CHIEN, WSBA No. 47020

DECLARATION OF MARSHA CHIEN IN SUPPORT OF PLAINTIFF STATE OF WASHINGTON'S RESPONSE TO THE GEO GROUP, INC.'S RULE 50(b) MOTION FOR JUDGMENT AS A MATTER OF LAW

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the United States District Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated this 2nd day of August 2021.

CAITILIN HALL
Legal Assistant

DECLARATION OF ANDREA BRENNEKE IN SUPPORT OF PLAINTIFF STATE OF WASHINGTON'S MOTION FOR TRIAL SETTING IN PERSON OR BY ZOOM

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744