```
                    UNITED STATES DISTRICT COURT

               WESTERN DISTRICT OF WASHINGTON AT TACOMA
     _____

                                    )
     UGOCHUKWO GOODLUCK NWAUZOR,     )
     et al.,                        )
                                    )
                    Plaintiffs,     ) 3:17-cv-05769-RJB
                                    ) 3:17-cv-05806-RJB
     v.                             )
                                    ) Tacoma, Washington
     THE GEO GROUP, INC.,           )
                                    ) June 16, 2021
                    Defendant.      )
     _____) Jury Question
                                    )
     STATE OF WASHINGTON,           ) 9:00 a.m.
                                    )
                    Plaintiff,      )
                                    )
     v.                             )
                                    )
     THE GEO GROUP, INC.,           )
                                    )
                    Defendant.      )
                                    )
     _____

                   VERBATIM REPORT OF PROCEEDINGS
              BEFORE THE HONORABLE ROBERT J. BRYAN
                   UNITED STATES DISTRICT JUDGE
     _____
```

Proceedings stenographically reported and transcribed
With computer-aided technology

Angela Nicolavo - Court Reporter - 1717 Pacific Ave, Tacoma, WA - 253-882-3832

```
 1                      APPEARANCES

 2

 3   For the Plaintiff        JAMAL N. WHITEHEAD
     Nwauzor, et al.:         ADAM J. BERGER
 4                            Schroeter Goldmark & Bender
                              810 Third Avenue
 5                            Suite 500
                              Seattle, Washington
 6

 7

     For the Plaintiff        ANDREA BRENNEKE
 8   State of Washington:     LANE POLOZOLA
                              MARSHA J. CHIEN
 9                            800 Fifth Avenue
                              Suite 2000
10                            Seattle, Washington

11

12   For the Defendant        LAWRENCE D. SILVERMAN
     The GEO Group:           ADRIENNE SCHEFFEY
13                            Akerman LLP
                              1900 Sixteenth Street
14                            Suite 1700
                              Denver, Colorado
15
                              JOAN K. MELL
16                            III Branches Law PLLC
                              1019 Regents Boulevard
17                            Suite 204
                              Fircrest, Washington
18

19

20

21

22

23

24

25
```

```
                                           MORNING SESSION

                                           JUNE 16, 2021
```

   (The following occurred outside the presence of the jury.)

            THE COURT:  Okay.  Tyler, is everybody here that needs to be?

            THE CLERK:  I forwarded the question to the attorneys without the headings of who it is from and everything.

            THE COURT:  Anyway, the jury would like clarification of the meaning of "municipal," is it interchangeable with "federal."

   We have two choices of how to do this.  One is to give them a supplemental written instruction, and the other is for me to advise them orally.  It appears to me an appropriate supplemental instruction, whether given in writing or orally, is as follows:  In the instructions, "municipal" means city or town.  It does not mean federal.

   Comments from counsel about this?

            MS. MELL:  It would be the position of GEO that there should be no reference "does not mean federal."  Take out the participle.

            THE COURT:  The question included "is it interchangeable with federal."  That's the reason I added that.

            MR. WHITEHEAD:  Your Honor, I'm sorry.

            THE COURT:  Mr. Whitehead.

1        MS. MELL:  I think just to complete GEO's position
2   would be that absent giving them a further instruction as to
3   how this -- how their interest in subsection (k) relates to
4   the discrimination prong of the affirmative defense, it would
5   be confusing for them because I think it suggests to them
6   that they are trying to apply black letter law and make a
7   legal determination as opposed to a factual one.
8        THE COURT:  Other comments?
9        MR. WHITEHEAD:  Your Honor, I believe it is an
10  accurate statement of law.  We request that a written
11  supplemental instruction be issued to the jury.
12       MS. CHIEN:  We agree a supplemental instruction on
13  this issue makes sense.
14       THE COURT:  Any objection to my proposed instruction,
15  other than what Ms. Mell has already said?
16       MR. WHITEHEAD:  No, Your Honor.
17       THE COURT:  I will write it and bring it into the
18  jury -- into the room, and I read it to them and give it to
19  them in writing.  All right?  Okay.  We will move as quick as
20  we can to get this done.
21       MS. CHIEN:  Your Honor, can you please repeat what
22  the instruction would be?
23       THE COURT:  "In the instructions, 'municipal' means
24  city or town.  It does not mean 'federal.'"
25       MS. CHIEN:  Can we get a clarifying instruction this

1   is not the law, they should be referring to your instruction?

2           MS. MELL:  Absolutely not.

3           THE COURT:  What now?  What are you talking about?

4   Ms. Chien, you were talking about something.  I didn't get

5   it.

6           MS. CHIEN:  Sorry.  Is there a possibility to get a

7   clarifying instruction that this is not the law?  They should

8   not be treating this as the law.  The exemption is the law

9   and not the ESA1.

