The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON, | CIVIL ACTION NO. 17-cv-05806-RJB |
| Plaintiff, | |
| v. | DECLARATION OF MARSHA CHIEN IN SUPPORT OF STATE OF WASHINGTON'S ADDITIONAL MOTIONS IN LIMINE IN ADVANCE OF OCTOBER 12 RETRIAL |
| THE GEO GROUP, INC., | |
| Defendant. | |

THIS MATTER came before the Court on State of Washington's Additional Motions in Limine in Advance of October 12 Retrial. The Court has considered the submissions of the parties and the records and files herein, and is otherwise fully informed.

IT IS HEREBY ORDERED that State of Washington's Additional Motions in Limine Nos. 1, 2, 3, and 4 are GRANTED.

SO ORDERED, this _____ day of _____, 2021.

_____
The Honorable Robert J. Bryan
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING
STATE OF WASHINGTON'S
ADDITIONAL MOTIONS IN LIMINE IN
ADVANCE OF OCTOBER 12 RETRIAL

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

ROBERT FERGUSON
Attorney General of Washington

s/ *Andrea Brenneke*
MARSHA CHIEN, WSBA #47020
ANDREA BRENNEKE, WSBA #22027
LANE POLOZOLA, WSBA #50138
PATRICIO A. MARQUEZ, WSBA #47693
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
marsha.chien@atg.wa.gov
andrea.brenneke@atg.wa.gov
lane.polozola@atg.wa.gov
patricio.marquez@atg.wa.gov

*Attorneys for Plaintiff State of Washington*

[PROPOSED] ORDER GRANTING
STATE OF WASHINGTON'S
ADDITIONAL MOTIONS IN LIMINE IN
ADVANCE OF OCTOBER 12 RETRIAL

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744