The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>               Plaintiff,<br><br>    v.<br><br>THE GEO GROUP, INC.,<br><br>               Defendant. | CIVIL ACTION NO. 17-cv-05806-RJB<br><br>DECLARATION OF MARSHA CHIEN IN SUPPORT OF PLAINTIFFS' RESPONSE TO GEO'S SUPPLEMENTAL MOTIONS IN LIMINE |

DECLARATION OF MARSHA CHIEN IN SUPPORT OF PLAINTIFFS' RESPONSE TO GEO'S SUPPLEMENTAL MOTIONS IN LIMINE

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

Pursuant to 28 U.S.C. § 1746(2), I, Marsha Chien, state and declare as follows:

1. I am over eighteen years of age, have personal knowledge of and competent to testify about the matters contained herein.

2. I am an Assistant Attorney General for the Attorney General of Washington and one of the attorneys representing the State of Washington in this matter.

3. Attached hereto as Exhibits A-G are true and correct copies of excerpts of the June 1-17, 2021 trial transcript as follows:

| Exhibit No. | Date | Description |
| --- | --- | --- |
| Exhibit A | June 3, 2021 | Testimony of John Patrick Griffin, former GEO kitchen supervisor |
| Exhibit B | June 4, 2021 | Testimony of Orlando Marquez |
| Exhibit C | June 7, 2021 | Testimony of Maria Nayra Gomez-Sotelo |
| Exhibit D | June 9, 2021 | Testimony of Brian Evans, GEO Chief Financial Officer |
| Exhibit E | June 9, 2021 | Testimony of Robbin Gard, WorkSource Supervisor, Employment Security Department |
| Exhibit F | June 14, 2021 | Court issuing jury instructions |
| Exhibit G | June 15, 2021 | GEO's closing |

4. Attached hereto as Exhibit H is a true and correct copy of excerpts of trial Exhibit 129, the GEO-ICE Contract.

5. Attached hereto as Exhibit I is a true and correct copy of excerpts of the transcript of the April 28, 2021 exhibit hearing.

6. Attached hereto as Exhibit J is a true and correct copy of excerpts of the transcript of the April 13, 2020 motion in limine hearing.

I declare, under the penalty of perjury under the laws of the United States and the State of Washington, that the foregoing is true and correct.

//

DECLARATION OF MARSHA CHIEN IN SUPPORT OF PLAINTIFFS' RESPONSE TO GEO'S SUPPLEMENTAL MOTIONS IN LIMINE

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

1  Dated this 20th day of September 2021 in Seattle, Washington.

s/ *Marsha Chien*
MARSHA CHIEN, WSBA No. 22027

DECLARATION OF MARSHA CHIEN IN SUPPORT OF PLAINTIFFS' RESPONSE TO GEO'S SUPPLEMENTAL MOTIONS IN LIMINE

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the United States District Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated this 20th day of September 2021 in Seattle, Washington.

CAITILIN HALL
Legal Assistant

DECLARATION OF MARSHA CHIEN IN SUPPORT OF PLAINTIFFS' RESPONSE TO GEO'S SUPPLEMENTAL MOTIONS IN LIMINE

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744