The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | Case No.: 3:17-cv-05806-RJB<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S ADDITIONAL MOTIONS IN LIMINE IN ADVANCE OF OCTOBER 12 RETRIAL**<br><br><br>**NOTE ON MOTION CALENDAR:**<br>Date: September 24, 2021 |

This Court, having reviewed Plaintiff State of Washington's Additional Motions in Limine in Advance of October 12 Retrial (Dkt. 545) and Defendant The GEO Group, Inc.'s Response thereto (Dkt. 556) (the "Motion"), hereby denies the State's additional motions in limine.

**IT IS SO ORDERED.**

This the ____ day of _____, 2021.

_____
Honorable Robert J. Bryan
United States District Court Judge

[PROPOSED] ORDER GRANTING DENYING PLAINTIFF'S
ADDITIONAL MOTIONS IN LIMINE IN ADVANCE OF
OCTOBER 12 RETRIAL
(3:17-CV-05806-RJB) - PAGE 1

60059186;1

PRESENTED BY:

By: *s/ Adrienne Scheffey*
**AKERMAN LLP**
Adrienne Scheffey (Admitted *pro hac vice*)
Rubén Castillo (Admitted *pro hac vice*)
Jacqueline M. Arango (Admitted *pro hac vice*)

By: *s/ Al Roundtree*
**FOX ROTHSCHILD LLP**
Al Roundtree, WSBA #54851

*Counsel for Defendant The GEO Group, Inc.*

[PROPOSED] ORDER GRANTING DENYING PLAINTIFF'S
ADDITIONAL MOTIONS IN LIMINE IN ADVANCE OF
OCTOBER 12 RETRIAL
(3:17-CV-05806-RJB) - PAGE 2

60059186;1

**AKERMAN LLP**

1900 Sixteenth Street, Suite 950
Denver, Colorado 80202
Telephone:  303-260-7712