The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>  Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>  Defendant. | Case No. 3:17-cv-05806-RJB<br><br>**DECLARATION OF ADRIENNE SCHEFFEY** |

I, Adrienne Scheffey, make the following statement under oath subject to the penalty of perjury pursuant to the laws of the United States and the State of Washington:

1. I am one of the attorneys for The GEO Group, Inc. ("GEO") in the above-captioned matter. I am over the age of eighteen (18), and I am competent to testify in this matter.

2. Attached hereto as **Exhibit A** is a true and correct copy of GEO's trial exhibit A-008.

3. Attached hereto as **Exhibit B** are true and correct copies of GEO's trial exhibits A-004 and A-002.

4. Attached hereto as **Exhibit C** is a true and correct copy of an e-mail produced in discovery by the State, dated June 4, 2014 responding to a public inquiry as to the payment of minimum wage to detainees in the VWP.

DECLARATION OF ADRIENNE SCHEFFEY
(3:17-CV-05806-RJB) – PAGE 1

AKERMAN LLP
1900 Sixteenth Street, Suite 950
Denver, Colorado 80202
Telephone: 303-260-7712

60045438;1

5. Attached hereto as **Exhibit D** is a true and correct copy of an e-mail produced by the State in discovery in this action, dated October 11, 2017, to David Johnson a former employee of the Department of Labor and Industries.

6. Attached hereto as **Exhibit E** is a true and correct copy of an e-mail produced in by the State discovery in this action, dated May 4, 2016, from Mr. Johnson, a former employee of the Department of Labor and Industries.

7. Attached hereto as **Exhibit F** are true and correct copies of redacted memos produced pursuant to Washington's Public Records Act.

8. Attached hereto as **Exhibit G** is a true and correct copy of an e-mail produced bu the State in discovery in this action, dated March 12, 2014.

9. Attached hereto as **Exhibit H** is a true and correct copy of an e-mail produced pursuant to Washington's Public Records Act dated March 24, 2014.

10. Attached hereto as **Exhibit I** is a true and correct copy of trial exhibit A-321.

Dated this 20th day of September, 2021, in Denver, Colorado.

*s/ Adrienne Scheffey*
Adrienne Scheffey

DECLARATION OF ADRIENNE SCHEFFEY
(3:17-CV-05806-RJB) – PAGE 2

**AKERMAN LLP**
1900 Sixteenth Street, Suite 950
Denver, Colorado 80202
Telephone: 303-260-7712

60045438;1