The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON, | NO. 3:17-cv-05806-RJB |
| Plaintiff, | |
| v. | |
| THE GEO GROUP, INC., | |
| Defendant . | |
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated, | No. 3:17-cv-05769-RJB  JOINT EXHIBIT LIST FOR RETRIAL |
| Plaintiffs, | |
| v. | |
| THE GEO GROUP, INC., a Florida corporation, | |
| Defendant. | |

JOINT EXHIBIT LIST FOR RETRIAL    1    ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

60125582;1

The Parties, by and through their attorneys of record, hereby submit the attached Joint Exhibit List for Retrial. This exhibit list amends the joint exhibit list filed in the first case (ECF No. 377-1) as follows:

- It removes exhibits all parties have agreed to remove;
- It includes exhibits that were added as part of the first trial proceedings;
- It identifies exhibits that will be used for Phase 2 and/or Phase 3 only by designating them with appropriate labels in the description column; and

It highlights in yellow exhibits that remain in dispute, either because they are subject to a pending Motion in Limine, subject to a previously entered Motion in Limine, or a party has additional objections to the documents. Following the Court's ruling on the currently-pending motions in limine, if the Parties are unable to resolve their dispute, these exhibits should be addressed at a subsequent hearing or, if the Court prefers, at trial when all context is available.

DATED this 24th day of September, 2021.

Respectfully submitted,

SCHROETER GOLDMARK & BENDER

s/ *Jamal Whitehead*
Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
Jamal N. Whitehead, WSBA #39818
Rebecca J. Roe, WSBA #7560
810 Third Avenue, Suite 500
Seattle, WA 98104
Tel: (206) 622-8000
berger@sgb-law.com
halm@sgb-law.com
whitehead@sgb-law.com

THE LAW OFFICE OF
R. ANDREW FREE
R. Andrew Free (Pro Hac Vice)
P.O. Box 90568
Nashville, TN 37209

ROBERT W. FERGUSON
Attorney General of Washington

s/ *Andrea Brenneke*
MARSHA CHIEN, WSBA No. 47020
ANDREA BRENNEKE, WSBA No. 22027
LANE POLOZOLA, WSBA No. 50138
PATRICIO MARQUEZ, WSBA No. 47693
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
marsha.chien@atg.wa.gov
andrea.brenneke@atg.wa.gov
lane.polozola@atg.wa.gov
patricio.marquez@atg.wa.gov

*Attorneys for State of Washington*

JOINT EXHIBIT LIST FOR RETRIAL   2   ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

60125582;1

| | | |
|---|---|---|
| 1 | Tel: (844) 321-3221<br>andrew@immigrantcivilrights.com | AKERMAN LLP |
| 2 | | |
| 3 | OPEN SKY LAW, PLLC<br>Devin T. Theriot-Orr, WSBA # 33995 | s/ *Adrienne Scheffey*<br>Adrienne Scheffey (Admitted pro hac vice) |

Tel: (844) 321-3221
andrew@immigrantcivilrights.com

OPEN SKY LAW, PLLC
Devin T. Theriot-Orr, WSBA # 33995
20415 – 72nd Avenue S, Suite 110
Kent, WA 98032
Tel: (206) 962-5052
devin@opensky.law

MENTER IMMIGRATION LAW, PLLC
Meena Menter, WSBA # 31870
8201 – 164th Avenue NE, Suite 200
Redmond, WA 98052
Tel: (206) 419-7332
meena@meenamenter.com

*Class Counsel*

AKERMAN LLP

s/ *Adrienne Scheffey*
Adrienne Scheffey (Admitted pro hac vice)
1900 Sixteenth Street, Suite 950
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714
Email: adrienne.scheffey@akerman.com

Rubén Castillo (Admitted pro hac vice)
71 South Wacker Drive, 47th Floor
Chicago, Illinois 60606
Telephone: (312) 634-5700
Facsimile: (312) 424-1900
Email: ruben.castillo@akerman.com

Jacqueline M. Arango (Admitted pro hac vice)
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Telephone: (305) 374-5600
Facsimile: (305) 374-5095
Email: jacqueline.arango@akerman.com

FOX ROTHSCHILD LLP


s/ *Al Roundtree*
Al Roundtree, #54851
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154
Telephone: (206) 624-3600
Facsimile: (206) 389-1708
Email: aroundtree@foxrothschild.com

*Attorneys for Defendant The GEO Group, Inc*

JOINT EXHIBIT LIST FOR RETRIAL　　3　　ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

60125582;1

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the United States District Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated this 24th day of September 2021 in Seattle, Washington.

CAITILIN HALL
Legal Assistant

JOINT EXHIBIT LIST FOR RETRIAL   4   ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

60125582;1