The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>           Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>           Defendant. | CIVIL ACTION NO. 17-cv-05806-RJB<br><br>DECLARATION OF MARSHA CHIEN IN SUPPORT OF STATE OF WASHINGTON'S MOTION FOR CLARIFICATION |

DECLARATION OF MARSHA CHIEN IN
SUPPORT OF STATE OF WASHINGTON'S
MOTION FOR CLARIFICATION

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

Pursuant to 28 U.S.C. § 1746(2), I, Marsha Chien, state and declare as follows:

1. I am over eighteen years of age, have personal knowledge of and competent to testify about the matters contained herein. I am an Assistant Attorney General for the Attorney General of Washington and one of the attorneys representing the State of Washington in this matter.

2. GEO identified six different state agency witnesses: Tammy Fellin (L&I), Lynn Buchanan (L&I), Joshua Grice (L&I), Taylor Wonhoff (Governor's Office), and Colleen Melody (Attorney General's Office) in its proposed pretrial order and, on September 29, 2021, served the State of Washington with trial subpoenas for five of the agency witnesses. (Mr. Johnson is retired, so any trial subpoena would have been directly sent to his private residence).

3. Attached hereto as Exhibit A are true and correct copies of Defendant's trial exhibits A-139, A-305, A-322–A-326, A-332–A-334.

4. Attached hereto as Exhibit B is a true and correct copy of excerpts of the April 13, 2020 motion in limine hearing transcript.

I declare, under the penalty of perjury under the laws of the United States and the State of Washington, that the foregoing is true and correct.

Dated this 4th day of October 2021 in Seattle, Washington.

s/ *Marsha Chien*
MARSHA CHIEN, WSBA No. 22027

DECLARATION OF MARSHA CHIEN IN SUPPORT OF STATE OF WASHINGTON'S MOTION FOR CLARIFICATION

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the United States District Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated this 4th day of October 2021 in Seattle, Washington.

CAITILIN HALL
Legal Assistant

DECLARATION OF MARSHA CHIEN IN
SUPPORT OF STATE OF WASHINGTON'S
MOTION FOR CLARIFICATION

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744