The Honorable Robert J. Bryan

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated, <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> THE GEO GROUP, INC., <br><br> Defendant/Counter-Claimant. | Case No. 3:17-cv-05769-RJB |
| STATE OF WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> THE GEO GROUP, INC., <br><br> Defendant. | Case No. 3:17-cv-05806-RJB <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT THE GEO GROUP, INC.'S MOTION FOR RECONSIDERATION** <br><br> **NOTE ON MOTION CALENDAR:** <br> Date: October 6, 2021 |

This Court, having reviewed Defendant The GEO Group, Inc.'s Motion for Reconsideration (the "Motion"), finds good cause exists and the Motion is timely. This Court therefore GRANTS the Motion.

///

///

///

///

[PROPOSED] ORDER GRANTING GEO'S MOTION
FOR RECONSIDERATION
(3:17-CV-05769-RJB); (3:17-CV-05806-RJB) – PAGE 1

**AKERMAN LLP**
1900 Sixteenth Street, Suite 950
Denver, Colorado 80202
Telephone:  303-260-7712

60278325;1

**IT IS SO ORDERED.**

This the _____ day of _____, 2021.

_____
Honorable Robert J. Bryan
United States District Court Judge

PRESENTED BY:

By: *s/ Adrienne Scheffey*
**AKERMAN LLP**
Adrienne Scheffey (Admitted *pro hac vice*)
Jacqueline M. Arango (Admitted *pro hac vice*)

By: *s/ Al Roundtree*
**FOX ROTHSCHILD LLP**
Al Roundtree, WSBA #54851

By: *s/ Wayne H. Calabrese*
**THE GEO GROUP, INC.**
Wayne H. Calabrese (Admitted *pro hac vice*)
Joseph Negron Jr. (Admitted *pro hac vice*)

*Counsel for Defendant The GEO Group, Inc.*

[PROPOSED] ORDER GRANTING GEO'S MOTION
FOR RECONSIDERATION
(3:17-CV-05769-RJB); (3:17-CV-05806-RJB) – PAGE 2

60278325;1

**AKERMAN LLP**
1900 Sixteenth Street, Suite 950
Denver, Colorado 80202
Telephone:  303-260-7712