The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>V.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>Defendant. | Case No. 17-cv-05806-RJB |
| UGOCHUKWU GOODLUCK NWAUZOR on behalf of all those similarly situated, and FERNANDO AGUIRRE-URBINA, individually,<br><br>Plaintiffs,<br><br>V.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>Defendant. | Case No. 17-cv-05769-RJB<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR RECONSIDERATION OF COURT'S ORDER ON MOTIONS *IN LIMINE* |

THIS MATTER came before the Court on Plaintiffs' Motion for Reconsideration of the Court's Order on Motions in Limine dated September 28, 2021. Dkt. 458. The Court has reviewed the motion and all evidence submitted in support of, and in opposition, if any, to the

[PROPOSED] ORDER GRANTING PLTFS.'
MOT. FOR RECONSIDERATION
(Case Nos. 17-cv-05769-RJB/17-cv-05806-
RJB) - 1

SCHROETER GOLDMARK & BENDER
401 Union Street ● Suite 3400 ● Seattle, WA  98101
Phone (206) 622-8000 ● Fax (206) 682-2305

motion, as well as the pleadings on file and argument of counsel, if any, and is otherwise fully informed.

IT IS HEREBY ORDERED AS FOLLOWS:

1.  Plaintiffs' Motion for Reconsideration of the Court's Order on Motions in Limine is hereby GRANTED;

2.  The Testimony of Monica Burke is excluded from the October 12, 2021, retrial.

SO ORDERED, this _____ day of October, 2021.

_____
The Honorable Robert J. Bryan
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

SCHROETER GOLDMARK &
  BENDER

s/ *Jamal N. Whitehead*
Jamal N. Whitehead, WSBA #39818
Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
Rebecca J. Roe, WSBA #7560
401 Union Street Suite 3400
Seattle, WA 98101
Tel: (206) 622-8000
whitehead@sgb-law.com
berger@sgb-law.com
halm@sgb-law.com
roe@sgb-law.com

THE LAW OFFICE OF
R. ANDREW FREE
R. Andrew Free (*Pro Hac Vice*)
P.O. Box 90568
Nashville, TN 37209
Tel: (844) 321-3221
andrew@immigrantcivilrights.com

OPEN SKY LAW, PLLC

ROBERT FERGUSON
Attorney General of Washington

s/ *Andrea Brenneke*
MARSHA CHIEN, WSBA No. 47020
ANDREA BRENNEKE, WSBA No. 22027
LANE POLOZOLA, WSBA No. 50138
PATRICIO A. MARQUEZ, WSBA No. 4769
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
marsha.chien@atg.wa.gov
andrea.brenneke@atg.wa.gov
lane.polozola@atg.wa.gov
patricio.marquez@atg.wa.gov

*Attorneys for Plaintiff State of Washington*

[PROPOSED] ORDER GRANTING PLTFS.'
MOT. FOR RECONSIDERATION
(Case Nos. 17-cv-05769-RJB/17-cv-05806-
RJB) - 2

SCHROETER GOLDMARK & BENDER
401 Union Street ● Suite 3400 ● Seattle, WA  98101
Phone (206) 622-8000 ● Fax (206) 682-2305

Devin T. Theriot-Orr, WSBA # 33995
20415 – 72nd Avenue S, Suite 110
Kent, WA 98032
Tel: (206) 962-5052
devin@opensky.law

MENTER IMMIGRATION LAW,
PLLC
Meena Menter, WSBA # 31870
4444 Woodland Park Ave N, Ste 203
Seattle, WA 98103
Tel: (206) 419-7332
meena@meenamenter.com

*Class Counsel*

[PROPOSED] ORDER GRANTING PLTFS.'
MOT. FOR RECONSIDERATION
(Case Nos. 17-cv-05769-RJB/17-cv-05806-
RJB) - 3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 8, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

DATED at Seattle, Washington this 8th day of October, 2021

<u>s/ Anna Alfonso</u>
ANNA ALFONSO
Legal Assistant
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
anna.alfonso@atg.wa.gov

[PROPOSED] ORDER GRANTING PLTFS.'
MOT. FOR RECONSIDERATION
(Case Nos. 17-cv-05769-RJB/17-cv-05806-
RJB) - 4

SCHROETER GOLDMARK & BENDER
401 Union Street ● Suite 3400 ● Seattle, WA  98101
Phone (206) 622-8000 ● Fax (206) 682-2305