The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>          Plaintiffs/Counter-Defendants,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>          Defendant/Counter-Claimant. | Case No. 3:17-cv-05769-RJB |
| STATE OF WASHINGTON,<br><br>          Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>          Defendant. | Case No. 3:17-cv-05806-RJB<br><br>**[PROPOSED] ORDER COMPELLING COMPLIANCE WITH SUBPOENA** |

**AKERMAN LLP**

1900 Sixteenth Street, Suite 950
Denver, Colorado 80202
Telephone:  303-260-7712

This Court, upon the Defendant The GEO Group, Inc.'s Motion to Compel compliance with the August 23, 2021 Subpoena directed to Tae Johnson, The Acting Director of United States Department of Immigration and Customs Enforcement, makes the following Order. Pursuant to its authority under Fed. R. Civ. P. 45, the Court compels Mr. Johnson to appear as a witness in the above-captioned action via zoom on October 21, 2021 at the following link:

https://wawd-uscourts.zoomgov.com/j/1618192907?pwd=OFY0QnMyM2lWOGtaQy8ydWdOWGtXQT09

The Court is satisfied that it has the authority to compel testimony of an out-of-state witness via Zoom, consistent with its prior orders compelling a Zoom trial, and its allowance of remote non-party witness testimony in this proceeding. This Court's ruling is further supported by other persuasive precedent, including *In re: 3M Combat Arms Earplug Prod. Liab. Litig.*, No. 3:19-MD-2885, 2021 WL 2605957, at *3 (N.D. Fla. May 28, 2021), which held that "[A] party may use a Rule 45 subpoena to compel remote testimony by a witness from anywhere so long as the place of compliance (where the testimony will be given by the witness and not where the trial will take place) is within the geographic limitations of Rule 45(c)." Although Mr Johnson's testimony will be given in Washington, DC, the jury, the Court, and all represented parties and counsel will see and hear that testimony, in Court, here in Tacoma, Washington. *See also In re Xarelto (Rivaroxaban) Prod. Liab. Litig.*, No. MDL 2592, 2017 WL 2311719, at *4 (E.D. La. May 26, 2017).

The Court has reviewed the applicable restrictions related to testimony of a government witness and finds that consistent with, 5 U.S.C. § 301, any *Touhy* restrictions that may be put in place by the federal government may only limit the scope of the testimony provided, but may "not authorize withholding information from the public or limiting the availability of records to the public." *See also Exxon Shipping Co. v. U.S. Dep't of Interior*, 34 F.3d 774, 780 (9th Cir. 1994). Mr. Johnson cannot avoid compliance with the subpoena under *Touhy*.

///

[PROPOSED] ORDER COMPELLING TESTIMONY OF
TAE JOHNSON
(3:17-CV-05769-RJB); (3:17-CV-05806-RJB) – PAGE 2

60458509;1

**AKERMAN LLP**

1900 Sixteenth Street, Suite 950
Denver, Colorado 80202
Telephone: 303-260-7712

**IT IS SO ORDERED.**

This the _____ day of _____, 2021.

_____
Honorable Robert J. Bryan
United States District Court Judge

PRESENTED BY:

By: *s/ Adrienne Scheffey*
**AKERMAN LLP**
Adrienne Scheffey (Admitted *pro hac vice*)
Jacqueline M. Arango (Admitted *pro hac vice*)

By: *s/ Al Roundtree*
**FOX ROTHSCHILD LLP**
Al Roundtree, WSBA #54851

By: *s/ Wayne H. Calabrese*
**THE GEO GROUP, INC.**
Wayne H. Calabrese (Admitted *pro hac vice*)
Joseph Negron Jr. (Admitted *pro hac vice*)

*Counsel for Defendant The GEO Group, Inc.*

[PROPOSED] ORDER COMPELLING TESTIMONY OF
TAE JOHNSON
(3:17-CV-05769-RJB); (3:17-CV-05806-RJB) – PAGE 3

60458509;1

**AKERMAN LLP**
1900 Sixteenth Street, Suite 950
Denver, Colorado 80202
Telephone:  303-260-7712