*United States District Court – Western District of Washington*
**TRANSCRIPT ORDER FORM**

Court Reporter:   Angela Nicolavo                     Judicial Officer:   Robert J. Bryan

Case No.   3:17-cv-5806 RJB                  Case Name:   State of Washington v. The GEO Group Inc.

| Date(s): | Proceedings to be transcribed: | Court Reporter (if different from selection above): |
|---|---|---|
| 10/18/2021 | Discussion from 3:55pm - 4:00pm | |
| | | |
| | | |
| | | |

For Appeal? ✓ No ☐ Yes          Court of Appeals Case No. _____

If you are submitting this form to designate transcripts for appeal only, and do not wish to request the preparation of any transcripts, please skip to, and complete, the Additional Comments and Contact Information sections, sign, date, and submit this form via CM/ECF.

| **Please choose one:** | Maximum Transcript Fees – Per Page | | | |
|---|---|---|---|---|
| | Original | 1st Copy | 2nd Copy | **Requested Delivery Date*** |
| ☐ Ordinary Transcript (30 day) | $3.65 | $ .90 | $ .60 | |
| ☐ 14-Day Transcript (14 day) | $4.25 | $ .90 | $ .60 | ***Before filing this form, you MUST first contact the individual court reporter to secure your requested delivery date. Requests for delivery of less than 30 days will be honored when possible.** |
| ☐ Expedited Transcript (7 day) | $4.85 | $ .90 | $ .60 | |
| ✓ 3-Day Transcript (3 day) | $5.45 | $1.05 | $ .75 | |
| ☐ Daily Transcript (next morning) | $6.05 | $1.20 | $ .90 | |
| ☐ Hourly Transcript (same day) | $7.25 | $1.20 | $ .90 | |

✓ PDF (default delivery format)

Email address for delivery of PDF transcript: amy.hanson@usdoj.gov

Additional Comments:

Contacted Court Reporter regarding delivery date.

| **Contact Information** | |
|---|---|
| Name: | Kristin B. Johnson |
| Phone: | 206-553-7970     Email:     kristin.b.johnson@usdoj.gov |
| Firm: | U.S. Attorney's Office |
| Street Address: | 700 Stewart Street, Suite 5220 |
| City/State/Zip: | Seattle, WA 98101 |

*s/ Kristin B. Johnson*                              10/26/2021
**Signature**                                        **Date**

| PRINT | SAVE AS | RESET |
|---|---|---|