1

The Honorable Robert J. Bryan

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

10

STATE OF WASHINGTON,

CIVIL ACTION NO. 3:17-cv-05806-RJB

11

Plaintiff,

12

v.

STIPULATION REGARDING
EXHIBITS

13

THE GEO GROUP, INC.,

14

Defendant.

15

16

17

18

19

20

21

22

23

24

25

26

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1   Plaintiff State of Washington and Defendant The GEO Group, Inc. (GEO) hereby

2   stipulate and agree as follows:

3       1.   Prior to this lawsuit, GEO did not possess and was never notified about the

4   existence of the documents marked for identification as Exhibits A-1, A-2, A-3,

5   A-4, A-8, A-106, A-107, A-108, A-109, A-110, A-115, A-117, A-118, A-305, A-

6   322, A-323, A-324, A-326, A-332, A-333, and A-334. Each of the identified

7   exhibits was obtained by GEO after the lawsuit was filed through discovery

8   and/or in response to public records requests.

9

10   Dated this 29th day of October 2021.

11

12   AKERMAN LLP
   By: *s/ Adrienne Scheffey*

13   Adrienne Scheffey (Admitted *pro hac vice*)
   1900 Sixteenth Street, Suite 950

14   Denver, Colorado 80202
   Telephone: (303) 260-7712

15   Facsimile: (303) 260-7714
   Email: adrienne.scheffey@akerman.com

16

17   By: *Lawrence D. Silverman*
   Lawrence D. Silverman (Admitted *pro hac*

18   *vice*)
   Jacqueline M. Arango (Admitted *pro hac vice*)

19   98 Southeast Seventh Street, Suite 1100
   Miami, Florida 33131

20   Telephone: (305) 374-5600
   Facsimile: (305) 374-5095

21   Email: lawrence.silverman@akerman.com

22   Email: jacqueline.arango@akerman.com

23   FOX ROTHSCHILD LLP
   By: *s/ Al Roundtree*

24   Al Roundtree, #54851
   1001 Fourth Avenue, Suite 4500

25   Seattle, Washington 98154
   Telephone: (206) 624-3600

26

ROBERT FERGUSON
Attorney General of Washington

*s/ Lane Polozola*
MARSHA CHIEN, WSBA No. 47020
ANDREA BRENNEKE, WSBA No. 22027
LANE POLOZOLA, WSBA No. 50138
PATRICIO A. MARQUEZ, WSBA No. 47693
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
marsha.chien@atg.wa.gov
andrea.brenneke@atg.wa.gov
lane.polozola@atg.wa.gov
patricio.marquez@atg.wa.gov

*Attorneys for Plaintiff State of Washington*

Facsimile: (206) 389-1708
Email: aroundtree@foxrothschild.com

THE GEO GROUP, INC.
By: *s/ Wayne H. Calabrese*
Wayne H. Calabrese (Admitted *Pro Hac Vice*)
Joseph Negron Jr. (Admitted *Pro Hac Vice*)
4955 Technology Way
Boca Raton, Florida 33431
Telephone: (561) 999-7344
Telephone: (561) 999-7535
Email: wcalabrese@geogroup.com
Email: jnegron@geogroup.com

1

## CERTIFICATE OF SERVICE

2       I hereby certify that the foregoing document was electronically filed with the United

3   States District Court using the CM/ECF system. I certify that all participants in the case are

4   registered CM/ECF users and that service will be accomplished by the CM/ECF system.

5

6   Dated this 29th day of October 2021, in Tacoma, Washington.

7

8                                          _____
                                           CATILIN HALL
9                                          Legal Assistant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION REGARDING EXHIBITS