| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT TACOMA | |
| STATE OF WASHINGTON,<br><br>                Plaintiff,<br><br>  v.<br><br>THE GEO GROUP, INC.,<br><br>                Defendant. | CASE NO. 3:17-cv-05806-RJB |
| UGOCHUKWU GOODLUCK NWAUZOR, individually and on behalf of all those similarly situated, and FERNANDO AGUIRRE-URBINA, individually,<br><br>                Plaintiffs,<br><br>  v.<br><br>THE GEO GROUP, INC.,<br><br>                Defendant. | CASE NO. 3:17-cv-05769-RJB<br><br>**WITNESS LIST OF JURY TRIAL** |

WITNESS LIST OF JURY TRIAL - 1

| NAME | DATE | CALLED BY |
|---|---|---|
| **Phase 1: C17-5769 and C17-5806** | | |
| Alisha Singleton | 10/13/2021 | Plaintiff State of Washington |
| William McHatton | 10/13/2021 | Plaintiff State of Washington |
| Jose Medina-Lara | 10/14/2021 | Plaintiffs Nwauzor et al. |
| Michael Heye | 10/14/2021 | Plaintiffs Nwauzor et al. |
| John Patrick Griffin | 10/14/2021 | Plaintiff State of Washington |
| Bertha Henderson | 10/14/2021 | Plaintiff State of Washington |
| | 10/19/2021 | Defendant |
| Christopher Strawn | 10/15/2021 | Plaintiffs Nwauzor et al. |
| Ugochuwu Goodluck Nwauzor | 10/15/2021 | Plaintiffs Nwauzor et al. |
| David Tracy | 10/15/2021 | Plaintiffs Nwauzor et al. |
| | 10/20/2021 | Defendant |
| Marc Johnson | 10/15/2021 | Plaintiffs Nwauzor et al. |
| | 10/20/2021 | Defendant |
| Bruce Scott | 10/18/2021 | Plaintiffs Nwauzor et al. |
| | 10/20/2021 | Defendant |
| Orlando Marquez | 10/18/2021 | Plaintiff State of Washington |
| Ryan Kimble | 10/18/2021 | Plaintiff State of Washington |

WITNESS LIST OF JURY TRIAL - 2

| NAME | DATE | CALLED BY |
|---|---|---|
| Charles Hill | 10/19/2021 | Plaintiff State of Washington |
|  | 10/20/2021 | Defendant |
| Brian Evans | 10/19/2021 | Plaintiff State of Washington |
|  | 10/21/2021 | Defendant |
| Maria Nayra Gomez Sotelo | 10/19/2021 | Plaintiff State of Washington |
| Robbin Gard | 10/19/2021 | Plaintiff State of Washington |
| Joshua Grice | 10/21/2021 | Defendant |
| Erwin De La Cruz | 10/21/2021 | Defendant |
| Iolani Menza | 10/22/2021 | Defendant |
| Amber Martin | 10/22/2021 | Defendant |
| Daniel Ragsdale | 10/25/2021 | Defendant |
| **Phase 2: C17-5769 only** | | |
| Jeffrey Munson | 10/28/2021 | Plaintiffs Nwauzor et al. |
| Michael Heye | 10/28/2021 | Plaintiffs Nwauzor et al. and Defendant |
| **Phase 3: C17-5806 only** | | |
| Peter Nickerson | 10/29/2021 | Plaintiff State of Washington |
| William Brandt | 10/29/2021 | Defendant |

WITNESS LIST OF JURY TRIAL - 3