UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STATE OF WASHINGTON,

Plaintiff,

v.

THE GEO GROUP, INC.,

Defendant.

CASE NO. 3:17-cv-05806-RJB

---

UGOCHUKWU GOODLUCK NWAUZOR, individually and on behalf of all those similarly situated, and FERNANDO AGUIRRE-URBINA, individually,

Plaintiffs,

v.

THE GEO GROUP, INC.,

Defendant.

CASE NO. 3:17-cv-05769-RJB

**EXHIBIT LIST OF JURY TRIAL**

| NO. | DESCRIPTION | DATE ADMITTED | COMMENTS |
|---|---|---|---|
| **Phase 1: C17-5769 and C17-5806 Exhibits with Jury** | | | |
| 321 | 5/30/14 Detainee Kite requesting to work | 10/13/2021 | |
| 309 | 10/22/2015 Pod Porters Roster | 10/13/2021 | |
| 229 | VWP Agreement | 10/13/2021 | |
| 80 | Daily Detainee Worker Pay Sheet – Blank & G-4 Pod Roster for 6/14/17 | 10/13/2021 | |
| 115 | 12/07/2009 Batch Summary | 10/13/2021 | |
| 103 | Refusal to Work Form | 10/13/2021 | |
| 69 | 06/14/2011 Department Head Meeting Minutes | 10/13/2021 | |
| 17 | PBNDS 2011 – 5.8 Voluntary Work Program | 10/13/2021 | |
| 78 | 5/1/2012 Department Head Meeting Notes | 10/13/2021 | |
| 14 | 4/12/2012 Memorandum from Classification to Associate Warden McHatton | 10/13/2021 | |
| 131 | Welcome Book ACA Audit – September 25-27, 2017 | 10/13/2021 | |
| 123 | NWDC Detainee Handbook – 8/1/16 | 10/13/2021 | |
| 244 | Photograph of laundry with detainee emptying drier | 10/13/2021 | |
| 329 | House Unit Photograph | 10/13/2021 | |
| 521 | Photographs of the detainee living areas | 10/13/2021 | |
| 522 | Photographs of the detainee living areas | 10/13/2021 | |
| 297 | House Unit Photograph | 10/13/2021 | |
| 430 | Kitchen Photograph | 10/13/2021 | |
| 2 | GEO NWDC Policy and Procedure Manual- 5.1.2 Voluntary Work Program. Effective: 4/13/2015. | 10/13/2021 | |

| NO. | DESCRIPTION | DATE ADMITTED | COMMENTS |
|---|---|---|---|
| 83 | Job Description – Cook/Prep/Server | 10/13/2021 | |
| 84 | Job Description – Dishwasher | 10/13/2021 | |
| 85 | Job Description – Laundry Worker | 10/13/2021 | |
| 88 | Job Description – Barber | 10/13/2021 | |
| 89 | Job Description – Barber Cleaner | 10/13/2021 | |
| 91 | Job Description – Pod Porter | 10/13/2021 | |
| 141 | Post Order: Laundry Officer, Effective Date: 4/5/2016 | 10/13/2021 | |
| 137 | GEO NWDC Policy and Procedure Manual 3.3.1: Infractions and Disciplinary Sanctions | 10/13/2021 | |
| 129 | 2015 contract between Immigration and Customs Enforcement (ICE) and GEO, No. HSCEDM-15-D-00015 in effect September 28, 2015 | 10/13/2021 | |
| 146 | 8/24/2011 Memorandum from Heather West to Mike Ruckstuhl | 10/13/2021 | |
| 364 | 8/30/2014 Email from Bill McHatton to Lowell Clark | 10/13/2021 | |
| 20 | Chart of Hours Worked and Number of Workers | 10/14/2021 | |
| 24 | Detainee Signed VWP Agreement | 10/14/2021 | |
| 442 | Kitchen Photograph | 10/14/2021 | |
| 445 | Kitchen Photograph | 10/14/2021 | |
| 433 | Kitchen Photograph | 10/14/2021 | |
| 447 | Kitchen Photograph | 10/14/2021 | |
| 527 | Kitchen Photograph | 10/14/2021 | |

