1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STATE OF WASHINGTON,

                 Plaintiff,

     v.

THE GEO GROUP, INC.,

                 Defendant.

AMENDED CIVIL JUDGMENT

CASE NO. 3:17-cv-5806-RJB

**_X_**   **Jury Verdict.**  This action came to consideration before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**_X_**   **Decision by Court.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment is entered in favor of PLAINTIFF STATE OF WASHINGTON against

DEFENDANT THE GEO GROUP, INC., in the amount of $5,950,340. Defendant is enjoined

from continuing operation of the Voluntary Work Program as it has been operating without

paying detainee workers the minimum wage.

Dated this 4th day of November, 2021.

Ravi Subramanian
Clerk of Court

 s/Tyler Campbell
Tyler Campbell, Deputy Clerk

Amended Judgment