The Honorable Robert J. Bryan

1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

8

9  UGOCHUKWU GOODLUCK NWAUZOR,    Case No. 3:17-cv-05769-RJB
   FERNANDO AGUIRRE-URBINA,
10  individually and on behalf of all those
   similarly situated,

11

12        Plaintiffs/Counter-Defendants,

13  v.

14  THE GEO GROUP, INC.,

          Defendant/Counter-Claimant.

15  STATE OF WASHINGTON,    Case No. 3:17-cv-05806-RJB

16  Plaintiff,    **DEFENDANT THE GEO GROUP, INC'S**
                  **MOTION TO STAY ENFORCEMENT OF**
17  v.            **JUDGMENT PENDING APPEAL AND FOR**
                  **WAIVER OF SUPERSEDEAS BOND**
18  THE GEO GROUP, INC.,
                  **NOTED FOR CONSIDERATION**
19  Defendant.    **November 19, 2021**

20

21        **I.    INTRODUCTION AND RELIEF REQUESTED**

22        Pursuant to Federal Rule of Civil Procedure 62(b), Defendant The GEO Group, Inc.

23  ("GEO") moves this Court to stay execution of the Judgments in favor of the State and Class

24  Plaintiffs pending disposition of GEO's forthcoming appeals to the Ninth Circuit Court of

25  Appeals.  GEO further asks the Court to waive any bond requirement.

26        **II.    BACKGROUND**

27        GEO is appealing various rulings, orders, and judgments from the joint trial in this matter

including the $17,287,063.05 Judgment in favor of the Class Plaintiffs (*Nwauzor*, C17-5769, Dkt.

GEO'S MOTION TO STAY EXECUTION
AND WAIVE BOND
(3:17-CV-05769-RJB); (3:17-CV-05806-RJB)

522) and the $5,950,340.00 Judgment in favor of the State of Washington (*Washington*, C17-5806, Dkt. 630) (together, the "Judgments").  GEO will request that the Ninth Circuit reverse the Judgments in their entirety.

GEO's publicly available balance sheet—as well as the State and Class Plaintiffs' repeated arguments during trial—establish that GEO is a profitable company that objectively has enough cash on hand to pay the Judgments many times over.  For example, GEO's most recent quarterly report[1] shows quarterly income of over $41 million, a net positive balance sheet of over $1 billion, and cash and cash equivalents of over $537 million.

It is well known that supersedeas bondsmen charge between 2%-5% of the total amount of the bond.  Accordingly, a supersedeas bond for 120% of the total Judgments will likely cost GEO between $550,000 and $1.4 million.

## III.    ARGUMENT AND AUTHORITY

Parties may stay execution of a money judgment as a matter of right upon the posting of a bond pursuant Rule 62(b).  *See* Fed. R. Civ. P. 62(b); *American Mfrs. Mut. Ins. Co. v. American Broadcasting-Paramount Theatres, Inc.*, 87 S. Ct. 1, 3 (1966).  District courts have "inherent discretionary authority" to set supersedeas bonds to protect appellees from a loss resulting from the stay.  *Rachel v. Banana Republic, Inc.*, 831 F.2d 1503, 1505 n.1 (9th Cir. 1987).  Included in this broad discretion is the power to allow other forms of judgment guarantee and the power to waive the bond requirement altogether.  *Townsend v. Holman Consulting Corp.*, 881 F.2d 788, 796-97 (9th Cir.1989).  A waiver of the bond requirement is appropriate where "the defendant's ability to pay the judgment is so plain that the cost of the bond would be a waste of money".  *Olympia Equip. Leasing Co. v. W. Union Tel. Co.*, 786 F.2d 794, 796 (7th Cir. 1986).

In this case, the cost of bond—potentially as much as $1.4 million—is plainly a waste of money.  The total amount of the Judgments is $23,237,403.  Even accounting for post-judgment interest, GEO has cash and cash equivalents on hand to pay the Judgments twenty times over.  By all accounts, including the State's and Class Plaintiffs' statements at trial, GEO is a profitable and

---

[1] GEO's most recent quarterly report, dated November 4, 2021, is attached to the Declaration of Al Roundtree.

GEO'S MOTION TO STAY EXECUTION
AND WAIVE BOND
(3:17-CV-05769-RJB); (3:17-CV-05806-RJB) – PAGE 2

**AKERMAN LLP**
1900 Sixteenth Street, Suite 950
Denver, Colorado 80202
Telephone:  303-260-7712

healthy company.   In these circumstances, the State and Class Plaintiffs bear no risk of loss resulting from a Rule 62(b) stay.   Instead, the State's and Class Plaintiffs' interests are adequately protected by GEO's plain ability to pay an eventual judgment, if any, and there is no reason why the Court should require GEO to post a costly and wasteful bond.

