The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated, | Case No. 3:17-cv-05769-RJB |
| Plaintiffs/Counter-Defendants, | |
| v. | |
| THE GEO GROUP, INC., | |
| Defendant/Counter-Claimant. | |
| STATE OF WASHINGTON, | Case No. 3:17-cv-05806-RJB |
| Plaintiff, | **(PROPOSED) ORDER GRANTING MOTION TO STAY ENFORCEMENT OF JUDGMENT AND WAIVE BOND** |
| v. | |
| THE GEO GROUP, INC., | |
| Defendant. | |

This matter came before the Court on Defendant The GEO Group, Inc.'s Motion to Stay Enforcement of Judgment Pending Appeal and Waive Bond. Being fully appraised of the foregoing Motion, the State and Class Plaintiffs' Opposition, if any, and Defendant's Reply, as well as the Court file herein, the Court ORDERS THAT:

1.  Defendant's Motion is GRANTED;

2.  All proceedings or other efforts to enforce any judgment in these matters are hereby STAYED;

---

ORDER GRANTING MOTION TO STAY EXECUTION
AND WAIVE BOND
(3:17-CV-05769-RJB); (3:17-CV-05806-RJB)

**AKERMAN LLP**

1900 Sixteenth Street, Suite 950
Denver, Colorado 80202
Telephone: 303-260-7712

127748122.1

3.     Defendant's financial results and its cash and cash equivalents positions objectively demonstrate Defendant's ability to pay any judgment in these matters if and when due after final appeal and thus any bond requirement is WAIVED.

IT IS SO ORDERED.

DATED this ____ day of November, 2021.


_____
HONORABLE ROBERT J. BRYAN
UNITED STATES DISTRICT COURT

Presented By:

**AKERMAN LLP**

By: *s/ Adrienne Scheffey*
Adrienne Scheffey (Admitted *pro hac vice*)
1900 Sixteenth Street, Suite 950
Denver, Colorado 80202
Telephone:  (303) 260-7712
Facsimile:  (303) 260-7714
Email: adrienne.scheffey@akerman.com


By: *s/ Jacqueline M. Arango*
Jacqueline M. Arango (*Pro Hac Vice* Pending)
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Telephone:  (305) 374-5600
Facsimile:  (305) 374-5095
Email: jacqueline.arango@akerman.com

**FOX ROTHSCHILD LLP**

By: *s/ Al Roundtree*
Al Roundtree, #54851
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154
Telephone:  (206) 624-3600
Facsimile:  (206) 389-1708
Email:  aroundtree@foxrothschild.com

ORDER GRANTING MOTION TO STAY EXECUTION
AND WAIVE BOND
(3:17-CV-05769-RJB); (3:17-CV-05806-RJB) – PAGE 2

**AKERMAN LLP**
1900 Sixteenth Street, Suite 950
Denver, Colorado 80202
Telephone:  303-260-7712

127748122.1

**THE GEO GROUP, INC.**

By: *s/ Wayne H. Calabrese*
Wayne H. Calabrese (Admitted *Pro Hac Vice*)
Joseph Negron Jr. (Admitted *Pro Hac Vice*)
4955 Technology Way
Boca Raton, Florida 33431
Telephone:  (561) 999-7344
Telephone:  (561) 999-7535
Email: wcalabrese@geogroup.com
Email: jnegron@geogroup.com

*Attorneys for Defendant The GEO Group, Inc*

ORDER GRANTING MOTION TO STAY EXECUTION
AND WAIVE BOND
(3:17-CV-05769-RJB); (3:17-CV-05806-RJB) – PAGE 3

127748122.1

**AKERMAN LLP**

1900 Sixteenth Street, Suite 950
Denver, Colorado 80202
Telephone:  303-260-7712