The Honorable Robert J. Bryan

1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

8

9 | UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA,

10 | individually and on behalf of all those similarly situated,

11

12 |        Plaintiffs/Counter-Defendants,

13 | v.

14 | THE GEO GROUP, INC.,

15 |        Defendant/Counter-Claimant.

Case No. 3:17-cv-05769-RJB

STATE OF WASHINGTON,

16 | Plaintiff,

17 | v.

18 | THE GEO GROUP, INC.,

19 | Defendant.

Case No. 3:17-cv-05806-RJB

**ROUNDTREE DECLARATION ISO MOTION TO STAY ENFORCEMENT OF JUDGMENT PENDING APPEAL AND FOR WAIVER OF SUPERSEDEAS BOND**

20

21     I, Al Roundtree, declare as follows:

22     1.     I am one of the attorneys representing The GEO Group, Inc. ("GEO") in the

23 above-captioned matter.  I am over the age of 18 and competent to testify about the matters

24 set forth herein.  I make this declaration based upon personal knowledge.

25     2.     Attached as **Exhibit A** is a true and correct copy of GEO's Third Quarter

26 2021 Results, publicly available November 4, 2021.

27

---

ROUNDTREE DECLARATION ISO
MOTION TO STAY EXECUTION
AND WAIVE BOND
(3:17-CV-05769-RJB); (3:17-CV-05806-RJB)

127748415.1

**AKERMAN LLP**
1900 Sixteenth Street, Suite 950
Denver, Colorado 80202
Telephone:  303-260-7712

1         I declare under penalty of perjury under the laws of the United States and the State of

2   Washington that the foregoing is true and correct.

3         DATED this 4th day of November, 2021 at Seattle, Washington.

4

5                                    _s/ Al Roundtree_____
                                     Al Roundtree, WSBA #54851
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ROUNDTREE DECLARATION ISO                    **AKERMAN LLP**
MOTION TO STAY EXECUTION                     1900 Sixteenth Street, Suite 950
AND WAIVE BOND                               Denver, Colorado 80202
(3:17-CV-05769-RJB); (3:17-CV-05806-RJB) – PAGE 2    Telephone:  303-260-7712

127748415.1

1

## PROOF OF SERVICE

2        I hereby certify I electronically filed and served the foregoing document pursuant to

3   Federal Rule of Civil Procedure 5(b) via the Court's CM/ECF system on the following:

4   **OFFICE OF THE ATTORNEY GENERAL**
    Marsha J. Chien
5   Andrea Brenneke
    Lane Polozola
6   Patricio A. Marquez
    800 Fifth Avenue, Suite 2000
7   Seattle, Washington 98104

8   *Attorneys for Plaintiff State of Washington*

9   **SCHROETER GOLDMARK & BENDER**
    Adam J. Berger, WSBA #20714
10  Lindsay L. Halm, WSBA #37141
    Jamal N. Whitehead, WSBA #39818
11  Rebecca J. Roe, WSBA #7560
    401 Union Street, Suite 3400
12  Seattle, Washington 98101
    Telephone:  (206) 622-8000
13  Facsimile:  (206) 682-2305
    Email: hberger@sgb-law.com
14  Email: halm@sgb-law.com
    Email: whitehead@sgb-law.com
15  Email: roe@sgb-law.com

16  **THE LAW OFFICE OF R. ANDREW FREE**
    Andrew Free (Admitted *Pro Hac Vice*)
17  P.O. Box 90568
    Nashville, Tennessee 37209
18  Telephone: (844) 321-3221
    Facsimile:  (615) 829-8959
19  Email: andrew@immigrantcivilrights.com

20  **OPEN SKY LAW PLLC**
    Devin T. Theriot-Orr, WSBA #33995
21  20415 72nd Avenue S, Suite 100
    Kent, Washington 98032
22  Telephone: (206) 962-5052
    Facsimile:  (206) 681-9663
23  Email: devin@openskylaw.com

24  **MENTER IMMIGRATION LAW, PLLC**
    Meena Menter, WSBA #31870
25  8201 164th Avenue NE, Suite 200
    Redmond, Washington 98052
26  Telephone: (206) 419-7332
    Email: meena@meenamenter.com

27

---

PROOF OF SERVICE
(3:17-CV-05769-RJB ); (3:17-CV-05806-RJB) – PAGE 3

**AKERMAN LLP**
1900 Sixteenth Street, Suite 950
Denver, Colorado 80202
Telephone:  303-260-7712

1   *Attorneys for Plaintiffs Ugochukwu Nwauzor, et al.*

2

3                                    *s/ Al Roundtree*
                                     Al Roundtree
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

PROOF OF SERVICE                                    **AKERMAN LLP**
(3:17-CV-05769-RJB); (3:17-CV-05806-RJB) – PAGE 4    1900 Sixteenth Street, Suite 950
                                                     Denver, Colorado 80202
                                                     Telephone:  303-260-7712

127714926.1
127748415.1

# EXHIBIT A



**N E W S   R E L E A S E**

4955 Technology Way ▪ Boca Raton, Florida 33431 ▪ www.geogroup.com

CR-21-22

**THE GEO GROUP REPORTS THIRD QUARTER 2021 RESULTS**

**Boca Raton, Fla. – November 4, 2021 -- The GEO Group, Inc. (NYSE: GEO)** ("GEO"), a fully integrated equity real estate investment trust ("REIT") and a leading provider of enhanced in-custody rehabilitation, post-release support, electronic monitoring, and community-based programs, reported today its financial results for the third quarter and the first nine months of 2021.

