The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR, FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>        Plaintiffs/Counter-Defendants,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>        Defendant/Counter-Claimant. | Case No. 3:17-cv-05769-RJB |
| STATE OF WASHINGTON,<br><br>        Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>        Defendant. | Case No. 3:17-cv-05806-RJB<br><br>**[PROPOSED] ORDER GRANTING THE GEO GROUP, INC.'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW**<br><br>**NOTE ON MOTION CALENDAR:**<br>Date: November 26, 2021 |

This Court, having reviewed Defendant The GEO Group, Inc.'s Renewed Motion for Judgment as a Matter of Law (*State of Washington* Dkt. 636, *Nwauzor* Dkt. 531) (the "Motion"), finds good cause exists and the Motion is timely.  This Court therefore GRANTS the Motion.

///

///

[PROPOSED] ORDER GRANTING THE GEO GROUP, INC.'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW
(3:17-CV-05769-RJB); (3:17-CV-05806-RJB) – PAGE 1

**AKERMAN LLP**

1900 Sixteenth Street, Suite 950
Denver, Colorado 80202
Telephone:  303-260-7712

60667065;1

**IT IS SO ORDERED.**

This the _____ day of _____, 2021.

_____
Honorable Robert J. Bryan
United States District Court Judge

PRESENTED BY:

By: *s/ Al Roundtree*
**FOX ROTHSCHILD LLP**
Al Roundtree, WSBA #54851

By: *s/ Wayne H. Calabrese*
**THE GEO GROUP, INC.**
Wayne H. Calabrese (Admitted *pro hac vice*)
Joseph Negron Jr. (Admitted *pro hac vice*)

By: *s/ Adrienne Scheffey*
**AKERMAN LLP**
Adrienne Scheffey (Admitted *pro hac vice*)
Jacqueline M. Arango (Admitted *pro hac vice*)

*Counsel for Defendant The GEO Group, Inc.*

[PROPOSED] ORDER GRANTING THE GEO GROUP,
INC.'S RENEWED MOTION FOR JUDGMENT AS A
MATTER OF LAW
(3:17-CV-05769-RJB); (3:17-CV-05806-RJB) – PAGE 2

**AKERMAN LLP**
_____
1900 Sixteenth Street, Suite 950
Denver, Colorado 80202
Telephone: 303-260-7712

60667065;1