The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>    Defendant. | Case No. 3:17-cv-05806-RJB<br><br>**DECLARATION OF ADRIENNE SCHEFFEY**<br><br>**NOTE ON MOTION CALENDAR:**<br>Date: November 26, 2021 |

I, Adrienne Scheffey, make the following statement under oath subject to the penalty of perjury pursuant to the laws of the United States and the State of Washington:

1. I am one of the attorneys for The GEO Group, Inc. in the above-captioned matter. I am over the age of eighteen (18), and I am competent to testify in this matter.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Department of Labor and Industries' Administrative Policy titled "Minimum Wage Act Applicability" revised as of December 29, 2020. This policy is also available on the L&I's website at https://www.lni.wa.gov/workers-rights/_docs/esa1.pdf.

Dated this 11th day of November, 2021, in Denver, Colorado.

*s/ Adrienne Scheffey*
Adrienne Scheffey

---

DECLARATION OF ADRIENNE SCHEFFEY
(3:17-CV-05806-RJB) – PAGE 1

**AKERMAN LLP**
1900 Sixteenth Street, Suite 950
Denver, Colorado 80202
Telephone: 303-260-7712

60803823;1

**PROOF OF SERVICE**

I hereby certify on the 11th day of November, 2021, pursuant to Federal Rule of Civil Procedure 5(b), I electronically filed and served the foregoing **DECLARATION OF ADRIENNE SCHEFFEY** via the Court's CM/ECF system on the following:

**OFFICE OF THE ATTORNEY GENERAL**
Marsha J. Chien
Andrea Brenneke
Lane Polozola
Patricio A. Marquez
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104

*Attorneys for Plaintiff State of Washington*

        *s/ Nick Mangels*
        Nick Mangels

PROOF OF SERVICE
(3:17-CV-05806-RJB) – PAGE 2

**AKERMAN LLP**
1900 Sixteenth Street, Suite 950
Denver, Colorado 80202
Telephone: 303-260-7712

60803823;1