The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

STATE OF WASHINGTON,

     Plaintiff,

  v.

THE GEO GROUP, INC.,

     Defendant.

CIVIL ACTION NO. 3:17-cv-05806-RJB

**[PROPOSED] ORDER REGARDING GEO'S MOTION TO STAY ENFORCEMENT OF JUDGMENT PENDING APPEAL AND FOR WAIVER OF SUPERSEDEAS BOND**

[PROPOSED] ORDER REGARDING GEO'S MOTION TO STAY ENFORCEMENT OF JUDGMENT PENDING APPEAL AND FOR WAIVER OF SUPERSEDEAS BOND

Having considered all legal authority, briefing, and argument submitted to the Court on this matter, it is hereby ORDERED, ADJUDGED AND DECREED that GEO's Motion to Stay Enforcement of Judgment Pending Appeal and for Waiver of Supersedeas Bond (ECF No. 634) is GRANTED IN PART and DENIED IN PART. The Court hereby ORDERS as follows:

1.      GEO is not required to post a supersedeas bond. Instead, if GEO wishes to obtain a stay of execution of the monetary judgment entered on November 4, 2021, GEO shall deposit directly with the Clerk of Court the sum of $7,437,925 within ten (10) days of the date of this Order.

2.      Upon deposit of this sum, any proceedings to enforce the portions of the Final Judgment awarding Washington $5,950,340 or interest thereon are stayed, pending conclusion of any of the parties' appeals from the Judgment in this case. This stay does not include the Injunction, which shall continue in full force and effect notwithstanding the appeal.

3.      During the parties' appeals, the Clerk of the Court will deposit the sum received from GEO in an interest-bearing account in accordance with Local Civil Rule 67 and Amended General Order 04-14, and the interest generated by the deposit will be added to the original deposit and serve as additional security for Washington.

4.      If the Court's Final Judgment is affirmed, Washington may collect the judgment, plus interest, from the amount deposited with the Court. Collection by Washington may be accomplished by means of a motion, with notice filed with the Court and served on GEO. Any funds remaining, after payment of the judgment amount plus the applicable interest to Washington, shall be paid to GEO, subject to deduction of any applicable administrative fee assessed on the account.

5.      If the Court's Final Judgment is reversed or vacated, the sum originally deposited by GEO, together with any interest earned on such funds, shall be returned to GEO subject to the deduction of any applicable administrative fees assessed on the account. Collection by GEO

[PROPOSED] ORDER REGARDING GEO'S MOTION TO STAY ENFORCEMENT OF JUDGMENT PENDING APPEAL AND FOR WAIVER OF SUPERSEDEAS BOND

1

may be accomplished by means of a motion, with notice filed with the Court and served on Washington.

6. If either party appeals to the United States Supreme Court, the deposited funds and any interest earned thereon shall continue to be held by the Court to secure any award to Washington in this case until such awards become final and non-appealable.

**IT IS SO ORDERED.**

DATED this _____ day of _____ 2021.


_____
ROBERT J. BRYAN
United States District Judge

Presented by:

ROBERT W. FERGUSON
Attorney General of Washington


*s/ Lane Polozola*
MARSHA CHIEN, WSBA No. 47020
ANDREA BRENNEKE, WSBA No. 22027
LANE POLOZOLA, WSBA No. 50138
PATRICIO A. MARQUEZ, WSBA No. 47693
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
marsha.chien@atg.wa.gov
andrea.brenneke@atg.wa.gov
lane.polozola@atg.wa.gov
patricio.marquez@atg.wa.gov

[PROPOSED] ORDER REGARDING GEO'S
MOTION TO STAY ENFORCEMENT OF
JUDGMENT PENDING APPEAL AND FOR
WAIVER OF SUPERSEDEAS BOND

2

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the United States District Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated this 15th day of November 2021 in Montgomery Village, Maryland.

Caitilin Hall
Legal Assistant

[PROPOSED] ORDER REGARDING GEO'S
MOTION TO STAY ENFORCEMENT OF
JUDGMENT PENDING APPEAL AND FOR
WAIVER OF SUPERSEDEAS BOND

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744