The Honorable Robert J. Bryan

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>                Plaintiff,<br><br>     v.<br><br>THE GEO GROUP, INC.,<br><br>                Defendant. | NO.  3:17-cv-05806-RJB<br><br>[PROPOSED] ORDER GRANTING STATE  OF WASHINGTON'S MOTION FOR ATTORNEYS' FEES AND COSTS |

Having considered briefs and evidence in support of, and in opposition to, Washington's request for fees and costs, the Court HEREBY GRANTS Washington's motion for fees and costs and ORDERS as follows:

1. The State of Washington is awarded $4,464,722.35 in attorneys' fees through October 31, 2021;

2. The State of Washington is awarded $219,501.69 in litigation expenses; and

3. The State of Washington is awarded its fees incurred in litigating the fee petition and other post-judgment motions in the amount $_____ submitted in its Reply on December 3, 2021.

SO ORDERED, this _____ day of _____ 2021.

[PROPOSED] ORDER GRANTING
STATE OF WASHINGTON'S MOTION
FOR ATTORNEYS' FEES AND COSTS

1

THE HONORABLE ROBERT J. BRYAN

Presented by:

ROBERT FERGUSON
Attorney General of Washington

s/ *Marsha Chien*
MARSHA CHIEN, WSBA No. 47020
ANDREA BRENNEKE, WSBA No. 22027
LANE POLOZOLA, WSBA No. 50138
PATRICIO A. MARQUEZ, WSBA No. 47693
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
marsha.chien@atg.wa.gov
andrea.brenneke@atg.wa.gov
lane.polozola@atg.wa.gov
patricio.marquez@atg.wa.gov

[PROPOSED] ORDER GRANTING
STATE OF WASHINGTON'S MOTION
FOR ATTORNEYS' FEES AND COSTS

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the United States District Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated this 18th day of November 2021 in Montgomery Village, Maryland.

        *s/ Caitilin Hall*
        Caitilin Hall
        Legal Assistant

[PROPOSED] ORDER GRANTING
STATE OF WASHINGTON'S MOTION
FOR ATTORNEYS' FEES AND COSTS

3

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744