The Honorable Robert J. Bryan

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

STATE OF WASHINGTON,

                    Plaintiff,

         v.

THE GEO GROUP, INC.,

                    Defendant.

CIVIL ACTION NO. 17-cv-05806-RJB

DECLARATION OF LANE POLOZOLA IN SUPPORT OF PLAINTIFF STATE OF WASHINGTON'S RESPONSE TO THE GEO GROUP, INC.'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW

Pursuant to 28 U.S.C. § 1746(2), I, Lane Polozola, state and declare as follows:

1.      I am over eighteen years of age. I have personal knowledge of, and am competent to testify about, the matters contained herein.

2.      I am an Assistant Attorney General for the Office of the Attorney General of Washington and one of the attorneys representing the State of Washington in this matter.

3.      Attached hereto as Exhibits A-O are true and correct copies of excerpts of the trial transcript as follows:

| Exhibit No. | Date | Testimony |
|---|---|---|
| Exhibit A | Oct. 18, 2021 | Ryan Kimble, GEO Assistant Warden of Finance |
| Exhibit B | Oct. 14, 2021 | Bertha Henderson, GEO Food Service Administrator |
| Exhibit C | Oct. 20, 2021 | Bertha Henderson, GEO Food Service Administrator |

DECLARATION OF LANE POLOZOLA IN
SUPPORT OF PLAINTIFF STATE OF
WASHINGTON'S RESPONSE TO THE GEO
GROUP, INC.'S RENEWED MOTION FOR
JUDGMENT AS A MATTER OF LAW

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

| Exhibit D | Oct. 13, 2021 | William McHatton, former GEO Associate Warden |
| Exhibit E | Oct. 14, 2021 | Michael Heye, GEO Classification Officer |
| Exhibit F | Oct. 13, 2021 | Alisha Singleton, former GEO Classification Officer |
| Exhibit G | Oct. 15, 2021 | David Tracy, GEO Detention Officer |
| Exhibit H | Oct. 15, 2021 | Marc Johnson, GEO Detention Officer |
| Exhibit I | Oct. 14, 2021 | John Patrick Griffin, former GEO Kitchen Supervisor |
| Exhibit J | Oct. 22, 2021 | Amber Martin, GEO Executive Vice President for Contract Administration |
| Exhibit K | Oct. 13, 2021 | The Court |
| Exhibit L | Oct. 26, 2021 | The Court |
| Exhibit M | Oct. 18, 2021 | Bruce Scott, GEO NWIPC Facility Administrator |
| Exhibit N | Oct. 14, 2021 | Jose Medina Lara, former detainee worker at NWIPC |
| Exhibit O | Oct. 15, 2021 | Chris Strawn, Immigration Law Expert |

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 29th day of November 2021 in Seattle, Washington.

s/ *Lane Polozola*
LANE POLOZOLA, WSBA No. 50138

DECLARATION OF LANE POLOZOLA IN
SUPPORT OF PLAINTIFF STATE OF
WASHINGTON'S RESPONSE TO THE GEO
GROUP, INC.'S RENEWED MOTION FOR
JUDGMENT AS A MATTER OF LAW

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the United States District Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated this 29th day of November 2021.

CAITILIN HALL
Legal Assistant

DECLARATION OF LANE POLOZOLA IN
SUPPORT OF PLAINTIFF STATE OF
WASHINGTON'S RESPONSE TO THE GEO
GROUP, INC.'S RENEWED MOTION FOR
JUDGMENT AS A MATTER OF LAW

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744