# POLOZOLA  DECLARATION

# EXHIBIT J

1    UNITED STATES DISTRICT COURT

2    WESTERN DISTRICT OF WASHINGTON AT TACOMA

3    _____

4                                     )
     UGOCHUKWO GOODLUCK NWAUZOR,       )
5    et al.,                          )
                                      )
6              Plaintiffs,            )
                                      )
7    v.                               )
                                      ) 3:17-cv-05769-RJB
8    THE GEO GROUP, INC.,             ) 3:17-cv-05806-RJB
                                      )
9              Defendant.            ) Tacoma, Washington
     _____     )
10                                    ) October 22, 2021
     STATE OF WASHINGTON,             )
11                                    ) Jury Trial
               Plaintiff,             )
12                                    ) 1:00 p.m.
     v.                               )
13                                    )
     THE GEO GROUP, INC.,             )
14                                    )
               Defendant.             )
15                                    )
     _____
16
                 VERBATIM REPORT OF PROCEEDINGS
17            BEFORE THE HONORABLE ROBERT J. BRYAN
                 UNITED STATES DISTRICT JUDGE
18   _____

19

20

21

22

23

24       Proceedings stenographically reported and transcribed
                 With computer-aided technology
25

ROUGH DRAFT

1  its services to the federal government, correct?

2  A   Yes.

3  Q   GEO can chose whether it wants to do business with the

4  federal government; is that right?

5  A   Yes.

6  Q   It did so, it negotiated and entered into a contract on

7  its own accord, correct?

8  A   Well, we proposed and then the contract was awarded.

9  Q   Right.  No one made GEO submit a bid?

10 A   No.

11 Q   In doing so, in getting that contract award, no one made

12 GEO agree to follow the Performance-Based National Detention

13 Standards, correct?

14         MR. CALABRESE:  Objection to form.

15         MR. POLOZOLA:  I can ask it a different way.

16         THE COURT:  I'm sorry.

17         MR. POLOZOLA:  I can ask it a different way.

18 BY MR. POLOZOLA:

19 Q   GEO agreed to follow the Performance-Based National

20 Detention Standards in order to get the contract, correct?

21 A   Yes.

22 Q   GEO voluntarily agreed to the terms in the contract with

23 ICE; is that right?

24 A   Yes.

25 Q   GEO agreed to be the federal government's partner and to

1   do things for the government so the government would not have

2   to do it them itself, correct?

3   A   Correct.

4   Q   So along those lines, GEO contracts with the federal

5   government, but the staff at the Northwest Detention Center

6   are GEO employees; isn't that right.

7   A   I don't understand the question.

8   Q   GEO employs state GEO employees, correct?

9   A   Yes.

10  Q   Even though ICE approves a minimum staffing plan for the

11  Northwest Detention Center, correct?

12  A   Yes.

13  Q   Even though ICE does background checks on GEO employees,

14  correct?

15  A   Yes.

16  Q   Can't work for GEO unless ICE says you pass the background

17  check, right?

18  A   Correct.

19  Q   I think we just established GEO staff are still GEO

20  employees, correct?

21  A   GEO pays employees by the contract.

22  Q   We know that because GEO selects them and hires them,

23  correct?

24  A   In accordance to the regulation of contract and if they

25  pass a background, yes.

1  Q   GEO trains them, correct?

2  A   Yes, in accordance to the contract training requirements,

3  yes.

4  Q   GEO pays them, correct?

5  A   Yes.

6  Q   That's how we know they are GEO's employees; isn't that

7  right?

8  A   Yes.

9  Q   GEO managers supervise GEO officers, correct?

10 A   Yes.

11 Q   They are not ICE employees, they are GEO employees,

12 correct?

13 A   Correct.

14 Q   You mentioned a moment ago, you were asked questions about

15 the reimbursement rate of one dollar, correct?

16 A   Yes.

17 Q   The contract establishes the rate at which ICE agrees to

18 pay or reimburse GEO for work in the voluntary work program;

19 is that right?

20 A   It is established that that is the only thing that is

21 going to be paid for the voluntary work program, yes.

22 Q   It is the only thing that ICE is going to pay GEO,

23 correct?

24 A   Well, it is the only thing ICE will pay any voluntary work

25 program, GEO, any contract.

1   Q   Right.  The mechanics of it, if I am correct, ICE has

2   agreed to pay GEO as a reimbursement; isn't that right?

3   A   Yes, according to their laws, yes.

4   Q   There is no limit on what GEO can pay the detainee

5   workers, correct?

6   A   Well, there would be because you would have to price it in

7   the proposal and ICE would not pay for that additional

8   pricing over the dollar.

9   Q   I think you just said ICE wouldn't do something.  As we

10  sit here today, GEO has the option to pay detainee workers

11  more than a dollar a day for the work they do at the

12  Northwest Detention Center, correct?

13  A   Yes.

14  Q   But ICE will only reimburse GEO for a dollar?

15  A   Correct.

16  Q   So there is, in fact, no limit on what GEO can pay the

17  detainee workers for the work they do, as we sit here today?

18          MR. CALABRESE:  Objection as to form.  Obviously some

19  limit.

20          THE COURT:  Overruled.

21          THE WITNESS:  Could you repeat the question?

22  BY MR. POLOZOLA:

23  Q   There is no limit to what GEO can pay the workers working

24  at the detention center today, is there?

25  A   No, I guess there wouldn't be.  It wouldn't be priced on

1   the contract correctly.

2   Q    Okay.   You mentioned briefly, I believe, that you were

3   asked about whether the State had told GEO that it was

4   breaking the law -- excuse me, notified GEO that the State

5   believes GEO is violating the Minimum Wage Act?

6   A    During the solicitation, yes.

7   Q    Okay.   GEO never asked the State whether the Minimum Wage

8   Act applied to the detainee workers at the Northwest

9   Detention Center, did it?

10  A    There would be no reason to.

11  Q    Okay.   And in fact, GEO was notified of the State's

12  position four years ago when the State filed this lawsuit;

13  isn't that right?

14  A    The lawsuit was filed, yes.

15  Q    Right, even though we just established GEO can pay more

16  than a dollar, GEO has, for four years, chosen not to; isn't

17  that right?

18  A    Yes.

19           MR. POLOZOLA:  No further questions from the State.

20                     CROSS-EXAMINATION

21  BY MR. BERGER:

22  Q    Good afternoon, Ms. Martin. My name is Adam Berger.  I

23  represent the private class plaintiffs in this case.

24       Just to follow up on some questions that State's

25  counsel was asking, GEO doesn't need congressional approval