The Honorable Robert J. Bryan

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

STATE OF WASHINGTON,

                Plaintiff,

      v.

THE GEO GROUP, INC.,

                Defendant.

CIVIL ACTION NO. 3:17-cv-05806-RJB

**[PROPOSED] ORDER DENYING THE GEO GROUP, INC.'S RULE 52 MOTION FOR JUDGMENT AS A MATTER OF LAW AND GRANTING GEO'S REQUEST THAT THE COURT SUPPLEMENT ITS FINDINGS**

NOTE ON MOTION CALENDAR: December 3, 2021

Having considered all legal authority, briefing, and argument submitted to the Court on this matter, the Court hereby DENIES Defendant The GEO Group, Inc.'s Rule 52 Motion for Judgment as a Matter of Law and reaffirms the Amended Civil Judgment entered in favor of Washington, ECF No. 633. The Court hereby GRANTS, in part, Defendant's Rule 52 request that the Court supplement its oral findings from November 2, 2021, Trial Tr. Nov. 2, 2021 (Unjust Enrichment Order or UJE Order) as follows:

### SUPPLEMENTAL FINDINGS OF FACT

There were no material changes to the operation of the Voluntary Work Program, or GEO's $1/day payment of detainee workers, between the time of the original ICE-GEO contract in 2005 to the present. Similarly, GEO had the discretion to pay detainee workers

[PROPOSED] ORDER DENYING THE
GEO GROUP, INC.'S RULE 52 MOTION
FOR JUDGMENT AS A MATTER OF
LAW AND GRANTING REQUEST TO
SUPPLEMENT THE COURT FINDINGS

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

more than $1/day throughout this entire period and did, in fact, pay more than $1/day during periods covered by former PBNDS Standards and the prior ICE-GEO contracts.

The findings and conclusions in this Order related to the PBNDS, the purposes of the VWP, and the provisions of GEO's contract are included as part of my evaluation of the equities of Washington's Unjust Enrichment claim.

## SUPPLEMENTAL CONCLUSIONS OF LAW

The Court hereby supplements its UJE Order with the following conclusions of law:

The Court also finds, independent of the MWA, that Washington proved all three prongs of Unjust Enrichment in this case: 1) GEO benefitted from detainee labor both operationally and financially, as that work fulfilled core services that GEO agreed to perform under its contract with ICE and GEO was paid for; 2) GEO was aware of the benefit conferred on it by detainee workers, recognized it as 'meaningful and valuable,' and GEO itself created the detainee job descriptions, assigned detainees to particular jobs that needed to get done, and supervised their work to ensure they performed satisfactorily; and 3) it is unjust for GEO to have paid them only $1/day from October 2005 to present and retain the benefit of that labor while paying inadequate wages.

If the federal contractor had no discretion, then derivative sovereign immunity applies. But here, ICE gave GEO discretion over the VWP and, specifically, the rate of pay for detainee workers, and GEO admitted that it had discretion to pay more than $1 per day. So, derivative sovereign immunity does not apply.

**IT IS SO ORDERED.**

DATED this _____ day of _____ 2021.

_____
ROBERT J. BRYAN
United States District Judge

[PROPOSED] ORDER DENYING THE
GEO GROUP, INC.'S RULE 52 MOTION
FOR JUDGMENT AS A MATTER OF
LAW AND GRANTING REQUEST TO
SUPPLEMENT THE COURT FINDINGS

2

Presented by:

ROBERT W. FERGUSON
Attorney General of Washington

*s/ Andrea Brenneke*
MARSHA CHIEN, WSBA No. 47020
ANDREA BRENNEKE, WSBA No. 22027
LANE POLOZOLA, WSBA No. 50138
PATRICIO A. MARQUEZ, WSBA No. 47693
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
marsha.chien@atg.wa.gov
andrea.brenneke@atg.wa.gov
lane.polozola@atg.wa.gov
patricio.marquez@atg.wa.gov

[PROPOSED] ORDER DENYING THE
GEO GROUP, INC.'S RULE 52 MOTION
FOR JUDGMENT AS A MATTER OF
LAW AND GRANTING REQUEST TO
SUPPLEMENT THE COURT FINDINGS

3

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744