The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 17-cv-05806-RJB<br><br>DECLARATION OF ANDREA BRENNEKE IN SUPPORT OF PLAINTIFF STATE OF WASHINGTON'S RESPONSE TO THE GEO GROUP, INC.'S RULE 52 MOTION FOR JUDGMENT AS A MATTER OF LAW |

Pursuant to 28 U.S.C. § 1746(2), I, Andrea Brenneke, state and declare as follows:

1. I am over eighteen years of age. I have personal knowledge of, and am competent to testify about, the matters contained herein.

2. I am an Assistant Attorney General for the Office of the Attorney General of Washington and one of the attorneys representing the State of Washington in this matter.

3. Attached hereto as Exhibits A-S are true and correct copies of excerpts of the trial transcript as follows:

| Exhibit No. | Date | Testimony |
|---|---|---|
| Exhibit A | Nov. 2, 2021 | Unjust Enrichment Order |
| Exhibit B | Oct. 13, 2021 | William McHatton, former GEO Associate Warden and Compliance Manager |
| Exhibit C | Oct. 14, 2021<br>Oct. 15, 2021<br>Oct. 19, 2021<br>Oct. 20, 2021 | Bertha Henderson, GEO Food Service Manager |

DECLARATION OF ANDREA BRENNEKE IN SUPPORT OF PLAINTIFF STATE OF WASHINGTON'S RESPONSE TO THE GEO GROUP, INC.'S RULE 52 MOTION FOR JUDGMENT AS A MATTER OF LAW

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

| Exhibit D | Oct. 19, 2021 | Charles Hill, GEO Director of Business Management, Western Region |
|---|---|---|
| Exhibit E | Oct. 13, 2021 | Alisha Singleton, former GEO Classification Officer |
| Exhibit F | Oct. 14, 2021 | John Patrick Griffin, former GEO Cook Supervisor |
| Exhibit G | Oct. 15, 2021 | David Tracy, GEO Detention Officer |
| Exhibit H | Oct. 15, 2021 | Marc Johnson, GEO Detention Officer |
| Exhibit I | Oct. 19, 2021 Oct. 21, 2021 | Brian Evans, GEO Chief Financial Officer |
| Exhibit J | Oct. 13, 2021 | Washington Opening |
| Exhibit K | Oct. 19, 2021 | Robbin Gard, Work Source Supervisor, Employment Security Division |
| Exhibit L | Oct. 26, 2021 | Washington Closing |
| Exhibit M | Oct. 29, 2021 | Dr. Peter Nickerson, Labor Economist, Washington's Expert |
| Exhibit N | Oct. 18, 2021 | Orlando Marquez, former detainee worker |
| Exhibit O | Oct. 15, 2021 | Goodluck Nwauzor, Class Representative |
| Exhibit P | Oct. 19, 2021 | Maria Nayra Gomez Sotelo, former detainee worker |
| Exhibit Q | Oct. 21, 2021 | Joshua Grice, L&I |
| Exhibit R | Oct. 26, 2021 | The Court |
| Exhibit S | Oct. 25, 2021 | Amber Martin, GEO Vice President, Contract Administration |

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 29th day of November 2021 in Seattle, Washington.

                s/ *Andrea Brenneke*
                ANDREA BRENNEKE, WSBA No. 22027

DECLARATION OF ANDREA BRENNEKE IN SUPPORT OF PLAINTIFF STATE OF WASHINGTON'S RESPONSE TO THE GEO GROUP, INC.'S RULE 52 MOTION FOR JUDGMENT AS A MATTER OF LAW

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the United States District Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated this 29th day of November 2021.

CAITILIN HALL
Legal Assistant

DECLARATION OF ANDREA BRENNEKE IN SUPPORT OF PLAINTIFF STATE OF WASHINGTON'S RESPONSE TO THE GEO GROUP, INC.'S RULE 52 MOTION FOR JUDGMENT AS A MATTER OF LAW

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744