UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STATE OF WASHINGTON,

          Plaintiff,

       v.

THE GEO GROUP, INC.,

          Defendant.

Case No. C17-5806-RJB

TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against DEFENDANT THE GEO GROUP, INC., on behalf of PLAINTIFF STATE OF WASHINGTON in the amount of $48,755.46 and included in the judgment as follows:

| | | Requested | Disallowed | Allowed |
|---|---|---|---|---|
| **I.** | **Fees of the Clerk** | **$241.50** | **$0** | **$241.50** |
| | Not contested by Defendant. | | | |
| **II.** | **Fees for transcripts** | **$41,370.07*** | **$0** | **$41,370.07** |
| | Transcript costs appear to have been necessary at the time they were incurred. | | | |
| **III.** | **Fees for witnesses** | **$2,052.90** | **$621.66** | **$1,431.24** |

TAXATION OF COSTS -1

Travel-related expenses (mileage and subsistence) for first (virtual) trial are not taxable.

| **IV.** | **Fees for copying costs** | **$150.15** | **$0** | **$150.15** |

Not contested by Defendant.

| **V.** | **Fees for interpreters** | **$5,562.50*** | **$0** | **$5,562.50** |

Costs appear to have been necessary at the time they were incurred.

*Costs first raised in State of Washington's Reply in Support of Motion to Tax Costs (Dkt. 657) at p. 2 will not be considered; costs no longer requested, per State of Washington's reply brief, have been deducted.

Entered this 13th day of January, 2022.

Ravi Subramanian, Clerk
U. S. District Court

By: __S/ TYLER CAMPBELL_____
      Tyler Campbell, Deputy Clerk

TAXATION OF COSTS -2