The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>        Plaintiff,<br><br>    v.<br><br>THE GEO GROUP, INC.<br><br>        Defendant. | NO. 3:17-CV-05806-RJB<br><br>**DEFENDANT THE GEO GROUP, INC.'S AMENDED NOTICE OF APPEAL NO. 22-35027** |

Notice is hereby given this 11th day of February, 2022, that Defendant The GEO Group, Inc. appeals to the United States Court of Appeals for the Ninth Circuit from the Order on State of Washington's Motion for Attorneys' Fees and Costs (Dkt. 669, Dec. 14, 2021) and the Taxation of Costs (Dkt. 691, Jan. 13, 2022).

GEO previously filed, on January 10, 2022, a notice of appeal (Dkt. 688) from the Order on Plaintiffs' Motion for Attorneys' Fees and Costs (Dkt. 669). On January 13, 2022, however, the Taxation of Costs (Dkt. 691) was filed. GEO now files this amended notice of appeal to specify that Dkt. 691 is part of appeal No. 22-35027, which is stayed pending the outcome of consolidated appeals Nos. 21-36024 and 21-36025, *see* Dkt. 692; No. 22-35027, Doc. 7 (Jan. 25, 2022).

//

//

//

DEFENDANT THE GEO GROUP, INC.'S AMENDED NOTICE
OF APPEAL NO. 22 35027
(3:17-CV-005806) - 1

130515717.1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

DATED this 11th day of February, 2022.

Respectfully submitted,

**FOX ROTHSCHILD LLP**

By: *s/ Al Roundtree*
Al Roundtree, #54851
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154
Telephone:  (206) 624-3600
Facsimile:  (206) 389-1708
Email:  aroundtree@foxrothschild.com

**THE GEO GROUP, INC.**

By: *s/ Wayne H. Calabrese*
Wayne H. Calabrese (Admitted *Pro Hac Vice*)
Joseph Negron Jr. (Admitted *Pro Hac Vice*)
4955 Technology Way
Boca Raton, Florida 33431
Telephone:  (561) 999-7344
Telephone:  (561) 999-7535
Email: wcalabrese@geogroup.com
Email: jnegron@geogroup.com

*Attorneys for Defendant The GEO Group, Inc.*

DEFENDANT THE GEO GROUP, INC.'S AMENDED NOTICE
OF APPEAL NO. 22 35027
(3:17-CV-005806) - 2

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

130515717.1

## **PROOF OF SERVICE**

I hereby certify on the 11th day of February, 2022, pursuant to Federal Rule of Civil Procedure 5(b), I electronically filed and served the foregoing Notice of Appeal via the Court's CM/ECF system on the following:

**OFFICE OF THE ATTORNEY GENERAL**
Marsha J. Chien
Andrea Brenneke
Lane Polozola
Patricio A. Marquez
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104

*Attorneys for Plaintiff State of Washington*

**SCHROETER GOLDMARK & BENDER**
Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
Jamal N. Whitehead, WSBA #39818
Rebecca J. Roe, WSBA #7560
401 Union Street, Suite 3400
Seattle, Washington 98101
Telephone:  (206) 622-8000
Facsimile:   (206) 682-2305
Email: hberger@sgb-law.com
Email: halm@sgb-law.com
Email: whitehead@sgb-law.com
Email: roe@sgb-law.com

**THE LAW OFFICE OF R. ANDREW FREE**
Andrew Free (Admitted *Pro Hac Vice*)
P.O. Box 90568
Nashville, Tennessee 37209
Telephone: (844) 321-3221
Facsimile:   (615) 829-8959
Email: andrew@immigrantcivilrights.com

**OPEN SKY LAW PLLC**
Devin T. Theriot-Orr, WSBA #33995
20415 72nd Avenue S, Suite 100
Kent, Washington 98032
Telephone: (206) 962-5052
Facsimile:   (206) 681-9663
Email: devin@openskylaw.com

DEFENDANT THE GEO GROUP, INC.'S AMENDED NOTICE
OF APPEAL NO. 22 35027
(3:17-CV-005806) - 3

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

130515717.1

1  **MENTER IMMIGRATION LAW, PLLC**
   Meena Menter, WSBA #31870
2  8201 164th Avenue NE, Suite 200
   Redmond, Washington 98052
3  Telephone: (206) 419-7332
   Email: meena@meenamenter.com
4
   *Attorneys for Plaintiffs Ugochukwu Nwauzor, et al.*
5

6

7                                              *s/ Al Roundtree*
                                               Al Roundtree

DEFENDANT THE GEO GROUP, INC.'S AMENDED NOTICE OF APPEAL NO. 22 35027
(3:17-CV-005806) - 4

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

130515717.1