**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR; FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated, *Plaintiffs-Appellees*, v. THE GEO GROUP, INC., a Florida corporation, *Defendant-Appellant*. | Nos.   21-36024<br>22-35026<br><br>D.C. No.<br>3:17-cv-05769-RJB<br>Western District of Washington, Tacoma<br><br>ORDER |
| STATE OF WASHINGTON, *Plaintiff-Appellee*, v. THE GEO GROUP, INC., *Defendant-Appellant*. | Nos.   21-36025<br>22-35027<br><br>D.C. No.<br>3:17-cv-05806-RJB<br>Western District of Washington, Tacoma |

Filed January 23, 2025

2          NWAUZOR V. THE GEO GROUP, INC.

Before:  Mary H. Murguia, Chief Judge, and William A.
Fletcher and Mark J. Bennett, Circuit Judges.

## ORDER

The opinion filed on January 16, 2025, in the above-captioned cases inadvertently listed cases Nos. 22-35026 and 22-35027 in the caption, and is hereby withdrawn.  The clerk shall refile the opinion in cases Nos. 21-36024 and 21-36025 with the caption limited to those two cases.