FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 6 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR; FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated, | No. 22-35026 |
| | D.C. No. 3:17-cv-05769-RJB Western District of Washington, Tacoma |
| Plaintiffs-Appellees, | |
| v. | ORDER |
| THE GEO GROUP, INC., a Florida corporation, | |
| Defendant-Appellant. | |

| | |
|---|---|
| STATE OF WASHINGTON, | No. 22-35027 |
| Plaintiff-Appellee, | D.C. No. 3:17-cv-05806-RJB Western District of Washington, Tacoma |
| v. | |
| THE GEO GROUP, INC., | |
| Defendant-Appellant. | |

Before: MURGUIA, Chief Judge, and W. FLETCHER and BENNETT, Circuit Judges.

These appeals are hereby consolidated. The stay of proceedings in these

cases is now lifted. The briefing schedule shall proceed as follows: Appellant's

opening brief and excerpts of record are due March 10, 2025; Appellees'

respective answering briefs and excerpts of record are due April 9, 2025; and

Appellant's optional reply brief is due within 21 days from the date of service of

Appellees' answering briefs.