FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 20 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UGOCHUKWU GOODLUCK
NWAUZOR; FERNANDO AGUIRRE-
URBINA, individually and on behalf of all
those similarly situated,

   Plaintiffs-Appellees,

 v.

THE GEO GROUP, INC., a Florida
corporation,

   Defendant-Appellant.

No. 22-35026

D.C. No. 3:17-cv-05769-RJB
Western District of Washington,
Tacoma

ORDER

STATE OF WASHINGTON,

   Plaintiff-Appellee,

 v.

THE GEO GROUP, INC.,

   Defendant-Appellant.

No. 22-35027

D.C. No. 3:17-cv-05806-RJB
Western District of Washington,
Tacoma

Before:  MURGUIA, Chief Judge, and W. FLETCHER and BENNETT, Circuit
Judges.

 Appellant's unopposed motion to hold the above-captioned cases in

abeyance pending the resolution of Case Nos. 21-36024 and 21-36025 (Dkt. No.

31 in Case No. 22-35026 and Dkt. No. 29 in Case No. 22-35027) is GRANTED.

The Briefing Orders (Dkt. Nos. 30 and 28) are suspended pending further order of

the court.