FILED

UNITED STATES COURT OF APPEALS

AUG 26 2025

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR; FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> THE GEO GROUP, INC., a Florida corporation, <br><br> Defendant-Appellant. | No.   22-35026 <br><br> D.C. No. 3:17-cv-05769-RJB <br> Western District of Washington, Tacoma <br><br><br> ORDER |
| STATE OF WASHINGTON, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> THE GEO GROUP, INC., <br><br> Defendant-Appellant. | No.   22-35027 <br><br> D.C. No. 3:17-cv-05806-RJB <br> Western District of Washington, Tacoma |

Before:  MURGUIA, Chief Judge, and W. FLETCHER and BENNETT, Circuit Judges.

On August 22, 2025, Appellant filed an unopposed motion to hold the

above-captioned cases in abeyance pending the resolution of *Ugochukwu Nwauzor*

*v. The Geo Group, Inc.*, No. 21-36024 and *State of Washington v. The Geo Group, Inc.*, No. 21-36025.  (Dkt. No. 36 in Case No. 22-35026; Dkt. No. 34 in Case No. 22-35027).  The motion is **GRANTED**.  The Briefing Orders (Dkt. Nos. 33 and 31) are suspended pending further order of the court.