FILED

UNITED STATES COURT OF APPEALS

SEP 2 2025

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR; FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>    Plaintiffs-Appellees,<br><br> v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>    Defendant-Appellant. | Nos.  21-36024<br><br>D.C. No. 3:17-cv-05769-RJB<br>Western District of Washington,<br>Tacoma<br><br><br>ORDER |
| STATE OF WASHINGTON,<br><br>    Plaintiff-Appellee,<br><br> v.<br><br>THE GEO GROUP, INC.,<br><br>    Defendant-Appellant. | No.    21-36025<br><br>D.C. No. 3:17-cv-05806-RJB<br>Western District of Washington,<br>Tacoma |

Before:  MURGUIA, Chief Judge, and W. FLETCHER and BENNETT, Circuit Judges.

Appellant's unopposed motion to stay the issuance of this Court's mandate

pending application for writ of certiorari (Dkt. No. 165), filed on August 18, 2025,

is **GRANTED.**  Fed. R. App. P. 41(b).

The mandate is stayed for a period not to exceed 90 days pending the filing of the petition for writ of certiorari in the Supreme Court.  Should Appellants file for a writ of certiorari, the stay shall continue until final disposition by the Supreme Court.