10          MS. MELL:  GEO would directly oppose that.  That is

11  commenting on the evidence.  That would be inappropriate and

12  unfairly weighing and discrediting that exhibit and how they

13  factor that into their equation.

14          THE COURT:  The instructions of the Court are the

15  law.  The word "municipal" is in the instructions.  They

16  don't understand what it means so I should tell them what it

17  means.  The supplemental instruction is an additional

18  instruction on the law.  I don't need to make any other

19  comment about it.

20      Okay.

21          MS. BRENNEKE:  Your Honor, may I be heard for a

22  moment?  It seems like there may also be a misunderstanding

23  of law underlying this, that the parties all agree, which is

24  that the Minimum Wage Act exempts facilities operated by all

25  government agencies, including federal government agencies.

```
 1   We would request an instruction that actually says that it
 2   exempts facilities operated by federal, state and local
 3   governments, and that was already acknowledged by GEO and
 4   included in the arguments, but I don't think the Court has
 5   instructed that is the basic way that constitutional law
 6   works.  We could provide you some language that would be a
 7   little more inclusive on that.
 8           THE COURT:  Of what?
 9           MS. BRENNEKE:  Something like:  The Washington
10   Minimum Wage Act exempts facilities operated by federal,
11   state and local governments.  Although subsection (k) and
12   Exhibit A-321 do not specifically reference the federal
13   government, all parties agree that Washington law does not
14   apply to federally-operated facilities like a federal prison.
15   That is the state of the law.
16           MS. MELL:  No, Your Honor, that is not something GEO
17   is going to agree with.
18           THE COURT:  They asked for a simple clarification of
19   a term.  That is all I want to give them is a response to
20   their inquiry.  It is a little late to be changing
21   instructions, unless there was a gross error that I don't
22   think exists.
23           MS. BRENNEKE:  Your Honor, it just seems that perhaps
24   the parties and the Court all know that the federal
25   government-operated facilities are not excluded, but I am
```

```
1    afraid that perhaps the jury instructions, as they are
2    submitted, omit that point.  In that sense, it could be a
3    gross error.
4            MS. MELL:  Your Honor --
5            THE COURT:  We don't know what they don't understand
6    about that issue.  They haven't asked about it.  I don't want
7    to reopen the whole instruction process at this state of the
8    game.
9       Forward that to whoever gets it, and as soon as we have it
10   in hand we will get the jury and I will read it.
11      Tyler, she's sending it to you.
12           THE CLERK:  If you email it to me in Word version, I
13   can convert it.
14           THE COURT:  Repeat that to her.
15           THE CLERK:  Rachel, you can forward me the Word
16   version of it.
17           LAW CLERK:  I am going to send you the entire packet
18   again, Supplemental Instruction, No. 1, page 28.
19           THE CLERK:  Understood.  Got it.
20           THE COURT:  Tell me when it is in the hands of the
21   jury.
22           THE CLERK:  I can project it to the jury just like I
23   did with the jury instructions, and in the next few minutes
24   put it into the Box so they can have a copy of it to keep and
25   download.  Right now, I am ready to show it to the jury as we
```

1   did with the prior jury instructions.
2           THE COURT:  I have an appointment this afternoon to
3   order new hearing aids.  This left one started buzzing loudly
4   for no apparent reason.
5       Now, Tyler, I guess you can go ahead with that so they can
6   read it.  Let's bring the jury in.
7           THE CLERK:  I sent them a quick message telling them
8   we are bringing them back in.  Give me a couple seconds, and
9   I will bring them back in.
10      They are on their way back in here.
11      (The following occurred in the presence of the jury.)
12          THE COURT:  Okay.  The jury is present.  Ladies and
13  gentlemen, I have a question from you that you would like the
14  Court to provide clarifications on the meaning of "municipal"
15  and whether that is interchangeable with "federal."
16      I am going to give you a supplemental jury instruction.
17  You should not place any undue emphasis on the fact this
18  supplemental instruction is being given to you separately.
19  It should be considered with all the other instructions of
20  the Court.
21      The instruction is as follows:  In the instruction,
22  "municipal" means city or town.  It does not mean "federal.'
23      You may retire to continue your deliberations.  A copy of
24  this instruction will be available to you with the other
25  instructions on the platform.  You may be excused to continue

```
 1   your deliberations.
 2        (The following occurred outside the presence of the jury.)
 3             THE COURT:  Okay.  We will see what happens next.
 4                         (Recessed.)
 5
 6
 7                    C E R T I F I C A T E
 8
 9
10       I certify that the foregoing is a correct transcript from
11   the record of proceedings in the above-entitled matter.
12
13
14
15   /s/ Angela Nicolavo
16   ANGELA NICOLAVO
     COURT REPORTER
17
18
19
20
21
22
23
24
25
```