| NO. | DESCRIPTION | DATE ADMITTED | COMMENTS |
|---|---|---|---|
| 49 | Photographs of Detainee Workers in the Kitchen | 10/14/2021 | |
| 439 | Kitchen Photograph | 10/14/2021 | |
| 434 | Kitchen Photograph | 10/14/2021 | |
| 352 | Kitchen Photograph | 10/14/2021 | |
| 353 | Kitchen Photograph | 10/14/2021 | |
| 438 | Kitchen Photograph | 10/14/2021 | |
| 459 | Kitchen Photograph | 10/14/2021 | |
| 127 | Complete Copy of 2011 PBNDS, as revised | 10/14/2021 | |
| 5 | Kitchen Worker Orientation Packet | 10/14/2021 | |
| 51 | 5/31/2010 Outcount Sheet Lunch Pay Sheet | 10/14/2021 | |
| 57 | 5/9/2013 Daily Detainee Worker Pay Sheets | 10/14/2021 | |
| 39 | 5/25/2014 Email from Leonardo Jaramillo to Aaron Rotondo | 10/15/2021 | |
| A-303 | Nwauzor VWP Documents – VWP Agreement 11/10/16 | 10/15/2021 | |
| 491 | Grey Mile Photograph | 10/15/2021 | |
| 474 | Grey Mile Photograph | 10/15/2021 | |
| 490 | Grey Mile Photograph | 10/15/2021 | |
| 610 | Letter from Morgan Jencius to Bruce Scott dated July 6, 2021. | 10/18/2021 | |
| A-286 | Orlando Marquez-Zavalsa VWP Documents–Signed Voluntary Work Form 04/25/17 (In Spanish) | 10/18/2021 | |
| 435 | Kitchen Photograph | 10/18/2021 | |
| 607 | Detainee Kite #2,193,425 Sent to ICE 9/30/17, Received by ICE and closed 10/3/17. | 10/18/2021 | |
| 408 | Batch Summary 7/24/2017 for work 7/22/2017 | 10/18/2021 | |

| NO. | DESCRIPTION | DATE ADMITTED | COMMENTS |
|---|---|---|---|
| 407 | Batch Summary 5/26/2017 for work 5/25/2017 | 10/18/2021 | |
| A-336 | 06/09/2017 Orlando Marquez-Zavalsa VWP - KITE re Voluntary Work Program | 10/18/2021 | |
| A-337 | 06/16/2017 Orlando Marquez-Zavalsa VWP - KITE re Refusal to Work Form | 10/18/2021 | |
| A-338 | 07/16/2017 Orlando Marquez-Zavalsa VWP - KITE re Voluntary Work Program | 10/18/2021 | |
| A-339 | 07/24/2017 Orlando Marquez-Zavalsa VWP - KITE re Voluntary Work Program | 10/18/2021 | |
| A-340 | 08/01/2017 Orlando Marquez-Zavalsa VWP - KITE re Voluntary Work Program | 10/18/2021 | |
| A-341 | 08/03/2017 Orlando Marquez-Zavalsa VWP - KITE re Voluntary Work Program | 10/18/2021 | |
| A-342 | 08/12/2017 Orlando Marquez-Zavalsa VWP - KITE re Voluntary Work Program | 10/18/2021 | |
| A-343 | 10/02/2017 Orlando Marquez-Zavalsa VWP - KITE re Refusal to Work | 10/18/2021 | |
| A-344 | 10/10/2017 Orlando Marquez-Zavalsa VWP - KITE re Voluntary Work Program | 10/18/2021 | |
| 611 | Detainee Kite #2,189,035 Sent to ICE 9/28/2017, Received by ICE and closed 09/29/2017. | 10/18/2021 | |
| 612 | Detainee Kite #2,201,568 Submitted 10/03/2017, Assigned to Cpt. Portillo and closed 10/04/2017. | 10/18/2021 | |
| 260 | 9/2/2015 Email from Ryan Kimble to Chuck Hill | 10/18/2021 | |

| NO. | DESCRIPTION | DATE ADMITTED | COMMENTS |
|---|---|---|---|
| 175 | 1/2/2017 Batch Summary | 10/18/2021 | |
| 534 | Payroll Transactions 8/1/2017-9/1/2017 | 10/18/2021 | |
| 180 | Invoice to ICE November 2016 | 10/18/2021 | |
| 303 | Food Service Department - Food Cost Summary | 10/18/2021 | |
| 253 | Consolidated Financial Statement for 2005 through 2018 for Northwest Detention Center with writing | 10/19/2021 | |
| 184 | 8/25/2015 Email from Matt DenAdel to Amber Martin with attached Final GEO Ex. D Tacoma 1101 Bed Guarantee 082575.xls pricing workbook | 10/19/2021 | |
| 269 | GEO NWDC Detainee Work Reimbursement from ICE | 10/19/2021 | |
| 262 | Northwest ICE Processing Center Facility Financial Summaries | 10/19/2021 | |
| 216 | Barbershop Photograph | 10/19/2021 | |
| A-296 | Karla Gomez-Soto (Maria Nayra Gomez Sotelo) VWP Documents–VWP Agreement 04/23/18 | 10/19/2021 | |
| A-297 | Karla Gomez-Soto (Maria Nayra Gomez Sotelo) VWP Documents–VWP Request to Work 05/02/18 | 10/19/2021 | |
| A-298 | Karla Gomez-Soto (Maria Nayra Gomez Sotelo) VWP Documents–Refusal to Work Form 06/05/18 | 10/19/2021 | |
| A-300 | Karla Gomez-Soto (Maria Nayra Gomez Sotelo) VWP Documents–Detainee Job Description for Laundry Worker 10/04/18 | 10/19/2021 | |