## IV.   CONCLUSION

Based on the foregoing, GEO respectfully asks that this Court stay an execution of, or any proceedings to enforce, the noted Judgments pending outcome of the appeal to the Ninth Circuit Court of Appeals and that it do so without requiring GEO to post a bond, or in the alternative, that it require a reduced bond.

Respectfully submitted this 4th day of November, 2021.

**AKERMAN LLP**

By: _s/ Adrienne Scheffey_
Adrienne Scheffey (Admitted *pro hac vice*)
1900 Sixteenth Street, Suite 950
Denver, Colorado 80202
Telephone:  (303) 260-7712
Facsimile:  (303) 260-7714
Email: adrienne.scheffey@akerman.com

By: _s/ Jacqueline M. Arango_
Jacqueline M. Arango (*Pro Hac Vice* Pending)
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Telephone:  (305) 374-5600
Facsimile:  (305) 374-5095
Email: jacqueline.arango@akerman.com

**FOX ROTHSCHILD LLP**

By: _s/ Al Roundtree_
Al Roundtree, #54851
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154
Telephone:  (206) 624-3600
Facsimile:  (206) 389-1708
Email:  aroundtree@foxrothschild.com

GEO'S MOTION TO STAY EXECUTION
AND WAIVE BOND
(3:17-CV-05769-RJB); (3:17-CV-05806-RJB) – PAGE 3

**AKERMAN LLP**
1900 Sixteenth Street, Suite 950
Denver, Colorado 80202
Telephone:  303-260-7712

1

**THE GEO GROUP, INC.**

2

By: *s/ Wayne H. Calabrese*
3
Wayne H. Calabrese (Admitted *Pro Hac Vice*)
Joseph Negron Jr. (Admitted *Pro Hac Vice*)
4
4955 Technology Way
Boca Raton, Florida 33431
5
Telephone: (561) 999-7344
Telephone: (561) 999-7535
6
Email: wcalabrese@geogroup.com
Email: jnegron@geogroup.com
7

8
*Attorneys for Defendant The GEO Group, Inc.*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

GEO'S MOTION TO STAY EXECUTION
AND WAIVE BOND
(3:17-CV-05769-RJB); (3:17-CV-05806-RJB) – PAGE 4

**AKERMAN LLP**
1900 Sixteenth Street, Suite 950
Denver, Colorado 80202
Telephone: 303-260-7712

## PROOF OF SERVICE

I hereby certify I electronically filed and served the foregoing document pursuant to Federal Rule of Civil Procedure 5(b) via the Court's CM/ECF system on the following:

**OFFICE OF THE ATTORNEY GENERAL**
Marsha J. Chien
Andrea Brenneke
Lane Polozola
Patricio A. Marquez
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104

*Attorneys for Plaintiff State of Washington*

**SCHROETER GOLDMARK & BENDER**
Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
Jamal N. Whitehead, WSBA #39818
Rebecca J. Roe, WSBA #7560
401 Union Street, Suite 3400
Seattle, Washington 98101
Telephone:  (206) 622-8000
Facsimile:   (206) 682-2305
Email: hberger@sgb-law.com
Email: halm@sgb-law.com
Email: whitehead@sgb-law.com
Email: roe@sgb-law.com

**THE LAW OFFICE OF R. ANDREW FREE**
Andrew Free (Admitted *Pro Hac Vice*)
P.O. Box 90568
Nashville, Tennessee 37209
Telephone: (844) 321-3221
Facsimile:   (615) 829-8959
Email: andrew@immigrantcivilrights.com

**OPEN SKY LAW PLLC**
Devin T. Theriot-Orr, WSBA #33995
20415 72nd Avenue S, Suite 100
Kent, Washington 98032
Telephone: (206) 962-5052
Facsimile:   (206) 681-9663
Email: devin@openskylaw.com

**MENTER IMMIGRATION LAW, PLLC**
Meena Menter, WSBA #31870
8201 164th Avenue NE, Suite 200
Redmond, Washington 98052
Telephone: (206) 419-7332
Email: meena@meenamenter.com

PROOF OF SERVICE
(3:17-CV-05769-RJB ); (3:17-CV-05806-RJB) – PAGE 5

**AKERMAN LLP**
1900 Sixteenth Street, Suite 950
Denver, Colorado 80202
Telephone:  303-260-7712

127714926.1
127714926.2

1    *Attorneys for Plaintiffs Ugochukwu Nwauzor, et al.*

2

3                                    *s/ Al Roundtree*
                                     Al Roundtree
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**AKERMAN LLP**
1900 Sixteenth Street, Suite 950
Denver, Colorado 80202
Telephone:  303-260-7712

127714926.1
127714926.2