**Third Quarter 2021 Highlights**
- **Total revenues of $557.3 million**
- **Net Income Attributable to GEO of $34.7 million**
- **Adjusted Net Income of $44.0 million**
- **Normalized Funds From Operations ("Normalized FFO") of $0.52 per diluted share**
- **Adjusted Funds From Operations ("AFFO") of $0.65 per diluted share**

We reported third quarter 2021 net income attributable to GEO of $34.7 million compared to $39.2 million for the third quarter 2020. We reported total revenues for the third quarter 2021 of $557.3 million compared to $579.1 million for the third quarter 2020. Third quarter 2021 results reflect a $1.1 million loss on real estate assets, pre-tax, $4.0 million in M&A related expenses, pre-tax, a one-time $5.0 million loss, pre-tax, on the previously announced divestiture of GEO's Youth Services contracts, and a $0.8 million benefit in the tax effect of adjustments to net income attributable to GEO. Excluding these items, we reported third quarter 2021 Adjusted Net Income of $44.0 million compared to $44.4 million for the third quarter 2020.

We reported third quarter 2021 Normalized FFO of $62.8 million, or $0.52 per diluted share, which remained relatively unchanged from $62.8 million, or $0.52 per diluted share, for the third quarter 2020. We reported third quarter 2021 AFFO of $78.7 million, or $0.65 per diluted share, compared to $80.6 million, or $0.67 per diluted share, for the third quarter 2020.

George C. Zoley, Executive Chairman of GEO, said, "We are pleased with our financial results and the significant progress we have made towards reducing our debt and deleveraging our balance sheet. In the first nine months of 2021, we reduced our net recourse debt by approximately $175 million, already meeting our previously articulated goal of reducing our net recourse debt by $150 million to $175 million for the full year 2021. We believe that our financial performance and our ability to meet our debt reduction goal ahead of schedule are representative of the strength of our diversified business segments. We recognize that there have been concerns regarding our future access to financing, and we believe that our debt reduction efforts, our review of potential sales of Company-owned assets and businesses, and our Board's ongoing evaluation of our corporate tax structure are all prudent steps as we work proactively towards addressing our future debt maturities."

**--More--**

**Contact:** Pablo E. Paez                                          (866) 301 4436
Executive Vice President, Corporate Relations

**N E W S   R E L E A S E**

**First Nine Months 2021 Highlights**
- **Total revenues of $1.70 billion**
- **Net Income Attributable to GEO of $127.2 million**
- **Adjusted Net Income of $128.9 million**
- **Normalized FFO of $1.54 per diluted share**
- **AFFO of $1.95 per diluted share**

For the first nine months of 2021, we reported net income attributable to GEO of $127.2 million compared to $101.1 million for the first nine months of 2020. We reported total revenues for the first nine months of 2021 of $1.70 billion compared to $1.77 billion for the first nine months of 2020. Results for the first nine months of 2021 reflect a $9.3 million gain on real estate assets, pre-tax, $4.0 million in M&A related expenses, pre-tax, a one-time $5.0 million loss, pre-tax, on the previously announced divestiture of GEO's Youth Services contracts, $7.5 million in one-time employee restructuring expenses, pre-tax, a $4.7 million gain on the extinguishment of debt, pre-tax, and a $0.8 million benefit in the tax effect of adjustments to net income attributable to GEO. Excluding these items, we reported Adjusted Net Income of $128.9 million for the first nine months of 2021 compared to $116.3 million for the first nine months of 2020.

For the first nine months of 2021, we reported Normalized FFO of $185.6 million, or $1.54 per diluted share, compared to $171.5 million, or $1.43 per diluted share, for the first nine months of 2020. For the first nine months of 2021, we reported AFFO of $235.3 million, or $1.95 per diluted share, compared to $226.0 million, or $1.88 per diluted share, for the first nine months of 2020.

**Balance Sheet and Liquidity**
At the end of the third quarter 2021, we had approximately $537.1 million in cash on hand, primarily resulting from the previously announced drawdown of our Revolving Credit Facility. Our decision to draw on our Revolving Credit Facility was a conservative precautionary step to preserve liquidity, maintain financial flexibility, and obtain additional funds for general corporate purposes.

During the first nine months of 2021, we reduced net recourse debt by approximately $175 million, already meeting our previously articulated net recourse debt reduction objective of $150 million to $175 million for the full year 2021. During the fourth quarter 2021, we expect to reduce net recourse debt by an additional $10 million to $20 million. During the first nine months of 2021, we also completed the sale of five real estate assets, totaling approximately 1,000 beds in addition to the divestiture of our Youth services contracts. These sales generated combined net proceeds of approximately $46 million. We are continuing to examine our options to address our funded recourse debt, including our nearer term maturities which encompass our 2023 and 2024 senior unsecured notes and our senior credit facility, which may include, subject to market conditions, additional capital markets transactions, repurchases, redemptions, exchanges, or other refinancing of our existing debt, and/or evaluating the potential sale of additional Company-owned assets and businesses.

Additionally, as has been previously disclosed, our Board of Directors is currently undertaking an evaluation of GEO's corporate tax structure as a Real Estate Investment Trust.