| NO. | DESCRIPTION | DATE ADMITTED | COMMENTS |
|---|---|---|---|
| 29 | PBNDS 2011 Revised 2016 4.1 Food Service | 10/19/2021 | |
| 27 | GEO Corporate Policy and Procedure Manual - 4.3.1: Food Service Management Procedure, Effective 4/18/14 | 10/19/2021 | |
| 300 | Internal/External Job Posting – Food Service Supervisor NWDC | 10/20/2021 | |
| 367 | GEO Group Job Description – Job Title: Food Service, Detention Officer. 04/2007 | 10/20/2021 | |
| 585 | House Unit Photograph | 10/20/2021 | |
| 586 | House Unit Photograph | 10/20/2021 | |
| 587 | House Unit Photograph | 10/20/2021 | |
| A-280 | Mural Photo | 10/20/2021 | |
| 105 | Detainees Removed from Kitchen per IDP Sanctions | 10/20/2021 | |
| 35 | 2013 NWDC Year End Report | 10/21/2021 | |
| 36 | 2014 NWDC Year End Report | 10/21/2021 | |
| A-356 | Karla Gomez-Soto – Detainee Account History | 10/21/2021 | |
| A-302 | Resident Account Summary – for Nwauzor - Printed 4/5/21 covering dates: 5/25/16 – 1/24/17 | 10/21/2021 | |
| A-349 | Facility Photo – Housing Unit | 10/22/2021 | |
| A-354 | Facility Photo – Housing Unit | 10/22/2021 | |
| A-350 | Facility Photo – Housing Unit | 10/22/2021 | |
| A-351 | Facility Photo – Housing Unit | 10/22/2021 | |
| A-352 | Facility Photo – Housing Unit | 10/22/2021 | |
| A-347 | Facility Photo – Housing Unit | 10/22/2021 | |
| A-355 | Facility Photo – Outside Recreation | 10/22/2021 | |
| A-353 | Facility Photo – Recreation – Basketball Court | 10/22/2021 | |
| 598 | House Unit Photograph | 10/22/2021 | |
| 601 | PBNDS 2011 Inspection Sheet | 10/25/2021 | |

| NO. | DESCRIPTION | DATE ADMITTED | COMMENTS |
|---|---|---|---|
| A-357 | 07/28/2021 Gunster letter re July 6, 2021 FIFRA Notice of Warning, Response of GEO Group, Inc. | 10/25/2021 | |
| 614 | Department of Homeland Security, Office of Inspector General Report: Capping Report: Observations of Unannounced Inspections of ICE Facilities in 2019, dated July 1, 2020 | 10/25/2021 | |
| **Phase 2: C17-5769 Exhibits with Jury** | | | |
| 615 | Location codes | 10/28/2021 | Illustrative only |
| 616 | Average shift hours by location | 10/28/2021 | Illustrative only |
| 617 | Expert damages calculations (partial) | 10/28/2021 | |
| A-358 | Damages Chart | 10/28/2021 | |
| 618 | Back wage calculations | 10/28/2021 | |
| **Phase 3: C17-5806 Exhibits (Bench trial/without jury)** | | | |
| 22 | VWP Program Spend by Month 2006-2016 | 10/29/2021 | |
| 269 | GEO NWDC Detainee Work Reimbursement from ICE | 10/29/2021 | Previously admitted during Phase 1 |
| 271 | 2006 NWDC Year End Report | 10/29/2021 | |
| 563 | Appendix A to Nickerson Second Supplemental Report (CV, firm descriptions, prior testimony) | 10/29/2021 | |
| 566 | Attachment 2 to Nickerson Second Supplemental Report (List of Data Sources for Amounts Paid to Detainees) Cumulative Summary | 10/29/2021 | |