**--More--**

**Contact:** Pablo E. Paez                                                           (866) 301 4436
                   Executive Vice President, Corporate Relations

**N E W S   R E L E A S E**

**Updated 2021 Financial Guidance**

We have updated our 2021 financial guidance for the fourth quarter and full year 2021. We expect Net Income Attributable to GEO for the fourth quarter 2021 to be between $40 million and $42 million on quarterly revenues of $554 million to $559 million. We expect fourth quarter 2021 Adjusted Net Income to be between $0.37 and $0.39 per diluted share and fourth quarter 2021 AFFO to be between $0.65 and $0.67 per diluted share.

For the full year 2021, we expect Net Income Attributable to GEO to be in a range of $165.5 million to $168.0 million on full-year 2021 revenues of approximately $2.26 billion. We expect full year 2021 Adjusted Net Income to be in a range of $1.41 to $1.43 per diluted share and full year 2021 AFFO to be in a range of $2.57 to $2.59 per diluted share. We expect full year 2021 Adjusted EBITDA to be in a range of $451.5 million to $455.0 million.

Consistent with our previously disclosed expectations, our guidance reflects the non-renewal of our contracts with the Federal Bureau of Prisons at the Big Spring Correctional Facility and Flightline Correctional Facility in Texas, when the current contract option periods expire on November 30, 2021.

**COVID-19 Information**

As the COVID-19 pandemic has impacted communities across the United States and around the world, our employees and facilities have also been impacted by the spread of COVID-19. Ensuring the health and safety of our employees and all those in our care has always been our number one priority.

During the pandemic, we have implemented mitigation initiatives to address the risks of COVID-19, consistent with the guidance issued for correctional and detention facilities by the Centers for Disease Control and Prevention ("CDC"). We will continue to evaluate and refine the steps we have taken as appropriate and necessary based on updated guidance by the CDC and best practices. We are grateful for our frontline employees who continue to make daily sacrifices to care for all those in our facilities. Information on the COVID-19 mitigation initiatives implemented by GEO can be found at www.geogroup.com/COVID19.

**Conference Call Information**

We have scheduled a conference call and simultaneous webcast for today at 11:00 AM (Eastern Time) to discuss our third quarter 2021 financial results as well as our outlook. The call-in number for the U.S. is 1-877-250-1553 and the international call-in number is 1-412-542-4145. In addition, a live audio webcast of the conference call may be accessed on the Webcasts section under the News, Events and Reports tab of GEO's investor relations webpage at investors.geogroup.com. A replay of the webcast will be available on the website for one year. A telephonic replay of the conference call will be available until November 18, 2021 at 1-877-344-7529 (U.S.) and 1-412-317-0088 (International). The participant passcode for the telephonic replay is 10161560.

**--More--**

**Contact:** Pablo E. Paez                                                                    (866) 301 4436
                    Executive Vice President, Corporate Relations

**N E W S   R E L E A S E**

**About The GEO Group**
The GEO Group, Inc. (NYSE: GEO) is a fully integrated equity real estate investment trust specializing in the design, financing, development, and support services for secure facilities, processing centers, and community reentry centers in the United States, Australia, South Africa, and the United Kingdom. GEO is a leading provider of enhanced in-custody rehabilitation, post-release support, electronic monitoring, and community-based programs. GEO's worldwide operations include the ownership and/or delivery of support services for 107 facilities totaling approximately 86,000 beds, including idle facilities and projects under development, with a workforce of up to approximately 18,500 employees.

**Reconciliation Tables and Supplemental Information**
GEO has made available Supplemental Information which contains reconciliation tables of Net Income Attributable to GEO to Net Operating Income, Net Income to EBITDAre (EBITDA for real estate) and Adjusted EBITDAre (Adjusted EBITDA for real estate), and Net Income Attributable to GEO to FFO, Normalized FFO and Adjusted FFO, along with supplemental financial and operational information on GEO's business and other important operating metrics, and in this press release, Net Income Attributable to GEO to Adjusted Net Income. The reconciliation tables are also presented herein. Please see the section below titled "Note to Reconciliation Tables and Supplemental Disclosure - Important Information on GEO's Non-GAAP Financial Measures" for information on how GEO defines these supplemental Non-GAAP financial measures and reconciles them to the most directly comparable GAAP measures. GEO's Reconciliation Tables can be found herein and in GEO's Supplemental Information available on GEO's investor webpage at investors.geogroup.com.

**Note to Reconciliation Tables and Supplemental Disclosure –**
**Important Information on GEO's Non-GAAP Financial Measures**
Net Operating Income, EBITDAre, Adjusted EBITDAre, Funds from Operations, Normalized Funds from Operations, Adjusted Funds from Operations, and Adjusted Net Income are non-GAAP financial measures that are presented as supplemental disclosures. GEO has presented herein certain forward-looking statements about GEO's future financial performance that include non-GAAP financial measures, including Adjusted EBITDAre, Net Operating Income, FFO, Normalized FFO, and AFFO. The determination of the amounts that are included or excluded from these non-GAAP financial measures is a matter of management judgment and depends upon, among other factors, the nature of the underlying expense or income amounts recognized in a given period.

While we have provided a high level reconciliation for the guidance ranges for full year 2021, we are unable to present a more detailed quantitative reconciliation of the forward-looking non-GAAP financial measures to their most directly comparable forward-looking GAAP financial measures because management cannot reliably predict all of the necessary components of such GAAP measures. The quantitative reconciliation of the forward-looking non-GAAP financial measures will be provided for completed annual and quarterly periods, as applicable, calculated in a consistent manner with the quantitative reconciliation of non-GAAP financial measures previously reported for completed annual and quarterly periods.