| NO. | DESCRIPTION | DATE ADMITTED | COMMENTS |
|---|---|---|---|
| 567 | Attachment 3 to Nickerson Second Supplemental Report (Washington Minimum Wage by Year) Cumulative Summary | 10/29/2021 | |
| 568 | Attachment 4 to Nickerson Second Supplemental Report (Prevailing Wages –occupation, mapping, date, wage, and source) Cumulative Summary | 10/29/2021 | |
| 569 | Attachment 5 to Nickerson Second Supplemental Report (Dep. Exhibit 20 - Annotated with occupational categories and additional details with shift length estimates) | 10/29/2021 | |
| 571 | Attachment 7 to Nickerson Second Supplemental Report (Fair Wage Analysis: January 1, 2013 to September 30, 2019) | 10/29/2021 | |
| 572 | Attachment 8 to Nickerson Second Supplemental Report (Fair Wage Analysis: October 1, 2005 to December 31, 2012) | 10/29/2021 | |
| 573 | Attachment 9 to Nickerson Second Supplemental Report (Fair Wage Analysis: October 1, 2019 to April 10, 2020) | 10/29/2021 | |
| 574 | Attachment 10 to Nickerson Second Supplemental Report (Fair Wage Analysis by Year) | 10/29/2021 | |
| 575 | Attachment 11.1 to Nickerson Second Supplemental Report (WA Minimum Wage Effects) | 10/29/2021 | |
| 576 | Attachment 11.2 to Nickerson Second Supplemental Report (Prevailing Wage Effects) | 10/29/2021 | |

| NO. | DESCRIPTION | DATE ADMITTED | COMMENTS |
|---|---|---|---|
| 581 | Attachment 13.4 to Nickerson Second Supplemental Report (Actual Revenue and Net Profit for NWDC Compared to Revenue and Net Profits Adjusted for Additional Cost of Minimum Wages and FICA) | 10/29/2021 | |
| 620 | Fair Wage Analysis by Year | 10/29/2021 | |
| 621 | WA Minimum Wage Effects Attachment 11.1 | 10/29/2021 | |
| 622 | Prevailing Wage Effects Attachment 11.2 | 10/29/2021 | |
| A-1 | Email thread between Tammy Fellin and other L&I employees | 10/29/2021 | |
| A-2 | Email thread between Tammy Fellin and Sandy Mullin | 10/29/2021 | |
| A-3 | Email thread between Tammy Fellin and Sandy Mullin | 10/29/2021 | |
| A-4 | Email from Fellin to Mullin | 10/29/2021 | |
| A-8 | Email from Sandy Mullins re: applicability of WMWA to detainees | 10/29/2021 | |
| A-106 | Email from Suchi Sharma to Lynne Buchanan | 10/29/2021 | |
| A-107 | Email from Lynne Buchanan to Elizabeth Smith, March 11, 2014 | 10/29/2021 | |
| A-108 | Email from Joel Sacks to Tammy Fellin | 10/29/2021 | |
| A-109 | Email from Lynne Buchanan to David Johnson | 10/29/2021 | |
| A-110 | Email from Tammy Fellin to Sandy Mullin (4.14.2014) | 10/29/2021 | |
| A-115 | Email from Suchi Sharma to Suchi Sharma | 10/29/2021 | |
| A-117 | Email from Suchi Sharma to Tammy Fellin | 10/29/2021 | |
| A-118 | Email from David Johnson to Melissa Grondahl (5.4.2016) | 10/29/2021 | |

| NO. | DESCRIPTION | DATE ADMITTED | COMMENTS |
|---|---|---|---|
| A-305 | 2017 Sep 18 Email from Tammy Fellin – ACP – NWDC Memo REDACTED | 10/29/2021 | |
| A-322 | Email between Tammi Fellin and Victoria Kennedy from March 2014 | 10/29/2021 | |
| A-323 | Email from Matthew Erlich to Mores re: L&I authority over detainees | 10/29/2021 | |
| A-326 | Email from Fellin to Suchi Sharma | 10/29/2021 | |
| A-332 | Email from David Johnson to Joshua Grice December 2018 | 10/29/2021 | |
| A-333 | Email from David Johnson to Sergio Flores | 10/29/2021 | |
| A-334 | Email from David Johnson to Elizabeth Smith August 2018 | 10/29/2021 | |
| A-304 | ESDWAGOV- Citizenship and legal rights | 11/2/2021 | |
| A-309 | 2014-04 Ch. 4 DOL Employment Standards Operations Manual | 11/2/2021 | |
| A-310 | 2014-05 Ch. 12 DOL Employment Standards Operations Manual | 11/2/2021 | |