--More--

**Contact:** Pablo E. Paez                                    (866) 301 4436
             Executive Vice President, Corporate Relations

Net Operating Income is defined as revenues less operating expenses, excluding depreciation and amortization expense, general and administrative expenses, real estate related operating lease expense, and start-up expenses, pre-tax. Net Operating Income is calculated as net income adjusted by subtracting equity in earnings of affiliates, net of income tax provision, and by adding income tax provision, interest expense, net of interest income, gain/loss on extinguishment of debt, depreciation and amortization expense, general and administrative expenses, real estate related operating lease expense, gain/loss on real estate assets, pre-tax, and start-up expenses, pre-tax.

EBITDAre (EBITDA for real estate) is defined as net income adjusted by adding provisions for income tax, interest expense, net of interest income, depreciation and amortization, and gain/loss on real estate assets, pre-tax. Adjusted EBITDAre (Adjusted EBITDA for real estate) is defined as EBITDAre adjusted for net loss attributable to non-controlling interests, stock-based compensation expenses, pre-tax, and certain other adjustments as defined from time to time, including for the periods presented M&A related expenses, pre-tax, loss on asset divestiture, pre-tax, one-time employee restructuring expenses, pre-tax, start-up expenses, pre-tax, COVID-19 expenses, pre-tax, close-out expenses, pre-tax, and other non-cash revenue and expense, pre-tax.

Given the nature of our business as a real estate owner and operator, we believe that EBITDAre and Adjusted EBITDAre are helpful to investors as measures of our operational performance because they provide an indication of our ability to incur and service debt, to satisfy general operating expenses, to make capital expenditures and to fund other cash needs or reinvest cash into our business. We believe that by removing the impact of our asset base (primarily depreciation and amortization) and excluding certain non-cash charges, amounts spent on interest and taxes, and certain other charges that are highly variable from year to year, EBITDAre and Adjusted EBITDAre provide our investors with performance measures that reflect the impact to operations from trends in occupancy rates, per diem rates and operating costs, providing a perspective not immediately apparent from net income attributable to GEO.

The adjustments we make to derive the non-GAAP measures of EBITDAre and Adjusted EBITDAre exclude items which may cause short-term fluctuations in income from continuing operations and which we do not consider to be the fundamental attributes or primary drivers of our business plan and they do not affect our overall long-term operating performance. EBITDAre and Adjusted EBITDAre provide disclosure on the same basis as that used by our management and provide consistency in our financial reporting, facilitate internal and external comparisons of our historical operating performance and our business units and provide continuity to investors for comparability purposes.

Funds From Operations, or FFO, is defined in accordance with standards established by the National Association of Real Estate Investment Trusts, or NAREIT, which defines FFO as net income/loss attributable to common shareholders (computed in accordance with United States Generally Accepted Accounting Principles), excluding real estate related depreciation and amortization, excluding gains and losses from the cumulative effects of accounting changes, extraordinary items and sales of properties, and including adjustments for unconsolidated partnerships and joint ventures.

--More--

**Contact:** Pablo E. Paez                                    (866) 301 4436
        Executive Vice President, Corporate Relations

**N E W S   R E L E A S E**

Normalized Funds from Operations, or Normalized FFO, is defined as FFO adjusted for certain items which by their nature are not comparable from period to period or that tend to obscure GEO's actual operating performance, including for the periods presented M&A related expenses, pre-tax, loss on asset divestiture, pre-tax, gain on the extinguishment of debt, pre-tax, start-up expenses, pre-tax, one-time employee restructuring expenses, pre-tax, COVID-19 expenses, pre-tax, close-out expenses, pre-tax, and tax effect of adjustments to FFO. Adjusted Funds From Operations, or AFFO, is defined as Normalized FFO adjusted by adding non-cash expenses such as non-real estate related depreciation and amortization, stock based compensation expense, the amortization of debt issuance costs, discount and/or premium and other non-cash interest, and by subtracting recurring consolidated maintenance capital expenditures and other non-cash revenue and expenses.

Adjusted Net Income is defined as Net Income Attributable to GEO adjusted for certain items which by their nature are not comparable from period to period or that tend to obscure GEO's actual operating performance, including for the periods presented gain/loss on real estate assets, pre-tax, M&A related expenses, pre-tax, loss on asset divestiture, pre-tax, gain on the extinguishment of debt, pre-tax, start-up expenses, pre-tax, one-time employee restructuring expenses, pre-tax, COVID-19 expenses, pre-tax, close-out expenses, pre-tax, and tax effect of adjustments to Net Income Attributable to GEO.

Because of the unique design, structure and use of our GEO Secure Services and GEO Care facilities, we believe that assessing the performance of our secure facilities, processing centers, and reentry centers without the impact of depreciation or amortization is useful and meaningful to investors. Although NAREIT has published its definition of FFO, companies often modify this definition as they seek to provide financial measures that meaningfully reflect their distinctive operations. We have modified FFO to derive Normalized FFO and AFFO that meaningfully reflect our operations. Our assessment of our operations is focused on long-term sustainability. The adjustments we make to derive the non-GAAP measures of Normalized FFO and AFFO exclude items which may cause short-term fluctuations in net income attributable to GEO but have no impact on our cash flows, or we do not consider them to be fundamental attributes or the primary drivers of our business plan and they do not affect our overall long-term operating performance. We may make adjustments to FFO from time to time for certain other income and expenses that do not reflect a necessary component of our operational performance on the basis discussed above, even though such items may require cash settlement.

Because FFO, Normalized FFO and AFFO exclude depreciation and amortization unique to real estate as well as non-operational items and certain other charges that are highly variable from year to year, they provide our investors with performance measures that reflect the impact to operations from trends in occupancy rates, per diem rates, operating costs, and interest costs, providing a perspective not immediately apparent from Net Income Attributable to GEO.

We believe the presentation of FFO, Normalized FFO and AFFO provide useful information to investors as they provide an indication of our ability to fund capital expenditures and expand our business. FFO, Normalized FFO and AFFO provide disclosure on the same basis as that used by our management and provide consistency in our financial reporting, facilitate internal and external comparisons of our historical operating performance and our business units and provide continuity to investors for comparability purposes. Additionally, FFO, Normalized FFO and AFFO are widely recognized measures in our industry as a real estate investment trust.

**--More--**

**Contact:** Pablo E. Paez                                     (866) 301 4436
              Executive Vice President, Corporate Relations

**N E W S   R E L E A S E**

**Safe-Harbor Statement**

*This press release contains forward-looking statements regarding future events and future performance of GEO that involve risks and uncertainties that could materially and adversely affect actual results, including statements regarding GEO's financial guidance for the full year and fourth quarter of 2021 and GEO's proposed steps to address its future debt maturities. Forward-looking statements generally can be identified by the use of forward-looking terminology such as "may," "will," "expect," "anticipate," "intend," "plan," "believe," "seek," "estimate," or "continue" or the negative of such words and similar expressions. Risks and uncertainties that could cause actual results to vary from current expectations and forward-looking statements contained in this press release include, but are not limited to: (1) GEO's ability to meet its financial guidance for 2021 given the various risks to which its business is exposed; (2) GEO's ability to deleverage and repay, refinance or otherwise address its debt maturities in an amount or on the timeline it expects, or at all; (3) GEO's ability to identify and successfully complete any potential sales of additional Company-owned assets and businesses on commercially advantageous terms on a timely basis, or at all; (4) changes in federal and state government policy, orders, directives, legislation and regulations that affect public-private partnerships with respect to secure, correctional and detention facilities, processing centers and reentry centers, including the timing and scope of implementation of President Biden's Executive Order directing the U.S. Attorney General not to renew the U.S. Department of Justice contracts with privately operated criminal detention facilities; (5) changes in federal immigration policy; (6) public and political opposition to the use of public-private partnerships with respect to secure correctional and detention facilities, processing centers and reentry centers; (7) the magnitude, severity, and duration of the current COVID-19 global pandemic, its impact on GEO, GEO's ability to mitigate the risks associated with COVID-19, and the efficacy and distribution of COVID-19 vaccines; (8) GEO's ability to sustain or improve company-wide occupancy rates at its facilities in light of the COVID-19 global pandemic and policy and contract announcements impacting GEO's federal facilities in the United States; (9) fluctuations in our operating results, including as a result of contract terminations, contract renegotiations, changes in occupancy levels and increases in our operating costs; (10) general economic and market conditions, including changes to governmental budgets and its impact on new contract terms, contract renewals, renegotiations, per diem rates, fixed payment provisions, and occupancy levels; (11) GEO's ability to timely open facilities as planned, profitably manage such facilities and successfully integrate such facilities into GEO's operations without substantial costs; (12) GEO's ability to win management contracts for which it has submitted proposals and to retain existing management contracts; (13) risks associated with GEO's ability to control operating costs associated with contract start-ups; (14) GEO's ability to successfully pursue growth and continue to create shareholder value; (15) GEO's ability to obtain financing or access the capital markets in the future on acceptable terms or at all; (16) other factors contained in GEO's Securities and Exchange Commission periodic filings, including its Form 10-K, 10-Q and 8-K reports, many of which are difficult to predict and outside of GEO's control.*

**Third quarter and first nine months of 2021 financial tables to follow:**

**Contact:** Pablo E. Paez                                              (866) 301 4436
                Executive Vice President, Corporate Relations

NEWS RELEASE

## Condensed Consolidated Balance Sheets*
(Unaudited)

| | As of September 30, 2021 (unaudited) | As of December 31, 2020 (unaudited) |
|---|---|---|
| **ASSETS** | | |
| Cash and cash equivalents | $ 537,070 | $ 283,524 |
| Restricted cash and cash equivalents | 30,201 | 26,740 |
| Accounts receivable, less allowance for doubtful accounts | 327,723 | 362,668 |
| Contract receivable, current portion | 6,313 | 6,283 |
| Prepaid expenses and other current assets | 31,682 | 32,108 |
| **Total current assets** | $ 932,989 | $ 711,323 |
| | | |
| *Restricted Cash and Investments* | 60,732 | 37,338 |
| *Property and Equipment, Net* | 2,055,406 | 2,122,195 |
| *Contract Receivable* | 366,155 | 396,647 |
| *Operating Lease Right-of-Use Assets, Net* | 118,073 | 124,727 |
| *Assets Held for Sale* | 9,717 | 9,108 |
| *Deferred Income Tax Assets* | 36,604 | 36,604 |
| *Intangible Assets, Net (including goodwill)* | 928,016 | 942,997 |
| *Other Non-Current Assets* | 81,104 | 79,187 |
| **Total Assets** | $ 4,588,796 | $ 4,460,126 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | |
| Accounts payable | $ 67,411 | $ 85,861 |
| Accrued payroll and related taxes | 80,798 | 67,797 |
| Accrued expenses and other current liabilities | 216,404 | 202,378 |
| Operating lease liabilities, current portion | 28,982 | 29,080 |
| Current portion of finance lease obligations, long-term debt, and non-recourse debt | 27,010 | 26,180 |
| **Total current liabilities** | $ 420,605 | $ 411,296 |
| | | |
| *Deferred Income Tax Liabilities* | 30,726 | 30,726 |
| *Other Non-Current Liabilities* | 95,789 | 115,555 |
| *Operating Lease Liabilities* | 95,357 | 101,375 |
| *Finance Lease Liabilities* | 2,147 | 2,988 |
| *Long-Term Debt* | 2,629,010 | 2,561,881 |
| *Non-Recourse Debt* | 297,456 | 324,223 |
| *Total Shareholders' Equity* | 1,017,706 | 912,082 |
| **Total Liabilities and Shareholders' Equity** | $ 4,588,796 | $ 4,460,126 |

\* all figures in '000s

-- More --

**Contact:** Pablo E. Paez                         (866) 301 4436
Executive Vice President, Corporate Relations

# NEWS RELEASE

## Condensed Consolidated Statements of Operations*
(Unaudited)

| | | Q3 2021 (unaudited) | | Q3 2020 (unaudited) | | YTD 2021 (unaudited) | | YTD 2020 (unaudited) |
|---|---|---|---|---|---|---|---|---|
| Revenues | $ | 557,277 | $ | 579,136 | $ | 1,699,073 | $ | 1,771,982 |
| Operating expenses | | 399,900 | | 434,131 | | 1,233,060 | | 1,339,912 |
| Depreciation and amortization | | 32,883 | | 33,628 | | 100,306 | | 100,389 |
| General and administrative expenses | | 50,475 | | 46,644 | | 153,642 | | 145,969 |
| *Operating income* | | **74,019** | | **64,733** | | **212,065** | | **185,712** |
| Interest income | | 5,990 | | 6,360 | | 18,177 | | 17,046 |
| Interest expense | | (32,525) | | (30,749) | | (96,422) | | (95,539) |
| Gain on extinguishment of debt | | - | | 1,472 | | 4,693 | | 3,035 |
| Loss on asset divestiture | | (5,031) | | - | | (5,031) | | - |
| Gain/(Loss) on dispositions of real estate | | (1,057) | | (271) | | 9,322 | | (1,151) |
| *Income before income taxes and equity in earnings of affiliates* | | **41,396** | | **41,545** | | **142,804** | | **109,103** |
| Provision for income taxes | | 8,395 | | 4,616 | | 21,394 | | 15,358 |
| Equity in earnings of affiliates, net of income tax provision | | 1,640 | | 2,243 | | 5,647 | | 7,202 |
| *Net income* | | **34,641** | | **39,172** | | **127,057** | | **100,947** |
| Less: Net loss attributable to noncontrolling interests | | 69 | | 48 | | 157 | | 174 |
| *Net income attributable to The GEO Group, Inc.* | $ | **34,710** | $ | **39,220** | $ | **127,214** | $ | **101,121** |
| *Weighted Average Common Shares Outstanding:* | | | | | | | | |
| Basic | | 120,525 | | 119,826 | | 120,326 | | 119,677 |
| Diluted | | 120,872 | | 120,032 | | 120,583 | | 119,964 |
| *Net income per Common Share Attributable to The GEO Group, Inc. **:* | | | | | | | | |
| *Basic:* | | | | | | | | |
| Net income per share — basic | $ | 0.24 | $ | 0.33 | $ | 0.94 | $ | 0.84 |
| *Diluted:* | | | | | | | | |
| Net income per share — diluted | $ | 0.24 | $ | 0.33 | $ | 0.94 | $ | 0.84 |
| Regular Dividends Declared per Common Share | $ | - | $ | 0.48 | $ | 0.25 | $ | 1.44 |

* All figures in '000s, except per share data

** Diluted earnings per share attributable to GEO available to common stockholders was calculated and presented in GEO's unaudited financial statements under the two-class method for the nine months ended September 30, 2021 due to the issuance of GEO's 6.50% exchangeable senior notes due 2026 as the exchangeable senior notes are considered to be participating securities.

-- More --

**Contact:** Pablo E. Paez                                                    (866) 301 4436
Executive Vice President, Corporate Relations

NEWS RELEASE

**Reconciliation of Net Income Attributable to GEO to Adjusted Net Income**
(In thousands, except per share data)(Unaudited)

|  | Q3 2021 | Q3 2020 | YTD 2021 | YTD 2020 |
|---|---|---|---|---|
| **Net Income attributable to GEO** | $  34,710 | $  39,220 | $  127,214 | $  101,121 |
| Add: |  |  |  |  |
| (Gain)/Loss on real estate assets, pre-tax | 1,057 | 271 | (9,322) | 1,151 |
| M&A related expenses, pre-tax | 3,977 | - | 3,977 | - |
| Loss on asset divestiture, pre-tax | 5,031 | - | 5,031 | - |
| One-time employee restructuring expenses, pre-tax | - | - | 7,459 | - |
| Gain on extinguishment of debt, pre-tax | - | (1,472) | (4,693) | (3,035) |
| Start-up expenses, pre-tax | - | 1,907 | - | 4,413 |
| COVID-19 expenses, pre-tax | - | 2,635 | - | 7,404 |
| Close-out expenses, pre-tax | - | 1,674 | - | 5,895 |
| Tax effect of adjustments to Net Income attributable to GEO | (763) | 142 | (750) | (620) |
| **Adjusted Net Income** | $  44,012 | $  44,377 | $  128,916 | $  116,329 |
| Weighted average common shares outstanding - Diluted | 120,872 | 120,032 | 120,583 | 119,964 |
| **Adjusted Net Income Per Diluted Share \*** | $  0.36 | $  0.37 | $  1.07 | $  0.97 |

\* In accordance with GAAP, diluted earnings per share attributable to GEO available to common stockholders is
 calculated under the if-converted method or the two-class method, whichever calculation results in the lowest
 diluted earnings per share amount, which may be lower than Adjusted Net Income Per Diluted Share.

-- More --

**Contact:** Pablo E. Paez                              (866) 301 4436
           Executive Vice President, Corporate Relations

NEWS RELEASE

**Reconciliation of Net Income Attributable to GEO to FFO, Normalized FFO, and AFFO\***
(Unaudited)

| | Q3 2021 (unaudited) | Q3 2020 (unaudited) | YTD 2021 (unaudited) | YTD 2020 (unaudited) |
|---|---|---|---|---|
| Net Income attributable to GEO | $    34,710 | $    39,220 | $    127,214 | $    101,121 |
| *Add (Subtract):* | | | | |
| Real Estate Related Depreciation and Amortization | 18,825 | 18,359 | 56,643 | 55,139 |
| (Gain)/Loss on real estate assets, pre-tax | 1,057 | 271 | (9,322) | 1,151 |
| **Equals: NAREIT defined FFO** | $    54,592 | $    57,850 | $    174,535 | $    157,411 |
| *Add (Subtract):* | | | | |
| Gain on extinguishment of debt, pre-tax | - | (1,472) | (4,693) | (3,035) |
| Start-up expenses, pre-tax | - | 1,895 | - | 4,401 |
| M&A related expenses, pre-tax | 3,977 | - | 3,977 | - |
| One-time employee restructuring expenses, pre-tax | - | - | 7,459 | - |
| Loss on asset divestiture, pre-tax | 5,031 | - | 5,031 | - |
| COVID-19 expenses, pre-tax | - | 2,635 | - | 7,404 |
| Close-out expenses, pre-tax | - | 1,715 | - | 5,935 |
| Tax effect of adjustments to funds from operations \*\* | (763) | 142 | (750) | (620) |
| **Equals: FFO, normalized** | $    62,837 | $    62,765 | $    185,559 | $    171,496 |
| *Add (Subtract):* | | | | |
| Non-Real Estate Related Depreciation & Amortization | 14,058 | 15,269 | 43,663 | 45,250 |
| Consolidated Maintenance Capital Expenditures | (3,447) | (3,878) | (11,957) | (15,045) |
| Stock Based Compensation Expenses | 4,329 | 4,689 | 15,755 | 19,163 |
| Other non-cash revenue & expenses | (1,102) | - | (3,306) | - |
| Amortization of debt issuance costs, discount and/or premium and other non-cash interest | 1,974 | 1,776 | 5,559 | 5,153 |
| **Equals: AFFO** | $    78,649 | $    80,621 | $    235,273 | $    226,017 |
| Weighted average common shares outstanding - Diluted | 120,872 | 120,032 | 120,583 | 119,964 |
| **FFO/AFFO per Share - Diluted** | | | | |
| Normalized FFO Per Diluted Share | $    0.52 | $    0.52 | $    1.54 | $    1.43 |
| AFFO Per Diluted Share | $    0.65 | $    0.67 | $    1.95 | $    1.88 |
| Regular Common Stock Dividends per common share | $    - | $    0.48 | $    0.25 | $    1.44 |

\*    all figures in '000s, except per share data
\*\*   tax adjustments related to gain/loss on real estate assets, gain on extinguishment of debt, start-up expenses, M&A related expenses, one-time employee restructuring expenses,
     loss on asset divestiture, COVID-19 expenses, and close-out expenses.

-- More --

# N E W S   R E L E A S E

## Reconciliation of Net Income Attributable to GEO to
## Net Operating Income, EBITDAre and Adjusted EBITDAre*
(Unaudited)

| | | Q3 2021 (unaudited) | | Q3 2020 (unaudited) | | YTD 2021 (unaudited) | | YTD 2020 (unaudited) |
|---|---|---|---|---|---|---|---|---|
| **Net Income attributable to GEO** | $ | 34,710 | $ | 39,220 | $ | 127,214 | $ | 101,121 |
| *Less* | | | | | | | | |
| Net loss attributable to noncontrolling interests | | 69 | | 48 | | 157 | | 174 |
| **Net Income** | $ | 34,641 | $ | 39,172 | $ | 127,057 | $ | 100,947 |
| *Add (Subtract):* | | | | | | | | |
| Equity in earnings of affiliates, net of income tax provision | | (1,640) | | (2,243) | | (5,647) | | (7,202) |
| Income tax provision | | 8,395 | | 4,616 | | 21,394 | | 15,358 |
| Interest expense, net of interest income | | 26,535 | | 24,389 | | 78,245 | | 78,493 |
| Gain on extinguishment of debt | | - | | (1,472) | | (4,693) | | (3,035) |
| Depreciation and amortization | | 32,883 | | 33,628 | | 100,306 | | 100,389 |
| General and administrative expenses | | 50,475 | | 46,644 | | 153,642 | | 145,969 |
| **Net Operating Income, net of operating lease obligations** | $ | 151,289 | $ | 144,734 | $ | 470,304 | $ | 430,918 |
| *Add:* | | | | | | | | |
| Operating lease expense, real estate | | 4,054 | | 4,510 | | 12,379 | | 14,254 |
| (Gain)/Loss on real estate assets, pre-tax | | 1,057 | | 271 | | (9,322) | | 1,151 |
| Start-up expenses, pre-tax | | - | | 1,895 | | - | | 4,401 |
| **Net Operating Income (NOI)** | $ | 156,400 | $ | 151,410 | $ | 473,361 | $ | 450,725 |

| | | Q3 2021 (unaudited) | | Q3 2020 (unaudited) | | YTD 2021 (unaudited) | | YTD 2020 (unaudited) |
|---|---|---|---|---|---|---|---|---|
| **Net Income** | $ | 34,641 | $ | 39,172 | $ | 127,057 | $ | 100,947 |
| *Add (Subtract):* | | | | | | | | |
| Income tax provision ** | | 8,612 | | 5,122 | | 22,242 | | 16,792 |
| Interest expense, net of interest income *** | | 26,535 | | 22,917 | | 73,552 | | 75,458 |
| Depreciation and amortization | | 32,883 | | 33,628 | | 100,306 | | 100,389 |
| (Gain)/Loss on real estate assets, pre-tax | | 1,057 | | 271 | | (9,322) | | 1,151 |
| **EBITDAre** | $ | 103,728 | $ | 101,110 | $ | 313,835 | $ | 294,737 |
| *Add (Subtract):* | | | | | | | | |
| Net loss attributable to noncontrolling interests | | 69 | | 48 | | 157 | | 174 |
| Stock based compensation expenses, pre-tax | | 4,329 | | 4,689 | | 15,755 | | 19,163 |
| Start-up expenses, pre-tax | | - | | 1,895 | | - | | 4,401 |
| M&A related expenses, pre-tax | | 3,977 | | - | | 3,977 | | - |
| One-time employee restructuring expenses, pre-tax | | - | | - | | 7,459 | | - |
| Loss on asset divestiture, pre-tax | | 5,031 | | - | | 5,031 | | - |
| COVID-19 expenses, pre-tax | | - | | 2,635 | | - | | 7,404 |
| Close-out expenses, pre-tax | | - | | 1,715 | | - | | 5,935 |
| Other non-cash revenue & expenses, pre-tax | | (1,102) | | - | | (3,306) | | - |
| **Adjusted EBITDAre** | $ | 116,032 | $ | 112,092 | $ | 342,908 | $ | 331,815 |

\*     all figures in '000s
\*\*    including income tax provision on equity in earnings of affiliates
\*\*\*  includes (gain)/loss on extinguishment of debt

-- More --

**Contact:** Pablo E. Paez                          (866) 301 4436
Executive Vice President, Corporate Relations

# N E W S   R E L E A S E

**2021 Outlook/Reconciliation**
(In thousands, except per share data)
(Unaudited)

|  | FY 2021 | | |
|---|---|---|---|
| Net Income Attributable to GEO | $  165,500 | to | $  168,000 |
| Real Estate Related Depreciation and Amortization | 75,000 | | 75,000 |
| (Gain)/Loss on Real Estate | (9,000) | | (9,000) |
|    Funds from Operations (FFO) | $  231,500 | to | $  234,000 |
| | | | |
| (Gain)/Loss on Extinguishment of Debt | (5,000) | | (5,000) |
| Non-recurring Expenses | 20,000 | | 20,000 |
|    Normalized Funds from Operations | $  246,500 | to | $  249,000 |
| | | | |
| Non-Real Estate Related Depreciation and Amortization | 58,000 | | 58,000 |
| Consolidated Maintenance Capex | (15,000) | | (15,000) |
| Non-Cash Stock Based Compensation | 19,500 | | 19,500 |
| Non-Cash Interest Expense | 7,500 | | 7,500 |
| Other Non-Cash Revenue & Expenses | (4,000) | | (4,000) |
|    Adjusted Funds From Operations (AFFO) | $  312,500 | to | $  315,000 |
| | | | |
| Net Interest Expense | 104,000 | | 104,000 |
| Non-Cash Interest Expense | (7,500) | | (7,500) |
| Consolidated Maintenance Capex | 15,000 | | 15,000 |
| Income Taxes | | | |
| *(including income tax provision on equity in earnings of affiliates)* | 27,500 | | 28,500 |
|    Adjusted EBITDAre | $  451,500 | to | $  455,000 |
| | | | |
| G&A Expenses | 198,000 | | 198,000 |
| Non-recurring Expenses | (20,000) | | (20,000) |
| Non-Cash Stock Based Compensation | (19,500) | | (19,500) |
| Equity in Earnings of Affiliates | (7,000) | | (7,000) |
| Real Estate Related Operating Lease Expense | 19,000 | | 19,000 |
|    Net Operating Income | $  622,000 | to | $  625,500 |
| | | | |
| Adjusted Net Income Per Diluted Share* | $        1.41 | | $        1.43 |
| AFFO Per Diluted Share | $        2.57 | to | $        2.59 |
| Weighted Average Common Shares Outstanding-Diluted | 121,500 | to | 121,500 |

\* In accordance with GAAP, diluted earnings per share attributable to GEO available to common stockholders is
  calculated under the if-converted method or the two-class method, whichever calculation results in the lowest
  diluted earnings per share amount, which may be lower than Adjusted Net Income Per Diluted Share.

**- End -**

**Contact:** Pablo E. Paez                    (866) 301 4436
          Executive Vice President, Corporate Relations